IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| | ) Removed |
| | ) From the Circuit Court of |
| Plaintiff, | ) Montgomery County, Alabama |
| | ) Case No. CV-07-628 |
| vs. | ) **************** |
| | ) JURY TRIAL REQUESTED |
| | ) |
| JACKIE GRAHAM, ET AL., | ) Case No. 2:07-CV-457-MEF |
| | ) |
| Defendants. | ) |

RECEIVED 2007 MAY 22 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

## JOINT NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Please take notice that pursuant to 28 U.S.C. § 1446(d), defendant hereby gives notice of removal of the above-styled matter to the United States District Court for the Middle District of Alabama. A copy of the Notice of Removal is attached.

Respectfully submitted,

/s/ Alice A. Byrne
ALICE A. BYRNE (BYR015)
Attorney for Defendants

ADDRESS OF COUNSEL:

State Personnel Department
64 North Union Street
Room 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (FAX)

FILED 2007 MAY 22 PM 3:55 CIRCUIT COURT OF MONTGOMERY COUNTY

      /s/ Michael C. Joiner
MICHAEL C. JOINER (JOI003)
Assistant Attorney General
Ala. Dept. of Human Resources
50 Ripley Street, Ste. 2122
P. O. Box 304000
Montgomery, AL 36130-4000
Ph: (334) 242-9330
Fax: (334) 242-0689

Attorney for Defendant
Page B. Walley, Ph.D.
Commissioner, AL Dept. of
      Human Resources

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following:

Jim DeBardelaben
Post Office Box 152
Montgomery, AL 36101-0152

by placing the same in first class mail, postage pre-paid, this the __22nd__ day of May, 2007.

      /s/ Alice Ann Byrne
OF COUNSEL