IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VIRGINIA HOPPER** * | |
| * | |
| Plaintiff, * | |
| * | CIVIL ACTION NO.2:07cv457-MEF |
| vs. * | |
| * | |
| **JACKIE GRAHAM, et al.,** * | |
| * | |
| Defendants. * | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on July 2, 2007, at 2:00 o clock by telephone and was attended by:

    Alice Ann Byrne and Michael C. Joiner counsel for Defendants

    Jim DeBardelaben counsel for Plaintiff Virginia Hopper

2.    Initial Disclosures. The parties will exchange no later than 21 days after the Scheduling Order has been entered the information required by Federal Rules of Civil Procedure 26(a)(I).

3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

    All discovery commenced in time to be completed by **August 29, 2008.**

    Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

    Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

    Maximum of 15 depositions by plaintiffs and 15 by each defendant.

    Each deposition limited to maximum of 8 hours for parties and 7 hours for non-party witnesses, unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by 90 days before trial date- **July 1, 2008**
From defendants by 90 days before trial date- **July 1, 2008**

Supplementation under Rule 26(3) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing, but no later than thirty days prior to the close of discovery.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on **August 29, 2008.**

Plaintiff should be allowed until **February 1, 2008** to join additional parties and until **February 1, 2008**, to amend the pleadings.

Defendants should be allowed until **March 1, 2008** to join additional parties and until **March 1, 2008** to amend the pleadings.

All potentially dispositive motions should be filed by **May 1, 2008.**

Settlement cannot be evaluated prior to **January 29, 2008.**

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From plaintiff by 45 days prior to trial- **August 15, 2008**
From defendants 45 days prior to trial- **August 15, 2008**

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(8)(3).

The case should be ready for trial by **September 29, 2008** and at this time is expected to take approximately 3 days.

Respectfully submitted this the 3rd day of July, 2007.

/s/ Jim L. DeBardelaben
(DEB003)
Attorney for Plaintiff Virginia Hooper
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206


/s/Alice Ann Byrne
(BYR015)
Attorney for State Personnel Board
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130
(334) 242-3450

/s/Michael C. Joiner
(JOI003)
Attorney for Page B. Walley
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130
(334) 242-9330

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 3rd day of July, 2007.

Alice Ann Byrne, Esq.
Attorney for State Personnel Board
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130
(334) 242-3450

Michael C. Joiner, Esq.

Attorney for Page B. Walley
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130
(334) 242-9330


                                                    /s/ Jim L. DeBardelaben