IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,
    Plaintiff,

v.    CASE NO. 2:07-CV-457-MEF

JACKIE GRAHAM, ET AL,
    Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW John McMillan, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/5/2007
Date

/s/Alice Ann Byrne
(Signature)

Alice Ann Byrne
(Counsel's Name)

SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
Counsel for (print names of all parties)

64 North Union Street
Montgomery, AL  36160
Address, City, State Zip Code

(334) 242-3451
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th_____day of _July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                                                    /s/Alice Ann Byrne
         Date                                                                             Signature