IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

VIRGINIA HOPPER_____,    )
_____      )
                            )
　　　Plaintiff,             )
                            )
v.                          )    CASE NO. 2:07-CV-457-MEF
                            )             _____
JACKIE GRAHAM, ET AL,       )
_____        )
                            )
　　　Defendants,           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jackie Graham____, a Defective Defendant_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____            _____

_____            _____

_____            _____

_____

7/5/2007                                   /s/Alice Ann Byrne
_____                           _____
　　Date                                   (Signature)

                                           Alice Ann Byrne
                                           _____
                                           (Counsel's Name)

                                           SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                           _____
                                           Counsel for (print names of all parties)
                                           64 North Union Street
                                           _____
                                           Montgomery, AL  36160
                                           _____
                                           Address, City, State Zip Code
                                           (334) 242-3451
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Alice Ann Byrne                                    , do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail                    (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 5th    day of July            20 07, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

| 7/5/2007 | /s/Alice Ann Byrne |
|---|---|
| Date | Signature |