IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,

Plaintiff,

v.   CASE NO. 2:07-CV-457-MEF

JACKIE GRAHAM, ET AL,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Personnel Board of the State of Alabama, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____            _____

_____            _____

_____            _____

7/5/2007                                /s/Alice Ann Byrne
Date                                    (Signature)

                                        Alice Ann Byrne
                                        (Counsel's Name)

                                        SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                        Counsel for (print names of all parties)
                                        64 North Union Street
                                        Montgomery, AL  36160
                                        Address, City, State Zip Code
                                        (334) 242-3451
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __Alice Ann Byrne__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __5th__ day of __July__ 20__07__, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                             /s/Alice Ann Byrne
        Date                                                  Signature