IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,  )
 )
Plaintiff, )
 )
v. )    CASE NO. 2:07-CV-457-MEF
 )
JACKIE GRAHAM, ET AL, )
 )
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Joe Dickson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                 Relationship to Party

_____            _____

_____            _____

_____            _____


7/5/2007                          /s/Alice Ann Byrne
Date                              (Signature)

                                  Alice Ann Byrne
                                  (Counsel's Name)

                                  SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                  Counsel for (print names of all parties)
                                  64 North Union Street
                                  Montgomery, AL  36160
                                  Address, City, State Zip Code
                                  (334) 242-3451
                                  Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by  electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this  5th_____day of  July_____ 20 07, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                                               /s/Alice Ann Byrne
           Date                                                                   Signature