**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 6, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Hopper v. Graham et al**

**Case Number:   2:07cv00457-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 7, 9, 10, 11, 12, 13, and 14   filed on   July 5, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,  )
                  )
  Plaintiff,      )
                  )
v.                )   CASE NO. 2:07-CV-457-MEF
                  )
JACKIE GRAHAM, ET AL,  )
                  )
  Defendants,     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John McMillan, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____                _____
_____                _____
_____                _____

_____                _____
7/5/2007                             /s/Alice Ann Byrne
Date                                 (Signature)

                                     Alice Ann Byrne
                                     (Counsel's Name)

                                     SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                     Counsel for (print names of all parties)
                                     64 North Union Street
                                     Montgomery, AL  36160
                                     Address, City, State Zip Code
                                     (334) 242-3451
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th_____ day of _July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                                                                  /s/Alice Ann Byrne
           Date                                                                                  Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,  )
  )
Plaintiff,  )
  )
v.  )   CASE NO. 2:07-CV-457-MEF
  )
JACKIE GRAHAM, ET AL,  )
  )
Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Jackie Graham, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party
_____               _____
_____               _____
_____               _____

7/5/2007                              /s/Alice Ann Byrne
Date                                  (Signature)

                                      Alice Ann Byrne
                                      (Counsel's Name)

                                      SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                      Counsel for (print names of all parties)
                                      64 North Union Street
                                      Montgomery, AL  36160
                                      Address, City, State Zip Code
                                      (334) 242-3451
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __5th_____ day of __July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                            /s/Alice Ann Byrne
       Date                                                      Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,  )
)
Plaintiff,  )
)
v.  )  CASE NO. 2:07-CV-457-MEF
)
JACKIE GRAHAM, ET AL,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Personnel Board of the State of Alabama, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/5/2007
Date

/s/Alice Ann Byrne
(Signature)

Alice Ann Byrne
(Counsel's Name)

SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
Counsel for (print names of all parties)

64 North Union Street
Montgomery, AL  36160
Address, City, State Zip Code

(334) 242-3451
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th_____ day of _July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                            /s/Alice Ann Byrne
      Date                                             Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER,
  Plaintiff,

v.  CASE NO. 2:07-CV-457-MEF

JACKIE GRAHAM, ET AL,
  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Joyce O'Neal, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____              _____
_____              _____
_____              _____

7/5/2007                             /s/Alice Ann Byrne
Date                                 (Signature)

                                     Alice Ann Byrne
                                     (Counsel's Name)

                                     SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                     Counsel for (print names of all parties)
                                     64 North Union Street
                                     Montgomery, AL  36160
                                     Address, City, State Zip Code
                                     (334) 242-3451
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __5th_____ day of __July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130

7/5/2007                                                                  /s/Alice Ann Byrne
           Date                                                                       Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-457-MEF
)
JACKIE GRAHAM, ET AL, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW James Anderson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/5/2007
Date

/s/Alice Ann Byrne
(Signature)

Alice Ann Byrne
(Counsel's Name)

SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson

Counsel for (print names of all parties)

64 North Union Street
Montgomery, AL  36160
Address, City, State Zip Code

(334) 242-3451
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th_____ day of _July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130


7/5/2007                                                    /s/Alice Ann Byrne
        Date                                                        Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-457-MEF |
| ) | |
| JACKIE GRAHAM, ET AL, ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Joe Dickson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/5/2007
Date

/s/Alice Ann Byrne
(Signature)

Alice Ann Byrne
(Counsel's Name)

SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
Counsel for (print names of all parties)

64 North Union Street
Montgomery, AL  36160
Address, City, State Zip Code

(334) 242-3451
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Alice Ann Byrne _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by  electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this  5th _____ day of  July _____ 20 07, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130


7/5/2007                                                                          /s/Alice Ann Byrne
         Date                                                                                Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIRGINIA HOPPER ,  )
                   )
    Plaintiff,     )
                   )
v.                 )  CASE NO. 2:07-CV-457-MEF
                   )
JACKIE GRAHAM, ET AL , )
                   )
    Defendants,    )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Ellen McNair, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party
_____          _____
_____          _____
_____          _____

7/5/2007                         /s/Alice Ann Byrne
Date                             (Signature)

                                 Alice Ann Byrne
                                 (Counsel's Name)

                                 SPB, Jackie Graham, Joe N. Dickson, Joe McMillan, Joyce P. O'Neal, Ellen McNair, and James Anderson
                                 Counsel for (print names of all parties)
                                 64 North Union Street
                                 Montgomery, AL  36160
                                 Address, City, State Zip Code
                                 (334) 242-3451
                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Alice Ann Byrne_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _5th____ day of _July_____ 20_07_, to:

Jim L. DeBardelaben/Post Office Box 152/Montgomery, AL  36101-0152

Michael C. Joiner/Alabama Department of Human Resources/P.O. Box 304000;Montgomery, AL  36130


7/5/2007                                                    /s/Alice Ann Byrne
        Date                                                                          Signature