IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER    * | |
| *  | |
| Plaintiff,    * | |
| *  | CIVIL ACTION NO.2:07cv457-MEF |
| vs.    * | |
| *  | |
| JACKIE GRAHAM, et al.,    * | |
| *  | |
| Defendants.    * | |

**PLAINTIFF'S/COUNTER DEPENDANT'S
ANSWER TO COUNTER CLAIM**

Comes now the Plaintiff/Counter Defendant and responds to the Counter Claim as follows:

1. Deny and demand strict proof thereof.

2. Deny and demand strict proof thereof.

3. Deny and demand strict proof thereof.

4. Admit

5. Deny and demand strict proof thereof.

6. Deny and demand strict proof thereof.

7. Deny and demand strict proof thereof.

**DEFENSES**

1. The counter complaint fails to state a claim for which relief can be granted.

2. All actions taken by the Plaintiff/Counter Defendant were taken in good faith.

3. Plaintiff/Counter Defendant assert the defense of latches.

4. Plaintiff/Counter Defendant assert the applicable statutes of limitations.

/s/Jim L. DeBardelaben
Attorney for Plaintiff/Counter Defendant
{DEB003}

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax
jimdebard@aol.com
dgoollaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 10th day of October, 2007.

Alice Ann Byrne, Esq.
Attorney for State Personnel Board
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130
(334) 242-3450

Michael C. Joiner, Esq.
Attorney for Page B. Walley
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130
(334) 242-9330

/s/ Jim L. DeBardelaben
OF COUNSEL