IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIGINIA HOPPER, )<br>)<br>  Plaintiff/Counterclaim Defendant, )<br>)<br>)<br>)<br>v. )<br>)<br>JACKIE GRAHAM, et al., )<br>)<br>  Defendants/Counterclaim Plaintiffs. ) | Removed from the Circuit Court<br>of Montgomery County, Alabama<br>Civil Action No.: CV-07-628<br>**********************************<br>Case No.: 2:07-cv0457-MEF |

**NOTICE OF APPEARANCE**

COMES NOW Joana S. Ellis and hereby notifies this Honorable Court that she is appearing as additional counsel for Defendants/Counterclaim Plaintiffs the Personnel Board of the State of Alabama, Jackie Graham, Joe McMillan, Joyce P. O'Neal, Ellen G. McNair, Joe N. Dickson, and James H. Anderson.

                                  Respectfully submitted,

                                  s/ *Joana S. Ellis*
                                JOANA S. ELLIS      (ELL014)
                                ALICE ANN BYRNE  (BYR015)
                                Attorneys for
                                Defendants/Counterclaim Plaintiffs

OF COUNSEL:

State Personnel Department
Legal Division
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, Alabama 36130
Telephone:  (334) 353-0046
Facsimile:   (334) 353-4481
Email:       joana.ellis@personnel.alabama.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy in the United States mail, properly addressed and postage prepaid on this the 14th day of March 2008.

Jim L. DeBardelaben, Esq.
Attorney at Law
Post Office Box 152
Montgomery, Alabama 36101-0152
jimdebard@aol.com

Michael C. Joiner, Esq.
Alabama Department of Human Resources
Post Office Box 30400
Montgomery, Alabama 36130
mjoiner@dhr.state.al.us

                                            s/ *Joana S. Ellis*
                                            OF COUNSEL