**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **VIRGINIA HOPPER** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **vs.** | } | **CASE NO: CV-07-00457-MEF** |
| | } | |
| **JACKIE GRAHAM, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned and enters notice of appearance as counsel representing the Alabama Department of Human Resources. Please serve notice to all pleadings, motions, briefs, or orders in the above-styled matter on the undersigned.

RESPECTFULLY SUBMITTED this 17th day of March 2008.

TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
ASSISTANT ATTORNEY GENERAL

*//s// Joel C. Marsh*
JOEL C. MARSH (MAR 052)
Assistant Attorney General
Ala. Dept. of Human Resources
P. O. Box 304000
Montgomery, AL 36130-4000
Ph: (334) 242-9330
Fax: (334) 242-0689

ATTORNEY FOR PAGE B. WALLEY

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF APPEARANCE** on the following individuals by electronic filing, and by placing a copy of the same in the U. S. Mail, first class postage pre-paid on this the 17th day of March 2008.

Jim L. DeBardelaben, Esq.
P.O. Box 152
Montgomery, AL  36101-0152

Alice Ann Byrne, Esq.
300 Folsom Administrative Building
64 N. Union St.
Montgomery, AL  36130-4100

Joana S. Ellis, Esq.
P.O. Box 303351
Montgomery, AL  36130-3351

Michael C. Joiner
50 Ripley St.
P.O. Box 304000
Montgomery, AL  36130-4000

*//s// Joel C. Marsh*
JOEL C. MARSH (MAR 052)
Assistant Attorney General