### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **VIRGINIA HOPPER** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **vs.** | } | **CASE NO: CV-07-00457-MEF** |
| | } | |
| **JACKIE GRAHAM, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Page Walley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X      This party is an individual, or

        This party is a governmental entity, or

        There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

<u>3/17/08</u>                    <u>/s/ Joel C. Marsh_____</u>
Date                         Counsel

                         <u>Page Walley_____</u>
Counsel for (print names of all parties)
50 N. Ripley St. Rm. 2122
Montgomery, Alabama 36104
(334) 242-9330

## CERTIFICATE OF SERVICE

I <u>Joel C. Marsh</u> , do hereby certify that a true and correct copy of the foregoing

has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail,

etc.) on this 17th day of March 2008. to:

Jim L. DeBardelaben, Esq.
P.O. Box 152
Montgomery, AL  36101-0152

Alice Ann Byrne, Esq.
300 Folsom Administrative Building
64 N. Union St.
Montgomery, AL  36130-4100

Joana S. Ellis, Esq.
P.O. Box 303351
Montgomery, AL  36130-3351

Michael C. Joiner
50 Ripley St.
P.O. Box 304000
Montgomery, AL  36130-4000

<u>3/17/08</u>
Date

<u>/s/ Joel C. Marsh</u>
JOEL C. MARSH (MAR 052)
Assistant Attorney General