IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv457-MEF |
| | ) |
| JACKIE GRAHAM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On April 11, 2008, Plaintiff, Virginia Hopper, moved the Court to compel Defendants to fully respond to Hopper's Request for Production (Doc. #23). Accordingly, it is

ORDERED that Defendant shall file a response to the motion on or before **April 25, 2008.**

DONE this 11th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE