IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv457-MEF |
| | ) |
| JACKIE GRAHAM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER ON MOTION

On April 11, 2008, Plaintiff, Virginia Hopper, moved the Court to compel Defendants to fully respond to Hopper's Request for Production (Doc. #23). Defendants filed their response on the same day, arguing the motion should be denied because Plaintiff failed to certify she conferred with or attempted to confer with Defendants prior to filing the instant motion, as required by the Federal Rules of Civil Procedure. The Court agrees with Defendants. Accordingly, it is

ORDERED that the Motion to Compel (Doc. #23) is DENIED.

DONE this 15th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE