IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER,  ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-457-MEF |
| ) | |
| JACKIE GRAHAM, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Deadline to File Dispositive Motions and Extend Length of Time for Plaintiff's Deposition (Doc. #27) filed on May 1, 2008, it is hereby

ORDERED that the motion insofar as it requests an extension of deadline to file disposition motions is DENIED.

It is further ORDERED that the Motion to Extend Length of Time for Plaintiff's Deposition is referred to United States Magistrate Judge Wallace Capel, Jr. for entry of any orders or recommendations as may be appropriate.

DONE this the 5th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE