IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv457-MEF |
| JACKIE GRAHAM, *et al.*, | ) |
| Defendants. | ) |

## ORDER ON MOTION

On May 5, 2008, Defendants moved the Court to extend the length of time for Plaintiff's Deposition (Doc. #27). The Honorable Mark E. Fuller, Chief District Judge, referred the motion to the undersigned for appropriate entry of orders or recommendation. Order of May 5, 2008 (Doc. #28). Plaintiff's counsel does not oppose the motion. Upon consideration of the motion (Doc. #27), and Plaintiff's lack of opposition, it is

ORDERED that the Motion (Doc. #27) is GRANTED.

DONE this 5th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE