IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv457-MEF |
| | ) |
| JACKIE GRAHAM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 23, 2008, Alabama Psychiatric Services, P.C., moved the Court to Quash (Doc. #30) Defendants' subpoena. Upon consideration of the motion, it is

ORDERED that Defendants shall show cause in writing **on or before 3 June 2008,** why this Court should not grant the Motion (Doc #30). Plaintiff also may file a response, to the extent she has a position she wishes to put before the Court.

DONE this 27th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE