**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **VIRGINIA HOPPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cv-457-MEF** |
| | ) | |
| **JACKIE GRAHAM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TRANSMITTAL OF RECORD**

COMES NOW Defendant Alabama State Personnel Board, and submits to the Court the record of the proceedings in connection with the appeal to the State Personnel Board by Plaintiff Virginia Hopper from her dismissal from employment by the Alabama Department of Human Resources.

The following materials are enclosed herewith and bear consecutively numbered pages from 000001 to 001228, including but not limited to the transcript of the dismissal hearing before the Administrative Law Judge, the exhibits admitted into evidence at the administrative hearing, and documents produced in connection with a Third Party Request for Production (Appendices A, B, C, and D):

| DOCUMENT | BATES NOS. |
|---|---|
| Recommendation for Personnel Action (Form 11) | 000001 |
| Letter of Dismissal | 000002-000007 |
| Notice of Appeal of Termination | 000008 |
| Prehearing Correspondence Requesting Answer to Charges | 000009-000012 |

| DOCUMENT | BATES NOS. |
|---|---|
| Employee's Answer to Charges | 000013-000016 |
| Correspondence Scheduling Prehearing | 000017-000019 |
| Employee's Request for Continuance of Prehearing | 000020-000022 |
| Correspondence Rescheduling Prehearing | 000023-000028 |
| Scheduling Order and General Information | 000029-000050 |
| Department's Submission of Required Filings | 000051-000059 |
| Employee's Objection, Motion to Recuse and Objection to Administrative Process | 000060-000093 |
| Order assigning matter to ALJ L. Daniel Morris, Jr. ("ALJ") | 000094-000095 |
| Revision of Scheduling Order and General Information | 000096-000097 |
| ALJ Order - Parties to Submit Proposed Order | 000098 |
| Email Correspondence from Employee to ALJ Attaching Proposed Order | 000099-000109 |
| Department's Submission of Proposed Order | 000110-000123 |
| ALJ's Recommended Order to the State Personnel Board | 000124-000136 |
| Employee's Request for Oral Argument | 000137-000138 |
| Employee's Written Exceptions | 000139-000189 |
| Correspondence scheduling Oral Arguments to be heard at the Monthly Board meeting | 000190-000192 |
| Department's Response to Employee's Written Exceptions | 000193-000310 |
| Board Order | 000311-000312 |
| Employee's Notice of Appeal of Board Order | 000313-000319 |
| Employee's Motion for Third Party Request for Production to SPD | 000320-000326 |
| Employee's Witness List | 000327–000330 |
| ALJ Correspondence re Employee's Witnesses | 000331-000341 |

| DOCUMENT | BATES NOS. |
|---|---|
| Correspondence requesting permission for Personnel Director to appear out of order | 000342 |
| Employee’s Motion to Compel Production | 000343-000350 |
| ALJ Order to Show Cause | 000351-000356 |
| ALJ Show Cause Order re Compel Motion | 000357-000363 |
| SPD’s Response to Show Cause Order | 000364-000365 |
| ALJ Order denying Compel Motion as Moot | 000366 |
| SPD’s Response to Third Party Request for Production | 000367-000377 |
| Employee’s Motion to Compel SPD to Fully Respond to Request for Production | 000378-000388 |
| ALJ Order re Motion to Compel | 000389-000390 |
| Employee’s Revised Witness List | 000391-000394 |
| Department’s Objection to Employee’s Witness List | 000395-000397 |
| Department’s List of Witnesses | 000398-000400 |
| Employee’s Exhibit List | 000401-000403 |
| ALJ Order re Department’s Objection to Witness List | 000404-000415 |
| Employee’s Response to Corrected Order | 000416-000419 |
| ALJ Correspondence re Department’s Witnesses | 000420-000424 |
| ALJ Order | 000425-000426 |
| ALJ Correspondence re Witnesses | 000427-000448 |
| Appendix A: Employee’s Exhibits | 000449-000630 |
| Appendix B: Department’s Exhibits | 000631-000720 |
| Appendix C: Transcript of Administrative Appeal Hearing | 000721-000779 |
| Appendix D: Documents Produced in connection with Third Party Request for Production | 000780-001228 |

The undersigned hereby certifies that the foregoing attachments are true and correct copies of the documents which comprise the record of the administrative proceedings.

Respectfully submitted,

s/ Joana S. Ellis
JOANA S. ELLIS        (ELL014)
ALICE ANN BYRNE        (BYR015)
Attorneys for Defendants Graham, The Personnel Board of the State of Alabama, Dickson, McMillan, O'Neal, McNair, and Anderson

OF COUNSEL:

Alabama State Personnel Department
Legal Division
64 North Union Street
Folsom Administrative Bldg., Suite 316
Montgomery, Alabama 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481
Email:        joana.ellis@personnel.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the following by Hand Delivery and/or First Class U.S. mail, postage prepaid and properly addressed on this the 28th day of May 2008:

Joel C. Marsh, Esq.
Alabama Department of Human Resources
Post Office Box 30400
Montgomery, Alabama 36130
Email: joel.marsh@dhr.alabama.gov

Jim L. DeBardelaben, Esq.
Attorney at Law
Post Office Box 152
Montgomery, Alabama 36101-0152
Email: jimdebard@aol.com

s/ Joana S. Ellis
OF COUNSEL

Submit In Duplicate

SPD 8-16 A A A 13MQ E-8/15

STATE OF ALABAMA PERSONNEL DEPARTMENT

# RECOMMENDATION FOR PERSONNEL ACTION

| 1. Name of Employee | 2. Social Security Number | 3. Salary |
|---|---|---|
| Virginia (First) (MI) Hopper (Last) | [redacted] | 1769.10 |

| 4. Position Number | 5. Class Title/Code | 6. Class Option Title/Code |
|---|---|---|
| 0778080 25 | Accountant (10611) | ( ) |

| 7. Department | 8. Division/Code | 9. Effective Date |
|---|---|---|
| Human Resources 016 | Finance 0960 | 8-14-06 |

**INSTRUCTIONS**

Item 11 requires signature of both department heads.

Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official.

Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached.

Item 17 should have copy of letter of resignation or confirmatory letter from department attached.

**KIND OF ACTION**

- 10. Transfer within department ☐
- 11. Transfer to another department ☐
- 12. Suspension ☐
- 13. Demotion ☐
- 14. Layoff ☐
- 15. Dismissal ☒ x
- 16. Separation by death ☐
- 17. Resignation ☐
- 18. Retirement ☐ Disability ☐ Service ☐
- 19. Expiration of temporary appointment ☐
- 20. Expiration of provisional appointment ☐
- 21. Leave Without Pay ☐
- 22. Returned from LWOP ☐
- 23. Returned from military leave ☐
- 24. Change of name ☐
- 25. Other ☐

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department (Items 10 and 11) | | |
| 27. Division/Code (Items 10 and 11) | ( ) | ( ) |
| 28. County of Employment/Code (Items 10 and 11) | ( ) | ( ) |
| 29. Class Title/Code (Items 10, 11, 13) | ( ) | ( ) |
| 30. Class Option/Code (Items 10, 11, 13) | | |
| 31. Dates (Items 12, 21, 22, and 23) | | |
| 32. Name (Item 24) | | |

33. If action is separation, is reemployment recommended? Yes ___ No xx (If "No", explanation must be given.) see attached

34. Remarks.

35. Signed (Appointing Authority) Date

36. Signed (Appointing Authority) Date

37. Approved (Personnel Director) Date

000001

| ACTION | SEX | RACE | CO. RES | MI | EDU | VP | DEPT | DIV | EMP TYPE | CO. EMP | PART TIME | HOW PAID | RANGE DIFF | EMP SUB | ANNUAL RAISE | PROBATION END DATE | LEAVE STATUS | RFL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

TIB-8/15





BOB RILEY
*Governor*

# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

Page B. Walley, Ph.D.
*Commissioner*

August 14, 2006

Virginia Hopper

Dear Ms. Hopper:

This is to inform you that effective at 3:30 p.m. August 14, 2006, your employment with the Department of Human Resources will be terminated. This action has been made necessary because of your violation of the Rules of the State Personnel Board.

Specifically, you were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19-.01 (2)(f) Falsification of Records of the Rules of the State Personnel Board. You indicated on your application for Accountant that you had a college degree. You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position.

On June 22, 2006, an administrative hearing was held at the Department of Human Resources. The hearing officer that heard the facts in this personnel matter has found that the evidence and testimony supports the charges. A copy of their recommendation to the appointing authority is attached.

You are advised that you have the right, within 10 days after receipt of written notice of dismissal, to request a hearing before the State Personnel Board. Such request should be addressed directly to the Director, State Personnel Department, 64 N. Union Street, Montgomery, Alabama 36130.

Sincerely,

Page B. Walley, PhD
Commissioner

BEFORE THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES

IN RE: VIRGINIA HOPPER
ADMINISTRATIVE PERSONNEL HEARING

## RECOMMENDATION OF THE HEARING OFFICER

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's employment with the Alabama Department of Human Resources (DHR). The hearing was held on June 22, 2006. Mrs. Hopper was present and was represented by her counsel Jim DeBardeleben. Mr. DeBardeleben questioned the DHR witness, examined the evidence, presented testimony, and offered exhibits on behalf of Mrs. Hopper. DHR was represented by its attorney, Hon. Joel C. Marsh.

Mrs. Hopper was charged by DHR with falsification of records in her application for employment in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her accountant position with DHR because she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated that they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I and II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

FINDINGS OF FACT

The evidence presented at the aforementioned hearing shows that Mrs. Hopper stated on her Application Examination for an Accountant position that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Mrs. Hopper's own testimony, established that, for 17 of these courses, Mrs. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at work-related seminars and on her work experience. Trinity University in San Antonio, Texas has no record of Mrs. Hopper ever being registered as a student or receiving credit for any courses. Consequently, the undersigned hearing officer finds that Mrs. Hopper falsified information on her Application Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f).

Mrs. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, the undersigned hearing officer finds that Mrs. Hopper knew she did not have a degree from Trinity University in

San Antonio and she knew that she did not have a valid college degree when she completed the application for accountant. In addition, the position of Accountant with DHR requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration, and that the applicant must have completed five (5) college level accounting courses, including Intermediate Accounting II. The evidence presented at the hearing clearly demonstrated that Mrs. Hopper does not have a valid college degree, and that she has not taken Intermediate Accounting II, or an equivalent course. Consequently, the undersigned hearing officer finds Mrs. Hopper that is not qualified for the position of Accountant with DHR.

CONCLUSIONS OF LAW

The undersigned recommends that Mrs. Hopper be discharged from her employment with DHR because: she falsified her Accountant application; she is not qualified for the position of Accountant because she does not have a valid college degree; and because she has not taken all of the required courses for the position of Accountant with DHR.

DONE this 7th day of August, 2006.

Philip O. Tyler
Administrative Hearing Officer

Post Office Box 3310
Auburn, Alabama 36831-3310
Phone: (334) 821-3892
Fax: (334) 826-9467

000005

# TRANSACTION REPORT

AUG-21-2006 MON 02:29 PM

RECEIVER

| # | DATE | START TM | SENDER | COM TIME | PGS | TYPE/NOTE | DEPT |
|---|---|---|---|---|---|---|---|
| 1 | AUG-21 | 02:28 PM | | 0:00:58 | 6 | SG3 OK | |

S. GORDON PERSONS BUILDING
50 RIPLEY STREET
P.O. BOX 304000
MONTGOMERY, AL 36130-4000
(334) 242-1785 FAX (334) 242-8339

**STATE OF ALABAMA**
**DEPARTMENT OF HUMAN RESOURCES**
**Personnel Office**

# Fax

To: Heather

From: Billie Songa

Phone: 2-1810

Fax:

Pages: 6

Phone:

Date: 8-21-06

Re: Hopper

CC:

___Urgent ___For Review ___Please Comment ___Please Reply

● **Comments:**

000007

CONFIDENTIAL WARNING~~~~~~~~
THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. LIKEWISE, THIS MESSAGE MAY CONTAIN FEDERAL AND STATE GOVERNMENTAL DOCUMENTS WHICH ARE CONFIDENTIAL AND INFORMATION CONTAINED THEREIN MAY NOT BE DISCLOSED PURSUANT TO APPLICABLE FEDERAL AND STATE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRONGLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS [illegible]

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

August 14, 2006

Ms. Jackie Graham
Director
State Personnel Department
64 N. Union Street
Montgomery, Alabama 36130

**RE: Virginia Hopper Appeal**

Dear Ms. Graham:

This letter is to notify you that Virginia Hopper appeals her termination by the Department of Human Resources. Said termination was effective 3:30p.m., August 14, 2006 and signed by Page B. Walley, PhD. Commissioner, Department of Human Resources.

Please notify the undersigned attorney of the hearing schedule.

Sincerely,

Jim L. DeBardelaben

JLD/dg



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

**August 22, 2006**

Jim L. DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152

**RE: In the matter of *Virginia Hopper***

Dear Mr. DeBardelaben:

This will acknowledge receipt of the appeal of Virginia Hopper's dismissal from the Department of Human Resources and request for a hearing. While the request was received within the ten-day limit required by law, the response does not answer the charges made against Ms. Hopper which is also required by law (Code of Alabama 1975 Section 36-26-27). Please respond to the charges no later than **August 28, 2006** to avoid the dismissal of this appeal. This office does not have the authority to hear the appeal unless the charges are answered. The answer will define the issues to be tried at the hearing so give careful thought and consideration to the statements made in the answer. Failure to raise a defense or issue in your answer will result in a waiver of that issue for the purposes of the hearing.

The prehearing conference will be held on the Wednesday following the receipt of your answer to the charges. The docket call will begin at 9:30 a.m. and continue until all cases are heard. Failure to appear or provide a telephone number at least 24 hours in advance may result in the dismissal of this appeal.

Should you have any questions about the appeals process, you may contact our office or your questions may be addressed in detail by the Judge at the pre-hearing conference. Thank you for your prompt attention to these matters.

Sincerely,

Heather Glarrow

Heather Glarrow
Legal Assistant
Administrative Law Judge Division
State Personnel Department
(334) 242-3451
(334) 353-4481(fax)

:hg

cc: Department of Human Resources Legal and Personnel Divisions
Jackie Graham, State Personnel Director
ALJ Division, State Personnel Department ✓



Legal Division

JULIA JORDAN WELLER
Administrative Law Judge
jweller@personnel.state.al.us
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** August 22, 2006

**To:** Jim DeBardelaben **Fax No. :** 265-9299

**From:** JULIA J. WELLER

**RE:** *In the Matter of VIRGINIA HOPPER*

**MESSAGE: Please see the attached letter regarding Ms. Hopper's appeal.**

This transmittal contains 3 pages (including this page).

Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.

# TRANSACTION REPORT

AUG-22-2006 TUE 08:54 AM

TX (MEMORY)

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | AUG-22 | 08:53 AM | 92659299 | 0:00:51 | 3 | ECM OK | | 528 |
| | | | TOTAL | 0:00:51 | 3 | | | |

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 •Fax (334) 265-9299
E-Mail:jimdebard@aol.com

RECEIVED
2006 AUG 25 P 2:52
PERSONNEL DEPART
STATE OF ALABAMA

August 23, 2006

Ms. Jackie Graham
Director
State Personnel Department
64 N. Union Street
Montgomery, Alabama 36130

Via Facsimile (334) 353-4481 and
US Mail

**RE: In the Matter of Virgina Hooper**

Dear Ms. Graham:

This letter is to deny each and every charge filed against Mrs. hopper in her termination letter dated May 9, 2006. Specifically, Mrs. Hopper denies that she never intentionally or knowingly falsified any information on an application for promotion and specifically denies the violated Rule 670-X-19-.01(3)(f), Falsification of Records of the Rules of the State Personnel Board.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLD/dg
cc: Heather Glarrow

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

August 23, 2006

Ms Jackie Graham
Dir ctor
Sta : Personnel Department
64 I. Union Street
Mo tgomery, Alabama 36130

Via Facsimile (334) 353-4481 and
US Mail

**RE In the Matter of Virgina Hooper**

De: Ms. Graham:

This letter is to deny each and every charge filed against Mrs. hopper in her termination lett r dated May 9, 2006. Specifically, Mrs. Hopper denies that she never intentionally or knc wingly falsified any information on an application for promotion and specifically denies the vio ated Rule 670-X-19-.01(3)(f), Falsification of Records of the Rules of the State Personnel Bo rd.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLI /dg
cc: Heather Glarrow

000014

# TRANSACTION REPORT

AUG-23-2006 WED 09:11 AM

RECEIVER

| # | DATE | START TM | SENDER | COM TIME | PGS | TYPE/NOTE | DEPT |
|---|---|---|---|---|---|---|---|
| 1 | AUG-23 | 09:10 AM | 334 265 9299 | 0:00:41 | 2 | ECM OK | |

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Da e:** August 23, 2006

**To** Jackie Graham

**Fa #** 353-4481

**# ( pages (including cover sheet):** 2

**Cl ent/Matter:** **Virginia Hopper**

**C( mments:**

*Tl : information contained in this facsimile transmission is legally privileged and confidential in, ormation intended only for the use of the individual or entity named below. If the person ac ually receiving this facsimile or any other reader of the facsimile is not the named recipient or he employee or agent responsible to deliver it to the named recipient, any use, dissemination, di ribution, or copying of the communication is strictly prohibited. If you have received this fa simile in error, please contact us immediately by telephone and return the original message to is at the above address via US Postal Service.*




# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

**August 23, 2006**

Jim DeBardelaben
Post Office Box 152
Montgomery, AL 36101-0152

**RE: In the matter of *Virginia Hopper***

Dear Mr. DeBardelaben:

This will acknowledge receipt of your client's answer to the charges. The prehearing conference in this matter will be held on Wednesday, August 30, 2006. The docket call will begin at 9:30 a.m. Counsel or parties participating by telephone will need to be available between 9:30 a.m. and 10:30 a.m. If you wish to participate by telephone, you must notify this office 24 hours in advance. Failure to appear or provide a telephone number at least 24 hours in advance where you can be reached for the telephone conference may result in the dismissal of the appeal.

Prehearing conferences generally take 15 to 20 minutes and will be heard in the order scheduled. You may contact our office the morning of the hearing, prior to 9:30 a.m. and request where your case stands on the docket. I will be happy to answer any questions you may have concerning the appeals process at the hearing.

Thank you for your cooperation in these matters.

Sincerely,

Julia J. Weller

Julia J. Weller
Administrative Law Judge
State of Alabama
State Personnel Board

JJW:hg
cc: Sharon Ficquette
Butch King



Legal Division

JULIA JORDAN WELLER
Administrative Law Judge
*jweller@personnel.state.al.us*
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** August 23, 2006

| | | | |
|---|---|---|---|
| **To:** | **Jim DeBardelaben** | **Fax No. :** | **265-9299** |
| **To:** | **Sharon Ficquette, Esq.** | **Fax No.:** | **242-0689** |
| **To:** | **Butch King** | **Fax No.:** | **242-8339** |

**From:** JULIA J. WELLER

**RE:** *In the Matter of VIRGINIA HOPPER*

**MESSAGE: Please see the attached letter regarding Ms. Hopper's appeal.**

This transmittal contains 3 pages (including this page).

Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.

# TRANSACTION REPORT

AUG-23-2006 WED 01:46 PM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | AUG-23 | 01:43 PM | 92659299 | 0:00:54 | 3 | ECM OK | | 529 |
| 2 | | 01:44 PM | 20689 | 0:00:52 | 3 | ECM OK | | 529 |
| 3 | | 01:45 PM | 28339 | 0:00:25 | 3 | SG3 OK | | 529 |
| | | | TOTAL | 0:02:11 | 9 | | | |

000019

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

August 23, 2006

Via Facsimile (334) 242-1110
And US Mail

Honorable Julia J. Weller
Administrative Law Judge
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE: In the Matter of Virgina Hooper**

Dear Judge Weller:

I am in receipt of your letter dated August 23, 2006, scheduling a prehearing conference on Wednesday, August 30, 2006 at 9:30 a.m. This letter is to request the conference be rescheduled as I have a medical deposition scheduled in Birmingham on August 30, 2006. I do not believe I have enough time to attend the prehearing conference and make it to UAB in time for the scheduled deposition. I am completely free on August 29, 2006 and August 31, 2006.

Thank you for your consideration in this matter.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLD/dg
cc: Sharon Ficquette
Butch King

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Date:** August 24, 2006

**To:** Judge Julia Weller

**Fax #** 242-1110

**# of pages (including cover sheet):** 2

**Client/Matter:** Virginia Hopper

**Comments:**

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

August 23, 2006

Via Facsimile (334) 242-1110
And US Mail

Ho orable Julia J. Weller
Ad inistrative Law Judge
Sta : Personnel Department
30( Folsom Administrative Building
Mo tgomery, Alabama 36130

**RE In the Matter of Virgina Hooper**

De · Judge Weller:

I am in receipt of your letter dated August 23, 2006, scheduling a prehearing conference on Wednesday, August 30, 2006 at 9:30 a.m. This letter is to request the conference be resc eduled as I have a medical deposition scheduled in Birmingham on August 30, 2006. I do not elieve I have enough time to attend the prehearing conference and make it to UAB in time for e scheduled deposition. I am completely free on August 29, 2006 and August 31, 2006.

Thank you for your consideration in this matter.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLD dg
cc: aron Ficquette
utch King



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

**August 29, 2006**

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152

Joel Marsh, Esq.
Post Office Box 304000
Montgomery, AL 36130-4000

**RE: In the matter of *Virginia Hopper***

Gentlemen:

The above matter has been moved to the August 31, 2006 prehearing docket, which begins at 2:00 p.m. Please let me know if you would like to participate by telephone.

Thank you for your cooperation.

Sincerely,

Heather E. Glarrow

Heather E. Glarrow
Assistant to
Administrative Law Judge
Julia J. Weller
State of Alabama
State Personnel Board

:hg



Legal Division

JULIA JORDAN WELLER
Administrative Law Judge
*jweller@personnel.state.al.us*
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** August 29, 2006

| | | | |
|---|---|---|---|
| **To:** | **Jim DeBardelaben** | **Fax No. :** | **265-9299** |
| **To:** | **Joel Marsh, Esq.** | **Fax No.:** | **242-0689** |

**From:** JULIA J. WELLER

**RE:** *In the Matter of VIRGINIA HOPPER*

**MESSAGE: Please see the attached letter regarding Ms. Hopper's appeal.**

This transmittal contains **2** pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

# TRANSACTION REPORT

AUG-29-2006 TUE 03:43 PM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | AUG-29 | 03:42 PM | 92659299 | 0:00:38 | 2 | ECM OK | | 533 |
| 2 | | 03:43 PM | 20689 | 0:00:36 | 2 | ECM OK | | 533 |
| | | | TOTAL | 0:01:14 | 4 | | | |




# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**August 30, 2006**

**State Personnel Board**
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152

Joel Marsh, Esq.
Post Office Box 304000
Montgomery, AL 36130-4000

**RE: In the matter of *Virginia Hopper***

Gentlemen:

The above matter has been moved to the September 5, 2006 prehearing docket, which begins at 11:00 a.m. Please let me know if you would like to participate by telephone.

Again, thank you for your continued cooperation as we are going through some changes in our office.

Sincerely,

Heather E. Glarrow

Heather E. Glarrow
Assistant to
Administrative Law Judge
Julia J. Weller
State of Alabama
State Personnel Board

:hg



Alabama
SPD
State Personnel
Department

Legal Division

ELIZABETH F. ACKER
Administrative Law Judge
backer@personnel.state.al.us
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** August 30, 2006

**To:** Jim DeBardelaben — **Fax No.:** 265-9299
**To:** Joel Marsh, Esq. — **Fax No.:** 242-0689

**From:** JULIA J. WELLER

**RE:** *In the Matter of VIRGINIA HOPPER*

**MESSAGE: Please see the attached letter regarding Ms. Hopper's appeal.**

This transmittal contains **2** pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

# TRANSACTION REPORT

AUG-30-2006 WED 01:49 PM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | AUG-30 | 01:48 PM | 92659299 | 0:00:38 | 2 | ECM OK | | 536 |
| 2 | | 01:49 PM | 20689 | 0:00:36 | 2 | ECM OK | | 536 |
| | | | TOTAL | 0:01:14 | 4 | | | |

**Revised: 8/06**

**BEFORE THE PERSONNEL BOARD OF**
**THE STATE OF ALABAMA**

**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

**SCHEDULING ORDER AND GENERAL INFORMATION**

**This case is set for hearing on NOVEMBER 6th, 2006, beginning at 9:30 a.m. at the State Personnel Department in Montgomery, Alabama.**

**HEARING PROCEDURE**

This hearing follows the same procedure as in a non-jury civil case. The agency bears the burden of proof to show the charged matters are warranted by the preponderance of the evidence. The Administrative Law Judge will examine the evidence *de novo*.[1]

The hearing generally utilizes the Alabama Rules of Civil Procedure to the extent they do not conflict with the scheduling order herein and to the extent they apply to administrative proceedings; the Alabama Rules of Evidence to the extent they apply to administrative proceedings; the Alabama State Personnel

[1] *De novo* means that the administrative law judge will examine the evidence with a new look at the facts. The Judge will determine if the charges are supported by the evidence, whether the agency followed policy

Board Rules (Alabama Administrative Code, Chapter 670)[2]; any applicable agency regulations and all other applicable state and federal laws.

The hearing officer or Administrative Law Judge (hereinafter "ALJ") is immediately assigned to the case.[3] During the prehearing conference, the ALJ advised the parties that the State Personnel Department had been involved in this case, and that employees from the State Personnel Department may be called as witnesses at the evidentiary hearing of this matter. The ALJ advised that if either party objected to one of the State Personnel Board's ALJs conducting the hearing of this case, the State Personnel Board will appoint an attorney from a different State agency or department to serve as the administrative law judge. Counsel for the State Department of Human Resources indicated that he had no objections to ALJ Elizabeth F. Acker or ALJ Julia J. Weller. However, counsel for the Employee indicated that he may file an objection on other grounds. It is hereby **ORDERED** that if any party objects to either ALJ or has any other objections regarding the administrative process, that party must within 5 calendar days of the prehearing conference, file their objections

---

guidelines, its own regulations and the law as required, examine whether mitigating factors exist and finally to confirm that the agency action was not the result of illegal discrimination.

2 The State of Alabama's Personnel Board Rules can be found at www.lrs.state.al.us or a copy may be purchased at the State of Alabama, Personnel Legal Office.

3 Elizabeth F. Acker and Julia J. Weller serve as administrative law judges for the State Personnel Board. The husband of Administrative Law Judge Julia J. Weller, Christopher W. Weller, Esq. is one of the many lawyers involved in the *Reynolds v. the Alabama Department of Transportation* and *Crum v. State of Alabama*, et al. actions. Mr. Weller represents the Department of Transportation and other state agencies. To date, Administrative Law Judge Julia Weller has no specific knowledge of any employee currently involved in those actions and represents that these actions in no way will affect the impartiality of those appearing in this proceeding. However, to the extent that any party believes that this circumstance poses a legal conflict of interest, objections should be raised as set forth herein.

and state each and every specific factual and legal ground for their objections. Objections must be based upon legal authority to warrant consideration. Objections not timely raised are deemed waived.

## REQUIRED FILINGS

The Department or Agency is required to file with the Administrative Law Judge a copy of the pre-dismissal letter, termination letter and a transcript of the pre-dismissal hearing, if such exists. If a transcript does not exist or has not been transcribed, the Department is not required to obtain one. The requirement to supply a transcript only applies if one exists and if it has been transcribed. These documents should be provided to this office no later than one week after the pre-hearing conference.

## FILING OF PAPERS

All papers may be filed by facsimile transmission with no requirement to send an original to the Administrative Law Judge (ALJ). A copy of any paper filed with the ALJ must be sent to the opposing party.

The parties are responsible for providing the ALJ and opposing counsel with a current phone number, address, fax number and
e-mail for the purposes of notifying the parties for hearings and conferences.

Each filing party must certify at the end of each filing that the forgoing motion or filing has been served upon the opposing party by one of the following methods:

(1) placing the same in U.S. first class mail, postage prepaid addressed as follows, then stating the name, address and phone number of persons served; or

(2) by facsimile, then stating the name, address and phone number and facsimile number of persons served; or

(3) by Federal Express or other nationally recognized reliable carrier, name, address and phone number of persons served; or

(4) by hand delivery, name, address and phone number of persons served.

Every certification must be signed by counsel filing the pleading or the filing party and dated.

## MOTION PRACTICE

Any Motion Practice allowed by the Rules of Civil Procedure may be used in this proceeding to the extent that the Rules apply to administrative proceedings.

## DISCOVERY CUTOFF

All discovery in this case must be completed not later than **14 days prior to the hearing date.**

NOTE: **All references to a day refer to a calendar day. Any deadline falling on a weekend or a holiday is extended to the following business day.**

## DISCOVERY

The purpose of the limited, "one round" discovery[4] in this proceeding is to ensure that both parties are fully aware of the evidence that may be presented at the hearing.

Any **request for production of documents or other discovery**, such as depositions, allowed by the Alabama Rules of Civil Procedure must be submitted to and received by the opposing party not later than ten (10) days after the prehearing conference **(a failure to comply with this deadline will be viewed as a waiver of the right to request discovery unless good cause is shown). Only one round of discovery shall be allowed except upon motion showing good cause why any additional discovery should be allowed. Compliance** with the request for production or other discovery must be accomplished and received by the opposing party by not later than 14 days after receipt of the discovery request but in no event shall discovery be allowed that cannot be completed within 14 days of the discovery cutoff. Any **request for an extension** of this deadline may be mutually agreed upon between the parties, however, if a mutual agreement cannot be reached, a request to extend these deadlines

must be filed not later than the date the discovery is due and not after the period for discovery has ended (14 days prior to the hearing). Any agreement between the parties should be reduced to writing. **Copies of discovery requests** must be filed with the ALJ at the same time the request is sent to the opposing party. **Do not file discovery with the ALJ.**

## LIMITATIONS ON DISCOVERY

This administrative proceeding permits each party to engage in limited, "one round" discovery. Neither party may submit more than:

a. 25 interrogatories[5] (including subparts) to the other party; and

b. 25 requests for admission[6] (including subparts) to the other party; and

c. 10 document requests. The Agency or Department must automatically produce to the Employee or his/her counsel a copy of the Employee's personnel file. The Employee's personnel file, nor the exchange of exhibits count toward the 10 sets of documents which a party may request.

d. Generally discovery depositions are not permitted unless:

---

[4] Discovery is the opportunity for the parties to request certain documents, evidence and to take witness testimony which is relevant to the issues to be tried. All discovery must be relevant in order to request it. Moreover, a party must possess a good faith basis to request the evidence.

[5] "Interrogatories" are a list of questions to be answered by the other party.

[6] "Requests for admission" are a list of yes or no questions which request a party to the action to admit or deny certain facts.

1. The witness being deposed is not available for the hearing; or
2. the parties agree to the deposition; or
3. the witness being deposed is an elected official and the parties agree to the deposition or the Administrative Law Judge orders the deposition;
4. the witness being deposed in an inmate in a case involving the Department of Corrections;
5. the witness being deposed is a foster child, foster parent or a member of the family of a foster child in the cases involving the Department of Human Resources; or
6. the Administrative Law Judge orders the deposition; or
7. other extraordinary circumstance.

In the event depositions are permitted, each deposition must be taken in front of a certified court reporter. The parties are responsible for their own costs. Any deposition taken for the purpose of preserving the testimony for the hearing must be videotaped unless the parties agree it may be transcribed in written form or as otherwise addressed in the Alabama Rules of Civil Procedure. When agreeing to submit the deposition in written form only, the parties waive the right to demand that the Administrative Law Judge must observe the witness in person.

## Mandatory Discovery

a. In addition to the Department's production to the Employee of his or her personnel file, both parties must exchange all exhibits to be used at trial. The exhibits should be numbered and tabbed in a chronological numerical order.

b. The parties must exchange expert witness information, hereinafter discussed.

c. In the case of video or audio evidence, the party in possession of the evidence must provide opposing counsel with a reasonable opportunity to view such evidence prior to the hearing, in the event providing a copy of the evidence is not cost efficient or practical. If a video copy is provided to opposing counsel, it must also provide instructions how to play the tape in the event computer software is necessary.

d. **Any video taped evidence is automatically placed under seal by virtue of this scheduling order.** Too often, video evidence contains privacy protected information or confidential and privileged material. Unless otherwise ordered by the Administrative Law Judge, the tape may only be viewed by legal counsel, the parties to this action and the Administrative Law Judge and the Judge's legal assistants, such as the court reporter. **Tapes**

**may not be released to the public unless a court order or federal authority states to the contrary.**

These limitations may be amended by a motion to the ALJ citing specific reasons for the need for additional discovery. Only one round of discovery is allowed except by motion citing good cause for supplemental discovery.

## MOTIONS TO COMPEL

a. If compliance with any discovery request is unsatisfactory or incomplete, the requesting party must contact the other party prior to filing a motion to compel and make an effort to resolve the problem.

b. A **motion to compel** may then be filed with the ALJ, citing the efforts made to resolve the issue.

c. The motion to compel must be **received** by the ALJ not later than five (5) days after receipt of the discovery. A party who **objects to a discovery request** must file the objection with a full explanation of the objection and a motion for a protective order immediately upon identifying any objectionable discovery request.

d. The motion to compel must state when all attempts to contact opposing counsel have been made.

## EXHIBITS OR DOCUMENTARY EVIDENCE

a. All **exhibits** to be introduced by each party are to be copied and exchanged by the parties not later than ten (10) days prior to the hearing date.

b. All exhibits will be **admitted** into evidence unless **objected** to, in writing, not later than three (3) days prior to the hearing date.

c. The objection must include an **explanation** of why the documentary evidence is objectionable.[7]

d. Objections not timely raised will be deemed waived unless the parties agree to the contrary.

e. A complete set of exhibits must be provided to the ALJ at the beginning of the hearing.

   1. These exhibits should be pre-marked and bound in a notebook or with a spiral binding.

   2. Exhibits must also be chronologically indexed with tabs.

   3. The exhibits should include a cover page identifying

      (a) the Employee case matter,

      (b) the party for whom the exhibits are submitted,

      (c) the total number of exhibits, and

      (d) identify the attorneys for the represented party.

[7] If any exhibit is a summary of other documents, the original documents forming the basis of the summary must be produced unless the requesting party notifies the other party, in writing, the materials are not necessary.

The parties should have one copy for themselves, one copy for the witness, and one copy for the Judge. The ALJ's copy will constitute the official copy for the file.

e. Videotaped evidence at the hearing should be shown on a screen at least 24 inches or larger and positioned so that it can be clearly seen by each party to the hearing, counsel, the court reporter, the ALJ and any necessary witness while all remain seated.

**NOTE:** **Do not send** a copy of the exhibits to the Administrative Law Judge prior to the hearing. All exhibits must be plainly labeled as either Department exhibit, in sequence, or Employee exhibit, in sequence. **Any exhibit not provided to the other party, but listed on the exhibit list, will not be admitted into evidence. The party contending that certain exhibits have not been received must timely raise the fact that the evidence has not been produced at least two business days prior to the hearing.**

## PRIVACY PROTECTED EVIDENCE, CONFIDENTIAL, STATUTORILY PROTECTED OR PRIVILEGED INFORMATION

Any exhibit filed which contains:

a. privacy protected information according to state and federal law;

**b.** confidential, legally protected or privileged information according to state or federal law,

the filing party must redact the information to the extent legally required.

Steps should be taken to preserve the privacy interests of the interests of all parties or witnesses to the issues at hand. For example, social security numbers, tax identification numbers, the full names of medical patients, juvenile students in the custody of the Department of Youth services; foster children and other such information must be redacted unless it the information necessary or relevant to the issues at hand.

Should the protected information be necessary or relevant to the issues before the ALJ, the party filing the exhibit must immediately notify the ALJ and must request that the Administrative Law Judge place the information under seal.

## WITNESSES

a. The **Employee** should notify the Department as soon as a witness is identified so that the Department may contact the employee to ensure that person's attendance at the hearing or to request a subpoena. A list of witnesses to be called by each party is to be provided to the opposing party and the ALJ not later than ten (10) days prior to the hearing.

b. All witnesses who are not employees of the Department or of the State of Alabama must be **subpoenaed**.

(1) The full name and street address of each witness to be subpoenaed must be provided to the ALJ **not later than**

**14 days prior to the hearing so that a subpoena may be prepared.**

(2) The **prepared subpoena** will be sent back to the party who requested the subpoena for service. The **return of service** on the subpoena must be provided to the ALJ not later than the time set for the hearing.

c. Witnesses who are **employees of the State of Alabama** but not of the Department involved in the hearing must be identified to the ALJ not later than 14 days prior to the hearing date so that a letter may be prepared and sent to that employee informing that employee to attend the hearing. Do not call the ALJ's office at the last minute and request the issuance of a subpoena.

d. If the witness list submitted contains an unusual number of witnesses, the opposing party should immediately bring this matter to the attention of the ALJ and request a conference to determine if some of the witnesses are necessary.

**NOTE: The fact that a witness' name is on one party's list does not mean that witness will be available for the other party to call as a witness. The Employee is automatically subject to being called as a witness by the Department.**

e. If an expert witness is to be called, the party designating the witness must state:

1. the name, address and qualifications of each expert witness;

000041

2. a narrative summary of the facts and opinions to which the expert witness is expected to testify, a summary of the grounds for each opinion;
3. documenting evidence supporting each opinion;
4. a copy of the expert's curriculum vitae.

## DEPARTMENT'S PLAIN STATEMENT OF THE FACTS

The Department is **ORDERED** to file its plain statement of the facts with the ALJ and the Employee not later than 3 calendar days from the date of the prehearing conference.

## EMPLOYEE DEFENSES

a. The statute governing appeals, §36-26-27(a), requires the Employee to answer the charges forming the basis of the Employee's dismissal before the appeal is perfected. Often an Employee will deny the charges generally without any explanation. However, the Employee is required to file with the ALJ and the Department not later than 5 calendar days from the date of the prehearing conference any specific defenses, such as but not limited to a denial of equal protection, discrimination, etc. Such defenses should also set forth a short plain statement of the factual basis for the defense. A general claim of a defense will not be allowed.

b. The Department may respond to the claimed defense within 5 calendar days if it desires.

c. Any defense not filed within the time limit above may be allowed only upon a motion which includes the defense meeting the requirements set out above.

d. No evidence of any defense or issue will be allowed to be presented at the hearing if not pled or raised by the discovery cutoff deadline or as otherwise set forth herein.

e. The Employees Defenses, the Department's Agency file, its short plain statement of the facts and the Department's response to the Employee's defenses define the issues to be tried in the proceeding.

## EXCULPATORY EVIDENCE

A party who has knowledge of evidence that may be **exculpatory** has a duty to notify the opposing party of such evidence immediately upon discovery. The ALJ should also receive a copy of the notice of exculpatory evidence.

## DELAY OF THE HEARING

It is the intent of the Administrative Law Judge to have the hearing on the day identified above. Requests for **continuances** must be filed as soon as a reason for a continuance is identified. The request should be specific. Prior to filing a motion for a continuance the party requesting the continuance should contact the opposing party and, if possible, reach a mutual agreement on the motion. If such an agreement is reached, a written motion

should set out this fact. A hearing will be continued only upon a showing of good cause.

**SETTLEMENT AND**

**WITHDRAWAL OF THE EMPLOYEE'S APPEAL**

A significant number of appeals are settled or appeals are withdrawn prior to the hearing. Settlement is encouraged and may represent the best outcome for both the Department and the Employee. Please be advised that there are certain procedures affecting settlements and withdrawals.

a. If any **monetary payment** is made or to be made to the Employee, the settlement agreement **must** be promptly presented to the ALJ and Counsel for the State Personnel Board. These settlements must be approved by the State Personnel Board.

b. Settlements that contain no monetary provisions or back pay awards should be presented to the ALJ who will then forward them to the State Personnel Board.

c. Withdrawals must also be approved by the State Personnel Board.

d. If the possibility of a settlement or withdrawal in a case is recognized early in the proceedings, the ALJ should be advised of this possibility. Due to the crowded calendar of hearings, an early warning that a case may settle may allow another case to be substituted and another Employee to receive a hearing sooner.

e. A written settlement agreement is required in all settlements, whether there is a monetary amount involved in the settlement or not.

f. Counsel should be aware that once the Administrative Law Judge has been advised that a case has been settled or an appeal withdrawn, the case will be removed from the docket and if for some reason the case does not ultimately settle, it will be reset in the order of cases and may result in a significant delay to the case being heard.

g. Counsel should not advise the ALJ that a settlement has been reached unless the Department, and any appropriate officials necessary to approve the settlement, have agreed to the settlement and counsel for the Employee and the Employee have agreed to the settlement.

h. A written document should be filed and signed jointly by the parties, including the Employee, that a settlement agreement has been reached.

i. A settlement agreement must be forwarded to the ALJ not later than 14 days after the notification of settlement. Once the ALJ has received a document signed by both counsel who have the authority to settle the case, a settlement agreement will be enforced by the Administrative Law Judge and there will not be a hearing absent any misrepresentation or fraud by any party.

j. If the Administrative Law Judge is advised, in writing, by both counsel that a case has been settled and for some reason the case ultimately does not settle, counsel should be aware that

sanctions may be recommended to the State Personnel Board if a hearing is ultimately necessary.

k. Settlement discussions should begin immediately upon receiving necessary information to reach a settlement. Last minute settlements on the day of a hearing or the late afternoon prior to a hearing so that the ALJ does not have an opportunity to change travel plans or cancel a court reporter may result in sanctions being imposed upon one or more of the parties for the costs associated with travel or the court reporter. In other words, last minute settlements are not to be viewed favorably when the parties have had ample time to resolve the case.

l. If the parties have reached substantial agreement on a settlement and require the assistance of the ALJ in finalizing a settlement, the ALJ should be notified as soon as possible and the ALJ will assist the parties in resolving the case to the extent it is ethically permitted. The purpose of this paragraph is to put the parties on notice that great inconvenience and costs can be incurred by the State Personnel Department, the ALJ, the Department or the Employee if a last minute settlement occurs. The ALJ will not impose a requirement that "day of trial" settlements will be prohibited but such are discouraged except under unusual circumstances.

**SANCTIONS**

Any party who willfully violates the discovery provisions of this Order shall be subject to such **sanctions** as are allowed by the

Rules of the State Personnel Board. Any recommendation for sanctions must be approved by the State Personnel Board.

Parties who fail to appear for prehearing conferences, motion conferences or the hearing risk incurring sanctions including but not limited to:

a. a recommendation that the appeal must be dismissed for failure to prosecute;

b. the taxing of costs for witness fess, court reporters or expenses incurred;

c. any other sanction permitted by law.

This **Scheduling Order** shall govern the course of this action unless modified to prevent manifest injustice. Any witness not listed on the witness list for either party shall not be allowed to testify except by consent of the opposing party or upon a showing of good cause nor shall any document be admitted unless it has been provided to or is otherwise available to the Employee.

Done this 6th day of September, 2006.

Elizabeth F. Acker

Elizabeth F. Acker
Administrative Law Judge
State of Alabama
Alabama State Personnel Board
64 North Union Street
Montgomery, Alabama 36130
(334) 242-3680
(334) 353-4481 – FAX
backer@personnel.state.al.us

Copies to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Department of Human Resources—Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



Alabama
SPD
State Personnel
Department

Legal Division

ELIZABETH F. ACKER
Administrative Law Judge
backer@personnel.state.al.us
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **Date:** | **September 6, 2006** | | |
| **To:** | **Jim DeBardelaben** | **Fax No. :** | **265-9299** |
| **To:** | **Joel Marsh, Esq.** | **Fax No.:** | **242-0689** |
| **From:** | **Elizabeth F. Acker** | | |
| **RE:** | ***In the Matter of VIRGINIA HOPPER*** | | |

**MESSAGE: Attached is the Scheduling Order in the above-referenced matter.**

This transmittal contains **21** pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

# TRANSACTION REPORT

SEP-06-2006 WED 08:12 AM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SEP-06 | 08:01 AM | 92659299 | 0:06:02 | 21 | ECM | OK | | 543 |
| 2 | | 08:07 AM | 20689 | 0:05:10 | 21 | ECM | OK | | 543 |
| | | | TOTAL | 0:11:12 | 42 | | | | |

# BEFORE THE ALABAMA STATE PERSONNEL BOARD

IN THE MATTER OF )
)
VIRGINIA HOPPER )
)
)

## SUBMISSION OF REQUIRED FILINGS

Comes now the Alabama Department of Human Resources, the employer, by and through its undersigned counsel, and in accordance with the Scheduling Order dated 6 September 2006, hereby provides DHR's pre-dismissal letter and termination letter of Ms. Hopper. A transcript of the pre-dismissal hearing has been ordered, but has not yet been received by DHR. It will be forwarded once it is delivered to DHR

DHR's plain statement of the facts is contained in the pre-dismissal letter.

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

000051

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Submission of Required Filings on the following by Facsimile to the fax number indicated below, on this the 11 day of September 2006.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone #265-9206
Fax #: 265-9299

Joel C. Marsh
Attorney for DHR

000052

# State of Alabama
## Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

June 12, 2006

Mrs. Virginia Hopper

***RE: Amendment to original charge letter of May 9, 2006.***

Dear Mrs. Hopper:

This is to inform you that the administrative hearing has been rescheduled for Thursday, June 22, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant ***and evidence that you are not qualified for your current position as an accountant.*** The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board,* 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

An Affirmative Action /Equal Opportunity Employer

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

***You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.***

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 1st day of June 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director




# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

August 14, 2006

Virginia Hopper

Dear Ms. Hopper:

This is to inform you that effective at 3:30 p.m. August 14, 2006, your employment with the Department of Human Resources will be terminated. This action has been made necessary because of your violation of the Rules of the State Personnel Board.

Specifically, you were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19-.01 (2)(f) Falsification of Records of the Rules of the State Personnel Board. You indicated on your application for Accountant that you had a college degree. You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position.

On June 22, 2006, an administrative hearing was held at the Department of Human Resources. The hearing officer that heard the facts in this personnel matter has found that the evidence and testimony supports the charges. A copy of their recommendation to the appointing authority is attached.

You are advised that you have the right, within 10 days after receipt of written notice of dismissal, to request a hearing before the State Personnel Board. Such request should be addressed directly to the Director, State Personnel Department, 64 N. Union Street, Montgomery, Alabama 36130.

Sincerely,

Page B. Walley, PhD
Commissioner

BEFORE THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES

IN RE: VIRGINIA HOPPER
ADMINISTRATIVE PERSONNEL HEARING

RECOMMENDATION OF THE HEARING OFFICER

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's employment with the Alabama Department of Human Resources (DHR). The hearing was held on June 22, 2006. Mrs. Hopper was present and was represented by her counsel Jim DeBardeleben. Mr. DeBardeleben questioned the DHR witness, examined the evidence, presented testimony, and offered exhibits on behalf of Mrs. Hopper. DHR was represented by its attorney, Hon. Joel C. Marsh.

Mrs. Hopper was charged by DHR with falsification of records in her application for employment in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her accountant position with DHR because she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated that they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

000056

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I and II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

FINDINGS OF FACT

The evidence presented at the aforementioned hearing shows that Mrs. Hopper stated on her Application Examination for an Accountant position that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Mrs. Hopper's own testimony, established that, for 17 of these courses, Mrs. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at work-related seminars and on her work experience. Trinity University in San Antonio, Texas has no record of Mrs. Hopper ever being registered as a student or receiving credit for any courses. Consequently, the undersigned hearing officer finds that Mrs. Hopper falsified information on her Application Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f).

Mrs. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, the undersigned hearing officer finds that Mrs. Hopper knew she did not have a degree from Trinity University in

San Antonio and she knew that she did not have a valid college degree when she completed the application for accountant. In addition, the position of Accountant with DHR requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration, and that the applicant must have completed five (5) college level accounting courses, including Intermediate Accounting II. The evidence presented at the hearing clearly demonstrated that Mrs. Hopper does not have a valid college degree, and that she has not taken Intermediate Accounting II, or an equivalent course. Consequently, the undersigned hearing officer finds Mrs. Hopper that is not qualified for the position of Accountant with DHR.

CONCLUSIONS OF LAW

The undersigned recommends that Mrs. Hopper be discharged from her employment with DHR because: she falsified her Accountant application; she is not qualified for the position of Accountant because she does not have a valid college degree; and because she has not taken all of the required courses for the position of Accountant with DHR.

DONE this 7th day of August, 2006.

Philip O. Tyler
Administrative Hearing Officer

Post Office Box 3310
Auburn, Alabama 36831-3310
Phone: (334) 821-3892
Fax: (334) 826-9467

000058

# TRANSACTION REPORT

SEP-11-2006 MON 09:58 AM

RECEIVER

| # | DATE | START TM | SENDER | COM TIME | PGS | TYPE/NOTE | DEPT |
|---|---|---|---|---|---|---|---|
| 1 | SEP-11 | 09:56 AM | 334 242 0689 | 0:02:26 | 8 | ECM OK | |

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOOPER**

**OBJECTION, MOTION TO RECUSE AND OBJECTION TO ADMINISTRATIVE PROCESS**

Comes Now the employee, Virginia Hooper, by and through her attorney and enters an Objection, Motion to Recuse and Objection To Administrative Process on the following grounds:

1. By memorandum dated May 4, 2006, on State Personnel Department letterhead to Jackie Graham, State Personnel Director, from Darby Forrester and Stan Goolsby, it was determined that "Mrs. Hopper fraudulently represented her educational accomplishments that eventually lead to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources. (Exhibit 1.)

2. By letter dated May 9, 2006, to Ms. Hopper from Page B. Walley, Commissioner, Department of Human Resources, Mrs. Hopper was informed that she was charged with providing false information on her job application for Accountant. (Exhibit 2). This letter was amended by letter dated June 12, 2006 (Exhibit 3.).

3. Exhibit 1 for DHR at Mrs. Hooper's hearing at the Department of Human Resources was the May 4, 2006, memorandum to Jackie Graham from Darby Forrester and Stan Goolsby. (Exhibit 4).

4. By letter dated May 19, 2006, on State Personnel Department letterhead addressed to Mrs. Hopper and signed by Jackie Graham, it was stated "It appears that false

2006 SEP 12 P 2:01
LEGAL DIVISION

information was provided on your most recent application filed with the State Personnel Department..." (Exhibit 5).

The entire process of appeal is to and through the State Personnel Board. In this instance the Personnel Director has already been involved in this case and staff of the State Personnel Board has written a memorandum on State Personnel Department letterhead determining that Mrs. Hooper was guilty of fraud. This information was used in Mrs. Hooper's departmental hearing. Additionally, the Administrative Law Judge will be called upon to consider evidence and testimony from not only the State Personnel Director, but employees of the State Personnel Board. There certainly appears to be a substantial conflict of interest.

According to Chapter 670-X-5.08(1) State Personnel Board the following must occur:

> "...Any request by a party for a Board member or a Hearing Officer as designated shall be made in writing with the Director no later than five work days prior to the date upon which the hearing is scheduled."

In the Scheduling Order and General Information issued in this case it appears to violate the terms of the above cited rule as it requires the objection to be made written 5 calendar days from the pre-hearing conference. Thus, it appears that the employee's rights given by Chapter 670-X-5.08(1) have already been violated.

Based upon the unique situation of this case, it is requested that not only the Administrative Law Judges recuse themselves, but the entire Personnel Board and the Director of the Personnel Board must recuse themselves as the Personnel Board and its employees are directly involved in this matter. It appears that it will be impossible for the employee to have a fair and equal hearing due to the significant involvement of the State Personnel Board employees from the beginning of her case.

Respectfully submitted this the 11th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 11th day of September, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689 Fax

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

OF COUNSEL



# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

CONFIDENTIAL

May 4, 2006

**MEMORANDUM**

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

EXHIBIT
1

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06





State of Alabama
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

May 9, 2006

Mrs. Virginia Hopper

Dear Mrs. Hopper:

This is to inform you that an administrative hearing will be held on Tuesday, June 13, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant. The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board,* 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

Falsification of records is a more serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

**000065**

EXHIBIT
2

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12 day of 2-7 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director



State of Alabama
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

June 12, 2006

Mrs. Virginia Hopper

***RE: Amendment to original charge letter of May 9, 2006.***

Dear Mrs. Hopper:

This is to inform you that the administrative hearing has been rescheduled for Thursday, June 22, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant ***and evidence that you are not qualified for your current position as an accountant***. The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board*, 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

EXHIBIT
3

000067

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

***You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.***

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12th day of June 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

C O N F I D E N T I A L

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

EXHIBIT
4

EXHIBIT
DHR 1

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachments to DHR's Exhibit 1 provided upon request



# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT 5

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
State Personnel Director

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am attaching my transcript from Troy University, Montgomery. I will not be able to attach my transcript from Trinity College & University; I have came to the knowledge the transcript and diploma are not as they were represented to me and at this point I do not want to list them or claim them. This is the problem I am having with my position as Accountant and for the request to fall back as an Accounting Tech.

I would like to meet with you, go over my position, and explain the events as they happened. I do not know if this would make a difference, but I did sign my name to what I believed to be the truth.

If more information is needed please contact me at 334[redacted], work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures




# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

May 17, 2006

Virginia Hopper

22

Dear Ms. Hopper:

To respond to your request to be placed on the reemployment register for Accounting Technician, 10605, I must review your academic transcripts. Please forward to me a copy of your <u>official</u> transcripts from Troy University – Montgomery and Trinity College and University by the close of business on Friday, May 19, 2006.

Sincerely,

Jackie Graham

Jackie Graham
State Personnel Director



Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am requesting your review of my situation involving my employment with the State of Alabama. Not knowing if I will be successful in proving the statements made on my application for Accountant were the truth as I knew them to be at the time I signed the application; I need to know:

If I resign my position as Accountant, will I be allowed by State Personnel to fall back to the classification of an Accountant Tech (I had permanent status before my promotion to Accountant) and be placed on the re-employment register and continue my career in State government.

I have an excellent work record and history. I have attached my latest Employee Performance Appraisals and letters to back this statement.

If more information is needed please contact me at 334 [redacted] work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOOPER**

## OBJECTION, MOTION TO RECUSE AND OBJECTION TO ADMINISTRATIVE PROCESS

Comes Now the employee, Virginia Hooper, by and through her attorney and enters an Objection, Motion to Recuse and Objection To Administrative Process on the following grounds:

1. By memorandum dated May 4, 2006, on State Personnel Department letterhead to Jackie Graham, State Personnel Director, from Darby Forrester and Stan Goolsby, it was determined that "Mrs. Hopper fraudulently represented her educational accomplishments that eventually lead to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources. (Exhibit 1.)

2. By letter dated May 9, 2006, to Ms. Hopper from Page B. Walley, Commissioner, Department of Human Resources, Mrs. Hopper was informed that she was charged with providing false information on her job application for Accountant. (Exhibit 2). This letter was amended by letter dated June 12, 2006 (Exhibit 3.).

3. Exhibit 1 for DHR at Mrs. Hooper's hearing at the Department of Human Resources was the May 4, 2006, memorandum to Jackie Graham from Darby Forrester and Stan Goolsby. (Exhibit 4).

4. By letter dated May 19, 2006, on State Personnel Department letterhead addressed to Mrs. Hopper and signed by Jackie Graham, it was stated "It appears that false

information was provided on your most recent application filed with the State Personnel Department..." (Exhibit 5).

The entire process of appeal is to and through the State Personnel Board. In this instance the Personnel Director has already been involved in this case and staff of the State Personnel Board has written a memorandum on State Personnel Department letterhead determining that Mrs. Hooper was guilty of fraud. This information was used in Mrs. Hooper's departmental hearing. Additionally, the Administrative Law Judge will be called upon to consider evidence and testimony from not only the State Personnel Director, but employees of the State Personnel Board. There certainly appears to be a substantial conflict of interest.

According to Chapter 670-X-5.08(1) State Personnel Board the following must occur:

> "...Any request by a party for a Board member or a Hearing Officer as designated shall be made in writing with the Director no later than five work days prior to the date upon which the hearing is scheduled."

In the Scheduling Order and General Information issued in this case it appears to violate the terms of the above cited rule as it requires the objection to be made written 5 calendar days from the pre-hearing conference. Thus, it appears that the employee's rights given by Chapter 670-X-5.08(1) have already been violated.

Based upon the unique situation of this case, it is requested that not only the Administrative Law Judges recuse themselves, but the entire Personnel Board and the Director of the Personnel Board must recuse themselves as the Personnel Board and its employees are directly involved in this matter. It appears that it will be impossible for the employee to have a fair and equal hearing due to the significant involvement of the State Personnel Board employees from the beginning of her case.

Respectfully submitted this the 11th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 11th day of September, 2006:

Jon Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689 Fax

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

OF COUNSEL





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

CONFIDENTIAL

May 4, 2006

**MEMORANDUM**

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

EXHIBIT

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06





# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

May 9, 2006

Mrs. Virginia Hopper

Dear Mrs. Hopper:

This is to inform you that an administrative hearing will be held on Tuesday, June 13, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant. The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board*, 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

Falsification of records is a more serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

EXHIBIT 2

000081

evidence provided to the hearing officer supports these charges, it could result
disciplinary actions of increasing severity, including suspension up to 30 days
a calendar year, demotion, or termination of employment. The Department will
e seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

have been informed of the foregoing and accept a copy of the same this the 12 day of 2-7 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director





BOB RILEY
*Governor*

# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

Page B. Walley, Ph.D.
*Commissioner*

June 12, 2006

Mrs. Virginia Hopper

RE: ***Amendment to original charge letter of May 9, 2006.***

Dear Mrs. Hopper:

This is to inform you that the administrative hearing has been rescheduled for Thursday, June 22, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant ***and evidence that you are not qualified for your current position as an accountant.*** The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board*, 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

An Affirmative Action /Equal Opportunity Employer

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

***You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.***

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12th day of June 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

CONFIDENTIAL

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

000085

EXHIBIT
DHR 1

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $6 5 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachments to DHR's Exhibit 1 provided upon request



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT
5

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
Jackie Graham
State Personnel Director

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am attaching my transcript from Troy University, Montgomery. I will not be able to attach my transcript from Trinity College & University; I have came to the knowledge the transcript and diploma are not as they were represented to me and at this point I do not want to list them or claim them. This is the problem I am having with my position as Accountant and for the request to fall back as an Accounting Tech.

I would like to meet with you, go over my position, and explain the events as they happened. I do not know if this would make a difference, but I did sign my name to what I believed to be the truth.

If more information is needed please contact me at 334 [redacted]7, work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

May 17, 2006

Virginia Hopper

Dear Ms. Hopper:

To respond to your request to be placed on the reemployment register for Accounting Technician, 10605, I must review your academic transcripts. Please forward to me a copy of your official transcripts from Troy University – Montgomery and Trinity College and University by the close of business on Friday, May 19, 2006.

Sincerely,

Jackie Graham
State Personnel Director

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am requesting your review of my situation involving my employment with the State of Alabama. Not knowing if I will be successful in proving the statements made on my application for Accountant were the truth as I knew them to be at the time I signed the application; I need to know:

If I resign my position as Accountant, will I be allowed by State Personnel to fall back to the classification of an Accountant Tech (I had permanent status before my promotion to Accountant) and be placed on the re-employment register and continue my career in State government.

I have an excellent work record and history. I have attached my latest Employee Performance Appraisals and letters to back this statement.

If more information is needed please contact me at 334 [redacted] work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

*Virginia Hopper*

Virginia Hopper

Enclosures

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Date:** 9/11/06

**To:** Jackie Graham

**Fax #** 242-1110

**# of pages (including cover sheet):** 18

**Client/Matter:** Virginia Hopper

**Comments:**

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

# ORDER

The Director of State Personnel Board Director has assigned this case to undersigned hearing officer or Administrative Law Judge (hereinafter "ALJ"). If any party objects to the ALJ based upon any currently disclosed matter, or any other matter known to the party (or with reasonable diligence should be known) which would require recusal, the objecting party is ORDERED to file within 5 calendar days of the issuance of this order, a motion for recusal with the Director of the State Personnel Board. In the request for recusal, the party must state each and every specific factual and legal ground for the objection.[1] All requests for recusal must be based upon legal authority to warrant consideration. Requests for recusal not timely raised are deemed waived.

A telephone status conference to be initiated by my office will be held with both parties on Monday, October 23, 2006 at 1:30 p.m. Please advise my office, 242-6775, of the telephone number at which you may be reached at that time.

[1] All other recusal motions may be made pursuant to any additional ALJ Orders or Rule 670-X-5-.08(1). Each motion must state every factual and legal basis for the objection.

Done this the 17th day of October, 2006.

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775
FAX: 353-6505

Copies to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Department of Human Resources—Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**REVISION OF SCHEDULING ORDER AND GENERAL INFORMATION**

A conference call was held on October 23, 2006 with counsel for Employee, with counsel for the Department, and with the Hearing Officer appointed to hear the case.

During the conference call, counsel for parties indicated they were progressing in accordance with the Scheduling Order dated August 6, 2006 with one exception. Counsel for Employee stated that third-party production requested from the State Personnel Department on September 13, 2006 remains outstanding, and the lack thereof presents a problem in preparing for the November 6, 2006 hearing. Counsel for Employee was directed to first try and resolve the discovery request with SPD. If unable, he should file a motion to compel. Counsel for both parties and the Hearing Officer discussed alternative hearing dates which would allow time to resolve the issue. Counsel for both parties indicated an anticipated need of one day for the hearing.

Counsel for Employee also advised that he would like to have an attorney in Texas testify by telephone and asked if this was

acceptable. Counsel for the Department said it might be, he wished to speak with the witness before hand, and if he was satisfied, he would agree to accept the testimony by telephone.

In response to a question from the Hearing Officer, counsel for both parties stated that there were no other outstanding issues that needed to be resolved.

Wherefore, premises considered, the following is ORDERED:

(1) The hearing previously set for November 6, 2006 is rescheduled for November 30, 2006 at 9:00 o'clock a.m. at the offices of the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama.

(2) The Scheduling Order and General Information dated August 6, 2006 is adopted mutatis mutandis with a hearing date of November 30, 2006.

DONE this the 24th day of October, 2006.

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775
FAX: 353-6505

Copies via facsimile and U. S. Mail to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER**

It is ORDERED that no later than January 19, 2007, both parties shall submit a proposed order including a finding of facts and conclusions. This should be submitted both in writing and as computer document either emailed as an attached document to morrisd@dot.state.al.us or provided on a disk.

DONE this the 2nd day of January, 2007.

L. Daniel Morris, Jr., ~~Assistant Director~~
Department of Transportation
1409 Coliseum Boulevard
Post Office Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

Copies via facsimile and U. S. Mail to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources-Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

**Morris, Dan**

---

**From:** Dgoollaw@aol.com
**Sent:** Monday, January 08, 2007 2:54 PM
**To:** Morris, Dan
**Subject:** Virginia Hopper
**Attachments:** FINAL ORDER.wpd

Please find attached the following Order from Jim L. DeBardelaben, attorney for Virginia Hopper as requested by L. Daniel Morris. It is attached in WordPerfect format because that is what we use, however, if you need it in Microsoft Word format please let me know and I will change it for you.

Thank you,

Dana L. Goolsby
Assistant to Jim L. DeBardelaben
(334) 265-9206

000099

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

## ORDER

## FACTS

This matter came before the State of Alabama Personnel Board concerning Virginia Hopper. A hearing was held on December 19, 2006 at the Department of Transportation with the Honorable L. Daniel Morris, Jr. serving as Hearing Officer. Mrs. Virginia Hopper was present and represented by her attorney Jim L. DeBardelaben.

The charges against Mrs. Hooper were as follows:

On Mrs. Hopper's Application for Examination for Accountant, she indicated she received a B.S. Degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas, in May 2002. Mrs. Hopper was charged with making a false statement on her application.

The evidence presented showed that Mrs. Hopper received a B. S. Degree from Trinity College & University not Trinity University. Mrs. Hopper testified that she was under the impression that Trinity College & University and Trinity University were one and the same institution. Both institutions are on-line institutions that offer college degrees. Mrs. Hopper stated when she googled Trinity that Trinity College & University came up the first time. After she received her degree, she googled Trinity to try to get the number for courses she was given credit for and apparently Trinity University website came up. When she called the number she had for Trinity College and University, to check the course numbers because the numbers were

different, she was informed that the course numbers had recently changed, and to use the new course numbers.

On three applications dated May 28, 2003 (Employee Exhibit.3), July 25, 2003 (Employee Exhibit 5) and November 21, 2003 (Employee Exhibit 2), Mrs. Hopper indicated she received a B.S. Degree from Trinity University. Employee Exhibit 15, is the B.S. Degree Mrs. Hopper received from Trinity College & University.

By letter dated May 15, 2006 addressed to Mrs. Jackie Graham, State Personnel Director, Mrs. Hopper stated that the transcript and diploma she received from Trinity College & University were not as represented to her and she did not want to list or claim them. (Employee Exhibit 12). Mrs. Hopper requested to fall back to a position as an Accounting Tech. This action was taken by Mrs. Hopper before any adverse action concerning her employment was taken. Mrs. Graham responded by letter dated May 19, 1006, denying Mrs. Hooper's request and determinating that Mrs. Hopper had provided false information and could not be placed on a State Employment Register for a period of five (5) years. This action was taken prior to Mrs. Hopper being charged by DHR with any wrong doing and prior to her being found guilty of any wrong doing by DHR.

The evidence shows that by a letter dated September 19, 2006 addressed to Mrs. Jackie Graham from the law firm of Cox, Smith , Mathews, in San Antonio, Texas, and signed by attorney J. Daniel Harkins, Mrs. Graham was provided a copy of a law suit and Final Order of the law suit filed by Trinity University against Trinity College & University. (Employee Exhibits 16, 17). In the letter to Mrs. Graham attorney Harkins stated:

> "...It is my understanding from Mrs. Hopper that she obtained a degree from Trinity College & University under the mistaken belief that she was obtaining a degree from Trinity University. This is the type of activity that we sought to and

did enjoin. If you have any further questions concerning this matter, please call me."

At the hearing Mrs. Graham was asked if she took any type of action upon receipt of the letter from attorney Harkins, she stated she did not. There was no investigation into whether or not Trinity College & University were misleading people into believing it was Trinity University.

The evidence clearly showed that Mrs. Hopper was an excellent employee, receiving one annual rating of exceeds standards and all other ratings were consistently exceeds standards, the highest possible There was some question about whether or not Mrs. Hopper had completed the required college-level accounting courses from an accredited four year college or university to qualify for the Accountant position. Certified records from Troy University clearly showed that Mrs. Hopper had completed the following courses at Troy:

1. Principal of Accounting I
2. Principal of Accounting II
3. Governmental Accounting
4. Managerial Accounting
5. Intermediate Accounting I

The evidence also indicated that Mrs. Hopper was more than qualified for the Accountant Tech position, a position she held prior to being promoted to Accountant. There was only a two-step pay increase involved in the promotion from Accountant Tech to Accountant and the evidence indicated that Mrs. Hopper was not at the top of the Accountant Tech pay scale.

The certification contained in a State Application states in pertinent part:

"I certify that all statements on or attached to this application are true and correct to the best of my knowledge..." (Emphasis added).

## CONCLUSIONS

The facts in this case are very troubling. A very valuable and good state employee apparently placed incorrect data on an application. However, it does not appear the employee

placed the incorrect data on the application with knowledge the information was incorrect. It appears that Mrs. Hopper was taken advantage of by an on-line scam perpetuated by a fraudulent educational institution. Mrs. Hopper did receive a diploma that contained a B.S. Degree from Trinity College & University. She thought the degree was from a legitimate on-line educational institution by the name of Trinity University. Evidence was introduced that Trinity University had to file a law suit against Trinity College & University due to the same type of situation as involved Mrs. Hopper.

While I understand the stance of the Department of Human Resources and the State Personnel Department, I also understand the unique situation with Mrs. Hopper. To terminate Mrs. Hopper's employment, which may be considered technically legal, certainly does not reflect the purpose and function of the State Merit System. Such termination would cost the State of Alabama an extremely qualified and hard working employee, who was mislead and taken advantage of by a fraudulent and unethical on-line educational institution. This is a loss for both the State of Alabama and Mrs. Hopper.

My conclusion is that Mrs. Hopper should be reduced to an Accounting Tech position, a position she is certainly qualified for, and placed back to work with back pay to July 12, 2006. This is a fair and equitable solution to this situation, based upon the unique facts of this case.

DONE this the _____ day of ___________, 2007.

______________________________
L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
Post Office Box 303050

Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353 6505

Copies via facsimile and U.S. Mail to:

Jim L. DeBardelaben, Esq.
Post Office Box 152
Montgomery, Alabama 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Department of Human Resources-Legal
Post Office Box 304000
Montgomery, Alabama 36130-4000
FAX: 242-0689

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

# ORDER

## FACTS

This matter came before the State of Alabama Personnel Board concerning Virginia Hopper. A hearing was held on December 19, 2006 at the Department of Transportation with the Honorable L. Daniel Morris, Jr. serving as Hearing Officer. Mrs. Virginia Hopper was present and represented by her attorney Jim L. DeBardelaben.

The charges against Mrs. Hooper were as follows:

On Mrs. Hopper's Application for Examination for Accountant, she indicated she received a B.S. Degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas, in May 2002. Mrs. Hopper was charged with making a false statement on her application.

The evidence presented showed that Mrs. Hopper received a B. S. Degree from Trinity College & University not Trinity University. Mrs. Hopper testified that she was under the impression that Trinity College & University and Trinity University were one and the same institution. Both institutions are on-line institutions that offer college degrees. Mrs. Hopper stated when she googled Trinity that Trinity College & University came up the first time. After she received her degree, she googled Trinity to try to get the number for courses she was given credit for and apparently Trinity University website came up. When she called the number she had for Trinity College and University, to check the course numbers because the numbers were

different, she was informed that the course numbers had recently changed, and to use the new course numbers.

On three applications dated May 28, 2003 (Employee Exhibit.3), July 25, 2003 (Employee Exhibit 5) and November 21, 2003 (Employee Exhibit 2), Mrs. Hopper indicated she received a B.S. Degree from Trinity University. Employee Exhibit 15, is the B.S. Degree Mrs. Hopper received from Trinity College & University.

By letter dated May 15, 2006 addressed to Mrs. Jackie Graham, State Personnel Director, Mrs. Hopper stated that the transcript and diploma she received from Trinity College & University were not as represented to her and she did not want to list or claim them. (Employee Exhibit 12). Mrs. Hopper requested to fall back to a position as an Accounting Tech. This action was taken by Mrs. Hopper before any adverse action concerning her employment was taken. Mrs. Graham responded by letter dated May 19, 1006, denying Mrs. Hooper's request and determinating that Mrs. Hopper had provided false information and could not be placed on a State Employment Register for a period of five (5) years. This action was taken prior to Mrs. Hopper being charged by DHR with any wrong doing and prior to her being found guilty of any wrong doing by DHR.

The evidence shows that by a letter dated September 19, 2006 addressed to Mrs. Jackie Graham from the law firm of Cox, Smith , Mathews, in San Antonio, Texas, and signed by attorney J. Daniel Harkins, Mrs. Graham was provided a copy of a law suit and Final Order of the law suit filed by Trinity University against Trinity College & University. (Employee Exhibits 16, 17). In the letter to Mrs. Graham attorney Harkins stated:

> "...It is my understanding from Mrs. Hopper that she obtained a degree from Trinity College & University under the mistaken belief that she was obtaining a degree from Trinity University. This is the type of activity that we sought to and

did enjoin. If you have any further questions concerning this matter, please call me."

At the hearing Mrs. Graham was asked if she took any type of action upon receipt of the letter from attorney Harkins, she stated she did not. There was no investigation into whether or not Trinity College & University were misleading people into believing it was Trinity University.

The evidence clearly showed that Mrs. Hopper was an excellent employee, receiving one annual rating of exceeds standards and all other ratings were consistently exceeds standards, the highest possible There was some question about whether or not Mrs. Hopper had completed the required college-level accounting courses from an accredited four year college or university to qualify for the Accountant position. Certified records from Troy University clearly showed that Mrs. Hopper had completed the following courses at Troy:

1. Principal of Accounting I
2. Principal of Accounting II
3. Governmental Accounting
4. Managerial Accounting
5. Intermediate Accounting I

The evidence also indicated that Mrs. Hopper was more than qualified for the Accountant Tech position, a position she held prior to being promoted to Accountant. There was only a two-step pay increase involved in the promotion from Accountant Tech to Accountant and the evidence indicated that Mrs. Hopper was not at the top of the Accountant Tech pay scale.

The certification contained in a State Application states in pertinent part:

"I certify that all statements on or attached to this application <u>are true and correct to the best of my knowledge...</u>" (Emphasis added).

## CONCLUSIONS

The facts in this case are very troubling. A very valuable and good state employee apparently placed incorrect data on an application. However, it does not appear the employee

placed the incorrect data on the application with knowledge the information was incorrect. It appears that Mrs. Hopper was taken advantage of by an on-line scam perpetuated by a fraudulent educational institution. Mrs. Hopper did receive a diploma that contained a B.S. Degree from Trinity College & University. She thought the degree was from a legitimate on-line educational institution by the name of Trinity University. Evidence was introduced that Trinity University had to file a law suit against Trinity College & University due to the same type of situation as involved Mrs. Hopper.

While I understand the stance of the Department of Human Resources and the State Personnel Department, I also understand the unique situation with Mrs. Hopper. To terminate Mrs. Hopper's employment, which may be considered technically legal, certainly does not reflect the purpose and function of the State Merit System. Such termination would cost the State of Alabama an extremely qualified and hard working employee, who was mislead and taken advantage of by a fraudulent and unethical on-line educational institution. This is a loss for both the State of Alabama and Mrs. Hopper.

My conclusion is that Mrs. Hopper should be reduced to an Accounting Tech position, a position she is certainly qualified for, and placed back to work with back pay to July 12, 2006. This is a fair and equitable solution to this situation, based upon the unique facts of this case.

DONE this the _____ day of ___________, 2007.

_______________________________
L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
Post Office Box 303050

Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353 6505

Copies via facsimile and U.S. Mail to:

Jim L. DeBardelaben, Esq.
Post Office Box 152
Montgomery, Alabama 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Department of Human Resources-Legal
Post Office Box 304000
Montgomery, Alabama 36130-4000
FAX: 242-0689

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**SUBMISSION OF PROPOSED ORDER**

Comes now the Alabama Department of Human Resources, the employer, by and through its undersigned counsel, and in accordance with the Order dated 2 January 2007, hereby provides a proposed order for consideration by the Hearing Officer

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Submission of Proposed Order on the following by Facsimile to the fax number indicated below, on this the 19th day of January 2007.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone #265-9206
Fax #: 265-9299

Joel C. Marsh
Attorney for DHR

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**RECOMMENDATION OF THE HEARING OFFICER**

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's appeal of her dismissal from employment with the Alabama Department of Human Resources (DHR). The hearing was held on December 18, 2006. Ms. Hopper was present and was represented by her counsel, the Honorable Jim DeBardelaben. DHR was represented at the hearing by the Honorable Joel C. Marsh, an Assistant Attorney General for the State of Alabama. Both parties presented witnesses, offered documents into evidence, and cross-examined the opposing party's witnesses.

Ms. Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

**FINDINGS**

I find that Ms. Hopper falsified information on her Application for Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f). Ms. Hopper

stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Ms. Hopper's own testimony, established that, for 17 of these courses, Ms. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas has no record of Ms. Hopper ever being registered as a student or receiving credit for any courses.

Ms. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, I do not find her testimony to be creditable. I find that Ms. Hopper knew she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

I also find that Ms. Hopper is not qualified for the position of Accountant with DHR. The position requires that the applicant have a

Bachelor's degree with a major in Accounting or Business and that the applicant must have completed 5 college level accounting courses, including Intermediate Accounting II, or an equivalent course. The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a degree from a "diploma mill," and furthermore, that she has not taken Intermediate Accounting II, or an equivalent course.

## CONCLUSIONS

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position.

I also find that each of these three grounds for discharge, if considered alone, would be sufficient grounds by itself for upholding the discharge.

Done this ______ day of January, 2007.

L. Daniel Morris, Jr., Hearing Officer
Assistant Director, Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130
Phone: (334) 242-6775
Fax: (334) 353-6505

*STATE OF ALABAMA*
*DEPARTMENT OF HUMAN RESOURCES*
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000

# TELECOPY TRANSMITTAL SHEET

*Date and Time*: January 19, 2007, at 11:41 AM CDT

*Number of Sheets (Including Transmittal Sheet)*: 08

*TO*: Honorable Jim Morris

*FAX NUMBER*: (334) 353-6505

*FROM*: Honorable Joel C. Marsh
State DHR Legal Office

*DHR FAX #* (334) 242-0689

*COMMENTS*:

CONFIDENTIALITY WARNING

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Likewise, this message may contain Federal and state governmental documents which are confidential, and the information contained therein may not be disclosed pursuant to applicable Federal and state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

If there is a problem during transmission, please call: (334) 242-9330

*STATE OF ALABAMA*
*DEPARTMENT OF HUMAN RESOURCES*
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000

# TELECOPY TRANSMITTAL SHEET

*Date and Time:* January 19, 2007, at 11:41 AM CDT

*Number of Sheets (Including Transmittal Sheet):* 08

*TO:* Honorable Jim Morris

*FAX NUMBER:* (334) 353-6505

*FROM:* Honorable Joel C. Marsh
State DHR Legal Office

*DHR FAX #* (334) 242-0689

*COMMENTS:*

---

CONFIDENTIALITY WARNING

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Likewise, this message may contain Federal and state governmental documents which are confidential, and the information contained therein may not be disclosed pursuant to applicable Federal and state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

---

**If there is a problem during transmission, please call: (334) 242-9330**

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**RECOMMENDATION OF THE HEARING OFFICER**

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's appeal of her dismissal from employment with the Alabama Department of Human Resources (DHR). The hearing was held on December 18, 2006. Ms. Hopper was present and was represented by her counsel, the Honorable Jim DeBardelaben. DHR was represented at the hearing by the Honorable Joel C. Marsh, an Assistant Attorney General for the State of Alabama. Both parties presented witnesses, offered documents into evidence, and cross-examined the opposing party's witnesses.

Ms. Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

**FINDINGS**

I find that Ms. Hopper falsified information on her Application for Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f). Ms. Hopper

stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Ms. Hopper's own testimony, established that, for 17 of these courses, Ms. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas has no record of Ms. Hopper ever being registered as a student or receiving credit for any courses.

Ms. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, I do not find her testimony to be creditable. I find that Ms. Hopper knew she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

I also find that Ms. Hopper is not qualified for the position of Accountant with DHR. The position requires that the applicant have a

Bachelor's degree with a major in Accounting or Business and that the applicant must have completed 5 college level accounting courses, including Intermediate Accounting II, or an equivalent course. The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a degree from a "diploma mill," and furthermore, that she has not taken Intermediate Accounting II, or an equivalent course.

## CONCLUSIONS

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position.

I also find that each of these three grounds for discharge, if considered alone, would be sufficient grounds by itself for upholding the discharge.

Done this ______ day of January, 2007.

L. Daniel Morris, Jr., Hearing Officer
Assistant Director, Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130
Phone: (334) 242-6775
Fax: (334) 353-6505

**BEFORE THE PERSONNEL BOARD**
**IN THE MATTER OF**

| | | |
|---|---|---|
| **VIRGINIA S. HOPPER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 06-036** |
| | ) | |
| | ) | |
| **ALABAMA DEPARTMENT OF HUMAN RESOURCES** | ) | |
| | ) | |
| **Appellee.** | ) | |

**RECOMMENDED ORDER TO THE STATE PERSONNEL BOARD**

A hearing was held on December 18, 2006, at the offices of the Alabama Department of Transportation in Montgomery, Alabama. Jim Debardelaben, Esq., appeared as counsel on behalf of Virginia S. Hopper ("Hopper"). Joel C. Marsh, Esq., appeared as counsel on behalf of the Alabama Department of Human Resources ("DHR"). Ms. Hopper attended the hearing.

DHR introduced into evidence 9 exhibits consecutively numbered as 1-9. Hopper introduced into evidence 17 exhibits consecutively numbered 1-17.

DHR called as witnesses:

(1) Thomas Stanley Goolsby

(2) Darby Forrester

(3) Jeanne Brackim

(4) Virginia S. Hopper

Hopper called as witnesses:

(1) Dr. Page Walley

(2) James Swearengin, Jr.

(3) Jackie Graham

(4) Thomas King

## I. PROCEDURAL HISTORY AND CHARGES

Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and

correct; and that any false statements could result in removal from the register or release from employment.

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

On June 22, 2006, DHR held an Administrative Hearing. The hearing officer that heard the facts in this matter found that the evidence and testimony supports the charges. After the hearing, DHR notified Hopper by letter, dated August 14, 2006, that DHR was terminating Hopper's employment, effective August 14, 2006.

Hopper timely appealed the termination to the Alabama State Personnel Board on or about August 14, 2006.

This matter was originally assigned to Judge Julia Jordon Weller, administrative law judge for Alabama State Personnel Board. However, Hopper objected to Ms. Weller as the administrative law judge because she was employed by the State Personnel Department which was involved in this matter and several of the employees of the State Personnel Department were to be called as witnesses. As a consequence the undersigned was appointed

as administrative law judge to hear this matter and make a finding and recommendation to the State Personnel Board. Mr. Debardelaben counsel for Hopper at the beginning of the hearing objected to the procedure of the hearing. He stated, "Ms. Graham, the Personnel Director, took an active participation in this case. When we objected to State Personnel carrying out this procedure, Ms. Graham, herself, who's already made a recommendation, took an active participation, appointed you. I don't - - I think that in and of itself denies certain Constitutional rights to Ms. Hopper with a person who had a direct interest making the appointment." Mr. Debardelaben stated he was not objecting to me as the Administrative Law Judge, he simply was objecting to the procedure. On October 17, 2006, I issued an order that states in part "the Director of the State Personnel Board has assigned this case to the undersigned hearing officer or Administrative Law Judge (hereinafter "ALJ"). If any party objects to the ALJ based upon any currently disclosed matter, or any other matter known to the party (or with reasonable diligence should be known) which would required recusal, the objecting party is ORDERED to file within 5 calendar days of the issuance of this order, a motion for recusal with the Director of the State Personnel Board." No objection was filed with the State Personnel Board and the issue was not raised until the date of the hearing on December 18, 2006. I find the objection untimely.

## II. ISSUE

Did DHR produce sufficient evidence to warrant dismissal of Hopper from her position as an Accountant?

## III. DISCUSSION

**Standard of Review**

The purpose of the Administrative Appeal is to determine if the termination of the employee is warranted and supported by the evidence. *Kucera v. Ballard*, 485 So. 2d 345 (Ala. Civ. App. 1986); *Thompson v. Alabama Depart. of Mental Health*, 477 So. 2d 427 (Ala. Civ. App. 1985); *Roberson v. Personnel Bd. Of the State of Alabama*, 390 So. 2d 658 (Ala. Civ. App. 1980). Recently in Earl v. State Personnel Board, slip op, 2030508 (March 14, 2006) the Alabama Court of Civil Appeals reiterated:

> "[D]ismissal by an appointing authority ... is reviewable by the personnel board only to determine if the reasons stated for the dismissal are sustained by the evidence presented at hearing."

Slip op. at p. 27, quoting Johnston v. State Personnel Bd., 447 So. 2d 752, 755 (Ala. Civ. App. 1983).[1] In determining whether an employee's dismissal is warranted, the departmental agency bears the burden of proving the charges warrant termination by a "preponderance of the evidence."

---

[1]The Alabama Court of Civil Appeals went further to hold: 'both this court and the circuit court must take the administrative agency's order as "prima facie just and reasonable' and neither this court nor the circuit court may "substitute its judgment for that of the agency as to the weight of the evidence on questions of fact." Slip op at 27, citing Ala. Code 1975, § 41-22-20 (k); State Dept. of Human Res. V. Gilbert, 681 So. 2d 560, 562 (Ala. Civ. App. 1995).

The law is well settled that a "preponderance of the evidence" standard requires a showing of a *probability* that the employee is guilty of the acts as charged. Thus, there must be more than a mere possibility or one possibility among others that the facts support the disciplinary action at issue, the evidence must establish that *more probably than not*, the employee performed, or failed to properly perform, as charged. *See Metropolitan Stevedore Co. v. Rambo*, 521 U.S. 121, 117 S. Ct. 1953, 138 L. Ed. 2d. 327 (1997), holding that a "significant possibility" falls far short of the APA's preponderance of the evidence standard; *See also Wright v. State of Tex.*, 533 F. 2d 185 (5th Cir. 1976).[2]

## IV. FINDINGS

After a careful review of all testimony and exhibits, I find that Hopper falsified information on her Application for Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f). Hopper stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant

[2] Bonner v. City of Pritchard, 661 F. 2d 1206, 1209 (11th Cir. 1981 the Eleventh Circuit adopted as binding precedent all Fifth Circuit decisions handed down prior to the close of business on September 30, 1981.

position that she was seeking. However, evidence produced at the hearing, including Hopper's own testimony, established that, for 17 of these courses, Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas has no record of Hopper ever being registered as a student or receiving credit for any courses.

Hopper testified that she listed Trinity University of San Antonio, Texas on her application because she believed that was the institution that issued the "Diploma" she received and that she believed that she had a legitimate college degree from Trinity University. However, she had in her possession a document, a "Diploma", that was from "Trinity College and University." Hopper also testified that she utilized the internet mainly to communicate with "Trinity College and University." As a result of a lawsuit by Trinity University in San Antonio, Texas against "Trinity College and University", the name of "Trinity College and University" was changed to Bronte International University. DHR exhibit 9 clearly shows that a "sham diploma" could be obtained by paying six hundred and ninety-five dollars to Bronte International University a.k.a Trinity College and

University. Hopper also asserted that the announcement for examination by State Personnel failed to mention that it required a four year degree. However, the announcement stated one needed a bachelor degree in Accounting or Business Administration. The definition of "bachelor" degree is the lowest degree conferred by a four year college or university. Clearly this showed that it required a degree from a four year college.

I do not find her testimony to be creditable. I find that Ms. Hopper knew or should have known she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

I also find that Hopper is not qualified for the position of Accountant with DHR, see Rules of the State Personnel Board, 670x-9. The position requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration and that the applicant must have completed 5 college level accounting courses, including Intermediate Accounting II, or an equivalent course. The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a piece of paper from a "diploma mill," and furthermore, that she has not taken Intermediate Accounting II, or an equivalent course.

## V. CONCLUSIONS

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position and does not have a valid college degree.

I also find that each of these three grounds for discharge, if considered alone, would be sufficient grounds by itself for upholding the discharge.

Done this 29th day of January, 2007.

L. Daniel Morris, Jr., Assistant
Director, Department of
Transportation and Administrative
Law Judge for this matter
1409 Coliseum Boulevard
P. O. Box 30350
Montgomery, Alabama 36130
Phone: (334) 242-6775
Fax: (334) 353-6505



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

### MEMORANDUM

**To:** JIM DEBARDELABEN, ESQ.
JOEL MARSH, ESQ.

**From:** PAUL THOMAS
Deputy Director—State Personnel Department

**Date:** JANUARY 30, 2007

**RE:** *Dismissal appeal of VIRGINIA HOPPER*

Enclosed please find a copy of the Hearing Officer's report in the matter of the above referenced appeal. The parties to this appeal have five (5) working days after the date of receipt of this report to file written exceptions to this report. If written exceptions are desired, you must file the exceptions within the five (5) days, rather than request scheduling within five (5) days. A copy of any exceptions should be served upon the opposing party who shall have five (5) days to file a response. **The written exceptions will be the only documentary material allowed at oral argument. The parties are cautioned that no other material or evidence will be allowed at oral argument other than the written exceptions.**

Also, the parties have the same five (5) working days after the date of receipt of this report to request oral arguments before the State Personnel Board. Upon the receipt of a request for oral argument, the oral arguments will be scheduled on the docket of the State Personnel Board at its earliest possible meeting. Oral arguments before the Board will be limited to ten (10) minutes per side. Since the State agency bears the burden of proof, the agency will be given first opportunity to argue followed by argument by the employee, followed by a rebuttal by the agency. These arguments should be as succinct as possible and bring to the Board's attention the facts that the parties deem to be most important.

If you have any further questions concerning the procedures to be followed before the State Personnel Board, please contact Heather Glarrow at 242-3451.



Alabama
SPD
State Personnel
Department

Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **Date:** | **January 30, 2007** | | |
| **To:** | **Jim DeBardelaben, Esq.** | **Fax No. :** | **265-9299** |
| **To:** | **Joel Marsh, Esq.** | **Fax No.:** | **242-0689** |
| **From:** | **PAUL THOMAS, Deputy Director** | | |
| **RE:** | ***In the Matter of VIRGINIA HOPPER*** | | |

**MESSAGE: Attached is the Recommendation in the above-referenced matter.**

This transmittal contains 12 pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

# TRANSACTION REPORT

JAN-30-2007 TUE 05:01 PM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JAN-30 | 04:54 PM | 92659299 | 0:03:07 | 12 | ECM | OK | | 774 |
| 2 | | 04:58 PM | 20689 | 0:03:03 | 12 | ECM | OK | | 774 |
| | | | TOTAL | 0:06:10 | 24 | | | | |

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 •Fax (334) 265-9299
E-Mail:jimdebard@aol.com

February 5, 2007

Ms. Jackie Graham
Director
State Personnel Department
64 N. Union Street
Montgomery, Alabama 36130

**RE: In the Matter of Virgina Hooper**

Dear Ms. Graham:

Please find enclosed Mrs. Hopper's Request for Oral Argument.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLD/dg

2007 FEB -6 A 11:23
STATE PERSONNEL DEPT
LEGAL DIVISION

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

**REQUEST FOR ORAL ARGUMENT**

Comes now, Virginia Hopper, by and through her attorney of record, and request Oral Argument before the State Personnel board concerning her termination.

Respectfully submitted this the 5th day of February, 2007.

Jim L. DeBardelaben (DEB003)

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 5th day of February, 2007:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

OF COUNSEL

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 •Fax (334) 265-9299
E-Mail:jimdebard@aol.com

February 5, 2007

Ms. Jackie Graham
Director
State Personnel Department
64 N. Union Street
Montgomery, Alabama 36130

**RE: In the Matter of Virgina Hooper**

Dear Ms. Graham:

Please find enclosed Mrs. Hopper's written exceptions to the Recommended Order to the State Personnel Board.

Respectfully submitted,

Jim L. DeBardelaben
Attorney for Virginia Hooper

JLD/dg

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**EMPLOYEE WRITTEN EXCEPTION TO RECOMMEND ORDER TO THE STATE PERSONNEL BOARD**

Comes now the employee, Virginia S. Hopper, by and through her attorney, and makes the following written exception to the Recommended Order To the State Personnel Board signed by the Honorable L. Daniel Morris, Jr. on January 29, 2007.

In the Procedural History part of the Order, ALJ Morris did not correctly state the objection as to the Objection to the Administrative Process. The ALJ states on page 6 of his Order as follows:

> "No objection was filed with the State Personnel Board and the issue was not raised until the date of the hearing on December 18, 2006. I find the objection untimely."

On or about September 11, 2006, the employee filed Exhibit 1 attached hereto which was entitled "Objection, Motion To Recuse and Objection to Administrative Process." The last paragraph of the Motion states:

> "Based upon the unique situation of this case, it is requested that not only that the Administrative Law Judges recuse themselves, but the entire Personnel Board and the Director of the Personnel Board must recuse themselves as the Personnel Board and all of its employees are directly involved in this matter. It appears that it will be impossible for the employee to have a fair and equal haring due to the significant employment of the State Personnel Board employees from the beginning of the case." (Exhibit 1)

The objection was timely filed, three months before the ruling of the ALJ. Thus, his

ruling is due to be overturned.

The Procedural history of the ALJ also left out the denial of the employee's Request For Production. On September 13, 2006, the employee filed a Motion For Third Party Request For Production, requesting the State Personnel Board produce among other document the following items:

> 6. A copy of any and all investigation concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accredited or certified college or university..." (Exhibit 2)

On November 2, 2006, employee filed a Motion to Compel Production. (Exhibit 3) On November 8, 2006, State Personnel responding, and stating that SPD intended to comply. (Exhibit 4). On November 7, 2006, the ALJ issued an Order denying the Motion to Compel as moot. (Exhibit 5). Then on November 8, 2006, a day after the response was due, SPD filed another response objecting to providing item #6 and other information. (Exhibit 6). On November 9, 2006, a second Motion to Compel was filed, specifically seeking item #6. (Exhibit 7). By Order dated November 13, 2006, the ALJ denied employee's Motion to Compel, thereby hampering the employee from preparing an adequate defense. (Exhibit 8). It is interesting to note that on or about November 3, 2006, the ALJ issued an Order that State Personnel had until November 7, 2006 to show cause why the Motion To Compel should not be granted. No extension was granted for SPD to file a response after November 7, 2006. State Personnel filed their response on November 8, 2006, a day late, but the ALJ issued the Order denying the Motion to Compel on November 7, 2006. The fairness and treatment certainly is questionable based upon the time line, especially when SPD indicated on November 6, 2006 that it would furnish the requested material.

The ALJ states on page 8 under Findings as follows:

> "After a careful review of all testimony and exhibits, I find that Hopper falsified information on her application for examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-x-19.01(2)(f)."

The application employee Hopper filled out sets a different standard than the standard cited by the ALJ. The oath signed by employee Hopper on the application states:

> "I certify that all statements on or attached to this application are true and correct to the best of my knowledge..."

There was no testimony concerning what was an acceptable or certified college or university. The announcement for the Accountant position did not require a degree from an accredited or certified university until November 12, 2003 announcement. (Exhibit 9, 10 & 11). However, it did require accounting courses from a certified or accredited college or university. State Personnel requirements made a distinction, but now does not want to accept the distinction.

On page 10 the ALJ found that employee Hopper had not taken Intermediate Accounting II or an equivalent course. However, employee Hopper never claimed to have taken Intermediate Accounting II or an equivalent course. As the State Personnel Director testified, the person grading the application had to have made that determination. In fact, the Personnel Director admitted that Ms. Hopper's Governmental Accounting course could have been substituted for Intermediate Accounting II..

The ALJ failed to mention that the lawsuit against Trinity College & University was not filed until April 14, 2004, and the Order settling the case was not signed until November 9, 2004. Also, the ALJ remarkably left out that the attorney who sued Trinity College & University wrote the Personnel Director a letter dated September 19, 2006 which stated in part:

> " It is my understanding from Ms. Hopper that she obtained a degree from Trinity College & University under the mistaken belief she was obtaining a degree from Trinity University. This is the type of activity that we sought to and did enjoin. If you have any further questions concerning this matter, please call me."

When Ms. Jackie Graham was asked if she contacted the attorney and followed up on this, her reply was NO.

Based upon the foregoing, the Recommended Order should not be accepted. The State Personnel Board should reinstate Ms. Hopper with full back pay. Ms. Hopper was an excellent employee who got taken in by an online scam. Terminating her does a disservice to the State of Alabama and to Ms. Hopper.

The employee also request Oral Argument before the State Personnel Board.

Respectfully submitted this the 5th day of February, 2007.

Jim L. DeBardelaben (DEB003)

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 8th day of February, 2007:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

OF COUNSEL

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOOPER

## OBJECTION, MOTION TO RECUSE AND OBJECTION TO ADMINISTRATIVE PROCESS

Comes Now the employee, Virginia Hooper, by and through her attorney and enters an Objection, Motion to Recuse and Objection To Administrative Process on the following grounds:

1. By memorandum dated May 4, 2006, on State Personnel Department letterhead to Jackie Graham, State Personnel Director, from Darby Forrester and Stan Goolsby, it was determined that "Mrs. Hopper fraudulently represented her educational accomplishments that eventually lead to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources. (Exhibit 1.)

2. By letter dated May 9, 2006, to Ms. Hopper from Page B. Walley, Commissioner, Department of Human Resources, Mrs. Hopper was informed that she was charged with providing false information on her job application for Accountant. (Exhibit 2). This letter was amended by letter dated June 12, 2006 (Exhibit 3.).

3. Exhibit 1 for DHR at Mrs. Hooper's hearing at the Department of Human Resources was the May 4, 2006, memorandum to Jackie Graham from Darby Forrester and Stan Goolsby. (Exhibit 4).

4. By letter dated May 19, 2006, on State Personnel Department letterhead addressed to Mrs. Hopper and signed by Jackie Graham, it was stated "It appears that false

 Exhibit 1

information was provided on your most recent application filed with the State Personnel Department..." (Exhibit 5).

The entire process of appeal is to and through the State Personnel Board. In this instance the Personnel Director has already been involved in this case and staff of the State Personnel Board has written a memorandum on State Personnel Department letterhead determining that Mrs. Hooper was guilty of fraud. This information was used in Mrs. Hooper's departmental hearing. Additionally, the Administrative Law Judge will be called upon to consider evidence and testimony from not only the State Personnel Director, but employees of the State Personnel Board. There certainly appears to be a substantial conflict of interest.

According to Chapter 670-X-5.08(1) State Personnel Board the following must occur:

> "...Any request by a party for a Board member or a Hearing Officer as designated shall be made in writing with the Director no later than five work days prior to the date upon which the hearing is scheduled."

In the Scheduling Order and General Information issued in this case it appears to violate the terms of the above cited rule as it requires the objection to be made written 5 calendar days from the pre-hearing conference. Thus, it appears that the employee's rights given by Chapter 670-X-5.08(1) have already been violated.

Based upon the unique situation of this case, it is requested that not only the Administrative Law Judges recuse themselves, but the entire Personnel Board and the Director of the Personnel Board must recuse themselves as the Personnel Board and its employees are directly involved in this matter. It appears that it will be impossible for the employee to have a fair and equal hearing due to the significant involvement of the State Personnel Board employees from the beginning of her case.

Respectfully submitted this the 11th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 11th day of September, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689 Fax

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

OF COUNSEL




# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

CONFIDENTIAL

May 4, 2006

**MEMORANDUM**

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06





# State of Alabama
## Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

May 9, 2006

Mrs. Virginia Hopper

Dear Mrs. Hopper:

This is to inform you that an administrative hearing will be held on Tuesday, June 13, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant. The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board,* 670-X-19-.01, (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

Falsification of records is a more serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

EXHIBIT
2

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12 day of 2-27 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director

State of Alabama
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

June 12, 2006

Mrs. Virginia Hopper

***RE: Amendment to original charge letter of May 9, 2006.***

Dear Mrs. Hopper:

This is to inform you that the administrative hearing has been rescheduled for Thursday, June 22, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant ***and evidence that you are not qualified for your current position as an accountant***. The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board,* 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

EXHIBIT
3

000152

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

***You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.***

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12th day of June 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director



# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

C O N F I D E N T I A L

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

EXHIBIT 4

000154

EXHIBIT DHR 1

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachments to DHR's Exhibit 1 provided upon request



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT 5

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham

Jackie Graham
State Personnel Director

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am attaching my transcript from Troy University, Montgomery. I will not be able to attach my transcript from Trinity College & University; I have came to the knowledge the transcript and diploma are not as they were represented to me and at this point I do not want to list them or claim them. This is the problem I am having with my position as Accountant and for the request to fall back as an Accounting Tech.

I would like to meet with you, go over my position, and explain the events as they happened. I do not know if this would make a difference, but I did sign my name to what I believed to be the truth.

If more information is needed please contact me at 334[redacted], work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

May 17, 2006

Virginia Hopper
[redacted]

Dear Ms. Hopper:

To respond to your request to be placed on the reemployment register for Accounting Technician, 10605, I must review your academic transcripts. Please forward to me a copy of your official transcripts from Troy University – Montgomery and Trinity College and University by the close of business on Friday, May 19, 2006.

Sincerely,

Jackie Graham

Jackie Graham
State Personnel Director

Virginia Hopper
[redacted]

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am requesting your review of my situation involving my employment with the State of Alabama. Not knowing if I will be successful in proving the statements made on my application for Accountant were the truth as I knew them to be at the time I signed the application; I need to know:

If I resign my position as Accountant, will I be allowed by State Personnel to fall back to the classification of an Accountant Tech (I had permanent status before my promotion to Accountant) and be placed on the re-employment register and continue my career in State government.

I have an excellent work record and history. I have attached my latest Employee Performance Appraisals and letters to back this statement.

If more information is needed please contact me at 334[redacted]work number at DHR or 334 285-6226, home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER

MOTION FOR THIRD PARTY REQUEST FOR PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be required to produce the following information:

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

2. Any and all letters, request or other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency, institution or company concerning the employee Virginia Hopper.

3. Any and all letters, memorandums, notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

6. A copy of any and all investigations concerning any person accused of providing false

Exhibit 2

information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a.) The outcome and/or resolution of the investigation.

7. The complete personnel file of Jackie Graham.

8. The complete personnel file on Darby Forrester.

9. The complete personnel file on Stan Goolsby.

10. Any and all memorandums, documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

Respectfully submitted this the 13th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**

Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 13th day of September, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689 Fax

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

OF COUNSEL

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**MOTION TO COMPEL PRODUCTION**

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be compelled to produce the items requested in attachment I. As reason therefore it is shown as follows:

1. On the 13th day of September, 2006, the employee filed a Motion For Third Party Request For Production for the State Personnel Department to produce specific information. (Attachment I)

2. A letter dated October 23, 2006, sent to Jackie Graham, Director of the State Personnel Department, requested that the information be forwarded. (Attachment II)

3. No response has been received to either the Motion For Third Party Request For Production or the letter of October 23, 2006.

4. The requested information is needed to properly defend Mrs. Hopper. The State Personnel Department injected itself into Mrs. Hopper's case at the very beginning and is now refusing to provide the information requested in an apparent attempt to wrongfully influence this case.

Based on the above, it is respectfully requested that the State Personnel Department be Ordered to produce the requested information within five days.

Respectfully submitted this the 2nd day of November, 2006.

Exhibit 3

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 2nd day of November, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
P.O. Box 303050
Montgomery, AL 36130-3050
(334) 353-6505

OF COUNSEL

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER

## MOTION FOR THIRD PARTY REQUEST FOR PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be required to produce the following information:

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

2. Any and all letters, request or other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency, institution or company concerning the employee Virginia Hopper.

3. Any and all letters, memorandums, notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

6. A copy of any and all investigations concerning any person accused of providing false

information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a.) The outcome and/or resolution of the investigation.

7. The complete personnel file of Jackie Graham.

8. The complete personnel file on Darby Forrester.

9. The complete personnel file on Stan Goolsby.

10. Any and all memorandums, documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

Respectfully submitted this the 13th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 13th day of September, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689 Fax

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

OF COUNSEL

Attachment I

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

October 23, 2006

Via Facsimile 242-1110

Ms. Jackie Graham
Director
State Personnel Department
64 N. Union Street
Montgomery, Alabama 36130

**RE: In the Matter of Virgina Hooper**

Dear Ms. Graham:

On September 13, 2006, the attached Motion For Third Party Request For Production was forwarded to you. More than thirty (30) days have passed and the State Personnel Board has not responded. Please respond by Wednesday, October 25, 2006, or it will be necessary for me to file a Motion To Compel.

The requested material is necessary to properly represent the action taken against Mrs. Hopper.

Sincerely,

Jim L. DeBardelaben
Attorney for Virginia Hooper

enclosure
JLD/dg

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER OF VIRGINIA HOPPER

STATE PERSONNEL DEPARMENT'S RESPONSE
TO SHOW CAUSE ORDER

Pursuant to the ALJ's Show Cause Order issued on November 3, 2006 in this action, the State Personnel Department ("SPD") respectfully submits its response thereto and requests that this Court not grant the Employee's Motion to Compel. As grounds therefore, SPD states the following:

1. SPD is in receipt of the Employee's request for production, forwarded on October 23, 2006. The undersigned attorney, however, was not assigned this action until last week.

2. Upon receipt of the request for production, the undersigned attorney has begun to review documentation to determine what, if any, documents are responsive to the request for production.

3. SPD intends to comply with the request and responsive documents should be available for review by the Employee's counsel on Thursday, November 9, 2006.

THEREFORE, for the above reasons, SPD requests that this Court deny the Employee's Motion to Compel.

 Exhibit 4

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR DEFENDANT STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 6th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

OF COUNSEL

BEFORE THE PERSONNEL BOARD OF

THE STATE OF ALABAMA

IN THE MATTER

OF

VIRGINIA HOPPER

ORDER

Upon consideration of the Response to Show Cause Order filed on behalf of the State Personnel Department, Employee's Motion to Compel filed November 2, 2006 is denied as moot. If SPD fails to produce files by November 9, 2006, the Employee may file another motion.

DONE this the 7th day of November, 2006.

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Sandra Ingram Speakman, Esq.
State of Alabama
Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130
FAX 334-353-4481

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

 Exhibit 5



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Jim DeBardelaben, Esq.

NO.: 265-9299

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-7-06

RE: In the matter of *Virginia Hopper*

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*



**STATE OF ALABAMA**
**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

November 8, 2006

*VIA FACSIMILE & U.S. MAIL*

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

RE: *In the Matter of Virginia Hopper*

Dear Mr. DeBardelaben:

Enclosed please find State Personnel Department's Response to Employee's Third Party Request for Production. As indicated therein, the documents responsive to this request will be available for your review and copying during normal business hours beginning tomorrow, Thursday, November 9, 2006. Please contact me at 353-0046 to schedule a time for the review. Copying expenses for any documents are $.50 per page.

Thank you for your cooperation in this matter.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel

Enclosure

cc: Joel Marsh, DHR Attorney
L. Daniel Morris, Jr., ALJ

**000175**

Exhibit 6

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER OF VIRGINIA HOPPER**

**STATE PERSONNEL DEPARMENT'S RESPONSE
TO THE EMPLOYEE'S THIRD PARTY
REQUEST FOR PRODUCTION**

State Personnel Department ("SPD"), a non-party to this action, responds to the Employee's Third Party Request for Production. Beginning on Thursday, November 9, 2006, all documents to be produced in response to the Employee's discovery request will be produced as they are kept in the ordinary course of business at the office of SPD counsel, Sandra Ingram Speakman, Deputy Legal Counsel, State Personnel Department, Legal Division, Suite 316, 64 N. Union Street, Montgomery, Alabama 36130, at a time convenient for all counsel interested in reviewing such documentation.

**SPD RESPONSE**

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

2. Any and all letters, request[s] of other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency institution or company concerning the employee Virginia Hopper.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

3. Any and all letters, memorandums [sic], notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

6. A copy of any and all investigations concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a. The outcome and/or resolution of the investigation.

**RESPONSE: SPD objects to the production of these documents because the request is too broad in scope and time and is overly burdensome. Moreover, the Employee has failed to demonstrate that the persons that are the subject of said documents are similarly situated in any way to the Employee in this action. *See Wilson v. B/E Aerospace, Inc.*, 376 F.3d 1079, 1091 (11th Cir. 2004) (stating that similarly situated employees are the only appropriate legal comparison because the law does not vest the court with the authority to second-guess a reasonable employer's decisions). Finally, these files cannot possibly be relevant to this action. The subject of this appeal is DHR's decision to terminate the employment of Ms. Hopper—SPD is not the appointing authority and did not make that decision. Therefore, SPD's documents with respect to other persons are irrelevant to this termination appeal.**

7. The complete personnel file of Jackie Graham.

**RESPONSE: SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Graham's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

8. The complete personnel file on Darby Forrester.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Forrester's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

9. The complete personnel file on Stan Goolsby.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Mr. Goolsby's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

10. Any and all memorandums [sic], documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR NON-PARTY
STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 8th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

OF COUNSEL

**000179**

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER

## MOTION TO COMPEL PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that this Honorable Court require the State Personnel Department to provide items 6, 7, 8 & 9 of the employee's Request for Production attached hereto. As reason therefore it is shown as follows:

1. Bu letter dated November 8, 2006, SPD sent a Response to Employee's Request For Production. Said response untimely objected to furnishing requested items 6-9. (Exhibit A).

2. Item #6 request any and all investigation concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or credited college or university. This is the charge against Mrs. Hopper. If other state employees have been treated different under the same or similar circumstances such amounts to a denial of equal protection of the law and/or arbitrary and capricious behavior on the part of the State Personnel Board and the State of Alabama.

3. Item #7 is the personnel file of Jackie Graham. It appears Mrs. Graham made the decision to have Mrs. Hopper investigated and then recommended her termination. Mrs. Graham's employment background and education as to investigation and initiating an investigation are vital to defense of this case.

4. Item #8 is a request for the personnel file of Darby Forrester. Darby Forrester was initially involved in the State Personnel's investigation and recommendation concerning Mrs. Hopper. The education and training in investigative procedures and prodical are vital to preparing

Exhibit 7

a defense in this case.

5. Item #9 is a request for the personnel file of Stan Goolsby. Stan Goolsby was initially involved at the State Personnel Department in the investigation and recommendation concerning Mrs. Hopper. Mr. Goolsby's education in conducting investigations and making recommendations is vital in preparing a defense for this case.

6. The employee filed the Motion For Third Party Request For Production on September 13, 2006.

7. On November 6, 2006, counsel for the State Personnel Department filed a response to the Show Cause Order and stated in paragraph 3 thereof:

> "SPD intends to comply with the request and response documents should be available for review by the employee's counsel on Thursday, November 9, 2006.

8. Pursuant to the Administrative Procedure Act, §41-22-12(c), Code of Alabama 1975 as amended in discovery matters the rules of civil procedure apply.

9. Pursuant to Rule 34, Al. R. Civ. P., a party has 30 days to file a response. SPD did not file a response within the allowed time period.

10. SPD indicated that all items would be produced in the response to the Order To Show Cause, and failed to male a single objection.

11. The material requested is extremely relevant to preparing Mrs. Hopper's case.

12. SPD is hampering and hindering Mrs. Hooper's counsel from preparing an adequate and proper defense for Mrs. Hopper.

Based upon the foregoing it is respectfully requested that SPD be Ordered to produce instanta items 6-9 of employee's Request For Production.

Respectfully submitted this the 9th day of November, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 9th day of November, 2006:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

Sandra Ingram Speakman
State Personnel Director
64 Union Stree, Suite 316
Montgomery, Alabama 36130
(334) 353-4481

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
P.O. Box 303050
Montgomery, AL 36130-3050
(334) 353-6505

OF COUNSEL

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

## ORDER

In response to the Motion to Compel Production filed on behalf of Employee on November 9, 2006, the following is hereby ordered:

1. The Response to the Employee's Third Party Request for Production dated November 8, 2006 by the State Personnel Department, hereinafter SPD, is not an untimely objection in as much as SPD is not a party to this matter.

2. It is noted that paragraph seven of the Motion to Compel misquotes paragraph three of the November 6, 2006 Response to Show Cause Order by SPD. Paragraph three of the response states, "SPD intends to comply with the request and responsive documents should be available for review by Employee's counsel on Thursday, November 9, 2006." The difference between the use of the word *responsive* by SPD and use of the word *response* by Employee is noted. The use of the word *responsive* would indicate that all documents would not be made available. It is also noted that in paragraph two the attorney for SPD notes that she is in the process of reviewing documentation to determine what, if any, documents are responsive to the request.

3. With respect to item 2 of the Motion to Compel, the objection by SPD in paragraph six is well taken. The Motion to Compel item 2 is denied.

4. With respect to items three, four, and five of the Motion to Compel, the request with respect to the personnel files covered by those

Exhibit 8

items is denied. The reasons set forth in the Motion to Compel are not sufficient to require disclosure of those personnel files.

5. With respect to paragraph 9 of the Motion to Compel production, please note that SPD is not a party to this action.

DONE this the 13th day of November, 2006.

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Sandra Ingram Speakman, Esq.
State of Alabama
Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130
FAX 334-353-4481

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

Revised Date: October 10, 2001

State of Alabama
Personnel Department
64 North Union Street
PO Box 304100
Montgomery, AL 36130-4100
(334) 242-3389
Internet: www.personnel.state.al.us

Announcement of Continuous Merit System Examination

ACCOUNTANT - 10611
$26,410.80 - $40,055.60

ACCOUNTANT (10611) Salary $26,410.80 - $40,055.60

Departments: Various
Location: Various

**Type of Examination**

An open-competitive register will be established by scores achieved on a written test. The written test will comprise 100% of the final score. Qualified candidates will be mailed a How to Prepare Booklet prior to the written test.

The written test will measure your knowledge of GAAP, GAAS, governmental accounting, general accounting, and math.

**Qualifications Needed to Apply**

You must have all of the following:

- Four year degree in Accounting or Business Administration.
- At least five college level accounting courses.
- Completion of at least two intermediate level accounting courses.

**Note**

**Qualifying college level accounting courses are defined as those that will be accepted by an accredited four-year college or university toward a major in accounting. Income tax courses will not be counted toward the required five courses. Applicants should detail all of their college accounting courses on their application.**

**Kind of Work**

Work may involve keeping all accounting records in an agency having a less complex accounting system, which includes maintaining less complex control accounts; or reviewing accounting reports submitted by field staff. Other employees in this class perform various phases of complex audits and make professional decisions and judgments in accordance with generally accepted auditing and accounting practices.

**How to Apply**

Use an Application for Examination form. You can get the form at this office. You can also get the form at an Alabama Employment Service Office. It can also be downloaded from our web site. You must send your application to the State Personnel Department. This announcement will remain open until further notice. Photocopied and facsimile applications are accepted. Our fax number is 334-242-1110.

*Individuals currently on the Accountant I (10611) register do NOT need to reapply to remain eligible for employment.*

******THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER****

Exhibit 9

000185

Except for pretest information provided by State Personnel to all applicants, you should not directly or indirectly obtain information about examinations. If you do, the State Personnel Director may do several things. One, you may not be given

000186

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**P O Box 304100**
**Montgomery, AL 36130-4100**
**(334)-242-3389**
**Internet: www.personnel.state.al.us**

**Announcement of Continuous Merit System Examination**

# ACCOUNTANT - 10611
# $27,993.60 - $42,458.40

**Accountant (10611)** **Salary $27,993.60 - $42,458.40**

**Departments:** Various
**Location:** Statewide

## TYPE OF EXAMINATION

An open-competitive register will be established by scores achieved on a written test. The written test will comprise 100% of the final score. **The How to Prepare guide for this examination is available on our web site listed above. Please contact State Personnel if you wish to have a guide mailed to you.**

## QUALIFICATIONS NEEDED TO APPLY

You **must** have the following to qualify:

- Bachelor's degree with a major in Accounting or Business Administration, including completion of five (5) college level accounting courses (four of which must be Principles I and II and Intermediate I and II or equivalent courses)

**Note:** Each accounting course completed should be listed separately on the application. Qualifying college-level accounting courses are defined as courses that are acceptable by an accredited four-year college or university towards a major in accounting, including auditing coursework. Income tax courses will not be counted towards the five required accounting courses.

## KIND OF WORK

This is beginning professional level accounting work in the application of accounting and auditing principles, methods, and procedures in the establishment, analysis, and maintenance of fiscal records. Employees in this class perform professional accounting and auditing work of routine difficulty according to established procedures and regulations. Employees may also assist higher-level accountants in providing specific analyses, interpretations, and preparation of complex financial reports. Other employees in this class perform various phases of complex audits and make professional decisions and judgments in accordance with generally accepted auditing and accounting practices.

## HOW TO APPLY

Exhibit 10

Use an Application for Examination form. You can get the form at this office or at an Alabama Employment Service Office. It can also be downloaded from our web site. You must send your application to the State Personnel Department. This announcement will remain open **until further notice**. Photocopied and facsimile applications are accepted. Our fax number is 334-242-1110.

*Individuals currently on the register* ***must*** *reapply to remain eligible for employment.*

**THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER**

000187

Except for pretest information provided by State Personnel to all applicants, you should not directly or indirectly obtain information about examinations. If you do, the State Personnel Director may do several things. One, you may not be given an examination. Two, you may be disqualified after an examination. Three, your name may be removed from a register. Or four, your name may not be certified from the register. (Rules of the State Personnel Board, Chapter 670-x-9). According to the Code of Alabama, 36-26-47, a willful violation of exam security is a misdemeanor. Any person who is convicted of this type of misdemeanor will not get a state job. If they are officers or employees of the state, they will be required to forfeit their office or position for five years.

If you know of anyone who has violated this policy, you should contact the Examination Manager at the State Personnel Department

Announcement Date: November 12, 2003
Revised Date: June 28, 2006

State of Alabama
**Personnel Department**
64 North Union Street
P.O. Box 304100
Montgomery, Alabama 36130-4100
(334) 242-3389

# ACCOUNTANT - 10611

**Annual Rate: $27,993.60 - $42,458.40**

REVISED

**Department:** Various Agencies
**Location:** Statewide

## TYPE OF EXAMINATION

An open-competitive register will be established by scores achieved on a written test. The written test will comprise 100% of the final score. The How to Prepare guide for this examination is available on our web site listed above. Please contact State Personnel if you wish to have a guide mailed to you.

## QUALIFICATIONS NEEDED TO APPLY

You must have the following to qualify:

- Bachelor's degreefrom an accredited* college or university with a major in Accounting or Business Administration, including completion of five (5) college level accounting courses (four of which must be Principles I and II and Intermediate I and II or equivalent courses)

**Note:**

Each accounting course should be listed separately to include course title, course ID number, number of credit hours received, and institution where completed.Qualifying college-level accounting courses are defined as courses that are acceptable by an accredited four-year college or university towards a major in accounting, including auditing coursework. Income tax courses will not be counted towards the five required accounting courses.

## KIND OF WORK

This is beginning professional level accounting work in the application of accounting and auditing principles, methods, and procedures in the establishment, analysis, and maintenance of fiscal records. Employees in this class perform professional accounting and auditing work of routine difficulty according to established procedures and regulations. Employees may also assist higher-level accountants in providing specific analyses, interpretations, and preparation of complex financial reports. Other employees in this class perform various phases of complex audits and make professional decisions and judgments in accordance with generally accepted auditing and accounting practices.

## HOW TO APPLY

Use an Application for Examination form. You can get the form at this office or at any Alabama Employment Service Office. It can also be downloaded from our web site. You must send your application to the State Personnel Department. Photocopied applications are accepted. Facsimile applications are also accepted. Our fax number is 334-242-1110. Applications will be accepted until further notice.

**Individuals currently on the register MUST reapply to remain eligible for employment.**

**THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER**

Except for pretest information provided by State Personnel to all applicants, you should not directly or indirectly obtain information about examinations. If you do, the State Personnel Director may do several things. One, you may not be given an examination. Two, you may be disqualified after an examination. Three, your name may be removed from a register. Or four, your name may not be certified from the register. (Rules of the State Personnel Board, Chapter 670-x-9). According to the Code of Alabama, 36-26-47, a willful violation of exam security is a misdemeanor. Any person who is convicted of this type of misdemeanor will not get a state job. If they are officers or employees of the state, they will be required to forfeit their office or position for five years. If you know of anyone who has violated this policy, you should contact the Examination Manager at the State Personnel Department.

*Please refer to the back of this announcement or the State Personnel Department website for complete information on our policy for accepting post-secondary and advance degrees.

**000189**

Exhibit 11




# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James H. Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

February 8, 2007

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152

RE: *Dismissal appeal of VIRGINIA HOPPER*

This will acknowledge your request to present oral arguments before the State Personnel Board.

Oral arguments will be heard by the State Personnel Board on **Wednesday, March 14, 2007 at 11:00 a.m.**, in Room 315 of the Folsom Administrative Building, 64 North Union Street, Montgomery, Alabama. However, I am requesting that **all parties be present at least 15 minutes before their scheduled time** in the event the arguments can be heard earlier than anticipated. In accordance with our usual procedure, each side will be allowed ten minutes for these arguments.

Sincerely,

Jackie Graham
Jackie Graham
Personnel Director

cc: Joel Marsh, Esq.

TRANSACTION REPORT

FEB-08-2007 THU 04:08 PM

BROADCAST

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | FEB-08 | 04:06 PM | 92659299 | 0:00:39 | 2 | ECM OK | | 793 |
| 2 | | 04:07 PM | 92420689 | 0:00:37 | 2 | ECM OK | | 793 |
| | | | TOTAL | 0:01:16 | 4 | | | |



Alabama
State Personnel
Department

Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** **February 8, 2007**

**To:** **Jim DeBardelaben, Esq.** **Fax No. :** **265-9299**
**To:** **Joel Marsh, Esq.** **Fax No.:** **242-0689**

**From:** **Jackie Graham, Director**

**RE:** ***In the Matter of VIRGINIA HOPPER***

**MESSAGE: Please see the attached memo in the above-referenced matter.**

This transmittal contains 2 pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**RESPONSE TO WRITTEN EXCEPTIONS OF THE EMPLOYEE**

The employer, Alabama Department of Human Resources (DHR) hereby responds to the written exceptions of the employee, Virginia Hopper.

Ms. Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.
>
> You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or

2/12/07

Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

Ms. Hopper stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Ms. Hopper's own testimony, established that for 17 of these courses, Ms. Hopper had not attended any college class for the credit, but instead was given credit for these courses by an entity she contacted through the internet called "Trinity College and University", which is located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas had no record of Ms. Hopper ever being registered as a student or receiving credit for any courses.

Ms. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, her testimony was not creditable. Ms. Hopper knew she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

Furthermore, Ms. Hopper is not qualified for the position of Accountant with DHR. The position requires that the applicant have a Bachelor's degree with a major in Accounting or Business and that the applicant must have completed 5 college level

accounting courses, including Intermediate Accounting II, or an equivalent course. The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a piece of paper from a "diploma mill," with the word "Degree" typed at the top. Furthermore, she has not taken Intermediate Accounting II, or an equivalent course.

The employee asserts that the announcement for the accountant position did not require that an applicant's degree be from a certified or accredited university. However, this is beside the point. The evidence produced at the hearing clearly showed that she did not have a degree from any college or university, accredited or otherwise, as she had only taken 5 college classes at Troy University and had gotten the credit for the other 17 classes for her work experience.

Ms. Hopper makes two other assertions in her written exceptions. The first is regarding her request that the State Personnel Administrative Law Judges, the entire Personnel Board, and the Director of Personnel all recuse themselves from this case. She made this request because certain employees of the Personnel Department were involved in the investigation of her case. However, Ms. Hopper failed to explain why she believed that she could not get a fair hearing from the judges or the Personnel Board members when none of these individuals were involved in the investigation of her case or even had any knowledge of the case. Nevertheless, the Personnel Director did appoint a special Administrative Law Judge, Mr. Daniel Morris, Jr., Assistant Director of the State Department of Transportation, who is also an attorney, to hear the case. There has been no showing that Mr. Morris was biased in his review of the evidence, nor has Ms. Hopper

provided any justification for her assertion that she can't get a fair hearing before the Personnel Board.

Ms. Hopper also asserts that the State Personnel Department did not respond timely to her request for discovery and that when it did respond, it objected to providing information on possible investigations concerning other people who had provided false information on job applications. However, Ms. Hopper failed to show how this requested information would have any relevance to her case and the Administrative Law Judge appropriately ruled that such information did not have to be provided by the State Personnel Department.

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position.

Attached to this response are Attachment A, a copy of the order of the hearing officer and Attachment B, a copy of the exhibits presented by the employer at the hearing.

Respectfully submitted this 12th day of February, 2007.

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama
Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Response on the following by First Class Mail sent to the address indicated below, on this the 12th day of February 2007.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone #265-9206
Fax #: 265-9299

Joel C. Marsh
Attorney for DHR



**000199**

**BEFORE THE PERSONNEL BOARD**
**IN THE MATTER OF**

| | | |
|---|---|---|
| **VIRGINIA S. HOPPER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 06-036** |
| | ) | |
| | ) | |
| **ALABAMA DEPARTMENT OF HUMAN RESOURCES** | ) | |
| | ) | |
| **Appellee.** | ) | |

**RECOMMENDED ORDER TO THE STATE PERSONNEL BOARD**

A hearing was held on December 18, 2006, at the offices of the Alabama Department of Transportation in Montgomery, Alabama. Jim Debardelaben, Esq., appeared as counsel on behalf of Virginia S. Hopper ("Hopper"). Joel C. Marsh, Esq., appeared as counsel on behalf of the Alabama Department of Human Resources ("DHR"). Ms. Hopper attended the hearing.

DHR introduced into evidence 9 exhibits consecutively numbered as 1-9. Hopper introduced into evidence 17 exhibits consecutively numbered 1-17.

DHR called as witnesses:

(1) Thomas Stanley Goolsby

(2) Darby Forrester

(3) Jeanne Brackim



(4) Virginia S. Hopper

Hopper called as witnesses:

(1) Dr. Page Walley

(2) James Swearengin, Jr.

(3) Jackie Graham

(4) Thomas King

## I. PROCEDURAL HISTORY AND CHARGES

Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and

correct; and that any false statements could result in removal from the register or release from employment.

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

On June 22, 2006, DHR held an Administrative Hearing. The hearing officer that heard the facts in this matter found that the evidence and testimony supports the charges. After the hearing, DHR notified Hopper by letter, dated August 14, 2006, that DHR was terminating Hopper's employment, effective August 14, 2006.

Hopper timely appealed the termination to the Alabama State Personnel Board on or about August 14, 2006.

This matter was originally assigned to Judge Julia Jordon Weller, administrative law judge for Alabama State Personnel Board. However, Hopper objected to Ms. Weller as the administrative law judge because she was employed by the State Personnel Department which was involved in this matter and several of the employees of the State Personnel Department were to be called as witnesses. As a consequence the undersigned was appointed

as administrative law judge to hear this matter and make a finding and recommendation to the State Personnel Board. Mr. Debardelaben counsel for Hopper at the beginning of the hearing objected to the procedure of the hearing. He stated, "Ms. Graham, the Personnel Director, took an active participation in this case. When we objected to State Personnel carrying out this procedure, Ms. Graham, herself, who's already made a recommendation, took an active participation, appointed you. I don't - - I think that in and of itself denies certain Constitutional rights to Ms. Hopper with a person who had a direct interest making the appointment." Mr. Debardelaben stated he was not objecting to me as the Administrative Law Judge, he simply was objecting to the procedure. On October 17, 2006, I issued an order that states in part "the Director of the State Personnel Board has assigned this case to the undersigned hearing officer or Administrative Law Judge (hereinafter "ALJ"). If any party objects to the ALJ based upon any currently disclosed matter, or any other matter known to the party (or with reasonable diligence should be known) which would required recusal, the objecting party is ORDERED to file within 5 calendar days of the issuance of this order, a motion for recusal with the Director of the State Personnel Board." No objection was filed with the State Personnel Board and the issue was not raised until the date of the hearing on December 18, 2006. I find the objection untimely.

## II. ISSUE

Did DHR produce sufficient evidence to warrant dismissal of Hopper from her position as an Accountant?

## III. DISCUSSION

**Standard of Review**

The purpose of the Administrative Appeal is to determine if the termination of the employee is warranted and supported by the evidence. *Kucera v. Ballard,* 485 So. 2d 345 (Ala. Civ. App. 1986); *Thompson v. Alabama Depart. of Mental Health*, 477 So. 2d 427 (Ala. Civ. App. 1985); *Roberson v. Personnel Bd. Of the State of Alabama,* 390 So. 2d 658 (Ala. Civ. App. 1980). Recently in Earl v. State Personnel Board, slip op, 2030508 (March 14, 2006) the Alabama Court of Civil Appeals reiterated:

> "[D]ismissal by an appointing authority ... is reviewable by the personnel board only to determine if the reasons stated for the dismissal are sustained by the evidence presented at hearing."

Slip op. at p. 27, quoting Johnston v. State Personnel Bd., 447 So. 2d 752, 755 (Ala. Civ. App. 1983).[1] In determining whether an employee's dismissal is warranted, the departmental agency bears the burden of proving the charges warrant termination by a "preponderance of the evidence."

[1]The Alabama Court of Civil Appeals went further to hold: 'both this court and the circuit court must take the administrative agency's order as "prima facie just and reasonable' and neither this court nor the circuit court may "substitute its judgment for that of the agency as to the weight of the evidence on questions of fact." Slip op at 27, citing Ala. Code 1975, § 41-22-20 (k); State Dept. of Human Res. V. Gilbert, 681 So. 2d 560, 562 (Ala. Civ. App. 1995).

The law is well settled that a "preponderance of the evidence" standard requires a showing of a *probability* that the employee is guilty of the acts as charged. Thus, there must be more than a mere possibility or one possibility among others that the facts support the disciplinary action at issue, the evidence must establish that *more probably than not*, the employee performed, or failed to properly perform, as charged. *See Metropolitan Stevedore Co. v. Rambo*, 521 U.S. 121, 117 S. Ct. 1953, 138 L. Ed. 2d. 327 (1997), holding that a "significant possibility" falls far short of the APA's preponderance of the evidence standard; *See also Wright v. State of Tex.*, 533 F. 2d 185 (5th Cir. 1976).[2]

## IV. FINDINGS

After a careful review of all testimony and exhibits, I find that Hopper falsified information on her Application for Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f). Hopper stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant

---

[2] Bonner v. City of Pritchard, 661 F. 2d 1206, 1209 (11th Cir. 1981 the Eleventh Circuit adopted as binding precedent all Fifth Circuit decisions handed down prior to the close of business on September 30, 1981.

position that she was seeking. However, evidence produced at the hearing, including Hopper's own testimony, established that, for 17 of these courses, Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas has no record of Hopper ever being registered as a student or receiving credit for any courses.

Hopper testified that she listed Trinity University of San Antonio, Texas on her application because she believed that was the institution that issued the "Diploma" she received and that she believed that she had a legitimate college degree from Trinity University. However, she had in her possession a document, a "Diploma", that was from "Trinity College and University." Hopper also testified that she utilized the internet mainly to communicate with "Trinity College and University." As a result of a lawsuit by Trinity University in San Antonio, Texas against "Trinity College and University", the name of "Trinity College and University" was changed to Bronte International University. DHR exhibit 9 clearly shows that a "sham diploma" could be obtained by paying six hundred and ninety-five dollars to Bronte International University a.k.a Trinity College and

University.   Hopper also asserted that the announcement for examination by State Personnel failed to mention that it required a four year degree. However, the announcement stated one needed a bachelor degree in Accounting or Business Administration.  The definition of "bachelor" degree is the lowest degree conferred by a four year college or university. Clearly this showed that it required a degree from a four year college.

I do not find her testimony to be creditable.  I find that Ms. Hopper knew or should have known she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

I also find that Hopper is not qualified for the position of Accountant with DHR, see Rules of the State Personnel Board, 670x-9.  The position requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration and that the applicant must have completed 5 college level accounting courses, including Intermediate Accounting II, or an equivalent course.  The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a piece of paper from a "diploma mill," and furthermore, that she has not taken Intermediate Accounting II, or an equivalent course.

## V. CONCLUSIONS

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position and does not have a valid college degree.

I also find that each of these three grounds for discharge, if considered alone, would be sufficient grounds by itself for upholding the discharge.

Done this 29th day of January, 2007.

L. Daniel Morris, Jr., Assistant
Director, Department of
Transportation and Administrative
Law Judge for this matter
1409 Coliseum Boulevard
P. O. Box 30350
Montgomery, Alabama 36130
Phone: (334) 242-6775
Fax: (334) 353-6505



000210

# BEFORE THE ALABAMA STATE PERSONNEL BOARD

**IN THE MATTER OF** )
)
**VIRGINIA HOPPER** )
)

**Exhibits submitted by the Alabama Department of Human Resources**

1. Letter of Dismissal
2. Recommendation of the DHR Hearing Officer
3. Information on Ms. Hopper's Degree Provided to DHR by the State Personnel Office
4. Sample diploma from Bronte University
5. Letter to Ms. Hopper from Jackie Graham Regarding Reemployment Register
6. Ms. Hopper's Account Clerk Application
7. Ms. Hopper's Accounting Tech I Application
8. Information Regarding Trinity University
9. Information Regarding Bronte University

**JOEL C. MARSH**
**Assistant Attorney General**
**State of Alabama Department of Human Resources**
**Attorney for DHR**



ILEY
nor

# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

Page B. Walley, Ph.D.
*Commissioner*

August 14, 2006

Virginia Hopper
[redacted]
[redacted]

Dear Ms. Hopper:

This is to inform you that effective at 3:30 p.m. August 14, 2006, your employment with the Department of Human Resources will be terminated. This action has been made necessary because of your violation of the Rules of the State Personnel Board.

Specifically, you were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19-.01 (2)(f) Falsification of Records of the Rules of the State Personnel Board. You indicated on your application for Accountant that you had a college degree. You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position.

On June 22, 2006, an administrative hearing was held at the Department of Human Resources. The hearing officer that heard the facts in this personnel matter has found that the evidence and testimony supports the charges. A copy of their recommendation to the appointing authority is attached.

You are advised that you have the right, within 10 days after receipt of written notice of dismissal, to request a hearing before the State Personnel Board. Such request should be addressed directly to the Director, State Personnel Department, 64 N. Union Street, Montgomery, Alabama 36130.

Sincerely,

Page B. Walley, PhD
Commissioner

000212

EXHIBIT
DHR 1

BEFORE THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES

IN RE: VIRGINIA HOPPER
ADMINISTRATIVE PERSONNEL HEARING

RECOMMENDATION OF THE HEARING OFFICER

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's employment with the Alabama Department of Human Resources (DHR). The hearing was held on June 22, 2006. Mrs. Hopper was present and was represented by her counsel Jim DeBardeleben. Mr. DeBardeleben questioned the DHR witness, examined the evidence, presented testimony, and offered exhibits on behalf of Mrs. Hopper. DHR was represented by its attorney, Hon. Joel C. Marsh.

Mrs. Hopper was charged by DHR with falsification of records in her application for employment in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her accountant position with DHR because she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated that they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

000213

EXHIBIT
DHR 2

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I and II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

FINDINGS OF FACT

The evidence presented at the aforementioned hearing shows that Mrs. Hopper stated on her Application Examination for an Accountant position that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Mrs. Hopper's own testimony, established that, for 17 of these courses, Mrs. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at work-related seminars and on her work experience. Trinity University in San Antonio, Texas has no record of Mrs. Hopper ever being registered as a student or receiving credit for any courses. Consequently, the undersigned hearing officer finds that Mrs. Hopper falsified information on her Application Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f).

Mrs. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, the undersigned hearing officer finds that Mrs. Hopper knew she did not have a degree from Trinity University in

San Antonio and she knew that she did not have a valid college degree when she completed the application for accountant. In addition, the position of Accountant with DHR requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration, and that the applicant must have completed five (5) college level accounting courses, including Intermediate Accounting II. The evidence presented at the hearing clearly demonstrated that Mrs. Hopper does not have a valid college degree, and that she has not taken Intermediate Accounting II, or an equivalent course. Consequently, the undersigned hearing officer finds Mrs. Hopper that is not qualified for the position of Accountant with DHR.

CONCLUSIONS OF LAW

The undersigned recommends that Mrs. Hopper be discharged from her employment with DHR because: she falsified her Accountant application; she is not qualified for the position of Accountant because she does not have a valid college degree; and because she has not taken all of the required courses for the position of Accountant with DHR.

DONE this 7th day of August, 2006.

Philip O. Tyler
Administrative Hearing Officer

Post Office Box 3310
Auburn, Alabama 36831-3310
Phone: (334) 821-3892
Fax: (334) 826-9467





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

CONFIDENTIAL

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

000216

EXHIBIT
DHR 3

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachment 1

APPLICATION FOR EXAMINATION

STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

03 OCT 21 P 1:53

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

Examination For Which You Are Applying (one per application): 10611 Accountant — 10611

Option (if applicable):

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) Elmore (County) 26 36022 (Zip Code)

Telephone Number: Home (334) [redacted] (Area Code) Work (334) 242-2224 (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31 LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of time compensation for any overtime hours worked.

Signature *Virginia S. Hopper* Date 11/21/2003

**000218**

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

Attachment 2

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I— ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

Attachment 3

# Business Administration
# B. S. Concentrations and Requirements

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum.

II. A core curriculum in Business Administration (24 hours):

ACCT 1301 - Fundamentals of Accounting
ACCT 1302 - Fundamentals of Managerial Accounting
BUSN 2301 - Statistics for Management and Economics
BUSN 3302 - Legal Concepts of Business I
*BUSN 4301 - Business Policy and Strategy
**FNCE 3301 - Financial Administration of Business Firms
MKTG 2301 - Principles of Marketing
MGMT 2301 - Management of Organizations

* Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.

** Students should note that ECON 1311 is prerequisite for FNCE 3301 In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis

III. Completion of BUSN 3303 - Quantitative Managerial Decision Making

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

V. Completion of elective hours that bring the total in Business Administration courses to at least 45 semester hours.

VI. Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

000220

A student who pursues either a major or minor in Business Administration must

take 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University. At least 50% of the credit hours required for a concentration must be taken at TrinityUniversity.

000221

Attachment 4

## SORRELL COLLEGE OF BUSINESS

Accreditation
B.S. / B.A. Business Administration Degree Requirements
Business Administration Core (42 Hours)
Majors:
- Accounting Major (30 Hours)
- Finance Major (30 Hours)
- General Business Major (30 Hours)
- Information Systems Major (30 Hours)
- Management Major (30 Hours)
- Marketing Major (30 Hours)
- Risk Management and Insurance Major (30 Hours)

B.A.S. in Resources and Technology Management
Business, Associate of Science (60 Hours)
Minors:
- Business Administration Minor (18 Hours)
- Information Systems Minor (18 Hours)

University Overview
Student Admissions and Regulations
General Studies Program
Special Academic Offerings
Financial Information
Degrees and Required Credit Hours
Colleges
Course Descriptions
Board of Trustees, Administration, Faculty
Index

TROY Home
Catalog Table of Contents

The academic mission of the Sorrell College of Business is to prepare a diverse bo students for entry and personal growth in business and government-related career: means of high quality instruction delivered in traditional, nontraditional, and emergi electronic formats.

Our students are currently employed in, or endeavor to be employed in, business, government, public accounting, the U.S. military, and not-for-profit organizations, b United States and the world over. Today many are, or intend to be, self-employed. Undergraduate students are prepared for admission to graduate programs in busin information systems, and professional schools of law. Sorrell College of Business s graduate with the knowledge and skills needed to communicate effectively, to mak and socially-responsible decisions, and to understand diverse and international cul

Sorrell College of Business faculty members are highly qualified and possess diver academic and business backgrounds. Because our faculty members have "real-wo experience, course instruction focuses not only on vital concepts but also on practi application of these concepts.

All academic programs offered by the college assist students to develop the knowl skills, and attitudes necessary to understand and cope with the challenges faced b and organizational leaders in a dynamic, global workplace. The curriculum is highl to the needs of students and the requirements of their employers. Combining the re of the curriculum with the fact that our faculty holds students to a high standard thr their academic experience at Troy means that the academic programs offered thro Sorrell College of Business are designed to provide a firm foundation for professio business leaders who, upon graduation, will have the skills necessary to embark o change course in, successful careers in business, industry, and government.

Majors within the Bachelor of Science (or Arts) Business Administration degree are accounting, general business, finance, information systems, management, marketi risk management and insurance. Within the management and general business ma students may select concentrations that focus on international business, business economics, human resource management, small business and entrepreneurship, a production and operations management. Within the information systems major, stu focus on networking, general information systems, or web development. A Bachelo Applied Science degree is offered in resources and technology management. Mino offered in business administration and information systems.

000222

## ACCREDITATION

Troy University, through its Sorrell College of Business, is nationally accredited by Association of Collegiate Business Schools and Programs (ACBSP) to offer baccal degree programs in accounting, finance, general business, information systems, management, and marketing. The ACBSP has also accredited Troy to offer the Ma Business Administration.

## B.S. / B.A. BUSINESS ADMINISTRATION DEGREE REQUIREMENTS

| | |
|---|---|
| General Studies | 48 hours[1] |
| Business Administration Core | 42 hours [2, 3, 4] |
| Courses in the major | 30 hours [3, 4] |
| Total | 120 hours |

[1] The 48 hours of general studies must include six hours of Principles of Econom and MTH 2201, completed with a grade of C or better.

[2] Students must complete the following lower-level courses (or their approved tra credit equivalents) with a grade of C or higher in each course before registering for level course in the business curriculum: ENG 1101/03, ENG 1102/04, MTH 2201, I ACT 2291, ACT 2292, ECO 2251, ECO 2252, QM 2241, LAW 2221, and all 2000-l courses in the major and minor. Students may enroll concurrently in the last of thes along with their initial 3000-level courses subject to their adviser's approval and coı with published prerequisite requirements. Under no condition may a student enroll 4000level course without the satisfactory completion (grade of C or higher) of the lc courses listed above.

[3] Transfer credit will not be awarded for any course to be used in the business cc major in which a C grade or higher has not been achieved.

[4] Students must achieve an overall C average in both their business core and the business major in order to be eligible to graduate. All courses should be taken in th appropriate numerical sequence (i.e., 3000-level courses should be completed bef attempting 4000-level courses).

top

## BUSINESS ADMINISTRATION CORE (42 HOURS)

| | | | |
|---|---|---|---|
| ACT | 2291 | (3) | Principles of Accounting I |
| ACT | 2292 | (3) | Principles of Accounting II |
| BUS | 3382 | (3) | Business Communications |
| FIN | 3331 | (3) | Managerial Finance I |
| FIN | 3332 | (3) | Managerial Finance II |
| IS | 3300 | (3) | Introduction to Information Systems |
| LAW | 2221 | (3) | Legal Environment of Business |
| MGT | 3371 | (3) | Principles of Management |
| MGT | 3373 | (3) | Operations Management |
| MGT | 4476 | (3) | Strategic Management |
| MKT | 3361 | (3) | Principles of Marketing |

000223

| QM | 2241 | (3) | Business Statistics I |
|---|---|---|---|
| QM | 3341 | (3) | Business Statistics II |
| *Select one course with permission of faculty adviser:* | | | |
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select one business administration major (30 hours):*
- Accounting
- Finance
- General Business
- Information Systems
- Management
- Marketing
- Risk Management and Insurance

 top

ACCOUNTING MAJOR (30 HOURS)

*B.S./B.A. in Business Administration degree with a major in accounting (ACT*

| ACT | 3391 | (3) | Intermediate Accounting I |
|---|---|---|---|
| ACT | 3392 | (3) | Intermediate Accounting II |
| ACT | 3394 | (3) | Governmental Accounting |
| ACT | 3395 | (3) | Managerial/Cost Accounting |
| ACT | 4491 | (3) | Advanced Accounting I |
| ACT | 4494 | (3) | Income Tax I |
| ACT | 4495 | (3) | Income Tax II |
| ACT | 4497 | (3) | Auditing |
| *Select one accounting elective:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| ACT | 4496 | (3) | Managerial/Cost Accounting II |
| ACT | 4498 | (3) | Advance Auditing |

*Select one upper level business course elective.*

 top

FINANCE MAJOR (30 HOURS)

| FIN | 4431 | (3) | Financial Management |
|---|---|---|---|
| FIN | 4432 | (3) | Investments |
| FIN | 4437 | (3) | Financial Institutions |
| *Select six electives:* | | | |

000224

| | | | |
|---|---|---|---|
| FIN | 3333 | (3) | Financial Mathematics |
| FIN | 3334 | (3) | Financial Statement Analysis |
| FIN | 3336 | (3) | Real Estate Finance I |
| FIN | 3337 | (3) | Personal Financial Planning |
| FIN | 4419 | (3) | Speculative Markets |
| FIN | 4434 | (3) | Financial Modeling |
| FIN | 4436 | (3) | Securities Analysis |
| FIN | 4438 | (3) | Bank Management |
| FIN | 4439 | (3) | Finance Seminar |
| FIN | 4440 | (3) | Real Estate Finance II |
| FIN | 4454 | (3) | Public Finance |
| FIN | 4495 | (3) | Selected Topics in Finance |
| RMI | 3335 | (3) | Principles Of Management and Insurance |

*Select one upper level business course elective.*

 top

GENERAL BUSINESS MAJOR (30 HOURS)

*B.S./B.A. in Business Administration degree with a major in general busines Concentrations in general business, business economics, international busi small business and entrepreneurship*

*Select one upper level course in three of the following five areas:*
- Accounting
- Economics
- Finance
- Management
- Marketing

*Select one concentration (21 hours):*
Business Economics Concentration:
- *Select five upper level economics courses (15 hours).*
- *Select two upper level finance courses (six hours).*

General Business Concentration:
- *Select seven upper level courses among the business disciplines, with a limit of tl courses in one discipline.*

International Business Concentration:
- *Select three of the following courses not used to satisfy the business core global i requirement (nine hours):*

| | | | |
|---|---|---|---|
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

000225

*Select two upper level business course electives (six hours).*
*Select two modern foreign language courses (six hours).*

Small Business and Entrepreneurship Concentration:

| MGT | 4475 | (3) | Small Business Management |
|---|---|---|---|
| *Select four of the following courses:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| MGT | 3375 | (3) | Human Resource Management |
| MGT | 4472 | (3) | Organizational Behavior |
| MGT | 4460 | (3) | Introduction to Project Management |
| MKT | 3365 | (3) | Integrated Marketing Communications |
| MKT | 4463 | (3) | Retailing |

*Select two upper level business course electives (six hours).*

 top

000226

Attachment 5

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

**Bachelor of Science**

with a major in

**Business Administration**

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Rowena Ho-Kingston

Dominick Christian Joseph

British Virgin Islands

Attachment 6

Bronte International

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Undergraduate Program
Certificate of Tax and Financial Planning
Available Degrees
Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

BIU help all I ever Yc

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

**ANTHROPOLOGY**

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

000228

**ARCHAEOLOGY**

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

**ART**

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

**ASIAN STUDIES**

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

000229

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

**BIOLOGY**

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

**BUSINESS EDUCATION**

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

**BUSINESS**

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

000230

**CHEMISTRY**

CHE-101 - Survey of Chemistry

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**COMMUNICATIONS**

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

000231

Mass communication and the new media technologies or cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

**COMPUTER SCIENCE**

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a

000232

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

000233

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

**ENGINEERING MECHANICS**

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

000234

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

**FINANCE**

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

GEO-151 - Physical Geology

**000235**

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

000236

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

HUMANITIES

000237

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

## JOURNALISM

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

## LAW

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

## LITERATURE

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

000238

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

MANAGEMENT

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics'that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

MECHANICAL ENGINEERING TECHNOLOGY

000240

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

**OPERATIONS MANAGEMENT**

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

000241

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

**PHYSICS**

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

000242

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

**PSYCHOLOGY**

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

000243

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and th major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

000244

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course

000245

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

000246



Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

**This is What You Get for Your Money!**

DEGREE
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

STUDENT RECORD
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

ACADEMIC LETTER OF RECOMMENDATION
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

ALUMNI IDENTIFICATION CARD
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

REPLICA OF YOUR DEGREE ETCHED IN BRONZE
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

BIU help
all I ever
Yo

000247

**FOR GRADUATES !**

LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!

In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

000248

Attachment 8

TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator

# Bronte

## International University

has conferred upon

## John Q. Sample

the degree, rank and academic status

## Bachelor of Science

with a major in

## Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this seventh day of May
Two thousand and four

EXHIBIT
DHR 4

000250



# STATE OF ALABAMA

PERSONNEL DEPARTMENT
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT
DHR 5

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
State Personnel Director

Announcement date: November 12, 2003

State of Alabama
Personnel Department
64 North Union Street
P O Box 304100
Montgomery, AL 36130-4100
(334)-242-3389
Internet: www.personnel.state.al.us

Announcement of Continuous Merit System Examination

# ACCOUNTANT - 10611
# $26,410.80 - $40,055.60

Accountant (10611) Salary $26,410.80 - $40,055.60

Departments: Various
Location: Statewide

## TYPE OF EXAMINATION

\n open-competitive register will be established by scores achieved on a written test. The written test will comprise 100% of the inal score.

## QUALIFICATIONS NEEDED TO APPLY

'ou must have the following to qualify:

Bachelor's degree with a major in Accounting or Business Administration, including completion of five (5) college level accounting courses (four of which must be Principles I and II and Intermediate I and II or equivalent courses)

' ': Each accounting course completed should be listed separately on the application. Qualifying college-level accounting courses ,. defined as courses that are acceptable by an accredited four-year college or university towards a major in accounting, including ,hiting coursework. Income tax courses will not be counted towards the five required accounting courses.

## KIND OF WORK

his is beginning professional level accounting work in the application of accounting and auditing principles, methods, and rocedures in the establishment, analysis, and maintenance of fiscal records. Employees in this class perform professional :counting and auditing work of routine difficulty according to established procedures and regulations. Employees may also ssist higher-level accountants in providing specific analyses, interpretations, and preparation of complex financial reports. 'ther employees in this class perform various phases of complex audits and make professional decisions and judgments in :cordance with generally accepted auditing and accounting practices.

## HOW TO APPLY

se an Application for Examination form. You can get the form at this office or at an Alabama Employment Service Office. It can so be downloaded from our web site. You must send your application to the State Personnel Department. This announcement ill remain open until further notice. Photocopied and facsimile applications are accepted. Our fax number is 334-242-1110.

*Individuals currently on the register must reapply to remain eligible for employment.*

THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.

000253

EXHIBIT

13 - Revised November 1997
NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE PERSONNEL DEPARTMENT
64 NORTH UNION STREET, SUITE 300
MONTGOMERY, ALABAMA 36130

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

amination For Which You Are Applying (one per application): Account Clerk — 10601
Option (if applicable)

ll Name: Virginia S. Hopper
First / Middle / Last

ldress: [redacted]e
House or Apartment Number / Street

[redacted] City / State — Elmore County — 36022 Zip Code

lephone Number: Home (334) [redacted] Area Code — Work (334) 353-4112 Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

ce (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

UCATION:
hool Graduate or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 4

ED
LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| See Attached | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

TSUM Principles of Accounting II 5qtr. hrs.
TSUM Principles of Accounting I 5qtr. hrs.
WCS Intro into Accounting

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false ements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from ployment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service and inal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation any overtime hours worked.

nature *Virginia S. Hopper* Date 8/28/98

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT DHR 6

000254



36022

Phone (334)

# Virginia Hopper

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in accounting.

**Qualifications**

Experience in accounting, insurance experience in underwriting, return of premium, Workers Compensation reinsurance claims, computer skills, general office skills, and organizational skills.

**Education**

Lee High School Montgomery, Alabama
Troy State University Montgomery, Alabama
Wetumpka Vocational School 1993
Computer Applications I & II
Accounting
Wetumpka Vocational School 1995
Windows 3.1
SIR/NCIGF Working Together Seminar 1994
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
NAIC Reinsurance Seminar 1996

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, and Quicken
Currently training in Word, Excel, and Access

**Employment History**

2/94 – Present State of Alabama, Department of Insurance.
Receivership Division (Contract)

Accounting Technician II

- Reconcile Bank Statement for all estates

- Prepare cash balance, transactions, and missing check reports
- Retrieve data from an on line accounting system
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Prepare and process checks by on computer system
- Calculate and file claims subject to reinsurance
- Research records and provide medical updates on claimants for reinsurers
- Account receivables, agents collection accounts, premium collections
- Calculate and process return of premium
- Communicate with policyholders and agents
- Communicate with providers on behalf of claimants
- Maintain mortgage loan accounts

After fifteen years as homemaker and mother of two, I returned to the business world.

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients, updated medical and dental file
- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments

Extracurricular Member of First Assembly of God church choir and drama team.

[Form] 34 Revised January 1999

[DO] NOT WRITE IN THIS SPACE

[R]ECEIVED
[OC]T 25 2 35 PM '99
STATE OF ALABAMA
PERSONNEL DEPARTMENT

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**
A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.
[redacted]

[Ex]amination For Which You Are Applying (one per application): Accounting Tech I - 10603

Option (if applicable):

[Fu]ll Name: Virginia (First) S. (Middle) Hopper (Last)

[A]ddress: [redacted] (House or Apartment Number) [redacted] (Street)

[redacted] (City) [redacted] (State) Elmore (County) 36022 (Zip Code)

[T]elephone Number: Home (334) [redacted] (Area Code) Work (334) 353-4112 (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (✓) Female

[R]ace (check one) 1. (✓) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

[EDU]CATION:
[H]igh School Graduate or GED? (✓) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1 2 3 4 5 6 7 8 9 10 11 (12) College 1 2 3 4

ED: 20 EC:

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Robert E. Lee - Montgomery | 9/68 | 5/71 | | | ✓ | | General 5/71 | Business |
| Troy State - Montgomery | 6/98 | 8/99 | | 15 hrs. | | | | |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed). See

| | | | | |
|---|---|---|---|---|
| Principles of Accounting I | 5 hrs. | Governmental Accounting | 5 hrs. | AC 140 |
| Principles of Accounting II | 5 hrs. | AA Managerial Acc | 5hrs. OK | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any fals[e] statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released fro[m] employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service an[d] criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensatio[n] [for] any overtime hours worked.

000258

Signature Virginia S. Hopper Date 10/25/99

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT
DHR 7

SOCIAL SECURITY NUMBER :

e reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| ...ie Walker | [redacted] | State of AL - Dept. of Insurance |
| ...ina McLain | [redacted] | State of AL - Dept of Insurance. |
| ...y Morris Pate | [redacted] | Pastor - First Assembly - Millbrook |

...uld you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

...e you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes ( ✓ ) No

...ou answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

...e you ever been convicted of a misdemeanor or felony crime? ( ) Yes ( ✓ ) No

...ou answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating ...umstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

...A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY ...ICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT ...TOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION ...NTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. ...R THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

...gin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. <u>Each time you changed</u> <u>...s or your title changed should be listed as a separate period.</u> Describe in detail your duties. (Attach additional sheets if needed.)

| ...Current or Last Employer: See Attached Resume | Your Official Job Title | | | | |
|---|---|---|---|---|---|
| ...dress | Type of Business | | | | |
| FROM ...onth Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ ____ Per ____ | Ending Salary $ ____ Per ____ | May we contact your employer? ( ) Yes ( ) No |
| ...mber/Title of Employees You Supervised ...a Continuing Basis | Equipment You Operated | | | | |
| ...ne, Title and Telephone Number ...Supervisor | Reason for Leaving | | | | |

...scribe Your Duties in Detail

SOCIAL SECURITY NUMBER : [redacted]

| :mployer | Your Official Job Title |
|---|---|
| ress | Type of Business |

| FROM ınth Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|

| nber/Title of Employees You Supervised a Continuing Basis | Equipment You Operated |
|---|---|
| ne, Title and Telephone Number upervisor | Reason for Leaving |

cribe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| dress | Type of Business |

| FROM onth Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|

| ·r/Title of Employees You Supervised ontinuing Basis | Equipment You Operated |
|---|---|
| me, Title and Telephone Number Supervisor | Reason for Leaving |

scribe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| ldress | Type of Business |

| FROM Ionth Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|

| ımber/Title of Employees You Supervised ı a Continuing Basis | Equipment You Operated |
|---|---|
| ıme, Title and Telephone Number Supervisor | Reason for Leaving |

escribe Your Duties in Detail

USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

[redacted]
Phone (334[redacted]

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in State Government.

**Qualifications**

Experience in accounting, insurance experience in underwriting, Workers Compensation reinsurance claims, researching and investigating claims and complaints, computer skills, general office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999.
MS Excel 97
NAIC Reinsurance Seminar 1996
Wetumpka Vocational School 1995
Windows 3.1
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
SIR/NCIGF Working Together Seminar 1994
Wetumpka Vocational School 1993
Computer Applications I & II
Intro Accounting
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access and Word

**Employment History**

2/94 – Present State of Alabama, Department of Insurance
Receivership Division (Contract)

Accounting Technician II

- Estate Management - manage day to day activities of insolvent insurance companies

- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Confer with support team members to solve problems relating to coordination of work and other matters
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Reconcile Bank Statement for all estates
- Prepare Balances Sheets and Income Statements
- Prepare cash balance, transactions, and missing check reports
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Verify and approve bills for payment
- Communicate with attorneys and accountants to provide financial information on receivership estates
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims
- Prepare computer and tapes for nightly back

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients
- Updated medical and dental files

- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments
- Answer calls for general questions from consumers

Extracurricular activities

Member of First Assembly of God church choir and drama team.

SOCIAL SECURITY NUMBER

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

n Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.
, eteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

ten exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

) Alexander City 3 ( ) Birmingham 5 ( ) Dothan 7 ( ) Linden 9 ( ) Montgomery 12 ( ) Tuscaloosa
) Andalusia 4 ( ) Decatur 6 ( ) Jacksonville 8 ( ) Mobile 10 ( ) Selma

u qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

) State Employment Service 5 (✓) Friend/Relative 9 ( ) Legislative Representative 13 ( ) TV/Radio Commercial
) Job Announcement Notice 6 ( ) Dept. News Bulletin 10 ( ) State Recruiter/Counselor 14 ( ) Other ______
) Newspaper 7 ( ) Rehabilitation Services 11 ( ) State Personnel Dept. Information Board
) College Placement/Career Office 8 ( ) High School Counselor 12 ( ) Outreach Program (i.e. Church)

AVAILABILITY

Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence

84 - Jasper/ Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston

87 - East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa

Huntsville/ Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan

85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa

88 - Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington

Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah

86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair

89 - Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox

90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery

93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe

91 - Phenix City/ Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell

94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston

92 - Mobile Area
02 Baldwin
49 Mobile

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

lease answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered or employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 ______ ______

f you want to be considered for appointment by only certain state agencies, indicate here ______

Will you accept work involving overnight travel? ( ) Yes (✓) No  Will you accept part-time work? ( ) Yes (✓) No

000264

Will you accept temporary work? ( ) Yes (✓) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 11 (Month) 15 (Day) 99 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

STATE PERSONNEL DEPARTMENT

2000 JAN -6 A 10: 36

January 6, 2000

Lee Frier
State of Alabama
Personnel Department
300 Folsom Administrative Bldg
Montgomery, Alabama 36130-2301

RE: Accounting Technician 10603

Dear Lee,

I received notice that I did not have required credit hours for the above position. Please add credit for 099 - Basic Accounting - 5 hours and 293- Managerial Accounting - 5 hours.

Thanks so much for your help in this matter. If more is needed please advise. I can be reached at (334) 353-4112 work and (334) [redacted] at home.

Sincerely,

Virginia Hopper

Virginia Hopper
SS# [redacted]

TROY STATE UNIVERSITY SYSTEM
REGISTRATION STATEMENT/INVOICE

Ms. Virginia B. Hopper
[redacted]
36021

SCHEDULE INFORMATION: TERM: 00/WN PROGRAM: B1
LOCATION: M01 REG STATUS: F DATE: 11/09/99 ID # 0360263 SS# [redacted]
PHONE: (Home) 334-[redacted] (Work) 334-353-4112
MAJOR: BUS MINOR: ADVISOR: OPERATOR: wreg3

| COURSE | SEC | TITLE | PC | LOC | BLDG | ROOM | DAYS | TIME | INSTRUCTOR | CRE |
|---|---|---|---|---|---|---|---|---|---|---|
| CIS 140 | ~~AB~~ AC | Basic Microcom | | W | WHIT | ~~[illegible]~~ 623 | MW | 04:30-06:00P | ~~[illegible]~~ | |
| ACT 293 | AA | Managerial Acc | | W | WHIT | 329 | MW | 06:15-08:15P | Franklin T | 5. |

TOTAL CREDITS: [illegible]9.

EMPLOYER INFORMATION (Make any corrections as necessary):
Employer Name: STAT OF AL DEPT OF INS.
Job Title:
Address: 64 N. UNION City: Montgomer
County: State: AL Zip: 36130
EST F/A CREDITS BASED ON FULL TIME:

Previous Balance: $ [illegible]0.00
INSTATE UNDERGRAD TUITI 464.00
COMPUTER AND INFO SCI L 20.00
ADMINISTRATIVE [illegible] [illegible]

TOTAL (potential FA credits) $ 0.00 CURRENT BALANCE: $ 494.00
METHOD OF PAYMENT: X Check or Money Order Attached 11/15/99 Amount $ 40.00
__ Financial Aid: Type

TO INSURE PROPER CREDIT, PLEASE RETURN CASHIER COPY AND PAYMENT TO:
Troy State University Montgomery
P.O. DRAWER 4419
Montgomery, AL 36103-4419

I agree that by signing and submitting this registration, I am financially responsible for all tuition and fees due and personally responsible for meeting class prerequisites and attendance policies.

Student's Signature [signature] Date 11/15/99

In case of emergency, please contact: Name: [handwritten] Phone: [handwritten]

000266

# Trinity University

From Wikipedia, the free encyclopedia

A number of educational institutions carry the name **Trinity University**. Among these are the following.

- Trinity University, a private university located in San Antonio, Texas
- Trinity University, a Catholic women's college formerly known as Trinity College, located in Washington, D.C.
- Trinity International University, an Evangelical Christian college located in Deerfield, Illinois
- Trinity Western University, a private university located in Langley, British Columbia, Canada
- The University of Trinity College was sometimes referred to as Trinity University prior to its federation with the University of Toronto, located in Toronto, Canada
- Bronte International University, a diploma mill based in Tortola, British Virgin Islands, was previously known as Trinity College & University

## See also

- Trinity College (disambiguation page)

Categories: Disambiguation

This page was last modified 08:50, 23 May 2006. All text is available under the terms of the GNU Free Documentation License (see Copyrights for details). Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy About Wikipedia Disclaimers

000267

EXHIBIT
tabbies
DHR 8

# Bronte International University

From Wikipedia, the free encyclopedia

Bronte International University (formerly known as Trinity College & University) is an unaccredited post-secondary institution formally in South Dakota. It is widely considered to be a diploma mill, a scam operation offering meritless degrees for a fee. The "school's" webpage offers "fast" degrees from "life experience".

Contents

1 Academics and Accreditation
2 Trinity College & University in Dover, Delaware
3 See also
4 External links

## Academics and Accreditation

Although the institution claims to be accredited by the Association for Online Academic Excellence (AOAE), but this is not a recognized accreditation association of higher learning[1] (http://www.chea.org/).

Bronte International University was originally known as "Trinity College & University" and should not be confused with a number of mainsteam academic institutions with similar names, listed at Trinity College.

## Trinity College & University in Dover, Delaware

The Trinity College & University in Dover, Delaware with an administrative office in Malaga, Spain is rumored to be a diploma mill, but is not the same corporation that has since been renamed Bronte International University. Unfortunately, there is much confusion surrounding the name. The Trinity College & University which later became Bronte International University is based in the British Virgin Islands, and is registered as a corporation with the United Kingdom (Tortola, BVI).They are two distinct organizations.

## See also

- List of unaccredited institutions of higher learning
- School accreditation

## External links

- Independent's story (http://weeklyindependent.com/feature1.htm)
- Daily Ummat's invastigative story (http://ummat.com.pk/Kahanian/misc_stories/aamir_liaquat.htm)

- Dr. Aamir Liaquat Hussain's Naats
  (http://www.pakmarkaz.com/islam/naats/amirliaquat.html)

Categories: Articles with unsourced statements | Unaccredited institutions of higher learning

This page was last modified 02:46, 25 April 2006.     All text is available under the
terms of the GNU Free Documentation License (see Copyrights for details).
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy     About Wikipedia     Disclaimers

000269

# Diploma mill

From Wikipedia, the free encyclopedia

A **diploma mill** (also known as a **degree mill**) is an organization which awards academic degrees and diplomas with very little or no academic study and without recognition by official accrediting bodies. Such organizations are unaccredited by standards of traditional institutions, but they often claim accreditation by non-standard organizations set up for the purposes of providing a veneer of authenticity.

Many diploma mills claim to offer these qualifications on the basis of life experience, but most of them require a payment to issue a diploma/degree certificate without having to provide them with any educational documents; they do not evaluate one's academic potential. They are used to fraudulently claim academic credentials for use in securing employment (e.g., a schoolteacher might get a degree from one in order to advance to superintendent). These issues are described by author and diploma mill expert Steve Levicoff in his work *Name it and Frame it* and he has a list available online of 75 steps to spot a degree mill [1] (http://members.tripod.com/~levicoff/). Other writers who have written about degree mills include Dr. Leland Milton Goldblatt, PhD

Contents

1 Common attributes of diploma mills
2 Legality
  2.1 United States of America
  2.2 Australia and New Zealand
  2.3 South Korea
  2.4 Germany
  2.5 United Kingdom
3 Terrorism worrries
4 See also
5 References
6 External links

## Common attributes of diploma mills

Diploma mills often have names that are deliberately chosen to sound confusingly similar to prestigious accredited institutions (preventing such confusion is the purpose of trademark law, but the mills strive to barely avoid this legal recourse). They often claim to be accredited, even when they are not. Some even go to the lengths of inventing their own accreditation organizations to endorse them, complete with superficially convincing websites modeled on those of real accreditation organizations. The more elaborate operations come complete with services such as transcripts with online and telephone verification for potential employers investigating an individual's credentials.

Moreover, some diploma mills are "licensed" as businesses and this term is then misused by the institution to imply government "approval" or accreditation. However, just because a college is

000270

licensed this does not make it legitimate.[2] (http://chronicle.com/free/v47/i28/28a03401.htm)

Compared to legitimate schools, diploma mills have drastically reduced or nonexistent requirements for academic coursework. Some allow customers to simply buy credentials while others will have clients engage in some exercises or submit written reports about relevant 'life experience' before awarding degrees. A common feature of diploma mills is that degrees are offered for a flat fee, rather than on a per-course basis. However, charging a flat fee is common in some European countries for legitimate universities, such as in England.

Some diploma mills claim to be based in small countries with unusual circumstances, even though they are selling to customers outside those countries. This is common with "offshore" jurisdictions.

## Legality

Degrees and diplomas issued by diploma mills are frequently used for fraudulent purposes, such as obtaining employment, raises, or customers on false pretenses. Even if issuing or receiving a diploma mill qualification is legal, passing it off as an accredited one for personal gain is a crime in many jurisdictions. In some cases the diploma mill may itself be guilty of an offence, if it knew or ought to have known that the qualifications it issues are used for fraudulent purposes. Diploma mills could also be guilty of fraud if they mislead customers into believing that the qualifications they issue are accredited or recognised, or make false claims that they will lead to career advancement, and extort money on the basis of these claims.

### United States of America

Diploma mills are mainly found in the U.S. jurisdictions which have not adopted tough laws to prohibit them. However, some degree mills take advantage of the constitutional division by establishing themselves as ersatz Bible colleges which can legally offer degrees in religious subjects without government regulation. Nevertheless, some religious colleges and seminaries can be fined for issuing degrees without meeting educational requirements[3] (http://www.kvue.com/news/state/stories/120304ccjrkvuestateseminary.8f53085.html). In fact it has been noted that:

> Fraudulent educational institutions continue to proliferate. These diploma mills survive by operating in states with lax law governing schools, such as California, Utah, Hawaii and Louisiana. They assume identities of well-known schools or as "religious" organizations. Because of constitutional safeguards in the United States guarantee separation of church and state, most states have been reluctant to pass any laws restricting the activities of churches, including their right to grant degrees. John Bear has asked, "What about a school that requires a five page dissertation before awarding the Doctorate. Nobody seems to want the government stepping in to evaluate doctoral dissertations before permitting schools to grant degrees." [4] (http://www.elearners.com/resources/diploma-mills.asp)

Although the DipScam operation in the 1980s led to a decline in diploma mill activity across the United States, the lack of further action by law enforcement, uneven state laws, and the rise of the Internet have combined to reverse many of the gains made in previous years.

In 2002, the *Seattle Times* noted in article that included some believe Wyoming has "become a haven for diploma mills."[5] (http://seattletimes.nwsource.com/html/education/2002174735_diploma09.html) Conversely, "Oregon, New Jersey, and North Dakota have adopted tough laws that include fines and jail time for using fake degrees to gain employment."[6] (http://www.csmonitor.com/2003/0610/p15s02-lehl.html)

In February 2005, the US Department of Education launched www.ope.ed.gov/accreditation (http://www.ope.ed.gov/accreditation) to combat the spread of fraudulent degrees.[7] (http://www.wired.com/news/culture/0,1284,66476,00.html)

The state of Washington passed a bill in March 2006 "prohibiting false or misleading college degrees." [8] (http://apps.leg.wa.gov/billinfo/summary.aspx?bill=2507&year=2006) (The text is here (http://www.leg.wa.gov/pub/billinfo/2005-06/Pdf/Bills/Session%20Law%202006/2507-S.SL.pdf).) Similarly, Wyoming passed a law requiring a post-secondary institution granting degrees to Wyoming citizens to be accredited, or to be a candidate for accreditation. (There is an exemption for religious schools.) [9] (http://legisweb.state.wy.us/2006/Enroll/SF0069.pdf)

## Australia and New Zealand

In Australia, it is a criminal offence to call an institution a university, or issue university degrees, without authorization through an act of federal or state parliament. Thus, diploma mills are not as much of a problem in Australia.

One issue under Australian law is the use of the term "university" by many corporate training programs. Although such use of the term might be argued to be illegal, in practice it is tolerated since everyone understands that such programs are not actually universities.

## South Korea

It is illegal to falsely claim a degree in South Korea if it does not meet accredited approval. For example, in March of 2006 prosecutors in Seoul "broken up a crime ring selling bogus music diplomas from Russia, which helped many land university jobs and seats in orchestras."[10] (http://news.yahoo.com/s/nm/20060320/od_uk_nm/oukoe_uk_crime_korea_1) People who falsely used these degrees were criminally charged.

## Germany

In Germany, similarly to the situation in Australia, it is a criminal offence to call an institution a university, a Fachhochschule, or issue academic degrees, without authorization through an act of the respective states ministry of education. It is also a criminal offence to falsely claim a degree in Germany if it does not meet accredited approval.

Some corporate training programs in Germany use the English term "corporate university". Although such use of the term might be argued to be illegal, in practice it is tolerated since everyone understands that such programs are not actually degree granting institutions.

**000272**

## United Kingdom

In the UK it is illegal to offer something that may be taken to be a UK degree unless the awarding body is on a list maintained by the Department for Education and Skills. This is difficult to enforce on the Internet, where the site is based abroad. However, UK Trading Standards officers have had notable success (http://news.bbc.co.uk/1/hi/education/2829237.stm) in countering a large diploma mill group based in Romania and Israel that was using British place-names for its "universities".

## Terrorism worrries

On December 15, 2005, CNN aired a report on **diploma mills** and terrorism. The reported explained that "H-1B visas can be issued to anyone who is highly skilled and can get a job in the U.S. McDevitt is concerned a phony advanced degree could be the first step for someone in a terrorist sleeper cell."[11] (http://transcripts.cnn.com/TRANSCRIPTS/0512/15/pzn.01.html)

The report explained, the Secret Service "bought their own degree for a perfect terrorist candidate, although theirs was fictional." The person was Mohammed Syed with no formal education, but chemical training and chemical engineering with the Syrian army. "The Secret Service even added to Syed's application that he needed a degree quickly, so he could find employment and obtain an H-1B visa, allowing him to stay in the US." Furthermore, "In less than a month, the imaginary Syrian army expert was notified, James Monroe University was awarding him three advanced degrees in engineering and chemistry, all for $1,277."[12] (http://transcripts.cnn.com/TRANSCRIPTS/0512/15/pzn.01.html)

## See also

- Accreditation mill
- Colby Nolan
- Degree completion program (Alternative education approved by Nationally recognized accrediting agencies)
- .edu
- Essay mill
- List of unaccredited institutions of higher learning
- List of unrecognized accreditation associations of higher learning
- School accreditation

## References

- Levicoff, Steve *Name It and Frame It? New Opportunities in Adult Education and How to Avoid Being Ripped Off by 'Christian' Degree Mills* (4th ed., 1995)
- Bear, John *Guide to Earning Degrees by Distance Learning* (Ten Speed Press, 2001).

## External links

- Database for Accreditation (http://www.chea.org/) in the United States (CHEA)
- Database for Accreditation (http://www.ope.ed.gov/accreditation) in the United States (USDE)
- Database for Accreditation (http://www.dfes.gov.uk/recognisedukdegrees/annex4.shtml) in the United Kingdom
- Database for Accreditation (http://www.higheredconsulting.com.au/links.html) in Australia
- List of non-accredited colleges/universities (http://www.michigan.gov/documents/Non-accreditedSchools_78090_7.pdf) by State of Michigan
- List of unacceptable/illegal schools (http://www.osac.state.or.us/oda/unaccredited.html) by Oregon State Office of Degree Authorization
- List of non-accredited colleges/ universities (http://mainegov-images.informe.org/education/highered/Non-Accredited/UnaccreditedSchools-042706.pdf) by State of Maine
- The World Higher Education Database (IAU/UNESCO) (http://www.unesco.org/iau/world-universities/index.html) List of accredited schools throughout the world
- The World Higher Education Database (IAU/UNESCO) (http://www.unesco.org/iau/whed.html)
- Questionable Organizations: An Overview (http://www.quackwatch.org/04ConsumerEducation/nonrecorg.html) at Quackwatch.com
- Information resources concerning unaccredited degree-granting institutions (http://www.hep.uiuc.edu/home/g-gollin/pigeons/) – A collection of links by George Gollin
- Psst. Wanna Buy a Ph.D.? (http://chronicle.com/free/v50/i42/42a00901.htm) *The Chronicle of Higher Education*, June 25, 2004. "Some professors have dubious doctorates, other professors sell them, and colleges often look the other way."

Categories: Unaccredited institutions of higher learning | Unaccredited seminaries and theological colleges | Distance education | Distance education schools

This page was last modified 19:35, 5 June 2006. All text is available under the terms of the GNU Free Documentation License (see Copyrights for details). Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy About Wikipedia Disclaimers





Important Message from the Systems Engineer / Administrator!
Although our campus/corporate office is located in the British Virgin Islands, our documents are printed and shipped from the New Orleans metropolitan area. Our shipments are safe but delayed. Please bear with us while we cope with this situation. All orders will be sent out as soon as possible.
College Credit for what you know.
Education from Life for your life NOW!

UNDERGRADUATE PRO

Get college credit for life experience

Education as a Process, not a Place! biu-edu offers fast College Degrees and Life Experience Degrees.

TACTICAL TRAINING AN MANAGEMENT CENTER

Bronte International University gives qualifying adults the opportunity to convert what is learned in life into college degrees, whether that knowledge is from professional or other accomplishments, work, religious or military training or other sources. You may have qualifications now to earn a college degree or college credits by our assessment of your prior learning, testing or portfolio. Our evaluation and assessment may lead to the award of a degree! Or perhaps a Certificate in certain specified areas of study.

MindLea
e-Learning that wo

The increasing globalization of work is making age-old teaching methods irrelevant. Today, adult students, especially, need to learn a whole new set of fundamental skills. The age of desk-bound workers is closing, being replaced with workers free to hop from client to client and country to country at the speed of a DSL connection. GETTING STARTED

LET US PUT THE P OF e-LEARNING I YOUR HANDS

Click Here For More Informa

THERE IS NO CHARGE FOR SUBMITTING THE APPLICATION FOR ASSESSMENT!

A fast college degree gives applicants the opportunity to learn new fundamental skills. A life experience degree helps applicants convert the knowledge gained from life into college degrees. Whether you live in the USA, CANADA, UNITED KINGDOM, HONG KONG, SINGAPORE, MALAYSIA, AUSTRALIA, SOUTH AFRICA, INDIA, MEXICO, BAHAMA ISLANDS, JAMAICA, KARACHI PAKISTAN, LAHORE PAKISTAN, BRITISH VIRGIN ISLANDS, CAYMAN ISLANDS, NEW ZEALAND, JAPAN or INDONESIA we look forward to hearing from you

© 2004 by Bronte International University. Please read our Privacy Notice.

EXHIBIT

tabbies

DHR 9

000275

BIU
FASTTRACK
Getting Started
How to Apply
Fees
Getting Started

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

## Experiential Learning

BIU help
all I ever
Yc

We use the term experiential learning as the term applies to all learning received in our lives. All assessments of your experiential prior learning are prepared by professionals knowledgeable in PLA assessments and reviewed and supervised by educators holding certification from a university program approved in PLA by the U.S. Department of Education.

Experiential learning is traced to early references, as early as the second century B.C. in China and given credence by philosophers John Dewey and Piaget. During our assessment, we focus on your accomplishments and knowledge and how they relate to academic standards set for college course work. When our assessment concludes that the knowledge gained through experiential learning equates to the learning that is expected from college courses, then the assessment results in college credit for you.

**Advantages of Bronte International University:**

*** Degree * Letter of Recommendation * Student Record ***

**Verifications**

By earning a college degree or certificate from us, you demonstrate that your experiential learning from work or volunteer activities, the military, business seminars, professional workplace training, and independent study are accepted as equivalent to the knowledge gained by students attending classes in the traditional method. You have a Degree, our Letter of Recommendation, a Student Record and a verifiable source for checking by employers or others.

**Enhance your Resume**

Job applicants with a good resume, some pertinent experience, a college degree and willingness to work hard to succeed have a much better chance of becoming employed in higher paying jobs than those who do not have these qualifications. A Bronte International University degree opens up new opportunities for you.

**Application Process**

The process of applying is easy. All you have invested is taking the minutes necessary to submit our application form. Upon receipt of the information, our assessors shall determine what steps are necessary by you in order to earn a degree from Bronte International University. Within 48 hours, usually, applicants are in receipt of our preliminary report. APPLY NOW!

000276



# HOW TO APPLY

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

Undergraduate Program
Certificate of Tax and Financial
Course Descriptions
Graduate Business Certificate Program
How to Apply

Prior Learning Assessment - College Credit for What You Know Now
To apply for assessment of your qualifications for college credit for your current knowledge and learning from work and life experiences, leading to an Associates and/or Bachelor Degree, CLICK HERE FOR APPLICATION. There is NO APPPLICATION FEE!

BIU help all I ever Yo

Pre and Post Baccalaureate Certifications
To apply for assessment of your qualifications to earn a Bronte International University Certificate in a selected category of learning, submit the standard application including details of your background and knowledge and state what certificate you wish. If your assessment results in the need for you to take one or more correspondence courses to meet the qualifications, your Faculty Advisor will notify you within 48 hours, usually, and you can then decide what action to take. CLICK HERE FOR APPLICATION. There is NO APPLICATION FEE!

© 2004 by Bronte International University. Please read our Privacy Notice

000277



Associate Degrees Available through Prior Learning Assessment (PLA)

Associate Degrees

Require a minimum of 60 semester hours of credit. Credits granted as a result of credit awarded for courses completed elsewhere and accepted or as a result of PLA, all count toward the total credits required.

BIU help all I ever Yo

Associate Degrees Available

Bronte International University offers most Associate degrees with the exception of degrees in the legal and medical fields. Below is a sampling of the most frequently requested Associate and Bachelor's degrees.

Associate in Applied Science (AS) with major concentration in:

Administrative Skills
Applied Electronic Studies
Applied Health Studies
Mechanics and Maintenance
Occupational Studies

Associate in Science and Management (ASM)

Associate in Science and Applied Science and Technology (ASAST)

Associate in Science in Natural Sciences and Mathematics (ASNSM)

Associate in Arts (AA)

Associate in Science in Public and Social Services (ASPSS)

APPLY HERE

Bachelor Degrees Available through Prior Learning Assessment (PLA)

A Bachelor degree requires a minimum of 120 credit hours of credit. This credit can be from a combination of course credits accepted and transferred from other institutions, PLA credits granted by Bronte International University for knowledge gained through work and life experiences and courses completed at Bronte International University.

000278

Bachelor Degrees Available

Bachelor Degrees Available

Bronte International University offers most Bachelor's degrees with the exception of Medicine, Law, and Aviation. Below is only a sampling of the most frequently requested Associate and Bachelor's degrees:

Bachelor of Arts (BA)
Credit requirements are distributed among the traditional liberal arts areas ( i. e., humanities, social sciences, natural sciences, mathematics and free electives).

Bachelor of Science (BSc)
The BSc is the basic degree with majors in scientific and some technical disciplines.

Bachelor of Science in Applied Science and Technology (BSAST)
The area of major corresponds to your previous studies, expertise and or occupation.

Bachelor of Science in Business Administration (BSBA)
A curriculum in business and in arts and sciences.

Bachelor of Science in Health Sciences (BSHS)
For applicants already employed in the health field.

Bachelor of Science in Human Services (BSHS)
For applicants who work in appropriate positions in human services areas represented by this specialization.

Bachelor of Business Administration (BBA)
The basic business degree with majors in business.

CLICK HERE TO APPLY

© 2004 by Bronte International University. Please read our Privacy Notice

000279



Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned. If any, but so-called diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help all I ever Yc

This is What You Get for Your Money!

DEGREE
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

STUDENT RECORD
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

ACADEMIC LETTER OF RECOMMENDATION
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

ALUMNI IDENTIFICATION CARD
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

REPLICA OF YOUR DEGREE ETCHED IN BRONZE
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

000280

FOR GRADUATES !
LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

PAYMENT METHODS

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

Shipping Charges

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

REFUND POLICY

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

000281

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

CLICK HERE

© 2004 by Bronte International University. Please read our Privacy Notice

000282



Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

BIU help all I ever Yo

ACCOUNTING

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

ANTHROPOLOGY

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

000283

ARCHAEOLOGY

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

ART

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ASIAN STUDIES

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

000284

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

BIOLOGY

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

BUSINESS EDUCATION

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

BUSINESS

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: Integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

000285

CHEMISTRY

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

COMPUTER INFORMATION SYSTEMS

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

COMMUNICATIONS

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

000286

Mass communication and the new media technologies or cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

COMPUTER SCIENCE

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a variety of computer hardware and software, explain how computers are used

000287

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

000288

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

EARTH SCIENCE

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

ECONOMICS

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

ENGINEERING MECHANICS

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

ENGLISH COMPOSITION

000289

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

ENGLISH

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

FILM

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

FINANCE

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

GEOLOGY

GEO-151 - Physical Geology

000290

Description of composition and structure of earth physical processes which

change earth's surface.

HISTORY

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

000291

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: Indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

000292

HUMANITIES

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

JOURNALISM

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

LAW

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

LITERATURE

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

000293

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

MANAGEMENT

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current Issues.

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

000294

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

MARKETING

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

MATHEMATICS

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

000295

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Active participation by students is fostered by means of a variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

000296

MECHANICAL ENGINEERING TECHNOLOGY

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

NUCLEAR TECHNOLOGY

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

OPERATIONS MANAGEMENT

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

PHILOSOPHY

000297

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

PHOTOGRAPHY (FILM)

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

PHYSICS

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

POLITICAL SCIENCE

000298

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

PSYCHOLOGY

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

000299

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

000300

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

000301

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

SPANISH

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

STATISTICS

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our Privacy Notice

000302

*STATE OF ALABAMA*
*DEPARTMENT OF HUMAN RESOURCES*
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000

# TELECOPY TRANSMITTAL SHEET

*Date and Time*: February 12, 2007, at 3:13 PM CDT

*Number of Sheets (Including Transmittal Sheet)*: 07

*TO*: Honorable Alice Ann Byrne
Honorable Jackie Graham
State of Alabama Personnel Department

*FAX NUMBER*: (334) 353-4481

*FROM*: Honorable Joel C. Marsh, AAG
State DHR Legal Office

*DHR FAX #* (334) 242-0689

*COMMENTS*: Virginia Hopper - Response to written exceptions of the employee.

---

CONFIDENTIALITY WARNING

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Likewise, this message may contain Federal and state governmental documents which are confidential, and the information contained therein may not be disclosed pursuant to applicable Federal and state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

---

If there is a problem during transmission, please call: (334) 242-9330

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**RESPONSE TO WRITTEN EXCEPTIONS OF THE EMPLOYEE**

The employer, Alabama Department of Human Resources (DHR) hereby responds to the written exceptions of the employee, Virginia Hopper.

Ms. Hopper was charged with falsification of records in her application for employment with the State of Alabama in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her Accountant position with DHR as she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.
>
> You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or

> Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

Ms. Hopper stated on her application that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Ms. Hopper's own testimony, established that for 17 of these courses, Ms. Hopper had not attended any college class for the credit, but instead was given credit for these courses by an entity she contacted through the internet called "Trinity College and University", which is located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at a few work-related seminars and her work experience. The Trinity University located in San Antonio, Texas had no record of Ms. Hopper ever being registered as a student or receiving credit for any courses.

Ms. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, her testimony was not creditable. Ms. Hopper knew she did not have a degree from Trinity University in San Antonio and knew that she did not have a valid college degree when she completed the application for accountant.

Furthermore, Ms. Hopper is not qualified for the position of Accountant with DHR. The position requires that the applicant have a Bachelor's degree with a major in Accounting or Business and that the applicant must have completed 5 college level

accounting courses, including Intermediate Accounting II, or an equivalent course. The evidence presented at the hearing clearly demonstrated that she does not have a valid degree, but rather has a piece of paper from a "diploma mill," with the word "Degree" typed at the top. Furthermore, she has not taken Intermediate Accounting II, or an equivalent course.

The employee asserts that the announcement for the accountant position did not require that an applicant's degree be from a certified or accredited university. However, this is beside the point. The evidence produced at the hearing clearly showed that she did not have a degree from any college or university, accredited or otherwise, as she had only taken 5 college classes at Troy University and had gotten the credit for the other 17 classes for her work experience.

Ms. Hopper makes two other assertions in her written exceptions. The first is regarding her request that the State Personnel Administrative Law Judges, the entire Personnel Board, and the Director of Personnel all recuse themselves from this case. She made this request because certain employees of the Personnel Department were involved in the investigation of her case. However, Ms. Hopper failed to explain why she believed that she could not get a fair hearing from the judges or the Personnel Board members when none of these individuals were involved in the investigation of her case or even had any knowledge of the case. Nevertheless, the Personnel Director did appoint a special Administrative Law Judge, Mr. Daniel Morris, Jr., Assistant Director of the State Department of Transportation, who is also an attorney, to hear the case. There has been no showing that Mr. Morris was biased in his review of the evidence, nor has Ms. Hopper

provided any justification for her assertion that she can't get a fair hearing before the Personnel Board.

Ms. Hopper also asserts that the State Personnel Department did not respond timely to her request for discovery and that when it did respond, it objected to providing information on possible investigations concerning other people who had provided false information on job applications. However, Ms. Hopper failed to show how this requested information would have any relevance to her case and the Administrative Law Judge appropriately ruled that such information did not have to be provided by the State Personnel Department.

Ms. Hopper's discharge from employment with DHR should be upheld for the following reasons:

1. She falsified her Accountant application with the State of Alabama as she knew that she did not have a valid degree from Trinity University in San Antonio, Texas.

2. She is not qualified for the position of Accountant as she does not have a valid college degree from any college or university.

3. She is not qualified for the position of Accountant as she has not taken all of the courses required for the position.

Attached to this response are Attachment A, a copy of the order of the hearing officer and Attachment B, a copy of the exhibits presented by the employer at the hearing.

Respectfully submitted this 12th day of February, 2007.

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama
Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Response on the following by First Class Mail sent to the address indicated below, on this the 12th day of February 2007.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone #265-9206
Fax #: 265-9299

Joel C. Marsh
Attorney for DHR

# TRANSACTION REPORT

FEB-12-2007 MON 03:11 PM

RECEIVER

| # | DATE | START TM | SENDER | COM TIME | PGS | TYPE/NOTE | DEPT |
|---|---|---|---|---|---|---|---|
| 1 | FEB-12 | 03:09 PM | 334 242 0689 | 0:01:51 | 7 | ECM OK | |

**BEFORE THE PERSONNEL BOARD OF THE STATE OF ALABAMA**

**IN THE MATTER OF**

**THE APPEAL OF**

**VIRGINIA HOPPER**

**MARCH 14, 2007**

This matter came before the Board upon the dismissal of the Employee from her employment with the Department of Human Resources. The Employee was dismissed effective August 14, 2006 based upon charges contained in a letter to the Employee dated the same. This matter was assigned to L. Daniel Morris to hear as an Administrative Law Judge. A hearing was held on this matter on December 18, 2006. The Administrative Law Judge's Report is now before the Board for consideration. The Board has also had the benefit of oral argument.

Essentially, the charges against the Employee are a result of an application the Employee submitted to the State claiming that she had a college degree. The college degree which the Employee claims is a certificate bought over the internet. The Department alleges that she violated State Personnel Board Rule 670-X-19-.01(2)(f) Faslification of Records.

The Administrative Law Judge found that the totality of the evidence warrants dismissal in this cause and recommended that the Employee's dismissal be sustained. The Board hereby adopts by reference the findings of fact and conclusions of law as found by the Administrative Law Judge as a part of this Order as if fully set forth herein.

The Board has carefully considered the Administrative Law Judge's Report in this case and is of the opinion that the decision of the appointing

authority to dismiss the Employee is supported by the evidence and that the termination is warranted.

It is therefore the Order of this Board that the decision of the appointing authority to dismiss the Employee is hereby affirmed.

JACKIE GRAHAM
SECRETARY

JOE N.DICKSON
CHAIRMAN

JOHN MCMILLAN
MEMBER

JOYCE P. O'NEAL
MEMBER

ELLEN G. MCNAIR
MEMBER

JAMES H. ANDERSON
MEMBER

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail: jimdebard@aol.com

# FACSIMILE COVER SHEET

Date: 4/9/07

To: Jackie Graham

Fax #: 242-1110

# of pages (including cover sheet): 3

Client/Matter: Virginia Hopper

Comments:

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**NOTICE OF APPEAL**

Comes now Virginia Hopper, by and through her counsel of record, and gives notice to the ʻtate Personnel Board of the State of Alabama, the Department of Human Resources and the Sta · Personnel Department that she is appealing the decision to uphold her termination issued by the ʻersonnel Board of the State of Alabama dated March 14, 2007.

Respectfully submitted this the 9th day of April, 2007.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim .. DeBardelaben
Att rney At Law
P.O Box 152
Mo tgomery, Alabama 36101-0152
(33 ) 265-9206
(33 ) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, pos ige prepaid and properly addressed, upon the following counsel of record on this the 9th day f April, 2007:

Joe Marsh, Esq.
De artment of Human Resources-Legal
P.C Box 304000
Mc itgomery, Alabama 36130-4000
(33 ) 242-0689

Jac ic Graham
Sta e Personnel Director
30 Folsom Administrative Building
Mc ntgomery, Alabama 36130-4100
(3 1) 242-1110

Sa dra Speakman, Esq.
Pe sonnel Department
64 N. Union Street
Su e 316
M ntgomery, Alabama 36130
(3 4) 353-4481

OF COUNSEL

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

**NOTICE OF APPEAL**

Comes now Virginia Hopper, by and through her counsel of record, and gives notice to the State Personnel Board of the State of Alabama, the Department of Human Resources and the State Personnel Department that she is appealing the decision to uphold her termination issued by the Personnel Board of the State of Alabama dated March 14, 2007.

Respectfully submitted this the 9th day of April, 2007.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 9th day of April, 2007:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110

Sandra Speakman, Esq.
Personnel Department
64 N. Union Street
Suite 316
Montgomery, Alabama 36130
(334) 353-4481

OF COUNSEL

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**NOTICE OF APPEAL**

Comes now Virginia Hopper, by and through her counsel of record, and gives notice to the State Personnel Board of the State of Alabama, the Department of Human Resources and the State Personnel Department that she is appealing the decision to uphold her termination issued by the Personnel Board of the State of Alabama dated March 14, 2007.

Respectfully submitted this the 9th day of April, 2007.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 9th day of April, 2007:

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110

Sandra Speakman, Esq.
Personnel Department
64 N. Union Street
Suite 316
Montgomery, Alabama 36130
(334) 353-4481

OF COUNSEL

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

## MOTION FOR THIRD PARTY REQUEST FOR PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be required to produce the following information:

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

2. Any and all letters, request or other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency, institution or company concerning the employee Virginia Hopper.

3. Any and all letters, memorandums, notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

6. A copy of any and all investigations concerning any person accused of providing false

inf rmation on a job application with the State of Alabama or not having a degree from an acc pted or certified college or university.

a.) The outcome and/or resolution of the investigation.

7. The complete personnel file of Jackie Graham.

8. The complete personnel file on Darby Forrester.

9. The complete personnel file on Stan Goolsby.

10. Any and all memorandums, documents, letters and/or notes of oral conversations rev ewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Ho per in any way whatsoever.

Respectfully submitted this the 13th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OI COUNSEL:**
Jin L. DeBardelaben
At rney At Law
P.( . Box 152
M( ntgomery, Alabama 36101-0152
(3: 4) 265-9206
(3: 4) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via U. S. Mail, postage prepaid ar d properly addressed, upon the following counsel of record on this the 13th day of Se ptember, 2006:

Jc el Marsh, Esq.
D partment of Human Resources-Legal
P. O. Box 304000
M ontgomery, Alabama 36130-4000
(3 4) 242-0689 Fax

Ja ckie Graham
St ate Personnel Director
3( ) Folsom Administrative Building
M ontgomery, Alabama 36130-4100
(3 4) 242-1110 Fax

OF COUNSEL

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**REQUEST FOR PRODUCTION**

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the Department of Human Resources produce the following items:

1. The complete personnel file of Virginia Hopper.

2. Any and all documents the Department of Human Resources has in its possession that in any way relate to or concern Virginia Hopper.

3. Any and all memorandums, documents, or other material received by the Department of Human Resources from the State Personnel Department or any agent, servant or employee of the State Personnel Department that mentions Virginia Hopper by name or in any way concerns or relates to Virginia Hopper.

4. Memorandums, notes or any type of documentation prepared by any employee or agent of the Department of Human Resources that relates to Virginia Hopper in any way whatsoever including, but not limited to notes concerning meetings or telephone conversations.

Respectfully submitted this the 13th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 13th day of September, 2006:

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-1110 Fax

Jim L. DeBardelaben
OF COUNSEL

# TRANSACTION REPORT

SEP-13-2006 WED 02:04 PM

RECEIVER

| # | DATE | START TM | SENDER | COM TIME | PGS | TYPE/NOTE | DEPT |
|---|---|---|---|---|---|---|---|
| 1 | SEP-13 | 02:03 PM | 334 265 9299 | 0:01:25 | 6 | ECM OK | |

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Da e:** September 13, 2006

**To Judge Acker**

**Fa #** 353-4481

**# ( pages (including cover sheet):** 6

**Cl ent/Matter:** **Virginia Hopper**

**C( mments:**

***Tl information contained in this facsimile transmission is legally privileged and confidential in ormation intended only for the use of the individual or entity named below. If the person ac ually receiving this facsimile or any other reader of the facsimile is not the named recipient or he employee or agent responsible to deliver it to the named recipient, any use, dissemination, di ribution, or copying of the communication is strictly prohibited. If you have received this fa simile in error, please contact us immediately by telephone and return the original message to is at the above address via US Postal Service.***

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

**WITNESS LIST**

Comes now, Virginia Hopper, by and through her attorney of record and lists the fol owing witnesses which may or may not be called at the trial of this case:

1. Mr. Robert L. Childree
State Comptroller
Department of Finance
100 North Union Street
Montgomery, Alabama

2. Ms. Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama

3. Darby Forrester
State Personnel Board
300 Folsom Administrative Building
Montgomery, Alabama

4. Stan Goolsby
State Personnel Board
300 Folsom Administrative Building
Montgomery, Alabama

5. Jeanne C. Brackin
Department of Finance 64 North Union Street
Montgomery, Alabama

6. J. Daniel Horkens, Esquire
Attorney At Law
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205-1521

7. Page B. Walley
Commissioner
Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

8. Thomas A. King
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

9. Virginia Hopper

10 Any other witnesses discovered through future discovery.

11 Connie Tanner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

12 Jim Connell
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

13 James Swearengin
Department of Finance
Montgomery, Alabama

Respectfully submitted this the 23rd day of October, 2006.

Jim L. DeBardelaben (DEB003)

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, po lage prepaid and properly addressed, upon the following counsel of record on this the 23rd day of October, 2006:

Jo . Marsh, Esq.
De artment of Human Resources-Legal
P.( . Box 304000
M ntgomery, Alabama 36130-4000
(3: 4) 242-0689

L. Daniel Morris, Jr.
As istant Director
De artment of Transportation
P.( . Box 303050
M ntgomery, AL 36130-3050
(3: 4) 353-6505

OF COUNSEL

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Da e:** October 23, 2006

**To** L. Daniel Morris

**Fa #** 353-6505

**# ( pages (including cover sheet):** 4

**Cl ent/Matter:** Virginia Hopper

**Co nments:**

*Th : information contained in this facsimile transmission is legally privileged and confidential inj ormation intended only for the use of the individual or entity named below. If the person ac ually receiving this facsimile or any other reader of the facsimile is not the named recipient or he employee or agent responsible to deliver it to the named recipient, any use, dissemination, di: ribution, or copying of the communication is strictly prohibited. If you have received this fa simile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. Jim DeBardelaben
Post Office Box 152
Montgomery, Alabama 36101-0152

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. DeBardelaben:

Pursuant to the Scheduling Order and your list of potential witnesses, letters have been sent to individuals listed as follows:

1. Mr. Robert L. Childree
2. Ms. Jackie Graham
3. Ms. Darby Forrester
4. Mr. Stan Goolsby
5. Ms. Jeanne C. Brackin
6. Dr. Page B. Walley
7. Mr. Thomas A. King
8. Ms. Connie Tanner
9. Mr. Jim Connell
10. Mr. James Swearengin

Feel free to give me a call should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr/jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. Robert L. Childree, State Comptroller
Department of Finance
100 North Union Street
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. Childree:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Ms. Jackie Graham, Director
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Ms. Graham:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Ms. Darby Forrester
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Forrester:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. Stan Goolsby
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. Goolsby:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm

**000335**



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Ms. Jeanne C. Brackin
Department of Finance
64 North Union Street
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Ms. Brackin:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Dr. Page B. Walley, Commissioner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Dr. Walley:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm





**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. Thomas A. King
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. King:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm

 

**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Ms. Connie Tanner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Ms. Tanner:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. Jim Connell
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. Connell:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

October 31, 2006

Mr. James Swearengin
Department of Finance
100 North Union Street
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. Swearengin:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

November 1, 2006

NOV
RECEIVED
Director's Office
Transportation Dept.

Mr. Dan Morris
Hearing Officer
Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36110

RE: Dismissal Appeal of Virginia Hopper

Dear Mr. Morris:

I am in receipt of your letter dated October 31, 2006 informing Jackie Graham that she has been listed as a witness in the above-referenced dismissal appeal. Ms. Graham has a Board of Control meeting for RSA which also begins at 9:00 a.m. on November 30, 2006. Would it be possible for Ms. Graham to appear out of order and offer her testimony later that afternoon? Please advise.

Sincerely,

Alice Ann Byrne
General Counsel

AAB:hg

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

## MOTION TO COMPEL PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be compelled to produce the items requested in attachment I. As reason therefore it is shown as follows:

1. On the 13th day of September, 2006, the employee filed a Motion For Third Party Request For Production for the State Personnel Department to produce specific information. (Attachment I)

2. A letter dated October 23, 2006, sent to Jackie Graham, Director of the State Personnel Department, requested that the information be forwarded. (Attachment II)

3. No response has been received to either the Motion For Third Party Request For Production or the letter of October 23, 2006.

4. The requested information is needed to properly defend Mrs. Hopper. The State Personnel Department injected itself into Mrs. Hopper's case at the very beginning and is now refusing to provide the information requested in an apparent attempt to wrongfully influence this case.

Based on the above, it is respectfully requested that the State Personnel Department be Ordered to produce the requested information within five days.

Respectfully submitted this the 2nd day of November, 2006.

[signature]
JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

OI COUNSEL:
Jin L. DeBardelaben
At rney At Law
P.( . Box 152
Mc ntgomery, Alabama 36101-0152
(3: 4) 265-9206
(3: 4) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, po age prepaid and properly addressed, upon the following counsel of record on this the 2nd da of November, 2006:

Jo . Marsh, Esq.
De artment of Human Resources-Legal
P.( . Box 304000
Mc ntgomery, Alabama 36130-4000
(3: 4) 242-0689

Ja kie Graham
St e Personnel Director
30 Folsom Administrative Building
Mc ntgomery, Alabama 36130-4100
(3: 4) 242-1110

L. Daniel Morris, Jr.
As istant Director
De artment of Transportation
P.( . Box 303050
Mc ntgomery, AL 36130-3050
(3: 4) 353-6505

[signature]
OF COUNSEL

Attachment I

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**MOTION FOR THIRD PARTY REQUEST FOR PRODUCTION**

Comes Now the employee, Virginia Hopper, by and through her attorney and request that the State Personnel Department be required to produce the following information:

1. Any and all materials, documents or complaints the State Personnel Department or any of s servants, agents or employees have received relating to or concerning Virginia Hopper, the em loyee in this matter.

2. Any and all letters, request or other documents the State Personnel Department or any of s servants, agents or employees have sent to any person, agency, institution or company cor erning the employee Virginia Hopper.

3. Any and all letters, memorandums, notes, documents or investigative reports prepared by ie State Personnel Department or any of its servants, agents or employees that concern or rel e to the employee, Virginia Hopper in any way whatsoever.

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all job or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Ala ama.

5. A copy of any and all rules and regulations enacted by the State Personnel Department rele ing to the investigation of any person accused of providing false information on a job app ication.

6. A copy of any and all investigations concerning any person accused of providing false

in ɔrmation on a job application with the State of Alabama or not having a degree from an ac epted or certified college or university.

a.) The outcome and/or resolution of the investigation.

7. The complete personnel file of Jackie Graham.

8. The complete personnel file on Darby Forrester.

9. The complete personnel file on Stan Goolsby.

10. Any and all memorandums, documents, letters and/or notes of oral conversations re iewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Ho pper in any way whatsoever.

Respectfully submitted this the 13th day of September, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via U. S. Mail, postage prepaid an properly addressed, upon the following counsel of record on this the 13th day of Se tember, 2006:

Jo . Marsh, Esq.
De artment of Human Resources-Legal
P.( . Box 304000
M ntgomery, Alabama 36130-4000
(3: 4) 242-0689 Fax

Ja ic Graham
St e Personnel Director
30 Folsom Administrative Building
M ntgomery, Alabama 36130-4100
(3: 4) 242-1110 Fax

OF COUNSEL

Attachment II

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

October 23, 2006

Via Facsimile 242-1110

M . Jackie Graham
D: ector
St te Personnel Department
64 N. Union Street
M ntgomery, Alabama 36130

**Rl : In the Matter of Virgina Hooper**

Dc ir Ms. Graham:

On September 13, 2006, the attached Motion For Third Party Request For Production wa forwarded to you. More than thirty (30) days have passed and the State Personnel Board has no responded. Please respond by Wednesday, October 25, 2006, or it will be necessary for me to fil a Motion To Compel.

The requested material is necessary to properly represent the action taken against Mrs. Hc oper.

Sincerely,

Jim L. DeBardelaben
Attorney for Virginia Hooper

enc osure
JLI /dg

S[illegible]NDING REPORT

Oct. 23 2006 02:34PM

YOUR LOGO : DEBARDELABEN/WESTRY/TURNER
YOUR FAX NO. : 334 265 9299

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | 2421 10 | Oct.23 02:33PM | 01'36 | SND | 07 | OK |

O TURN OFF REPORT, PRESS 'MENU' #04.
HEN SELECT OFF BY USING '+' OR '-'.

FOR FA ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 •Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

Date: 11/2/06

To: L. Daniel Morris

Fax #: 353-6505

# of pages (including cover sheet): 8

Client/Matter: Virginia Hopper - Motion to Compel

Comments:

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER SHOW CAUSE**

On November 3, 2006 the attached letter was received from General Counsel for the State Personnel Department regarding the testimony of Jackie Graham. Upon consideration of the request, it is ORDERED that the parties show cause, if any there be, in writing by November 8, 2006, as to why said request should not be granted.

DONE this the 3rd day of November, 2006.

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775
FAX: 353-6505

Copies via facsimile and U. S. Mail to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



**STATE OF ALABAMA**
**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

November 1, 2006

NOV
RECEIVED
Asst. Director's Office
Transportation Dept.

Mr. Dan Morris
Hearing Officer
Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36110

RE: Dismissal Appeal of Virginia Hopper

Dear Mr. Morris:

I am in receipt of your letter dated October 31, 2006 informing Jackie Graham that she has been listed as a witness in the above-referenced dismissal appeal. Ms. Graham has a Board of Control meeting for RSA which also begins at 9:00 a.m. on November 30, 2006. Would it be possible for Ms. Graham to appear out of order and offer her testimony later that afternoon? Please advise.

Sincerely,

Alice Ann Byrne
General Counsel

AAB:hg





ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Jim DeBardelaben, Esq.

N0.: 265-9299

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-3-06

RE: In the matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

**000353**

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax History Report for

Nov 03 2006 3:31pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 3 | 3:30pm | Sent | 92659299 | 0:59 | 3 | OK |

Result:
OK - black and white fax
Okay color - color fax




ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Joel Marsh, Esq.

N0.: 242-0689

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-3-06

RE: In the Matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

**000355**

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 03 2006 3:33pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 3 | 3:32pm | Sent | 92420689 | 1:04 | 3 | OK |

Result:
OK - black and white fax
Okay color - color fax

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**SHOW CAUSE ORDER**

TO: State Personnel Department
c/o Ms. Sandy Speakman
64 North Union Street
Montgomery, Alabama 36130-4100
Facsimile 334-353-4481

Based on motion to compel received November 2, 2006, the State Personnel Department is directed to show cause, if any, on or before November 7, 2006, why the motion should not be granted.

L. Daniel Morris, Jr.
Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775
FAX: 353-6505

Copies via facsimile and U. S. Mail to:

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Jim DeBardelaben, Esq.

N0.: 265-9299

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-3-06

RE: In the matter of *Virginia Hopper*

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

**000358**

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 03 2006 4:55pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 3 | 4:54pm | Sent | 92659299 | 0:47 | 2 | OK |

Result:
OK - black and white fax
Okay color - color fax



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Joel Marsh, Esq.

N0.: 242-0689

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-3-06

RE: In the Matter of *Virginia Hopper*

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

**000360**

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

**Fax-History Report**

Nov 03 2006 4:58pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 3 | 4:57pm | Sent | 92420689 | 0:39 | 2 | OK |

Result:
OK - black and white fax
Okay color - color fax



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Sandy Speakman, Esq.

N0.: 353-4481

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: November 3, 2006

RE: Virginia Hopper

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

000362

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 03 2006 5:00pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 3 | 4:59pm | Sent | 93534481 | 0:40 | 2 | OK |

Result:
OK - black and white fax
Okay color - color fax

**BEFORE THE PERSONNEL BOARD OF THE STATE OF ALABAMA IN THE MATTER OF VIRGINIA HOPPER**

**STATE PERSONNEL DEPARMENT'S RESPONSE TO SHOW CAUSE ORDER**

Pursuant to the ALJ's Show Cause Order issued on November 3, 2006 in this action, the State Personnel Department ("SPD") respectfully submits its response thereto and requests that this Court not grant the Employee's Motion to Compel. As grounds therefore, SPD states the following:

1. SPD is in receipt of the Employee's request for production, forwarded on October 23, 2006. The undersigned attorney, however, was not assigned this action until last week.

2. Upon receipt of the request for production, the undersigned attorney has begun to review documentation to determine what, if any, documents are responsive to the request for production.

3. SPD intends to comply with the request and responsive documents should be available for review by the Employee's counsel on Thursday, November 9, 2006.

THEREFORE, for the above reasons, SPD requests that this Court deny the Employee's Motion to Compel.

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR DEFENDANT STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 6th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

OF COUNSEL

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER**

Upon consideration of the Response to Show Cause Order filed on behalf of the State Personnel Department, Employee's Motion to Compel filed November 2, 2006 is denied as moot. If SPD fails to produce files by November 9, 2006, the Employee may file another motion.

DONE this the 7th day of November, 2006.

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Sandra Ingram Speakman, Esq.
State of Alabama
Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130
FAX 334-353-4481

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

November 8, 2006

*VIA FACSIMILE & U.S. MAIL*

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

RE: *In the Matter of Virginia Hopper*

Dear Mr. DeBardelaben:

Enclosed please find State Personnel Department's Response to Employee's Third Party Request for Production. As indicated therein, the documents responsive to this request will be available for your review and copying during normal business hours beginning tomorrow, Thursday, November 9, 2006. Please contact me at 353-0046 to schedule a time for the review. Copying expenses for any documents are $.50 per page.

Thank you for your cooperation in this matter.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel

Enclosure

cc: Joel Marsh, DHR Attorney
L. Daniel Morris, Jr., ALJ

BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER OF VIRGINIA HOPPER

STATE PERSONNEL DEPARMENT'S RESPONSE
TO THE EMPLOYEE'S THIRD PARTY
REQUEST FOR PRODUCTION

State Personnel Department ("SPD"), a non-party to this action, responds to the Employee's Third Party Request for Production. Beginning on Thursday, November 9, 2006, all documents to be produced in response to the Employee's discovery request will be produced as they are kept in the ordinary course of business at the office of SPD counsel, Sandra Ingram Speakman, Deputy Legal Counsel, State Personnel Department, Legal Division, Suite 316, 64 N. Union Street, Montgomery, Alabama 36130, at a time convenient for all counsel interested in reviewing such documentation.

SPD RESPONSE

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

RESPONSE: **Documents are available for inspection at the office of SPD counsel.**

2. Any and all letters, request[s] of other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency institution or company concerning the employee Virginia Hopper.

RESPONSE: **Documents are available for inspection at the office of SPD counsel.**

3. Any and all letters, memorandums [sic], notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

RESPONSE: **Documents are available for inspection at the office of SPD counsel.**

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

6. A copy of any and all investigations concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a. The outcome and/or resolution of the investigation.

**RESPONSE: SPD objects to the production of these documents because the request is too broad in scope and time and is overly burdensome. Moreover, the Employee has failed to demonstrate that the persons that are the subject of said documents are similarly situated in any way to the Employee in this action. *See Wilson v. B/E Aerospace, Inc.*, 376 F.3d 1079, 1091 (11th Cir. 2004) (stating that similarly situated employees are the only appropriate legal comparison because the law does not vest the court with the authority to second-guess a reasonable employer's decisions). Finally, these files cannot possibly be relevant to this action. The subject of this appeal is DHR's decision to terminate the employment of Ms. Hopper—SPD is not the appointing authority and did not make that decision. Therefore, SPD's documents with respect to other persons are irrelevant to this termination appeal.**

7. The complete personnel file of Jackie Graham.

**RESPONSE: SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Graham's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

**000369**

8. The complete personnel file on Darby Forrester.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Forrester's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

9. The complete personnel file on Stan Goolsby.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Mr. Goolsby's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

10. Any and all memorandums [sic], documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

**000370**

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR NON-PARTY STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 8th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

OF COUNSEL

000371





# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

November 8, 2006

*VIA FACSIMILE & U.S. MAIL*

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

RE: *In the Matter of Virginia Hopper*

Dear Mr. DeBardelaben:

Enclosed please find State Personnel Department's Response to Employee's Third Party Request for Production. As indicated therein, the documents responsive to this request will be available for your review and copying during normal business hours beginning tomorrow, Thursday, November 9, 2006. Please contact me at 353-0046 to schedule a time for the review. Copying expenses for any documents are $.50 per page.

Thank you for your cooperation in this matter.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel

Enclosure

cc: Joel Marsh, DHR Attorney
L. Daniel Morris, Jr., ALJ

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

6. A copy of any and all investigations concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

   a. The outcome and/or resolution of the investigation.

**RESPONSE: SPD objects to the production of these documents because the request is too broad in scope and time and is overly burdensome. Moreover, the Employee has failed to demonstrate that the persons that are the subject of said documents are similarly situated in any way to the Employee in this action. *See Wilson v. B/E Aerospace, Inc.*, 376 F.3d 1079, 1091 (11th Cir. 2004) (stating that similarly situated employees are the only appropriate legal comparison because the law does not vest the court with the authority to second-guess a reasonable employer's decisions). Finally, these files cannot possibly be relevant to this action. The subject of this appeal is DHR's decision to terminate the employment of Ms. Hopper—SPD is not the appointing authority and did not make that decision. Therefore, SPD's documents with respect to other persons are irrelevant to this termination appeal.**

7. The complete personnel file of Jackie Graham.

**RESPONSE: SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Graham's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

8. The complete personnel file on Darby Forrester.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Forrester's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

9. The complete personnel file on Stan Goolsby.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Mr. Goolsby's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

10. Any and all memorandums [sic], documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

**000375**

Respectfully submitted:

[signature]
SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR NON-PARTY STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 8th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

[signature]
OF COUNSEL

000376



Alabama
State Personnel
Department

Legal Division

SANDRA I. SPEAKMAN
Deputy Attorney General
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** November 8, 2006

**To:** Jim DeBardelaben — Fax No.: 265-9299
**To:** Joel Marsh, Esq. — Fax No.: 242-0689
**To:** Dan Morris — Fax No.: 353-6505

**From:** Sandy Speakman

**RE:** *In the Matter of VIRGINIA HOPPER*

**MESSAGE:**

This transmittal contains 6 pages (including this page).

Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail: jimdebard@aol.com

November 9, 2006

Via Facsimile

L Daniel Morris, Jr.
A sistant Director
D partment of Transportation
P ). Box 303050
M ntgomery, AL 36130-3050

**R : Virginia Hopper**

D ar Judge Morris:

Attached is Virgina Hopper's Motion To Compel SPD to fully respond to the Request For Pr duction. Although in the response to the Motion To Compel, SPD stated it intended to co nply, SPD has now untimely raised objections.

Your attention to this matter is greatly appreciated.

Sincerely,

Jim L. DeBardelaben

cc: Joel Marsh, Esq.
Sandra Ingram Speakman, Esq.

**BEFORE THE PERSONNEL BOARD OF THE STATE OF ALABAMA IN THE MATTER OF VIRGINIA HOPPER**

## MOTION TO COMPEL PRODUCTION

Comes Now the employee, Virginia Hopper, by and through her attorney and request that this Honorable Court require the State Personnel Department to provide items 6, 7, 8 & 9 of the employee's Request for Production attached hereto. As reason therefore it is shown as follows:

1. Bu letter dated November 8, 2006, SPD sent a Response to Employee's Request For Production. Said response untimely objected to furnishing requested items 6-9. (Exhibit A).

2. Item #6 request any and all investigation concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or credited college or university. This is the charge against Mrs. Hopper. If other state employees have been treated different under the same or similar circumstances such amounts to a denial of equal protection of the law and/or arbitrary and capricious behavior on the part of the State Personnel Board and the State of Alabama.

3. Item #7 is the personnel file of Jackie Graham. It appears Mrs. Graham made the decision to have Mrs. Hopper investigated and then recommended her termination. Mrs. Graham's employment background and education as to investigation and initiating an investigation are vital to defense of this case.

4. Item #8 is a request for the personnel file of Darby Forrester. Darby Forrester was initially involved in the State Personnel's investigation and recommendation concerning Mrs. Hopper. The education and training in investigative procedures and prodical are vital to preparing

a defense in this case.

5. Item #9 is a request for the personnel file of Stan Goolsby. Stan Goolsby was initially involved at the State Personnel Department in the investigation and recommendation concerning Mrs. Hopper. Mr. Goolsby's education in conducting investigations and making recommendations is vital in preparing a defense for this case.

6. The employee filed the Motion For Third Party Request For Production on September 1 , 2006.

7. On November 6, 2006, counsel for the State Personnel Department filed a response to the Show Cause Order and stated in paragraph 3 thereof:

> "SPD intends to comply with the request and response documents should be available for review by the employee's counsel on Thursday, November 9, 2006.

8. Pursuant to the Administrative Procedure Act, §41-22-12(c), Code of Alabama 1975 as amended in discovery matters the rules of civil procedure apply.

9. Pursuant to Rule 34, Al. R. Civ. P., a party has 30 days to file a response. SPD did not file a response within the allowed time period.

10. SPD indicated that all items would be produced in the response to the Order To Show Cause, and failed to make a single objection.

11. The material requested is extremely relevant to preparing Mrs. Hopper's case.

12. SPD is hampering and hindering Mrs. Hooper's counsel from preparing an adequate and proper defense for Mrs. Hopper.

Based upon the foregoing it is respectfully requested that SPD be Ordered to produce instanta items 6-9 of employee's Request For Production.

Respectfully submitted this the 9th day of November, 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

C F COUNSEL:
Ji n L. DeBardelaben
A torney At Law
P ). Box 152
N ontgomery, Alabama 36101-0152
( 34) 265-9206
( 34) 265-9299 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, p stage prepaid and properly addressed, upon the following counsel of record on this the 9th d y of November, 2006:

J l Marsh, Esq.
D partment of Human Resources-Legal
P ). Box 304000
M ntgomery, Alabama 36130-4000
(3 4) 242-0689

S idra Ingram Speakman
S te Personnel Director
6 Union Stree, Suite 316
M ntgomery, Alabama 36130
(3 4) 353-4481

L. Daniel Morris, Jr.
A sistant Director
D partment of Transportation
P. ). Box 303050
M ntgomery, AL 36130-3050
(3 4) 353-6505

OF COUNSEL





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thom
Deputy Director

November 8, 2006

*VIA FACSIMILE & U.S. MAIL*

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

RE: *In the Matter of Virginia Hopper*

Dear Mr. DeBardelaben:

Enclosed please find State Personnel Department's Response to Employee's Third Party Request for Production. As indicated therein, the documents responsive to this request will be available for your review and copying during normal business hours beginning tomorrow, Thursday, November 9, 2006. Please contact me at 353-0046 to schedule a time for the review. Copying expenses for any documents are $.50 per page.

Thank you for your cooperation in this matter.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel

Enclosure

c: Joel Marsh, DHR Attorney
L. Daniel Morris, Jr., ALJ

"Exhibit A"

000382

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER OF VIRGINIA HOPPER**

**STATE PERSONNEL DEPARMENT'S RESPONSE**
**TO THE EMPLOYEE'S THIRD PARTY**
**REQUEST FOR PRODUCTION**

State Personnel Department ("SPD"), a non-party to this action, responds to the Employee's Third Party Request for Production. Beginning on Thursday, November 9, 2006, all documents to be produced in response to the Employee's discovery request will be produced as they are kept in the ordinary course of business at the office of SPD counsel, Sandra Ingram Speakman, Deputy Legal Counsel, State Personnel Department, Legal Division, Suite 316, 64 N. Union Street, Montgomery, Alabama 36130, at a time convenient for all counsel interested in reviewing such documentation.

**SPD RESPONSE**

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

2. Any and all letters, request[s] of other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency institution or company concerning the employee Virginia Hopper.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

3. Any and all letters, memorandums [sic], notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

6. A copy of any and all investigations concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a. The outcome and/or resolution of the investigation.

**RESPONSE: SPD objects to the production of these documents because the request is too broad in scope and time and is overly burdensome. Moreover, the Employee has failed to demonstrate that the persons that are the subject of said documents are similarly situated in any way to the Employee in this action. *See Wilson v. B/E Aerospace, Inc.*, 376 F.3d 1079, 1091 (11th Cir. 2004) (stating that similarly situated employees are the only appropriate legal comparison because the law does not vest the court with the authority to second-guess a reasonable employer's decisions). Finally, these files cannot possibly be relevant to this action. The subject of this appeal is DHR's decision to terminate the employment of Ms. Hopper—SPD is not the appointing authority and did not make that decision. Therefore, SPD's documents with respect to other persons are irrelevant to this termination appeal.**

7. The complete personnel file of Jackie Graham.

**RESPONSE: SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Graham's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

8. The complete personnel file on Darby Forrester.

**RESPONSE:** SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Forrester's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.

9. The complete personnel file on Stan Goolsby.

**RESPONSE:** SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Mr. Goolsby's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.

10. Any and all memorandums [sic], documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

**RESPONSE:** Documents are available for inspection at the office of SPD counsel.

000385

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR NON-PARTY**
**STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 8th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

OF COUNSEL



Alabama
SPD
State Personnel
Department

Legal Division

SANDRA L SPEAKMAN
Deputy Attorney General
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** November 8, 2006

| | | | |
|---|---|---|---|
| **To:** | **Jim DeBardelaben** | **Fax No.:** | **265-9299** |
| **To:** | **Joel Marsh, Esq.** | **Fax No.:** | **242-0689** |
| **To:** | **Dan Morris** | **Fax No.:** | **353-6505** |

**From:** **Sandy Speakman**

**Re:** ***In the Matter of VIRGINIA HOPPER***

**MESSAGE:**

This transmittal contains 6 pages (including this page).

**Please call Heather at 334 242-3451 if you have any difficulty receiving this transmission.**

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail: jimdebard@aol.com

# FACSIMILE COVER SHEET

**Date:** 11/9/06

**To** Honorable L. Daniel Morris, Jr.

**Fax #** 353-6305

**# of pages (including cover sheet):** 10

**Client/Matter:** Virginia Hopper

**Comments:**

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER**

In response to the Motion to Compel Production filed on behalf of Employee on November 9, 2006, the following is hereby ordered:

1. The Response to the Employee's Third Party Request for Production dated November 8, 2006 by the State Personnel Department, hereinafter SPD, is not an untimely objection in as much as SPD is not a party to this matter.

2. It is noted that paragraph seven of the Motion to Compel misquotes paragraph three of the November 6, 2006 Response to Show Cause Order by SPD. Paragraph three of the response states, "SPD intends to comply with the request and responsive documents should be available for review by Employee's counsel on Thursday, November 9, 2006." The difference between the use of the word *responsive* by SPD and use of the word *response* by Employee is noted. The use of the word *responsive* would indicate that all documents would not be made available. It is also noted that in paragraph two the attorney for SPD notes that she is in the process of reviewing documentation to determine what, if any, documents are responsive to the request.

3. With respect to item 2 of the Motion to Compel, the objection by SPD in paragraph six is well taken. The Motion to Compel item 2 is denied.

4. With respect to items three, four, and five of the Motion to Compel, the request with respect to the personnel files covered by those

items is denied. The reasons set forth in the Motion to Compel are not sufficient to require disclosure of those personnel files.

5. With respect to paragraph 9 of the Motion to Compel production, please note that SPD is not a party to this action.

DONE this the 13th day of November, 2006.

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Sandra Ingram Speakman, Esq.
State of Alabama
Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130
FAX 334-353-4481

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER**
**OF**
**VIRGINIA HOPPER**

**REVISED WITNESS LIST**

Comes now, Virginia Hopper, by and through her attorney of record and lists the fo owing witnesses which may or may not be called at the trial of this case:

1. Mr. Robert L. Childree
State Comptroller
Department of Finance
100 North Union Street
Montgomery, Alabama

2. Ms. Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, Alabama

3. Darby Forrester
State Personnel Board
300 Folsom Administrative Building
Montgomery, Alabama

4. Stan Goolsby
State Personnel Board
300 Folsom Administrative Building
Montgomery, Alabama

5. Jeanne C. Brackin
Department of Finance 64 North Union Street
Montgomery, Alabama

6. J. Daniel Horkens, Esquire
Attorney At Law
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205-1521

7. Page B. Walley

Commissioner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

8. Thomas A. King
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

9. Virginia Hopper

10 Any other witnesses discovered through future discovery.

11 Connie Tanner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

12 Jim Connell
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama

13 James Swearengin
Department of Finance
Montgomery, Alabama

Ac litional witnesses discovered after discovery was produced by SPD:

14 Sandra Speakman
State of Alabama Personnel Department
300 Folsom Building
Montgomery, Alabama

15 Rachel Dickenson
State of Alabama Department of Finance
64 North Union Street
Suite 200 A
Montgomery, Alabama

Respectfully submitted this the 16th day of November, 2006.

Jim L. DeBardelaben (DEB003)

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, postage prepaid and properly addressed, upon the following counsel of record on this the 16th day of November, 2006:

Joe Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

L. Daniel Morris, Jr. (Facsimile Only)
Assistant Director
Department of Transportation
P.O. Box 303050
Montgomery, AL 36130-3050
(334) 353-6505

OF COUNSEL

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Date:** November 16, 2006

**To** Honorable L Daniel Morris, Jr.

**Fax #** (334) 353-6505

**# of pages (including cover sheet):**

**Client/Matter:** **State Personnel Board vs. Virginia Hopper**

**Comments:**

***The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.***

**BEFORE THE ALABAMA STATE PERSONNEL BOARD**

**IN THE MATTER OF** )
)
**VIRGINIA HOPPER** )
)

**OBJECTION TO WITNESS LIST SUBMITTED BY VIRGINIA HOPPER**

Comes now the Alabama Department of Human Resources, the employer, and files this objection to the list of witnesses submitted by the counsel for Ms. Virginia Hopper, and as grounds therefore, states as follows:

1. On November 16, 2006, Ms. Hopper's attorney, Mr. Jim DeBardelaben, faxed DHR a "Revised Witness List." In this document he stated that he was providing a list of witnesses which "may or may not be called at the trial of this case."
2. The witness list submitted by Ms. Hopper's attorney listed the names of 15 people. Included in this list was Dr. Page B. Walley, Commissioner of DHR, and Thomas King, Director of Personnel at DHR.
3. Commissioner Walley and Mr. King have no direct knowledge of the facts of this case and their testimony would not provide relevant information to the hearing officer. DHR objects to either individual being required to testify in this hearing.
4. In addition to Commissioner Walley and Mr. King, Mr. DeBardelaben has listed the names of 13 other potential witnesses. DHR objects to this list of witnesses as the testimony of one or more of these witnesses would not be relevant to the issues in this case and/or would duplicate what other witnesses would testify to.
5. DHR respectfully request that a conference call be conducted with the attorneys of each party and that Mr. DeBardelaben be required to justify the need for each of these witnesses.

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Objection to Witness List Submitted by Virginia Hopper on the following by Facsimile to the fax number indicated below, on this the 17th day of November 2006.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone: 265-9206
Fax: 265-9299

Joel C. Marsh
Attorney for DHR

**BEFORE THE ALABAMA STATE PERSONNEL BOARD**

**IN THE MATTER OF** )
)
**VIRGINIA HOPPER** )
)

**LIST OF WITNESSES**

Comes now the Alabama Department of Human Resources, the employer, and provides this list of witnesses who may testify at the hearing of this matter on November 30, 2006.

Virginia Hopper
Employee

Jeanne Bracken
Alabama Department of Finance
64 North Union Street
Montgomery, Alabama 36130

Darby Forrester
Alabama Department of Personnel
300 Folsom Building
Montgomery, Alabama 36130

Stan Goolsby
Alabama Department of Personnel
300 Folsom Building
Montgomery, Alabama 36130

Vera Warren
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

JOEL C. MARSH, MAR 052
Assistant Attorney General
State of Alabama Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
Telephone: (334) 242-9330
Facsimile: (334) 242-0689
Attorney for DHR

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Witness List on the following by Facsimile to the fax number indicated below, on this the 17th day of November 2006.

Jim DeBardelaben
P.O. Box 152
Montgomery, AL 36101

Phone: 265-9206
Fax: 265-9299

Joel C. Marsh
Attorney for DHR

BEFORE THE PERSONNEL BOARD OF
THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER

EXHIBIT LIST

Comes now the employee, Virginia Hopper, by and through her attorney of record and lists the following exhibits which may or may not be used at the trial of this case:

| | | |
|---|---|---|
| 1. | Certification of Candidates with attachments | 11 pgs |
| 2. | Application for Examination 10611 with attachments dated 11-21-03 | 9 pgs |
| 3. | Application for Examination 10612 with attachments dated 5-28-03 | 7 pgs |
| 4. | Application for Examination 10603 with attachments dated 11-16-00 | 9 pgs |
| 5. | Application for Examination for 10611 with attachments dated 7-25-03 | 8 pgs |
| 6. | Application for Examination for 10612 with attachments dated 12-09-05 | 8 pgs |
| 7. | Letter to Sandra Speakman from Lynn Lewis with enclosures dated 4-26-06 | 6 pgs |
| 8. | Letter to Jackie Graham from Virginia Hopper with enclosures dated 5-15-06 | 31 pgs |
| 9. | Letter to Robert Childree from Virginia Hopper with enclosures dated 4-05-06 | 15 pgs |
| 10. | Letter to Virginia Hopper from Jackie Graham dated 5-19-06 | 2 pgs |
| 11. | Letter to Virginia Hopper from Jackie Graham dated 5-17-06 | 2 pgs |
| 12. | Letter to Virginia Hopper from Jackie Graham with enclosures dated 5-16-05 | 5pgs |
| 13. | Memorandum to Jackie Graham from Darby Forrester & Stan Goolsby dtd 5-04-06 with attachments | 35 pgs |
| 14. | The Association for Online Academic Excellence Fully Accredited Members | 11 pgs |
| 15. | Trinity College & University Degree for Bachelor of Science for Virginia Hopper | 1 pg |
| 16. | Trinity University vs. Trinity College & University Original Complaint | 11 pgs |

17 Letter to Jackie Graham from J. Daniel Harkins with attachments dated 9-19-06 9pgs

Respectfully submitted this the 20th day of November, 2006.

Jim L. DeBardelaben (DEB003)

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via hand delivered, upon the following counsel of record on this the 20th day of November, 2006:

Joe Marsh, Esq. (Exhibit List with Exhibits)
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-0689

L. Daniel Morris, Jr. (Faxed Exhibit List Only)
Assistant Director
Department of Transportation
P.O. Box 303050
Montgomery, AL 36130-3050
(334) 353-6505

OF COUNSEL

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Date:** November 20, 2006

**To:** Honorable I. Daniel Morris, Jr.

**Fax #** (334) 353-6505

**# of pages (including cover sheet):** 3

**Client/Matter:** **State Personnel Board vs. Virginia Hopper Exhibit List**

**Comments:**

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named below. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this facsimile in error, please contact us immediately by telephone and return the original message to us at the above address via US Postal Service.*

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER**

In response to the Department of Human Resources' objection to Hopper's Revised Witness List, the following is hereby ordered:

1. The Department asserts that Page Walley, Commissioner of the Department of Human Resources, and Thomas King, Director of Personnel for the Department of Human Resources, have no direct knowledge of facts of this case and would not lead to any relevant information.

2. Also listed on Hopper's Revised Witness List is Sandra Speakman, attorney for the State Personnel Department. Ms. Speakman has appeared in this case to respond to discovery requests from her Department.

3. The Department of Human Resources has also raised an objection that many of the witnesses will be repetitive.

4. No later than 5:00 p.m. on November 24, 2006, Hopper shall file a written response stating the areas of testimony that she expects to solicit from each of the witnesses addressing whether Walley, King or Speakman have relevant testimony and whether any of the remaining witnesses' testimony would be repetitive.

5. A telephone conference call will be held Monday, November 20, 2006, at 9:00 a.m. to address any further questions the hearing officer may have about the witness list. The hearing officer will initiate the call.

DONE this the 20th day of November, 2006.

L. Daniel Morris, Jr. by (JM)

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Attorney for Employee
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Jim DeBardelaben, Esq.

N0.: 265-9299

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-20-06

RE: In the matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

**HP OfficeJet G Series G85xi**
**Personal Printer/Fax/Copier/Scanner**

**Fax-History Report** for

Nov 20 2006 3:52pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 20 | 3:51pm | Sent | 92659299 | 0:52 | 3 | OK |

Result:
OK - black and white fax
Okay color - color fax


ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Joel Marsh, Esq.

NO.: 242-0689

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-20-06

RE: In the Matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 20 2006 3:50pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 20 | 3:49pm | Sent | 92420689 | 0:52 | 3 | OK |

Result:
OK - black and white fax
Okay color - color fax

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**CORRECTED ORDER**

In response to the Department of Human Resources' objection to Hopper's Revised Witness List, the following is hereby ordered:

1. The Department asserts that Page Walley, Commissioner of the Department of Human Resources, and Thomas King, Director of Personnel for the Department of Human Resources, have no direct knowledge of facts of this case and would not lead to any relevant information.

2. Also listed on Hopper's Revised Witness List is Sandra Speakman, attorney for the State Personnel Department. Ms. Speakman has appeared in this case to respond to discovery requests from her Department.

3. The Department of Human Resources has also raised an objection that many of the witnesses will be repetitive.

4. No later than 5:00 p.m. on November 24, 2006, Hopper shall file a written response stating the areas of testimony that she expects to solicit from each of the witnesses addressing whether Walley, King or Speakman have relevant testimony and whether any of the remaining witnesses' testimony would be repetitive.

5. A telephone conference call will be held Monday, November 27, 2006, at 9:00 a.m. to address any further questions the hearing officer may have about the witness list. The hearing officer will initiate the call.

DONE this the 20th day of November, 2006.

L. Daniel Morris, Jr. (by [illegible])

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. or Hand Mail to:**

Jim DeBardelaben, Esq.
Attorney for Employee
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Jim DeBardelaben, Esq.

N0.: 265-9299

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-20-06

RE: In the matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Corrected Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Joel Marsh, Esq.

N0.: 242-0689

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-20-06

RE: In the Matter of *Virginia Hopper*

Number of pages: 3 (including cover sheet)

MESSAGE:

Attached is Corrected Order of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax History Report for

Nov 20 2006 4:44pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 20 | 4:43pm | Sent | 92420689 | 1:02 | 3 | OK |

Result:
OK - black and white fax
Okay color - color fax

**BEFORE THE PERSONNEL BOARD
OF THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER**

**RESPONSE TO CORRECTED ORDER**

Comes Now the Counsel for employee, Virginia Hopper, and responds to the Corrected Order as follows:

1. Requiring the employee to respond to what she expects each witness to testify to gives the Department of Human Resources an unfair advantage. The employee has the right to appeal and force DHR to prove its case. Until DHR presents what it expects the witnesses it intends to call to testify to, then ordering the employee to state what her witnesses will testify to is a denial of equal protection of the law and is beyond the authority of the Administrative Law Judge.

Pursuant to § 36-26-27, Code of Alabama 1975, as amended, only the appointing authority may dismiss an employee in the classified service. In this instance the appointing authority is Page Walley, Commissioner of the Department of Human Resources. The appointing authority, pursuant to § 36-26-27, supra, must state reasons in writing. In this instance, Page Walley signed the employee dismissal letter dated April 14, 2006. If, as Department of Human Resources counsel states, Page Walley has no knowledge of the employee's situation, this matter must be resolved in the employees favor. The employee is entitled to question the appointing authority's reason for her termination and if appointing authority cannot give or defend the reason, the dismissal is due to be overturned, pursuant to statute.

2. It appears from discovery material that Sandra Speakman was contacting various

in: itutions and conducting an investigation of the employee. Employee exhibit #7 shows co :espondence from Sandra Speakman to Troy University and Trinity University. Employee H( >per intends to question Mrs. Speakman about said correspondence and what type of in: estigation she made and why.

3. Thomas King is the Personnel Director of DHR and as such has knowledge of the pr· per procedure to discipline an employee and of the procedure followed in this instance.

4. DHR objects that one or more witnesses testimony would not be relevant to the issues of his case. Unless DHR can specify the witnesses, then it is impossible to respond. The en ployee only listed witnesses necessary to defend her position. Of course after testimony if it is ev dent that witnesses' testimony would be repetitive, then such other witnesses would not be ca ed.

5. Employee could raise same objections about DHR's witness list, as many of the wi nesses appear to be repetitive.

6. DHR had the opportunity to take depositions of any of the employees proposed wi nesses, if DHR wanted to prove any repetitive testimony before the hearing.

Respectfully submitted this the 22nd day of November 2006.

JIM L. DEBARDELABEN(DEB003)
Attorney for Virginia Hopper

O: COUNSEL:
Ji L. DeBardelaben
At orney At Law
P.: ). Box 152

M ontgomery, Alabama 36101-0152
( 34) 265-9206
( 34) 265-9299 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via facsimile and U. S. Mail, p stage prepaid and properly addressed, upon the following counsel of record on this the 22nd d y of November, 2006:

Jc l Marsh, Esq.
D partment of Human Resources-Legal
P. ). Box 304000
M ntgomery, Alabama 36130-4000
(3 4) 242-0689

L. Daniel Morris, Jr.
As istant Director
De artment of Transportation
P.( . Box 303050
M( ntgomery, AL 36130-3050
(3: 1) 353-6505

OF COUNSEL

Jim L. DeBardelaben
ATTORNEY AT LAW
1505 Madison Avenue, 36107
Post Office Box 152
Montgomery, AL 36101-0152
(334) 265-9206 • Fax (334) 265-9299
E-Mail:jimdebard@aol.com

# FACSIMILE COVER SHEET

**Da e:** November 22, 2006

**To** Honorable L Daniel Morris, Jr.

**Fa #** (334) 353-6505

**# o pages (including cover sheet):** 4

**Cli nt/Matter:** **State Personnel Board vs. Virginia Hopper**

**Co nments:**

***Th information contained in this facsimile transmission is legally privileged and confidential inf rmation intended only for the use of the individual or entity named below. If the person act ally receiving this facsimile or any other reader of the facsimile is not the named recipient or t e employee or agent responsible to deliver it to the named recipient, any use, dissemination, dis ribution, or copying of the communication is strictly prohibited. If you have received this fac imile in error, please contact us immediately by telephone and return the original message to t at the above address via US Postal Service.***



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 22, 2006

Ms. Jeanne Brackin
Alabama Department of Finance
64 North Union Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Brackin:

This is to advise you that Joel C. Marsh, attorney for the Department of Human Resources, has submitted your name as a witness he desires to present on behalf of the Department concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. Marsh at (334) 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. by JPM
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 22, 2006

Ms. Darby Forrester
State Personnel Department
300 Folsom Building
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Ms. Forrester:

This is to advise you that Joel C. Marsh, attorney for the Department of Human Resources, has submitted your name as a witness he desires to present on behalf of the Department concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. Marsh at (334) 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
by JPM

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 22, 2006

Mr. Stan Goolsby
State Personnel Department
300 Folsom Building
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Mr. Goolsby:

This is to advise you that Joel C. Marsh, attorney for the Department of Human Resources, has submitted your name as a witness he desires to present on behalf of the Department concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. Marsh at (334) 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
by JPM

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 22, 2006

Ms. Vera Warren
Department of Human Resources
Post Office Box 304000
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Warren:

This is to advise you that Joel C. Marsh, attorney for the Department of Human Resources, has submitted your name as a witness he desires to present on behalf of the Department concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. Marsh at (334) 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr. by JPM

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 22, 2006

Joel C. Marsh, Esq.
Department of Human Resources—Legal
Post Office Box 304000
Montgomery, AL 36130-4000

RE: *Dismissal Appeal of Virginia Hopper*

Dear Mr. Marsh:

Pursuant to the Scheduling Order and your list of potential witnesses, letters have been sent to individuals listed as follows:

1. Ms. Jeanne C. Brackin
2. Ms. Darby Forrester
3. Mr. Stan Goolsby
4. Ms. Vera Warren

Feel free to give me a call should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. by JPM
Hearing Officer

LDMjr/jpm

000424

**BEFORE THE PERSONNEL BOARD OF**

**THE STATE OF ALABAMA**

**IN THE MATTER**

**OF**

**VIRGINIA HOPPER**

**ORDER**

As a result of the Order issued November 20, 2006, a telephone conference was held beginning at 9:00 a.m. on Monday, November 27, 2006 to discuss the issues raised by the parties. It is hereby ordered:

1. That Dr. Page Walley, Commissioner of the Department of Human Resources, may be called as a witness to testify to matters relevant to the issues in this proceeding. However, the parties did agree that a time certain would be set in advance so as to minimize the amount of time he is away from his Department.

2. Mr. Thomas King, Personnel Director of the Department of Human Resources, may be called as a witness to testify to matters relevant to the issues in this proceeding.

3. Ms. Sandra Speakman may be called as a witness to testify to matters relevant to the issues in this proceeding.

4. Per the agreement of the parties, all witnesses may be on call and do not need to be at the Department of Transportation waiting to appear but may appear after having been called to attend.

DONE this the 27th day of November, 2006.

L. Daniel Morris, Jr., Assistant Director
Department of Transportation
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050
Telephone: 242-6775 FAX: 353-6505

**Copies via facsimile and U. S. Mail to:**

Jim DeBardelaben, Esq.
Attorney for Employee
Post Office Box 152
Montgomery, AL 36101-0152
FAX: 265-9299

Joel Marsh, Esq.
Dept. of Human Resources – Legal
Post Office Box 304000
Montgomery, AL 36130-4000
FAX: 242-0689




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 27, 2006

Mr. Jim DeBardelaben
Post Office Box 152
Montgomery, Alabama 36101-0152

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. DeBardelaben:

Pursuant to the Scheduling Order and your list of potential witnesses, letters have been sent to individuals listed as follows:

1. Ms. Rachel Dickinson
2. Ms. Sandra Speakman

Feel free to give me a call should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr/jpm

   **ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 27, 2006

Ms. Rachel Dickinson
State of Alabama Department of Finance
64 North Union Street
Suite 200 A
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Dickenson:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Rachel Dickinson

NO.: 353-0868

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: November 27, 2006

RE: In the matter of *Virginia Hopper*

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is letter of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 27 2006 9:58am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 27 | 9:57am | Sent | 93530868 | 0:51 | 2 | OK |

Result:
OK - black and white fax
Okay color - color fax




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 27, 2006

Ms. Sandra Speakman
State of Alabama Personnel Department
64 North Union Street
Suite 200 A
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Speakman:

This is to advise you that Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present on behalf of the Employee concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter.

The hearing is scheduled to begin at **9:00 a.m. on November 30, 2006** and will be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama**. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm

**000431**




ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Phone No. 334/242-6775 - Fax No.: 334/353-6505

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

# FAX MESSAGE

TO: Sandra Ingram Speakman, Esq.

N0.: 353-4481

FROM: L. Daniel Morris, Jr.
Assistant Director

DATE: 11-27-06

RE: In the Matter of *Virginia Hopper*

Number of pages: 2 (including cover sheet)

MESSAGE:

Attached is letter of today regarding above referenced matter.

*If you have any questions concerning this fax message, please telephone Jennifer Manasco at 334/242-6317.*

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for

Nov 27 2006 2:30pm

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 27 | 2:29pm | Sent | 93534481 | 0:46 | 2 | OK |

Result:
OK - black and white fax
Okay color - color fax




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. Robert L. Childree, State Comptroller
Department of Finance
100 North Union Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. Childree:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Jackie Graham, Director
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Graham:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr. JPM

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm

000435




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Darby Forrester
State Personnel Department
300 Folsom Administrative Building
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Ms. Forrester:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letters, Jim DeBardelaben, attorney for Employee Virginia Hopper, and Joel Marsh, attorney for the Department of Human Resources, have submitted your name as a witness they desire to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 and Mr. Marsh at 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm

000436




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. Stan Goolsby
State Personnel Department
300 Folsom Building
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. Goolsby:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letters, Jim DeBardelaben, attorney for Employee Virginia Hopper, and Joel Marsh, attorney for the Department of Human Resources, have submitted your name as a witness they desire to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 and Mr. Marsh at 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Jeanne Brackin
Alabama Department of Finance
64 North Union Street
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Ms. Brackin:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letters, Jim DeBardelaben, attorney for Employee Virginia Hopper, and Joel Marsh, attorney for the Department of Human Resources, have submitted your name as a witness they desire to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 and Mr. Marsh at 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. JPM
Hearing Officer

LDMjr:jpm

**000438**



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Dr. Page B. Walley, Commissioner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Dr. Walley:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. Thomas A. King
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. King:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Connie Tanner
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Ms. Tanner:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. Jim Connell
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. Connell:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm

000442



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. James Swearengin
Department of Finance
100 North Union Street
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Mr. Swearengin:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr.

L. Daniel Morris, Jr. (JPM)
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Vera Warren
Department of Human Resources
Post Office Box 304000
Montgomery, Alabama 36130

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Ms. Warren:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Joel Marsh, attorney for the Department of Human Resources, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. Marsh at (334) 242-9330 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr. (JPM)

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm

**000444**



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Ms. Sandra Speakman
State of Alabama Personnel Department
64 North Union Street
Suite 200 A
Montgomery, Alabama 36130

RE: *Dismissal Appeal of Virginia Hopper*

Dear Ms. Speakman:

This is to advise you that the hearing in the above referenced matter to be held at the **Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama** has been rescheduled from November 30, 2006 to begin at **9:00 a.m. on December 18, 2006.** It is anticipated that the hearing will last that one day.

As indicated in my previous letter, Jim DeBardelaben, attorney for Employee Virginia Hopper, has submitted your name as a witness he desires to present concerning the termination of Ms. Hopper from her employment with the Department of Human Resources. Pursuant to Section 36-26-27 (c) of the Code of Alabama, as an employee of the State of Alabama you are required to appear and present testimony in this matter. The attorneys have agreed and asked that we advise you that all witnesses are to be on call to appear on thirty minutes notice. Should there be any change, you will be notified no later than one day prior to the hearing.

Please contact Mr. DeBardelaben at (334) 265-9206 if you have difficulty with appearing on the above date or should you have any questions.

Sincerely,

L. Daniel Morris, Jr. (JPM)

L. Daniel Morris, Jr.
Hearing Officer

LDMjr:jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Joel C. Marsh, Esq.
Department of Human Resources—Legal
Post Office Box 304000
Montgomery, AL 36130-4000

**RE:** *Dismissal Appeal of Virginia Hopper*

Dear Mr. Marsh:

This is to confirm that at the request of you and Joel Marsh during our telephone conference this morning regarding the rescheduling of the hearing in the above referenced matter from November 30, 2006 to December 18, 2006 at 9:00 a.m., letters have been sent to the individuals listed by you as witnesses as follows:

1. Ms. Darby Forrester
2. Mr. Stan Goolsby
3. Ms. Jeanne C. Brackin
4. Ms. Vera Warren

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr/jpm




**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone: 334/242-6311 • Fax No.: 334/262-8041

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

November 30, 2006

Mr. Jim DeBardelaben
Post Office Box 152
Montgomery, Alabama 36101-0152

**RE:** ***Dismissal Appeal of Virginia Hopper***

Dear Mr. DeBardelaben:

This is to confirm that at the request of you and Joel Marsh during our telephone conference this morning regarding the rescheduling of the hearing in the above referenced matter from November 30, 2006 to December 18, 2006 at 9:00 a.m., letters have been sent to the individuals listed by you as witnesses as follows:

1. Mr. Robert L. Childree
2. Ms. Jackie Graham
3. Ms. Darby Forrester
4. Mr. Stan Goolsby
5. Ms. Jeanne C. Brackin
6. Dr. Page B. Walley
7. Mr. Thomas A. King
8. Ms. Connie Tanner
9. Mr. Jim Connell
10. Mr. James Swearengin
11. Ms. Sandra Speakman
12. Ms. Rachel Dickinson

Sincerely,

L. Daniel Morris, Jr.
Hearing Officer

LDMjr/jpm

# Appendix A: Employee's Exhibits

BEFORE THE PERSONNEL BOARD OF
THE STATE OF ALABAMA
IN THE MATTER
OF
VIRGINIA HOPPER

17 EXHIBITS SUBMITTED BY EMPLOYEE VIRGINIA HOOPER

Jim L. DeBardelaben
Attorney for Employee Virginia Hopper
P.O. Box 152
Montgomery, Alabama 361010-0152

Joel Marsh, Esq.
Department of Human Resources-Legal
P.O. Box 304000
Montgomery, Alabama 36130-4000

# EXHIBIT LIST

1. Certification of Candidates with attachments — 11 pgs
2. Application for Examination 10611 with attachments dated 11-21-03 — 9 pgs
3. Application for Examination 10612 with attachments dated 5-28-03 — 7 pgs
4. Application for Examination 10603 with attachments dated 11-16-00 — 9 pgs
5. Application for Examination for 10611 with attachments dated 7-25-03 — 8 pgs
6. Application for Examination for 10612 with attachments dated 12-09-05 — 8 pgs
7. Letter to Sandra Speakman from Lynn Lewis with enclosures dated 4-26-06 — 6 pgs
8. Letter to Jackie Graham from Virginia Hopper with enclosures dated 5-15-06 — 31 pgs
9. Letter to Robert Childree from Virginia Hopper with enclosures dated 4-05-06 — 15 pgs
10. Letter to Virginia Hopper from Jackie Graham dated 5-19-06 — 2 pgs
11. Letter to Virginia Hopper from Jackie Graham dated 5-17-06 — 2 pgs
12. Letter to Virginia Hopper from Jackie Graham with enclosures dated 5-16-05 — 5pgs
13. Memorandum to Jackie Graham from Darby Forrester & Stan Goolsby dtd 5-04-06 with attachments — 35 pgs
14. The Association for Online Academic Excellence Fully Accredited Members — 11 pgs
15. Trinity College & University Degree for Bachelor of Science for Virginia Hopper — 1 pg
16. Trinity University vs. Trinity College & University Original Complaint — 11 pgs
17. Letter to Jackie Graham from J. Daniel Harkins with attachments dated 9-19-06 — 9pgs

DATE 06/18/2004

# CERTIFICATION OF CANDIDATES

STATE OF ALABAMA
Personnel Department

CERTIFICATION NUMBER 040600164

| DEPARTMENT IDENTIFICATION (DEPT./DIV.) | CLASSIFICATION (CODE/TITLE) | CLASS OPTION (CODE/TITLE) | P. |
|---|---|---|---|
| 1N FINANCE<br>03 CONTROLS & ACCOUNTS | 10611<br>ACCOUNTANT | | |

| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| CONTINUOUS OPEN-COMP | 1 PERMANENT | 51 MONTGOMERY | 1 | | | | N | 1 | 1,015.8 |

| METHOD OF CERTIFICATION | POSITION NUMBERS | SELECTIVE CERTIFICATION CODE |
|---|---|---|
| 1 MERIT SYSTEM PLUS TIES | 1638102 | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| [redacted] | DAVENPORT RITA T [redacted] | 1 | | BAND08 | | | |
| [redacted] | NETTLES ANNA D [redacted] | 2 | | BAND08 | | | |
| [redacted] | POOLE TONJA T [redacted] | 2 | | BAND08 | | | |
| [redacted] | POWELL REVERIE D [redacted] | 2 | | BAND08 | | | |
| [redacted] | WARE KATHY W [redacted] | 2 | | BAND08 | | | |

000451

Employee Exhibit No. 1

| CERTIFIED–PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED–APPOINTING AUTHORITY | DATE RETURNED |
|---|---|---|---|
| | | | |

RM 16, REV. 7/95

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

FILE COPY

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I

ACCT 292 Prin of Acct II

ACCT 293 Managerial Acct

ACCT 391 Intermediate Acct I

ACCT 394 Governmental Acct

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

SOCIAL SECURITY NUMBER

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( X ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 ( ) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ____________
15 (X) State Personnel Dept. Website
16 ( ) Other Website

AVAILABILITY

81 -Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence
84 - Jasper/ Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston
87 -East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa
90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery
93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe
82 -Huntsville/ Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan
85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa
88 -Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington
91 - Phenix City/ Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell
94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston
83 -Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah
86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair
89 -Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox
92 - Mobile Area
02 Baldwin
49 Mobile
95 - Statewide
(You will be considered for vacancies throughout the state. Relocation may be necessary)
81
82
83
84
85
86
87
88
89
90
91
92
93
94

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 89 87

**000502**

If you want to be considered for appointment by only certain state agencies, indicate here ____________

Will you accept work involving overnight travel? ( ) Yes (x) No Will you accept part-time work? ( ) Yes ( x ) No

you accept temporary work? ( ) Yes (x) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 01 (Month) 01 (Day) 2006 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

P.O. Drawer 4419
Montgomery,
Alabama
36103-4419

34-834-1400

TROY
UNIVERSITY

April 26, 2006

Sandra I. Speakman
Deputy Legal Counsel
State of Alabama Personnel Department
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Subject: Virginia S. Hooper, SSN: [redacted]

Dear Ms. Speakman:

This is written in response to your request for information on Ms. Virgina Hooper. The Family Educational Rights and Privacy Act (FERPA) states that written consent from the student must be obtained for the release of information unless it is considered directory information. Directory Information is information that can be made available to the public, without prior consent. This information includes verification of degrees awarded, but not of courses taken or the number of hours earned. This office has no record of Ms. Hooper having received a degree from Troy University, Montgomery Campus.

Should you need additional information, a signed release from Ms. Hooper will be required.

Sincerely,

Lynn C. Lewis
Campus Registrar

LCL/kj

000503

Employee Exhibit No. 7





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

April 20, 2006

*VIA FACSIMILE (241-9714) & U.S. MAIL*

Lynn Lewis
Registrar
Troy University—Montgomery Campus
Post Office Drawer 4419
Montgomery, Alabama 36103-4419

RE: Request for Written Information for Former Student
Virginia S. Hopper, SSN: [redacted] DOB: [redacted]

Dear Ms. Lewis:

I am writing to request written verification of the attendance of the above-mentioned employee at Troy University—Montgomery. I am also requesting written verification of what, if any, degrees she attained from Troy, the courses she took, and the number of hours she earned as a Troy University—Montgomery student. Please forward the requested information and a bill for any expense reasonably incurred to my attention at the above address.

Thank you for your kind attention in this matter. If you have any questions or comments, please feel free to contact me at 353-0046.

Sincerely,

[signature]

Sandra Ingram Speakman
Deputy Legal Counsel



Alabama
SPD
State Personnel
Department

Legal Division

Sandra Ingram Speakman
Assistant Attorney General
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** April 20, 2006

**To:** Lynn Lewis **Fax No.:** 241-9714

**From:** SANDRA INGRAM SPEAKMAN

**RE:** Request for Written Information for Former Student

**MESSAGE:** Please see the attached letter.

Please call Heather at (334) 242-3451 if you have any difficulty receiving this transmission.

TRANSACTION REPORT

APR-20-2006 THU 01:09 PM

TX (MEMORY)

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | APR-20 | 01:09 PM | 92419714 | 0:00:27 | 2 | SG3 OK | | 343 |
| | | | TOTAL | 0:00:27 | 2 | | | |

000506



TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.



One Trinity Place
San Antonio, Texas 78212

210/999-7201
Fax 210/999-7202

Office of the Registrar

# FAX TRANSMITTAL COVER SHEET

**TO:** Sandy Speakman

**FAX NUMBER:** 334-353-4481

**FROM:** L. Marie Bethell
Office of the Registrar
fax (210) 999-7202

**SUBJECT:** Hopper, Virginia S.

**NUMBER PAGES:** 2
(including cover sheet)

**DATE:** April 20, 2006

ADVISORY: Confidentiality Notice: This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please notify us immediately, by telephone, and return the entire facsimile to us at the above address by mail. Thank you.

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am requesting your review of my situation involving my employment with the State of Alabama. Not knowing if I will be successful in proving the statements made on my application for Accountant were the truth as I knew them to be at the time I signed the application; I need to know:

If I resign my position as Accountant, will I be allowed by State Personnel to fall back to the classification of an Accountant Tech (I had permanent status before my promotion to Accountant) and be placed on the re-employment register and continue my career in State government.

I have an excellent work record and history. I have attached my latest Employee Performance Appraisals and letters to back this statement.

If more information is needed please contact me at [redacted] work number at DHR or [redacted] home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures

000509

Employee Exhibit No. 8

STATE OF ALABAMA PERSONNEL DEPARTMENT

RECOMMENDATION FOR PERSONNEL ACTION

ame of Employee
nia S Hopper
MI Last

2. Social Security Number [redacted]

3. Salary $1,769.10

osition Number 638102

5. Class Title/Code Accountant ( 10611 )

6. Class Option Title/Code ( )

epartment inance

8. Division/Code Control & Accounts ( 103a )

9. EffectiveDate 04/14/2006

INSTRUCTIONS

11 requires signature of both department 's.

s 11, 13, 14, 15, 21 require approval of onnel Director before action is official.

12, 13, 14, 15 must have copy of letter to oyee attached. If voluntary demotion, letter from oyee should be attached.

17 should have copy of letter of resignation or matory letter from department attached.

KIND OF ACTION

- 10. Transfer within department ☐
- 11. Transfer to another department ☑
- 12. Suspension ☐
- 13. Demotion ☐
- 14. Layoff ☐
- 15. Dismissial ☐
- 16. Separation by death ☐
- 17. Resignation ☐
- 18. Retirement ☐ Disability ☐ Service ☐
- 19. Expiration of temporary appointment ☐
- 20. Expiration of provisional appointment ☐
- 21 Leave Without Pay ☐
- 22. Returned from LWOP ☐
- 23. Returned from military leave ☐
- 24. Change of name ☐
- 25. Other ☐

| MS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| artment (ns 10 and 11) | Finance | Human Resources |
| sion/Code (ns 10 and 11) | Control & Accounts ( 103a ) | ( ) |
| in of Employment/Code (ns 10 and 11) | Montgomery ( 51 ) | ( ) |
| ss Title/Code (ns 10, 11, 13) | Accountant ( 10611 ) | ( ) |
| ss Option/Code (ns 10, 11, 13) | ( ) | ( ) |
| es (ns 12, 21, 22, and 23) | | |
| ne (n 24) | | |

tion is separation, is reemployment recommended? Yes ☑ No ☐ (if "No", explanation must be given.)

arks.

ed (ointing Authority) James Allen Main [signature] Date 4/6/06

ed (ointing Authority) Date

000510

oved (onnel Director) Date

| SEX | RACE | CO RES | EDU | VP | DEPT | DIV | EMP TYPE | CO. EMP | PART TIME | HOW PAID | RANGE DIFF. | EMP SUB | ANNUAL RAISE | PROBATION END DATE | LEAVE STATUS | RFI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

January 4, 2006

MEMORANDUM

TO: VIRGINIA S HOPPER
CONTROLS & ACCOUNTS

FROM: Tina Russell
Personnel Assistant

SUBJECT: Annual Raise – January

The Finance Director has approved the Annual Raise List for September, 2006.

Based on your latest Employee Performance Rating you will receive a 02 step salary increase effective January 07, 2006

Your biweekly rate of pay will increase to $1,633.00 and will be reflected in the pay warrant you receive on February 03, 2006.

PPB

Form 13
Revised (06/2005)

# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
## Personnel Department

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT

Class Code: 10611 Position #: 01638102

Period Covered From: 11/01/2004 To: 11/01/2005

Annual Raise Effective: JANUARY 2006

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Bracken — Rater Signature | Virginia Hopper — Employee Signature | William M. Reed — Reviewer Signature |
| 10/21/05 — Date | 10/21/2005 — Date | 10-25-05 — Date |
| jcb — Initial if comments attached | Initial if comments attached | Initial if comments attached |

***PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

37 (Responsibility Score) - -0- (Disciplinary Score) = 37 (Performance Appraisal Score)

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 - 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| | | | | X |

***WORK HABITS:*** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary.

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | | X | |
| Punctuality | | X | |
| Cooperation with Coworkers | | X | |
| Compliance with Rules | | X | |

000512

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of a[ppro]priate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. AUDITS. | 3 |
| 2. RECORDS. | 4 |
| 3. PROCESSES. | 3 |
| 4. VERIFIES. | 4 |
| 5. ENTERS. | 4 |
| 6. REVIEWS. | 4 |
| 7. MAINTAINS. | 4 |
| 8. COMMUNICATES. | 4 |
| 9. ASSISTS. | 4 |
| 10. AIDS. | 3 |

**RESPONSIBILITY SCORE:**

37 (Total of Responsibilities/Results Ratings) ÷ 10 (Number of Responsibilities) = 3.7 (Average Responsibility Rating) × 10 = 37 (Responsibility Score)

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| | | | |

**DISCIPLINARY SCORE:** **This section should include the use of the discipline steps of reprimand, suspension, and demotion only.** The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal [per]iod. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was [o]ne or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** 

**000513**

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
October 21, 2005

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL

64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 353-0868

BOB RILEY
Governor
JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

**MEMORANDUM**

January 12, 2005

TO: Virginia S. Hopper
Control & Accounts

FROM: Tina Russell

SUBJECT: Probationary Salary Increase

On December 25, 2004, you completed the required six-month probationary period. Effective January 8, 2005, you received a probationary increase to $1,467.80 biweekly. This increase will be reflected in your salary warrant received on February 4, 2005.

cc: Finance Accounting

Form 13F
Revised (1/15/2003)

# EMPLOYEE PROBATIONARY PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 1030/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT

Class Code: 10611

Period Covered From: 06/26/2004 To: 12/25/2004

Position Number: 1638102

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. All signatures are required. Employee's signature denotes discussion not agreement.

SSN [redacted] - [redacted]
RATING SUPERVISOR
Signature: Jeanne C. Bracken
Date / Initial if comments are attached: 11-22-04 JCB

EMPLOYEE Signature: Virginia Hopper
Date / Initial if comments are attached: 11-22-04

SSN [redacted] - [redacted]
REVIEWING SUPERVISOR
Signature: William McLeod
Date / Initial if comments are attached: 11-22-04

It is recommended that the employee be:

_____ Continued probationally in the position named (reason stated in Disciplinary Actions area)
__X__ Given permanent status in the position. Probationary increase to $ 1,467.90 Step 16 Effective 1/8/05
_____ Terminated before the end of the probationary period (reason stated in Disciplinary Actions Area)

James Allen Main
APPOINTING AUTHORITY Signature
Date: 11/30/04

***PROBATIONARY PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score.

37 (Responsibility Score) − -0- (Disciplinary Score) = 37 (Probationary Performance Appraisal Score)

This employee's work:

| ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |

000516

***WORK HABITS :*** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the probationary period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☑ | ☐ |
| Punctuality | ☑ | ☐ |
| Cooperation with Coworkers | ☑ | ☐ |

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. AUDITS | 3 |
| 2. RECORDS | 4 |
| 3. PROCESSES | 4 |
| 4. VERIFIES | 4 |
| 5. ENTERS | 3 |
| 6. REVIEWS | 4 |
| 7. MAINTAINS | 4 |
| 8. COMMUNICATES | 4 |
| 9. ASSISTS | 4 |
| 10. AIDS | 3 |

*RESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this probationary period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

000517

*DISCIPLINARY SCORE:* This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings. Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this probationary period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

JUSTIFICATION
OF PERFORMANCE RATING FOR
VIRGINIA S. HOPPER
November 22, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Probationary Performance Appraisal. Her work during the probationary period has been excellent. Mrs. Hopper handles the daily activities of her job in a very expedient and professional manner. Her cooperative attitude, her willingness to help other employees and her initiative are qualities of an exceptional employee. She deserves to be rated as such on this appraisal.



Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 1030/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT

Class Code: 10611

Period Covered From: 12/26/04 To: 10/1/05

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

000519

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

- ✓ Attendance
- ✓ Punctuality
- ✓ Cooperation with Coworkers
- ✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 11/22/04

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William McKee

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work. She also has considerable experience with personal computers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

000520

A midappraisal has been held and performance has been discussed:

Date:

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Brackin

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR

JAMES ALLEN MAIN
DIRECTOR OF FINANCE

(334) 242-7160
FAX: (334) 353-3300

STATE OF ALABAMA
STATE CAPITOL
MONTGOMERY, ALABAMA 36130

October 4, 2004

Virginia Hopper
Dept. of Finance - Office of the State Comptroller
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602

Dear Virginia,

I wanted to send you my personal note of appreciation for your dedication and unwavering commitment to your work even during the adverse conditions posed by Hurricane Ivan. I appreciate the fact that you recognized that you perform a duty essential to the workings of this state. For this, I am truly grateful.

Very truly yours,

James Allen Main
Director of Finance

JAM/dsn

cc: Personnel File



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

July 2, 2004

M E M O R A N D U M

TO: Virginia S. Hopper
Control & Accounts

FROM: Gena Fulmer
Finance Personnel

SUBJECT: Appointment

---

Effective June 26, 2004, you were appointed to the classification of Accountant (10611) at the salary of $1,398.00 biweekly. You will receive your first check at this rate July 23, 2004.

You are required to serve a six months probationary period.

Congratulations on your appointment.

cc: Bob Childree
Accounting and Administration
Personnel File

000522



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF THE STATE COMPTROLLER
RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS,JR.
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 28, 2004

MEMORANDUM

TO: Drayton Nabers, Jr.
Director of Finance

THROUGH: Bill Newton
Assistant Director of Finance

FROM: Robert L. Childree RLC
State Comptroller

SUBJET: Promotion of Virginia Hopper

Attached is a memo from Jeanne Brackin, Supervisor of Fiscal Management in my office requesting consideration regarding promotion of Virginia Hopper. I have reviewed her request and concur with the recommendation. It is my opinion that Virginia has accepted new and more difficult job tasks, performed them in an exemplary manner and that her job duties have become those of an entry level accountant.

Therefore, I am requesting that Virginia Hopper be promoted to the position of "Accountant" and that the required personnel actions be approved to accomplish that. This action will not result in additional budget requirements and will insure that the Finance Department retain a very valuable employee.

Thank you for your favorable consideration of this request.

RLC/sgb

STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF THE STATE COMPTROLLER
RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS, JR
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 24, 2004

M E M O R A N D U M

TO: Robert L. Childree
State Comptroller

FROM: Jeanne Brackin
Fiscal Management Supervisor

SUBJECT: Promotion for Virginia Hopper

I would like to recommend that Virginia S. Hopper's position be upgraded to an Accountant I and she be promoted. Virginia is on the Accountant I register and she has received inquiries about job openings. I feel she already performs her job in a manner that far exceeds the requirements of an Accounting Technician and she has the knowledge and abilities that warrant this promotion.

Gloria Marchant of our office retired about a year ago and I have not been allowed to replace the Account Clerk position. As a result, Virginia has absorbed several of the Account Clerk's duties for the past year, as well as performing the duties of her Accounting Technician position. Virginia's cooperative attitude, her willingness to help, and her display of initiative are qualities of an exceptional and valuable employee of the Finance Department and is much deserving of a promotion to Accountant I.

Let me know if there is anything that I can do to help expedite this promotion for Virginia.

JB/jb

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

Annual Raise Effective: AUGUST 2004

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Brackin<br>Signature | Virginia S. Hopper<br>Signature | William M. Reed<br>Signature |
| 5-13-04<br>Date | 05/13/2004<br>Date | 5-13-04<br>Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

***PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

37 (Responsibility Score) − 0 (Disciplinary Score) = 37 (Performance Appraisal Score)

This employee's work:

| [ ] | [ ] | [ ] | [ ] | [XX] |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |

***WORK HABITS:*** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | XX | |
| Punctuality | XX | |
| Cooperation with Coworkers | XX | |
| Compliance with Rules | XX | |

000525

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/Processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 4 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

37 (Total of Responsibilities/Results Ratings) ÷ 10 (Number of Responsibilities) = 3.7 (Average Responsibility Rating) x 10 = 37.0 (Responsibility Score)

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

000526

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.



Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

- ✓ Attendance
- ✓ Punctuality
- ✓ Cooperation with Coworkers
- ✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 5/22/03

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William Mack Reed

MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work. Mrs. Hopper also has considerable experience with personal computers, which is a tremendous asset to this office. She has a good working relation ship with co-workers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

000529

A midappraisal has been held and performance has been discussed:

Date: 12/19/2004

Employee Signature: Virginia S. Hopper Rater Signature: Jeanne C. Brackin

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps: 

Employee Name: VIRGINIA S HOPPER
Social Security Number: [redacted]

Agency: 010/FINANCE
Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN
Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003
Annual Raise Effective: AUGUST 2003

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Signature: Jeanne C. Brackin | Signature: Virginia S. Hopper | Signature: William Mack Reed |
| Date: 5/22/03 | Date: 05/22/2003 | Date: 5-22-03 |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

36 (Responsibility Score) – 0 (Disciplinary Score) = 36 (Performance Appraisal Score)

This employee's work:

- [ ] Does Not Meet Standards (6.6 or below)
- [ ] Partially Meets Standards (6.7 – 16.6)
- [ ] Meets Standards (16.7 – 26.6)
- [X] Exceeds Standards (26.7 – 36.6)
- [ ] Consistently Exceeds Standards ( 36.7 - 40 )

*WORK HABITS :* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | X | |
| Punctuality | X | |
| Cooperation with Coworkers | X | |
| Compliance with Rules | X | |

**000530**

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 3 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 36 | ÷ | 10 | = | 3.6 | x | 10 | = | 36 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

000531

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

Form 13P
Revised (1/1/1998)

EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

✓ Attendance

✓ Punctuality

✓ Cooperation with Coworkers

✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 5/13/02

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William M. Reed

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgeable of accounting principles and procedures. She routinely assists her co-workers in processing work and she shows initiative in solving problems with regards to her work. Mrs. Hopper also has considerable knowledge of personal computers, which is a tremendous asset to this office. She has a good working relatioship with her co-workers as well as those outside state government.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

N/A

Document the action plan that has been discussed to improve the areas of weakness.

N/A

000533

A midappraisal has been held and performance has been discussed:

Date: 10/28/2002

Employee Signature: Virginia S. Hopper Rater Signature: Jeanne C. Brackin

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps [ ]

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2001 To: 06/01/2002

Annual Raise Effective: AUGUST 2002

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Bracken<br>Signature | Virginia S. Hopper<br>Signature | William M. Reed<br>Signature |
| 5-13-02<br>Date | 05/13/02<br>Date | 5-20-02<br>Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

37 Responsibility Score − -0- Disciplinary Score = 37 Performance Appraisal Score

This employee's work:

| [ ] | [ ] | [ ] | [ ] | [X] |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |

000534

*WORK HABITS :* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ✓ | [ ] |
| Punctuality | ✓ | [ ] |
| Cooperation with Coworkers | ✓ | [ ] |
| Compliance with Rules | ✓ | [ ] |

MAY 2002 RECEIVED Office of Personnel Department of Finance

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 3 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/processes | 4 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 4 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

000535

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: ______

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2002

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Probationary Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.



Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

## *PREAPPRAISAL*

Employee Name: VIRGINIA HOPPER    Social Security Number: [redacted]

Agency: FINANCE    Division: CONTROL & ACCOUNTS

Classification: ACCOUNTING TECH    Class Code: 10605

Period Covered From: 2/23/02 To: 6/1/02

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

**RESPONSIBILITIES/RESULTS**

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

000537

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies sh[illegible]ld be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED: ________ Attendance

________ Punctuality

________ Cooperation with Coworkers

________ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 4/1/02

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Bracken

Reviewer Signature: William M. Reed

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

000538

A midappraisal has been held and performance has been discussed:

Date:____________

Employee Signature:________________________ Rater Signature:________________________



DON SIEGELMAN
Governor

HENRY C. MABRY, III
Director of Finance

STATE OF ALABAMA

# DEPARTMENT OF FINANCE

## OFFICE OF PERSONNEL

64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 242-7002

ROBERT HODGE
Division Director

**MEMORANDUM**

March 13, 2002

TO: Virginia Hopper
Control & Accounts

FROM: Tina Wyatt

SUBJECT: Transfer of Employment

Effective February 23, 2002, you transferred to this department as an Accounting Technician. All of your previous deductions will remain the same. Your new tax forms have been processed.

TMW

cc: Bob Childree
Finance Accounting



# STATE OF ALABAMA
## DEPARTMENT OF FINANCE
### OFFICE OF THE STATE COMPTROLLER

RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

ROBERT L. CHILDREE
State Comptroller

April 5, 2006

Virginia Hopper
Office of the State Comptroller
Montgomery, Al 36130

Dear Virginia:

The Finance Department is currently working to resolve certain internal control issues related to employee background checks and verification of education, credentials, specifically college degrees. It has been brought to my attention that there may be questions relating to your degree from Trinity University, in San Antonia, Texas. Because the question has been raised, I have been advised by Finance Personnel to request that you provide verification of your BS in Business Administration degree. They have stipulated that you should provide the necessary information to verify this degree by 5:00 p.m. CST on Thursday, April 6, 2006.

I look forward to receiving the information requested and putting this issue to rest because fraudulent representations on Personnel Department applications, according to Personnel rules, result in dismissal from State service.

Sincerely,

Robert L Childree

Robert L. Childree
State Comptroller

000540

Employee
Exhibit No.
9

000541

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Dean of Studies

Board of Examiners



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

April 12, 2006

Jackie Graham
State Personnel Director
Folsom Building, Third Floor
Montgomery, Alabama 36130

Re: Verification of diploma – Virginia Swearengin Hopper

Dear Ms. Graham:

After a recent review of an employee's verification of education, specifically a college degree in question from Trinity College and University we have been unsuccessful in verifying that this is an accredited university. Also of concern is that on the application for employment with the State she listed her degree from Trinity University in Texas. Trinity University has no records matching the employee. Per your request for review I have attached information concerning Trinity College and University, a copy of the diploma in question from Trinity College and University and written notification from Trinity University in Texas stating they are unable to locate records matching the information provided.

If you should have any questions please contact me at 353-3737. Thank you in advance for you assistance

Sincerely,

Rachel Dickinson

cc: Bob Childree
Anne Elizabeth McGowin

000543

1. Verified from Trinity University- They found no record of Virginia Swearengin Hopper receiving a degree. Finance Personnel has already provided the Comptroller's Office with a copy of Mrs. Hopper's Accountant I application from her personnel file which states that she received a BS in Business Administration degree from Trinity University of San Antonio, Texas in May 2002.
2. TSUM verbal verification- They show that she completed 18 semester hours. Courses include: Principles I & II, Governmental Accounting, Managerial Accounting, Intermediate Accounting I, and Basic Micro-Computing. They have no evidence of Mrs. Hopper transferring credits to or from TSUM to any other school system. They stated that she completed her 5th accounting course in 2003. Since the Accounting Tech I & II require a minimum of 5 accounting courses to qualify for these tests, and since Mrs. Hopper was promoted to Accounting Tech I on February 24, 2001 and Accounting Tech II on September 7, 2002, and since TSUM stated that she completed her 5th accounting course in 2003, it appears Mrs. Hopper did not qualify for either the Accounting Tech I or II at the time she was promoted. <u>We would need a copy of her applications for the Tech I and II from her personnel file to be able to determine if she falsified her applications.</u>

Timeline and conversations concerning Virginia S. Hopper's college education

- Virginia Hopper came to work in the Comptroller's Office in February 2002 as an Accounting Technician (which required 5 courses in accounting)
- In conversations with Virginia shortly after starting to work in the Comptroller's Office, she told me, her supervisor, Jeanne Brackin and her coworker that she lacked a few quarters completing her degree. I encouraged Virginia to finish her college degree requirements and she began talking about going back to school.
- In May of 2003, Virginia Hopper completed Intermediate Accounting I at Troy University in Montgomery while working in the Comptroller's Office (Intermediate Accounting I was completed after already earning degree according to Virginia's diploma from Trinity College and University. Also, Accountant I requires Intermediate Accounting I & II and it appears that she has not completed Intermediate Accounting II).
- In the fall 2003, Virginia told us the she had just finished her degree and she had already taken the Accountant I test and was waiting on her score.
- In immediate discussions with Virginia, we asked her when and where she got her degree. She said she got her degree from Trinity University in San Antonio, Texas and her children wanted her and the family to fly out to Texas so she could walk for graduation but Virginia thought it would be too costly. She stated that Trinity University in Texas had given her college credit for "real life experiences" and seminars she had attended while working on contract for the State of Alabama, Department of Insurance, Receivership Division (worked from 2/1994 to 6/2000).
- I became suspicious about Virginia's degree when she told us that Trinity University in Texas had given her college credit for some of her "real life experiences" and for those seminars she had attended while working at the Department of Insurance. I brought my concerns to the attention of my immediate supervisor, Mack Reed, Deputy Comptroller, and we checked the validity of Trinity University in San Antonio, Texas. It appeared to be a legitimate private educational institution.
- Later in 2003, Virginia told us that she had been to Troy University and talked with an advisor to determine if those credits from Trinity University in Texas would transfer to Troy. She said the advisor recommended that she would be better off transferring all the credits she had earned at Troy to Trinity because she would loose more credits if she tried to transfer the Trinity credits to Troy (Since Virginia gave us the impression that she only lacked a few quarters in February 2002 to complete her degree and she never said she had attended any other college but Troy University at Montgomery, I was very surprised to find out in March of 2006 that Virginia only completed 18 semester college course credits from Troy University, 6 courses, and they confirmed that they never transferred any of those credits to Trinity University in San Antonio, Texas).

- In early December of 2005, we began trying to train Virginia on some more in depth fund accounting tasks. We noticed that she was having difficulty with some basic accounting principles and the accounting systems that she had been exposed to for 4 years. Virginia made some errors and while checking on these errors we found multiple problems with her work. It had become apparent that she was trying to fix these problems without asking anyone for guidance.
- At this point, I was concerned about Virginia's qualifications and asked Bob Childree, State Comptroller, to have Finance Personnel pull a copy of her Accountant I application. The application confirmed her discussions with us about her degree from Trinity University in San Antonio, Texas. I was surprised to see that her application also stated that she completed her degree in May of 2002, just 3 months after coming to work for the Comptroller's Office and 1 ½ years before telling us that she had completed this degree.
- I contacted and faxed the Registrars Office at Trinity University in San Antonio, Texas on March 30, 2006 to verify Virginia's degree. They responded by fax on April 3, 2006 that they were unable to locate any records for Virginia Swearengin Hopper or by her social security number. (Virginia's application included a list of her college coursework related to the Accountant I position that she took at Troy University in Montgomery and Trinity University in San Antonio, Texas)
- I also contacted Troy University on March 30, 2006 to verify Virginia's completed college coursework. They responded verbally on March 30th that she had completed 18 semester hours (6 courses) and by mail on April 10, 2006. Troy also confirmed that Virginia did not have any college credits transferred in to Troy University from any other school system. They also confirmed that she never had Troy transfer any college credits to Trinity University in San Antonio, Texas nor any other school system.
- Troy confirmed that her 6 courses were: Principles of Accounting I, Principles of Accounting II, Governmental Accounting, Managerial Accounting, Intermediate Accounting I, and Basic Micro computing. Since Troy confirmed that Virginia did not complete Intermediate Accounting I until May of 2003, she possibly did not qualify for the Accounting Technician position because she did not have the 5 required accounting courses.
- According to Virginia Hopper's diploma she provided Finance Personnel on April 6, 2006, Virginia Swearengin Hopper earned a Bachelor of Science in Business Administration from Trinity College and University in May 2002. (Trinity University in San Antonio, Texas is not the same as Trinity College and University)

Documented by:
Jeanne C. Brackin
Fiscal Management Supervisor

Date: April 11, 2006

Verbal Verification of Degree from Troy University of Montgomery

I talked with Troy University's Registrar's Office on Thursday, March 30, 2006, to verify college courses taken by Virginia S. Hopper, an employee of the State Comptroller's Office. The school informed me that she had completed 18 semester hours to include the following courses:

Principles of Accounting I

Principles of Accounting II

Governmental Accounting

Managerial Accounting

Intermediate Accounting I (Verbal - completed in 2002)

Basic Micro-Computing

I have also faxed a request to verify Ms. Hopper's degree from Trinity University in San Antonio, TX. They said they would notify me within 2 business days.

For file documentation
Jeanne Brackin

Trinity
University

One Trinity Place
San Antonio, Texas 78212

210/999-7201
Fax 210/999-7202

Office of the Registrar

FAX TRANSMITTAL COVER SHEET

TO: Jeanne C. Brackin

FAX NUMBER: 334-242-2440

FROM: LM Bethell

Office of the Registrar
Fax (210) 999-7202

SUBJECT: Virginia S Hopper

NUMBER PAGES: 2
(including cover sheet)

DATE: April 3, 2006

NOTES:

ADVISORY: Confidentiality Notice: This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please notify us immediately, by telephone, and return the entire facsimile to us at the above address by mail. Thank you.



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 203
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

*FAX*

TO: Registrars Office

FROM: Rachel Dickinson

FAX # (210) 999 - 7202

DATE: 4 / 10 /2006

SUBJECT: Verification of Degree

PAGES(including cover sheet): 3

*MESSAGE/INSTRUCTIONS:*

Please contact me @ 334-353-3737 w/ further information or fax @ 334-353-0868.

Thank you

This communication is intended for the sole use of the individual to who it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone call. Thank you.

Request for degree verification from Trinity University

Applicant's Information

Applicant's Name: Virginia Swearengin Hopper

Applicant's Address: 

Social Security #: 

Date of Birth: 

Degree Title: BS Bus Admin

Date Degree Awarded: Sometime between May 2002 and May 2004

School Attended: Trinity University

School Location: San Antonio, TX
(City, State)

Hiring Location Information:

State of Alabama, Department of Finance
100 N. Union Street
Montgomery, AL 36130

Contact: Jeanne C. Brackin
Supervisor, Fiscal Management Section
Office Phone: (334)242-7064
Office Fax: (334)242-2440

* unable to locate records matching info given. Please send add'l info (other possible names) for search to continue.

[signature]

AOAEx - The Association for Online Academic Excellence - Fully Accredited Members

Page 3 of 11

000601

Columbia International University

Concordia University (California)

Concordia University (Illinois)

Concordia University (Nebraska)

Concordia University, St. Paul

[ back to top ]

D'Youville College

Dallas Baptist University

Dominican University

[ back to top ]

eSocrates.com

[ back to top ]

Florida Baptist Theological College

Fort Lewis College

Franklin University

[ back to top ]

Georgia Virtual Technical College

Goddard College

AOAEx - The Association for Online Academic Excellence - Fully Accredited Members

Page 4 of 11

000602

Grace College

Graceland College

Grand Canyon University

Grand View College

Great Falls, University of

[ back to top ]

Holy Names College

Hope International University

Husson College

[ back to top ]

Inter American University of Puerto Rico

International Bible College

[ back to top ]

Jewish Theological Seminary of America

Johnson Bible College

Judson College

[ back to top ]

KaplanCollege.com

AOAEx - The Association for Online Academic Excellence - Fully Accredited Members

Page 5 of 11

000603

Kean University

Kettering University

[ back to top ]

LIFE Bible College

LaSierra University

LaVerne, University of

Lakeview College of Nursing

Lee University

Lesley College

Lewis University

Life University

Lifelong Learning, College for

Loma Linda University

Lyon College

[ back to top ]

MCP Hahnemann University

Maestoso Music School

Maharishi University of Management

Marian College of Fond du Lac

Marywood University

Medicine & Dentistry of New Jersey, University of, School of Nursing

Monterrey Institute of Technology and Higher Education - Central Campus of Veracruz

Monterrey Institute of Technology and Higher Education - Chiapas Campus

Monterrey Institute of Technology and Higher Education - Chihuahua Campus

Monterrey Institute of Technology and Higher Education - Colima Campus

Monterrey Institute of Technology and Higher Education - Guadalajara Campus

Monterrey Institute of Technology and Higher Education - Hidalgo Campus

Monterrey Institute of Technology and Higher Education - Irapuato Campus

Monterrey Institute of Technology and Higher Education - Juarez City Campus

Monterrey Institute of Technology and Higher Education - Laguna Campus

Monterrey Institute of Technology and Higher Education - Leon Campus

Monterrey Institute of Technology and Higher Education - Mazatlan Campus

Monterrey Institute of Technology and Higher Education - Mexico City Campus

Monterrey Institute of Technology and Higher Education - Mexico State Campus

Monterrey Institute of Technology and Higher Education - Monterrey Campus

Monterrey Institute of Technology and Higher Education - Morelos Campus

Monterrey Institute of Technology and Higher Education - North Sonora Campus

Monterrey Institute of Technology and Higher Education - Obregon City Campus

Monterrey Institute of Technology and Higher Education - Queretaro Campus

Monterrey Institute of Technology and Higher Education - Saltillo Campus

Monterrey Institute of Technology and Higher Education - San Luis Potosi Campus

Monterrey Institute of Technology and Higher Education - Sinaloa Campus

Monterrey Institute of Technology and Higher Education - Tampico Campus

Monterrey Institute of Technology and Higher Education - Toluca Campus

Monterrey Institute of Technology and Higher Education - University System

Monterrey Institute of Technology and Higher Education - Zacatecas Campus

Mount Aloysius College

Mount Marty College

[ back to top ]

National University

Nazarene Bible College

North Central University

Northwood University - Texas Campus

Norwich University

[ back to top ]

Oakland City University

Oakland University

Olivet Nazarene University

[ back to top ]

Pacific Oaks College

Pacific Union College

Park College

[ back to top ]

Quincy University

[ back to top ]

Regents College

Regiomontana, Universidad

Richard Stockton College of New Jersey

Richton College

Rockhurst University

[ back to top ]

Saint Joseph's University

000607

Saint Leo University

Saint Louis University

Saint Peter's College

Samuel Merritt College

South Pacific University

Southern Christian University

Southwestern Adventist University

Southwest Americus College of the Arts

St. Ambrose University

St. Francis, University of (Illinois)

St. Mary's University

Stephens College

Suomi College

[ back to top ]

Taylor University, Fort Wayne Campus

Teikyo Post University

Thaddeus Young University

The American University in Bulgaria

AOAEx - The Association for Online Academic Excellence - Fully Accredited Members

Page 10 of 11

Trinity College of Nursing

Trinity College & University

[ back to top ]

Wayland Baptist University

[ back to top ]

Xavier University of Louisiana

[ back to top ]

York University

[ back to top ]

000608

Copyright 2000, 2001 The Association for Online Academic Excellence Inc.

E-Mail

000609

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Rowena Ho-Kingston
Dean of Studies

Dominick Christian Joseph
Board of Examiners

000610

Employee Exhibit No. 15



COX SMITH MATTHEWS
INCORPORATED

ATTORNEYS ✦ COUNSELORS

DIRECT NUMBER
210.554.5285

EMAIL ADDRESS
dharkins@coxsmith.com

September 19, 2006

Ms. Jackie Graham
Sate of Alabama
Personnel Department
300 Folsom
Administrative Bldg.
Montgomery, Alabama 36130

Re: Virginia Hopper, Trinity University and Trinity College and University

Dear Ms. Graham:

I am counsel for Trinity University in San Antonio, Texas. I have represented Trinity University on various matters, including a trademark infringement matter against an entity which held itself out as Trinity College and University. Trinity University in San Antonio discovered that an entity in Louisiana was holding itself out as Trinity College and University and was misrepresenting that it was affiliated with Trinity University in San Antonio, Texas. There is and has never been any affiliation between Trinity University and Trinity College and University. Because of the confusion that was occasioned by the use of the name, Trinity College and University, my client Trinity University filed a trademark infringement action against Trinity College and University to enjoin any further use of the mark Trinity or Trinity University. Attached for your review is a copy of the Injunction and Final Judgment which was obtained by Trinity University against Trinity College and University.

It is my understanding from Ms. Hopper that she obtained a degree from Trinity College and University under the mistaken belief that she was obtaining a degree from Trinity University. This is the type of activity that we sought to and did enjoin. If you have any further questions concerning this matter, please call me.

Very truly yours,

[signature]

J. Daniel Harkins

000611

Employee Exhibit No. 16

JDH:dap
Encl.

COX SMITH MATTHEWS
INCORPORATED

Ms. Jackie Graham
September 19, 2006
Page 2

cc: Ms. Virginia Hopper

000612

FILED
NOV - 9 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINITY UNIVERSITY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA04CA0313-OG |
| | § | |
| TRINITY COLLEGE & UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT AND**
**ORDER OF PERMANENT INJUNCTION**

On this date, the referenced cause came on for hearing. Trinity University appeared by and through its counsel of record, announced to the Court that the parties had reached an agreement, and requested entry of a judgment. A jury was waived and the Court, based on the pleadings, evidence and papers on file, and the agreement of Plaintiff Trinity University ("Trinity University") and Defendant Trinity College & University ("Trinity College"), is of the opinion and finds that the allegations of Trinity University's Complaint have been admitted and the Court finds as follows:

1. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report*.

2. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are



sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

3. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

4. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065.

5. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid and uncontestable.

6. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

7. Defendant has adopted and used, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings.

8. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily

News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet.

9. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

10. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

11. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

12. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have

damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

13. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

14. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

15. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

16. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

17. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law.

The Court is of the opinion and finds that Plaintiff Trinity University is entitled to ~~recover~~ injunctive relief against Trinity College and ~~joining~~ enjoining use of the mark TRINITY or any other word, symbol, phrase or term similar to TRINITY.

**000616**

707048.1

IT IS, THEREFORE, ORDERED that, subject to subsection (f) below, Defendant Trinity College & University, their agents, servants, employees and all persons or entities acting in connection or in concert with it, are permanently enjoined and restrained from

(a) Using the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks;

(e) Unfairly competing with Trinity University in any manner whatsoever; and

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

IT IS FURTHER, ORDERED ADJUDGED and DECREED that Trinity College & University shall deliver up for destruction and to destroy all products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

Signed and ordered this 9th day of November 2004.

HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

000618

707048.1

COX SMITH MATTHEWS

Ms. Virginia Hopper

36022X5902-00 0005

000619

RECEIVED
APR 14 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TRINITY UNIVERSITY, §
§
Plaintiff, §
§
v. § Civil Action No. SA04CA0313 OG
§
TRINITY COLLEGE & UNIVERSITY, §
§
Defendant. §

ORIGINAL COMPLAINT

Plaintiff, Trinity University ("Trinity"), files this Original Complaint seeking relief from Defendant, Trinity College & University.

NATURE OF THE CASE

1. This is an action for injunctive relief, damages, and other relief based on Defendant's infringement and dilution of Trinity's registered trademark "TRINITY UNIVERSITY."

JURISDICTION AND VENUE

2. The Court has jurisdiction over the infringement claim pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademark case), and 28 U.S.C. § 1367 (diversity of citizenship). The Court has supplemental jurisdiction over the state trademark dilution claim pursuant to 28 U.S.C. § 1338(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), because a substantial part of the events giving rise to Trinity's claim occurred here.

000620

Employee Exhibit No. 17

THE PARTIES

3. Trinity is a non-profit corporation chartered under the laws of Texas, with its principal place of business at 715 Stadium Drive, San Antonio, Texas 78213.

4. Defendant Trinity College & University is, upon information and belief, a registered corporation in Tortola, British Virgin Islands, with agent offices located worldwide. Defendant Trinity College & University engages and/or has engaged in business in Texas, but has not designated a resident agent for service of process in Texas and does not maintain a regular place of business in Texas. This action arises out of Trinity College & University's business in Texas. As such, pursuant to Tex. Civ. Prac. & Rem. Code §17.041 *et. seq*, Trinity College & University may be served with process through the Texas Secretary of State, which can forward a copy of the process by certified mail, return receipt requested, to Trinity College & University, 901 Veterans Blvd., Ste. #203, Metairie, Louisiana, 70005.

FACTS COMMON TO ALL COUNTS

5. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report.*

6. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

7. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

8. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction

**000621**

at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065, and attached hereto as Exhibit 1, and by this reference is incorporated herein.

9. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid, uncontestable, and attached hereto as Exhibit 2, and by this reference is incorporated herein.

10. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

11. Defendant has adopted and used, and continues to use, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings. Copies of the web pages depicting Defendant's products are attached hereto as Exhibit 3, and are incorporated herein by reference.

12. In an attempt to resolve this matter amicably, Mr. Craig McCoy, Vice President for Fiscal Affairs of Trinity, contacted Trinity College & University through the email provided on the Trinity College & University website, requesting that they cease using the Trinity College and University mark, or any other mark similar and likely to cause confusion with the TRINITY UNIVERSITY mark. Trinity College & University refused to cease using the Trinity mark.

13. In order to protect the property rights of Trinity, Mr. McCoy retained counsel to facilitate a resolution to this matter. Counsel for Trinity has contacted Trinity College & University and informed them of Trinity's rights to the marks and demanded that they cease to use the marks.

**000622**

14. The requests were ignored and Trinity College & University continues to infringe on Trinity's trademark rights by providing products for sale using the Trinity mark, or a substantially similar mark.

15. On information and belief, Defendant chose "TRINITY COLLEGE & UNIVERSITY," and has continued to use "TRINITY COLLEGE & UNIVERSITY" for such graduation products with full knowledge of Trinity's use and rights in the trademark TRINITY UNIVERSITY.

16. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet. A true and correct copy of the web pages posting this article and retraction is attached hereto as Exhibit 4.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**

17. Trinity realleges each of the allegations in Paragraphs 1-16 above as though fully set forth herein.

18. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

19. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is

**000623**

likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

20. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

21. Defendant knew of Trinity's rights in and to the TRINITY UNIVERSITY trademark, but has refused to cease its infringing activities. Defendant's use of the mark TRINITY UNIVERSITY in violation of Trinity's rights has been knowing, willful and deliberate, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

22. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

## SECOND CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION

23. Trinity realleges each of the allegations in Paragraphs 1-22 above as though fully set forth herein.

24. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

25. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

26. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

**000624**

THIRD CAUSE OF ACTION
TEXAS TRADEMARK DILUTION

27. Trinity realleges each of the allegations in Paragraphs 1-26 above as though fully set forth herein.

28. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

29. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law. Accordingly, Trinity seeks permanent injunctive relief against Defendant with respect to any further promotion, distribution or sale of products through use of the TRINITY UNIVERSITY mark, as described above.

JURY DEMAND

30. Trinity requests a trial by jury.

PRAYER FOR RELIEF

WHEREFORE, Trinity prays for judgment against Defendant as follows:

1. That Defendant and its officers, agents, servants, employees and all persons in active concert or participation with them, be enjoined and restrained during the pendency of this action and perpetually from:

(a) Using the term "Trinity" or any other word, symbol, phrase or term, similar to Trinity's trademarks TRINITY UNIVERSITY, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products, unless expressly authorized by Trinity;

**000625**

661663.1

(b) Infringing Trinity's registered TRINITY UNIVERSITY trademark;

(c) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of Trinity's TRINITY UNIVERSITY trademark; and

2. A report in writing and under oath, setting forth in detail the manner in which Defendant has complied with the injunction;

3. That Defendant be required to pay to Trinity such damages as Trinity has sustained or will sustain in consequence of Trinity College & University's unlawful acts and to account for all gains, profits and advantages derived by Trinity College & University's attributable to such acts;

4. That Defendant be required to deliver up for destruction and to destroy all diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings and the like bearing the mark TRINITY UNIVERSITY.

4. That the award of damages, gains and/or profits be increased, as provided by 15 U.S.C. § 1117, or as otherwise provided by law;

5. That Defendant be ordered to pay over to Trinity the costs of this action, including reasonable attorneys' fees, costs, and interest, as provided by 15 U.S.C. § 1117, or as otherwise provided by law; and

6. That Defendant be required to pay Trinity monetary damages suffered as a result of common law trademark infringement, dilution and exemplary damages due to the malicious, fraudulent, deliberate and/or willful nature of Defendant's acts.

000626

7. That Trinity has such other further relief as this Court may deem just and proper.

Respectfully submitted,

COX & SMITH INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: [signature]
J. Daniel Harkins
State Bar No. 09008990
M. Elizabeth Parks
State Bar No. 24027594

ATTORNEYS FOR PLAINTIFF,
TRINITY UNIVERSITY

**000627**



Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,635,763

United States Patent and Trademark Office Registered Feb. 19, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

# TRINITY UNIVERSITY

TRINITY UNIVERSITY (TEXAS NON-PROFIT CORPORATION)
715 STADIUM DRIVE
SAN ANTONIO, TX 78212

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE LEVEL, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-13-1870; IN COMMERCE 8-13-1870.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY", APART FROM THE MARK AS SHOWN.

SER. NO. 74-036,651, FILED 3-9-1990.

DAVID CHO, EXAMINING ATTORNEY

000628

EXHIBIT 1

Int. Cls.: 16, 18, 21, 24 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40, 41, 42 and 50

Reg. No. 2,273,474

United States Patent and Trademark Office Registered Aug. 31, 1999

TRADEMARK
PRINCIPAL REGISTER

# TRINITY UNIVERSITY

TRINITY UNIVERSITY (TEXAS NON-PROFIT CORPORATION)
715 STADIUM DRIVE
SAN ANTONIO, TX 78212

FOR: CLIP BOARDS, NOTEPADS, NOTEBOOKS, STATIONERY, WINDOW STICKERS, BUMPER STICKERS, AND BOOKMARKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: TOTE BAGS AND ATHLETIC BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: DRINKING GLASSES, PLASTIC CUPS, AND COFFEE MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: TOWELS AND BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: T-SHIRTS, SWEAT SHIRTS, UNDERPANTS, STOCKINGS, SWEATERS, JACKETS, SUSPENDERS, ATHLETIC SHORTS, NIGHT SHIRTS, CAPS, HATS, APRONS, BABY BOOTIES AND CLOTH BABY BIBS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

OWNER OF U.S. REG. NOS. 1,635,763, 1,635,765, AND 1,642,057.

SER. NO. 75-365,924, FILED 9-30-1997.

GEORGE POLOGEORGIS, EXAMINING ATTORNEY

000629

EXHIBIT 2

ONLINE STORE

... Augusta Half-Zip Chill Fleece

Trinity achie... wanted ...

100% polyester, no-pull ultra-soft Chill Fleece, 7.8 ounce, pullover styling with set-in sleeves, half zipper zips to top of collar, logoed zipper pull, black lycra binding trim on cuffs and bottom, two front seam pockets, machine washable

**Price: $48.00** item #: S-001, M-002, L-003, XL-004, 2XL-005

*Click on image to view larger*

Click Here to Order

**SWEAT SHIRT**

**Fruit of the Loom**

sizes: S-2XL

**12 Ounce Supercotton Set-in Sleeve Sweatshirt**

90% cotton, 10% polyester, 12 ounce, preshrunk, double-needle cover stitched seams, seamless cotton rib collar, rib cuffs and waistband with Lycra, extra length and width specifications for a full cut and loose fit

**Price: $38.00** item #: S-006, M-007, L-008, XL-009, 2XL-010

*Click on image to view larger*

Click Here to Order

000630

**TEE-SHIRT**

Fruit of the Loom Lofteez

sizes: S-4XL

EXHIBIT 3

# Appendix B:
# Department's Exhibits

# BEFORE THE ALABAMA STATE PERSONNEL BOARD

**IN THE MATTER OF** )
)
**VIRGINIA HOPPER** )
)

**Exhibits submitted by the Alabama Department of Human Resources**

1. Letter of Dismissal
2. Recommendation of the DHR Hearing Officer
3. Information on Ms. Hopper's Degree Provided to DHR by the State Personnel Office
4. Sample diploma from Bronte University
5. Letter to Ms. Hopper from Jackie Graham Regarding Reemployment Register
6. Ms. Hopper's Account Clerk Application
7. Ms. Hopper's Accounting Tech I Application
8. Information Regarding Trinity University
9. Information Regarding Bronte University

**JOEL C. MARSH**
**Assistant Attorney General**
**State of Alabama Department of Human Resources**
**Attorney for DHR**

**000631**



RILEY
rnor

State of Alabama
Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

Page B. Walley, Ph.D.
*Commissioner*

August 14, 2006

Virginia Hopper

Dear Ms. Hopper:

This is to inform you that effective at 3:30 p.m. August 14, 2006, your employment with the Department of Human Resources will be terminated. This action has been made necessary because of your violation of the Rules of the State Personnel Board.

Specifically, you were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19-.01 (2)(f) Falsification of Records of the Rules of the State Personnel Board. You indicated on your application for Accountant that you had a college degree. You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position.

On June 22, 2006, an administrative hearing was held at the Department of Human Resources. The hearing officer that heard the facts in this personnel matter has found that the evidence and testimony supports the charges. A copy of their recommendation to the appointing authority is attached.

You are advised that you have the right, within 10 days after receipt of written notice of dismissal, to request a hearing before the State Personnel Board. Such request should be addressed directly to the Director, State Personnel Department, 64 N. Union Street, Montgomery, Alabama 36130.

000632

Sincerely,

Page B. Walley, PhD
Commissioner

EXHIBIT
tabbies
DHR 1

BEFORE THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES

IN RE: VIRGINIA HOPPER
ADMINISTRATIVE PERSONNEL HEARING

RECOMMENDATION OF THE HEARING OFFICER

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's employment with the Alabama Department of Human Resources (DHR). The hearing was held on June 22, 2006. Mrs. Hopper was present and was represented by her counsel Jim DeBardeleben. Mr. DeBardeleben questioned the DHR witness, examined the evidence, presented testimony, and offered exhibits on behalf of Mrs. Hopper. DHR was represented by its attorney, Hon. Joel C. Marsh..

Mrs. Hopper was charged by DHR with falsification of records in her application for employment in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her accountant position with DHR because she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated that they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

000633

EXHIBIT
DHR 2

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I and II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

FINDINGS OF FACT

The evidence presented at the aforementioned hearing shows that Mrs. Hopper stated on her Application Examination for an Accountant position that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Mrs. Hopper's own testimony, established that, for 17 of these courses, Mrs. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at work-related seminars and on her work experience. Trinity University in San Antonio, Texas has no record of Mrs. Hopper ever being registered as a student or receiving credit for any courses. Consequently, the undersigned hearing officer finds that Mrs. Hopper falsified information on her Application Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f).

Mrs. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, the undersigned hearing officer finds that Mrs. Hopper knew she did not have a degree from Trinity University in

San Antonio and she knew that she did not have a valid college degree when she completed the application for accountant. In addition, the position of Accountant with DHR requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration, and that the applicant must have completed five (5) college level accounting courses, including Intermediate Accounting II. The evidence presented at the hearing clearly demonstrated that Mrs. Hopper does not have a valid college degree, and that she has not taken Intermediate Accounting II, or an equivalent course. Consequently, the undersigned hearing officer finds Mrs. Hopper that is not qualified for the position of Accountant with DHR.

CONCLUSIONS OF LAW

The undersigned recommends that Mrs. Hopper be discharged from her employment with DHR because: she falsified her Accountant application; she is not qualified for the position of Accountant because she does not have a valid college degree; and because she has not taken all of the required courses for the position of Accountant with DHR.

DONE this 7th day of August, 2006.

Philip O. Tyler
Administrative Hearing Officer

Post Office Box 3310
Auburn, Alabama 36831-3310
Phone: (334) 821-3892
Fax: (334) 826-9467




**STATE OF ALABAMA**
**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

C O N F I D E N T I A L

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachment 1

TION FOR EXAMINATION

STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

2003 NOV 21 P 1:53

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Examination For Which You Are Applying (one per application) 10611

10611 Accountant

Option (if applicable)

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) Elmore (County) 26 36022 (Zip Code)

Telephone Number: Home (334) [redacted] (Area Code) Work (334) 242-2224 (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31 LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of time compensation for any overtime hours worked.

Signature *Virginia S. Hopper* Date 11/21/2003

000638

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

Attachment 2

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting ✓

ACCT 1302 Managerial Accounting ✓

ACCT 4344 Auditing ✓

MGMT 2301 Management

MKTG 2302 Marketing

IGMT 3372 Org Behavior ✓

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior ✓

BUSN 3301 Statistics

BUSN 3302 Busn Law I ✓

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

Attachment 3

# Business Administration
# B. S. Concentrations and Requirements

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum.

II. A core curriculum in Business Administration (24 hours):

ACCT 1301 - Fundamentals of Accounting
ACCT 1302 - Fundamentals of Managerial Accounting
BUSN 2301 - Statistics for Management and Economics
BUSN 3302 - Legal Concepts of Business I
*BUSN 4301 - Business Policy and Strategy
**FNCE 3301 - Financial Administration of Business Firms
MKTG 2301 - Principles of Marketing
MGMT 2301 - Management of Organizations

* Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.

** Students should note that ECON 1311 is prerequisite for FNCE 3301 In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis

III. Completion of BUSN 3303 - Quantitative Managerial Decision Making

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

V. Completion of elective hours that bring the total in Business Administration courses to at least 45 semester hours.

VI. Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

000640

A student who pursues either a major or minor in Business Administration must

take 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University. At least 50% of the credit hours required for a concentration must be taken at TrinityUniversity.

---

000641

Attachment 4

SORRELL COLLEGE OF BUSINESS

Accreditation
B.S. / B.A. Business Administration Degree Requirements
Business Administration Core (42 Hours)
Majors:
- Accounting Major (30 Hours)
- Finance Major (30 Hours)
- General Business Major (30 Hours)
- Information Systems Major (30 Hours)
- Management Major (30 Hours)
- Marketing Major (30 Hours)
- Risk Management and Insurance Major (30 Hours)

B.A.S. in Resources and Technology Management
Business, Associate of Science (60 Hours)
Minors:
- Business Administration Minor (18 Hours)
- Information Systems Minor (18 Hours)

University Overview
Student Admissions and Regulations
General Studies Program
Special Academic Offerings
Financial Information
Degrees and Required Credit Hours
Colleges
Course Descriptions
Board of Trustees, Administration, Faculty
Index

TROY Home
Catalog Table of Contents

The academic mission of the Sorrell College of Business is to prepare a diverse bo students for entry and personal growth in business and government-related careers means of high quality instruction delivered in traditional, nontraditional, and emergi electronic formats.

Our students are currently employed in, or endeavor to be employed in, business, government, public accounting, the U.S. military, and not-for-profit organizations, b United States and the world over. Today many are, or intend to be, self-employed. Undergraduate students are prepared for admission to graduate programs in busin information systems, and professional schools of law. Sorrell College of Business s graduate with the knowledge and skills needed to communicate effectively, to mak and socially-responsible decisions, and to understand diverse and international cul

Sorrell College of Business faculty members are highly qualified and possess diver academic and business backgrounds. Because our faculty members have "real-wo experience, course instruction focuses not only on vital concepts but also on practi application of these concepts.

All academic programs offered by the college assist students to develop the knowl skills, and attitudes necessary to understand and cope with the challenges faced b and organizational leaders in a dynamic, global workplace. The curriculum is highly to the needs of students and the requirements of their employers. Combining the re of the curriculum with the fact that our faculty holds students to a high standard thr their academic experience at Troy means that the academic programs offered thro Sorrell College of Business are designed to provide a firm foundation for professior business leaders who, upon graduation, will have the skills necessary to embark or change course in, successful careers in business, industry, and government.

Majors within the Bachelor of Science (or Arts) Business Administration degree are accounting, general business, finance, information systems, management, marketi risk management and insurance. Within the management and general business ma students may select concentrations that focus on international business, business economics, human resource management, small business and entrepreneurship, a production and operations management. Within the information systems major, stu focus on networking, general information systems, or web development. A Bachelo Applied Science degree is offered in resources and technology management. Mino offered in business administration and information systems.

000642

## ACCREDITATION

Troy University, through its Sorrell College of Business, is nationally accredited by Association of Collegiate Business Schools and Programs (ACBSP) to offer baccal degree programs in accounting, finance, general business, information systems, management, and marketing. The ACBSP has also accredited Troy to offer the Ma Business Administration.

## B.S. / B.A. BUSINESS ADMINISTRATION DEGREE REQUIREMENTS

| | |
|---|---|
| General Studies | 48 hours [1] |
| Business Administration Core | 42 hours [2, 3, 4] |
| Courses in the major | 30 hours [3, 4] |
| Total | 120 hours |

[1] The 48 hours of general studies must include six hours of Principles of Econom and MTH 2201, completed with a grade of C or better.

[2] Students must complete the following lower-level courses (or their approved tra credit equivalents) with a grade of C or higher in each course before registering for level course in the business curriculum: ENG 1101/03, ENG 1102/04, MTH 2201, I ACT 2291, ACT 2292, ECO 2251, ECO 2252, QM 2241, LAW 2221, and all 2000-l courses in the major and minor. Students may enroll concurrently in the last of thes along with their initial 3000-level courses subject to their adviser's approval and co with published prerequisite requirements. Under no condition may a student enroll 4000level course without the satisfactory completion (grade of C or higher) of the l courses listed above.

[3] Transfer credit will not be awarded for any course to be used in the business co major in which a C grade or higher has not been achieved.

[4] Students must achieve an overall C average in both their business core and the business major in order to be eligible to graduate. All courses should be taken in th appropriate numerical sequence (i.e., 3000-level courses should be completed bef attempting 4000-level courses).

 top

## BUSINESS ADMINISTRATION CORE (42 HOURS)

| | | | |
|---|---|---|---|
| ACT | 2291 | (3) | Principles of Accounting I |
| ACT | 2292 | (3) | Principles of Accounting II |
| BUS | 3382 | (3) | Business Communications |
| FIN | 3331 | (3) | Managerial Finance I |
| FIN | 3332 | (3) | Managerial Finance II |
| IS | 3300 | (3) | Introduction to Information Systems |
| LAW | 2221 | (3) | Legal Environment of Business |
| MGT | 3371 | (3) | Principles of Management |
| MGT | 3373 | (3) | Operations Management |
| MGT | 4476 | (3) | Strategic Management |
| MKT | 3361 | (3) | Principles of Marketing |
| | | | |

000643

| QM | 2241 | (3) | Business Statistics I |
|---|---|---|---|
| QM | 3341 | (3) | Business Statistics II |
| *Select one course with permission of faculty adviser:* | | | |
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select one business administration major (30 hours):*
- Accounting
- Finance
- General Business
- Information Systems
- Management
- Marketing
- Risk Management and Insurance

 top

ACCOUNTING MAJOR (30 HOURS)

*B.S./B.A. in Business Administration degree with a major in accounting (ACT*

| ACT | 3391 | (3) | Intermediate Accounting I |
|---|---|---|---|
| ACT | 3392 | (3) | Intermediate Accounting II |
| ACT | 3394 | (3) | Governmental Accounting |
| ACT | 3395 | (3) | Managerial/Cost Accounting |
| ACT | 4491 | (3) | Advanced Accounting I |
| ACT | 4494 | (3) | Income Tax I |
| ACT | 4495 | (3) | Income Tax II |
| ACT | 4497 | (3) | Auditing |
| *Select one accounting elective:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| ACT | 4496 | (3) | Managerial/Cost Accounting II |
| ACT | 4498 | (3) | Advance Auditing |

*Select one upper level business course elective.*

 top

FINANCE MAJOR (30 HOURS)

000644

| FIN | 4431 | (3) | Financial Management |
|---|---|---|---|
| FIN | 4432 | (3) | Investments |
| FIN | 4437 | (3) | Financial Institutions |
| *Select six electives:* | | | |

| | | | |
|---|---|---|---|
| FIN | 3333 | (3) | Financial Mathematics |
| FIN | 3334 | (3) | Financial Statement Analysis |
| FIN | 3336 | (3) | Real Estate Finance I |
| FIN | 3337 | (3) | Personal Financial Planning |
| FIN | 4419 | (3) | Speculative Markets |
| FIN | 4434 | (3) | Financial Modeling |
| FIN | 4436 | (3) | Securities Analysis |
| FIN | 4438 | (3) | Bank Management |
| FIN | 4439 | (3) | Finance Seminar |
| FIN | 4440 | (3) | Real Estate Finance II |
| FIN | 4454 | (3) | Public Finance |
| FIN | 4495 | (3) | Selected Topics in Finance |
| RMI | 3335 | (3) | Principles Of Management and Insurance |

*Select one upper level business course elective.*

 top

GENERAL BUSINESS MAJOR (30 HOURS)

***B.S./B.A. in Business Administration degree with a major in general busines Concentrations in general business, business economics, international busi small business and entrepreneurship***

*Select one upper level course in three of the following five areas:*
- Accounting
- Economics
- Finance
- Management
- Marketing

*Select one concentration (21 hours):*
Business Economics Concentration:
· *Select five upper level economics courses (15 hours).*
· *Select two upper level finance courses (six hours).*

General Business Concentration:
· *Select seven upper level courses among the business disciplines, with a limit of tl courses in one discipline.*

International Business Concentration:
·*Select three of the following courses not used to satisfy the business core global i requirement (nine hours):*

000645

| | | | |
|---|---|---|---|
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select two upper level business course electives (six hours).*
*Select two modern foreign language courses (six hours).*

Small Business and Entrepreneurship Concentration:

| | | | |
|---|---|---|---|
| MGT | 4475 | (3) | Small Business Management |
| *Select four of the following courses:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| MGT | 3375 | (3) | Human Resource Management |
| MGT | 4472 | (3) | Organizational Behavior |
| MGT | 4460 | (3) | Introduction to Project Management |
| MKT | 3365 | (3) | Integrated Marketing Communications |
| MKT | 4463 | (3) | Retailing |

*Select two upper level business course electives (six hours).*

 top

**000646**

Attachment 5

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

## Bachelor of Science

with a major in

## Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

000647

British Virgin Islands

Attachment 6

Bronte International University

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

BIU help all I ever Yo

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

**ANTHROPOLOGY**

AN-101 - Introduction to Anthropology

000648

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

**ARCHAEOLOGY**

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

**ART**

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

**ASIAN STUDIES**

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

000649

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

BIOLOGY

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

BUSINESS EDUCATION

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

BUSINESS

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

000650

CHEMISTRY

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**COMMUNICATIONS**

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

000651

Mass communication and the new media technologies of cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

**COMPUTER SCIENCE**

000652

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

000653

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

**ENGINEERING MECHANICS**

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

000654

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

**FINANCE**

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

**000655**

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

**000656**

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

000657

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

**JOURNALISM**

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

**LAW**

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

**LITERATURE**

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

**000658**

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

**MANAGEMENT**

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

**000659**

MAN-432 - Small Business Management

Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics'that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in·he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

MAT-270 - Discrete Mathematics

**000660**

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

**MECHANICAL ENGINEERING TECHNOLOGY**

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

**OPERATIONS MANAGEMENT**

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

000661

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

**PHYSICS**

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

**000662**

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

**PSYCHOLOGY**

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

000663

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

**000664**

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

**000665**

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

000666



HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

# BIU FEES

BIU help
all I ever
Y(

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

**This is What You Get for Your Money!**

**DEGREE**
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

**STUDENT RECORD**
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

**ACADEMIC LETTER OF RECOMMENDATION**
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

**ALUMNI IDENTIFICATION CARD**
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

000667

**REPLICA OF YOUR DEGREE ETCHED IN BRONZE**
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

**FOR GRADUATES !**

LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!

In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

000668

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

Attachment 8

TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

# Bronte
## International University

has conferred upon

## John Q. Sample

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this seventh day of May
Two thousand and four

000670

EXHIBIT
DHR 4



# STATE OF ALABAMA

PERSONNEL DEPARTMENT
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities.. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

000671

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT
DHR 5

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
Jackie Graham
State Personnel Director

13 - Revised November 1997

NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE PERSONNEL DEPARTMENT
64 NORTH UNION STREET, SUITE 300
MONTGOMERY, ALABAMA 36130

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Examination For Which You Are Applying (one per application): Account Clerk — 10601

Option (if applicable)

Full Name: Virginia S. Hopper
(First / Middle / Last)

Address: [redacted]
(House or Apartment Number / Street)

[redacted] — Elmore — 36022
(City / State / County / Zip Code)

Telephone Number: Home [redacted] — Work (334) 353-4112
(Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth: [redacted] (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Graduate or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 4

ED — LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| See Attached | | | | | | | | |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

TSUM Principles of Accounting II 5qtr. hrs.
TSUM Principles of Accounting I 5qtr. hrs.
WCS Intro into Accounting

000673

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature: Virginia S. Hopper — Date: 8/28/98

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT DHR 6



Phone

# Virginia Hopper

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in accounting.

**Qualifications**

Experience in accounting, insurance experience in underwriting, return of premium, Workers Compensation reinsurance claims, computer skills, general office skills, and organizational skills.

**Education**

Lee High School Montgomery, Alabama
Troy State University Montgomery, Alabama
Wetumpka Vocational School 1993
- Computer Applications I & II
- Accounting

Wetumpka Vocational School 1995
- Windows 3.1

SIR/NCIGF Working Together Seminar 1994
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
NAIC Reinsurance Seminar 1996

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, and Quicken
Currently training in Word, Excel, and Access

**Employment History**

2/94 – Present State of Alabama, Department of Insurance.
Receivership Division (Contract)

Accounting Technician II

- Reconcile Bank Statement for all estates

- Prepare cash balance, transactions, and missing check reports
- Retrieve data from an on line accounting system
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Prepare and process checks by on computer system
- Calculate and file claims subject to reinsurance
- Research records and provide medical updates on claimants for reinsurers
- Account receivables, agents collection accounts, premium collections
- Calculate and process return of premium
- Communicate with policyholders and agents
- Communicate with providers on behalf of claimants
- Maintain mortgage loan accounts

After fifteen years as homemaker and mother of two, I returned to the business world.

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients, updated medical and dental file
- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments

Extracurricular Member of First Assembly of God church choir and drama team.

DO NOT WRITE IN THIS SPACE

RECEIVED

OCT 25 2 35 PM '99

STATE OF ALABAMA PERSONNEL DEPARTMENT

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Examination For Which You Are Applying (one per application): Accounting Tech I - 10603 | 10603 | Option (if applicable)

Full Name: Virginia (First) S. (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) Al (State) Elmore (County) [redacted] (Zip Code)

Telephone Number: Home [redacted] (Area Code) Work (334) 353-4112 (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) (Day) (Year) Sex (check one) 1. ( ) Male 2. (✓) Female

Race (check one) 1. (✓) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Graduate or GED? (✓) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 (12) College 1 2 3 4

ED | 20
EC |

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Robert E. Lee - Montgomery | 9/68 | 5/71 | | | ✓ | | General 5/71 | Business |
| Troy State - Montgomery | 6/98 | 8/99 | | 15 hrs. | | | | |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed). See

| | | | |
|---|---|---|---|
| Principles of Accounting I | 5 hrs. | Governmental Accounting | 5 hrs. CC 140 |
| Principles of Accounting II | 5 hrs. | AA Managerial Acc | 5hrs OK |

000677

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature Virginia S. Hopper Date 10/25/99

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT
DHR 7

SOCIAL SECURITY NUMBER

...reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| ...tie Walker | [redacted] | State of AL - Dept. of Insurance |
| ...ina McLain | [redacted] | State of AL - Dept of Insurance |
| ...v Morris Pate | [redacted] | Pastor - First Assembly - Millbrook |

...uld you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

...e you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (✓) No

...ou answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

...e you ever been convicted of a misdemeanor or felony crime? ( ) Yes (✓) No

...ou answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating ...umstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY ...VICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT ...TOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION ...NTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. ...R THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

...gin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed ...s or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| Current or Last Employer: See Attached Resume | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| ...ress | | | | | Type of Business | | |
| FROM Month / Year | TO Month / Year | Total Months | Number of Hours Per Week | | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No |
| ...nber/Title of Employees You Supervised on a Continuing Basis | | | | | Equipment You Operated | | |
| ...ne, Title and Telephone Number of Supervisor | | | | | Reason for Leaving | | |

...cribe Your Duties in Detail

000678

SOCIAL SECURITY NUMBER : [redacted]

| Employer | Your Official Job Title |
|---|---|
| Address | Type of Business |

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

| Number/Title of Employees You Supervised on a Continuing Basis | Equipment You Operated |
|---|---|
| Name, Title and Telephone Number of Supervisor | Reason for Leaving |

Describe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| Address | Type of Business |

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

| Number/Title of Employees You Supervised on a Continuing Basis | Equipment You Operated |
|---|---|
| Name, Title and Telephone Number of Supervisor | Reason for Leaving |

Describe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| Address | Type of Business |

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

| Number/Title of Employees You Supervised on a Continuing Basis | Equipment You Operated |
|---|---|
| Name, Title and Telephone Number of Supervisor | Reason for Leaving |

Describe Your Duties in Detail

USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in State Government.

**Qualifications**

Experience in accounting, insurance experience in underwriting, Workers Compensation reinsurance claims, researching and investigating claims and complaints, computer skills, general office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
MS Excel 97
NAIC Reinsurance Seminar 1996
Wetumpka Vocational School 1995
Windows 3.1
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
SIR/NCIGF Working Together Seminar 1994
Wetumpka Vocational School 1993
Computer Applications I & II
Intro Accounting
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access and Word

**Employment History**

2/94 – Present State of Alabama, Department of Insurance
Receivership Division (Contract)

Accounting Technician II

- Estate Management - manage day to day activities of insolvent insurance companies



Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the major's offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

BIU help all I ever Yc

## ACCOUNTING

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

## ANTHROPOLOGY

000701

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

**ARCHAEOLOGY**

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

ART

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

**ASIAN STUDIES**

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

**000702**

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

BIOLOGY

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

BUSINESS EDUCATION

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

BUSINESS

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

000703

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

CHEMISTRY

CHE-101 - Survey of Chemistry

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

COMPUTER INFORMATION SYSTEMS

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

COMMUNICATIONS

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

000704

COM-121 - Introduction to Mass Communications II

Mass communication and the new media technologies or cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

COMPUTER SCIENCE

000705

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

000706

Automatic testing of electronic devices; electronic instrumentation and control; physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

EARTH SCIENCE

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

ECONOMICS

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

ENGINEERING MECHANICS

000707

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

ENGLISH COMPOSITION

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

ENGLISH

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

FILM

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

FINANCE

000708

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

GEOLOGY

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

HISTORY

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

000709

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln.

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

000710

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

JOURNALISM

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

LAW

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

LITERATURE

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

000711

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature. this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

MANAGEMENT

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision-making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current Issues.

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

000712

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

MARKETING

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

MATHEMATICS

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

000713

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Active participation by students is fostered by means of a variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

000714

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

MECHANICAL ENGINEERING TECHNOLOGY

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

NUCLEAR TECHNOLOGY

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

OPERATIONS MANAGEMENT

000715

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

PHILOSOPHY

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

PHOTOGRAPHY (FILM)

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

PHYSICS

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

000716

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

POLITICAL SCIENCE

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

PSYCHOLOGY

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

000717

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

000718

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

SOCIAL SCIENCES

000719

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

SPANISH

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

STATISTICS

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our Privacy Notice

000720

# Appendix C:
## Transcript of Administrative Appeal Hearing

# STATE OF ALABAMA DEPARTMENT OF PERSONNEL

## HEARING OF VIRGINIA S. HOPPER

December 18, 2006

Pages 1 through 231

CONDENSED TRANSCRIPT AND CONCORDANCE PREPARED BY:

Laura A. Head
Court Reporter
Phone: (334) 286-4938
Cell: (334) 202-4851
lauraheadreporter@charter.net

000721

BEFORE THE

STATE OF ALABAMA

DEPARTMENT OF PERSONNEL

MONTGOMERY, ALABAMA

IN THE MATTER OF: VIRGINIA S. HOPPER

TERMINATION APPEAL

* * * * * * * * * * *

TESTIMONY AND PROCEEDINGS, taken before the Honorable L. Daniel Morris, Jr., Administrative Law Judge, at the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama, on Monday, December 18, 2006, commencing at approximately 8:56 a.m., and reported by Laura A. Head, Court Reporter and Commissioner for the State of Alabama at Large.

* * * * * * * * * * *

APPEARANCES

ADMINISTRATIVE LAW JUDGE:

Mr. L. Daniel Morris, Jr.
Assistant Transportation Director
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama

FOR THE DEPARTMENT OF HUMAN RESOURCES:

Mr. Joel C. Marsh
Assistant Attorney General
50 Ripley Street
Montgomery, Alabama

FOR THE EMPLOYEE:

Mr. Jim DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, Alabama

FOR THE DEPARTMENT OF PERSONNEL (OF COUNSEL):

Ms. Sandra Speakman
Assistant Attorney General
Folsom Administrative Building
64 North Union Street
Montgomery, Alabama

FOR THE DEPARTMENT OF FINANCE (OF COUNSEL):

Mr. Mose Stuart
Assistant Attorney General
State Capitol
600 Dexter Avenue
Montgomery, Alabama

* * * * * * * * * * *

EXAMINATION INDEX

THOMAS STANLEY GOOLSBY
DIRECT BY MR. MARSH . . . . . 10
CROSS BY MR. DEBARDELABEN . . 34
REDIRECT BY MR. MARSH . . . . 44
RECROSS BY MR. DEBARDELABEN . 46

DR. PAGE B. WALLEY
DIRECT BY MR. DEBARDELABEN . . 51

DARBY FORRESTER
DIRECT BY MR. MARSH . . . . . 64
CROSS BY MR. DEBARDELABEN . . 69

JEANNE BRACKIN
DIRECT BY MR. MARSH . . . . . 78
CROSS BY MR. DEBARDELABEN . . 93

VIRGINIA S. HOPPER
DIRECT BY MR. MARSH . . . . . 119
CROSS BY MR. DEBARDELABEN . . 149

JAMES SWEARENGIN, JR.
DIRECT BY MR. DEBARDELABEN . . 166
CROSS BY MR. MARSH. . . . . 169
REDIRECT BY MR. DEBARDELABEN . 171

JACKIE GRAHAM
DIRECT BY MR. DEBARDELABEN . . 174
CROSS BY MR. MARSH. . . . . 209
REDIRECT BY MR. DEBARDELABEN . 210

THOMAS KING
DIRECT BY MR. DEBARDELABEN . . 215

* * * * * * * * * * *

000722

(Whereupon, the following TESTIMONY AND PROCEEDINGS were had and done of Record as follows:)

(Whereupon, Ms. Sandra Speakman was present.)

THE COURT: Why don't we take care of the procedural issues.

MR. MARSH: A couple of minor things. You had requested or the Scheduling Order had requested a copy of the transcript from the DHR hearing, which we provided, but I failed to provide you the exhibits that went with that. So I did want to present those to you as well. And I think Mr. DeBardelaben made copies after the hearing, but I brought him a copy of what was introduced at the DHR hearing.

In addition to that, as we had discussed earlier, taking Commissioner Walley out of turn. He has got some meetings this afternoon with State Finance, so he was coming over about 9:30. And if we could go

ahead and take him out of turn so he could be released to go back, we would appreciate that greatly. And I think that's all I have.

THE COURT: You indicated you may have something.

MR. DEBARDELABEN: Yes, sir. Respectfully, Your Honor, we object to the procedure of this hearing. And the reason I'm doing that, of course, if I don't file an objection, I waive it. And I have some serious doubts about the procedure because in this unique hearing -- and I've been doing this hearing for twenty-five years. It's the first time it's ever happened.

Ms. Graham, the Personnel Director, took an active participation in this case. When we objected to State Personnel carrying out this procedure, Ms. Graham herself, who's already made a recommendation, took an active participation, appointed you. I don't -- I think that in and of itself denies certain Constitutional rights to Mrs. Hopper with a person who had a direct interest making the

appointment. And as I said, I've been doing this for going on twenty-five years both -- from both sides of the table, and I've never seen that.

THE COURT: Let me ask you: Are you objecting to me as the ALJ?

MR. DEBARDELABEN: I'm not objecting to you, sir.

THE COURT: Are you objecting to me as the ALJ?

MR. DEBARDELABEN: I'm objecting to the way she -- the procedure was put in. She -- I'm not objecting to you. She violated the rights when she appointed -- I had a choice to object to you as the ALJ, and I don't object to you as the ALJ. But I wasn't given the opportunity to object to Ms. Graham's use of the procedure. And the only way --

THE COURT: I don't understand that, to be perfectly candid. You've had a month, two months, three months to object to the procedure, and I've seen nothing in writing on that at all.

MR. DEBARDELABEN: No, sir. I was told in writing that we could object to her appointment of the Judge. I have no objection to you as the ALJ.

THE COURT: I understand that. But you didn't object to the procedure either up to now.

MR. DEBARDELABEN: There wasn't an opportunity.

THE COURT: Well, I think there was. But having said that, you're not objecting to moving forward at this point.

MR. DEBARDELABEN: No, sir. I've just got to get that -- I'm not waiving my objection, but I understand you would overrule it. But if I don't raise it, I can't.

MR. MARSH: And, of course, Mr. Morris, we believe that this is a proper hearing, and it's constituted correctly. And that's why you were appointed as an independent person outside of the Department of Personnel. We believe this is a proper setting, and you are

000723

the proper party to hear this.

THE COURT: All right. If I understand correctly, Mr. Marsh, you need to proceed.

MR. DEBARDELABEN: One issue. Ms. Speakman is here. We have her subpoenaed as a witness.

MS. SPEAKMAN: Well, I don't know how you want to do that, Mr. DeBardelaben. I can testify first if you like.

MR. DEBARDELABEN: No, ma'am.

MS. SPEAKMAN: I need to be here to protect my witnesses.

MR. DEBARDELABEN: Well, ma'am, you don't have any witnesses here. This is a Personnel Department. You aren't part of this case. I have her subpoenaed as a witness. She's not shown as any defendant. This is before the Personnel Board. She did investigation, Your Honor. She can't be both. They have other attorneys.

THE COURT: She's counsel -- no. She's counsel for the department. I have a problem with that.

MR. DEBARDELABEN: Well, I just object to her being here, sir, because she did participate in this investigation.

THE COURT: When she has a witness here, it's my ruling she can be in here with her witness. She does not need to be here during any other testimony.

MR. DEBARDELABEN: Okay. I understand your ruling but if I don't raise the question.

MR. MARSH: I have nothing other procedurally.

MR. DEBARDELABEN: I have nothing else.

THE COURT: Well, if you're proceeding, Ms. Spealman, you don't have a witness in here.

MR. MARSH: We're starting now. Stan Goolsby would be our first witness, and he's from the State Personnel office.

THE COURT: Oh, okay.

MR. MARSH: While we're waiting, I do have one other question. According to the Scheduling Order, the exhibits, unless

objected to, were considered admitted. Do I not need then to try to offer them individually to be admitted, or do you deem them all accepted at this point?

MR. DEBARDELABEN: They haven't been objected to.

THE COURT: Deem all of these as accepted.

MR. MARSH: Thank you.

THOMAS STANLEY GOOLSBY

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. MARSH:

Q. Mr. Goolsby, if you would, state your full name for the Record.

A. Thomas Stanley Goolsby.

Q. And, Mr. Goolsby, where do you work?

A. State Personnel Department.

Q. And how long have you worked there?

A. Six and a half years.

Q. Now, Mr. Goolsby, I'm going to get right to the point. Are you -- were you involved in the investigation of a Mrs. Hopper in the issue involving her degree?

A. Yes, I was.

Q. Can you tell us how you got involved in that?

A. I was called to a meeting in the Director's office. And when I arrived at her office, the -- Mr. Thomas, who is our Deputy Director, as well as my direct supervisor, Ms. Darby Forrester, were present. And they indicated that there was an issue, and at that point, they ultimately assigned it to me.

Q. And what did they tell you? You said they indicated there was an issue. What did they tell you?

MR. DEBARDELABEN: Object to hearsay, Your Honor.

MR. MARSH: I'm just -- I'm not trying to prove whether that's true or not but simply to show how he got information that started his investigation.

THE COURT: Go ahead. I'll sort it out.

Q. Can you tell us what they told you?

A. We were -- I was presented with information, a background investigation conducted by the Department of Finance, where there was some type of discrepancy associated with the academic accomplishments of Virginia Hopper.

Q. And what were you asked to do?

A. I was asked to look into the matter and determine as to whether or not a degree that was indicated on her application from a Trinity University in San Antonio was the degree -- was her degree that she had obtained or if there was another university that was involved, a Trinity College and University. I was supposed to separate those two and verify the authenticity of her educational accomplishments.

Q. Let me give you a copy of the exhibits that DHR has presented to this Court. If you would look at Exhibit 3. Do you recognize that document?

A. Yes, sir.
Q. And what is that?
A. That is a memo that was prepared to provide my Director, Ms. Graham, with the conclusion to the investigation that we conducted.
Q. And if you would -- and I'm sorry. Was this a memo that was prepared jointly by you and Ms. Forrester?
A. That's correct.
Q. If you would look at the Attachment 1 to that exhibit, I think three pages back. What is that attachment?
A. This is a copy of Ms. Hopper's employment application for the Accountant classification.
Q. And down two thirds of the way down where she's got name and location of school, is that the Trinity University you're representing you're trying to sort out or she had a degree from?
A. Correct. Trinity University from San Antonio, Texas.
Q. Now, what did you do in your investigation?

A. Upon receiving the investigation, we left Ms. Graham's office with the intention to keep the information quite confidential due to the fact that one of the -- the daughter of Mrs. Hopper works with our department in the Examinations Division. So we went back and we, Ms. Forrester and I, began to look on the internet to determine -- find out more information about Trinity University and then also connect Trinity College and University into the picture to try and get a bigger -- a better idea of what had happened.
Q. And what did you find out?
A. Well, first we found out that Trinity University is a legitimate institution. It is in San Antonio, Texas. We also found out that Trinity College and University, the information that was provided to us --
Q. Let me stop you just for clarification. When you say Trinity College and University, you're referring to a different institution than Trinity University; is that correct?
A. Correct.

Q. Okay. Please go on.
A. Okay. And I keep referring to Trinity College and University based on the fact that, when Mrs. Hopper was asked to provide Finance with her educational accomplishments, she provided a diploma that she had received. It's an attachment in this document, in the memo that I prepared. That's going to be Attachment 5.
Q. Would you look in there to see if you see Attachment 5?
A. And Attachment 5 is from Trinity College and University. So that's why the investigation included Trinity College and University.
Q. And this diploma was a diploma provided by Mrs. Hopper?
A. Correct. And Trinity University in San Antonio, Texas, we got that from the employment application and then Trinity College and University from the diploma that Mrs. Hopper provided.
Q. Please go on and tell what else you discovered.

(Whereupon, Mr. Mose Stuart entered the room.)

A. Okay. If I could follow the memo because that lays out how we conducted the investigation.
Q. Sure.
A. Could I have some water as well?
Q. I would share mine, but that's all I've got.

MR. DEBARDELABEN: Your Honor, for the Record, who just came in?

THE COURT: Yes, I saw that.

MR. MARSH: This is Mose Stuart from the Finance Department.

MR. STEWART: Jeanne Brackin is here. I thought y'all needed to know that.

THE COURT: Okay. He has objected to people being in here when they don't have a witness. So whenever she comes in, it will be fine.

(Whereupon, Mr. Mose Stuart exited the room.)

A. Okay. Took the information from the job application that said Trinity University, San

Antonio, Texas, and then in Attachment 5, we combined that with the Trinity College and University from the degree. And on the internet, we looked to try and kind of give us hints as to where to go in our direction. We found the home site for Trinity University in San Antonio, Texas, where she said she got her degree in May of 2002. And then we tried to find the Trinity College and University based on the URL for the website that was provided by documentation submitted to us by the Finance Department. When we typed in that URL, it was no longer valid. So our job there was to try and determine what happened to Trinity College and University or try and find another URL or site for that university, which we were unable to do. We did find information that tied Trinity College and University back into another institution called Bronte International University. And Bronte International University, the reason that we tied that together would be because the diploma for Bronte International

University and the diploma for Trinity College and University that was provided by Mrs. Hopper -- yes, sir, that's it.

Q. Would you look at Exhibit 4 in the exhibit list, please?

A. Comparing this exhibit here, the Bronte International University diploma, back with the Trinity College and University diploma, the setup for the entire diploma including the signatures at the bottom were identical to the one that she provided us as well as the context that was listed on the website. So all of the information that was on the website was very similar.

Q. So did you discover information that Trinity College and University had become Bronte University?

A. The information that was provided to us from the internet indicated that Bronte --

MR. DEBARDELABEN: Your Honor, respectfully, unless he has information -- I am going to object to information provided from the internet. That can be quadruple

hearsay. And it's in cyberspace out there. We don't know how true it is.

MR. MARSH: This is an online university which we -- was researched online through the internet. That's the only way the information could have been accessed. Obviously, you can give it what weight that you want. We believe it is appropriate to be presented to the Hearing Officer based on the research that was done and the direct observations. I think you can also say these are business records. It's information printed by the institution on the internet, and that clearly goes to show the connection with Bronte and Trinity College and University.

THE COURT: I will admit it and give it the appropriate weight.

A. Okay.

Q. Continue, please.

A. Okay. After we had tied those two universities together, the focus shifted back to the employment application. The exhibit,

000726

Attachment 2 from the memo that we provided lists the -- it lists the relative courses that were particularly related to the Accountant position that Mrs. Hopper had applied for. In reviewing --

Q. Hold on. Let me ask you: Was this a list that was provided by Mrs. Hopper as part of her application?

A. Correct.

Q. Go ahead.

A. In reviewing these course listings, the shift focused towards Trinity University in San Antonio, Texas, the university that was provided on the employment application, to try and see if these institutions were indeed provided by Trinity University.

Q. You said these institutions. You mean these courses?

A. The courses that were listed on Attachment 2, yes, sir.

Q. And what did you find out?

A. We found out that several of the course listings were indeed from Trinity University

in San Antonio, Texas. Those were the curriculum that were provided for the Bachelor of Science in Business Administration.

Q. Specifically, in Attachment 2 to Exhibit 3, that list of courses, do you know which of those courses were the ones that corresponded to those offered by the Trinity University in Texas?

A. Seven of the twenty-two courses that were listed of the Accountant -- it's abbreviated ACCT -- 1301, 1302, as well as Management, abbreviated MGMT, 2301, Finance 3301, Business 3302, Business 4301, and Business 3303 were the ones that corresponded with the Bachelor's of Science in Business Administration.

Q. What did you do next?

A. We also looked at Troy University because there had been a history associated with her taking classes at Troy University Montgomery. So we looked at their website to see if there were any classes that

corresponded with her course listings that she had provided to us with her employment application. And we found that several of those courses, specifically with relation to accounting, were listed there. Principles of Accounting I, II, Managerial Accounting, Intermediate Accounting, and then Governmental Accounting were all ones that she had obtained from Troy University Montgomery.

Q. And let me go back just a second. Attachment 3 to your memo, is that the information you obtained off the internet showing courses at Trinity University in Texas?

A. Yes, sir.

Q. And then Attachment 4, what is that?

A. This is the course listing from Sorrell College of Business, which is Troy University's business college.

Q. And you took these again and matched them up to what Mrs. Hopper had listed on her application?

A. Correct.

Q. What did you do next in your investigation?

A. Okay. Once we had -- we also looked at the course listings for Trinity College and University. This is the one in British Tortola. And the -- let's see.

Q. And it's the one that's now known as Bronte?

A. Yes, sir, that's correct. We also looked at Bronte International University's course listings and the schematic codes, and the titles for the classes did not correspond with any that she had listed on her employment application. Then after that, we -- that's when I passed the information along to our attorney, and she was to contact --

MR. DEBARDELABEN: Your Honor, again, I raise an objection. The attorney is here, and the information now we find out we are passing along to her. She was directly involved. She is a witness. Once the attorney becomes a witness, they can't represent someone when they are involved in it. And now, through his testimony, she has

000727

become a witness. I think she is putting herself out of being a counsel. Now she is a witness. And once she is a witness, they can't -- an attorney cannot be giving advice like that, sir.

THE COURT: Mr. Marsh, have you got any comment on that at all?

MR. MARSH: Well, I think you have already ruled on this. She is here to represent her clients or folks assigned to her department in here, and we see no reason to exclude her from this hearing. I don't think she's going to hear anything that's going to influence her testimony later. I haven't called her as a witness, so I'm not sure exactly what question is going to be asked of her. But I don't see any reason --

THE COURT: You don't want to take her out of turn? She's offered to do that.

MR. DEBARDELABEN: No, sir. Take her out of turn -- you know, I need her -- all these other witnesses here before I take Ms. Speakman. But she did -- I'm not saying

she put herself in this position. Somebody put herself in the position not of giving legal advice but in participating in this investigation. Now it appears to be direct participation. There's letters to and from. And once she crossed the line and became a participant, she could no longer be the legal representative. That's the ruling I always -- since I was in law school they told us.

MR. MARSH: And I'm not aware of any authority to that effect in a personnel hearing that that is applicable to a situation like this. So again, we would say that she has a legitimate right to be here to represent her client.

MS. SPEAKMAN: Would you like me to address this?

THE COURT: Please.

MS. SPEAKMAN: I served in my capacity as an attorney to the department when I -- or when Mr. Goolsby came to talk to me. My involvement in this investigation is slight,

and I believe Mr. DeBardelaben, when he questions me, will be highly disappointed in the level of my involvement in the investigation.

MR. DEBARDELABEN: Your Honor, it's not the level of her involvement. It's that she was involved in the investigation. The level doesn't matter. There is no such thing as a little bit pregnant. She participated in the investigation, and once she participates in the investigation, rather than -- you know, she gave legal advice. I understand that. That's what legal counsel is supposed to do. But when she stepped over that line of giving legal advice and participated, then she can no longer be -- give legal counsel.

THE COURT: I haven't heard any evidence that she participated in the investigation. He said he took this to her. I am assuming in her capacity as counsel.

MR. DEBARDELABEN: Sir, if you will look, she has written letters, at least one letter, my Exhibit Number 7. Ms. Lewis wrote

back to her, and apparently she is writing to Ms. Lewis requesting information, sir.

MS. SPEAKMAN: Permission to speak, Judge Morris. Attorneys regularly act on behalf of their department to gain information during -- for all causes and reasons. And these letters often show up in personnel hearings as well as trials in courts, and I don't think it's unusual to find that my signature is on two letters of correspondence in this action. And yet I would still believe that I could still represent our witnesses in this hearing as well.

MR. DEBARDELABEN: You have my objection, Your Honor.

THE COURT: I do.

MR. DEBARDELABEN: Not that I enjoy raising these objections.

THE COURT: As I said before, you need to do what you to need to do. I appreciate that. I'm going to leave her in here for now.

000728

MR. DEBARDELABEN: For the Record, I will take exception.

Q. Mr. Goolsby, will you pick up in your testimony? You said you had done something as a result of your investigation?

A. The issue was that I had tried to obtain information from Troy University as to what specific courses she had listed, and at that point, she had told me that she would not give me that information.

Q. She being?

A. The registrar at Troy University. So she would not give me that information. At that point, I was going to see if our attorney could get that information.

Q. Let me go back to Attachment 6 -- we haven't discussed that yet -- to your memo. Can you describe what Attachment 6 is?

A. Attachment 6 is the course descriptions that we obtained from Bronte International University.

Q. And is this what you attempted to connect up with what was listed on the application of

Mrs. Hopper?

A. Correct.

Q. And then looking at Attachment 7. What is Attachment 7?

A. Attachment 7 is a description of the fees and types of degrees you could obtain from Bronte International University.

Q. And Attachment 8?

A. Is a letter from the Office of the Registrar at Trinity University in San Antonio, Texas, that indicates that they have no records for Virginia S. Hopper and that Trinity University San Antonio does not provide online or correspondence courses for students and are not affiliated with any other Trinity colleges or universities.

MR. DEBARDELABEN: Again, Your Honor, I renew my objection. It says, Attention: Ms. Speakman.

THE COURT: It says what?

MR. DEBARDELABEN: It says, Attention: Sandy Speakman. It says, Good afternoon, Sandy, on this exhibit.

THE COURT: Where are you?

MR. DEBARDELABEN: His Exhibit 8, Your Honor, on Trinity University.

MR. MARSH: The last page of Exhibit --

THE WITNESS: Attachment 8.

MR. MARSH: Attachment 8, last page.

THE COURT: It will make it cleaner. Why don't you leave, Ms. Speakman?

MS. SPEAKMAN: I don't feel comfortable, Judge Morris, leaving my witness without an attorney. I can secure someone else.

THE COURT: Then get somebody else. Now, where are we going to get somebody else?

MS. SPEAKMAN: I have secured an attorney to represent me today. I can call her to see if she's available. However, she's not familiar with the ins and outs of this proceeding. She is just only familiar with whatever it is that Mr. DeBardelaben might ask me. I have concerns about that, Your Honor.

MR. MARSH: Mr. Morris, I mean, again, given the limitations of state government, we don't have -- or most agencies don't have vast legal offices. I don't think State Personnel does and to have a requirement that is -- she obviously is going to be involved in investigations that go on within that. And if that excludes her from any participation in representing her clients, I mean, state government cannot work like that and certainly the Personnel Department cannot work like that. And I have heard nothing so far that would cause a conflict with her being present here. There has been no questions that have prodded information that would then later cause a problem with her testimony.

MR. DEBARDELABEN: Your Honor, it's not the conflict. When she stepped over the line and began not giving legal advice but began to actively participate in an investigation that she is not wearing the attorney's hat, she's wearing an investigator's hat, that

000729

puts her in a different situation. And by putting her in that different situation, Your Honor, she goes away from being an attorney. I would never question Ms. Speakman as to the legal advice she gave because I'm not entitled to do that, but I am entitled to find out about her -- what she did on investigation. And once she becomes an active participant in an investigation, it puts another hat on that. I knew she did a little bit when I put her down as a witness, but when we had discovery, I found that and I put her down as a witness for that. Once I put her down as a witness, that gave State Personnel or should have given them notice that she is going to be a witness and they had that opportunity. That's -- you know, I'm kind of in a quandary here, Your Honor. I don't want to hold up the hearing, but then again, I can't waive that objection.

THE COURT: Well, I'll take the objection, and let's go forward with her in here. We've been through this now a bunch of

times.

MR. DEBARDELABEN: And, Your Honor, so I won't object anymore, can I just have a continuing objection to that?

THE COURT: Certainly. That makes life a lot simpler for all of us.

Q. Mr. Goolsby, did you have any other involvement as far as your investigation into this case goes?

A. Once we had done the investigation, it was at that point that we wrote the memo. After the memo had been presented to Ms. Graham, a meeting was called with representatives from the Department of Human Resources, and I was -- I attended that meeting as well.

Q. Did you find any evidence that Mrs. Hopper had any -- had ever attended any courses at Trinity University in San Antonio, Texas?

A. According to information provided to us by Trinity University in San Antonio, Texas, the answer to that would be no, that we do not have any evidence that she attended any courses at that university.

MR. MARSH: Thank you. That's all I have.

CROSS EXAMINATION

BY MR. DEBARDELABEN:

Q. What's your educational background?

A. I have a bachelor's degree from Auburn University.

Q. And what's that degree in?

A. Finance.

Q. Finance. How much training have you had in conducting investigations?

A. As far as training specifically?

Q. To conduct an investigation.

A. To conducting investigations? Educational experience-wise?

Q. Yes. Educational or training.

A. From a training perspective, my job as a classification and pay analyst, when we receive a request to evaluate a position or to conduct a salary review of a classification, we would look into -- conduct interviews with people to determine their -- the type of work that they do, compare it

back to the information that they provided to us so -- and then in the end come up with a conclusion or a recommendation as to whether or not it would be feasible for that person to be promoted. So that could be investigative work.

Q. So you've never had a course on how you would conduct an investigation?

A. A specific course?

Q. Yes, sir.

A. No, sir.

Q. What would you define an investigation to be?

A. An investigation to me would be to -- for someone to present you with information, and then you go back and determine as to whether or not that information is indeed accurate.

Q. Okay. So you don't think an investigation is reconstruction of the facts surrounding a situation?

A. Say that again.

Q. Reconstruction of the facts or events surrounding a situation.

A. That could be part of an investigation, sir.

000730

Q. What else do you do with an investigation besides reconstruct the facts and events that surround a situation?

A. Ultimately make a conclusion.

Q. Then that's not an investigation, is it, if you make a conclusion? An investigation gives all the facts. Once you make a conclusion, you become a decision maker.

MR. MARSH: Objection. He never said that he didn't form a conclusion. He said he did an investigation and came to a conclusion. He never implied that that was part of his investigation, the conclusion. We're talking semantics here.

THE COURT: We are, and I'm listening to it. It is semantics.

Q. Now, did you ever, ever call in Mrs. Hopper and say, We would like to talk to you?

A. No, sir.

Q. Okay. I want you to look at something on your Exhibit 3, the Certification Statement. Will you read that first line of that Certification Statement?

MR. MARSH: Are you on Attachment 1 to Exhibit 3?

MR. DEBARDELABEN: Yes. Page 3, I think it is.

A. On this page, sir?

Q. Yes, sir. Would you read that out loud, please, sir?

A. I certify that all statements on or attached to this application are true and correct to the best of my knowledge.

Q. Okay. What did you do to determine if these statements were true and correct to the best of Mrs. Hopper's knowledge?

A. This Certification Statement is something that Mrs. Hopper has agreed to.

Q. I appreciate your answer. My question was: On your investigation, what did you do to determine that the statements or attachments to this application were true and correct to the best of Mrs. Hopper's knowledge?

A. The only thing that I could do would be to see if she, according to this application, received a degree from Trinity University in

San Antonio, Texas, which she -- which the university said that she did not.

Q. So -- I again appreciate your answer. So you did nothing to see if it was true and correct to the best of Mrs. Hopper's knowledge at the time she signed this statement, did you?

A. That was not my assignment.

Q. Okay. What was your assignment?

A. My assignment was to see if -- and if I can read from my memo. The primary purpose of the investigation was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas, that is listed on Mrs. Hopper's employment application for the Accountant classification.

Q. Okay. Did you determine she got a degree from Trinity College and University?

A. I would assume so since she provided that as her educational documentation.

Q. At any time that you were doing this investigation, did you become aware that

Trinity University in San Antonio sued the institution called Trinity College and University on April the 14th, 2004?

A. No, sir.

Q. Were you -- you never were aware that Trinity College and University was being sued by Trinity University?

A. I never was aware of that fact.

Q. Is there -- did you ever find a website of -- and listen to the question -- of Trinity College and University?

A. I did not.

Q. Okay. You said you found a website of something called Bronte University?

A. Bronte International University.

Q. Okay. Did you ever inquire into Bronte International University to give you the same -- the course number they used for Trinity College and University?

A. In my attempt to contact Bronte International University, they did not respond.

Q. So you made no contact with Bronte International University?

000731

A. They made no contact with me.

Q. How did you attempt to contact them?

A. Through email.

Q. Through email. Did you try to find out their telephone number?

A. I did not find a listing of a telephone number.

Q. You say they are in -- where are they located now?

A. If I recall, it's -- let's see. Tortola, British Virgin Islands.

Q. Did you contact the British Virgin Islands to find out about Bronte International University?

A. I did not unless the email would count as contacting them there.

Q. How many attempts did you make to contact Bronte International University?

A. One.

Q. One. And when was that?

A. I do not recall.

Q. Okay. You said you presented the memo to Ms. Graham. A meeting was called with a

representative of Human Resources. Who were those representatives that attended the meeting?
A. I did not know all of the representatives from the Department of Human Resources. I do recall that their top attorney was present as well as the HR Director, which would be Butch King. I believe there were one, maybe two other representatives there.
Q. And what was discussed at this meeting?
A. The findings of our investigation, which are provided in the memo.
Q. Were there any recommendations made?
A. No, sir, we did not make any recommendations.
Q. Okay. How many other such investigations have you made?
A. From what time frame are you speaking of?
Q. In the last six years.
A. Six years?
Q. Uh-huh.
A. During my employment with State Personnel?
Q. Correct.
A. Two such cases.

Q. And who was that on?
A. One would be Mrs. Hopper and another would be Mr. Swearengin.
Q. Mr. Swearengin. And what was the conclusion of Mr. Swearengin's investigation?
A. The conclusion to Mr. Swearengin's investigation was that he had presented on his employment application for various classifications that he had obtained a degree from another university.

MS. SPEAKMAN: Judge Morris, I don't know if it's appropriate -- I'm just questioning what the relevancy of this matter is.

MR. MARSH: And I don't have objection to it so --

MS. SPEAKMAN: Excuse me.

THE COURT: Okay.

MR. DEBARDELABEN: Just one second, Judge.

Q. How much did Mr. Forrester participate in this investigation?
A. Ms. Forrester?

Q. Is it Ms. Forrester?
A. Correct.
Q. Okay.
A. Well, Ms. Forrester is my immediate supervisor. So as far as her involvement, when we would research the internet to put pieces of the investigation together, she was involved in that. I prepared the memo. She would have, as my supervisor, reviewed and made any changes that she felt were necessary.
Q. Could we say your investigation determined that the degree was not from Trinity University but was from Trinity College and University?
A. I'm not sure I understand your question.
Q. Well, you said -- we're looking at the validity of the Bachelor of Science degree in Business Administration from Trinity University in San Antonio. Did your investigation determine that the degree was not from Trinity University but from an organization with the name of Trinity College

000732

and University?
A. We determined that the degree was not from Trinity University in San Antonio and that there was another degree that had been presented from Trinity College and University. We did not attempt to verify that degree.
Q. But you attached that degree from Trinity College and University to this as Attachment Number 5.
A. That held proof that she did not attend Trinity University in San Antonio.
Q. But it also proved apparently that she did attend -- had a degree from Trinity College and University, didn't it?
A. That's what the piece of paper says.
Q. But you never did investigate that.
A. The investigation and the purpose was to determine whether she received her degree from Trinity University not Trinity College and University.

MR. DEBARDELABEN: Okay. That's all.

REDIRECT EXAMINATION

BY MR. MARSH:

Q. You were asked about an investigation that you conducted on Mr. Swearengin. Did that involve whether he had a legitimate degree from a university?

A. Correct.

Q. What did you conclude from that investigation?

A. Really, in this instance, I was involved in the immediate, like, in the beginning stages of the process. After that, I'm not certain as to what happened.

Q. What did you find in your investigation?

A. There was an institution. I really don't -- I think the name of the institution was Shelburne. And in research through the internet, we found that that is also not an accredited institution. It is considered a diploma mill.

Q. And Mr. Swearengin, what is his relationship to Mrs. Hopper?

A. It is my understanding that that is Mrs. Swearengin Hopper's brother.

MR. MARSH: Thank you. I have nothing further.

RECROSS EXAMINATION

BY MR. DEBARDELABEN:

Q. Isn't it true that until very recently, the state didn't require a degree from an accredited university?

A. For?

Q. An Accountant.

A. My job with the State Personnel Department in the Classification and Pay Division does not get into the exams process as to the minimum qualification process.

Q. You used the word accredited university, and that's why I was asking you did the state require a degree from an accredited university when you were --

A. Is there a copy of an employment application for the job announcement --

Q. So you don't know. That's what I'm getting at. You don't know whether they require --

A. I would say that, for a fact, being that I work on the Classification and Pay Division,

when we develop compensable factors, which would be factors that determine the pay for an institution, that we do indicate that we would be one that has to be from an accredited university.

Q. I will show you what's revised October 1st, 2001.

MR. MARSH: I'm sorry. Is that part of your exhibits?

MR. DEBARDELABEN: No. I didn't know how he was going to testify, but I will show you what I'm going to ask him about. I'll be happy to.

Q. And this just happens to be an Accountant degree, and what I'm --

THE COURT: Have you got any more of those?

MR. DEBARDELABEN: Yes, sir. I'm sorry. I apologize, Your Honor. See if I have the same one. Make sure I have the same one.

Q. What I'm interested in, sir, when this shows you must have a degree, it just says a four-

year degree in Accounting or Business Administration, doesn't it?

000733

A. In that section it does.

Q. Yes, sir. And what I'm real interested in, when you look down here on the note: Qualifying college-level accounting courses are defined as those that will be accepted by an accredited four-year institution or university toward a major in accounting. So you have the accounting to be from an accredited university, but you could get your degree apparently from an unaccredited, couldn't you? It's confusing, isn't it?

A. Well, I really don't see how I could answer that. I mean that's not my job --

Q. Well, what --

A. -- my involvement in the investigation.

Q. Okay. But you was testifying as to what you did on evaluating things. So when y'all evaluate, what you're telling me is you put some kind of valuation there that's higher than what you require to qualify for the job. Is that true?

A. Could you say that again, please?
Q. When you go to evaluate people on the job for the qualification of where they are ranked -- I guess that's what you do, rank people for jobs?
A. I do not do that, sir.
Q. Or pay scale?
A. Pay scale?
Q. Yes.
A. There is no association with that.
Q. But you mentioned accredited university. Whatever you do, they get more points from coming from an accredited university, but yet the qualification does not require it to be an accredited university.
A. When I -- the word accredited and accrediting agencies should be combined there, and the listings would not be on any acceptable accrediting agencies for these universities.
Q. And is that general public information, or is that just internal information within the Personnel Department?
A. It's public information.

Q. And where is it public?
A. I know that it is public. Maybe you could ask somebody else that's more familiar with the examinations work and who would get into the guts of that.
Q. But it does not show up on the job announcement, does it? Or it didn't on this one.
A. I do not read the listings of accrediting agencies there.

MR. DEBARDELABEN: Okay. That's all I have.

MR. MARSH: I have nothing further.

THE COURT: Okay. Thank you.

MR. MARSH: Commissioner Walley is here. We would like to take him out of turn at this point.

THE COURT: That's fine.

(Whereupon, Ms. Sandra Speakman exited the room.)

DR. PAGE B. WALLEY

The witness, having first been duly

sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. DEBARDELABEN:

Q. Mr. Walley, I want to ask you what is a copy of DHR's Exhibit Number 1. Did you sign that letter?
A. I did.
Q. And on August the 14th, 2006?
A. Yes.
Q. And I'm just reading here to find out why you terminated. You said: You were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19.01(2)(f) Falsification of Records of the Rules of the State Personnel Board. And then you specifically indicate: You indicated on your application for Accountant you had a college degree. You did not meet the qualifications of the Accountant classification due to you not having a valid college degree nor the required classes for an Accountant position. Where did you get

that information?

000734

A. I got that information both from our Personnel Department and most importantly from our Hearing Officer that I appointed.
Q. Now, you didn't terminate -- according to your letter, you didn't terminate Mrs. Hopper for indicating she had a degree from Trinity University rather than Trinity College and University, did you?
A. She falsified the records according to our analysis and that of the Hearing Officer, and that's why I terminated her. And the falsification was related to the credentials that were presented for her transcript.
Q. Okay. So you determined she did not have a college degree.
A. We determined that she did not have a valid college degree or the requisite courses required to be considered for this position.
Q. What job did she have with Human Resources, DHR?
A. You mean when she was terminated?
Q. Yes, sir.

A. An Accountant position.
Q. An Accountant position. Okay. What -- you keep on using the word valid college degree.
A. Uh-huh.
Q. What do you mean by valid college degree?
A. Well, what I mean is, number one, where the courses are completed and taken, where there are corresponding documentation from the university that those were taken, that they -- all the courses were completed, and that corresponds, then, with what our requirements are for the application for the various positions.
Q. Okay. Now, your requirements for the position is no different from the State Personnel Department, are they?
A. No, not to my knowledge.
Q. Okay. So your requirement would be the same as they are with State Personnel Department.
A. That you've actually taken the courses, that you have actually performed the responsibilities, that you actually can document that from the institution granting

the degree.
Q. Okay. I have for you right here that we've gone over with the previous witness the Accountant qualifications. Do you see that, sir?
A. Uh-huh.
Q. Did you look at that document prior to signing this letter on August the 14th, 2006?
A. I let my Hearing Officer do that representing me.
Q. So your answer would be no, you did not look at this?
A. I did through my Hearing Officer is what my answer would be.
Q. Okay. Is today the first time you've seen this document?
A. I don't think it's the first time I've seen it. I've looked at all of the personnel descriptions in the past. I can't say this particular one.
Q. Will you please tell me where the qualifications needed to apply says a valid college degree?

A. Four-year degree in Accounting or Business Administration.
Q. Okay. And at least five college-level accounting courses and completion of at least two intermediate-level accounting courses. That's what it says, doesn't it?
A. Uh-huh.
Q. Now, do you notice the note? It says: Qualifying college-level accounting courses are defined as those that will be accepted by an accredited four-year college or university toward a major degree. So if the college -- the accounting courses have to be by an accredited four-year college, don't they?

MR. MARSH: I object. This is a document produced by State Personnel. Commissioner Walley -- it's not his document, and for him to have to interpret what this means is not appropriate. You can ask Jackie Graham what that means.

MR. DEBARDELABEN: Your Honor, I'm asking him for this reason: We are here to defend what she is charged with. What he

000735

specifically says in this letter is: You indicated on your application for Accountant you had a college degree. You do not meet the qualifications of Accountant classification due to you not having a valid college degree nor the required classes for an Accountant position. What I'm trying to get to, Your Honor, is there is nothing required by the state on any of their things that says a valid college degree. It just says college degree. I'll be the first to admit it should have said that, but it didn't.

MR. MARSH: It -- actually, it doesn't say that a college degree doesn't have to be valid. I mean, that goes without saying. Now, accreditation may be a different issue, but valid is not the issue here.

MR. DEBARDELABEN: We, you know -- we've got to have a -- the state does not require a valid college degree. It doesn't even require it from an accredited college. And the state has not defined it. That's why

I'm asking these questions because we're here to defend the charge in this letter, not what they are presenting. And that's all we have to defend.

Q. And, Mr. Walley, do you have any information that the degree that Mrs. Hopper received from Trinity College and University was not a valid degree?

A. From the Hearing Officer, yes, and from the facts that were presented that the courses were not taken.

Q. Okay. Where in the Hearing Officer's opinion does it say that the degree Mrs. Hopper received from Trinity College and University was not a valid degree?

A. I think it goes without saying when it notes: Credit for these seventeen courses was given to her based on her attendance at work-related seminars and on her work experience. And that Trinity University, which she claimed to be the granting degree institution, had absolutely no record of any of this, never any registration, never any

credit for the courses. Consequently, Mrs. Hopper falsified information is the determination of the Hearing Officer.

Q. But he did not determine, from what you read, that her degree from Trinity College and University was not a valid degree, did he?

A. Well, he said it's not legitimate so I think that would go --

Q. Where did he say it wasn't legitimate?

A. She believed she had a legitimate degree, which means if she believed she had a legitimate degree, that then she didn't have a legitimate degree because there was not one -- and then I think he goes on to say: Knew that she did not have a valid college degree when she completed the application for Accountant.

Q. Okay.

A. She knew she did not have a valid college degree.

Q. Okay.

A. I can't see it being any more clear, at least to my understanding.

Q. Okay. So you think he determined it wasn't valid.

A. It certainly appears that way from what he said.

Q. And that's what you based your entire decision on was the letter from the Hearing Officer?

A. From the -- that's right. From the analysis in his letter from his actual hearing of Mrs. Hopper's administrative personnel hearing.

Q. So you said -- when you said she falsified her application, do you give any credit on the Certification Statement -- this is on the back of Defendant's Exhibit 3, that: I certify that all statements on or attached to this application are true and correct to the best of my knowledge. Do you give any credence to the words, To the best of my knowledge?

MR. MARSH: I have an objection. Is he asking what Mrs. Hopper thought when she did that or what that statement means? I'm not

000736

sure what he means by credence to that.

Q. No, no, does he -- because you said she falsified. Do you -- does the words to you, To the best of my knowledge, make any difference in that statement on falsification?

A. I think that the only difference it might make would be if it was not followed then by the remainder of that Certification Statement, but then it goes on to say: I know that any false statements may cause me to be denied the chance for testing or removed from the employment register. So I think that clarifies what -- that she is fully aware or any of our employees are fully aware of what, To the best of my knowledge, means and what potential consequences there are if, to the best of their knowledge, they are incorrect.

Q. Is there a difference between a falsification and a mistake in your mind?

A. No. I think falsification is what it is. A mistake -- there can be different motivations

or attributions to the falsification. But it's just like it's losing a game. You win or you lose. There can be different reasons. It can be intentional. It can be unintentional. I made a mistake or I, on purpose, threw this game. So I think that the outcome is one thing. The attribution for the outcome is something different to me.

Q. Did you ever speak with Mrs. Hopper before you made your determination?

A. I don't recall doing that.

Q. Okay. Did you ever -- did you check into her employment history?

A. I asked the personnel -- my personnel people to do that. So they are the ones that, you know, in our agency that I charged to take care of that responsibility for me and advise me.

Q. Were you aware that, in her annual evaluation for the last several years, the lowest she received was exceeds standards?

A. Yes.

Q. And she most likely on most of them, except

for one, was consistently exceeds standards?

A. Yes.

Q. There was no indication she wasn't doing her job, was there?

A. To my knowledge, I don't recall any indication that there was a performance issue. It was a straight -- you know, a fairness of qualifications issue.

Q. Okay. And did you discover, during your investigation, that her pay raise -- she could have been making the same amount of money in her other pay group as an Accountant Tech?

A. The Personnel Department may have informed me of that. I don't recall that.

Q. I mean, this wasn't something that jumped her way up in pay status, was it?

A. I don't know. I don't recall that.

Q. Okay.

A. I don't recall the -- I don't remember discussing the issues of compensation there as much as qualification.

Q. And the only thing you found in qualification

was that, in your opinion, she didn't have a valid degree from a college but -- and it didn't have anything to do with how she performed her job?

A. Did not have that valid degree and had not completed one of the intermediate courses that was expected, those two things. But as you say, I was not made aware of any performance issues, you know, that weighed into that decision.

Q. Mr. Walley, you are not cognizant of how the State Personnel goes out and checks if they have certain courses, are you?

A. How they do that, I'm not.

Q. You just depend on State Personnel.

A. Right, to verify that there is -- you know, that these are transcripts that are acceptable, and courses that are reported to have been taken were taken and completed satisfactorily.

MR. DEBARDELABEN: Okay. That's all I have.

MR. MARSH: I have no furth

000737

questions. I have no questions. Rephrase.

(Whereupon, Ms. Sandra Speakman was present for the following testimony.)

DARBY FORRESTER

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. MARSH:

Q. Ma'am, could you state your full name for the Record, please?

A. Darby Forrester.

Q. And, Ms. Forrester, where do you work?

A. State Personnel Department.

Q. And how long have you worked there?

A. Since '88. So eighteen years.

Q. And what is your current position there?

A. State Personnel Division Manager over Classification and Pay.

Q. Were you involved in the investigation of Mrs. Hopper and her degree?

A. Yes.
Q. And how did you get involved?
A. The State Personnel Director called me in and asked me to investigate.
Q. And Mr. Goolsby has already testified, and I'm not going to ask you to go through all the things that he's already testified to. But what was your role in that investigation?
A. Well, we talked to the State Personnel Director, and she wanted us to review the information. She talked with me, and we determined what analyst we would use to assist with that. We determined that would be Stan. One of the reasons we determined it would be Stan, one, he's good with working with computers. He's done a lot of work on the internet. And, two, Mrs. Hopper's daughter works for State Personnel, and we wanted to use an analyst that did not have to work with Mrs. Hopper's daughter very much. And that was Stan. He doesn't have any assignments that overlap Mrs. Hopper's daughter. So we wanted to make sure that,

you know, we had somebody that didn't have to work with Heather. And then so we got Stan in there. We talked about it. We went back, and Stan and I sort of, you know, did it together, sort of researched it together.
Q. If you would look in the notebook in front of you there under tab 3, if you would go back a few pages there, do you recognize that memo?
A. Yes.
Q. And is that the memo that you and Mr. Goolsby prepared together concerning your investigation?
A. Yes.
Q. Now, as far as your part of the investigation, what did you do in looking into Mrs. Hopper's degree?
A. I did some investigation on the internet, talked with Stan about what to do. He did some work and came back and showed me the results, and we discussed it. And then we talked about everything, and he developed the memo, the draft memo. And then I reviewed it. If I had to make any changes, I can't

remember if I did. Might have made some changes. And then he did the final draft, and we both signed it and gave it to the State Personnel Director.
Q. Did you have an opportunity to review or to compare the courses that Mrs. Hopper listed on her application to courses offered by other institutions such as -- well, Trinity University in Texas and then Trinity College and University and Bronte University?
A. Yes.
Q. If you would look at the attachments there to your memo, specifically looking at Attachment 2 where you've got the listing that Mrs. Hopper prepared and then Attachments 3, 4, and 5 which list course listings from the various universities. What did you conclude when you reviewed that material?
A. I want to review this for a second.
Q. Sure.
A. What we concluded was that on the course description that Mrs. Hopper listed with her application, that about -- it's in my memo,

the second paragraph -- that about ten of these -- well, about -- she listed about twenty-two classes. And so about seven of the twenty-two lined up with Trinity University in San Antonio, Texas, with their abbreviation and their course title. And it looked like eleven of them were very, very similar to what Trinity University in San Antonio, Texas, uses. There were about five of them that were consistent with -- well, Troy University, which I think -- what used to be Troy State, and they changed. We didn't find any of the courses listed based on the abbreviation or course titles that matched up with anything that we found on the course descriptions from Bronte International University, which was formerly Trinity College and University in the British Virgin Islands.
Q. Did any information come to your attention at all that Mrs. Hopper had attended Trinity University in San Antonio, Texas, or ever took a course there?

A. I don't understand.

Q. Did you find any information at all that she had ever attended Trinity University in Texas?

A. I did not. They would not give us that information. And our attorney at State Personnel got the information and said that Trinity University in San Antonio, Texas, sent a letter saying they could not find where Mrs. Hopper had attended or taken courses or was enrolled or anything like that.

MR. MARSH: All right. Thank you.

CROSS EXAMINATION

BY MR. DEBARDELABEN:

Q. I want you to please look at the application attached to Employee's Exhibit 2. Would you look at the application attached thereto? What's the date of that application, please, ma'am?

A. February 21st, 2003.

Q. Okay. And I notice up at the top of the application page, which is page 3, that the

number 30 then 8-23 -- is it '05? It's crossed through. Is that something Personnel puts on there?

A. I don't know.

Q. Okay. The checkmark, is that something Personnel put on there?

A. This one?

Q. Yes, ma'am.

A. I don't know.

Q. Okay. And I see down there about the middle of the page, it had ED 31 LC 700. Would that be something Personnel would put on there?

A. I don't know.

Q. You don't know.

A. No.

Q. Who would know that with y'all?

A. Our Examinations Manager, Paul Thomas.

Q. Okay. Now, let's turn over to the third page. We have these checkmarks by Principles of Accounting I, II, Managerial Accounting, Intermediate Accounting, and Governmental Accounting. You don't know who put those checkmarks on there, do you?

A. No.

Q. The reason I'm asking that, will you look on your second paragraph?

MR. MARSH: Which document are you looking at?

MR. DEBARDELABEN: DHR's Exhibit Number 3.

Q. It said: The remaining five courses Accounting -- in parentheses, Accounting 291, Accounting 292, Accounting 391, and Accounting 394 are consistent with courses on Troy University Montgomery's website. You name -- and I might be missing something. You say there are five courses, and you list apparently four courses. What's -- did you leave one out? Is one of those courses containing two courses or what?

A. I don't know. I don't know if one was left out, or if the five should have really have been four.

Q. Well, and then I go back up here to your Attachment 2 to that, which is apparently the same application you and I just went over.

000739

And it showed -- I see where it said Accounting 291, Accounting 292, Accounting 391, and Accounting 394. Did you just leave out the Managerial Accounting 293?

A. I don't know if that was left out by mistake, or if it really should be four courses that are consistent with those listed for Troy University.

Q. Okay. Now, in all your investigation, did you find anything that determined the degree that Mrs. Hopper received from Trinity College and University was not a valid degree?

A. Well, when your degree comes from a diploma mill, I would say that's not valid.

Q. Okay. What do you do as a manager over Classification and Pay?

A. Supervise a section that's -- we are responsible for the maintenance of the pay plans, for the establishment of classifications, the assignment of pay ranges to those classifications, responsible for the establishment, reallocation, and maintenance

of all positions within the state.
Q. Do you have anything to do with the qualifications of the people who go into the certain pay ranges or the classifications?
A. Do you mean the applicants that apply?
Q. Yes, ma'am.
A. No.
Q. You have nothing to do with determining if the people are qualified to apply?
A. No.
Q. All right. So when you did this -- and neither does Mr. Goolsby, does he? I mean, he works under you.
A. Yes.
Q. So yes, he works under you, but he has nothing to do if the applicants are qualified to apply for a job, does he?
A. Not currently. He has in the past.
Q. Did -- at any time when you were going through this investigation, did you investigate Mrs. Hopper's overall job performance?
A. No.

Q. Okay. Did you -- are you aware that she was an Account Tech before she became an Accountant?
A. Yes.
Q. Do the pay ranges of an Account Tech and an Accountant overlap? Not pay range. I'm sorry. The pay scale.
A. I don't know, not without looking at a pay plan.
Q. Okay. Do you know is there much difference between an -- in pay for an Accounting Technician and an Accountant I?
A. I know that an Accountant I -- well, it's Accountant now. You said Accountant I. Accountant now. I know it's at a higher pay range, the Account Clerk, but without looking at a pay plan I can't tell you how much.
Q. Okay. So you can't tell me how much, if any, difference Mrs. Hopper would be making as an Account Technician as she -- as opposed to an Accountant?
A. She -- an Accountant would make more, tops out at more, than Accounting Technician. I

don't know how much, by how much.
Q. Okay. And you don't know whether or not the pay scales overlap any?
MR. MARSH: She's already answered that question.
Q. Now, during this investigation you did, it was quite extensive, wasn't it?
A. Yes.
Q. Okay. Did you come across where Trinity University has sued Trinity University and College?
A. No.
Q. You didn't?
A. No.
Q. So you didn't know one of the reasons Trinity University supposedly sued Trinity University and College was that --
MR. MARSH: Objection. She's already testified she didn't know that.
THE COURT: You don't need to get into that. She said she doesn't know.
Q. Okay. Do you know why Trinity University and College changed its name to Bronte College?

000740

A. Well, they changed it to Bronte International. But, no, I don't.
Q. Do you know -- did you ever find a course list for Trinity College and University?
A. No. Found a course listing for Bronte International University, which used to be Trinity College and University.
Q. How did you determine that Bronte International University used to be Trinity College and University?
A. Well, you can Google it on the web, and it tells you that Trinity College and University is now Bronte International University. But Finance had provided some copies of Trinity University College -- Trinity College and University's website with their documentation that they sent the State Personnel Director. And if you go out and look at Bronte International University, I mean, it's the same heading. It's the same font description. And the diploma that Mrs. Hopper submitted for Trinity College and University, if you pull up a sample diploma

on Bronte International's website, it's -- except for the name, it's the same. They even have two signatures on the bottom of the two people who are, like, the deans. It's the exact same signatures.

Q. Ma'am, at any time during this investigation, did you ever ask Mrs. Hopper to come and meet with you?

A. No.

Q. Did you -- so she was never given a chance to explain any of this?

A. I did not talk to her.

MR. DEBARDELABEN: That's all I have.

MR. MARSH: I have no follow-up.

(Whereupon, Ms. Sandra Speakman exited the room.)

(Whereupon, a brief recess was had.)

MR. MARSH: Mr. Stuart is back in the room.

(Whereupon, Mr. Mose Stuart was present for the following testimony.)

JEANNE BRACKIN

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. MARSH:

Q. Ms. Brackin, please state your full name for the Record.

A. Jeanne Brackin.

Q. Ms. Brackin, where do you work?

A. With the Finance Department in the Comptroller's Office.

Q. And how long have you worked there?

A. Twenty-seven and a half years, I think. Right at twenty-seven and a half.

Q. And do you know Mrs. Hopper?

A. Yes, I do.

Q. And how do you know her?

A. I hired her as an employee in February of 2002.

Q. And what was her job with you?

A. She was an Accounting Technician, I believe.

Q. And did she remain in that classification

while she was with you?

A. Probably about a little over two years she was an Accounting Technician, and then she was promoted to an Accountant I.

Q. But she didn't work for you as an Accountant I -- did she work for you as an Accountant I in your department?

A. Yes, she did.

Q. Now, at some point in her working for you, was there some question or suspicion about her Accountant degree that she had obtained?

A. Yes.

Q. Can you describe what that was or how that came about?

A. Well, she was -- she walked in the office one day. I suspect it was probably December, early December of 2003. It could have been late November. But she said, Well, I guess I need to tell you that I got my degree and I've taken the Accountant I test and I'm waiting on my scores.

Q. Had you heard anything prior to this about her being enrolled in school or taking

000741

classes or anything that would lead to a degree?

A. Well, when she came to work for me in February of 2002, she said she had some schooling and she had been to Troy in Montgomery. And she never really told me how much schooling she had, but she was getting -- she had quite a few courses, and she was -- didn't lack too much. Implied -- she never was specific but implied she lacked maybe a year, year and a half of course work left.

Q. But at that point, you never saw her transcripts or any listing of her course work?

A. No.

Q. You've got in front of you this binder here. These are the exhibits that were used -- presented by DHR. If you look under tab 6 there, do you know what that document is?

A. Well, it's an application for an Account Clerk.

Q. And this is from Mrs. Hopper?

A. Uh-huh.
Q. Is this what she would have used when she came to work for you as an Account Clerk? Is this the application that would have been in effect?
A. Actually, she was an Accounting Technician.
Q. Technician.
A. So it was I think a classification above that.
Q. What three courses did she list down there that she had taken at that point in 1998?
A. Principles of Accounting I, II, and Introduction to Accounting.
Q. Look under tab -- the next tab, tab 7 where you find the Accounting Tech I application. Is that the application she then would have come to you with?
A. It looks very similar, yes.
Q. And how many courses does she have listed up there in 1999 that she would have taken?
A. Four. Looks like four.
Q. Is that four?
A. Let's see. Principles I and II,

Governmental, and Managerial. Oh, I don't know what this is. AC 140. I don't know what that is.
Q. Now, at what point did you become suspicious about Mrs. Hopper's degree?
A. Well, when she walked in that day, I was surprised because she had given me no indication that she was taking any more courses, and she had not shared with us -- not that she had to, but she had not shared with us that she was working on her degree. She had taken one course since she had come to work with us down at TSUM, but she hasn't -- that was the only course that I was aware of that she had taken since she came to work with us. And so I was really surprised. And she told me that she had gotten credit for some of her life experiences, and so that kind of raised a red flag. But I didn't -- I don't know. It's been a little while since I got my degree, so I wasn't really sure how things worked, you know. But she said she got her degree in San Antonio, Texas, at

Trinity University in San Antonio, Texas, and that her family wanted her to walk for her graduation but -- to go out to Texas and walk for her graduation, but she -- Donnie didn't like to fly and --
Q. Donnie her husband?
A. I don't know if she meant her husband or her son. I can't really remember, but one of the Donnies didn't like to fly. And then it would be costly for the whole family to go out there, so she didn't think she was going to walk. Well, it did raise a red flag to me when she was telling us all this. We asked a lot of questions because I worked and went to school while I was in the Comptroller's Office and got my degree. And so I know, you know, it's pretty involved, and you can't hardly -- you can't go to school and people don't know about it. It's kind of hard, you know, to disguise that you're going to school. But anyway, I went into my boss because I was suspicious. And I said, you know, I don't know if this degree -- I mean,

000742

you know, I don't understand how -- you know, if this is a legitimate degree or not. And so he said, Well, where did she say she got her degree. And I told him Trinity University in San Antonio, Texas. So we got on the computer, and we looked at the website. And we found Trinity University in San Antonio, Texas. We looked all through their website. It looked like a legitimate school, and so I didn't pursue it anymore. I thought, Well, maybe she did go get her degree. You know, I don't know when she did it and how she did it but, you know, she says she has a degree. I didn't have any other reason to not believe her.
Q. Was there something later that led you to question her capabilities as an Accountant?
A. After I determined that maybe she did have a degree, because the school looked legit on the website, she ended up -- we promoted her to an Accountant I. And probably the past year, I was beginning to notice a little bit of difficulty, but nothing severe, but some

difficulty in her work. And so it kind of raised that red flag again because she was struggling with some things that I thought somebody with a degree in Business Administration or Accounting ought to be able to grasp a little quicker. But so anyway, I had talked to my -- Bob Childree, the State Comptroller, about it and said, you know, I'm just -- She's having some troubles and I still just want to -- you know, I'm not sure about this degree thing. And so I said, Would you mind if I just -- if we could get Finance Personnel to give us a copy of her application for Accountant I. I just -- I've never seen it, and I would like to see what she had on her application. So he did. And I think it was probably February of 2006 before I got the copy of that. And as soon as he got it, he called me in his office, and as soon as I saw the application, the first thing I saw was the graduation date was May of 2002.

Q. Let me back up for a second. Look under

Exhibit 3 there, under that. Do you see Attachment 1 to Exhibit 3, which is an application?

A. This application?

Q. Yes. Is that the one you were referencing you were looking at --

A. No, wait a minute. Yes. Yes.

Q. Okay. Please continue.

A. Okay. So this was the first page of the application. And as soon as I saw the degree date, I became suspicious all over again about, Okay, something is not right here.

Q. Why is that?

A. Because she came -- if she got her degree in May of 2002, why did she wait until December of 2003 to tell me she had her degree and why would she be walking in -- you know, for graduation in 2003 if her diploma was dated 2002, May of 2002? So that was like a year and a half later.

Q. So what did you do?

A. So then I looked at the course work, you know, the backup for all that. And so then I

just asked Bob did he have a problem with me verifying her degree. So I contacted Trinity University in San Antonio, Texas. And they said they wanted me to fax the request to them to verify her degree, and I did. And then they mailed it back to me or faxed it back to me saying they had no record of a Virginia Swearengin Hopper with a degree from that school so --

Q. Did you do any other investigation?

A. I did also call Troy University. They verbally told me that she had taken six courses, and he told me what those courses were. And so I knew at that point she had only taken six courses at Troy. When another co-worker of ours questioned Virginia about her degree, one of the things she told us --

MR. DEBARDELABEN: Your Honor, I'm going to object to anything a co-worker might have told you.

A. Okay. That would be fine. When I questioned her about her degree, one thing she did tell me was she had been down to Troy because we

000743

were just real surprised about this degree thing because we just didn't know she was working on it. But anyway, she had gone down and talked to an advisor -- this is what she told us. She had gone down and talked to an advisor at Troy University in Montgomery and told them that she was talking with Trinity University about getting some credit for some of her life experiences and some of her work experience and getting college credit for it and wondered if they would accept any of the credits from Trinity. And her advisor told her no but that she would be better off to take the credits from Troy and transfer them to Trinity and so Trinity then would accept those credits and then she could get her degree faster. So anyway, in the process of checking on all that, I also asked them was she ever -- did she ever transfer credits in from any other school or did she ever transfer credits out from any other school, and they said no.

Q. Now, did you ever have an opportunity to go

on the internet or research information about Trinity College and University --

A. Yes, I did.

Q. -- as opposed to Trinity University in San Antonio? What did you discover?

A. Well, from what I can tell, it was a diploma mill based on what I -- I mean, I didn't know what a diploma mill was until I started researching. But I did find out that you can buy your degree from Trinity College and University. I also found out that Trinity University in San Antonio, Texas, apparently had a lawsuit or something against Trinity College and University because they didn't want them using the name Trinity because they weren't a legitimate college or university and didn't want them, I guess, giving them a bad name or something, the real university in San Antonio, Texas.

Q. And did you see information that linked Trinity College and University, the online institution, with Bronte Institute or Bronte University?

A. Yes. When I first started researching this, it was easy to find Trinity College and University on the website, but later on, you couldn't find it. It had been -- I guess they had done away with the website. And so we started checking around and, through just looking around on the system, found that it had changed its name to Bronte International. And the website looks identically the same as the information we saw under Trinity College and University.

Q. And what did you do with all this information that you gathered?

A. I just turned it over to the State Comptroller, and he worked with our Personnel Division about what to do. And I think -- you know, I think Bob brought it to Virginia's attention and asked for documentation of her degree.

Q. Now, at some point in this, did Mrs. Hopper transfer from the Comptroller's Office to DHR?

A. I think the day she turned in her

resignation, she actually took leave from that day until the end of the pay period. And then I didn't know it to begin with but later found out she was actually going to go to work for DHR.

Q. And was that approximately the same time that you were concluding your investigation into her degree?

A. Yes.

Q. Prior to that, did you have any knowledge she was planning to transfer to another agency?

A. Not to another agency. I knew she was trying to transfer to another section within the Comptroller's Office. She had attempted to do that, and she had gone down and interviewed with a lady. And she actually came back after the interview, and she came in my office and sat down and said that she wanted to let me know that she would be transferring to the Receipts Section, would be working with Peytie Bowen. And I said, Well, okay. She said, Well, I wanted to tell you before -- Peytie wanted to talk to you,

000744

but I told Peytie I wanted to be the one to tell you. And I said, Well, that's fine. So I went down the hall to talk to Peytie. And Peytie said that -- she said, Jeanne, I never even --

MR. DEBARDELABEN: I'm going to object to anything that --

A. Okay.

Q. That's fine. That's fine. Was there anything personal about your investigation of Mrs. Hopper? Did you have any kind of a personal problem with her or grudge against her that led you to do this investigation?

A. Absolutely not, other than it was my job as her supervisor to do the right thing and if -- actually, I considered her a friend, and I thought we were really, really close. That's what made it hard to even do the investigation. It was tough to do the investigation because I thought we were close friends. And we talked about everything, you know. Our whole section was close, and we talked about family issues. We talked about

our, you know, Christian faith, and we talked about a lot of things. And so I was -- and I even helped with her daughter's wedding, which was about six months before she resigned.

MR. MARSH: Thank you, Ms. Brackin.

CROSS EXAMINATION

BY MR. DEBARDELABEN:

Q. Ms. Brackin, being that you thought you were good friends with Mrs. Hopper, did you ever go to her and ask her, Mrs. Hopper, what's this about Trinity University and Trinity College? You've got one on your application, and you've given a diploma to something else?

A. Well, I didn't even see her application until -- it was like -- I'm trying to remember. I think I finally got a copy of it in late February.

Q. Well, at that point in time, did you ever go and say, Can you explain this?

A. I didn't, but my boss asked me also to give him a little bit of time with our personnel office to find out the procedures and things

of how to handle this.

Q. So you never went to Mrs. Hopper and -- at that point in time and say, Can you explain this; is that correct?

A. Not at that point in time.

Q. Have you been to her since -- have you ever been to her and say, Can -- before you made any kind of report, Can you explain this?

A. The day she came in and resigned after she had talked to the Comptroller and she came and brought me a copy of her letter, she walked in my office and said, Why are you doing this to me. Why are you doing this to me. I just asked her -- because the Comptroller had asked her to bring documentation of her degree. And I asked her, I said, Whatever you do, whatever you bring, just please be honest, you know. If you've got a degree, fine. Just be honest about it.

Q. And she brought a degree, didn't she?

A. She brought what looked like a degree.

Q. Did you ask for the original?

A. She didn't bring me the original. I saw a copy of it.

Q. Who did she bring it to?

A. I think she took it to Finance Personnel.

Q. Okay.

A. But I am not sure.

Q. She wasn't supposed to bring it to you in the first place.

A. Not to me.

Q. You mentioned something that during your investigation you came across where Trinity University had sued Trinity College and University in Texas.

A. Yes.

Q. And what was the reason you said they sued them?

A. I think they -- you know, Trinity was their name, and their reputation was at stake. And they wanted them to quit using Trinity because -- I guess because it was hurting their school's reputation. You know, I only saw a little blip on the internet about it.

Q. Okay. Did you try to find out any more about

000745

that?

A. No, sir, I didn't.

Q. Okay. Did you pass that information along to State Personnel, that Trinity University was suing Trinity College and University?

A. I don't think that I did.

Q. Did you pass that information along to anyone?

A. My co-worker knew about it because she was on the internet.

Q. Who is your co-worker?

A. Pam Harris.

Q. Now, is that a co-worker on the same level or supervisor?

A. I supervise her.

Q. You supervise. Did you pass it along to Mr. Childree that Trinity University is suing Trinity College and University because the name is confusing to everybody?

A. I may have. I can't remember.

Q. You don't remember, do you?

A. I really don't remember.

Q. You don't think that's important, that you

had one institution suing another institution because of confusing people over the name?
A. Well, by the time I came across that information, Virginia didn't work for us anymore.
Q. And so --
A. So I thought it was kind of a moot point.
Q. Well, ma'am, if she didn't work for you anymore, what were you doing still looking for the information?
A. I don't think I was -- I don't remember. She turned in her resignation one day and was gone that day, and I didn't know where she was going. As far as I know, she still worked for us and was on leave. But I mean, she was going somewhere. I just didn't know where. I probably did tell Mr. Childree. I just don't remember, so I can't tell you I did if I don't remember. There was so much information that we were gathering up that I just don't know.
Q. Did you ever determine whether or not she actually received a degree from Trinity

College and University?
A. No, sir, because we tried to call the numbers on the website, and you couldn't get in touch with anybody.
Q. You don't think Mrs. Hopper had anything to do with that, do you?
A. I doubt it.
Q. Now, Mrs. Hopper worked for you for how many years?
A. For a little over four years.
Q. I want you to look at what we've got as Employee's Exhibit 8, please.
A. Okay.
Q. I want to ask you some questions about that. Let's turn to the next page. Not the first page, not the second page, not the third page, but down here on the fourth page. Is that your signature on the left that says Jeanne Brackin?
A. It is.
Q. 10/21/05.
A. Yes.
Q. And what is Mrs. Hopper's Performance

Appraisal score?
A. 37.
Q. And what is that?
A. Consistently exceeds standards.
Q. Now, when somebody consistently exceeds standards, you have to write a justification, don't you?
A. Yes, sir.
Q. Did you write Mrs. Hopper's justification?
A. I did.
Q. And what does that justification say?
A. Did you want me to read it?
Q. Yes, ma'am.
A. Okay. Virginia S. Hopper is being rated in the Consistently Exceeds Standards category on the attached Employee Performance Appraisal. Her work during this period has been excellent, and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established

standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.
Q. So on October 25th, 2005, you had no qualms about this lady consistently exceeded standards.
A. Yes, sir.
Q. Okay. Now --
THE COURT: Did you say 2005?
MR. DEBARDELABEN: Yes, sir.
THE COURT: I must be looking at the wrong one.
MR. DEBARDELABEN: October 21st, 2005. This is Plaintiff's Exhibit Number 8, and this is the justification --
THE COURT: Well, it's just word for word for one dated 2002.
MR. DEBARDELABEN: Yes, sir.
Q. Now, her probationary -- turn over one more page. Her probationary increase here for

classification of Accountant, what rating did you give her?
A. I'm not sure I'm on the right --
Q. It has 68 up at the top.
A. Okay. Yes. 37.
Q. And what is that?
A. Consistently exceeds standards.
Q. Did you write her up a reason for that?
A. Yes.
Q. Say about the same thing you said in the other one?
A. Uh-huh.
Q. Okay. And that's three pages over. Now, I guess in 12/26/04 to 10/1/05 we had a different performance evaluation, didn't you? It looks like a different form.
A. That just shows all of her tasks.
Q. Oh, that's just tasks.
A. That's probably the Preappraisal.
Q. Okay. That just says Employee Performance Appraisal. It says Preappraisal. You're right.
A. Okay.

Q. Mr. Main, Director of Finance, even gave her a letter of commendation October 2004, didn't he? On May 28th, 2004, you requested Mrs. Hopper be promoted, didn't you, on May 24?
A. Yes.
Q. And at that point in time, she already performed her job in a manner that far exceeds the requirements of an Accounting Technician, didn't she?
A. Yes.
Q. No problem with her work, was it?
A. Right.
Q. Now, from -- please turn on the next page. From 6/01/2003 to 6/01/2004, you rated her again, didn't you?
A. Uh-huh.
Q. And what was that?
A. 37.
Q. Consistently exceeds standards. And you wrote her up for that, didn't you?
A. Uh-huh.
Q. And you justified it. Now, from 6/01/2002 to

6/01/2003, Mrs. Hopper had a little slip. She made a 36, didn't she?
A. That was when she first came to work there.
Q. When she first came to work.

THE COURT: He's not objecting, but let me ask you: How does this have anything to do with the termination?

MR. DEBARDELABEN: Your Honor, it's going to show we have an employee that was doing her job, had no reason to falsify anything. She was already up there. And I'm fixing to get to that. I just wanted to establish instead of somebody that went out here and got in a lot of trouble, that caused a lot of problems, I have an exemplary employee here that either most of the time consistently exceeded standards. I think that goes to the weight of what testimony she will give or what other people says about her.

Q. So would you say that every time you appraised Mrs. Hopper, except when she first came over, she got a consistently exceeds

000747

standards report?
A. Yes, sir.
Q. But that one time when she first came -- the first year she missed it by one point.
A. Yes, sir.
Q. Now, is there -- you have testified earlier that she was beginning to have problems 2005. Did you ever write a memo to the file that she was having problems?
A. No, sir, I didn't.
Q. Did you ever document that she was having any problems with any kind of written documentation?
A. Nothing written. We've talked about some things but --
Q. Okay.
A. But I didn't write anything down.
Q. So if I wanted to get some kind of documentation of the problems she was having, it just does not exist, does it?
A. Well, it was -- we were pretty short-handed in our section, and she told me she had a degree. I depended on her to, you know, do

her job, and I thought she had the skills and the education. She didn't ask a lot of questions, so there were times that I thought she was understanding things that she wasn't. But, you know, and it just -- it took a while to come to light but --
Q. When did Mrs. Hopper leave your employment?
A. I believe it was around April the 5th or somewhere around there.
Q. I want to show you. Let's look on Plaintiff's Exhibit Number 9.
MR. MARSH: Is that Employee's Exhibit?
MR. DEBARDELABEN: Yes, Employee's Exhibit Number 9. I'm sorry. I keep on doing Plaintiff's.
Q. Didn't she address a letter to you on April 4th?
A. Right.
Q. Leaving?
A. Uh-huh.
Q. Now, and it was effective April the 14th, wasn't it?
A. Uh-huh.

Q. And will you turn over?
A. April the 4th.
Q. But effective date --
A. Yes. That's correct.
Q. -- April the 14th.
A. She took leave from the 4th on, I guess.
Q. Will you turn over about three pages?
A. Okay.
Q. And it says, Timeline and Conversations Concerning Virginia S. Hopper's College Education. And will you turn over another page?
A. Uh-huh.
Q. When did you type that document?
A. April the 11th.
Q. So you typed that document after Mrs. Hopper had left?
A. Yes.
Q. Correct?
A. Uh-huh. I was just trying to record my -- the things I had discovered as I was checking on her degree.
Q. Right. Now, I want to ask you, since you put

all this down, when you said: In early December of 2005, we began trying to train Virginia on some more in depth fund accounting tasks. Did you ever write this up when you started that training?
A. Write what up? Any of this?
Q. Yes.
A. No, because I hadn't discovered it in 2005. I mean, I was just beginning to -- let's see.
Q. I'm talking about in early December.
A. Uh-huh.
Q. And we go on down: Virginia made some errors, and while checking on these errors, we found multiple problems with her work.
A. Right.
Q. This is December.
A. Well, okay.
Q. Did you ever bring her in in December, write this up, and point out to where she wasn't doing her job?
A. I didn't write it up. I talked to her about it. I -- in an instance where she paid a school -- Troy University called us and said,

We've got this check and we didn't even send an invoice. So, you know, I talked to her about a situation in that respect. One day she, you know, had difficulty doing some work and tried to correct it herself and really kind of, you know, made a little more of a problem of it. And so it kind of made me aware that she was not as far along as I thought she was going to be or supposed to be having worked there for almost four years.
MR. MARSH: At this point, I do want to raise an objection. We're going way past the issues in front of this Hearing Officer. We did not make any allegations concerning job performance. Now he's asking about lack of documentation of work when that's not what we've raised here. I'm not even sure where this is going anymore.
THE COURT: I do agree. I raised it a few minutes ago. And if it's to show she was a good employee, you've shown that.
Q. Okay. Now, Ms. Brackin, nothing in your investigation revealed that the diploma or

the degree Mrs. Hopper had from Trinity College and University was falsified by Mrs. Hopper, did you?

A. Could you repeat that?

Q. There is a degree, the diploma she had. Nothing in your research showed it was a false diploma, was it?

MR. MARSH: Objection. Are you referencing false as far as changing the piece of paper or false in terms of --

MR. DEBARDELABEN: Both.

MR. MARSH: -- what it represented? Well, I guess clarify the question for her.

A. Well, based on my checking on the internet, I pretty quickly determined that Trinity College and University was a bogus school and that it probably was not a legitimate degree.

Q. Okay. Did you ever -- you never informed Mrs. Hopper of that.

A. It all happened pretty quick.

Q. Okay.

A. I didn't even -- let's see. She left on the 4th or 5th, and I didn't even fax, I believe,

to Trinity University in San Antonio, Texas, when I first started the verification until March the 30th. So you're talking about five days, six days maybe, the difference between when I first tried to verify her degree versus her leaving.

Q. Now, you called Troy University on this.

A. I did.

MR. DEBARDELABEN: Which does get to a point, Your Honor.

Q. And you checked the classes at Troy University.

A. Yes.

Q. And did what she represented she took at Troy University, did you find out that was true?

A. What she -- say that again.

Q. What she represented that she -- the courses she had had at Troy University, didn't you find out that was true?

A. Well, after the fact when I saw an application, that's what was on her application. It was not what she had represented to me when she came to work for

me. She represented that she had much more schooling.

Q. Well, she represented she -- and you found out she had had six courses from Troy University, didn't you?

A. Yes. And one of them -- one of those courses she didn't take until she started to work for me.

Q. Right. And if we look at Employee's Exhibit Number 9 back behind I think this page right here --

A. Okay.

Q. -- you found out she took Principles of Accounting I, Principles of Accounting II, Governmental Accounting, Managerial Accounting, Intermediate Accounting I, and -- completed in 2002, and Basic Micro --

A. Three.

Q. Is that three?

A. That's three.

Q. And Basic Micro-Computing. So she took all -- you had no doubt that she took all those courses?

000749

A. Yes, she did take those courses.

Q. Okay. And are all them, except this Basic Micro-Computing, accounting courses?

A. They are.

Q. Okay. So she's had five --

A. But one of them was not completed until 2003, which means she didn't have but four courses when she applied for Accounting Technician.

Q. Right. And I want to ask you about that, and you went over that while ago in your file. And I want to point something out to you. 6 is -- well, the '98 one -- well, she wasn't working with you then. We're looking at 10/25/99, and she showed she had Accounting I --

A. 7?

Q. 7.

A. Okay.

Q. Accounting I, Governmental Accounting, and Accounting II. Now, you know Mrs. Hopper's handwriting, don't you?

A. Uh-huh.

Q. Does that appear to be her handwriting?

Accounting -- Principles of Accounting I, Governmental Accounting, and Principles of Accounting II?

MR. MARSH: Objection. Unless she can qualify how she knows how she can identify one handwriting from the other, I don't think it's a relevant question to Ms. Brackin.

Q. Do you know Mrs. Hopper's handwriting?
A. Well, I know her signature.
Q. Okay.
A. That looks like her signature, but I'm not sure I know exactly her, you know --
Q. Right. But you do agree this is -- looks like AA Managerial Accounting is a different handwriting, don't it?
A. It appears to be, yes.
Q. And somebody wrote OK by that, didn't they?
A. Yes, looks like it.
Q. Okay. So that ought to be one, two, three, four courses, wouldn't it?
A. Yes, sir.
Q. And we get over here. Let's look at another application. On Plaintiff's Exhibit Number

1, when you see her application, it shows these Principles of Accounting I, II, Managerial Accounting, Intermediate Accounting I, and Governmental Accounting. That shows up as courses she's had, doesn't it?
A. Yes.
Q. Now, is this the one that she didn't qualify for in your opinion, the 2003 one?
A. That's the one -- what do you mean didn't qualify for?
Q. When you said you didn't have but one course --

MR. MARSH: That's not what she said. Objection.

Q. I'm sorry.
A. I don't remember. I'm sorry.
Q. I don't either.

THE COURT: Let me ask you because I'm having a little trouble here understanding why we're going through all this stuff that was done at this state agency when her employment was terminated at another state

agency.

MR. DEBARDELABEN: Your Honor, because one of the reasons given on their letter -- and I can only go with what they give on the letter -- is that: You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position. Well, we're trying to show that she had the required classes for an Accountant position, and she got that from Troy. And that's what it shows. That's what we -- and she had those and was going through them. When she left the Finance Department, she had the required classes. She got the Accountant position when she was with the Finance Department. She was already an Accountant. And then she had the position when she was at -- with the Finance Department. Then she was qualified when she went over to Human Resources. So that's why these two intermingled.

THE COURT: Okay.

000750

MR. DEBARDELABEN: It's confusing. It took me a while to figure that out.

Q. During your investigation, Mrs. Hopper, did you ever raise the question that she did not have the accounting classes she needed from Troy to qualify as an Accountant?
A. It's my understanding that, as an Accountant, you have to have a degree that requires many accounting classes, but there are a minimum of five specific classes. And actually, she is minus one of those classes if you're only counting the courses at Troy.
Q. Okay. Now --
A. And I'm thinking --
Q. At Troy, I think you said she had Accounting I, Principles of Accounting, Governmental Accounting, Managerial Accounting, and Intermediate Accounting.
A. Right.
Q. That's five, isn't it?
A. It is. But the application -- I mean, the announcement, I believe, specifically says she also has to have Intermediate Accounting

II.

Q. Well, this is -- do you recognize this as an Accountant application? This is 2001. So that would have been the one we were looking at, wouldn't it?

A. No, that probably would not be the one. Let's see. It could be but, you know, I don't know. That's kind of an old one.

Q. Well, but when did she apply for it?

A. In late 2003.

Q. Okay.

A. It's that one.

Q. And the November 2003, which are DHR 7 to the exhibits --

A. Okay. It's four courses. Let's see. No. Let's see. Including completion of five college-level accounting courses, four of which must be Principles I and II, Intermediate I and II. And so she does not have II.

Q. Okay. And she never said she had II, did she? But you --

A. No, not on her application.

Q. And you don't know if Governmental Accounting would substitute for II, do you? That wouldn't be your job.

A. That's not my job.

Q. And on her application she filled out that you saw, she never -- she put down the courses she had, didn't she?

A. I guess. I didn't see her application until about a month before she resigned.

Q. Okay.

A. And she had already been promoted.

Q. Right. And that would have been -- the one she was promoted from -- would that have been the November 2003 application?

A. Yes, sir.

Q. Right.

A. It looks like it probably was.

Q. And that's Employee's Exhibit 2. And all she's put down on there that she had was Principles of Accounting I, Principles of Accounting II --

MR. MARSH: I'm going to object. We've replowed this ground about three times now.

THE COURT: We have. We have. I think we've had enough.

MR. DEBARDELABEN: Okay. I just wanted to point out, Judge, the reason I keep replowing it is that she didn't falsify this, and obviously we've got to get into it with whoever checked this out. I have no more, Your Honor.

MR. MARSH: I have no follow-up.

(Whereupon, Mr. Mose Stuart exited the room.)

VIRGINIA S. HOPPER

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. MARSH:

Q. Mrs. Hopper, you are the employee that's the subject of this personnel hearing; is that right?

A. Yes.

Q. When did you start working at DHR?

000751

A. My first day was April the 16th or 17th of 2006.

Q. And prior to that, you worked at the Comptroller's Office. Do you have the approximate dates that you worked there?

A. Yes, sir, I do, if you don't mind me looking.

Q. Actually, never mind. It's in the record. We don't need to go back over that. I'll withdraw that question. Mrs. Hopper, if you would look at Exhibit 3. It's DHR Exhibit 3. It would be in the binder. And look at Attachment 1 to that, which would be the application for Accountant. Is that the application that you submitted to be an Accountant?

A. Yes, sir, it is.

Q. And is that --

A. This is the second one I submitted. The first one was in August the 23rd of '05.

MR. DEBARDELABEN: '05 or '03?

A. I mean '03. I'm sorry. That looks like a -- see how it's marked up there?

Q. So the first one was August of '03, and this

one was submitted in November of '03?
A. Yes, sir.
Q. And that's your signature at the bottom of that application?
A. Yes, sir, it is.
Q. If you will turn to the next page, the list of courses. Are those the list of courses there -- or let me ask you: Did you provide this sheet of paper along with your application?
A. Yes, sir.
Q. And you listed those courses there on that attachment?
A. Yes, sir.
Q. Now, there has been a good bit of testimony about courses that you took at Troy University or what was once Troy State University. Which of these courses did you take at Troy University or Troy State University?
A. Principles of Accounting I, Principles of Accounting II, Managerial Accounting, Intermediate Accounting I, and Governmental

Accounting.
Q. Other than those five courses, have you taken any other courses at Troy University or Troy State University?
A. Yes, sir, I took a computer class there. I think it was CS 140.
Q. So that would be a total of six courses?
A. Yes, sir.
Q. Any other courses other than those six?
A. No, sir. But may I interject at this point --
Q. Well, let me just ask you -- well, I'll let you interject.
A. Okay. On my resume that I attached, I put on my resume that I had attended Troy State. Now, when I listed these classes, I listed them to be Troy State. It said: List any additional courses that's related to this position. And so those courses were courses that I took from Troy State. I was not listing them to be anything except courses at Troy State. If you read, it says: List courses and hours which are particularly

related to the position. Attach additional sheets if needed.
Q. That's fine.
A. So these are Troy State classes. They didn't say to specify. But on my resume, I do put, if you will look at my resume, that I attended Troy State, and I gave the dates.
Q. Yes, ma'am.
A. Okay.
Q. Now, in addition to Troy State, where else have you taken courses where you actually performed the course work?
A. Where I actually took courses?
Q. Yes, ma'am.
A. I took courses at AUM Advanced Technology Group.
Q. And what is that?
A. What do you mean?
Q. I mean, what kind of courses. I'm not familiar with AUM Advanced Technology Group.
A. It was a computer course. As a matter of fact, I took two of them there, and that was in 1999 and -- 1999. I took those courses

000752

when I worked at the Receivership Division. As a matter of fact, they sent me, and the state paid for those courses.
Q. And where were those courses offered?
A. At AUM Technical Center.
Q. And how many days did those courses entail?
A. I believe that they would be two days each.
Q. Two days total for each course?
A. Two days, yes, sir. Two days for that particular course. And on your certificate, you got five continuing education credit hours.
Q. Okay. What other courses have you taken besides those at AUM and those at Troy State?
A. I took an NAIC Reinsurance in 1996.
Q. What is that?
A. National Association of Insurance Commissioners.
Q. And what kind of course was this? What did it teach you?
A. Well, it actually taught the accounting of how to apply in the insurance, how to get along. And actually, at the time I was

working at the Receivership Division, and we took down and saw the insurance companies. And it covered a lot of that information.

Q. And where was this course offered?

A. I'm not sure if this particular one was offered in Texas. Two of these courses were taken in Texas.

Q. How many days did that course take to --

A. It was two days, which would have been the equivalent of, like, sixteen hours.

Q. What other courses have you taken?

A. I took another NAIC Reinsurance in 1995, an NOLHGA which is Life and Health Guaranty Association in 1995, the SIR NCIGF Working Together Seminar in 1994, and I attended Wetumpka Vocational School in '95, and in 1993 took Computer Applications I and II and Intro Into Accounting.

Q. Now, the first -- you said NAICI? I may have got that wrong.

A. NAIC.

Q. NAIC. Okay. The first one you took you said was two days. You mentioned another one.

Was that also a two-day course?

A. Yes, sir.

Q. Okay. And after that was the NOLH --

A. GA.

Q. And how many days did that course take?

A. They were two-day courses.

Q. And then you said after that Assert?

A. SIR NCIGF Working Together Seminar. That was Association of Insurance Receivers and the Guaranty Fund.

Q. How many days was that course?

A. I would say it was two days, but this was in town. And I think that it was scheduled off and on through a week, so I'm not really sure about that.

Q. And then you took some courses at Wetumpka Vocational School; is that right?

A. Yes, sir, that's correct.

Q. Are there any other courses that you've taken?

A. No, sir.

Q. Now, let me go back to your Troy State courses. And I think -- what's the last

course you took at Troy? Was that the Governmental Accounting?

A. No, sir, it was Intermediate I.

Q. Intermediate I. And how many hours was that course? Was that a three-hour course?

A. I believe it was three hours. Here is my confusion on Troy: When I started, they were on the quarter system, and they switched to the semester system. Some you got five hours for, and some you got three hours.

Q. How many days a week did you attend class?

A. Two days.

Q. Two days a week? It would have been for either three or five hours? Is that what you're saying? If it was a three-hour course, it would have been three hours?

A. Oh, no, sir. I'm sorry. I thought you meant the credit hours that they gave you. You know how you list your credit hours? It was three hours.

Q. How many hours was your class?

A. I think it was an hour and ten minutes, an hour and twenty minutes, something like

000753

that.

Q. Twice a week?

A. Yes, sir.

Q. So roughly three hours a week. Would that be fair?

A. Uh-huh.

Q. And how many weeks would these courses take?

A. Without being exact, I think eight weeks.

Q. Eight weeks?

A. I'm not sure about that.

Q. So roughly twenty-four hours of course work is what you're saying. And then how much preparation did you have to do? Homework, study for tests. For every hour you spent in class, how much preparation would you say you did?

A. I would say maybe two hours a week.

Q. Two hours a week total?

A. Yes, sir.

Q. So that would bring your work up to about roughly, under your estimation, about forty hours' worth of work to get credit for one course. And would that be standard for the

other courses you took at Troy State?
A. Well, Principles of Accounting I and Principles of Accounting II, I took those classes on Saturday. That was the only day I went to class.
Q. But you got either a three- or five-hour credit for those courses; is that right?
A. Yes, sir.
Q. Now, you had two children and went to college; is that correct?
A. I do.
Q. Did they get their degrees?
A. They did.
Q. How long did your children stay in college to get their degrees? How many years?
A. Well, my daughter got a double degree, and she was at Faulkner for four and a half years. My son went to school off and on part time. And I really couldn't tell you how long it took him, but it was considerably a long time.
Q. But both eventually got their degrees from those universities?

A. Yes, they did.
Q. Their beginning years, did they have to take those core courses, English, Writing, all those kind of core courses you have to take when you're going for a degree?
A. Yes, sir.
Q. So you're familiar with the core courses that you generally take with any degree; is that correct?
A. Well, I don't know how familiar I am. Neither one of my children were at home when they were in school.
Q. But you're familiar that those are required, that you have core courses that are required to --
A. And I'm also familiar that you can CLEP those tests or take a test to skip those classes.
Q. Have you taken any CLEP tests, Mrs. Hopper?
A. No, sir, I have not.
Q. Now, how did you find out about Trinity College and University?
A. I went online and was looking for online degrees.

Q. Did you just type in online degrees?
A. Yes, sir.
Q. Through some kind of a search engine?
A. Yes, sir.
Q. And Trinity College and University came up?
A. Trinity University came up.
Q. For online degrees?
A. Yes, sir.
Q. And did you inquire through the website as to whether you could get an online degree?
A. Well, I clicked on the link or clicked on that name, and it went to that site.
Q. And was it the Trinity University site or Trinity College and University site?
A. It was Trinity College and University.
Q. And you understand that there's a difference between those two institutions?
A. I do now. At that time I did not.
Q. And what did you find out when you went to that website? What did it tell you about getting a degree?
A. Well, it had several pages, maybe about six. And it went into great detail about how you

000754

could get credit for work experiences. It also had a couple of paragraphs where you could not get credit for life experiences. It said that that was not anything that any institution would give you credit for. But it was for classes that you had attended, seminars, your work history, work experience.
Q. So did you apply to get a degree through them?
A. Yes, sir, I did.
Q. How did you go about doing that? What did you do to get that degree?
A. Well, initially I applied the application that was online on this site, and I sent it. But they had a phone number that said if you had questions, you could call that phone number and your questions would be answered.
Q. And did you call them?
A. I did.
Q. What did you find out?
A. Well, I found out that -- they went in great detail explaining to me how that it -- how everything was set up and that they -- the

information that you gave them, that they looked into it, verified it, and determined what, if any, credit that you would be allowed for that.

Q. And did you submit an application?

A. Yes, sir, I did.

Q. And you said you provided information in order to get your degree?

A. Yes, sir, I did.

Q. Tell me what you sent them.

A. I sent them my classes at Troy that I had taken at the time. I sent them --

Q. Hold on a minute. I'm sorry. That was, at that time, was five courses?

A. No, sir, it was not five courses at that time.

Q. What was it at that time?

A. It was either three or four.

Q. So you sent three or four courses from Troy?

A. Yes, sir.

Q. Okay.

A. I sent them the list of the classes that we had talked about. Do you want me to go over them again?

Q. That would be the seminars that you discussed, which were eight days' worth of seminars --

A. The AUM Technical and the courses that I said from the vocational school. Now, the vocational school courses were an hour or two hours every night two nights a week, and I don't remember what period of time it was.

Q. How many classes did you get credit for from the Wetumpka Vocational School?

A. Three.

Q. So there were three or four courses from Troy, three from Wetumpka, eight days' worth of seminars. What else did you send them?

A. I sent them my work history and my job descriptions.

Q. Was there anything else that you provided them?

A. No, sir.

Q. What happened next? Did you get a degree from them?

A. Yes, sir. But before that, she gave me a

number, and I had to fax her the information that we had just talked about. And she told me that it would take a period of time for them to look into this and verify this information. And we talked about the fee. And the fee I was told was for -- to evaluate these and to verify that the information that I had gave her was legitimate. That's what the fee was for.

Q. And did you receive a diploma from this institution?

A. Yes, sir, I did.

Q. And that diploma was from Trinity College and University?

A. And University, yes, sir.

Q. And is that the diploma that's already been shown --

A. Yes, sir.

Q. -- and entered as an exhibit? About how long did it take for you to get the degree from Trinity College and University? How many days after you submitted all the information was it before you received this back?

A. Probably about six months. 000755

Q. Did you at any time take any online course from Trinity College and University?

A. No, sir.

Q. Did you at any time take any online course from any college or university?

A. No, sir.

Q. Now, looking back at Attachment 2 there, which you have open in front of you, starting with Accounting 1301, which is the sixth course down, down through Business 3303, were those all courses that you got credit from Trinity College and University?

A. Yes, sir, they were.

Q. Did you have additional courses that you don't have listed here that they also gave you credit for?

A. I don't believe so.

Q. So there was no credit given for the basic courses that you normally have to take to get a degree, such as English 101, 102, for example, a math course, a science course? You didn't receive any credit for those kind

of basic courses, did you?
A. No, sir.
Q. I count seventeen courses you've got listed here starting with Accounting 1301. Is it your testimony that you truly believed that, based on the submission of three or four courses from Troy, eight days' worth of seminars, three vocational courses, and your work history, that you could get credit and a college degree from a real university?
A. Yes, sir, it is. I'm -- when I talked to them, I assumed that they were legitimate. She talked to me. There was a phone number. I called more than one time. I faxed information to them. There was not any reason for me to think that they weren't legitimate. I had no question. I thought I was dealing with Trinity University in San Antonio, Texas, because that is exactly what the lady had said to me on the telephone. She even offered to help me go ahead and order my cap and gown and ring and would set up the arrangements for me to come and walk

when I received my diploma. And I told her at that time that I did not want to do that, that I needed to get with my family, that my children were grown and that I would get back with her. And she said -- now, I would have had to pay additional for the cap and gown and ring or anything like that, but it was part of their service to help me set that up. And she specifically told me that that would be San Antonio, Texas, and that they would help me make all the arrangements for myself and my family to come for those ceremonies.
Q. And even though you had seen your children have to put in more than four years' worth of work to get their degrees, you thought you had an equivalent degree by sending in this information that you sent in?
A. Yes, sir, I did. You hear all the time about online degrees and getting credit for work that you have done and for experiences and different things like that. There was no reason for me to question. There was not

any -- I had no question in my mind at all that I was not dealing with Trinity University, which I believed to be a respected university, and I assumed it had been around a long time and that you had heard that name a lot of times.
Q. Now, you know today that your degree did not come from Trinity University in San Antonio, Texas.
A. I do, yes, sir.
Q. You know your degree came from what used to be Trinity College and University at some location outside the United States.
A. No, sir. The only address that I ever had was a Louisiana address, and it said it was a Student Referral Center. And I know y'all keep referring to a website. Well, that was not the website that I had ever seen. That information -- I know you said it was exact. But when I was looking into this in early 2002, that is not the website I had. I had never seen or heard anything about British Virgin Islands until Butch King called me in

his office. That was the first time I had seen or heard anything like that. The phone number I had was, like, the area code was 866. And when I called that telephone number, someone always answered it, and even at one point when I questioned the course numbers, they called me back.
Q. But you know now that it was not the university you thought it to be, according to your testimony.
A. I know now, yes, sir. But at the time, I thought that that was legitimate.
Q. You know now that it's not legitimate.
A. I know that it's not a legitimate -- I know that what I put down there being Trinity University should have been Trinity College and University. But at the time I wrote that on that application, I put that down to be the truth because that was what I knew the truth to be.
Q. Where did you get that address that you put down? You listed the Trinity University in Texas. Where did you get that address?

A. I got that address off the website.
Q. The Trinity College and University website?
A. The Trinity University website.
Q. So you went to the Trinity University website for that address and wrote it down; is that right?
A. When you went to the Trinity University website, it had an accreditation list that you went to, and that's where I got that address. I cannot tell you that on that website that that address was there, but it had a link to go to an accreditation. And they had a list of schools down there, and they had addresses. And that's where I got that address.
Q. And that was, you said, Trinity University?
A. Yes, sir.
Q. Now, when you listed your courses on your application, you listed courses that corresponded to Trinity University, the one in San Antonio, Texas, where you don't have a degree from. They don't correspond to the information that's listed with Bronte

University, the successor of Trinity College and University. Yet you assert that's an honest mistake? You put down the wrong course numbers?
A. I pulled this up off the website, and they did not look exactly like the courses that I had seen. And when I got home, I called, and I went over each course. I was assured by the Trinity College and University that the course numbers had changed and that was all, that it was the exact same courses, that the course numbers had just changed.
Q. So you didn't list what was on your transcript that you received from Trinity College and University. You went back to the website and got different course numbers.
MR. DEBARDELABEN: Object to the form. She never mentioned a transcript.
Q. Did you have a transcript from Trinity College and University?
A. I did have a transcript.
Q. Did you not use the descriptions and course numbers that were listed on that transcript

from Trinity College and University?
A. No, sir. After I talked with Trinity College and University and they said these were the course numbers and names, I went over in detail with her. That's when she called me back. When I called and told them what I needed to know, then they had someone to call me back, and the lady called me back in about fifteen or twenty minutes. And we went over these, and she told me the course numbers had changed and this is what they were.
Q. Now, you later realized there was a problem with this degree. In fact, did you have conversations with Mr. Childree that you realized there was a problem with your degree?
A. No, sir. At the time I had conversations with Mr. Childree, we did not realize that there was a problem. He asked me to provide my diploma. I went in to give him my letter of transfer and to tell him that I was coming to DHR. And when I gave him my letter to transfer, he handed me a letter asking me to

000757

produce my diploma. It was late in the afternoon. I immediately left to go home to get my diploma. When I got back to Montgomery -- I live in Deatsville -- Mr. Childree was not there. So I really didn't know what to do. So I went across the street to Personnel. And so, you know, I'm, like, in shock. I don't know. So I'm saying, What do I need to do. And I go in and talk to Mr. Thomas. And Mr. Thomas told me to go down and see Rachel Davidson, that she was Finance Personnel's person to talk to. When we went down there, she was not in the office.
Q. Well, hold on right there because we're way past my question at this point. Did not you and your husband later go see Mr. Childree concerning this and you --
A. Later. But he assured me that there wasn't a problem.
Q. He assured you there was no problem --
A. Yes, sir.
Q. -- at that point even though you had the

wrong degree -- the wrong diploma?

A. When he looked at my diploma, he said that everything was fine. He didn't see any problem with it. Now, me and my husband also went back at a later time. And I told him then -- I had been off from work then maybe about a week. And I had told him then when I went back in and we took the copy of the diploma -- but I also had tried to talk to Rachel Davidson, which I took over to Rachel Davidson, which was Finance Personnel, a copy of the letter that Mr. Childree had gave me. She didn't have the letter and said she didn't have any knowledge of it. She got a copy of that letter from us. So we went back and talked to Mr. Childree at a later date. It was one morning about 9:00. And he said to me, Then it's just a problem that the wrong address was put down. And I said yes, sir. I had been trying to reach Trinity College and University at that number I had. At that time, I got a recording. We had tried to call them for way over a week.

Q. Again, we're way past the question. Your understanding today, though, is that you do not have an Accounting degree; is that correct?

A. I do not have an Accounting degree from Trinity University in San Antonio, Texas.

Q. Is it your testimony that you have a valid, legitimate degree from -- Accounting degree from some university?

A. I have a degree from Trinity College and University. And I made application to them with truthful statements, and they issued me a degree. Now, I know today it's been called a diploma mill. I don't know anything about a diploma mill except the fact that I thought a diploma mill is, if you just wrote to somebody and said, like, I want a degree from the University of Alabama, they sent that to you. That's what I understood that was. I understood that I was dealing with a legitimate university. I provided them with the information they told me they needed. And she said that they verified that

information, and they sent me a degree. I felt like that I had a legitimate degree from -- at the time I thought it was Trinity University. Now I know it's Trinity College and University.

Q. But you didn't really answer the question. Do you feel like today that you have a legitimate degree --

MR. DEBARDELABEN: Your Honor, we're going to object to that. That has nothing to do with the falsification.

MR. MARSH: It has to do with whether she's qualified for the position, which is one of the charges.

THE COURT: It is. It's a fair question. She can answer.

A. I have a BS degree from Trinity College and University.

Q. And you believe that's a legitimate degree?

A. I believe I met the qualifications they asked me for, yes, sir.

MR. MARSH: Thank you. That's all I have.

000758

THE COURT: Let me ask two questions because I'm just curious about this. When did you actually get the physical piece of paper from Trinity College and University, the diploma?

THE WITNESS: The diploma? The actual date, I'm not sure.

THE COURT: Close.

THE WITNESS: Okay.

THE COURT: 2002?

THE WITNESS: Yes, sir, 2002. Yes, sir.

THE COURT: And you filled out the application that we're talking about here in 2003.

THE WITNESS: No -- oh, yes, sir. This application to the state, yes, sir.

THE COURT: And you didn't look at the diploma that you had in your hand when you filled out the application.

THE WITNESS: Not when I filled out the application, but I had looked at the diploma. But I did not look at the diploma

when I was filling out my application, no, sir. As a matter of fact, I filled out mv application at work.

CROSS EXAMINATION

BY MR. DEBARDELABEN:

Q. Mrs. Hopper, when you filled out your application, which is attached I think to Employee's Exhibit 1 and 2, did you honestly believe that everything you put down there was true and correct?

A. Yes, sir, I did.

Q. Tell me something: What is the pay difference between an Accountant and an Accounting Technician?

A. It's one step.

Q. One step?

A. One step.

Q. And do the pay ranges for an Accounting Tech and an Accountant overlap?

A. Yes, sir, they do.

Q. From my experience with the state, is -- does the Accounting Tech come up to a little above half of the pay range of Accountant?

A. Yes, sir, somewhere close to that. I think it's ten steps they overlap.

Q. They overlap on ten steps? At the time you made the application for an Accountant, were you at the top of the pay scale of an Accounting Technician?

A. No, sir.

Q. So you had room to go on up?

A. Yes, sir.

Q. Okay. When you filled out the application for an Accounting -- and this is Employee's Exhibit 1 if you want to look at it. Did you attach a copy of your resume?

A. Yes, sir, I did.

Q. Now, has anybody, until today, ever asked you any questions about how you mixed this up?

A. Not before we had that last hearing, no, sir.

Q. Now, Mrs. Hopper, have you ever been convicted of any crime?

A. No, sir.

Q. Have you ever been charged with anything?

A. No, sir.

Q. Do you hold any other governmental position

besides the one you held with the State of Alabama?

A. I am a council person in the town of Deatsville.

Q. Mrs. Hopper, I want you to look at what's been marked as Employee's Exhibit Number 8. Did you write that letter to Ms. Graham?

A. Yes, sir, I did.

MR. MARSH: We would object to this. Whether she can revert to another position or be placed back on the register is not an issue for this hearing and has nothing to do with DHR. That's an issue for State Personnel who is not a party to this. So we would object to any discussion about that.

THE COURT: And I would sustain that objection.

MR. DEBARDELABEN: Well, that's not what I'm going for, Your Honor.

Q. Is the reason you wrote this letter to Ms. Graham is that you found out in May of 2006 that there was a question about your qualifications of your promotion?

000759

A. Yes, sir, I did. When DHR actually called me in and talked to me about it, then I was thinking -- I really didn't know what was going on. But there wasn't that much difference in it, and if it was true as to what DHR was telling me, then I would have just went back to the Accounting Tech and just finished my time out as the Accounting Tech.

Q. Was this -- was that the first indication that you had that you didn't have a degree from Trinity University?

A. When DHR called me in and told me that, yes, sir. When I left Finance, they just said everything was fine, and Mr. Childree told me -- he gave me -- on the copy it was marked that he would reemploy me, said everything was fine and he says, There must be confusion in the fiscal management office, that that was the best thing I could do at the time.

THE COURT: Before you ask another question, it's five minutes to 12:00. Does anybody want to try to line up witnesses for

after lunch?

MR. DEBARDELABEN: Yes, sir. I don't think we're going to have but about two or three.

THE COURT: You want to wait until lunchtime? I mean, I don't --

MR. DEBARDELABEN: We'll call at lunch. I think they can get here.

THE COURT: All right. Go ahead.

Q. Now, Mrs. Hopper, I want to ask you about I think it's DHR 7. Down on DHR 7, it says, AA Management Accounting. Did you write that on your application?

A. No, sir.

Q. How did that come to get on your application?

A. I really don't know. I do know that I went across to State Personnel and met with a Lee Pryor, which was an analyst at the time, because he had sent me a letter saying that I did not have all the credits that were required for the Accounting Tech position. Now, when I was looking into the Accounting Technician, there was only three courses

required. So apparently from the time that I took my application in, it had changed to five, and he sent me a letter. And on further over was the letter that I wrote him. After I visited with him and he told me -- I was already registered at Troy for Managerial Accounting. I took him a copy of that registration to show him that I was registered. State Personnel allows you to go ahead and put in your application if you complete that course before you're actually hired is what I understand. At any rate, I knew that I met with Mr. Pryor, and he told me just to put that in writing. Also, on my resume, it shows that I attended Wetumpka Vocational School. That was a school after high school. And Mr. Pryor told me just to add the credit for Basic Accounting or Intro Into Accounting. So I do not know that he's the one that wrote that, but I'm sure that must have came from Personnel somehow because I did not put that on my application.

Q. Okay. Now, I want you to look -- but you

didn't put that there.

A. No, sir.

Q. You don't know who put it there.

A. I do not know.

Q. Okay. On Employee Exhibit 1 -- it's about the third or fourth page -- they list the courses which are particularly related to the position. And they're talking about Principles of Accounting I, Principles of Accounting II, Managerial Accounting, Intermediate Accounting, Governmental Accounting. Did you put the checkmarks by those?

A. No, sir, I did not.

Q. Did you list them?

A. Yes, sir, I did list them.

Q. Okay. Had you had all those courses?

A. Yes, sir, I had those courses at Troy. And I had also called -- the qualification says: Intermediate I or II or an equivalent course. There is an analyst named Laurie, and I don't know what her name is. But I know that she's over the accounting courses.

000760

She told me that Governmental was a substitute and would be taking the place of Intermediate II. So those five courses were the courses that was required to be qualified for the Accountant, specifically required.

Q. You never represented you had anything but the courses you had from Troy, correct?

A. Correct.

Q. And so is it your understanding that you had the five courses from an accredited college in accounting that you were supposed to have to become an Accountant?

A. Yes, sir, it was my understanding that I did, and I was told by an analyst that I did.

Q. Okay. I want to show you what's Employee's Exhibit Number 6. You've got courses listed on Employee's Exhibit Number 6. It says a list of courses. You see them there on the front of the page?

A. Yes, sir.

Q. Where did you take Principles of Accounting I?

A. At Troy.

Q. Where did you take Governmental Accounting?
A. At Troy.
Q. Where did you take Intermediate Accounting?
A. At Troy.
Q. Where did you take Principles of Accounting II?
A. At Troy.
Q. Where did you take Managerial Accounting?
A. At Troy.
Q. Okay. And those are all your courses you took at Troy?
A. Yes, sir.
Q. And is there any other -- and those are five courses you understood that were necessary to apply for Staff Accountant?
A. Yes, sir.
Q. And there is not any place on here that you ever represented you took Intermediate Accounting II?
A. No, sir.
Q. And as you filled out that degree at that time, is the only thing that you think is inaccurate is that your degree is from

Trinity University at 715 Stadium Drive, San Antonio?
A. Yes, sir.
Q. Should that have been Trinity College and University?
A. Yes, sir.
Q. Mrs. Hopper, how did you first hear of Trinity University?
A. The first time I heard it was John Hagee, which is a minister that preaches on television. He refers to it all the time.
Q. And you say when you typed in online universities, Trinity University came up?
A. Yes, sir.
Q. And it said something, and you went over and punched a button?
A. Yes, sir. You actually just go down to the name and click on it, and it carries you to that site.
Q. And when you clicked on Trinity University, it flipped you over to Trinity College and University?
A. Yes, sir, that was the website that pulled

up.
Q. When did you become aware -- or let me ask it this way: Are you aware of the lawsuit that existed between Trinity University and Trinity College and University?
A. Yes, sir.
Q. Do you know one of the stated reasons they sued them is because: Trinity College and University, which is confusingly similar to Trinity University, has caused confusion to customers and is likely to continue to cause confusion to customers? Were you confused?
A. I didn't think I was then, but now definitely.
Q. Did you know anything about this lawsuit when it was going on?
A. No, sir, I did not.
Q. When did you find out about it?
A. I found out about it after DHR had called me in. So that must have been somewhere, let's just say, of April or May about the lawsuit --
Q. Okay.

000761

A. -- of 2006.
Q. Did you find out that a final decision was rendered in this lawsuit --
A. Yes, sir, I did.
Q. -- in 2006?
A. I found out that -- in 2006, yes, sir.
Q. But the decision was rendered in 2004, correct?
A. Yes, sir.
Q. But you didn't know anything about it?
A. No, sir. In 2004, I didn't know anything about it.

MR. DEBARDELABEN: That's all I have, Your Honor.

THE COURT: What time would you like to come back? 1:30?

MR. MARSH: I've rested. I'm done.

MR. DEBARDELABEN: You've rested?

MR. MARSH: Yes, sir.

MR. DEBARDELABEN: At this time, Your Honor, at this time I would make a motion I guess it would be Judgment of Acquittal, for the proof that they have put on has not met

the charge in the letter. What they've proved, at most, is a mistake. They proved she put the wrong name of the college down.

We have in the exhibits, Your Honor, which have been introduced without objection, a copy of the lawsuit which was filed by Trinity University which is, I think, extremely significant. And what they do say: Defendant's use of Trinity -- and that's Trinity College and University. Defendant's use of Trinity College and University, which is confusingly similar to Trinity University, has caused confusion to customers and is likely to continue to cause confusion. Defendant's use of Trinity College and University is likely to confuse a significant number of customers into believing that Defendant, Defendant's product, and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

Now, then as I'm sure Your Honor has

read, the order came out enjoining, and it didn't come out until November of 2004. And at that point in time, it goes along with a finding on everything. Everything started to change, Your Honor, in 2006 when she was trying to get the information.

What they proved, at most, is she put the wrong college down, and there is a legitimate reason for putting that down. The first time she's explained. Number two is that the courses -- she does have the courses from an accredited institution. I don't think anybody would argue that Troy State is not -- or Troy University is not an accredited institution of higher learning. They are not questioning those. She had the courses, so she qualified. At the time the degree was required, all the Accounting degree -- Accountant I required was a degree in Accounting or Business Administration from a four-year college. Well, since these applications were written and what they required, we've had a liberation of online

universities. The one I knew about was Phoenix Online University. That is not addressed in any of this.

And because it wasn't addressed -- and we have a very good employee for the state. We don't have somebody that barely meets standards or -- we have somebody that exceeds standards or consistently exceeds standards. She made a mistake. She made a mistake. That's what they've proven. They haven't proven she falsified anything. They proved she made a mistake. So we should not have to go any further.

THE COURT: Well, I do think you have to go further. I'm not convinced of that. And while you said that she had the required courses, I haven't heard proof that she had the required courses. She is one short, as I understand it at this point. She said somebody told her, some person. I don't know who. But if I understand correctly, and I may not, she is one course short.

MR. DEBARDELABEN: Yes, sir, she might

be. But what we've proven, Your Honor, what she put down on the application is what Personnel approved for her. And that was the accounting courses she put down, and that's what the application that's already in evidence showed. Everything is there on the application, and they determined she was qualified.

MR. MARSH: Just to respond. And I would, you know, agree with the assertion that she's one course short of the five that are listed as requirements. But even more importantly, she's about thirty-five or forty courses short in that you also have to have a valid degree. And it's our position that when she -- even if there was some confusion between the two universities, it didn't really matter because our assertion is, when she wrote that down, she knew she didn't have a valid degree after taking five college-level courses, two vocational courses, and a few seminars. It's our position that it clearly was a falsification, whether it was

Trinity College and University or Trinity University. The fact that she listed a degree was a falsification.

And then our second point would be today, even if she was truly confused back then, which we don't believe, she doesn't meet the qualifications for Accountant. So even if it was all an innocent mistake, it doesn't change the fact that she had no degree and she cannot be an Accountant with DHR.

So I think we've got two positions we've clearly proven. If they can prove something else with their witnesses, we certainly would address that at that time.

THE COURT: Denied.

MR. DEBARDELABEN: Well, Your Honor, I would respectfully point out the state -- and they've rested now. The state has not put on anybody that has stated with any authority that they knew what the required courses were. They haven't put that on. They haven't said the required courses to be an

Accountant is one, this one, two, three, four, five. The only one that came any place close to that was Ms. Brackin. She said she understood, but that wasn't in her job description. So they cannot prove she doesn't have it. I can't disprove what they haven't proved. And for that reason, that part --

THE COURT: I'm denying it.

MR. DEBARDELABEN: Okay.

(Whereupon, a lunch recess was had.)

JAMES SWEARENGIN, JR.

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. DEBARDELABEN:

Q. Would you state your name, please, sir?
A. James Swearengin, Jr.
Q. And how are you employed, Mr. Swearengin?
A. I'm employed with the State of Alabama

Department of Finance.
Q. And how long have you been so employed?
A. Seventeen years.
Q. Seventeen years. And what's your position with the Department of Finance?
A. I'm presently Equipment Maintenance Superintendent.
Q. And when did you become Equipment Maintenance Superintendent?
A. July of 2005.
Q. Okay. Did the requirements for that, did that include a college degree?
A. Yes, sir, it did.
Q. And do you have a college degree?
A. At one time I thought I did, but undoubtedly I don't.
Q. And where is your degree from?
A. Shelburne University.
Q. And what's Shelburne University?
A. I received it over a correspondence course on the internet.
Q. And is it an online degree?
A. Yes, sir.

000763

Q. And how many classroom hours did you put in?
A. To be exact, I'll have to look. I've got it here. From 1998 to 2001, I put in twelve quarters hours, which would be twelve hours a quarter.
Q. Twelve. So a hundred and forty-four total hours?
A. That's correct.
Q. And that's classroom hours?
A. Right.
Q. Okay.
A. Of what they call classroom hours. I actually did them over the internet, correspondence.
Q. Did you go to a campus?
A. No, sir.
Q. Now, have you received any feedback from the state about your online degree?
A. The only time I received anything was on June the 12th when I received a letter from State Personnel --
Q. Yes, sir.
A. -- stating that my degree was a bogus degree.

Q. Were you terminated?
A. No, sir.
Q. Were you removed from your job?
A. No, sir.
Q. Did they take any punitive action against you?
A. None that I'm aware of.
Q. When you filled out your application, did you believe that what you put on the application was true and correct?
A. Yes, sir. To the best of my knowledge, I did.

MR. DEBARDELABEN: I have no further questions.

MR. MARSH: I just have a few.

CROSS EXAMINATION

BY MR. MARSH:

Q. Mr. Swearengin, you said that you actually took online courses, though; is that right? To get your degree?
A. Yes, sir.
Q. You did work, read material, took tests, that type of thing?

A. Correct.
Q. So though it was online, you did perform some activities for that degree.
A. Yes, sir.
Q. You have later learned that that's not a legitimate accredited institution; is that true?
A. Well, I've done no investigating myself, but trying to contact the school, I haven't been able to contact them other than what State Personnel told me, no.
Q. So you haven't been able to verify one way or the other that this is a legitimate institution?
A. That's correct.
Q. And how much did you pay them for your degree?
A. Over a period of time, I would -- this is a guess. I would say between three and five thousand dollars.
Q. And you work for -- I'm sorry. Who is your department?
A. Department of Finance.

Q. And they have taken no action to dismiss you or discipline you for this action?
A. None that I've been aware of, no, sir. I'm still presently Equipment Maintenance Superintendent for the state.
Q. But you have been informed by State Personnel that you are not being put on subsequent registers; is that correct?
A. That's correct, and I was removed from any I was already on.

MR. MARSH: That's all I have.

MR. DEBARDELABEN: One thing on that.

REDIRECT EXAMINATION

BY MR. DEBARDELABEN:

Q. You are Mrs. Hopper's brother?
A. That's correct.
Q. I just wanted to bring that out. Did you get the credit for any other course that you've taken any place else?
A. Yes, sir. I went to AUM and took courses at AUM for Public Management.
Q. Now, was that a college course or one that the state sent you?

000764

A. The state sent me, but it's considered as an associate's degree in Public Management.
Q. So did you go how long to get that?
A. A total of probably a year, but I done it within a two-year period.
Q. Okay. And did you get credit for that from this -- where you got your degree?
A. No, sir. Actually, I got credit from AUM for some of the course work I did for my degree.
Q. Okay.
A. And they took some of the course work as an elective and accepted it.
Q. Now, did you -- on your online degree, did you get credit for any course work that you've taken with the state or anything else or job experience?
A. I'm afraid I don't understand your question.
Q. Did you get credit for any, I will call it -- we do continuing legal education. Like, continuing courses where you went out and you had to take a course for your job.
A. Uh-huh.
Q. And did they ask you about that when you went

to get your online degree?
A. No, sir.
Q. So you didn't get any kind of -- did you have to take basic English courses?
A. I took them with this course here.
Q. Online?
A. Right.
Q. Okay. But you can't find that place anymore?
A. No, sir, I can't find it on the internet any longer.
Q. And it's gone.
A. As far as I know.
Q. When did you become aware that they were investigating you?
A. June 12th when I received the letter.
Q. Did you get any kind of opportunity to respond or anything?
A. No, sir.
MR. DEBARDELABEN: Okay. That's all.
MR. MARSH: I have nothing.
MR. DEBARDELABEN: You can go. Thank you, sir.
(Whereupon, Ms. Sandra

Speakman was present for the following testimony.)

JACKIE GRAHAM

The witness, having first been duly sworn to speak the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION

BY MR. DEBARDELABEN:
Q. Would you state your name, please, ma'am?
A. Jackie Graham.
Q. And what's your job, Ms. Graham?
A. State Personnel Director.
Q. And what's the duties and responsibilities of that job?
A. To oversee the day-to-day activities of the State Personnel Department.
Q. Okay. Now, are you familiar with Mrs. Virginia Swearengin Hopper's case?
A. Yes, sir.
Q. How did it come to your attention that there was a question about Mrs. Hopper?
A. The Finance Department's Personnel Manager

brought it to my attention.
Q. And how did she bring it to your attention, please, ma'am?
A. She asked to have a brief meeting with me. And in the course of that meeting, she indicated that an employee or someone in the Comptroller's Office had some concerns about an employee's educational background, and she asked if we would review an employee's information submitted on her application. And I said, Yes, we will. Just submit a request in writing, which she did.
Q. Okay. And I want to show you Employee's Exhibit Number 9. And tell me: Is this letter from Ms. Dickinson to you in Employee's Exhibit Number 9 is what you're referring to as the written request?
A. Yes.
Q. Now, I believe that request is saying Trinity College and University is not a record for Trinity University. Is that all that you were ordered to investigate or that you asked somebody to investigate, whether or not she

got her degree from Trinity College and University or Trinity University?
A. With this request from the Finance Department, it was requested that we look at this employee's educational background, which is what we did.
Q. Okay. And what did you discover when you looked at her educational background?
A. That she -- well, actually, two staff members reviewed this situation and presented a documentation to me that rather than attending Trinity University in San Antonio, Texas, that she had actually put on her application -- or actually had a diploma from Trinity College and University not Trinity University.
Q. Okay. Did you find anything else of concern to you about her past history?
A. Yes.
Q. And what's that?
A. I also -- when we looked at the transcript from Troy, it indicated that she received one of the accounting courses from -- in 2003.

So I actually think that when she was appointed as an Accounting Technician, she did not qualify.

Q. Now, who -- you said you think. Would you have to ask somebody under you that's in charge of that division? You don't know everything there is to know about Personnel, do you?

A. No, I would never say that I know everything. I try to learn everyday. But I did -- when I was an analyst, I handled the examination for the Accounting Technician, and based on my recollection of the qualifications when I handled it, she would not have qualified.

Q. Now, if -- show you something. That was -- when did she qualify for that one?

A. I'm not sure.

Q. Would it be 2000? I think this is Accounting Tech I. I want to show you what's been previously marked as Plaintiff's Exhibit Number 4. Is that the Accounting Technician?

A. Yes.

Q. Okay. And what -- and that's November 16th, 2000, correct?

A. Yes.

MR. MARSH: I'm going to object here. I'm not sure whether she was or was not qualified for the Accounting Technician is relevant to what we're looking at here. I'm trying to save some time here.

THE COURT: I don't understand the relevancy because that's not what we're --

MR. DEBARDELABEN: Okay. If that's not an issue, Your Honor.

Q. Now, on the Accountant I qualification application -- I believe that's Employee's Exhibit Number 5 is the Accountant -- it would be right here. That's Employee's Exhibits. That's DHR exhibits.

A. Okay. You didn't explain that, though.

Q. I know. That's my fault. Employee's Exhibit Number 5, what -- other than where it said Trinity University, 715 Stadium Drive, San Antonio, Texas, is there any other concern with that exhibit, application, you know?

A. Concern as to?

Q. Her meeting the requirements.

A. Based on this page?

Q. Yes, ma'am.

A. If I looked at this page, I would think that she would qualify for the Accountant because Trinity University in San Antonio, Texas, is an actual university.

Q. Okay. What I want you -- other than that, what I want you to look at is the list of courses which are particularly related to this position. You have Principles of Accounting I, Principles of Accounting II, Governmental Accounting, Managerial Accounting, and Intermediate Accounting I. Would that be -- would those courses right there be the five courses that's necessary for her to qualify?

A. No, because I think it does require Intermediate Accounting II, and I don't see that on here.

Q. Okay. Let me ask you about that.

A. Okay.

000766

Q. I have here what appears to be an announcement dated November 12th, 2003.

MR. MARSH: Is that an exhibit that's been offered?

MR. DEBARDELABEN: No, no. I just want to refresh her memory on it.

MR. MARSH: I'm sorry. Can I just take a quick look at that? I don't have a copy of what we're looking at.

MR. DEBARDELABEN: That's the only copy I have.

MR. MARSH: Okay.

Q. What I'm asking you about on that that confuses me, it says: You must have the following to qualify: Bachelor's degree with a major in Accounting or Business Administration, including completion of five college-level accounting courses, four of which must be Principles I and II, Intermediate I and II, or equivalent courses.

A. Uh-huh.

Q. Now, what is equivalent courses to this

Principles I and II and Intermediate I and II?

A. I don't know exactly.

Q. Could Governmental Accounting be an equivalent course?

A. It could.

Q. So if -- let me ask it this way: No matter if she had a degree or not a degree, assuming she had a degree that y'all weren't questioning, then the second thing that a person looking at this application would do is look down here and see if she qualified on the courses, isn't it?

A. That's correct.

Q. And if she looked down here under courses and they didn't qualify, then she wouldn't be put on the --

MR. MARSH: Objection. Leading the witness.

Q. Or would she be put on the register for an Accountant I?

A. The exam analyst that reviewed that application would look at the educational

section to determine if she had a bachelor's degree and then also the course work that's required for this classification. If the exam analyst looked at both of those and she met those requirements, then she would be allowed to take the test for that classification.

Q. Okay. Now, so apparently, when the exam analyst looked at this, she qualified to take the test for the classification.

A. Yes.

Q. Okay. Who was the exam analyst? Do you know?

A. I believe it is Laurie Baswell.

Q. Was -- during the course of this investigation that you did into Mrs. Hopper, was Ms. Laurie Baswell questioned about this application?

A. No.

Q. So we don't know or you don't know or nobody knows whether or not Ms. Laurie Baswell found -- excuse me. Bad question. Ms. Laurie Baswell certainly didn't find

anything wrong with her course work to qualify for the Accountant.

MR. MARSH: Objection. She doesn't know what she found or didn't find when she looked at it.

A. I can't answer for her.

Q. Okay. Let's put it this way: If there had been something wrong with the course work she had to qualify as an Accountant, then this document would not have been okayed for Mrs. Hopper to take the Accountant test.

A. If the exam analyst reviewed the application for minimum qualifications and then based on the information that the applicant submitted in her application and certified that it was correct, then she would be admitted to meet the minimum qualifications and be allowed to take the test.

Q. Okay. And the only one that can tell us whether or not she met the minimum qualifications, so far as course work is concerned, would be the exam analyst, would be Ms. Laurie -- I forget her last name. She

000767

would be the only one, wouldn't she?

A. She was the one that reviewed this.

Q. Right.

A. I mean, she could tell you what she -- if she reviewed this and what she determined was the qualifications listed on this and then what qualified for the Accountant.

Q. Okay. Now, has anyone in the position that would be knowledgeable reviewed this application and said Mrs. Hopper does not meet the course requirements for Staff Accountant?

A. Ask that again. Let me make sure I understand before I answer.

Q. I'm not looking at the college education requirements.

A. You're not looking at the college education requirements.

Q. You know, the college degree up here. I'm looking at: List courses and hours which are particularly related to position. Has anyone in a position of expertise or knowledge of what it requires to be an Accountant reviewed

this application and determined whether or not -- and made a report that Mrs. Hopper was not -- did not have the course work to qualify to be an Accountant?

A. Paul Thomas is the Chief of our Examinations Division, and he is also the supervisor of the analyst that reviewed this application. He has reviewed this information, and he, you know, based on the fact that the courses attained by Mrs. Hopper were not -- I mean, really, basically, she didn't get any courses. I mean, she didn't complete the course work. We would not count the courses from Trinity College and University because they were not even courses. So, therefore, based on that, she would not qualify for the Accountant.

Q. I appreciate that answer. But I said would the course work of Principles of Accounting I, Principles of Accounting II, Governmental Accounting, Managerial Accounting, and Intermediate Accounting meet the qualifications of the qualification needed to

apply?

A. For the courses, yes.

Q. For the courses.

A. For the courses.

Q. That was the question I was asking.

A. For the courses. But not for the bachelor's degree.

Q. Right.

A. That's only a portion of it.

Q. Right. So she had the minimum qualified courses.

THE COURT: Let me ask the question a little differently. You said that that course could substitute. Are you making a decision when you say that that it is, in fact, substitutable, or that if somebody looked at it, it might or might not be substitutable?

THE WITNESS: It might or might not be, and the analyst that handles that would know what courses can substitute for the Intermediate Accounting I and II because it does say, Or equivalent courses.

Q. And if it hadn't have been substitutable, Mrs. Hopper wouldn't have been certified to take the Accountant I exam.

A. If the analyst thought it was from an accredited university, yes.

Q. Okay. Now, I think we can agree -- I think Joel agreed -- I think it's been pointed out that these five courses listed on the front came from Troy State or Troy University or, when my mother graduated, it was Troy State Teacher's College. So, you know, Troy is an accredited university.

A. Yes.

Q. And I've noticed with some amusement, when I looked at some other qualifications, if I can find them now, of Accountant, it says -- and this is just one of the qualifications. But what I noticed was that: Will be accepted by a four-year college -- accepted by an accredited four-year college or university. So the course work has to be accepted by an accredited four-year college or university, but it does not say anything about the degree

000768

coming from an accredited college or university. That was back in 2001. That has been changed now, hasn't it?

A. Well, I think it was in 2002 that really these diploma mills started coming onto the scene. And we had always anticipated that when an applicant would submit an application and list a college degree, that it would be from an institution of higher learning. So we have always required accredited course work and degrees from colleges and universities. We had to really expand our definition to applicants when the -- with the invention of these diploma mills when they started coming in probably in 2002, 2003.

Q. And I'm looking at one from 2003, November the 12th, 2003, which would predate Mrs. Hopper's application, and it doesn't -- it says the same thing: You must have the following: A bachelor's degree with a major in Accounting or Business.

A. But her degree from Trinity College and University is not really a degree. It's

actually fake. It's from a diploma mill, so we would not consider that a degree.

Q. Now, have you ever -- during this period of time, have you investigated anybody else from a college or university that you didn't consider a valid degree?

A. Yes.

Q. And who is that?

A. The one that I was involved in was Buddy Swearengin, but Paul Thomas has been involved in many. He is over the Examinations Division and gets requests all the time.

MR. MARSH: I'm going to object here. I mean, when Mr. Swearengin testified, I wasn't sure exactly where they were going with that. And I didn't object at the time, but at this point, I don't understand the relevance of continuing to go back to what Mr. Swearengin did or did not do. Furthermore, his testimony was very different of what he did versus what has happened here. So I would object on a relevancy basis.

THE COURT: Where are you going with this?

MR. DEBARDELABEN: Where I'm going with it, sir, is this: Mrs. Hopper has several courses from Troy. I think six. And she put in -- we went through the hours, how many hours she had to put in for those. And then she went online and got this, and she had other courses she got credit for that she actually went to course for. But both of them are coming out that they are coming from unacceptable universities. And what we're having, it appears, are two people that has the same problem or the same situation being treated entirely different.

THE COURT: Well, I would have to say, based on what you've just said, that they're not two people with the same problem or even remotely, number one. And number two, I don't know the answer yet. I don't know that Mr. Swearengin does. I don't know whether she does. So whether or not something is going to take place -- June 1 is not that

long ago. But they are quite different.

MR. DEBARDELABEN: Well, it's -- okay. I'd just like to get my evidence in.

THE COURT: Okay. Go ahead.

Q. Have you known anyone else that was terminated because the degree they got, which they thought was a valid degree, was not a valid degree?

A. There was an investigation that I do remember now several years ago, and I'm not sure if the agency terminated him or not. And there was a question of education.

Q. Okay.

A. So I'm not sure.

Q. Now, at any time during this process, did you have anyone call Mrs. Hopper in and discuss it with her?

A. No.

Q. And I notice on the certification it said: I certify that all statements on or attached to this application are true and correct to the best of my knowledge. Does -- have you had people put things down they would later find

000769

out that wasn't correct?

A. Not necessarily incorrect, but they may have approximated, like, a date of employment. They would put June, and it was actually July. Because if you notice also in the application, we ask for past employment history. And if the salary was incorrect or just if they had to approximate, then we allow employees or potential employees or applicants to approximate the date of hire or their salary but, to the best of their knowledge, it was around that date or around that salary.

Q. Ma'am, do you recall getting a letter from an attorney out in Texas on September -- it's Employee's Exhibit Number 16. Do you recall getting that letter?

A. No, sir, I don't. I could have. I just don't remember it.

Q. You don't remember it? Were you aware or have you ever been aware that Trinity University, which is an institution in San Antonio, Texas, sued this institution called

Trinity College and University because, from what I can gather, they are trying to confuse customers or students or clients into thinking they are one in the same?

A. I have read articles about these diploma mills coming on the scene and the federal government stepping in, but I'm not -- I mean, I probably saw this letter. I'm not sure, but I'm not familiar with any specific litigation.

Q. Okay. And your investigation showed none of that?

A. No. We just -- I receive publications from different entities, and I try to keep up on trends and matters affecting Personnel.

Q. Okay. Would it make any difference in your opinion if an entity tried to establish itself in almost the footprints of a legitimate entity and basically con people into --

MR. MARSH: Objection. We are arguing facts that are not in evidence. She doesn't know whether that's the case. He's obviously

trying to apply it to this particular situation, but that has not been established. And she doesn't know about the lawsuit, so it seems like an irrelevant question to Ms. Graham.

MR. DEBARDELABEN: Your Honor, she had the Final Judgment and Order. And the attorney wrote to her: It is my understanding from Mrs. Hopper that she obtained a degree from Trinity College and University under the unmistakable belief that she was obtaining a degree from Trinity University. This is the type activity we sought to and did enjoin. So that was introduced without any objection. And I think the relevancy goes to this case in that what she put down on the application she believed to be true. And not only did what she's testified to back it up, she's got a Federal Court case to back it up.

THE COURT: What's your question, Mr. DeBardelaben?

Q. My question is: Would it have made any

difference to you if you had known about this Trinity College and University is trying to confuse people to believe they are the real Trinity University?

A. No.

Q. So you think in this case, it's the buyer beware?

A. No. I think she bought a degree. I think she bought a fake degree, and then she tried to use it to get ahead in state employment.

Q. But at no time can you show me any place where it says on your requirements that your degree has to be from an accredited college and institution?

A. The degrees we accept are from accredited universities. If an accredited university will accept course work from a nonaccredited university or from a university that's not accredited by one of the six regional accrediting agencies, then we will accept it. The problem with hers is that she does not have a degree. She has a piece of paper that she paid for and tried to pass it off

000770

for her education.

Q. Okay. But I appreciate your answer. But what I'm still getting confused about -- and I'm looking at again the 2001 -- I think we've gone over -- examination in especially 2001. Well, this is the Accountant for 2003. Each accounting course completed should be listed separately on the application. Qualifying college-level accounting courses are defined as courses that are acceptable by an accredited four-year college or university towards a major in Accounting. It does not say at the top that your degree has to be from an accredited college or university. That's what I'm confused about. Why does the course work have to be acceptable to an accredited four-year college and university when your degree up here does not say it has to be by an accredited college or university? Why is that difference made?

A. We assumed or maybe it's just because we put in writing the course work because we had

applicants trying to submit applications from technical colleges. But the bachelor's degrees have always been from accredited universities. That's been a long-standing policy, even before I started working with State Personnel in '86.

Q. Is there any place on these applications, ma'am, that -- I know what you've assumed. But is there any place on the application or in the state qualification that it says an accredited university?

A. Yes.

Q. And where is that?

A. It's now on our applications and on our website.

Q. Now, what about 2003?

A. As I told you, in 2002 and 2003 was first when the diploma mills started, and we had to put in writing some things that we had never encountered before. Same with the federal government, same with other states. When these diploma mills started entering the scene, the people would just buy a fake

degree and try to use that to compete against others who had gone to class, who had studied and had a prolonged course of study through a recognized university. So some things were not written. So we do have them put in writing, and now we have that policy in place.

Q. Okay. This is what I can relate it to: Not now but for years, Jones University, Jones Law School was not accredited.

MR. MARSH: Objection. If there's a question here, I don't know what analogy we're going to. We can beat this subject to death.

Q. Was not accredited. Cumberland was. The University of Alabama was of law schools in this state. You couldn't go outside the state and practice with a Jones degree, but you could with a University of Alabama or a Cumberland. If you qualified to take the Bar, you got to practice law. But that was up front and was written had to be from an accredited qualified university. Prior to

2003, was there anything in writing by the state that was given to the public on the job qualification that said the university had to be accredited?

MR. MARSH: And, again, I object. This has been asked and answered. She said it was not in writing. They've added it because it was assumed, and I think the question has been answered.

THE COURT: I think it has been answered, too.

A. It has been answered.

MR. DEBARDELABEN: Well, Your Honor, she kept on going back into saying, Well, 2003. She never has said, No, it wasn't there until after that time period.

Q. And is that the answer? It wasn't there until after -- on this Accountant until after November 12th, 2003?

A. The policy has been in place.

Q. I understand when you say policy. Is the policy written, or is it some kind of policy that's floating around that's not written?

000771

A. We had a policy in place, and we have had that policy in place for years. You know, as the industry changes, we have to adapt our policies and procedures. Obviously, we did not anticipate that people would try to buy and sell diplomas and fake degrees to get credit for exams. We had to react to that, and we had to put it into place. But the accredited bachelor's degrees and course work has always been required for our state examinations.

Q. Had it been a written policy or unwritten policy?

A. The person that could best answer that is the head of the Examinations Division, and his name is Paul Thomas. He could tell you exactly what we had in writing.

Q. Yes, ma'am. So as you sit here today, you can't tell us if it was in writing or not in writing prior to --

A. I believe it was. I believe it was. And I don't know about on any of these exam announcements, but I believe it was.

Q. Okay. But we know it wasn't on the Accountant exam announcement it wasn't in writing, don't we?

MR. MARSH: Asked and answered.

Q. It wasn't in writing on the Accountant exam announcement?

A. I believe that does, yes.

Q. This is November 2003.

A. And we say a bachelor's degree.

Q. Right.

A. Yes, I believe --

Q. But it doesn't say from a certified university or accredited.

A. It says a bachelor's degree.

Q. That's it. Okay. Ms. Graham, in May, as early as May of 2006, you determined that Mrs. Hopper would not be able to work for the state for a five-year period, didn't you?

MR. MARSH: Objection. Again, that's not relevant to the issues before this hearing.

THE COURT: No, it's not.

Q. Okay. Did you have a meeting with Personnel

people from Human Resources?

A. Yes.

Q. What did you tell them at that meeting?

A. We gave them a copy of the memorandum from Stan Goolsby and Darby Forrester.

Q. Okay. Is that all you gave them?

A. They may have looked at her employment file, and then they were allowed to ask questions of the two analysts that conducted the study.

Q. Was there any course of action recommended?

A. No.

Q. Okay. Now, Ms. Graham, when Mrs. Hopper found out about this and before any action was taken against her, she offered to you in a letter on May 15 to go back to an Accounting Tech, didn't she?

MR. MARSH: Again, objection. That's not relevant to DHR's dismissal of this employee.

THE COURT: That's not.

MR. DEBARDELABEN: Well, I think it's relevant to this point, Your Honor: As soon as this lady found out that what she got --

she had been hoodwinked into getting this thinking it was valid, she wanted to do the right thing. You know, I think the evidence showed she was hoodwinked just as much as anybody else. And that's why it's relevant, to show she wasn't trying to do anything wrong.

MR. MARSH: I think it just likely shows that she was trying to save herself and find a job she could fall back to. I don't think it necessarily proves a point.

Q. Did anybody at Human Resources ask you could Mrs. Hopper roll back?

A. I believe someone did.

Q. So --

THE COURT: Ask what?

MR. DEBARDELABEN: If Mrs. Hopper could roll back to an Accounting Tech.

THE COURT: Roll back. I didn't understand the word.

A. Yes, I think so.

Q. And what was your answer?

A. I don't know that I gave them an answer. I

000772

said that I would need to look at the information.

Q. And when was -- was that prior to or after Mrs. Hopper's letter to you on May 15th?

A. I don't recall.

Q. The answer to Mrs. Hopper when you responded to her, did you send a copy of that letter to Human Resources?

A. I don't recall.

Q. Prior to any action being taken to terminate Mrs. Hopper, did you make the decision that she could not be placed on any employment register with the State of Alabama --

MR. MARSH: Same objection. It's not relevant to what she decided on the reemployment register.

MR. DEBARDELABEN: It's relevant in this, Your Honor: I've asked her did she send it to Human Resources. You would expect they would.

THE COURT: It's not on the carbon copy of the letter.

MR. DEBARDELABEN: No, sir, it's not on

the carbon copy.

THE COURT: She told you she didn't remember.

MR. DEBARDELABEN: Okay. But I think the action she took against Ms. -- excuse me.

Q. Let me ask you this way: Would you have told anyone at Human Resources anything different than you told Mrs. Virginia Hopper in this May 19th, 2006, letter?

A. If it was after I had made the determination that was given to Mrs. Hopper in that letter, if asked, I would not have told them anything different.

Q. Would you have told them basically the same thing?

A. I'm assuming I would.

Q. Now, Ms. Graham, as I understand personnel law, State of Alabama Code, only the appointing authority, the department head, can make the decision of whether or not to discipline or terminate an employee; is that true?

A. No, sir, I don't believe so.

Q. What is your understanding of the law?

A. Now, I'm not a lawyer, so I'm just going to tell you from a layman term as far as the law. But I believe that the Personnel Director has the authority to remove a person from his or her position if that position -- if the person was employed because of false information.

Q. But you did not remove -- you didn't make the decision to remove her, did you?

A. No, sir, I didn't, but I do believe that the State Personnel Director has that authority.

Q. Are you familiar with the Merit System law?

A. Yes, sir, I am.

Q. Are you familiar with 36-26-27?

A. Not without reading it.

MR. MARSH: Again, I have an objection. I don't understand the relevancy. Ms. Graham did not remove Mrs. Hopper. The appointing authority did. So whether there is or is not other authority is irrelevant in this case.

THE COURT: It seems to me to be

irrelevant. Is there some reason why it's relevant?

MR. DEBARDELABEN: Yes, sir.

THE COURT: What is that?

MR. DEBARDELABEN: Well, when she communicated to them, she said they asked could she roll back, and she communicated what she put in the May 19th letter to people at Human Resources. Then she made the decision prior to the dismissal letter being signed by the appointing authority, and that was signed I believe, Your Honor, on the 14th of August, 2006.

MR. MARSH: But there was no testimony from the appointing authority, Dr. Walley, that whether she could or could not roll back was even presented to him or whether that was any factor in his decision. So then I don't see how that goes into his decision here.

THE COURT: I don't see how it does either.

MR. DEBARDELABEN: And -- okay. Well, so you're saying I can't go into this?

000773

THE COURT: She was asking about her roll back. She gave her an answer on the roll back. We're not here about whether or not she could roll back.

Q. Now, the appointing authority is the one that would make the decision of what kind of action to take against an employee under their supervision, wouldn't it?

A. Typically.

Q. But you think some place in here you have the authority to make that decision?

MR. MARSH: Again, objection. It doesn't matter. I mean, I keep objecting, but we keep going back to the same question.

THE COURT: Yes, I'm lost on it, too. Dr. Walley, if I understand it correctly, did make the decision and did sign the letter.

Q. And you don't recall anyone asking you that from Personnel?

A. I mean, they could have. I just don't remember.

Q. But you wouldn't have allowed her to roll back, would you?

A. To what?
Q. An Accounting Tech.
A. No.
Q. So in your view, she would just be terminated.
MR. MARSH: Objection. I'm sorry, but we keep going back to this roll back. That's not what we're here to decide.
A. My letter to her about her return rights or roll back to an Accounting Technician is there, and it was no. And again, like I said earlier, I believe that she falsified her Accounting Technician application because she did not have course work at the time she submitted it.
THE COURT: But that's not germane to this either.
THE WITNESS: No.
MR. DEBARDELABEN: That's all.

CROSS EXAMINATION

BY MR. MARSH:
Q. Ms. Graham, there has been testimony by Mrs. Hopper earlier that she received her

degree from Trinity College and University based on having taken three to four courses at Troy University, having taken a few vo tech courses at Wetumpka Vo Tech School, and for eight days seminars in addition to her work history. Would -- based on that information, would State Personnel consider her to have a valid degree from Trinity College and University?
A. No.
MR. MARSH: Thank you. That's all I have.

REDIRECT EXAMINATION

BY MR. DEBARDELABEN:
Q. Does State Personnel have a list of colleges and universities to accept degrees from?
A. We have an educational directory that's published by the U. S. Department of Education.
Q. And how do institutions get in that educational directory?
A. You would have to ask them. I do not know. We do not publish it.

Q. How was the decision made that the State of Alabama would accept that directory as institutions to accept degrees from?
A. It accredits all degrees and universities. It is the U. S. Department of Education. It assesses all the public colleges and universities.
Q. In the world?
A. Just the United States I'm assuming because it is the United States Department of Education.
Q. Okay. So it doesn't accredit or not accredit a university located outside the borders of the United States?
A. I do not know.
Q. But is it your testimony if a college or university doesn't appear in this publication, that the State of Alabama does not accept it as an accredited college or university?
A. I don't -- I'm not sure. I haven't used the directory in several years, but our examiners depend on it. So that is a question that I

000774

would prefer to leave to Paul Thomas, who is over the Examinations Division.
Q. Okay. Do you know if Trinity University is in it?
A. Trinity University?
Q. Right.
A. I haven't checked.
Q. Do you know if Trinity College and University is in it?
A. I have not checked.
Q. During this investigation, was it checked to see whether or not Trinity College and University was in the accepted or accredited institutions as published by the United States government in this book you're talking about?
A. Stan Goolsby or Darby Forrester could have checked that. I do not know.
Q. You do not know. Ms. Graham, did anybody to your knowledge check to determine whether or not Trinity College and University is in this book that you referred to that is accepted by the Department of Personnel that shows the

accredited colleges and universities that the Alabama State Department of Personnel accepts degrees from?

MR. MARSH: Objection. He just asked that question, and she just answered it.

THE COURT: That's correct.

Q. You know of no one that checked that. They may or may not have.

MR. MARSH: It's asked and answered. She already said that perhaps Stan Goolsby or Ms. Forrester did, but she wasn't sure.

THE COURT: She already answered your question.

Q. Okay. The memorandum to you from -- and I'll show you. It's Employee's Exhibit Number 13 from Mr. Goolsby and Ms. Forrester. It does not determine whether or not Trinity College and University is an accredited institution, does it?

A. There also appears to be some uncertainty as to whether or not BIU, Bronte University, is recognized as an accredited institution by any credible accrediting agencies. This

uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of six hundred and ninety-five dollars for a bachelor's degree or an associate's degree.

Q. But they didn't say it wasn't in the listed accredited institutions. Do you recall several years ago that Faulkner University was giving course credit for work experience?

A. No, I don't.

MR. DEBARDELABEN: Okay. That's all I have of this witness.

MR. MARSH: I have nothing.

(Whereupon, Ms. Sandra Speakman exited the room.)

THE COURT: We can take care of one administrative matter, I assume, and that is: Do either of you want an opportunity to file any post-trial brief?

MR. MARSH: At this point, I don't feel any need for it. I think the issues have been pretty well laid out. I would like to

make a couple of comments at the end, but beyond that, I'm pretty satisfied with what's been presented.

MR. DEBARDELABEN: If the state is not going to file one, I don't see any need for me to file one, Your Honor.

THE COURT: All right.

(Whereupon, a brief recess was had.)

MR. DEBARDELABEN: May we ask to declare Mr. King as a hostile witness since he is with the agency that is dismissing Mrs. Hopper?

MR. MARSH: We object until he demonstrates that he's hostile.

THE COURT: Well, let's see what happens.

THOMAS KING

The witness, having first been duly sworn to speak the truth, the whole truth and nothing but the truth, testified as follows:

DIRECT EXAMINATION

000775

BY MR. DEBARDELABEN:

Q. Would you state your name, please, sir?

A. Thomas King.

Q. And how are you employed, Mr. King?

A. I'm employed by the Department of Human Resources.

Q. And what's your position with the Department of Human Resources?

A. I am Personnel Director.

Q. How long have you been a Personnel Director?

A. A Personal Director for about thirty-two or -three years.

Q. And I think prior to Human Resources, you were at Mental Health?

A. Yes.

Q. Retired and came back to work?

A. That's correct.

Q. Are you familiar with Mrs. Virginia Hopper?

A. I am.

Q. How do you know -- you come to know about Mrs. Hopper's situation?

A. She was employed with us for a few months. I'm not sure exactly how long. And we met

with some officials at the State Personnel Department. I'm not sure exactly what month that was, but it was soon after she had been there.

Q. Okay. Prior to her coming over, did anybody inform you, anyone whatsoever, any department, there was some kind of question about Mrs. Hopper?

A. No, they did not.

Q. Did anybody inform you that Mrs. Hopper was being investigated for anything when she came over to Human Resources?

A. No, sir.

Q. Okay. And I think she came over sometime in April?

A. I would have to look at the record.

Q. But April or May of 2006?

A. About the same time.

Q. Which officials did you meet with over in Personnel?

A. As I recall, State Personnel Director Jackie Graham, one of their attorneys -- I think Sandy Speakman -- Darby Forrester who is over

the Classification and Pay Division, Stan Goolsby I believe was there who is a Personnel Analyst with State Personnel. And there may have been others, but those are the only ones I can recall.

Q. Who went with you?

A. I'm sure Ms. Warren did. I would think probably another one of my employees, Kelly Lever, but I could be incorrect on that.

Q. How did you come to be notified? Telephone call?

A. I think a telephone call from I think Sandy Speakman.

Q. Okay. What was the general gist of the meeting, sir?

A. We really did not know what the meeting was about until we got there.

Q. Okay. What was the meeting about when you got there?

A. They discussed the application that had been filed by Mrs. Hopper.

Q. Okay. And after they discussed the application that had been filed, what did

they do?

A. Basically, we left with a copy of a report that they had done. We went back and looked at that.

Q. Okay. Did you have a discussion with Mrs. Hopper?

A. We have probably met with her two times or more.

Q. Were you given any directive of what to do when you were given this report?

A. No.

Q. Okay. When you met with Mrs. Hopper, did she ever discuss rolling back to an Account Technician?

A. There was not any discussion of rolling back. One of the things that I do recall in the meeting that we had was whether or not she would be eligible for reemployment as an Accounting Technician, and I told her that I would pose that question to the State Personnel Director, which I did.

Q. And what was the answer?

A. She did not give me an answer. She said she

000776

would take it under advisement.

Q. She never gave you an answer?

A. I think she answered the question later for Virginia, but I didn't get an answer from her.

Q. Okay. Did anyone ever indicate to you that the only thing you could do was terminate Mrs. Hopper?

A. That was simply our decision.

Q. Okay. When you say our decision --

A. The agency's.

Q. Okay. And you never --

A. The Commissioner.

Q. Commissioner. You never had any desire to let her roll back to an Accounting Technician?

A. No, that was not anything that we had talked about.

MR. DEBARDELABEN: That's all.

MR. MARSH: I have no questions.

THE COURT: Thank you. Each of you want to make a two- or three-hour speech?

MR. MARSH: I can give you less than

that. Would you like me to start?

THE COURT: Sure.

MR. MARSH: I think we've clearly shown from the evidence that Mrs. Hopper does not have a degree from Trinity University, that she had a degree from Trinity College and University now known as Bronte, and that the evidence both what you heard and what's in the documented evidence shows that this is a diploma mill that grants degrees for no work being done.

I think DHR has clearly proven its position, one, that she lied when she filled out her application. I think based on the fact that she misrepresented the address or that she listed the Trinity University in Texas, the fact that she used their course numbers versus the course numbers from her diploma or whatever she had, the transcript from Bronte, and those alone show that she knew she was misrepresenting what she put down.

But besides that, even if she was truly

confused about which university she was talking to, she knew she did not have a degree in Accounting when she filled out the application. It stretches the imagination, despite her testimony, for anyone to believe, including her, that based on three or four courses from Troy University, eight days of seminars, and some vo tech courses that she could have the equivalent of a four-year degree. And I don't think it's believable or credible, and I think DHR has shown that when she filled out that application, she knew that she did not have that degree and, therefore, falsified it.

Secondly, though, even if that was true, which we don't think it is, she doesn't qualify. To work for DHR as an Accountant, she must have an Accounting degree, and I think the evidence is very clear that she does not have that. So even if for some strange reason she believed that at the time, she cannot work for DHR because she does not have a college degree.

The issue about accreditation is just a red herring. That's not an issue as to whether the state requires a degree from an accredited university or nonaccredited university. Again, the issue here is she had no degree from any university, accredited or otherwise. So all of that discussion about accreditation is neither here nor there as far as the decision DHR made in this particular case.

Additionally, the testimony about Mr. Swearengin, again, is not relevant. His situation was very different. We don't know all the details. But he certainly took course work from an online university. And DHR is not saying you can't take courses online. The difference is, by her own testimony, Ms. Graham clearly stated -- excuse me, Mrs. Hopper clearly stated that she took no courses when she applied to Trinity College and University for a degree and simply provided her work experience and the few courses that she had.

000777

I think we've demonstrated our case, and we believe that you should uphold the decision of DHR to terminate her employment.

THE COURT: Thank you.

MR. DEBARDELABEN: Your Honor, what we have here is a state employee who has nothing but exceeds standards and consistently exceeds standards. I will direct my esteemed colleague. To qualify as an Accountant, you need a four-year degree. You need a degree in Accounting or Business Administration. It's not only an Accounting degree. That's what the application says.

Now, I find it -- I didn't raise the issue about accredited university. That was raised by Human Resources. What I showed is they didn't have -- it's not required on any of the applications to be an accredited university. I think that's amazing. I think that's a lack of Department -- of Personnel Department doing their job, but they didn't do it. They have a policy, and they want to assume you know. They said you have to have

a degree.

I think we've proven that she had the accounting courses, that part of it. But we are here -- we're not here to fight the accreditation problem. We have a degree. Whether it's an accredited university or not is not what we are charged with. We were charged with falsifying an application.

Now, you have to read what they said. You indicated on your application for an Accountant you had a college degree. There is a college degree. She did not falsify that. Maybe she was under -- mistaken. It shouldn't have been one they had accepted. If you will look at Employee's Exhibit Number 14, it said: The Association for Online Academic Excellence, Fully Accredited Members. If you look over here, so far as we could find, Trinity College of Nursing, Trinity College and University on page 10 of 11 is on there. And this -- they want to talk about the internet. This comes off the internet. You have an accredited

institution. I asked Ms. Graham if she was in the accreditation book. She couldn't tell me. There has been no testimony or no document, except this one document that was introduced into evidence without objection, that showed they are accredited.

She has shown she had the courses. When they said she didn't qualify: You did not meet the qualification of Accountant classification due to you not having a valid college degree nor the required course for an accounting position. The department failed to show what the required courses are. We showed she had the courses. Even Ms. Graham said that could be substituted. It could be substituted, and it wasn't kicked out for that. And those courses, those five courses, were courses from Troy State University Montgomery.

We think Mr. Swearengin's testimony is very important. They want to talk about not a valid degree. Well, they treat him differently from her. They said neither one

of them are a valid degree. There has been other institutions -- I asked for that information so I could have it, but we didn't get it. If we had had that, maybe we wouldn't have had this question. But what we have here as an employee is we all would have gotten a two-step pay raise. You don't jeopardize a career for a two-step pay raise. You don't intentionally falsify a document for a two-step pay raise. If it had been twenty or thirty or forty thousand dollars, you might could justify that. But for a two-step pay raise and the type work record she has, you don't falsify for that. That's the unbelievable part.

I probably would have questioned I could get a degree for that work experience. Mr. Marsh probably would have questioned it. You probably would have questioned it. But there is a lot of people that don't question it. It's online. It's in writing. It's written down. It's true. They put it down on the application. Did she make a mistake

000778

when she put it down? Yeah. How did she make a mistake? Because when she went online and hit Trinity University and hit the button, it went to this sham university.

And I think it's extremely important to read what the lawsuit was about, which we have the original complaint. It's Exhibit 17. And the original complaint, if you look at, I believe, paragraph 18 in it -- no, it's not 18. It shows what -- paragraph 19: Defendant's use of Trinity College and University, which is confusingly similar to Trinity University, has caused confusion to customers and is likely to continue to cause confusion to customers. This was found in 2004. This is one of the customers it caused confusion to.

You know, she got beat out of her money thinking she had a good product because she thought it was Trinity University. There had been no testimony that showed that she thought otherwise. Nothing. There was an order that came out from Federal Court saying

you can't do this. Cease and desist. This is just not -- she is not the only person that was duped.

So did she intentionally -- did she falsify? No, she didn't falsify. She did put down incorrect information believing it to be correct. And you look at her work history. Her work history showed she is a good employee, came, didn't have any problem, no write-ups. This was the problem. This is not an offense that should be termination.

It's unfortunate not only for Mrs. Hopper but for the State of Alabama to lose this good of an employee because I guess state government or some government is not doing their job to get these sham places out of existence. She got defrauded. State of Alabama got defrauded. Now she is losing her job because of a wrong by somebody else when she thought she was doing what was proper.

We don't think the state has proved their case. She didn't -- what she put down was true to the best of her knowledge. Much

to her credit, when she found out it wasn't, she said, I'll roll back to an Accounting Tech. You know, she knew nothing about this until May. When you look at that letter early in May, she said, Look, if there was a mistake, I'll roll back. It's not like, Oh, I'm right.

But she does have a degree, for what it's worth, from Trinity College and University. And we don't think this is a case that deserves economic capital punishment. And that's what we're dealing with here is capital punishment in an economic sense. Thank you.

THE COURT: Thank you. Appreciate everything. I will get you a written response as rapidly as I can given the Christmas season.

(The proceedings concluded at 3:07 p.m.)

* * * * * * * * * * * * *

END OF PROCEEDINGS

* * * * * * * * * * * * *

REPORTER'S CERTIFICATE

STATE OF ALABAMA

MONTGOMERY COUNTY

I, Laura A. Head, Court Reporter and Commissioner for the State of Alabama at Large, hereby certify that on Monday, December 18, 2006, I reported the TESTIMONY AND PROCEEDINGS in the matter of the foregoing cause, and that pages 4 through 230 contain a true and accurate transcription of said proceedings.

I further certify that I am neither kin nor of counsel to the parties to said cause, nor in any manner interested in the results thereof.

This 8th day of January, 2007.

LAURA A. HEAD, Court Reporter
Commissioner for the
State of Alabama at Large

MY COMMISSION EXPIRES: 2/6/08

# Appendix D:
## Documents Produced in Connection with Third Party Request for Production

**BEFORE THE PERSONNEL BOARD**
**OF THE STATE OF ALABAMA**
**IN THE MATTER OF VIRGINIA HOPPER**

**STATE PERSONNEL DEPARMENT'S RESPONSE**
**TO THE EMPLOYEE'S THIRD PARTY**
**REQUEST FOR PRODUCTION**

State Personnel Department ("SPD"), a non-party to this action, responds to the Employee's Third Party Request for Production. Beginning on Thursday, November 9, 2006, all documents to be produced in response to the Employee's discovery request will be produced as they are kept in the ordinary course of business at the office of SPD counsel, Sandra Ingram Speakman, Deputy Legal Counsel, State Personnel Department, Legal Division, Suite 316, 64 N. Union Street, Montgomery, Alabama 36130, at a time convenient for all counsel interested in reviewing such documentation.

**SPD RESPONSE**

1. Any and all materials, documents or complaints the State Personnel Department or any of its servants, agents or employees have received relating to or concerning Virginia Hopper, the employee in this matter.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

2. Any and all letters, request[s] of other documents the State Personnel Department or any of its servants, agents or employees have sent to any person, agency institution or company concerning the employee Virginia Hopper.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

3. Any and all letters, memorandums [sic], notes, documents or investigative reports prepared by the State Personnel Department or any of its servants, agents or employees that concern or relate to the employee, Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

4. Any and all applications filled out by the employee, Virginia Hopper, for any and all jobs or vacancies, by which Virginia Hopper applied for a position or promotion with the State of Alabama.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

5. A copy of any and all rules and regulations enacted by the State Personnel Department relating to the investigation of any person accused of providing false information on a job application.

**RESPONSE: Documents are available for inspection at the office of SPD counsel.**

6. A copy of any and all investigations concerning any person accused of providing false information on a job application with the State of Alabama or not having a degree from an accepted or certified college or university.

a. The outcome and/or resolution of the investigation.

**RESPONSE: SPD objects to the production of these documents because the request is too broad in scope and time and is overly burdensome. Moreover, the Employee has failed to demonstrate that the persons that are the subject of said documents are similarly situated in any way to the Employee in this action. *See Wilson v. B/E Aerospace, Inc.*, 376 F.3d 1079, 1091 (11th Cir. 2004) (stating that similarly situated employees are the only appropriate legal comparison because the law does not vest the court with the authority to second-guess a reasonable employer's decisions). Finally, these files cannot possibly be relevant to this action. The subject of this appeal is DHR's decision to terminate the employment of Ms. Hopper—SPD is not the appointing authority and did not make that decision. Therefore, SPD's documents with respect to other persons are irrelevant to this termination appeal.**

7. The complete personnel file of Jackie Graham.

**RESPONSE: SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Graham's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

8. The complete personnel file on Darby Forrester.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Ms. Forrester's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

9. The complete personnel file on Stan Goolsby.

**RESPONSE:** **SPD objects to the production of this personnel file because this request is overly broad in scope and irrelevant to the claims in this action. Information contained in Mr. Goolsby's personnel file is irrelevant to whether DHR's decision to terminate Ms. Hopper was warranted. Moreover, under the holding of *Blankenship v. City of Hoover*, 590 So. 2d 245, 247-48 (Ala. 1999), that mandates public officials ascertain whether the request for public records is for a legitimate purpose and is not "purely speculative or from idle curiosity," the Employee must provide a legitimate purpose for such records. The Employee must be required to provide such a purpose before the documents requested are produced.**

10. Any and all memorandums [sic], documents, letters and/or notes of oral conversations reviewed by Stan Goolsby, Darby Forrester and Jackie Graham that relate or concern to Virginia Hopper in any way whatsoever.

**RESPONSE:** **Documents are available for inspection at the office of SPD counsel.**

**000782**

Respectfully submitted:

SANDRA INGRAM SPEAKMAN (SPE048)
Assistant Attorney General
State Personnel Department

OF COUNSEL:
STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 353-0046
Facsimile: (334) 353-4481

**ATTORNEY FOR NON-PARTY STATE PERSONNEL DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, postage prepaid, via United States mail, on this the 8th day of November, 2006.

Jim L. DeBardelaben
P.O. Box 152
Montgomery, AL 36101-0152

Joel Marsh
DHR-Legal
P.O. Box 304000
Montgomery, AL 36130-4000

000783

OF COUNSEL

DATE 06/18/2004

# CERTIFICATION OF CANDIDATES

STATE OF ALABAMA
Personnel Department

CERTIFICATION NUMBER 040600164

| DEPARTMENT IDENTIFICATION (DEPT./DIV.) | CLASSIFICATION (CODE/TITLE) | CLASS OPTION (CODE/TITLE) | PA |
|---|---|---|---|
| N FINANCE<br>3 CONTROLS & ACCOUNTS | 10611<br>ACCOUNTANT | | |

| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| CONTINUOUS OPEN-COMP | 1 PERMANENT | 51 MONTGOMERY | 1 | | | | N | 1 | 1,015.80 |

| METHOD OF CERTIFICATION | POSITION NUMBERS | SELECTIVE CERTIFICATION CODE |
|---|---|---|
| MERIT SYSTEM PLUS TIES | 1638102 | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| [redacted] | DAVENPORT RITA T [redacted] | 1 | | BAND08 | | | |
| [redacted] | NETTLES ANNA D [redacted] | 2 | | BAND08 | | | |
| [redacted] | POOLE TONJA T [redacted] | 2 | | BAND08 | | | |
| [redacted] | POWELL REVERIE D [redacted] | 2 | | BAND08 | | | |
| [redacted] | WARE KATHY W [redacted] | 2 | | BAND08 | | | |

000784

| CERTIFIED–PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED–APPOINTING AUTHORITY | DATE RETURNED |
|---|---|---|---|
| | | | |

PM 16, REV. 7/95

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

FILE COPY

# CERTIFICATION OF CANDIDATES

STATE OF ALABAMA
Personnel Department

DATE: 06/18/2004 07-08-04

CERTIFICATION NUMBER: 040600164

10605 "6361" @ 1330.90 010 103A 08/03

DEPARTMENT IDENTIFICATION (DEPT./DIV.): N FINANCE 010 / 3 CONTROLS & ACCOUNTS 103A

CLASSIFICATION (CODE/TITLE): 10611 68 ACCOUNTANT

CLASS OPTION (CODE/TITLE):

| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| CONTINUOUS OPEN-COMP | 1 PERMANENT | 53 MONTGOMERY | 1 | | | | N | 1 | 1,015.8 |

METHOD OF CERTIFICATION: MERIT SYSTEM PLUS TIES

POSITION NUMBERS: 16381023 BWREG EEO=4

SELECTIVE CERTIFICATION CODE: 1398.0

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| [redacted] | COKER WALTER J IV [redacted] | 1 | | BAND05 | | | 28Sep |
| [redacted] | ABNER CYNTHIA S [redacted] | 2 | | BAND07 | | | |
| [redacted] | GARDNER DAVID L [redacted] | 2 | | BAND07 | | | |
| [redacted] | HARRIS DEBBIE D [redacted] | 2 | | BAND07 | | | |
| [redacted] | HOPPER VIRGINIA S [redacted] | F 1 | | BAND07 | A | 16381023 | 06-26 |
| [redacted] | LEE CARL M [redacted] | 2 | | BAND07 | | | |
| [redacted] | MCDADE DEDRICK V [redacted] #C | 2 | | BAND07 | | | |
| [redacted] | NGUYEN THU M [redacted] | 4 | | BAND07 | | | |
| [redacted] | RIVERS KIVONDRA P [redacted] | 2 | | BAND07 | | | |
| [redacted] | BENSON JODIE [redacted] | 2 | | BAND08 | | | |
| [redacted] | BROWN SHELONDA E [redacted] | 2 | | BAND08 | | | |

03 C1
6mth prob 12/25/04
AR 06/05

000785

APPROVED #21
JUL 14 2004
ALL LEVELS

2004 JUL 14 A 9:44
STATE PERSONNEL DEP
PAYROLL AUDIT

CERTIFIED–PERSONNEL DIRECTOR: T. [signature]

DATE CERTIFIED: 7/13/04

CERTIFICATION RETURNED–APPOINTING AUTHORITY

DATE RETURNED

M 16, REV. 7/95

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

EXEMPT (A)

FILE COPY

Form 3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

**Examination For Which You Are Applying (one per application)** 10611

10611 Accountant

**Option (if applicable)**

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) Elmore (County) 26 [redacted] (Zip Code)

Telephone Number: Home ([redacted]) (Area Code) Work ([redacted]) [redacted] (Area Code)

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:**

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 3/ LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

000786

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature Virginia S. Hopper Date 11/21/2003

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Peggy Stieringer | [redacted] | State Of Alabama ADEM |
| Vicke Vuittonet | [redacted] | |
| Craig Nelson | [redacted] | State of Alabama DHR |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (X) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

**THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.**

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. **Each time you changed jobs or your title changed should be listed as a separate period.** Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer: SEE ATTACHED | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | | |

000787

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Virginia Hopper

SS#

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**
**Office of State Comptroller - Accounting Tech**

- Audit various claims to determine they are legal and proper
- Record miscellaneous refund payments received and prepare checks for deposit to the State Treasury
- Process vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Audit warrant amounts, post warrant data and mail payments to vendors
- Enter and process Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Audit and process Electronic Warrants from departments in CAS on a daily basis and balance with Treasurer's Office
- Schedule, enter into CAS, and approve Debt Service payments
- Maintain and review expenditure and budgetary control accounts and report as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy

irginia Hopper

- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**
**Finance Division – Accounting Tech**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balance control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**
**Receivership Division - Accountant (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements

Virginia Hopper

- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts from subsidiary
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

**Extracurricular activities** Member of First Assembly of God church choir and drama team.

## COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

## COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( X ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 ( ) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ______
15 (X) State Personnel Dept. Website
16 ( ) Other Website

## AVAILABILITY

81 - Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence
84 - Jasper/ Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston
87 - East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa
82 - Huntsville/ Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan
85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa
88 - Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington
83 - Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah
86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair
89 - Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox
81
82
83
84
86
87
85
89
90
91
88
93
94
92
90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery
91 - Phenix City/ Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell
92 - Mobile Area
02 Baldwin
49 Mobile
93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe
94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston
95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 89 86

**000792**

If you want to be considered for appointment by only certain state agencies, indicate here ______

Will you accept work involving overnight travel? ( ) Yes (x ) No Will you accept part-time work? ( ) Yes ( x ) No

Will you accept temporary work? ( ) Yes (x ) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 11 (Month) 01 (Day) 2003 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.




# ALABAMA DEPARTMENT OF TRANSPORTATION

1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

*Don Siegelman*
*Governor*

June 9, 2004

*Paul Bowlin*
*Transportation Director*

Virginia S Hopper
[redacted]

| | |
|---|---|
| Job Classification: | 10611-Accountant |
| Entrance Salary: | $1015.80 |
| Salary Range: | $1015.80 - $1540.60 |
| Location: | Montgomery County |
| Number of Vacancies: | 1 |
| Rank: | 3 |

PCQ# 1730829

Dear Virginia S Hopper:

Your name has been certified to us by the State Personnel Department for the classification shown above. You will note that we have indicated the entrance salary and salary range as well as the location of the position listed above. This is not an offer of appointment but is merely to determine your availability for employment consideration.

Please indicate your availability below and return this entire letter to Cecil McDavid, Accounting & Finance within ten days of the date of this letter. If you indicate that you are available for appointment, someone will contact you to schedule a location, date and time for an interview.

Please check the statement that describes your situation.
**If you indicate that you are available for appointment, include a current application or resume with this letter.**

( ) I am available for appointment.
(X) I am not available, ~~please remove my name from the list until further notice~~. I am being promoted at Finance.
( ) I am not available now, but will be available ____________ (date).
( ) I am not available at the location shown above but am available (list counties).
____________, ____________, ____________.

Thank you
VH

Address: City, State, Zip Code ____________
Telephone Numbers: Home ( )____________ Work ( )____________
Signature ____________
Do you have any relatives, i.e., parents, spouse, sisters, brothers, cousins, in-laws, etc., currently employed by The Alabama Department of Transportation? ( ) YES ( ) NO
If you checked yes, please indicate the names of your relatives and their relationship to you:
(You may continue listing on the back of this letter if necessary).

| Name of Relative: | Relationship to You: | Relative's Work Location: |
|---|---|---|
| | | |
| | | |

The information regarding relatives is gathered only to ensure that a relative does not participate in the interview or selection process. Having a relative within the Department does not prevent you from being considered for or receiving an appointment.

Sincerely,

[signature]

Cecil McDavid
Director Of Finance

000793



# ALABAMA DEPARTMENT OF TRANSPORTATION

1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

*Don Siegelman*
*Governor*

*Paul Bowlin*
*Transportation Director*

June 9, 2004

Virginia S Hopper
[redacted]

| | |
|---|---|
| Job Classification: | 10611-Accountant |
| Entrance Salary: | $1015.80 |
| Salary Range: | $1015.80 - $1540.60 |
| Location: | Montgomery County |
| Number of Vacancies: | 2 |
| Rank: | 3 |

PCQ# 1732561, 1736293

Dear Virginia S Hopper:

Your name has been certified to us by the State Personnel Department for the classification shown above. You will note that we have indicated the entrance salary and salary range as well as the location of the position listed above. This is not an offer of appointment but is merely to determine your availability for employment consideration.

Please indicate your availability below and return this entire letter to Cecil McDavid, Accounting & Finance within ten days of the date of this letter. If you indicate that you are available for appointment, someone will contact you to schedule a location, date and time for an interview.

Please check the statement that describes your situation.
**If you indicate that you are available for appointment, include a current application or resume with this letter.**

( ) I am available for appointment.
(X) I am not available, ~~please remove my name from the list until further notice~~. I am being promoted at Finance.
( ) I am not available now, but will be available ____________ (date).
( ) I am not available at the location shown above but am available (list counties).
____________, ____________, ____________.

Thank you
VH

Address: City, State, Zip Code ____________
Telephone Numbers: Home ( ) ____________ Work ( ) ____________
Signature ____________

Do you have any relatives, i.e., parents, spouse, sisters, brothers, cousins, in-laws, etc., currently employed by The Alabama Department of Transportation? ( ) YES ( ) NO
If you checked yes, please indicate the names of your relatives and their relationship to you:
(You may continue listing on the back of this letter if necessary).

| Name of Relative: | Relationship to You: | Relative's Work Location: |
|---|---|---|
| | | |
| | | |

The information regarding relatives is gathered only to ensure that a relative does not participate in the interview or selection process. Having a relative within the Department does not prevent you from being considered for or receiving an appointment.

Sincerely,

[signature]

Cecil McDavid
Director of Finance

000794

Form 3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

2003 NOV 21 P 1:53

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

**AN EQUAL OPPORTUNITY EMPLOYER**

**General Instructions**

A separate application is required for each job. **Do not write in shaded areas.** Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

**Examination For Which You Are Applying (one per application)** 10611

10611 Accountant

**Option (if applicable)**

Full Name Virginia (First) S (Middle) Hopper (Last)

Address [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) [redacted] (County) 26 [redacted] (Zip Code)

Telephone Number: Home ([redacted]) [redacted] (Area Code) Work ([redacted]) [redacted] (Area Code)

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:**

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

000795

Signature *Virginia S. Hopper* Date 11/21/2003

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER : [redacted]

| List three reliable persons, not relatives or present employer, who know you well enough to give information about you. | | |
|---|---|---|
| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
| Peggy Stieringer | [redacted] | State Of Alabama ADEM |
| Vicke Vuittonet | [redacted] | |
| Craig Nelson | [redacted] | State of Alabama DHR |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X )No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

**THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.**

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. **Each time you changed jobs or your title changed should be listed as a separate period.** Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer<br>SEE ATTACHED | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|
| Address | | | | Type of Business | | |
| FROM<br>Month Year | TO<br>Month Year | Total Months | Number of Hours Per Week | Beginning Salary<br>$___ Per ___ | Ending Salary<br>$___ Per ___ | May we contact your employer?<br>( ) Yes ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | |

000796

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Virginia Hopper

SS# [redacted]

[redacted]

Phone [redacted]

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**
**Office of State Comptroller - Accounting Tech**

- Audit various claims to determine they are legal and proper
- Record miscellaneous refund payments received and prepare checks for deposit to the State Treasury
- Process vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Audit warrant amounts, post warrant data and mail payments to vendors
- Enter and process Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Audit and process Electronic Warrants from departments in CAS on a daily basis and balance with Treasurer's Office
- Schedule, enter into CAS, and approve Debt Service payments
- Maintain and review expenditure and budgetary control accounts and report as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy

 Virginia Hopper

- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**
**Finance Division – Accounting Tech**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balance control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**
**Receivership Division - Accountant (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements

[redacted] Virginia Hopper

- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts from subsidiary
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

**Extracurricular activities** Member of First Assembly of God church choir and drama team.

SOCIAL SECURITY NUMBER

## COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies **(which will not be returned)** of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. **If this has been submitted previously and is on file with this office, you may disregard this requirement.**

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. **V.A. letter must be kept updated until register is established or you lose the extra 5 points.**

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

## COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( X ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 ( ) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other
15 (X) State Personnel Dept. Website
16 ( ) Other Website

## AVAILABILITY

81 - Northwest Alabama: 17 Colbert, 30 Franklin, 39 Lauderdale, 40 Lawrence

82 - Huntsville/Decatur Area: 36 Jackson, 42 Limestone, 45 Madison, 48 Marshall, 52 Morgan

83 - Northeast Alabama: 10 Cherokee, 25 DeKalb, 28 Etowah

84 - Jasper/Winfield Area: 29 Fayette, 38 Lamar, 47 Marion, 64 Walker, 67 Winston

85 - Tuscaloosa Area: 04 Bibb, 32 Greene, 33 Hale, 54 Pickens, 60 Sumter, 63 Tuscaloosa

86 - Birmingham Area: 05 Blount, 22 Cullman, 37 Jefferson, 58 Shelby, 59 St. Clair

87 - East Central Alabama: 08 Calhoun, 09 Chambers, 14 Clay, 15 Cleburne, 19 Coosa, 56 Randolph, 61 Talladega, 62 Tallapoosa

88 - Southwest Alabama: 12 Choctaw, 13 Clarke, 46 Marengo, 65 Washington

89 - Selma/Clanton Area: 11 Chilton, 24 Dallas, 53 Perry, 66 Wilcox

90 - Montgomery Area: 01 Autauga, 26 Elmore, 43 Lowndes, 51 Montgomery

91 - Phenix City/Troy Area: 03 Barbour, 06 Bullock, 41 Lee, 44 Macon, 55 Pike, 57 Russell

92 - Mobile Area: 02 Baldwin, 49 Mobile

93 - South Central Alabama: 07 Butler, 18 Conecuh, 20 Covington, 21 Crenshaw, 27 Escambia, 50 Monroe

94 - Dothan Area: 16 Coffee, 23 Dale, 31 Geneva, 34 Henry, 35 Houston

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 89 86

**000801**

If you want to be considered for appointment by **only certain state agencies**, indicate here ____________

Will you accept work involving overnight travel? ( ) Yes (x ) No Will you accept part-time work? ( ) Yes ( x ) No

Will you accept temporary work? ( ) Yes (x ) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 11 (Month) 01 (Day) 2003 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.




# ALABAMA DEPARTMENT OF TRANSPORTATION

1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

*Don Siegelman*
*Governor*

June 9, 2004

*Paul Bowlin*
*Transportation Director*

Virginia S Hopper
[redacted]
[redacted]

**Job Classification:** 10611-Accountant
**Entrance Salary:** $1015.80
**Salary Range:** $1015.80 - $1540.60
**Location:** Montgomery County
**Number of Vacancies:** 1
**Rank:** 3
PCQ # 1730829

Dear Virginia S Hopper:

Your name has been certified to us by the State Personnel Department for the classification shown above. You will note that we have indicated the entrance salary and salary range as well as the location of the position listed above. This is not an offer of appointment but is merely to determine your availability for employment consideration.

Please indicate your availability below and return this entire letter to Cecil McDavid, Accounting & Finance within ten days of the date of this letter. If you indicate that you are available for appointment, someone will contact you to schedule a location, date and time for an interview.

Please check the statement that describes your situation.
**If you indicate that you are available for appointment, include a current application or resume with this letter.**

( ) I am available for appointment.
(X) I am not available, ~~please remove my name from the list until further notice~~. I am being promoted at Finance.
( ) I am not available now, but will be available ____________ (date).
( ) I am not available at the location shown above but am available (list counties).
____________, ____________, ____________.

Thank you
VH

Address: City, State, Zip Code ____________
Telephone Numbers: Home ( ) ____________ Work ( ) ____________
Signature ____________
Do you have any relatives, i.e., parents, spouse, sisters, brothers, cousins, in-laws, etc., currently employed by The Alabama Department of Transportation? ( ) YES ( ) NO
If you checked yes, please indicate the names of your relatives and their relationship to you:
(You may continue listing on the back of this letter if necessary).

| Name of Relative: | Relationship to You: | Relative's Work Location: |
|---|---|---|
| | | |
| | | |

The information regarding relatives is gathered only to ensure that a relative does not participate in the interview or selection process. Having a relative within the Department does not prevent you from being considered for or receiving an appointment.

Sincerely,

[signature]

Cecil McDavid
Director of Finance

000802



# ALABAMA DEPARTMENT OF TRANSPORTATION

1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

*Don Siegelman*
*Governor*

June 9, 2004

*Paul Bowlin*
*Transportation Director*

Virginia S Hopper

| | |
|---|---|
| **Job Classification:** | 10611-Accountant |
| **Entrance Salary:** | $1015.80 |
| **Salary Range:** | $1015.80 - $1540.60 |
| **Location:** | Montgomery County |
| **Number of Vacancies:** | 2 |
| **Rank:** | 3 |

PCQ# 1732561, 1736293

Dear Virginia S Hopper:

Your name has been certified to us by the State Personnel Department for the classification shown above. You will note that we have indicated the entrance salary and salary range as well as the location of the position listed above. This is not an offer of appointment but is merely to determine your availability for employment consideration.

Please indicate your availability below and return this entire letter to Cecil McDavid, Accounting & Finance within ten days of the date of this letter. If you indicate that you are available for appointment, someone will contact you to schedule a location, date and time for an interview.

Please check the statement that describes your situation.
**If you indicate that you are available for appointment, include a current application or resume with this letter.**

( ) I am available for appointment.
(X) I am not available, ~~please remove my name from the list until further notice~~. I am being promoted at Finance.
( ) I am not available now, but will be available ____________ (date).
( ) I am not available at the location shown above but am available (list counties).
____________, ____________, ____________.

Thank you
VH

Address: City, State, Zip Code ____________
Telephone Numbers: Home ( ) ____________ Work ( ) ____________
Signature ____________
Do you have any relatives, i.e., parents, spouse, sisters, brothers, cousins, in-laws, etc., currently employed by The Alabama Department of Transportation? ( ) YES ( ) NO
If you checked yes, please indicate the names of your relatives and their relationship to you:
(You may continue listing on the back of this letter if necessary).

| Name of Relative: | Relationship to You: | Relative's Work Location: |
|---|---|---|
| | | |
| | | |

The information regarding relatives is gathered only to ensure that a relative does not participate in the interview or selection process. Having a relative within the Department does not prevent you from being considered for or receiving an appointment.

Sincerely,

Cecil McDavid
Director of Finance

000803

Form 3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

MAY 20 P 2:44

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

JUN 0 2003

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

Examination For Which You Are Applying (one per application) 10612

10612 - Staff Accountant

Option (if applicable)

Full Name Virginia S Hopper
First Middle Last

Address [redacted]
House or Apartment Number Street

[redacted] [redacted] [redacted] 26 [redacted]
City State County Zip Code

Telephone Number: Home ([redacted]) [redacted] Work ([redacted]) [redacted]
Area Code Area Code

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] [redacted] [redacted]
(Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6.( ) Other

EDUCATION:

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 12 College 1 2 3 [4]

ED 31
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University San Antonio, TX | 9/94 | 5/2002 | 124 | | X | | BS | Bus Admin |
| | | | | | | | | |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| | | | | | |
|---|---|---|---|---|---|
| Governmental Accounting | 3 hrs | Managerial Accounting | 3 hrs | Prin of Accounting II | 3 hrs |
| Intermediate Accounting | 3 hrs | Prin of Accounting I | 3 hrs | (See Attached for list) | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

000804

Signature *Virginia S. Hopper* Date May 28, 2003

**During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.**

SOCIAL SECURITY NUMBER : [redacted]

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Craig Nelson | [redacted] | State of Alabama - DHR |
| Peggy Stieringer | [redacted] | State of Alabama - ADEM |
| Betty Jackson | [redacted] | State of Alabama - ADEM |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X ) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. **Each time you changed jobs or your title changed should be listed as a separate period.** Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: See Attached Resume

Your Official Job Title

Address

Type of Business

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis

Equipment You Operated

Name, Title and Telephone Number of Supervisor

Reason for Leaving

Describe Your Duties in Detail

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Virginia Hopper

SS#

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**

**Office of State Comptroller**

- Audits various claims to determine they are legal and proper
- Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury
- Processes vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Verifies warrant amounts, post warrant data and mails payments to vendors
- Enters and processes Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Reviews and processes Request for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office
- Schedules, enters into CAS, and approves Debt Service payments

 Virginia Hopper

- Maintains and reviews expenditure and budgetary control accounts and reports as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy
- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**

**Finance Division**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balanced control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**

**Receivership Division (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in
- processing division records, procedures and production

[redacted]Virginia Hopper

- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements
- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts , post data to general ledger accounts from subsidiary reports
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

**Extracurricular activities** Member of First Assembly of God church choir and drama team.

SOCIAL SECURITY NUMBER : [redacted]

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. **If this has been submitted previously and is on file with this office, you may disregard this requirement.**

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. **V.A. letter must be kept updated until register is established or you lose the extra 5 points.**

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

| | | | | | |
|---|---|---|---|---|---|
| 1 ( ) Alexander City | 3 ( ) Birmingham | 5 ( ) Dothan | 7 ( ) Linden | 9 (1) Montgomery | 12 ( ) Tuscaloosa |
| 2 ( ) Andalusia | 4 ( ) Decatur | 6 ( ) Jacksonville | 8 ( ) Mobile | 10 ( ) Selma | |

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

| | | | |
|---|---|---|---|
| 1 ( ) State Employment Service | 5 ( ) Friend/Relative | 9 ( ) Legislative Representative | 13 ( ) TV/Radio Commercial |
| 2 ( ) Job Announcement Notice | 6 ( ) Dept. News Bulletin | 10 ( ) State Recruiter/Counselor | 14 ( ) Other ______ |
| 3 ( ) Newspaper | 7 ( ) Rehabilitation Services | 11 ( ) State Personnel Dept. Information Board | 15 (X) State Personnel Dept. Website |
| 4 ( ) College Placement/Career Office | 8 ( ) High School Counselor | 12 ( ) Outreach Program (i.e. Church) | 16 ( ) Other Website |

AVAILABILITY

81 - Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence
84 - Jasper/ Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston
87 - East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa
90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery
93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe
82 - Huntsville/ Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan
85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa
88 - Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington
91 - Phenix City/ Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell
94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston
83 - Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah
86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair
89 - Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox
92 - Mobile Area
02 Baldwin
49 Mobile
95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)
81
82
83
84
85
86
87
88
89
90
91
92
93
94

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 ______ ______

**000810**

If you want to be considered for appointment by **only certain state agencies**, indicate here ______

Will you accept work involving overnight travel? ( ) Yes (X) No Will you accept part-time work? ( ) Yes (X) No

Will you accept temporary work? ( ) Yes (X) No

Which shifts are you willing to work? 0. ( ) all shifts 1. (X) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 05 (Month) 28 (Day) 2003 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

Form 3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

RECEIVED
2003 JUL 25 P 4:19
DEPARTMENT
ALABAMA

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW. [redacted] - [redacted] - [redacted]

**Examination For Which You Are Applying (one per application)** 10611

10611 Accountant

**Option (if applicable)**

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] House or Apartment Number, Street

[redacted] City, [redacted] State, [redacted] County, 26, [redacted] Zip Code

Telephone Number: Home ([redacted]) Area Code   Work ([redacted]) Area Code

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year)   Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:**

High School Diploma or GED? (x) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 38
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | Business Admin | BS May 2002 |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| Course | Hours | Course | Hours | Course | Hours |
|---|---|---|---|---|---|
| 291 – Prin of Acct I | 3 | 394 – Governmental Acct | 3 | 3391 – Intermediate Acct I | 3 |
| 292 – Prin Of Acct II | 3 | 293 – Managerial Acct | 3 | (See attached list) (for additional courses) | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

000811

Signature Virginia S. Hopper   Date 07/25/2003

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER : [redacted]

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Peggy Stieringer | [redacted] | State Of Alabama ADEM |
| Vicke Vuittonet | [redacted] | |
| Craig Nelson | [redacted] | State of Alabama DHR |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X )No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

### THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer: SEE ATTACHED | | | | | | | Your Official Job Title |
|---|---|---|---|---|---|---|---|
| Address | | | | | | | Type of Business |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | | May we contact your employer? ( ) Yes ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | | Equipment You Operated |
| Name, Title and Telephone Number of Supervisor | | | | | | | Reason for Leaving |
| Describe Your Duties in Detail | | | | | | | |

000812

SOCIAL SECURITY NUMBER : [redacted]

| 2. Employer<br>SEE ATTACHED | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM<br>Month Year | TO<br>Month Year | Total Months | Number of Hours Per Week | Beginning Salary<br>$____ Per____ | Ending Salary<br>$____ Per____ | May we contact your employer?<br>( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | | |

| 3. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM<br>Month Year | TO<br>Month Year | Total Months | Number of Hours Per Week | Beginning Salary<br>$____ Per____ | Ending Salary<br>$____ Per____ | May we contact your employer?<br>( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | | |

| 4. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM<br>Month Year | TO<br>Month Year | Total Months | Number of Hours Per Week | Beginning Salary<br>$____ Per____ | Ending Salary<br>$____ Per____ | May we contact your employer?<br>( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | | |

000813

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

Virginia Hopper

ADDITIONAL COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 1301 Financial Accounting ✓

ACCT 1302 Managerial Accounting ✓

ACCT 4344 Auditing ✓

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

[illegible] classes taken

000814

Please see top sheet:

| Course | Hours | Course | Hours |
|---|---|---|---|
| 291 - Prin of Acct I | 3 | 394 - Governmental Acct | 3 |
| 292 - Prin of Acct II | 3 | 293 - Managerial Acct | 3 |
| | | 3391 - Intermediate Acct I | 3 |

# Virginia Hopper

SS#

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**

**Office of State Comptroller**

- Audits various claims to determine they are legal and proper
- Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury
- Processes vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Verifies warrant amounts, post warrant data and mails payments to vendors
- Enters and processes Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Reviews and processes Request for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office
- Schedules, enters into CAS, and approves Debt Service payments

 Virginia Hopper

- Maintains and reviews expenditure and budgetary control accounts and reports as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy
- Process end of fiscal year accounts payable journal vouchers ensuring that data correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**

**Finance Division**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balanced control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**

**Receivership Division (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in
- processing division records, procedures and production

[redacted] Virginia Hopper

- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements
- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts fr subsidiary reports
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gatl information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

**Extracurricular activities** Member of First Assembly of God church choir and drama team.

SOCIAL SECURITY NUMBER : [redacted]

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (**which will not be returned**) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. **If this has been submitted previously and is on file with this office, you may disregard this requirement.**

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. **V.A. letter must be kept updated until register is established or you lose the extra 5 points.**

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City  3 ( ) Birmingham  5 ( ) Dothan  7 ( ) Linden  9 ( X ) Montgomery  12 ( ) Tuscaloosa
2 ( ) Andalusia  4 ( ) Decatur  6 ( ) Jacksonville  8 ( ) Mobile  10 ( ) Selma

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

1 () State Employment Service
2 () Job Announcement Notice
3 () Newspaper
4 () College Placement/Career Office
5 () Friend/Relative
6 () Dept. News Bulletin
7 () Rehabilitation Services
8 () High School Counselor
9 () Legislative Representative
10 () State Recruiter/Counselor
11 () State Personnel Dept. Information Board
12 () Outreach Program (i.e. Church)
13 () TV/Radio Commercial
14 () Other ____________
15 (X) State Personnel Dept. Website
16 () Other Website

AVAILABILITY

81 - Northwest Alabama: 17 Colbert, 30 Franklin, 39 Lauderdale, 40 Lawrence

84 - Jasper/Winfield Area: 29 Fayette, 38 Lamar, 47 Marion, 64 Walker, 67 Winston

87 - East Central Alabama: 08 Calhoun, 09 Chambers, 14 Clay, 15 Cleburne, 19 Coosa, 56 Randolph, 61 Talladega, 62 Tallapoosa

90 - Montgomery Area: 01 Autauga, 26 Elmore, 43 Lowndes, 51 Montgomery

93 - South Central Alabama: 07 Butler, 18 Conecuh, 20 Covington, 21 Crenshaw, 27 Escambia, 50 Monroe

82 - Huntsville/Decatur Area: 36 Jackson, 42 Limestone, 45 Madison, 48 Marshall, 52 Morgan

85 - Tuscaloosa Area: 04 Bibb, 32 Greene, 33 Hale, 54 Pickens, 60 Sumter, 63 Tuscaloosa

88 - Southwest Alabama: 12 Choctaw, 13 Clarke, 46 Marengo, 65 Washington

91 - Phenix City/Troy Area: 03 Barbour, 06 Bullock, 41 Lee, 44 Macon, 55 Pike, 57 Russell

94 - Dothan Area: 16 Coffee, 23 Dale, 31 Geneva, 34 Henry, 35 Houston

83 - Northeast Alabama: 10 Cherokee, 25 DeKalb, 28 Etowah

86 - Birmingham Area: 05 Blount, 22 Cullman, 37 Jefferson, 58 Shelby, 59 St. Clair

89 - Selma/Clanton Area: 11 Chilton, 24 Dallas, 53 Perry, 66 Wilcox

92 - Mobile Area: 02 Baldwin, 49 Mobile

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 ______ ______

**000818**

If you want to be considered for appointment by only certain state agencies, indicate here ____________

Will you accept work involving overnight travel? ( ) Yes (x ) No  Will you accept part-time work? ( ) Yes ( x ) No

Will you accept temporary work? ( ) Yes (x ) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 08 (Month) 01 (Day) 2003 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

Form-3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. **Do not write in shaded areas.** Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

12-12

Examination For Which You Are Applying (one per application) 10612 | Option (if applicable)

10612 Staff Accountant

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) [redacted] (County) 26 [redacted] (Zip Code)

Telephone Number: Home ([redacted]) (Area Code) Work ([redacted]) [redacted] (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year) Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:**

High School Diploma or GED? ( ) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Business Admin |
| | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| Course | Hours | Course | Hours | Course | Hours |
|---|---|---|---|---|---|
| 291 – Prin of Acct I | 3 | 394 – Governmental Acct | 3 | 3391 – Intermediate Acct I | 3 |
| 292 – Prin Of Acct II | 3 | 293 - Managerial Acct | 3 | (See attached list) | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature: Virginia S. Hopper Date: 12/09/2005

**000819**

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER : [redacted]

| List three reliable persons, not relatives or present employer, who know you well enough to give information about you. | | |
|---|---|---|
| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
| Peggy Stieringer | [redacted] | State Of Alabama ADEM |
| Vicke Vuittonet | [redacted] | |
| Craig Nelson | [redacted] | State of Alabama DHR |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X )No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. **Each time you changed jobs or your title changed should be listed as a separate period.** Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer<br>SEE ATTACHED | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|
| Address | | | | Type of Business | | |
| FROM<br>Month Year | TO<br>Month Year | Total Months | Number of Hours Per Week | Beginning Salary<br>$____ Per ____ | Ending Salary<br>$____ Per ____ | May we contact your employer?<br>( ) Yes ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | |

000820

SOCIAL SECURITY NUMBER : [redacted]

| 2. Employer SEE ATTACHED | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per____ | Ending Salary $____ Per____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

| 3. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per____ | Ending Salary $____ Per____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

| 4. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per____ | Ending Salary $____ Per____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

000821

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

SS#

Phone (

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, Peachtree, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**
**Office of State Comptroller - Accountant**

- Audit various claims to determine they are legal and proper
- Record miscellaneous refund payments received and prepare checks for deposit to the State Treasury
- Process vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Audit warrant amounts, post warrant data and mail payments to vendors
- Enter and process Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Audit and process Electronic Warrants from departments in CAS on a daily basis and balance with Treasurer's Office
- Schedule, enter into CAS, and approve Debt Service payments
- Maintain and review expenditure and budgetary control accounts and report as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy

Virginia Hopper

- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**
**Finance Division – Accounting Tech**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balance control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**
**Receivership Division - Accountant (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements

 Virginia Hopper

- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts from subsidiary
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

**Extracurricular activities** Member of First Assembly of God church choir and drama team.

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I

ACCT 292 Prin of Acct II

ACCT 293 Managerial Acct

ACCT 391 Intermediate Acct I

ACCT 394 Governmental Acct

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

SOCIAL SECURITY NUMBER :

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( X ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 ( ) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ____________
15 (X) State Personnel Dept. Website
16 ( ) Other Website

AVAILABILITY

81 - Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence
84 - Jasper/ Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston
87 - East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa
82 - Huntsville/ Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan
85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa
88 - Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington
83 - Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah
86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair
89 - Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox
81
82
83
84
85
86
87
88
89
90
91
92
93
94
90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery
93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe
91 - Phenix City/ Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell
94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston
92 - Mobile Area
02 Baldwin
49 Mobile
95 - Statewide
(You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 89 87

**000826**

If you want to be considered for appointment by only certain state agencies, indicate here ____________

Will you accept work involving overnight travel? ( ) Yes (x) No  Will you accept part-time work? ( ) Yes (x) No

Will you accept temporary work? ( ) Yes (x) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 01 (Month) 01 (Day) 2006 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

P.O. Drawer 4419
Montgomery,
Alabama
36103-4419

334-834-1400

April 26, 2006

Sandra I. Speakman
Deputy Legal Counsel
State of Alabama Personnel Department
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Subject: Virginia S. Hooper, SSN: [redacted]

Dear Ms. Speakman:

This is written in response to your request for information on Ms. Virgina Hooper. The Family Educational Rights and Privacy Act (FERPA) states that written consent from the student must be obtained for the release of information unless it is considered directory information. Directory Information is information that can be made available to the public, without prior consent. This information includes verification of degrees awarded, but not of courses taken or the number of hours earned. This office has no record of Ms. Hooper having received a degree from Troy University, Montgomery Campus.

Should you need additional information, a signed release from Ms. Hooper will be required.

Sincerely,

Lynn C. Lewis

Lynn C. Lewis
Campus Registrar

LCL/kj

000827





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

**State Personnel Board**
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

April 20, 2006

*VIA FACSIMILE (241-9714) & U.S. MAIL*

Lynn Lewis
Registrar
Troy University—Montgomery Campus
Post Office Drawer 4419
Montgomery, Alabama 36103-4419

RE: Request for Written Information for Former Student
Virginia S. Hopper, SSN: [redacted] DOB: [redacted]

Dear Ms. Lewis:

I am writing to request written verification of the attendance of the above-mentioned employee at Troy University—Montgomery. I am also requesting written verification of what, if any, degrees she attained from Troy, the courses she took, and the number of hours she earned as a Troy University—Montgomery student. Please forward the requested information and a bill for any expense reasonably incurred to my attention at the above address.

Thank you for your kind attention in this matter. If you have any questions or comments, please feel free to contact me at 353-0046.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel



Alabama
State Personnel
Department

Legal Division

Sandra Ingram Speakman
Assistant Attorney General
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

**Date:** April 20, 2006

**To:** Lynn Lewis **Fax No.:** 241-9714

**From:** SANDRA INGRAM SPEAKMAN

**RE:** Request for Written Information for Former Student

**MESSAGE:** Please see the attached letter.

Please call Heather at (334) 242-3451 if you have any difficulty receiving this transmission.

# TRANSACTION REPORT

APR-20-2006 THU 01:09 PM

TX (MEMORY)

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | APR-20 | 01:09 PM | 92419714 | 0:00:27 | 2 | SG3 OK | | 343 |
| | | | TOTAL | 0:00:27 | 2 | | | |



TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

000831



One Trinity Place
San Antonio, Texas 78212

210/999-7201
Fax 210/999-7202

Office of the Registrar

**FAX TRANSMITTAL COVER SHEET**

| | |
|---|---|
| **TO:** | **Sandy Speakman** |
| **FAX NUMBER:** | **334-353-4481** |
| **FROM:** | **L. Marie Bethell**<br><br>**Office of the Registrar**<br>**fax (210) 999-7202** |
| **SUBJECT:** | **Hopper, Virginia S.** |
| **NUMBER PAGES:** | **2**<br>(including cover sheet) |
| **DATE:** | **April 20, 2006** |

**000832**

ADVISORY: Confidentiality Notice: This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please notify us immediately, by telephone, and return the entire facsimile to us at the above address by mail. Thank you.

Virginia Hopper

May 15, 2006

Jackie Graham
State Personnel Director
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Dear Jackie,

I am requesting your review of my situation involving my employment with the State of Alabama. Not knowing if I will be successful in proving the statements made on my application for Accountant were the truth as I knew them to be at the time I signed the application; I need to know:

If I resign my position as Accountant, will I be allowed by State Personnel to fall back to the classification of an Accountant Tech (I had permanent status before my promotion to Accountant) and be placed on the re-employment register and continue my career in State government.

I have an excellent work record and history. I have attached my latest Employee Performance Appraisals and letters to back this statement.

If more information is needed please contact me at [redacted] work number at DHR or [redacted] home number or e-mail [redacted]

Thank you so much for your time and your consideration in this matter is greatly appreciated.

Sincerely,

Virginia Hopper

Virginia Hopper

Enclosures

STATE OF ALABAMA PERSONNEL DEPARTMENT

RECOMMENDATION FOR PERSONNEL ACTION

| | | |
|---|---|---|
| ...me of Employee ...nia S. Hopper (MI, Last) | 2. Social Security Number [redacted] | 3. Salary $1,769.10 |
| ...sition Number 638102 | 5. Class Title/Code Accountant (10611) | 6. Class Option Title/Code ( ) |
| ...partment ...inance | 8. Division/Code Control & Accounts (103a) | 9. Effective Date 04/14/2006 |

INSTRUCTIONS

...11 requires signature of both department ...s.

...s 11, 13, 14, 15, 21 require approval of ...onnel Director before action is official.

...12, 13, 14, 15 must have copy of letter to ...oyee attached. If voluntary demotion, letter from ...oyee should be attached.

...17 should have copy of letter of resignation or ...matory letter from department attached.

KIND OF ACTION

- 10. Transfer within department. ☐
- 11. Transfer to another department. ☑
- 12. Suspension. ☐
- 13. Demotion. ☐
- 14. Layoff. ☐
- 15. Dismissial. ☐
- 16. Separation by death. ☐
- 17. Resignation. ☐
- 18. Retirement. ☐ Disability ☐ Service ☐
- 19. Expiration of temporary appointment ☐
- 20. Expiration of provisional appointment ☐
- 21 Leave Without Pay. ☐
- 22. Returned from LWOP. ☐
- 23. Returned from military leave. ☐
- 24. Change of name. ☐
- 25. Other. ☐

| ...MS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| ...partment (...ns 10 and 11) | Finance | Human Resources |
| ...sion/Code (...ns 10 and 11) | Control & Accounts (103a) | ( ) |
| ...nty of Employment/Code (...ns 10 and 11) | Montgomery (51) | ( ) |
| ...ss Title/Code (...ns 10, 11, 13) | Accountant (10611) | ( ) |
| ...ss Option/Code (...ns 10, 11, 13) | ( ) | ( ) |
| ...es (...ns 12, 21, 22, and 23) | | |
| ...ne (...n 24) | | |

...tion is separation, is reemployment recommended? Yes ☑ No ☐ (if "No", explanation must be given.)

...marks.

000834

...ed (...ointing Authority) [signature] James Allen Main [initials] Date 4/6/06

...ed (...ointing Authority) Date

...oved (...onnel Director) Date

| SEX | RACE | CO RES | EDU | VP | DEPT | DIV | EMP TYPE | CO. EMP | PART TIME | HOW PAID | RANGE DIFF. | EMP SUB | ANNUAL RAISE | PROBATION END DATE | LEAVE STATUS | RFI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

PERSONNEL DATA

STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

January 4, 2006

MEMORANDUM

TO: VIRGINIA S HOPPER
CONTROLS & ACCOUNTS

FROM: Tina Russell
Personnel Assistant

SUBJECT: Annual Raise – January

The Finance Director has approved the Annual Raise List for September, 2006.

Based on your latest Employee Performance Rating you will receive a 02 step salary increase effective January 07, 2006

Your biweekly rate of pay will increase to $1,633.00 and will be reflected in the pay warrant you receive on February 03, 2006.

PPB

Form 13
Revised (06/2005)

# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
## Personnel Department

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT

Class Code: 10611 Position #: 01638102

Period Covered From: 11/01/2004 To: 11/01/2005

Annual Raise Effective: JANUARY 2006

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Bracken<br>Rater Signature | Virginia Hopper<br>Employee Signature | William M. Reed<br>Reviewer Signature |
| 10/21/05<br>Date | 10/21/2005<br>Date | 10-25-05<br>Date |
| jcb<br>Initial if comments attached | Initial if comments attached | Initial if comments attached |

***PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

37 (Responsibility Score) - -0- (Disciplinary Score) = 37 (Performance Appraisal Score)

This employee's work:

| [ ] Does Not Meet Standards (6.6 or below) | [ ] Partially Meets Standards (6.7 – 16.6) | [ ] Meets Standards (16.7 - 26.6) | [ ] Exceeds Standards (26.7 - 36.6) | [X] Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|

***WORK HABITS:*** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary.

000836

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | | X | |
| Punctuality | | X | |
| Cooperation with Coworkers | | X | |
| Compliance with Rules | | X | |

***RESPONSIBILITIES:*** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| ***Responsibility*** | ***Rating*** |
|---|---|
| 1. AUDITS. | 3 |
| 2. RECORDS. | 4 |
| 3. PROCESSES. | 3 |
| 4. VERIFIES. | 4 |
| 5. ENTERS. | 4 |
| 6. REVIEWS. | 4 |
| 7. MAINTAINS. | 4 |
| 8. COMMUNICATES. | 4 |
| 9. ASSISTS. | 4 |
| 10. AIDS. | 3 |

***RESPONSIBILITY SCORE:***

| 37 | ÷ | 10 | = | 3.7 | × | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

***DISCIPLINARY ACTIONS:*** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| **Warning** | **Reprimand** | **Suspension** | **Demotion** |
|---|---|---|---|
| | | | |

000837

***DISCIPLINARY SCORE:*** **This section should include the use of the discipline steps of reprimand, suspension, and demotion only.** The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:**  0

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
October 21, 2005

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.



STATE OF ALABAMA

# DEPARTMENT OF FINANCE

OFFICE OF PERSONNEL
64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 353-0868

BOB RILEY
Governor
JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

**MEMORANDUM**

January 12, 2005

TO: Virginia S. Hopper
Control & Accounts

FROM: Tina Russell

SUBJECT: Probationary Salary Increase

On December 25, 2004, you completed the required six-month probationary period. Effective January 8, 2005, you received a probationary increase to $1,467.80 biweekly. This increase will be reflected in your salary warrant received on February 4, 2005.

cc: Finance Accounting

000839

68

**Form 13F** **EMPLOYEE PROBATIONARY PERFORMANCE APPRAISAL**
Revised (1/15/2003)

**STATE OF ALABAMA**
**Personnel Department**

Employee Name: VIRGINIA S HOPPER Social Security Number: [redacted]

Agency: 010/FINANCE Division: 1030/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT Class Code: 10611

Period Covered From: 06/26/2004 To: 12/25/2004 Position Number: 1638102

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. All signatures are required. Employee's signature denotes discussion not agreement.

SSN [redacted] - [redacted]
RATING SUPERVISOR — Signature: Jeanne C. Bracken — 11-22-04 JCB
Date / Initial if comments are attached

EMPLOYEE Signature: Virginia Hopper — 11-22-04
Date / Initial if comments are attached

SSN [redacted] - [redacted]
REVIEWING SUPERVISOR — Signature: William M. Reed — 11-22-04
Date / Initial if comments are attached

It is recommended that the employee be:

____ Continued probationally in the position named (reason stated in Disciplinary Actions area)

X Given permanent status in the position. Probationary increase to $ 1,467.80 Step 16 Effective 1/8/05

____ Terminated before the end of the probationary period (reason stated in Disciplinary Actions Area)

James Allen Main acd — 11/30/04
APPOINTING AUTHORITY Signature — Date

***PROBATIONARY PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score.

37 (Responsibility Score) − -0- (Disciplinary Score) = 37 (Probationary Performance Appraisal Score)

**000840**

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ |

***WORK HABITS :*** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the probationary period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☑ | ☐ |
| Punctuality | ☑ | ☐ |
| Cooperation with Coworkers | ☑ | ☐ |

16 17 18 19 20 21 22 23 24 25 26 27 28 29 3 2004

***RESPONSIBILITIES:*** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. AUDITS | 3 |
| 2. RECORDS | 4 |
| 3. PROCESSES | 4 |
| 4. VERIFIES | 4 |
| 5. ENTERS | 3 |
| 6. REVIEWS | 4 |
| 7. MAINTAINS | 4 |
| 8. COMMUNICATES | 4 |
| 9. ASSISTS | 4 |
| 10. AIDS | 3 |

***RESPONSIBILITY SCORE:***

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

***DISCIPLINARY ACTIONS:*** Any disciplinary action taken with the employee during this probationary period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

**000841**

***DISCIPLINARY SCORE:*** **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings. Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this probationary period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

JUSTIFICATION
OF PERFORMANCE RATING FOR
VIRGINIA S. HOPPER
November 22, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Probationary Performance Appraisal. Her work during the probationary period has been excellent. Mrs. Hopper handles the daily activities of her job in a very expedient and professional manner. Her cooperative attitude, her willingness to help other employees and her initiative are qualities of an exceptional employee. She deserves to be rated as such on this appraisal.

RECEIVED
Office of Personnel
Department of
Finance

Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

## PREAPPRAISAL

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 1030/CONTROLS & ACCOUNTS

Classification: ACCOUNTANT

Class Code: 10611

Period Covered From: 12/26/04 To: 10/1/05

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

000843

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

- ✓ Attendance
- ✓ Punctuality
- ✓ Cooperation with Coworkers
- ✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 11/22/04

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William McKee

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work. She also has considerable experience with personal computers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

000844

A midappraisal has been held and performance has been discussed:

Date: ____________

Employee Signature: Virginia Hopper Rater Signature: Jeanne C. Brackin

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR

JAMES ALLEN MAIN
DIRECTOR OF FINANCE

(334) 242-7160
FAX: (334) 353-3300

STATE OF ALABAMA
STATE CAPITOL
MONTGOMERY, ALABAMA 36130

October 4, 2004

Virginia Hopper
Dept. of Finance - Office of the State Comptroller
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602

Dear Virginia,

I wanted to send you my personal note of appreciation for your dedication and unwavering commitment to your work even during the adverse conditions posed by Hurricane Ivan. I appreciate the fact that you recognized that you perform a duty essential to the workings of this state. For this, I am truly grateful.

Very truly yours,

James Allen Main
Director of Finance

JAM/dsn

cc: Personnel File

000845



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

July 2, 2004

MEMORANDUM

TO: Virginia S. Hopper
Control & Accounts

FROM: Gena Fulmer
Finance Personnel

SUBJECT: Appointment

---

Effective June 26, 2004, you were appointed to the classification of Accountant (10611) at the salary of $1,398.00 biweekly. You will receive your first check at this rate July 23, 2004.

You are required to serve a six months probationary period.

Congratulations on your appointment.

cc: Bob Childree
Accounting and Administration
Personnel File

000846



# STATE OF ALABAMA
## DEPARTMENT OF FINANCE
### OFFICE OF THE STATE COMPTROLLER

RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS,JR.
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 28, 2004

MEMORANDUM

TO: Drayton Nabers, Jr.
Director of Finance

THROUGH: Bill Newton
Assistant Director of Finance

FROM: Robert L. Childree RLC
State Comptroller

SUBJET: Promotion of Virginia Hopper

Attached is a memo from Jeanne Brackin, Supervisor of Fiscal Management in my office requesting consideration regarding promotion of Virginia Hopper. I have reviewed her request and concur with the recommendation. It is my opinion that Virginia has accepted new and more difficult job tasks, performed them in an exemplary manner and that her job duties have become those of an entry level accountant.

Therefore, I am requesting that Virginia Hopper be promoted to the position of "Accountant" and that the required personnel actions be approved to accomplish that. This action will not result in additional budget requirements and will insure that the Finance Department retain a very valuable employee.

Thank you for your favorable consideration of this request.

RLC/sgb



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF THE STATE COMPTROLLER
RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS, JR
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 24, 2004

**M E M O R A N D U M**

TO: Robert L. Childree
State Comptroller

FROM: Jeanne Brackin
Fiscal Management Supervisor

SUBJECT: Promotion for Virginia Hopper

I would like to recommend that Virginia S. Hopper's position be upgraded to an Accountant I and she be promoted. Virginia is on the Accountant I register and she has received inquiries about job openings. I feel she already performs her job in a manner that far exceeds the requirements of an Accounting Technician and she has the knowledge and abilities that warrant this promotion.

Gloria Marchant of our office retired about a year ago and I have not been allowed to replace the Account Clerk position. As a result, Virginia has absorbed several of the Account Clerk's duties for the past year, as well as performing the duties of her Accounting Technician position. Virginia's cooperative attitude, her willingness to help, and her display of initiative are qualities of an exceptional and valuable employee of the Finance Department and is much deserving of a promotion to Accountant I.

Let me know if there is anything that I can do to help expedite this promotion for Virginia.

**000848**

JB/jb

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps: [ ]

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

Annual Raise Effective: AUGUST 2004

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Brackin | Virginia S. Hopper | William M. Reed |
| Signature | Signature | Signature |
| 5-13-04 | 05/13/2004 | 5-13-04 |
| Date | Date | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

37 Responsibility Score − 0 Disciplinary Score = 37 Performance Appraisal Score

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [XX] |

*WORK HABITS :* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | XX | |
| Punctuality | XX | |
| Cooperation with Coworkers | XX | |
| Compliance with Rules | XX | |

000849

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/Processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 4 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37.0 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

000850

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.

000851



Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

000852

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

- ✓ Attendance
- ✓ Punctuality
- ✓ Cooperation with Coworkers
- ✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 5/22/03

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William Mack Reed

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work. Mrs. Hopper also has considerable experience with personal computers, which is a tremendous asset to this office. She has a good working relation ship with co-workers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

**000853**

A midappraisal has been held and performance has been discussed:

Date: 2/19/2004

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps: 

Employee Name: VIRGINIA S HOPPER
Social Security Number: [redacted]

Agency: 010/FINANCE
Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN
Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003
Annual Raise Effective: AUGUST 2003

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Signature: Jeanne C. Brackin | Signature: Virginia S. Hopper | Signature: William Mack Reed |
| Date: 5/22/03 | Date: 05/22/2003 | Date: 5-22-03 |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

36 (Responsibility Score) − 0 (Disciplinary Score) = 36 (Performance Appraisal Score)

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

000854

*WORK HABITS:* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Cooperation with Coworkers | ☒ | ☐ |
| Compliance with Rules | ☒ | ☐ |

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 3 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 36 | ÷ | 10 | = | 3.6 | x | 10 | = | 36 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

**000855**

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

000856

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED: ✓ Attendance

✓ Punctuality

✓ Cooperation with Coworkers

✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 5/13/02

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William M. Reed

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgeable of accounting principles and procedures. She routinely assists her co-workers in processing work and she shows initiative in solving problems with regards to her work. Mrs. Hopper also has considerable knowledge of personal computers, which is a tremendous asset to this office. She has a good working relationship with her co-workers as well as those outside state government.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

N/A

**000857**

Document the action plan that has been discussed to improve the areas of weakness.

N/A

A midappraisal has been held and performance has been discussed:

Date: 10/28/2002

Employee Signature: Virginia S. Hopper Rater Signature: Jeanne C. Brackin

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

[ ] Number of Steps

Employee Name: VIRGINIA S HOPPER
Social Security Number: [redacted]
Agency: 010/FINANCE
Division: 103A/CONTROLS & ACCOUNTS
Classification: ACCOUNTING TECHNICIAN
Class Code: 10605
Period Covered From: 06/01/2001 To: 06/01/2002
Annual Raise Effective: AUGUST 2002

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Signature: Jeanne C. Bracken | Signature: Virginia S. Hopper | Signature: William M. Reed |
| Date: 5-13-02 | Date: 05/13/02 | Date: 5-20-02 |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

***PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

37 (Responsibility Score) − -0- (Disciplinary Score) = 37 (Performance Appraisal Score)

This employee's work:

000858

| [ ] | [ ] | [ ] | [ ] | [X] |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |

***WORK HABITS:*** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ✓ | |
| Punctuality | ✓ | |
| Cooperation with Coworkers | ✓ | |
| Compliance with Rules | ✓ | |

MAY 2002 RECEIVED Office of Personnel Department of Finance

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 3 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/processes | 4 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 4 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

***DISCIPLINARY ACTIONS:*** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

**000859**

***DISCIPLINARY SCORE:*** **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: ______

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2002

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Probationary Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.

MAY 2002
RECEIVED
Office of Personnel
Department of

**Form 13P**
**Revised (1/1/1998)**

# EMPLOYEE PERFORMANCE APPRAISAL
**STATE OF ALABAMA**
**Personnel Department**

***PREAPPRAISAL***

Employee Name: VIRGINIA HOPPER

Social Security Number: [redacted]

Agency: FINANCE

Division: CONTROL & ACCOUNTS

Classification: ACCOUNTING TECH

Class Code: 10605

Period Covered From: 2/23/02 To: 6/1/02

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

**RESPONSIBILITIES/RESULTS**

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

000861

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED: ________ Attendance

________ Punctuality

________ Cooperation with Coworkers

________ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: 4/1/02

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Bracken

Reviewer Signature: William M. Reed

**MIDAPPRAISAL**

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

000862

Document the action plan that has been discussed to improve the areas of weakness.

A midappraisal has been held and performance has been discussed:

Date:________

Employee Signature:________ Rater Signature:________



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 242-7002

DON SIEGELMAN
Governor

HENRY C. MABRY, III
Director of Finance

ROBERT HODGE
Division Director

**MEMORANDUM**

March 13, 2002

TO: Virginia Hopper
Control & Accounts

FROM: Tina Wyatt

SUBJECT: Transfer of Employment

Effective February 23, 2002, you transferred to this department as an Accounting Technician. All of your previous deductions will remain the same. Your new tax forms have been processed.

TMW

cc: Bob Childree
Finance Accounting

000863



# STATE OF ALABAMA
## DEPARTMENT OF FINANCE
### OFFICE OF THE STATE COMPTROLLER

RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

ROBERT L. CHILDREE
State Comptroller

April 5, 2006

Virginia Hopper
Office of the State Comptroller
Montgomery, Al 36130

Dear Virginia:

The Finance Department is currently working to resolve certain internal control issues related to employee background checks and verification of education, credentials, specifically college degrees. It has been brought to my attention that there may be questions relating to your degree from Trinity University, in San Antonia, Texas. Because the question has been raised, I have been advised by Finance Personnel to request that you provide verification of your BS in Business Administration degree. They have stipulated that you should provide the necessary information to verify this degree by 5:00 p.m. CST on Thursday, April 6, 2006.

I look forward to receiving the information requested and putting this issue to rest because fraudulent representations on Personnel Department applications, according to Personnel rules, result in dismissal from State service.

Sincerely,

Robert L. Childree

Robert L. Childree
State Comptroller

000864

000865

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Rowena Ho-Kingston
Dean of Studies

Dominick Christian Joseph
Board of Examiners

Virginia Hopper

April 4, 2006

Jeanne Brackin
State Comptroller's Office
Fiscal Management
RSA Union Bldg
100 North Union Street
Montgomery, AL 36104

Jeanne,

My four years at the Comptroller's Office has been the most challenging and rewarding period of my career, and I regret having to make this difficult decision. I have felt compelled to explore other job possibilities.

I've accepted another position and must inform you that effective April 14, 2006, I will be resigning from the Comptroller's Office.

Both you and my associates have taught me a lot. I will truly be sorry to go. Thank you very much for the opportunities you have provided. If I can be of any special assistance during my final two weeks, please feel free to call on me.

I hope you can understand my decision to leave.

Sincerely,

Virginia Hopper
Virginia Hopper

cc: Bob Childree



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

April 12, 2006

Jackie Graham
State Personnel Director
Folsom Building, Third Floor
Montgomery, Alabama 36130

Re: Verification of diploma – Virginia Swearengin Hopper

Dear Ms. Graham:

After a recent review of an employee's verification of education, specifically a college degree in question from Trinity College and University we have been unsuccessful in verifying that this is an accredited university. Also of concern is that on the application for employment with the State she listed her degree from Trinity University in Texas. Trinity University has no records matching the employee. Per your request for review I have attached information concerning Trinity College and University, a copy of the diploma in question from Trinity College and University and written notification from Trinity University in Texas stating they are unable to locate records matching the information provided.

If you should have any questions please contact me at 353-3737. Thank you in advance for you assistance

Sincerely,

Rachel Dickinson

000867

cc: Bob Childree
Anne Elizabeth McGowin

1. Verified from Trinity University- They found no record of Virginia Swearengin Hopper receiving a degree. Finance Personnel has already provided the Comptroller's Office with a copy of Mrs. Hopper's Accountant I application from her personnel file which states that she received a BS in Business Administration degree from Trinity University of San Antonio, Texas in May 2002.
2. TSUM verbal verification- They show that she completed 18 semester hours. Courses include: Principles I & II, Governmental Accounting, Managerial Accounting, Intermediate Accounting I, and Basic Micro-Computing. They have no evidence of Mrs. Hopper transferring credits to or from TSUM to any other school system. They stated that she completed her 5th accounting course in 2003. Since the Accounting Tech I & II require a minimum of 5 accounting courses to qualify for these tests, and since Mrs. Hopper was promoted to Accounting Tech I on February 24, 2001 and Accounting Tech II on September 7, 2002, and since TSUM stated that she completed her 5th accounting course in 2003, it appears Mrs. Hopper did not qualify for either the Accounting Tech I or II at the time she was promoted. <u>We would need a copy of her applications for the Tech I and II from her personnel file to be able to determine if she falsified her applications.</u>

Timeline and conversations concerning Virginia S. Hopper's college education

- Virginia Hopper came to work in the Comptroller's Office in February 2002 as an Accounting Technician (which required 5 courses in accounting)
- In conversations with Virginia shortly after starting to work in the Comptroller's Office, she told me, her supervisor, Jeanne Brackin and her coworker that she lacked a few quarters completing her degree. I encouraged Virginia to finish her college degree requirements and she began talking about going back to school.
- In May of 2003, Virginia Hopper completed Intermediate Accounting I at Troy University in Montgomery while working in the Comptroller's Office (Intermediate Accounting I was completed after already earning degree according to Virginia's diploma from Trinity College and University. Also, Accountant I requires Intermediate Accounting I & II and it appears that she has not completed Intermediate Accounting II).
- In the fall 2003, Virginia told us the she had just finished her degree and she had already taken the Accountant I test and was waiting on her score.
- In immediate discussions with Virginia, we asked her when and where she got her degree. She said she got her degree from Trinity University in San Antonio, Texas and her children wanted her and the family to fly out to Texas so she could walk for graduation but Virginia thought it would be too costly. She stated that Trinity University in Texas had given her college credit for "real life experiences" and seminars she had attended while working on contract for the State of Alabama, Department of Insurance, Receivership Division (worked from 2/1994 to 6/2000).
- I became suspicious about Virginia's degree when she told us that Trinity University in Texas had given her college credit for some of her "real life experiences" and for those seminars she had attended while working at the Department of Insurance. I brought my concerns to the attention of my immediate supervisor, Mack Reed, Deputy Comptroller, and we checked the validity of Trinity University in San Antonio, Texas. It appeared to be a legitimate private educational institution.

**000869**

- Later in 2003, Virginia told us that she had been to Troy University and talked with an advisor to determine if those credits from Trinity University in Texas would transfer to Troy. She said the advisor recommended that she would be better off transferring <u>all</u> the credits she had earned at Troy to Trinity because she would loose more credits if she tried to transfer the Trinity credits to Troy (Since Virginia gave us the impression that she only lacked a few quarters in February 2002 to complete her degree and she never said she had attended any other college but Troy University at Montgomery, I was very surprised to find out in March of 2006 that Virginia only completed 18 semester college course credits from Troy University, 6 courses, and they confirmed that they never transferred any of those credits to Trinity University in San Antonio, Texas).

- In early December of 2005, we began trying to train Virginia on some more in depth fund accounting tasks. We noticed that she was having difficulty with some basic accounting principles and the accounting systems that she had been exposed to for 4 years. Virginia made some errors and while checking on these errors we found multiple problems with her work. It had become apparent that she was trying to fix these problems without asking anyone for guidance.
- At this point, I was concerned about Virginia's qualifications and asked Bob Childree, State Comptroller, to have Finance Personnel pull a copy of her Accountant I application. The application confirmed her discussions with us about her degree from Trinity University in San Antonio, Texas. I was surprised to see that her application also stated that she completed her degree in May of 2002, just 3 months after coming to work for the Comptroller's Office and 1 ½ years before telling us that she had completed this degree.
- I contacted and faxed the Registrars Office at Trinity University in San Antonio, Texas on March 30, 2006 to verify Virginia's degree. They responded by fax on April 3, 2006 that they were unable to locate any records for Virginia Swearengin Hopper or by her social security number. (Virginia's application included a list of her college coursework related to the Accountant I position that she took at Troy University in Montgomery and Trinity University in San Antonio, Texas)
- I also contacted Troy University on March 30, 2006 to verify Virginia's completed college coursework. They responded verbally on March 30th that she had completed 18 semester hours (6 courses) and by mail on April 10, 2006. Troy also confirmed that Virginia did not have any college credits transferred in to Troy University from any other school system. They also confirmed that she never had Troy transfer any college credits to Trinity University in San Antonio, Texas nor any other school system.
- Troy confirmed that her 6 courses were: Principles of Accounting I, Principles of Accounting II, Governmental Accounting, Managerial Accounting, Intermediate Accounting I, and Basic Micro computing. Since Troy confirmed that Virginia did not complete Intermediate Accounting I until May of 2003, she possibly did not qualify for the Accounting Technician position because she did not have the 5 required accounting courses.

**000870**

- According to Virginia Hopper's diploma she provided Finance Personnel on April 6, 2006, Virginia Swearengin Hopper earned a Bachelor of Science in Business Administration from Trinity College and University in May 2002. (Trinity University in San Antonio, Texas is not the same as Trinity College and University)

Documented by:
Jeanne C. Brackin
Fiscal Management Supervisor

Date: April 11, 2006

Verbal Verification of Degree from Troy University of Montgomery

I talked with Troy University's Registrar's Office on Thursday, March 30, 2006, to verify college courses taken by Virginia S. Hopper, an employee of the State Comptroller's Office. The school informed me that she had completed 18 semester hours to include the following courses:

Principles of Accounting I

Principles of Accounting II

Governmental Accounting

Managerial Accounting

Intermediate Accounting I (Verbal - completed in 2002)

Basic Micro-Computing

I have also faxed a request to verify Ms. Hopper's degree from Trinity University in San Antonio, TX. They said they would notify me within 2 business days.

For file documentation
Jeanne Brackin

Trinity
University

One Trinity Place
San Antonio, Texas 78212

210/999-7201
Fax 210/999-7202

Office of the Registrar

## FAX TRANSMITTAL COVER SHEET

| | |
|---|---|
| TO: | Jeanne C. Brackin |
| FAX NUMBER: | 334-242-2440 |
| FROM: | LM Bethell<br><br>Office of the Registrar<br>Fax (210) 999-7202 |
| SUBJECT: | Virginia S Hopper |
| NUMBER PAGES: | 2<br>(including cover sheet) |
| DATE: | April 3, 2006 |
| NOTES: | |

000872

ADVISORY: Confidentiality Notice: This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please notify us immediately, by telephone, and return the entire facsimile to us at the above address by mail. Thank you.



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 203
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

# *FAX*

TO: Registrars Office

FROM: Rachel Dickinson

FAX # (210) 999 - 7702

DATE: 4 / 10 /2006

SUBJECT: Verification of Degree

PAGES(including cover sheet): 3

## *MESSAGE/INSTRUCTIONS:*

Please contact me @ 334-353-3737 w/ further information or fax @ 334-353-0868. Thank you

000873

This communication is intended for the sole use of the individual to who it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone call. Thank you.

03/30/08 11:17 3342422440 ST COMPTROLLER 002

Request for degree verification from Trinity University

Applicant's Information

Applicant's Name: Virginia Swearengin Hopper

Applicant's Address: 

Social Security #: 

Date of Birth: 

Degree Title: BS Bus Admin

Date Degree Awarded: Sometime between May 2002 and May 2004

School Attended: Trinity University

School Location: San Antonio, TX
(City, State)

* unable to locate records matching info given. Please send add'l info (other possible names) for search to continue.

Hiring Location Information:

State of Alabama, Department of Finance
100 N. Union Street
Montgomery, AL 36130

Contact: Jeanne C. Brackin
Supervisor, Fiscal Management Section
Office Phone: (334)242-7064
Office Fax: (334)242-2440

[signature]



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

April 10, 2006

To Whom It May Concern:

I would like to verify a degree in the name of Virginia Swearengin Hopper, SS# [redacted] I have also attached a copy of the degree she submitted for verification purposes. Thank you in advance and if you should have any questions please contact me at 334-353-3737.

Sincerely,

Rachel W. Dickinson
Division Director

Contacted 3/11 — This is not their degree

000875



HOME | TRINITY FASTTRACK | AVAILABLE DEGREES | TRINITY CAREERS | CONTACT US | TRINI

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# TRINITY CONTACT

To submit your resume for a No Charge evaluation of your education and work experience, attach it to our evaluation form here.

To submit your credit card for payment, use our **Encrypted Secure Form HERE**.

To expedite your application or ask questions not covered on our FAQ List, you may call us toll free at 1-866-831-4854 in the USA during regular business office hours or chat with a live agent by using Human Click. If the live operator is off duty, you may leave a message or phone number there for a return contact.

Trinity
achiev
wanted
1

**Contact Information**

Toll free in the United States
(866) 831-4854

Pakistan-English, Arabic & Urdu Languages
Regional Director & Agent.
Regional office:
Suite No. M1 & M2
21/C, Sunset Commercial Street No.1. Phase IV.
off. Sunset Blvd. D.H.A.
Karachi. Pakistan.
Telephones: 9221-5802497 & 9221-5802498.
Tele Fax: 9221-5886988
Mobile Phone: 92-0320-4247200
email: bsuleman@super.net.pk

Trinity College & University
Automated Student Records Retrieval Office Only
901 Veterans Blvd. Ste. #203
Metairie, LA. 70005
Email: degreehelp@trinity-college.edu

000876

CLARK G. KHADIGE,
TC&U representative for Lebanon
E-mail : cgcjmk@inco.com.lb
Tel : 961 - 3 - 84 94 46
Address : Al Marsad Street - Dr Maalouf Bldg - Achrafieh/Geitawi - Beirut - Lebanon

Toll Free (866) 831-4854
Email (for verifications): degreehelp@trinity-college.edu
Fax (for verifications - toll free): 1-866-831-4857



HOME | TRINITY FASTTRACK | AVAILABLE DEGREES | TRINITY CAREERS | CONTACT US | TRINI

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# FREQUENTLY ASKED QUESTIONS

**Q. What percentage of applicants actually gain a college degree from assessing their prior learning and academic background from their application?**

A. Less than three percent.

**Q. How long does it take to qualify for a degree from Trinity College and University?**

A. If the college credit earned is from Prior Learning Assessment, it can take as little as two days or as long as a year or more, depending upon the quality of the application and cooperation of the applicant in gathering documentation requested.

**Q. Are you accredited by any of the U.S. regional accrediting agencies that are approved by the U.S. Department of Education, for the purpose of offering federal grants or loans?**

A. We offer an educational process, not a place. Our alumni are in all regions of the world, and at last count, residing in over 60 nations. ALL of our services are conducted via electronic delivery means, with NO RESIDENCY requirements. This is the reason we can do what we do for such small fees.

The idea of centralized government control over higher education in the United States was rejected in favor of a system of voluntary regional accreditation organizations. Membership in any one of the several U.S. regional accrediting associations is strictly voluntary. These regional accrediting associations are privately owned and operated and are NOT owned or operated by the U.S. Government or the U.S. Department of Education.

At this time, NONE of the recognized regional accrediting organizations accept as members institutions that are not dedicated to traditional education that requires residency and classroom attendance. Therefore, even if we desire to apply for such accreditation, we could not be considered because we are dedicated exclusively to telematic communications.

However, our programs are accredited by the Association for Online Academic Excellence (www.AOAEX.org), an internationally recognized distance learning accrediting authority.

000877

**Q. If I earn a degree through Prior Learning Assessment of knowledge gained from work and life experiences, can my boss verify my degree and the date that I received it?**

A. Yes. Anyone authorized by you in writing, may confirm the degree awarded

Trinity achiev wanted T

and the date. All requests must be in writing, in order to protect your privacy.

**Q. If I am lucky enough to qualify for a degree through Prior Learning Assessment, how do I justify the degree to my employer or others?**

A. We do not award college credit for experience and this must be made clear. Professional educators worldwide agree that 'life experience' in and of itself is NOT worthy of college credit. Whatever you do, you must understand this, so that you can explain it to others. What PLA is concerned with is learning, regardless of how it was obtained. We assess the information furnished and gathered, to determine the level of your skills, knowledge and competence that you acquired from your work experience, your voluntary activities, your avocation, your military service, your homemaking experience and knowledge from independent study. In brief, we analyze your "experiential learning" and this term describes legitimately most of the learning that occurs in our lives.

**Q. There are other colleges and universities in the world with the word "Trinity". Are you associated with any of these other institutions?**

A. Absolutely not. We routinely receive Emails from persons in different parts of the world asking us if we are associated with anyone in Spain or any where else, and the answer is emphatically no. Our associates are listed on the "Contact Us" section of our website.

**Q. Are you associated with any religious organization? Do you claim any association with a 'church'?**

A. No. We are a privately owned for profit corporation.

**Q. Is this degree acceptable to the military?**

A. We have hundreds of graduates in the military but this does not mean that your individual unit has approved of distant learning and evaluation methods. ***BEFORE*** proceeding with us, you should check and read the restrictions of your unit.

© 1999-2004 by Trinity College & University. Please read our **Privacy Notice**

000878




# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

C O N F I D E N T I A L

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachment 1

2003 NOV 21 P 1:53

# TION FOR EXAMINATION

STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

**AN EQUAL OPPORTUNITY EMPLOYER**

**General Instructions**

A separate application is required for each job. **Do not write in shaded areas**: Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

**Examination For Which You Are Applying (one per application)** 10611 **Option (if applicable)**

10611 Accountant

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) [redacted] (State) [redacted] (County) 26 [redacted] (Zip Code)

Telephone Number: Home ([redacted] (Area Code) Work [redacted] (Area Code)

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] (Month) [redacted] (Day) [redacted] (Year) Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:** **CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.** ED 31

High School Diploma or GED? (X) Yes ( ) No 1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4] LC 700

**PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.**

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).**

See attached list

**000881**

**CERTIFICATION STATEMENT**

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature: Virginia S. Hopper Date: 11/21/2003

**During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.**

Attachment 2

**Virginia Hopper** [redacted]

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Business Administration
# B. S. Concentrations and Requirements

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum.

II. A core curriculum in Business Administration (24 hours):

ACCT 1301 - Fundamentals of Accounting
ACCT 1302 - Fundamentals of Managerial Accounting
BUSN 2301 - Statistics for Management and Economics
BUSN 3302 - Legal Concepts of Business I
*BUSN 4301 - Business Policy and Strategy
**FNCE 3301 - Financial Administration of Business Firms
MKTG 2301 - Principles of Marketing
MGMT 2301 - Management of Organizations

* Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.

** Students should note that ECON 1311 is prerequisite for FNCE 3301 In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis

III. Completion of BUSN 3303 - Quantitative Managerial Decision Making

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

V. Completion of elective hours that bring the total in Business Administration courses to at least 45 semester hours.

VI. Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

000883

A student who pursues either a major or minor in Business Administration must

take 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University. At least 50% of the credit hours required for a concentration must be taken at TrinityUniversity.

Sorrell of College of Business Undergraduate

Attachment 4

## SORRELL COLLEGE OF BUSINESS

Accreditation
B.S. / B.A. Business Administration Degree Requirements
Business Administration Core (42 Hours)
Majors:
- Accounting Major (30 Hours)
- Finance Major (30 Hours)
- General Business Major (30 Hours)
- Information Systems Major (30 Hours)
- Management Major (30 Hours)
- Marketing Major (30 Hours)
- Risk Management and Insurance Major (30 Hours)

B.A.S. in Resources and Technology Management
Business, Associate of Science (60 Hours)
Minors:
- Business Administration Minor (18 Hours)
- Information Systems Minor (18 Hours)

University Overview
Student Admissions and Regulations
General Studies Program
Special Academic Offerings
Financial Information
Degrees and Required Credit Hours
Colleges
Course Descriptions
Board of Trustees, Administration, Faculty
Index

TROY Home
Catalog Table of Contents

The academic mission of the Sorrell College of Business is to prepare a diverse bo students for entry and personal growth in business and government-related career: means of high quality instruction delivered in traditional, nontraditional, and emergi electronic formats.

Our students are currently employed in, or endeavor to be employed in, business, government, public accounting, the U.S. military, and not-for-profit organizations, b United States and the world over. Today many are, or intend to be, self-employed. Undergraduate students are prepared for admission to graduate programs in busin information systems, and professional schools of law. Sorrell College of Business s graduate with the knowledge and skills needed to communicate effectively, to mak and socially-responsible decisions, and to understand diverse and international cul

Sorrell College of Business faculty members are highly qualified and possess diver academic and business backgrounds. Because our faculty members have "real-wo experience, course instruction focuses not only on vital concepts but also on practi application of these concepts.

All academic programs offered by the college assist students to develop the knowl skills, and attitudes necessary to understand and cope with the challenges faced b and organizational leaders in a dynamic, global workplace. The curriculum is highl to the needs of students and the requirements of their employers. Combining the r of the curriculum with the fact that our faculty holds students to a high standard thr their academic experience at Troy means that the academic programs offered thro Sorrell College of Business are designed to provide a firm foundation for professio business leaders who, upon graduation, will have the skills necessary to embark o change course in, successful careers in business, industry, and government.

Majors within the Bachelor of Science (or Arts) Business Administration degree are accounting, general business, finance, information systems, management, marketi risk management and insurance. Within the management and general business m students may select concentrations that focus on international business, business economics, human resource management, small business and entrepreneurship, a production and operations management. Within the information systems major, stu focus on networking, general information systems, or web development. A Bachel Applied Science degree is offered in resources and technology management. Mino offered in business administration and information systems.

000885

http://www.troy.edu/catalogs/0506undergrad/U12SCOB.htm 4/13/2006

## ACCREDITATION

Troy University, through its Sorrell College of Business, is nationally accredited by Association of Collegiate Business Schools and Programs (ACBSP) to offer baccal degree programs in accounting, finance, general business, information systems, management, and marketing. The ACBSP has also accredited Troy to offer the Ma Business Administration.

## B.S. / B.A. BUSINESS ADMINISTRATION DEGREE REQUIREMENTS

| | |
|---|---|
| General Studies | 48 hours[1] |
| Business Administration Core | 42 hours [2, 3, 4] |
| Courses in the major | 30 hours [3, 4] |
| Total | 120 hours |

[1] The 48 hours of general studies must include six hours of Principles of Econom and MTH 2201, completed with a grade of C or better.

[2]Students must complete the following lower-level courses (or their approved tra credit equivalents) with a grade of C or higher in each course before registering for level course in the business curriculum: ENG 1101/03, ENG 1102/04, MTH 2201, I ACT 2291, ACT 2292, ECO 2251, ECO 2252, QM 2241, LAW 2221, and all 2000-l courses in the major and minor. Students may enroll concurrently in the last of thes along with their initial 3000-level courses subject to their adviser's approval and co with published prerequisite requirements. Under no condition may a student enroll 4000level course without the satisfactory completion (grade of C or higher) of the l courses listed above.

[3]Transfer credit will not be awarded for any course to be used in the business cc major in which a C grade or higher has not been achieved.

[4]Students must achieve an overall C average in both their business core and the business major in order to be eligible to graduate. All courses should be taken in th appropriate numerical sequence (i.e., 3000-level courses should be completed bef attempting 4000-level courses).

 top

## BUSINESS ADMINISTRATION CORE (42 HOURS)

000886

| | | | |
|---|---|---|---|
| ACT | 2291 | (3) | Principles of Accounting I |
| ACT | 2292 | (3) | Principles of Accounting II |
| BUS | 3382 | (3) | Business Communications |
| FIN | 3331 | (3) | Managerial Finance I |
| FIN | 3332 | (3) | Managerial Finance II |
| IS | 3300 | (3) | Introduction to Information Systems |
| LAW | 2221 | (3) | Legal Environment of Business |
| MGT | 3371 | (3) | Principles of Management |
| MGT | 3373 | (3) | Operations Management |
| MGT | 4476 | (3) | Strategic Management |
| MKT | 3361 | (3) | Principles of Marketing |
| | | | |

| QM | 2241 | (3) | Business Statistics I |
|---|---|---|---|
| QM | 3341 | (3) | Business Statistics II |
| *Select one course with permission of faculty adviser:* | | | |
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select one business administration major (30 hours):*
- Accounting
- Finance
- General Business
- Information Systems
- Management
- Marketing
- Risk Management and Insurance

 top

**ACCOUNTING MAJOR (30 HOURS)**

***B.S./B.A. in Business Administration degree with a major in accounting (ACT***

| ACT | 3391 | (3) | Intermediate Accounting I |
|---|---|---|---|
| ACT | 3392 | (3) | Intermediate Accounting II |
| ACT | 3394 | (3) | Governmental Accounting |
| ACT | 3395 | (3) | Managerial/Cost Accounting |
| ACT | 4491 | (3) | Advanced Accounting I |
| ACT | 4494 | (3) | Income Tax I |
| ACT | 4495 | (3) | Income Tax II |
| ACT | 4497 | (3) | Auditing |
| *Select one accounting elective:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| ACT | 4496 | (3) | Managerial/Cost Accounting II |
| ACT | 4498 | (3) | Advance Auditing |

*Select one upper level business course elective.*

 top

000887

**FINANCE MAJOR (30 HOURS)**

| FIN | 4431 | (3) | Financial Management |
|---|---|---|---|
| FIN | 4432 | (3) | Investments |
| FIN | 4437 | (3) | Financial Institutions |
| *Select six electives:* | | | |

| FIN | 3333 | (3) | Financial Mathematics |
|---|---|---|---|
| FIN | 3334 | (3) | Financial Statement Analysis |
| FIN | 3336 | (3) | Real Estate Finance I |
| FIN | 3337 | (3) | Personal Financial Planning |
| FIN | 4419 | (3) | Speculative Markets |
| FIN | 4434 | (3) | Financial Modeling |
| FIN | 4436 | (3) | Securities Analysis |
| FIN | 4438 | (3) | Bank Management |
| FIN | 4439 | (3) | Finance Seminar |
| FIN | 4440 | (3) | Real Estate Finance II |
| FIN | 4454 | (3) | Public Finance |
| FIN | 4495 | (3) | Selected Topics in Finance |
| RMI | 3335 | (3) | Principles Of Management and Insurance |

*Select one upper level business course elective.*

 top

**GENERAL BUSINESS MAJOR (30 HOURS)**

***B.S./B.A. in Business Administration degree with a major in general busines***
***Concentrations in general business, business economics, international bus***
***small business and entrepreneurship***

*Select one upper level course in three of the following five areas:*
– Accounting
– Economics
– Finance
– Management
– Marketing

*Select one concentration (21 hours):*
Business Economics Concentration:
· *Select five upper level economics courses (15 hours).*
· *Select two upper level finance courses (six hours).*

General Business Concentration:
· *Select seven upper level courses among the business disciplines, with a limit of t courses in one discipline.*

000888

International Business Concentration:
·*Select three of the following courses not used to satisfy the business core global l requirement (nine hours):*

| ACT | 4435 | (3) | International Accounting |
|---|---|---|---|
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select two upper level business course electives (six hours).*
*Select two modern foreign language courses (six hours).*

Small Business and Entrepreneurship Concentration:

| MGT | 4475 | (3) | Small Business Management |
|---|---|---|---|
| *Select four of the following courses:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| MGT | 3375 | (3) | Human Resource Management |
| MGT | 4472 | (3) | Organizational Behavior |
| MGT | 4460 | (3) | Introduction to Project Management |
| MKT | 3365 | (3) | Integrated Marketing Communications |
| MKT | 4463 | (3) | Retailing |

*Select two upper level business course electives (six hours).*

top

Attachment 5

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

**Distinction**

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Rowena Ho-Kingston
Dean of Studies

Dominick Christian Joseph
Board of Examiners

000890



Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

BIU help all I ever Yc

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

**ANTHROPOLOGY**

000891

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

**ARCHAEOLOGY**

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

**ART**

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

**ASIAN STUDIES**

000892

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

**BIOLOGY**

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

**BUSINESS EDUCATION**

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

**BUSINESS**

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

000893

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

**CHEMISTRY**

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**COMMUNICATIONS**

000894

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

Mass communication and the new media technologies of cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

**COMPUTER SCIENCE**

000895

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

000896

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

**ENGINEERING MECHANICS**

000897

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

**FINANCE**

000898

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

000899

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

000900

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

**JOURNALISM**

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

**LAW**

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

**LITERATURE**

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

000901

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

**MANAGEMENT**

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

000902

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

**MARKETING**

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

**MATHEMATICS**

**000903**

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Active participation by students is fostered by means of a variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

000904

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

**MECHANICAL ENGINEERING TECHNOLOGY**

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

**OPERATIONS MANAGEMENT**

OPM-301 - Intro to Operations Management

**000905**

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

**PHYSICS**

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

000906

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

**PSYCHOLOGY**

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

000907

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

000908

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

000909

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

000910

Attachment 7

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help
all I ever
Yc

**This is What You Get for Your Money!**

**DEGREE**
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

**STUDENT RECORD**
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

**ACADEMIC LETTER OF RECOMMENDATION**
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

000911

**ALUMNI IDENTIFICATION CARD**
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

**REPLICA OF YOUR DEGREE ETCHED IN BRONZE**
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

**FOR GRADUATES !**
LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

000912

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

Attachment 8

TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.



TROY UNIVERSITY™

TROY UNIVERSITY
UNIVERSITY RECORDS
TROY, ALABAMA 36082
(334)-670-3166

WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. DO NOT ACCEPT IF NOT PRESENT.

05/18/06 TROY University-Undergraduate 

Virginia S. Hopper
[redacted]
[redacted]

ID Number: 0360263
SSN: [redacted]
GECE Taken: N

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|

************************************************************************

Troy State University Montgomery credit prior to TROY University Fall 2005 merger.

************************************************************************

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| ACT | 291 | WS | PRINCIPLES OF ACCOUNTING I | A | | 3.33 | 3.33 | 13.3334 |

| | | | | |
|---|---|---|---|---|
| 98/SP Totals: | 3.33 | 3.33 | 13.3334 | GPA = 4.0000 |
| Cumulative Totals: | 3.33 | 3.33 | 13.3334 | GPA = 4.0000 |
| Institutional Totals: | 3.33 | 3.33 | 13.3334 | GPA = 4.0000 |

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| ACT | 292 | WS | PRINCIPLES OF ACCOUNTING II | A | | 3.33 | 3.33 | 13.3334 |

| | | | | |
|---|---|---|---|---|
| 98/SU Totals: | 3.33 | 3.33 | 13.3334 | GPA = 4.0000 |
| Cumulative Totals: | 6.67 | 6.67 | 26.6668 | GPA = 4.0000 |
| Institutional Totals: | 6.67 | 6.67 | 26.6668 | GPA = 4.0000 |

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| ACT | 394 | AA | GOVERNMENTAL ACCOUNTING | B | | 3.33 | 3.33 | 10.0001 |

| | | | | |
|---|---|---|---|---|
| 99/SU Totals: | 3.33 | 3.33 | 10.0001 | GPA = 3.0000 |
| Cumulative Totals: | 10.00 | 10.00 | 36.6669 | GPA = 3.6667 |
| Institutional Totals: | 10.00 | 10.00 | 36.6669 | GPA = 3.6667 |

Dean's Honor List

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| ACT | 293 | AA | MANAGERIAL ACCOUNTING | C | | 3.33 | 3.33 | 6.6667 |
| CIS | 140 | AC | BASIC MICROCOMPUTING | A | | 2.00 | 2.00 | 8.0000 |

| | | | | |
|---|---|---|---|---|
| 00/WN Totals: | 5.33 | 5.33 | 14.6667 | GPA = 2.7500 |
| Cumulative Totals: | 15.33 | 15.33 | 51.3336 | GPA = 3.3478 |
| Institutional Totals: | 15.33 | 15.33 | 51.3336 | GPA = 3.3478 |

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| ACT | 3391 | BAR | INTERMEDIATE ACCOUNTING I | A | | 3.00 | 3.00 | 12.0000 |

| | | | | |
|---|---|---|---|---|
| 03/SP Totals: | 3.00 | 3.00 | 12.0000 | GPA = 4.0000 |
| Cumulative Totals: | 18.33 | 18.33 | 63.3336 | GPA = 3.4545 |
| Institutional Totals: | 18.33 | 18.33 | 63.3336 | GPA = 3.4545 |

Transcript Verified

000914

CUMULATIVE TOT: CRED.ATT = 18.33 CRED.CPT = 18.33 GRD.PTS = 63.3336 GPA = 3.4545

Official copy must bear signature of the Registrar.

Vickie M. Miles

This transcript is printed on secured paper and does not require a raised seal. Transcript valid only when it bears the signature of the Registrar.



TROY UNIVERSITY

TROY UNIVERSITY
UNIVERSITY RECORDS
TROY, ALABAMA 36082
(334)-670-3166

WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. DO NOT ACCEPT IF NOT PRESENT.

05/18/06 TROY University-Undergraduate 

Virginia S. Hopper
[redacted]
[redacted]22

ID Number: 0360263
SSN: [redacted]90
GECE Taken: N

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|

INSTITUTIONAL TOT: CRED.ATT = 18.33 CRED.CPT = 18.33 GRD.PTS = 63.3336 GPA = 3.4545

**000915**

Vickie M. Miles

Official copy must bear signature of the Registrar.





# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

C O N F I D E N T I A L

May 4, 2006

MEMORANDUM

To: Jackie Graham

From: Darby Forrester and Stan Goolsby

Subject: Virginia Swearengin Hopper - Employee Verification of Education

Accountant – Department of Human Resources (PCQ#0806900) – Effective 04/16/06

Recent notification of discrepancies associated with Ms. Virginia Swearengin Hopper's academic accomplishments resulted in an investigation to verify Ms. Hopper's educational background. The primary purpose of the investigative process was to determine the validity of the Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas that is listed on Ms. Hopper's employment application for the Accountant classification.

According to Ms. Hopper's employment application, she earned her degree from Trinity University 715 Stadium Drive San Antonio, TX 78212 in May 2002 (see attachment 1). Included with the application was an attachment listing 22 academic courses successfully completed by Ms. Hopper that were relevant to the Accountant job (see Attachment 2). According to Trinity University's website (www.trinity.edu), seven of the 22 courses that were listed (ACCT 1301; ACCT 1302; MGMT 2301; FNCE 3301; BUSN 3302; BUSN 4301 and BUSN 3303) correspond with the curriculum listed for a Bachelor of Science in Business Administration while 10 of the courses (ACCT 4344; MKTG 2302; MGMT 3372; FNCE 3351; FNCE 3352; FNCE 4351; MKTG 4381; MKTG 3381; BUSN 3301; and BUSN 3341) are similar in abbreviation and course title (see attachment 3). The remaining five courses (ACCT 291; ACCT 292; ACCT 391 and ACCT 394) are consistent with courses listed on Troy University – Montgomery's website (www.montgomery.troy.edu) for the Sorrell College of Business (see attachment 4).

On April 5, 2006, Ms. Hopper was asked to provide the Department of Finance with verification of her Bachelor of Science in Business Administration from Trinity University in San Antonio, Texas. As a response to this request, Ms. Hopper submitted a copy of a diploma for a Bachelor of Science in Business Administration from Trinity College and University received on May 25, 2002. The institution listed on this document (Trinity College and University) did not coincide with the name of the institution listed on the application for

employment (Trinity University in San Antonio, TX). A copy of the diploma provided by Ms. Hopper is provided as Attachment 5.

Information obtained during the investigative process revealed that Trinity College and University, which is now referred to as Bronte International University (BIU), is based in Tortola, British Virgin Islands. None of the courses presented on BIU's website (www.biu-edu.org) are consistent with those included on Ms. Hopper's relevant list of completed academic courses. In fact, the course abbreviations and titles do not match any of those submitted by Ms. Hopper. BIU uses a 3 alpha – 3 numeric coding system (see attachment 6) in abbreviating course titles while the list provided by Ms. Hopper consists of a 4 alpha – 4 numeric coding system. There also appears to be some uncertainty as to whether or not BIU is recognized as an accredited institution by any credible accrediting agencies. This uncertainty is stated based upon the assertion that the institution awards educational credit for past work experiences for a fee of $695 for a bachelor's degree or an associate's degree (see attachment 7).

It is very clear that when Ms. Hopper completed and submitted her application for employment into the Accountant classification on November 21, 2003, she claimed having obtained a Bachelor of Science in Business Administration from Trinity University in San Antonio, TX and not Trinity College and University (now referred to as BIU) of Tortola, British Virgin Islands. The list of relevant courses Ms. Hopper provided with her Accountant employment application specifically lists those offered by Trinity University in San Antonio, TX. Furthermore, we received written documentation from Trinity University in San Antonio, TX that indicated that they do not have any records for Virginia S. Hopper (SSN: xxx-xx-4190); that they do not provide online or correspondence courses for their students; and that they are not affiliated with any other Trinity Colleges or Universities (see attachment 8).

Accordingly, it is determined that Ms. Hopper fraudulently represented her educational accomplishments that eventually led to her employment as an Accountant with the Department of Finance as well as her current employment with the Department of Human Resources.

Enclosures: Attachment 1 – Employment Application – Copy of Cover Page – Dated 11/21/03
Attachment 2 – Relevant List of Completed Courses
Attachment 3 – Trinity University, San Antonio, TX – Common Curriculum
Attachment 4 – Troy University-Montgomery – Core Curriculum for Bus Admin
Attachment 5 – Diploma – Copy Submitted by Ms. Hopper for Verification
Attachment 6 – Bronte International University – Course Descriptions
Attachment 7 – Bronte International University – Fees
Attachment 8 – Letter from Trinity University, San Antonio, TX – Dated 4/20/06

Attachment 1

# TION FOR EXAMINATION

STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. **Do not write in shaded areas.** Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

03 ... 21 P 1:53

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted] - [redacted] - [redacted]

**Examination For Which You Are Applying (one per application)** 10611

10611 Accountant

**Option (if applicable)**

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) (State) (County) (Zip Code)

Telephone Number: Home [redacted] (Area Code) Work [redacted] (Area Code)

**The following information is required for governmental reporting or recordkeeping purposes:**

Date of Birth [redacted] (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

**EDUCATION:**

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

000918

Signature Virginia S. Hopper Date 11/21/2003

**During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.**

Attachment 2

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

Attachment 3

# Business Administration
# B. S. Concentrations and Requirements

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum.

II. A core curriculum in Business Administration (24 hours):

ACCT 1301 - Fundamentals of Accounting
ACCT 1302 - Fundamentals of Managerial Accounting
BUSN 2301 - Statistics for Management and Economics
BUSN 3302 - Legal Concepts of Business I
*BUSN 4301 - Business Policy and Strategy
**FNCE 3301 - Financial Administration of Business Firms
MKTG 2301 - Principles of Marketing
MGMT 2301 - Management of Organizations

* Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.

** Students should note that ECON 1311 is prerequisite for FNCE 3301 In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis

III. Completion of BUSN 3303 - Quantitative Managerial Decision Making

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

V. Completion of elective hours that bring the total in Business Administration courses to at least 45 semester hours.

000920

VI. Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

A student who pursues either a major or minor in Business Administration must

Trinity University - Business Administration Page 2 of 2

take 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University. At least 50% of the credit hours required for a concentration must be taken at TrinityUniversity.

Attachment 4

## SORRELL COLLEGE OF BUSINESS

Accreditation
B.S. / B.A. Business Administration Degree Requirements
Business Administration Core (42 Hours)
Majors:
- Accounting Major (30 Hours)
- Finance Major (30 Hours)
- General Business Major (30 Hours)
- Information Systems Major (30 Hours)
- Management Major (30 Hours)
- Marketing Major (30 Hours)
- Risk Management and Insurance Major (30 Hours)

B.A.S. in Resources and Technology Management
Business, Associate of Science (60 Hours)
Minors:
- Business Administration Minor (18 Hours)
- Information Systems Minor (18 Hours)

University Overview
Student Admissions and Regulations
General Studies Program
Special Academic Offerings
Financial Information
Degrees and Required Credit Hours
Colleges
Course Descriptions
Board of Trustees, Administration, Faculty
Index

TROY Home
Catalog Table of Contents

The academic mission of the Sorrell College of Business is to prepare a diverse bo students for entry and personal growth in business and government-related career: means of high quality instruction delivered in traditional, nontraditional, and emergi electronic formats.

Our students are currently employed in, or endeavor to be employed in, business, government, public accounting, the U.S. military, and not-for-profit organizations, b United States and the world over. Today many are, or intend to be, self-employed. Undergraduate students are prepared for admission to graduate programs in busin information systems, and professional schools of law. Sorrell College of Business s graduate with the knowledge and skills needed to communicate effectively, to mak and socially-responsible decisions, and to understand diverse and international cul

Sorrell College of Business faculty members are highly qualified and possess diver academic and business backgrounds. Because our faculty members have "real-wo experience, course instruction focuses not only on vital concepts but also on practi application of these concepts.

All academic programs offered by the college assist students to develop the knowl skills, and attitudes necessary to understand and cope with the challenges faced b and organizational leaders in a dynamic, global workplace. The curriculum is highl to the needs of students and the requirements of their employers. Combining the re of the curriculum with the fact that our faculty holds students to a high standard thr their academic experience at Troy means that the academic programs offered thro Sorrell College of Business are designed to provide a firm foundation for professio business leaders who, upon graduation, will have the skills necessary to embark o change course in, successful careers in business, industry, and government.

Majors within the Bachelor of Science (or Arts) Business Administration degree are accounting, general business, finance, information systems, management, marketi risk management and insurance. Within the management and general business m students may select concentrations that focus on international business, business economics, human resource management, small business and entrepreneurship, a production and operations management. Within the information systems major, stu focus on networking, general information systems, or web development. A Bachelc Applied Science degree is offered in resources and technology management. Mino offered in business administration and information systems.

000922

**ACCREDITATION**

Troy University, through its Sorrell College of Business, is nationally accredited by Association of Collegiate Business Schools and Programs (ACBSP) to offer baccal degree programs in accounting, finance, general business, information systems, management, and marketing. The ACBSP has also accredited Troy to offer the Ma Business Administration.

## B.S. / B.A. BUSINESS ADMINISTRATION DEGREE REQUIREMENTS

| | |
|---|---|
| General Studies | 48 hours[1] |
| Business Administration Core | 42 hours [2, 3, 4] |
| Courses in the major | 30 hours [3, 4] |
| Total | 120 hours |

[1] The 48 hours of general studies must include six hours of Principles of Econom and MTH 2201, completed with a grade of C or better.

[2]Students must complete the following lower-level courses (or their approved tra credit equivalents) with a grade of C or higher in each course before registering for level course in the business curriculum: ENG 1101/03, ENG 1102/04, MTH 2201, I ACT 2291, ACT 2292, ECO 2251, ECO 2252, QM 2241, LAW 2221, and all 2000-l courses in the major and minor. Students may enroll concurrently in the last of thes along with their initial 3000-level courses subject to their adviser's approval and co with published prerequisite requirements. Under no condition may a student enroll 4000level course without the satisfactory completion (grade of C or higher) of the lo courses listed above.

[3]Transfer credit will not be awarded for any course to be used in the business co major in which a C grade or higher has not been achieved.

[4]Students must achieve an overall C average in both their business core and the business major in order to be eligible to graduate. All courses should be taken in th appropriate numerical sequence (i.e., 3000-level courses should be completed bef attempting 4000-level courses).

 top

000923

## BUSINESS ADMINISTRATION CORE (42 HOURS)

| | | | |
|---|---|---|---|
| ACT | 2291 | (3) | Principles of Accounting I |
| ACT | 2292 | (3) | Principles of Accounting II |
| BUS | 3382 | (3) | Business Communications |
| FIN | 3331 | (3) | Managerial Finance I |
| FIN | 3332 | (3) | Managerial Finance II |
| IS | 3300 | (3) | Introduction to Information Systems |
| LAW | 2221 | (3) | Legal Environment of Business |
| MGT | 3371 | (3) | Principles of Management |
| MGT | 3373 | (3) | Operations Management |
| MGT | 4476 | (3) | Strategic Management |
| MKT | 3361 | (3) | Principles of Marketing |
| | | | |

| | | | |
|---|---|---|---|
| QM | 2241 | (3) | Business Statistics I |
| QM | 3341 | (3) | Business Statistics II |
| *Select one course with permission of faculty adviser:* | | | |
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select one business administration major (30 hours):*
- Accounting
- Finance
- General Business
- Information Systems
- Management
- Marketing
- Risk Management and Insurance

top

**ACCOUNTING MAJOR (30 HOURS)**

***B.S./B.A. in Business Administration degree with a major in accounting (ACT***

| | | | |
|---|---|---|---|
| ACT | 3391 | (3) | Intermediate Accounting I |
| ACT | 3392 | (3) | Intermediate Accounting II |
| ACT | 3394 | (3) | Governmental Accounting |
| ACT | 3395 | (3) | Managerial/Cost Accounting |
| ACT | 4491 | (3) | Advanced Accounting I |
| ACT | 4494 | (3) | Income Tax I |
| ACT | 4495 | (3) | Income Tax II |
| ACT | 4497 | (3) | Auditing |
| *Select one accounting elective:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| ACT | 4496 | (3) | Managerial/Cost Accounting II |
| ACT | 4498 | (3) | Advance Auditing |

*Select one upper level business course elective.*

top

000924

**FINANCE MAJOR (30 HOURS)**

| | | | |
|---|---|---|---|
| FIN | 4431 | (3) | Financial Management |
| FIN | 4432 | (3) | Investments |
| FIN | 4437 | (3) | Financial Institutions |
| *Select six electives:* | | | |

| | | | |
|---|---|---|---|
| FIN | 3333 | (3) | Financial Mathematics |
| FIN | 3334 | (3) | Financial Statement Analysis |
| FIN | 3336 | (3) | Real Estate Finance I |
| FIN | 3337 | (3) | Personal Financial Planning |
| FIN | 4419 | (3) | Speculative Markets |
| FIN | 4434 | (3) | Financial Modeling |
| FIN | 4436 | (3) | Securities Analysis |
| FIN | 4438 | (3) | Bank Management |
| FIN | 4439 | (3) | Finance Seminar |
| FIN | 4440 | (3) | Real Estate Finance II |
| FIN | 4454 | (3) | Public Finance |
| FIN | 4495 | (3) | Selected Topics in Finance |
| RMI | 3335 | (3) | Principles Of Management and Insurance |

*Select one upper level business course elective.*

top

**GENERAL BUSINESS MAJOR (30 HOURS)**

***B.S./B.A. in Business Administration degree with a major in general busines Concentrations in general business, business economics, international busi small business and entrepreneurship***

*Select one upper level course in three of the following five areas:*
- Accounting
- Economics
- Finance
- Management
- Marketing

**000925**

*Select one concentration (21 hours):*
Business Economics Concentration:
· *Select five upper level economics courses (15 hours).*
· *Select two upper level finance courses (six hours).*

General Business Concentration:
· *Select seven upper level courses among the business disciplines, with a limit of tl courses in one discipline.*

International Business Concentration:
·*Select three of the following courses not used to satisfy the business core global i requirement (nine hours):*

| | | | |
|---|---|---|---|
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select two upper level business course electives (six hours).*
*Select two modern foreign language courses (six hours).*

Small Business and Entrepreneurship Concentration:

| | | | |
|---|---|---|---|
| MGT | 4475 | (3) | Small Business Management |
| *Select four of the following courses:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| MGT | 3375 | (3) | Human Resource Management |
| MGT | 4472 | (3) | Organizational Behavior |
| MGT | 4460 | (3) | Introduction to Project Management |
| MKT | 3365 | (3) | Integrated Marketing Communications |
| MKT | 4463 | (3) | Retailing |

*Select two upper level business course electives (six hours).*

top

000926

Attachment 5

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

000927





HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

**ANTHROPOLOGY**

000928

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

BIU help
all I ever
Yc

**ARCHAEOLOGY**

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

**ART**

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

**ASIAN STUDIES**

**000929**

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

**BIOLOGY**

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

**BUSINESS EDUCATION**

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

**BUSINESS**

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

000930

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

**CHEMISTRY**

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**COMMUNICATIONS**

000931

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

Mass communication and the new media technologies of cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

000932

**COMPUTER SCIENCE**

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a variety of computer hardware and software, explain how computers are used

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

000933

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

000934

**ENGINEERING MECHANICS**

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

000935

**FINANCE**

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

000936

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

000937

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

**JOURNALISM**

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

**LAW**

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

**LITERATURE**

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

LIT-130 - Analysis and Interpretation of Literature

000938

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

**MANAGEMENT**

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

000939

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

**MARKETING**

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

000940

**MATHEMATICS**

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

000941

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

**MECHANICAL ENGINEERING TECHNOLOGY**

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

**OPERATIONS MANAGEMENT**

000942

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

000943

**PHYSICS**

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

**PSYCHOLOGY**

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

000944

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

000945

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

000946

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

000947





HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

# BIU FEES

Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help
all I ever
Yc

**This is What You Get for Your Money!**

**DEGREE**
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

**STUDENT RECORD**
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

**ACADEMIC LETTER OF RECOMMENDATION**
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

000948

**ALUMNI IDENTIFICATION CARD**
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

**REPLICA OF YOUR DEGREE ETCHED IN BRONZE**
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

**FOR GRADUATES !**

LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

000949

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

Attachment 8

TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

000950




State of Alabama
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

August 14, 2006

Virginia Hopper

Dear Ms. Hopper:

This is to inform you that effective at 3:30 p.m. August 14, 2006, your employment with the Department of Human Resources will be terminated. This action has been made necessary because of your violation of the Rules of the State Personnel Board.

Specifically, you were charged with falsifying your State of Alabama employment application in violation of Rule 670-x-19-.01 (2)(f) Falsification of Records of the Rules of the State Personnel Board. You indicated on your application for Accountant that you had a college degree. You do not meet the qualifications of the Accountant classification due to your not having a valid college degree nor the required classes for an Accountant position.

On June 22, 2006, an administrative hearing was held at the Department of Human Resources. The hearing officer that heard the facts in this personnel matter has found that the evidence and testimony supports the charges. A copy of their recommendation to the appointing authority is attached.

You are advised that you have the right, within 10 days after receipt of written notice of dismissal, to request a hearing before the State Personnel Board. Such request should be addressed directly to the Director, State Personnel Department, 64 N. Union Street, Montgomery, Alabama 36130.

Sincerely,

Page B. Walley, PhD
Commissioner

**000951**

BEFORE THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES

IN RE: VIRGINIA HOPPER
ADMINISTRATIVE PERSONNEL HEARING

RECOMMENDATION OF THE HEARING OFFICER

This matter came to be heard at an administrative personnel hearing concerning Virginia Hopper's employment with the Alabama Department of Human Resources (DHR). The hearing was held on June 22, 2006. Mrs. Hopper was present and was represented by her counsel Jim DeBardeleben. Mr. DeBardeleben questioned the DHR witness, examined the evidence, presented testimony, and offered exhibits on behalf of Mrs. Hopper. DHR was represented by its attorney, Hon. Joel C. Marsh.

Mrs. Hopper was charged by DHR with falsification of records in her application for employment in violation of the Rules of the State Personnel Board, 670-X-19-.01(2)(f), and with not meeting the qualifications for her accountant position with DHR because she does not have a college degree. Specifically, her charge letter states as follows:

> On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715 Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated that they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.
>
> Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

000952

You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I and II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.

FINDINGS OF FACT

The evidence presented at the aforementioned hearing shows that Mrs. Hopper stated on her Application Examination for an Accountant position that she had a B.S. degree, dated May 2002, from Trinity University, located at 715 Stadium Drive, San Antonio, Texas 78212. She also listed on her application 22 courses that she had taken that were related to the accountant position that she was seeking. However, evidence produced at the hearing, including Mrs. Hopper's own testimony, established that, for 17 of these courses, Mrs. Hopper has not attended any college class for the credit, but instead was given course credit for these courses by an entity called "Trinity College and University" located in the British Virgin Islands. Credit for these 17 courses was given to her based on her attendance at work-related seminars and on her work experience. Trinity University in San Antonio, Texas has no record of Mrs. Hopper ever being registered as a student or receiving credit for any courses. Consequently, the undersigned hearing officer finds that Mrs. Hopper falsified information on her Application Examination for Accountant in violation of the Rules of the State Personnel Board, Rules of the State Personnel Board, 670-X-19-.01(2)(f).

Mrs. Hopper testified that she mistakenly listed Trinity University of San Antonio on her application and that she believed that she had a legitimate college degree. However, the undersigned hearing officer finds that Mrs. Hopper knew she did not have a degree from Trinity University in

000953

San Antonio and she knew that she did not have a valid college degree when she completed the application for accountant. In addition, the position of Accountant with DHR requires that the applicant have a Bachelor's degree with a major in Accounting or Business Administration, and that the applicant must have completed five (5) college level accounting courses, including Intermediate Accounting II. The evidence presented at the hearing clearly demonstrated that Mrs. Hopper does not have a valid college degree, and that she has not taken Intermediate Accounting II, or an equivalent course. Consequently, the undersigned hearing officer finds Mrs. Hopper that is not qualified for the position of Accountant with DHR.

CONCLUSIONS OF LAW

The undersigned recommends that Mrs. Hopper be discharged from her employment with DHR because: she falsified her Accountant application; she is not qualified for the position of Accountant because she does not have a valid college degree; and because she has not taken all of the required courses for the position of Accountant with DHR.

DONE this 7th day of August, 2006.

Philip O. Tyler
Administrative Hearing Officer

Post Office Box 3310
Auburn, Alabama 36831-3310
Phone: (334) 821-3892
Fax: (334) 826-9467

**000954**



# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
**State Personnel Director**
Paul D. Thomas
**Deputy Director**

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
State Personnel Director

Form 3 - Revised January 1999

DO NOT WRITE IN THIS SPACE

RECEIVED
STATE PERSONNEL DEPARTMENT
2000 NOV 16 P 4:46
STATE OF ALABAMA PERSONNEL DEPARTMENT

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

General Instructions

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Extra app

Examination For Which You Are Applying (one per application): Accounting Tech I - 10603 | 10603 | Option (if applicable)

Full Name: Virginia S. Hopper (Last)

Address: [redacted] House or Apartment Number, Street, City, State, County, Zip Code

Telephone Number: Home [redacted] Area Code; Work [redacted] Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (✓) Female

Race (check one) 1. (✓) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Graduate or GED? (✓) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 (12) College 1 2 3 4

ED 30 LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Robert E. Lee - Montgomery | 9/68 | 5/71 | | | ✓ | | General 5/71 | Business |
| Troy State - Montgomery | 6/98 | 6/99 | | 15 hrs. | | | | |
| | | | | | | | | |

000959

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (See attach additional sheets, if needed).

| | | | | | |
|---|---|---|---|---|---|
| Principles of Accounting I | 5 hrs. | Governmental Accounting | 5 hrs. | Intro. Acctg. | 3 |
| Principles of Accounting II | 5 hrs. | Managerial Acctg. | OK | | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature Virginia S. Hopper Date 11-16-00 AMC

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER : [redacted]

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Lottie Walker | [redacted] | State of AL - Dept. of Insurance |
| Gina McLain | [redacted] | State of AL - Dept of Insurance |
| Rev Morris Pate | [redacted] | [redacted]tor - First Assembly - Millbrook |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (✓) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (✓) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

000960

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: See Attached Resume

Your Official Job Title:

Address:

Type of Business:

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis:

Equipment You Operated:

Name, Title and Telephone Number of Supervisor:

Reason for Leaving:

Describe Your Duties in Detail:

SOCIAL SECURITY NUMBER :

| 2. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

| 3. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

000961

| 4. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | |
| Describe Your Duties in Detail | | | | | | | |

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in State Government.

**Qualifications**

Experience in accounting, insurance experience in underwriting, Workers Compensation reinsurance claims, researching and investigating claims and complaints, computer skills, general office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
MS Excel 97
NAIC Reinsurance Seminar 1996
Wetumpka Vocational School 1995
Windows 3.1
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
SIR/NCIGF Working Together Seminar 1994
Wetumpka Vocational School 1993
Computer Applications I & II
Intro Accounting
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access and Word

**Employment History**

2/94 – Present State of Alabama, Department of Insurance
Receivership Division (Contract)

Accounting Technician II

- Estate Management - manage day to day activities of insolvent insurance companies

- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Confer with support team members to solve problems relating to coordination of work and other matters
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Reconcile Bank Statement for all estates
- Prepare Balances Sheets and Income Statements
- Prepare cash balance, transactions, and missing check reports
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Verify and approve bills for payment
- Communicate with attorneys and accountants to provide financial information on receivership estates
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims
- Prepare computer and tapes for nightly back

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients
- Updated medical and dental files

- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments
- Answer calls for general questions from consumers

Extracurricular activities

Member of First Assembly of God church choir and drama team.

TROY STATE UNIVERSITY SYSTEM
REGISTRATION STATEMENT/INVOICE

Ms. Virginia S. Hopper
[redacted] 22

SCHEDULE INFORMATION: TERM: 00/WN PROGRAM: B1
LOCATION: M01 REG STATUS: [redacted] DATE: 11/09/99 ID # 0360263 SS# [redacted]
PHONE: (Home) [redacted] [redacted] OPERATOR: vreg3
MAJOR: BUS MINOR: ADVISOR:

| COURSE | SEC | TITLE | PC | LOC | BLDG | ROOM | DAYS | TIME | INSTRUCTOR | CRED |
|---|---|---|---|---|---|---|---|---|---|---|
| CIS | 140 AC | Basic Microcom | | W | WHIT | 623 | MW | 04:30-06:00P | ~~Staub Cind~~ | 5.0 |
| ACT | 293 AA | Managerial Acc | | W | WHIT | 329 | MW | 06:15-08:15P | Franklin J | 5.0 |
| | | | | | | | | TOTAL CREDITS: | | 8.0 |

EMPLOYER INFORMATION (Make any corrections as necessary):
Employer Name: STAT OF AL DEPT OF INS.
Job Title:
Address: 64 N. UNION City: Montgomery
County: State: AL Zip: 36130
EST F/A CREDITS BASED ON FULL TIME:

BILLING INFORMATION:

| | |
|---|---|
| Previous Balance: $ | 0.00 |
| INSTATE UNDERGRAD TUITI | 464.00 |
| COMPUTER AND INFO SCI L | 20.00 |
| ADMINISTRATIVE FEE | 10.00 |

TOTAL (potential FA credit) $ 0.00 CURRENT BALANCE: $ 494.00
METHOD OF PAYMENT: X Check Money Attached 11/15/99 Amount $ 40.00
Financial Aid: Type

TO INSURE PROPER CREDIT, PLEASE RETURN CASHIER COPY AND PAYMENT TO:
Troy State University Montgomery
P.O. DRAWER 4419
Mongtomery, AL 36103-4419

I agree that by signing and submitting this registration, I am financially responsible for all tuition and fees due and personally responsible for meeting class prerequisites and attendance policies.
Student's Signature: Virginia Hopper Date: 11/15/99
In case of emergency, please contact: Name: Donald Hopper Phone: [redacted]

000965

TROY STATE UNIVERSITY SYSTEM
REGISTRATION STATEMENT/INVOICE

Ms. Virginia S. Hopper

SCHEDULE INFORMATION: TERM: 00/WN PROGRAM: B1
LOCATION: M01 REG STATUS: P DATE: 11/09/99 ID # 0360263 SS#
PHONE: (Home) (Work) OPERATOR: wre93
MAJOR: MBUS MINOR: ADVISOR:

| COURSE | SEC | TITLE | PC | LOC | BLDG | ROOM | DAYS | TIME | INSTRUCTOR | CRE |
|---|---|---|---|---|---|---|---|---|---|---|
| CIS | 140 | ~~AA~~ AC Basic Microcom | | W | WHIT | ~~263~~ 2623 | MW | 04:30-06:00P | ~~Staub Cind~~ | 5 |
| ACT | 293 | AA Managerial Acc | | W | WHIT | 329 | MW | 06:15-08:15P | Franklin J | 5 |

TOTAL CREDITS: 10

EMPLOYER INFORMATION (Make any corrections as necessary):
Employer Name: STAT OF AL DEPT OF INS.
Job Title:
Address: 64 N. UNION City: Montgomery
County: State: AL Zip: 36130
EST F/A CREDITS BASED ON FULL TIME:

BILLING INFORMATION:

| | |
|---|---|
| Previous Balance: $ | 0.00 |
| INSTATE UNDERGRAD TUITI | 464.00 |
| COMPUTER AND INFO SCI L | 20.00 |
| ADMINISTRATIVE FEE | 10.00 |

TOTAL (potential FA credits) $ 0.00 CURRENT BALANCE: $ 494.00
METHOD OF PAYMENT: X Check or Money Order Attached 11/15/99 Amount $ 40.00
__ Financial Aid: Type

TO INSURE PROPER CREDIT, PLEASE RETURN CASHIER COPY AND PAYMENT TO:
Troy State University Montgomery
P.O. DRAWER 4419
Mongtomery, AL 36103-4419

I agree that by signing and submitting this registration, I am financially responsible for all tuition and fees due and personally responsible for meeting class prerequisites and attendance policies.

Student's Signature: Virginia Hopper Date: 11/15/99
In case of emergency, please contact: Name: Donnie Hopper Phone:

000966

SOCIAL SECURITY NUMBER

## COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

## COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 (✓) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ______________

## AVAILABILITY

81 - Northwest Alabama
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence

82 - Huntsville/Decatur Area
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan

83 - Northeast Alabama
10 Cherokee
25 DeKalb
28 Etowah

84 - Jasper/Winfield Area
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston

85 - Tuscaloosa Area
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa

86 - Birmingham Area
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair

87 - East Central Alabama
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa

88 - Southwest Alabama
12 Choctaw
13 Clarke
46 Marengo
65 Washington

89 - Selma/Clanton Area
11 Chilton
24 Dallas
53 Perry
66 Wilcox

90 - Montgomery Area
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery

91 - Phenix City/Troy Area
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell

92 - Mobile Area
02 Baldwin
49 Mobile

93 - South Central Alabama
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe

94 - Dothan Area
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 _____ _____

**000967**

If you want to be considered for appointment by only certain state agencies, indicate here ______________

Will you accept work involving overnight travel? ( ) Yes (✓) No

Will you accept part-time work? ( ) Yes (✓) No

Will you accept temporary work? ( ) Yes (✓) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 11 (Month) 15 (Day) 99 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

3-4 Revised January 1998

DO NOT WRITE IN THIS SPACE

RECEIVED

OCT 25 2 35 PM '99

STATE OF ALABAMA PERSONNEL DEPARTMENT

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

General Instructions

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW. [redacted]

10603

Option (if applicable)

Examination For Which You Are Applying (one per application): Accounting Tech I - 10603

Full Name: Virginia (First) S. (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) [redacted] (Street) [redacted] (City) [redacted] (State) [redacted] (County) [redacted] (Zip Code)

Telephone Number: Home [redacted] (Area Code) Work [redacted] (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Sex (check one) 1. ( ) Male 2. (✓) Female

Date of Birth [redacted] (Month) (Day) (Year)

Race (check one) 1. (✓) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Graduate or GED? (✓) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 (12) College 1 2 3 4

ED / EC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Robert E. Lee - Montgomery | 9/68 | 5/71 | | | ✓ | | General 5/71 | Business |
| Troy State - Montgomery | 6/98 | 8/99 | | 15 hrs. | | | | |

000968

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed). See

Principles of Accounting I 5 hrs. Governmental Accounting 5 hrs. AC 140
Principles of Accounting II 5 hrs. AA Managerial Acc' 5 hrs OK

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any fals statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released fror employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service an criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensatio for any overtime hours worked.

Signature: Virginia S. Hopper Date: 10/25/99

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT DHR 5

SOCIAL SECURITY NUMBER : [redacted]

three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| ...ie Walker | [redacted] | State of AL - Dept. of Insurance |
| ...ina McLain | [redacted] | State of AL - Dept of Insurance. |
| ...v Morris Pate | [redacted] | Pastor - First Assembly - Millbrook |

...uld you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

...ve you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (✓) No

...ou answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

...ve you ever been convicted of a misdemeanor or felony crime? ( ) Yes (✓) No

...ou answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating ...cumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

...TE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY ...NVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT ...TOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION ...NTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. ...R THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

...gin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed ...bs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| | |
|---|---|
| Current or Last Employer: See Attached Resume. | Your Official Job Title |
| ...dress | Type of Business |

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ ____ Per ____ | $ ____ Per ____ | ( ) Yes ( ) No |

| | |
|---|---|
| ...mber/Title of Employees You Supervised ...a Continuing Basis | Equipment You Operated |
| ...me, Title and Telephone Number ...Supervisor | Reason for Leaving |

...scribe Your Duties in Detail

000969

SOCIAL SECURITY NUMBER : [redacted]

| mployer | Your Official Job Title |
|---|---|
| | Type of Business |
| ess | |

| FROM nth | Year | TO Month | Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|---|---|

| iber/Title of Employees You Supervised ı Continuing Basis | Equipment You Operated |
|---|---|
| ıe, Title and Telephone Number upervisor | Reason for Leaving |

:ribe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| | Type of Business |
| lress | |

| FROM onth | Year | TO Month | Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|---|---|

| mber/Title of Employees You Supervised a Continuing Basis | Equipment You Operated |
|---|---|
| me, Title and Telephone Number Supervisor | Reason for Leaving |

scribe Your Duties in Detail

| Employer | Your Official Job Title |
|---|---|
| | Type of Business |
| ldress | |

| FROM lonth | Year | TO Month | Year | Total Months | Number of Hours Per Week | Beginning Salary $ Per | Ending Salary $ Per | May we contact your employer? ( ) Yes ( ) No |
|---|---|---|---|---|---|---|---|---|

| umber/Title of Employees You Supervised n a Continuing Basis | Equipment You Operated |
|---|---|
| ame, Title and Telephone Number Supervisor | Reason for Leaving |

escribe Your Duties in Detail

000970

. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

Phone

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in State Government.

**Qualifications**

Experience in accounting, insurance experience in underwriting, Workers Compensation reinsurance claims, researching and investigating claims and complaints, computer skills, general office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
MS Excel 97
NAIC Reinsurance Seminar 1996
Wetumpka Vocational School 1995
Windows 3.1
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
SIR/NCIGF Working Together Seminar 1994
Wetumpka Vocational School 1993
Computer Applications I & II
Intro Accounting
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access and Word

**Employment History**

2/94 – Present State of Alabama, Department of Insurance
Receivership Division (Contract)

Accounting Technician II

- Estate Management - manage day to day activities of insolvent insurance companies

000971

- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Confer with support team members to solve problems relating to coordination of work and other matters
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Reconcile Bank Statement for all estates
- Prepare Balances Sheets and Income Statements
- Prepare cash balance, transactions, and missing check reports
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Verify and approve bills for payment
- Communicate with attorneys and accountants to provide financial information on receivership estates
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims
- Prepare computer and tapes for nightly back

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients
- Updated medical and dental files

- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments
- Answer calls for general questions from consumers

000973

Extracurricular activities

Member of First Assembly of God church choir and drama team.

SOCIAL SECURITY NUMBER:

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

...u claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim. ... office, you may disregard this requirement.

- ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
- ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
- ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
- ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
- ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

...itten exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

( ) Alexander City
( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

...ou qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

( ) State Employment Service
( ) Job Announcement Notice
( ) Newspaper
( ) College Placement/Career Office
5 (✓) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ______

AVAILABILITY

...-Northwest Alabama: 17 Colbert, 30 Franklin, 39 Lauderdale, 40 Lawrence

84 - Jasper/Winfield Area: 29 Fayette, 38 Lamar, 47 Marion, 64 Walker, 67 Winston

87 - East Central Alabama: 08 Calhoun, 09 Chambers, 14 Clay, 15 Cleburne, 19 Coosa, 56 Randolph, 61 Talladega, 62 Tallapoosa

90 - Montgomery Area: 01 Autauga, 26 Elmore, 43 Lowndes, 51 Montgomery

93 - South Central Alabama: 07 Butler, 18 Conecuh, 20 Covington, 21 Crenshaw, 27 Escambia, 50 Monroe

...-Huntsville/Decatur Area: 36 Jackson, 42 Limestone, 45 Madison, 48 Marshall, 52 Morgan

85 - Tuscaloosa Area: 04 Bibb, 32 Greene, 33 Hale, 54 Pickens, 60 Sumter, 63 Tuscaloosa

88 - Southwest Alabama: 12 Choctaw, 13 Clarke, 46 Marengo, 65 Washington

91 - Phenix City/Troy Area: 03 Barbour, 06 Bullock, 41 Lee, 44 Macon, 55 Pike, 57 Russell

94 - Dothan Area: 16 Coffee, 23 Dale, 31 Geneva, 34 Henry, 35 Houston

...-Northeast Alabama: 10 Cherokee, 25 DeKalb, 28 Etowah

86 - Birmingham Area: 05 Blount, 22 Cullman, 37 Jefferson, 58 Shelby, 59 St. Clair

89 - Selma/Clanton Area: 11 Chilton, 24 Dallas, 53 Perry, 66 Wilcox

92 - Mobile Area: 02 Baldwin, 49 Mobile

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

000974

List the numbers of up to 3 counties and/or regions where you are willing to work 90 ______ ______

If you want to be considered for appointment by only certain state agencies, indicate here ______

Will you accept work involving overnight travel? ( ) Yes (✓) No  Will you accept part-time work? ( ) Yes (✓) No

Will you accept temporary work? ( ) Yes (✓) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 11 (Month) 15 (Day) 99 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

STATE PERSONNEL DEPARTMENT

2000 JAN -6 A 10: 36

January 6, 2000

Lee Frier
State of Alabama
Personnel Department
300 Folsom Administrative Bldg
Montgomery, Alabama 36130-2301

RE: Accounting Technician 10603

Dear Lee,

I received notice that I did not have required credit hours for the above position. Please add credit for 099 - Basic Accounting - 5 hours and 293- Managerial Accounting - 5 hours.

Thanks so much for your help in this matter. If more is needed please advise. I can be reached at (334) 353-4112 work and (334) [redacted] at home.

Sincerely,

Virginia Hopper

Virginia Hopper
SS# [redacted]

000975

TROY STATE UNIVERSITY SYSTEM
REGISTRATION STATEMENT/INVOICE

Ms. Virginia G. Hopper

36021

SCHEDULE INFORMATION: TERM: 007/WN PROGRAM: B1
LOCATION: M01 REG STATUS: DATE: 11/09/99 ID # 0360263 SS#
PHONE: (Home)
MAJOR: BUS MINOR: ADVISOR: OPERATOR: wreg3

| COURSE | SEC | TITLE | PC | LOC | BLDG | ROOM | DAYS | TIME | INSTRUCTOR | CRE |
|---|---|---|---|---|---|---|---|---|---|---|
| CIS | 140 AC | Basic Microcom | | W | WHIT | 623 | MW | 04:30-06:00P | ~~Staub, Cind~~ | |
| ACT | 293 AA | Managerial Acc | | W | WHIT | 329 | MW | 06:15-08:15P | Franklin | 5. |

TOTAL CREDITS: 9.

EMPLOYER INFORMATION (Make any corrections as necessary):
Employer Name: STAT OF AL DEPT OF INS.
Job Title:
Address: 64 N. UNION City: Montgomer
County: State: AL Zip: 36130
EST F/A CREDITS VARED ON FULL TIME:

Previous Balance: $ 0.00
INSTATE UNDERGRAD TUITI 464.00
COMPUTER AND INFO SCI L 20.00
ADMINISTRATIVE FEE

TOTAL (potential FA credits) $ 0.00 CURRENT BALANCE: $ 494.00
METHOD OF PAYMENT: X Check or Money Order Attached 11/15/99 Amount $ 40.00
__ Financial Aid: Type

000976

TO INSURE PROPER CREDIT, PLEASE RETURN CASHIER COPY AND PAYMENT TO:
Troy State University Montgomery
P.O. DRAWER 4419
Montgomery, AL 36103-4419

I agree that by signing and submitting this registration, I am financially responsible for all tuition and fees due and personally responsible for meeting class prerequisites and attendance policies.
Student Signature [signature] 11/15/99
In case of emergency, please contact: Name: [handwritten] Phone:

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

**Bachelor of Science**

with a major in

**Business Administration**

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

Rowena Ho-Kingston

Dominick Christian Joseph

000977

Revised November 1997
NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE PERSONNEL DEPARTMENT
64 NORTH UNION STREET, SUITE 300
MONTGOMERY, ALABAMA 36130

AN EQUAL OPPORTUNITY EMPLOYER

General Instructions

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Examination For Which You Are Applying (one per application): Account Clerk — 10601

Option (if applicable)

Name: Virginia (First) S. (Middle) Hopper (Last)

Address: [redacted] (House or Apartment Number) (Street)

[redacted] (City) (State) Elmore (County) 36022 (Zip Code)

Telephone Number: Home [redacted] (Area Code) Work [redacted] (Area Code)

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Graduate or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [ 12 ] College 1 2 3 4

ED | LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| See Attached | | | | | | | | |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

TSUM Principles of Accounting II 5qtr. hrs.
TSUM Principles of Accounting I 5qtr. hrs.
WCS Intro into Accounting

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature *Virginia S. Hopper* Date 8/28/98

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

000978

EXHIBIT DHR 4



Phone

# Virginia Hopper

**Objective**

To make effective use of my experience, work skills, and personal attributes in a position in accounting.

**Qualifications**

Experience in accounting, insurance experience in underwriting, return of premium, Workers Compensation reinsurance claims, computer skills, general office skills, and organizational skills.

**Education**

Lee High School Montgomery, Alabama
Troy State University Montgomery, Alabama
Wetumpka Vocational School 1993
Computer Applications I & II
Accounting
Wetumpka Vocational School 1995
Windows 3.1
SIR/NCIGF Working Together Seminar 1994
NAIC Reinsurance Seminar 1995
NOLHGA Seminar 1995
NAIC Reinsurance Seminar 1996

**Computer Skills**

Proficient in WordPerfect 6.0, Lotus 1-2-3, Dbase III, and Quicken
Currently training in Word, Excel, and Access

**Employment History**

2/94 – Present State of Alabama, Department of Insurance
Receivership Division (Contract)

Accounting Technician II

- Reconcile Bank Statement for all estates

000979

# STATE of ALABAMA

## PERSONNEL DEPARTMENT

## APPLICATION HISTORY FOR A SSAN

January 1, 1983 through September 30, 2006

SSAN: [redacted] NAME: VIRGINIA S HOPPER

| CLASS CODE | OPTION CODE | RACE | SEX | VP CODE | FINAL SCORE O/C | FINAL RANK O/C | FINAL SCORE PROM | FINAL RANK PROM | DATE ENTERED | ACTION CODE | ACTION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10196 | 500 | 1 | 2 | N | 997.99 | | | | 08/08/1996 | 30 | 10/19/1996 |
| 10196 | 500 | 1 | 2 | N | 998.99 | | | | 08/08/1996 | 30 | 10/19/1996 |
| 10198 | 500 | 1 | 2 | N | 994.99 | | | | 08/26/1999 | 30 | 12/11/1999 |
| 10443 | 000 | 1 | 2 | N | | | | | 03/07/2000 | 05 | 03/23/2000 |
| 10601 | 000 | 1 | 2 | N | 997.99 | | | | 08/31/1998 | 30 | 10/17/1998 |
| 10603 | 000 | 1 | 2 | N | 994.99 | | | | 10/26/1999 | 30 | 01/29/2000 |
| 10603 | 000 | 1 | 2 | N | | | | | 11/13/2000 | 29 | 12/09/2000 |
| 10606 | 000 | 1 | 2 | N | 996.99 | | | | 11/14/2000 | 30 | 12/09/2000 |
| 10611 | 000 | 1 | 2 | N | | | | | 09/14/1999 | 04 | 02/14/2000 |
| 10611 | 000 | 1 | 2 | N | 996.99 | | | | 07/29/2003 | 30 | 08/23/2003 |
| 10611 | 000 | 1 | 2 | N | 992.99 | | | | 12/03/2003 | 30 | 02/14/2004 |
| 10612 | 000 | 1 | 2 | N | | | | | 06/03/2003 | 05 | 06/03/2003 |
| 10612 | 000 | 1 | 2 | N | | | | | 12/12/2005 | 05 | 12/13/2005 |
| 11221 | 000 | 1 | 2 | N | 80.00 | 34.00 | | | 01/05/1999 | 00 | 02/02/1999 |
| 11948 | 000 | 1 | 2 | N | | | | | 07/20/1998 | 05 | 08/04/1998 |

Per SIS, please pull all apps. She needs by Thurs. morning.

RUSH

000980

11/7/2006

# Bronte

## International University

has conferred upon

## John Q. Sample

the degree, rank and academic status

## Bachelor of Science

with a major in

## Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this seventh day of May
Two thousand and four

000981

# Bronte

## International University

has conferred upon

## John Q. Sample

the degree, rank and academic status

### Bachelor of Science

with a major in

### Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this seventh day of May
Two thousand and four

000982

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Business Administration
# B. S. Concentrations and Requirements

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum.

II. A core curriculum in Business Administration (24 hours):

ACCT 1301 - Fundamentals of Accounting
ACCT 1302 - Fundamentals of Managerial Accounting
BUSN 2301 - Statistics for Management and Economics
BUSN 3302 - Legal Concepts of Business I
*BUSN 4301 - Business Policy and Strategy
**FNCE 3301 - Financial Administration of Business Firms
MKTG 2301 - Principles of Marketing
MGMT 2301 - Management of Organizations

* Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.

** Students should note that ECON 1311 is prerequisite for FNCE 3301 In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis

III. Completion of BUSN 3303 - Quantitative Managerial Decision Making

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

000984

V. Completion of elective hours that bring the total in Business Administration courses to at least 45 semester hours.

VI. Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

A student who pursues either a major or minor in Business Administration must

take 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University. At least 50% of the credit hours required for a concentration must be taken at TrinityUniversity.

000985

## SORRELL COLLEGE OF BUSINESS

Accreditation
B.S. / B.A. Business Administration Degree Requirements
Business Administration Core (42 Hours)
Majors:
- Accounting Major (30 Hours)
- Finance Major (30 Hours)
- General Business Major (30 Hours)
- Information Systems Major (30 Hours)
- Management Major (30 Hours)
- Marketing Major (30 Hours)
- Risk Management and Insurance Major (30 Hours)

B.A.S. in Resources and Technology Management
Business, Associate of Science (60 Hours)
Minors:
- Business Administration Minor (18 Hours)
- Information Systems Minor (18 Hours)

University Overview
Student Admissions and Regulations
General Studies Program
Special Academic Offerings
Financial Information
Degrees and Required Credit Hours
Colleges
Course Descriptions
Board of Trustees, Administration, Faculty
Index

The academic mission of the Sorrell College of Business is to prepare a diverse bo students for entry and personal growth in business and government-related career: means of high quality instruction delivered in traditional, nontraditional, and emergi electronic formats.

Our students are currently employed in, or endeavor to be employed in, business, government, public accounting, the U.S. military, and not-for-profit organizations, b United States and the world over. Today many are, or intend to be, self-employed. Undergraduate students are prepared for admission to graduate programs in busin information systems, and professional schools of law. Sorrell College of Business s graduate with the knowledge and skills needed to communicate effectively, to mak and socially-responsible decisions, and to understand diverse and international cul

Sorrell College of Business faculty members are highly qualified and possess diver academic and business backgrounds. Because our faculty members have "real-wo experience, course instruction focuses not only on vital concepts but also on practi application of these concepts.

All academic programs offered by the college assist students to develop the knowl skills, and attitudes necessary to understand and cope with the challenges faced b and organizational leaders in a dynamic, global workplace. The curriculum is highly to the needs of students and the requirements of their employers. Combining the re of the curriculum with the fact that our faculty holds students to a high standard thr their academic experience at Troy means that the academic programs offered thro Sorrell College of Business are designed to provide a firm foundation for professior business leaders who, upon graduation, will have the skills necessary to embark o change course in, successful careers in business, industry, and government.

Majors within the Bachelor of Science (or Arts) Business Administration degree are accounting, general business, finance, information systems, management, marketi risk management and insurance. Within the management and general business ma students may select concentrations that focus on international business, business economics, human resource management, small business and entrepreneurship, a production and operations management. Within the information systems major, stu focus on networking, general information systems, or web development. A Bachelc Applied Science degree is offered in resources and technology management. Mino offered in business administration and information systems.

TROY Home
Catalog Table of Contents

000986

ACCREDITATION

Troy University, through its Sorrell College of Business, is nationally accredited by Association of Collegiate Business Schools and Programs (ACBSP) to offer baccal degree programs in accounting, finance, general business, information systems, management, and marketing. The ACBSP has also accredited Troy to offer the Ma Business Administration.

## B.S. / B.A. BUSINESS ADMINISTRATION DEGREE REQUIREMENTS

| | |
|---|---|
| General Studies | 48 hours[1] |
| Business Administration Core | 42 hours [2, 3, 4] |
| Courses in the major | 30 hours [3, 4] |
| Total | 120 hours |

[1] The 48 hours of general studies must include six hours of Principles of Econom and MTH 2201, completed with a grade of C or better.

[2]Students must complete the following lower-level courses (or their approved tra credit equivalents) with a grade of C or higher in each course before registering for level course in the business curriculum: ENG 1101/03, ENG 1102/04, MTH 2201, ACT 2291, ACT 2292, ECO 2251, ECO 2252, QM 2241, LAW 2221, and all 2000-l courses in the major and minor. Students may enroll concurrently in the last of thes along with their initial 3000-level courses subject to their adviser's approval and co with published prerequisite requirements. Under no condition may a student enroll 4000level course without the satisfactory completion (grade of C or higher) of the lo courses listed above.

[3]Transfer credit will not be awarded for any course to be used in the business co major in which a C grade or higher has not been achieved.

[4]Students must achieve an overall C average in both their business core and the business major in order to be eligible to graduate. All courses should be taken in th appropriate numerical sequence (i.e., 3000-level courses should be completed bef attempting 4000-level courses).

000987

 top

## BUSINESS ADMINISTRATION CORE (42 HOURS)

| | | | |
|---|---|---|---|
| ACT | 2291 | (3) | Principles of Accounting I |
| ACT | 2292 | (3) | Principles of Accounting II |
| BUS | 3382 | (3) | Business Communications |
| FIN | 3331 | (3) | Managerial Finance I |
| FIN | 3332 | (3) | Managerial Finance II |
| IS | 3300 | (3) | Introduction to Information Systems |
| LAW | 2221 | (3) | Legal Environment of Business |
| MGT | 3371 | (3) | Principles of Management |
| MGT | 3373 | (3) | Operations Management |
| MGT | 4476 | (3) | Strategic Management |
| MKT | 3361 | (3) | Principles of Marketing |
| | | | |

| | | | |
|---|---|---|---|
| QM | 2241 | (3) | Business Statistics I |
| QM | 3341 | (3) | Business Statistics II |
| *Select one course with permission of faculty adviser:* | | | |
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select one business administration major (30 hours):*

- Accounting
- Finance
- General Business
- Information Systems
- Management
- Marketing
- Risk Management and Insurance

 *top*

## ACCOUNTING MAJOR (30 HOURS)

***B.S./B.A. in Business Administration degree with a major in accounting (AC1***

| | | | |
|---|---|---|---|
| ACT | 3391 | (3) | Intermediate Accounting I |
| ACT | 3392 | (3) | Intermediate Accounting II |
| ACT | 3394 | (3) | Governmental Accounting |
| ACT | 3395 | (3) | Managerial/Cost Accounting |
| ACT | 4491 | (3) | Advanced Accounting I |
| ACT | 4494 | (3) | Income Tax I |
| ACT | 4495 | (3) | Income Tax II |
| ACT | 4497 | (3) | Auditing |
| *Select one accounting elective:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| ACT | 4496 | (3) | Managerial/Cost Accounting II |
| ACT | 4498 | (3) | Advance Auditing |

*Select one upper level business course elective.*

**000988**

 *top*

## FINANCE MAJOR (30 HOURS)

| | | | |
|---|---|---|---|
| FIN | 4431 | (3) | Financial Management |
| FIN | 4432 | (3) | Investments |
| FIN | 4437 | (3) | Financial Institutions |
| *Select six electives:* | | | |

| | | | |
|---|---|---|---|
| FIN | 3333 | (3) | Financial Mathematics |
| FIN | 3334 | (3) | Financial Statement Analysis |
| FIN | 3336 | (3) | Real Estate Finance I |
| FIN | 3337 | (3) | Personal Financial Planning |
| FIN | 4419 | (3) | Speculative Markets |
| FIN | 4434 | (3) | Financial Modeling |
| FIN | 4436 | (3) | Securities Analysis |
| FIN | 4438 | (3) | Bank Management |
| FIN | 4439 | (3) | Finance Seminar |
| FIN | 4440 | (3) | Real Estate Finance II |
| FIN | 4454 | (3) | Public Finance |
| FIN | 4495 | (3) | Selected Topics in Finance |
| RMI | 3335 | (3) | Principles Of Management and Insurance |

*Select one upper level business course elective.*

top

GENERAL BUSINESS MAJOR (30 HOURS)

***B.S./B.A. in Business Administration degree with a major in general busines***
***Concentrations in general business, business economics, international busi***
***small business and entrepreneurship***

*Select one upper level course in three of the following five areas:*
- Accounting
- Economics
- Finance
- Management
- Marketing

*Select one concentration (21 hours):*
Business Economics Concentration:
· *Select five upper level economics courses (15 hours).*
· *Select two upper level finance courses (six hours).*

000989

General Business Concentration:
· *Select seven upper level courses among the business disciplines, with a limit of tl courses in one discipline.*

International Business Concentration:
·*Select three of the following courses not used to satisfy the business core global is requirement (nine hours):*

| | | | |
|---|---|---|---|
| ACT | 4435 | (3) | International Accounting |
| ECO | 4451 | (3) | International Trade |
| FIN | 4435 | (3) | International Banking and Finance |
| MGT | 4478 | (3) | International Management |
| MKT | 4468 | (3) | International Marketing |

*Select two upper level business course electives (six hours).*
*Select two modern foreign language courses (six hours).*

Small Business and Entrepreneurship Concentration:

| | | | |
|---|---|---|---|
| MGT | 4475 | (3) | Small Business Management |
| *Select four of the following courses:* | | | |
| ACT | 3396 | (3) | Accounting Information Systems |
| MGT | 3375 | (3) | Human Resource Management |
| MGT | 4472 | (3) | Organizational Behavior |
| MGT | 4460 | (3) | Introduction to Project Management |
| MKT | 3365 | (3) | Integrated Marketing Communications |
| MKT | 4463 | (3) | Retailing |

*Select two upper level business course electives (six hours).*

000990

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

**Bachelor of Science**

with a major in

**Business Administration**

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

000991



Bronte International University

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

BIU help
all I ever
Yc

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

000992

**ANTHROPOLOGY**

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

5/3/2006

http://www.biu-edu.org/course_des.html

## ARCHAEOLOGY

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

## ART

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

## ASIAN STUDIES

000993

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

**BIOLOGY**

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

**BUSINESS EDUCATION**

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

**BUSINESS**

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

000994

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

**CHEMISTRY**

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**COMMUNICATIONS**

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

000995

Mass communication and the new media technologies or cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

**COMPUTER SCIENCE**

000996

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a variety of computer hardware and software, explain how computers are used

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

000997

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

000998

**ENGINEERING MECHANICS**

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

**FINANCE**

000999

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

**001000**

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

**001001**

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

**JOURNALISM**

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

**LAW**

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

**LITERATURE**

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

001002

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

**MANAGEMENT**

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

001003

MAN-372 - International Management

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

**MARKETING**

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

**MATHEMATICS**

**001004**

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

**001005**

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

**MECHANICAL ENGINEERING TECHNOLOGY**

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

**001006**

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

**OPERATIONS MANAGEMENT**

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

**PHYSICS**

001007

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**                                    **001008**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

001009

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

001010



HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help all I ever Yc

**This is What You Get for Your Money!**

**DEGREE**
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

**STUDENT RECORD**
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

001011

**ACADEMIC LETTER OF RECOMMENDATION**
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

**ALUMNI IDENTIFICATION CARD**
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

**REPLICA OF YOUR DEGREE ETCHED IN BRONZE**
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

**FOR GRADUATES !**
LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

001012

Domestic: $15.00
Canada: $50.00
International: $135.00

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE



TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

**001013**

P.O. Drawer 4419
Montgomery,
Alabama
36103-4419

334-834-1400

April 26, 2006

Sandra I. Speakman
Deputy Legal Counsel
State of Alabama Personnel Department
300 Folsom Administrative Building
Montgomery, AL 36130-4100

Subject: Virginia S. Hooper, SSN: 

Dear Ms. Speakman:

This is written in response to your request for information on Ms. Virgina Hooper. The Family Educational Rights and Privacy Act (FERPA) states that written consent from the student must be obtained for the release of information unless it is considered directory information. Directory Information is information that can be made available to the public, without prior consent. This information includes verification of degrees awarded, but not of courses taken or the number of hours earned. This office has no record of Ms. Hooper having received a degree from Troy University, Montgomery Campus.

Should you need additional information, a signed release from Ms. Hooper will be required.

Sincerely,

Lynn C. Lewis

Lynn C. Lewis
Campus Registrar

LCL/kj

001014






# STATE OF ALABAMA

**PERSONNEL DEPARTMENT**
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

State Personnel Board
Joe Dickson
James Anderson
John McMillan
Ellen G. McNair
Joyce P. O'Neal

April 20, 2006

*VIA FACSIMILE (241-9714) & U.S. MAIL*

Lynn Lewis
Registrar
Troy University—Montgomery Campus
Post Office Drawer 4419
Montgomery, Alabama 36103-4419

RE: Request for Written Information for Former Student
Virginia S. Hopper, SSN: [redacted], DOB: [redacted]

Dear Ms. Lewis:

I am writing to request written verification of the attendance of the above-mentioned employee at Troy University—Montgomery. I am also requesting written verification of what, if any, degrees she attained from Troy, the courses she took, and the number of hours she earned as a Troy University—Montgomery student. Please forward the requested information and a bill for any expense reasonably incurred to my attention at the above address.

Thank you for your kind attention in this matter. If you have any questions or comments, please feel free to contact me at 353-0046.

Sincerely,

Sandra Ingram Speakman
Deputy Legal Counsel

**001015**



Alabama
SPD
State Personnel
Department

Legal Division

Sandra Ingram Speakman
Assistant Attorney General
Main: (334) 242-3451
Fax: (334) 353-4481

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named. If you have received this communication in error, please notify us by telephone immediately. Any dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your assistance.

# FAX TRANSMITTAL SHEET

Date: April 20, 2006

To: Lynn Lewis Fax No.: 241-9714

From: SANDRA INGRAM SPEAKMAN

RE: Request for Written Information for Former Student

MESSAGE: Please see the attached letter.

Please call Heather at (334) 242-3451 if you have any difficulty receiving this transmission.

TRANSACTION REPORT

APR-20-2006 THU 01:09 PM

TX (MEMORY)

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|---|---|---|---|---|---|---|---|
| 1 | APR-20 | 01:09 PM | 92419714 | 0:00:27 | 2 | SG3 OK | | 343 |
| | | TOTAL | | 0:00:27 | 2 | | | |

001017



TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

- Prepare cash balance, transactions, and missing check reports
- Retrieve data from an on line accounting system
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Prepare and process checks by on computer system
- Calculate and file claims subject to reinsurance
- Research records and provide medical updates on claimants for reinsurers
- Account receivables, agents collection accounts, premium collections
- Calculate and process return of premium
- Communicate with policyholders and agents
- Communicate with providers on behalf of claimants
- Maintain mortgage loan accounts

After fifteen years as homemaker and mother of two, I returned to the business world.

1/78 – 7/79 State of Alabama, Department of Corrections

Kilby Correctional Institution

Medical Records Clerk Typist

- Interviewed incoming inmates and prepared medical history files
- Maintained daily records on inmate patients, updated medical and dental file
- Scheduled appointments for doctor and dentist
- Calculated and prepared reports of inmates funds

8/76 – 10/77 State of Alabama, Department of Health

Vital Statistics

Clerk Typist

- Checked and coded birth certificates from every county in the state
- Communicated with county officials for necessary information
- Numbered and bound birth certificates into volumes monthly

1/75 – 7/76 State of Alabama, Department of Revenue

Sales Tax Division

Clerk Typist

- Interviewed applicants and issued sales tax numbers
- Checked monthly sales tax reports
- Closed tax numbers for business
- Corrected and updated information on licensed business

9/71 – 12/74 American Fire and Casualty Insurance Company

Insurance Clerk

- Prepared rate quotes
- Calculated return of unearned premium
- Prepared check request
- Accounts receivables, received and posted premium payments

001020

Extracurricular Member of First Assembly of God church choir and drama team.

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

**Undergraduate Program**

**Certificate of Tax and Financial Planning**

**Available Degrees**

**Course Descriptions**

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

BIU help all I ever Yo

**ACCOUNTING**

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

001021

**ANTHROPOLOGY**

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

## ARCHAEOLOGY

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

## ART

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

## ASIAN STUDIES

001022

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

**BIOLOGY**

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

**BUSINESS EDUCATION**

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

**BUSINESS**

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

001023

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

**CHEMISTRY**

CHE-101 - Survey of Chemistry

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

**COMPUTER INFORMATION SYSTEMS**

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

**001024**

**COMMUNICATIONS**

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

Mass communication and the new media technologies of cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

001025

**COMPUTER SCIENCE**

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

**CONTROLS**                                                        **001026**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

**EARTH SCIENCE**

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

**ECONOMICS**

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

001027

**ENGINEERING MECHANICS**

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

**ENGLISH COMPOSITION**

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

**ENGLISH**

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

**FILM**

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

001028

**FINANCE**

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

**GEOLOGY**

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

**HISTORY**

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

001029

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln.

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

001030

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

**JOURNALISM**

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

**LAW**

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

**LITERATURE**

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

LIT-130 - Analysis and Interpretation of Literature                **001031**

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature, this course covers a variety of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

**MANAGEMENT**

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

MAN-372 - International Management

001032

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

**MARKETING**

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

**MATHEMATICS**

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

**001033**

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

001034

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

**MECHANICAL ENGINEERING TECHNOLOGY**

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

**NUCLEAR TECHNOLOGY**

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

001035

**OPERATIONS MANAGEMENT**

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

**PHILOSOPHY**

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

**PHOTOGRAPHY (FILM)**

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

001036

**PHYSICS**

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

**POLITICAL SCIENCE**

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

**PSYCHOLOGY**

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology.

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

001037

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

**RELIGION**

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

**001038**

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

**SOCIOLOGY**

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

**001039**

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

**SOCIAL SCIENCES**

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

**SPANISH**

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

**STATISTICS**

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our **Privacy Notice**

001040









HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called 'diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help all I ever Y(

**This is What You Get for Your Money!**

**DEGREE**
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

**STUDENT RECORD**
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

**ACADEMIC LETTER OF RECOMMENDATION**
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

**ALUMNI IDENTIFICATION CARD**
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

001041

VIEW THE I.D. CARD

**REPLICA OF YOUR DEGREE ETCHED IN BRONZE**
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

**FOR GRADUATES !**
LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze Plaque and Lifetime Verification Service, we also offer a CHARTER MEMBERSHIP into the exclusive and limited Chartered Institute of Professional Management (CIPM-USA). The CIPM is a worldwide professional organization devoted to management development and personal development. CIPM members have exclusive opportunities to build their professional knowledge and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has arranged for its Bachelor and Master degree graduates to obtain a LIFETIME CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time only.

Membership includes a beautiful Certificate of Membership, showing your Charter Membership, an ideal credential to hang on your office wall and to copy and hand over to your Human Resources Department for placement in your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

**PAYMENT METHODS**

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved. DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon approval, we will send you our Notification of Acceptance Letter, via email. You are requested to make payment at the time of your acceptance of our offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

**Shipping Charges**

All shipping is via FedEx or UPS unless otherwise requested. All approved transactions are shipped within five working days of confirmation of receipt of payment.

Domestic: $15.00
Canada: $50.00
International: $135.00

001042

**REFUND POLICY**

Bronte International University replaces at NO CHARGE to you any shipment damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have fallen short of your expectations, simply return the complete package, just as you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

# Regional and National Accrediting Agencies Recognized by the United States Department of Education

Accrediting Council for Independent Colleges and Schools
Distance Education and Training Council
Middle States Association of Colleges and Schools
New England Association of Schools and Colleges
North Central Association of Colleges and Schools
Northwest Association of Schools and Colleges
Southern Association of Colleges and Schools
Western Association of Schools and Colleges

# Accrediting Bodies NOT Recognized by the United States Department of Education

Accrediting Commission for Specialized Colleges
Accrediting Commission International (ACI)
Accrediting Council for Colleges and Schoools
Alternative Institution Accrediting Association
American Association of Non-traditional Colleges and Universities
American Association of Schools
American Council of Private Colleges and Universities (ACPCU)
American Education Association for the Accreditation of Schools, Colleges & Universities
American International Commission for Excellence in Higher Education, Inc.
Arizona Commission of Non-Traditional Private Postsecondary Education
Association for Online Academic Excellence
Association of Accredited Private Schools
Association of Career Training Schools
Association of World Universities and Colleges
Commission for the Accreditation of European Non-Traditional Universities
Council for the Accreditation of Correspondence Schools
Council on Post Secondary Alternative Accreditation
Distance Education Council of America
Distance Graduation Accrediting Association (DGAA)
Global Accreditation Commission
Integra Accreditation Association
International Academic Accrediting Commission
International Accrediting Association
International Accrediting Commission for Postsecondary Institutions
International Accrediting Commission for Schools, Colleges, and Theological Seminaries
International Association of Colleges and Universities
International Association of Non-Traditional Schools

001043

International Commission for the Accreditation of Colleges and Universities
Middle States Accrediting Board
Midwestern States Accreditation Agency
National Accreditation Association
National Association for Private Post-Secondary Education
National Association of Alternative Schools and Colleges
National Association of Open Campus Colleges
National Association for Private Nontraditional Schools and Colleges
National Council of Schools and Colleges
Pacific Association of Schools and Colleges
The Association for Online Distance Learning
Virtual University Accrediting Association
West European Accrediting Society
Western Association of Private Alternative Schools
Western Association of Schools and Colleges (this is also the name of a legitimate regional accreditor)
Western Council on Non-Traditional Private Post Secondary Education
World Association of Universities and Colleges
Worldwide Accrediting Commission

CLOSE

001044

Form 3 - Revised November 2000

DO NOT WRITE IN THIS SPACE

# APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

12-12

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

Examination For Which You Are Applying (one per application): 10612 Staff Accountant | 10612 | Option (if applicable)

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: [redacted] House or Apartment Number, Street, City, State, County, Zip Code

Telephone Number: Home [redacted] Area Code; Work [redacted] Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Sex (check one) 1. ( ) Male 2. (X) Female

Date of Birth [redacted] (Month) (Day) (Year)

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

EDUCATION:

High School Diploma or GED? ( ) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

ED 31
LC 700

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio,TX 78212 | | | | | X | | BS – May 2002 | Business Admin |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| Course | Hours | Course | Hours | Course | Hours |
|---|---|---|---|---|---|
| 291 – Prin of Acct I | 3 | 394 – Governmental Acct | 3 | 3391 – Intermediate Acct I | 3 |
| 292 – Prin Of Acct II | 3 | 293 - Managerial Acct | 3 | (See attached list) | |

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

**001045**

Signature: Virginia S Hopper Date: 12/09/2005

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Peggy Stieringer | [redacted] | State Of Alabama ADEM |
| Vicke Vuittonet | [redacted] ...umpka, AL | |
| Craig Nelson | [redacted] | State of Alabama DHR |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X ) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer SEE ATTACHED | | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Type of Business | | |
| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | | | |

001046

SOCIAL SECURITY NUMBER

2. Employer SEE ATTACHED

Your Official Job Title

Address

Type of Business

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $____ Per ____ | $____ Per ____ | ( ) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis

Equipment You Operated

Name, Title and Telephone Number of Supervisor

Reason for Leaving

Describe Your Duties in Detail

3. Employer

Your Official Job Title

Address

Type of Business

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $____ Per ____ | $____ Per ____ | ( ) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis

Equipment You Operated

Name, Title and Telephone Number of Supervisor

Reason for Leaving

Describe Your Duties in Detail

4. Employer

Your Official Job Title

Address

Type of Business

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $____ Per ____ | $____ Per ____ | ( ) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis

Equipment You Operated

Name, Title and Telephone Number of Supervisor

Reason for Leaving

Describe Your Duties in Detail

001047

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

# Virginia Hopper

SS#

2
Phon

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, Peachtree, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present **State of Alabama, Department of Finance**
**Office of State Comptroller - Accountant**

- Audit various claims to determine they are legal and proper
- Record miscellaneous refund payments received and prepare checks for deposit to the State Treasury
- Process vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Audit warrant amounts, post warrant data and mail payments to vendors
- Enter and process Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Audit and process Electronic Warrants from departments in CAS on a daily basis and balance with Treasurer's Office
- Schedule, enter into CAS, and approve Debt Service payments
- Maintain and review expenditure and budgetary control accounts and report as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy

 Virginia Hopper

- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 **State of Alabama, Department of Human Resources**
**Finance Division – Accounting Tech**

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balance control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 **State of Alabama, Department of Insurance**
**Receivership Division - Accountant (Contract)**

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements

[redacted] Virginia Hopper

- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts from subsidiary
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

Extracurricular activities — Member of First Assembly of God church choir and drama team.

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I

ACCT 292 Prin of Acct II

ACCT 293 Managerial Acct

ACCT 391 Intermediate Acct I

ACCT 394 Governmental Acct

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City
2 ( ) Andalusia
3 ( ) Birmingham
4 ( ) Decatur
5 ( ) Dothan
6 ( ) Jacksonville
7 ( ) Linden
8 ( ) Mobile
9 ( X ) Montgomery
10 ( ) Selma
12 ( ) Tuscaloosa

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service
2 ( ) Job Announcement Notice
3 ( ) Newspaper
4 ( ) College Placement/Career Office
5 ( ) Friend/Relative
6 ( ) Dept. News Bulletin
7 ( ) Rehabilitation Services
8 ( ) High School Counselor
9 ( ) Legislative Representative
10 ( ) State Recruiter/Counselor
11 ( ) State Personnel Dept. Information Board
12 ( ) Outreach Program (i.e. Church)
13 ( ) TV/Radio Commercial
14 ( ) Other ____________
15 (X ) State Personnel Dept. Website
16 ( ) Other Website

AVAILABILITY

81 - Northwest Alabama: 17 Colbert, 30 Franklin, 39 Lauderdale, 40 Lawrence

82 - Huntsville/Decatur Area: 36 Jackson, 42 Limestone, 45 Madison, 48 Marshall, 52 Morgan

83 - Northeast Alabama: 10 Cherokee, 25 DeKalb, 28 Etowah

84 - Jasper/Winfield Area: 29 Fayette, 38 Lamar, 47 Marion, 64 Walker, 67 Winston

85 - Tuscaloosa Area: 04 Bibb, 32 Greene, 33 Hale, 54 Pickens, 60 Sumter, 63 Tuscaloosa

86 - Birmingham Area: 05 Blount, 22 Cullman, 37 Jefferson, 58 Shelby, 59 St. Clair

87 - East Central Alabama: 08 Calhoun, 09 Chambers, 14 Clay, 15 Cleburne, 19 Coosa, 56 Randolph, 61 Talladega, 62 Tallapoosa

88 - Southwest Alabama: 12 Choctaw, 13 Clarke, 46 Marengo, 65 Washington

89 - Selma/Clanton Area: 11 Chilton, 24 Dallas, 53 Perry, 66 Wilcox

90 - Montgomery Area: 01 Autauga, 26 Elmore, 43 Lowndes, 51 Montgomery

91 - Phenix City/Troy Area: 03 Barbour, 06 Bullock, 41 Lee, 44 Macon, 55 Pike, 57 Russell

92 - Mobile Area: 02 Baldwin, 49 Mobile

93 - South Central Alabama: 07 Butler, 18 Conecuh, 20 Covington, 21 Crenshaw, 27 Escambia, 50 Monroe

94 - Dothan Area: 16 Coffee, 23 Dale, 31 Geneva, 34 Henry, 35 Houston

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work 90 89 87

001052

If you want to be considered for appointment by only certain state agencies, indicate here ____________

Will you accept work involving overnight travel? ( ) Yes (x ) No  Will you accept part-time work? ( ) Yes ( x ) No

Will you accept temporary work? ( ) Yes (x ) No

Which shifts are you willing to work? 0. ( ) all shifts 1. ( ) 1st only 2. ( ) 2nd only 3. ( ) 3rd only 4. ( ) 1st and 2nd only 5. ( ) 1st & 3rd only 6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) 01 (Month) 01 (Day) 2006 (Year)

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.



Bronte International UNIVERSITY

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

BIU help all I ever Yc

# FREQUENTLY ASKED QUESTIONS

**Q. What percentage of applicants actually gain a college degree from assessing their prior learning and academic background from their application?**

A. Less than 5 - 7%.

**Q. How long does it take to qualify for a degree from Bronte International University?**

A. If the college credit earned is from Prior Learning Assessment, it can take as little as two days or as long as a year or more, depending upon the quality of the application and cooperation of the applicant in gathering documentation requested.

**Q. Are you accredited by any of the U.S. regional accrediting agencies that are approved by the U.S. Department of Education, for the purpose of offering federal grants or loans?**

A. We offer an educational process, not a place. Our alumni are in all regions of the world, and at last count, residing in over 60 nations. ALL of our services are conducted via electronic delivery means, with NO RESIDENCY requirements. This is the reason we can do what we do for such small fees.

The idea of centralized government control over higher education in the United States was rejected in favor of a system of voluntary regional accreditation organizations. Membership in any one of the several U.S. regional accrediting associations is strictly voluntary. These regional accrediting associations are privately owned and operated and are NOT owned or operated by the U.S. Government or the U.S. Department of Education.

001053

At this time, NONE of the recognized regional accrediting organizations accept as members institutions that are not dedicated to traditional education that requires residency and classroom attendance. Therefore, even if we desire to apply for such accreditation, we could not be considered because we are dedicated exclusively to telematic communications.

However, our programs are accredited by the Association for Online Academic Excellence (www.AOAEX.org), an internationally recognized distance learning accrediting authority.

**Q. If I earn a degree through Prior Learning Assessment of knowledge gained from work and life experiences, can my boss verify my degree and the date that I received it?**

A. Yes. Anyone authorized by you in writing, may confirm the degree awarded

and the date. All requests must be in writing, in order to protect your privacy.

**Q. If I qualify for a degree through Prior Learning Assessment, how do I justify the degree to my employer or others?**

A. We do not award college credit for experience and this must be made clear. Professional educators worldwide agree that 'life experience' in and of itself is NOT worthy of college credit. Whatever you do, you must understand this, so that you can explain it to others. What PLA is concerned with is learning, regardless of how it was obtained. We assess the information furnished and gathered, to determine the level of your skills, knowledge and competence that you acquired from your work experience, your voluntary activities, your avocation, your military service, your homemaking experience and knowledge from independent study. In brief, we analyze your "experiential learning" and this term describes legitimately most of the learning that occurs in our lives.

**Q. Are you associated with any religious organization? Do you claim any association with a 'church'?**

A. No. We are a privately owned for profit corporation.

**Q. Is this degree acceptable to the military?**

A. We have hundreds of graduates in the military but this does not mean that your individual unit has approved of distant learning and evaluation methods. ***BEFORE*** proceeding with us, you should check and read the restrictions of your unit.

© 2004 by Bronte International University. Please read our **Privacy Notice**

001054



Bronte International UNIVERSITY

HOME | BIU FASTTRACK | AVAILABLE DEGREES | BIU CAREERS | CONTA

Our programs can be comp regardless of your place of residency, worldwide.

- No residency required
- Proven program acclaime worldwide
- Associates and Bachelor more than 100 areas of s

UNDERGRADUATE PROG
Get college credit for life experience

TACTICAL TRAINING AN MANAGEMENT CENTER

**Important Message from the Systems Engineer/ Administrator!**

**Although our campus/corporate office is located in the British Virgin Islands, our documents are printed and shipped from the New Orleans metropolitan area. Our shipments are safe but delayed! Please bear with us while we cope with this situation. All orders will be sent out as soon as possible!**

## College Credit for what you know.

### Education from Life, for your life NOW!

**Education as a Process, not a Place! biu-edu offers fast College Degrees and Life Experience Degrees.**

Bronte International University gives qualifying adults the opportunity to convert what is learned in life into college degrees, whether that knowledge is from professional or other accomplishments, work, religious or military training or other sources. You may have qualifications now to earn a college degree or college credits by our assessment of your prior learning, testing or portfolio. Our evaluation and assessment may lead to the award of a degree! Or perhaps a Certificate in certain specified areas of study.

The increasing globalization of work is making age-old teaching methods irrelevant. Today, adult students, especially, need to learn a whole new set of fundamental skills. The age of desk-bound workers is closing, being replaced with workers free to hop from client to client and country to country at the speed of a DSL connection. **GETTING STARTED**

**THERE IS NO CHARGE FOR SUBMITTING THE APPLICATION FOR ASSESSMENT!**

A fast college degree gives applicants the opportunity to learn new fundamental skills. A life experience degree helps applicants convert the knowledge gained from life into college degrees. Whether you live in the USA, CANADA, UNITED KINGDOM, HONG KONG, SINGAPORE, MALAYSIA, AUSTRALIA, SOUTH AFRICA, INDIA, MEXICO, BAHAMA ISLANDS, JAMAICA, KARACHI PAKISTAN, LAHORE PAKISTAN, BRITISH VIRGIN ISLANDS, CAYMAN ISLANDS, NEW ZEALAND, JAPAN or INDONESIA we look forward to hearing from you

© 2004 by Bronte International University. Please read our **Privacy Notice**

001055

Google





**Click the iPod button** (see what happens)

Holds up to
150 hours of video

Holds up to
7,500 songs

ABSOLUTE
Astronomy
Reference

Search entire site:

Search

# Bronte International University (Encyclopedia)

[*Bronte International University* facts from encyclopedia topic]

Ads by Goooooogle

Advertise on this site

Get Your H.S. Diploma
Home Study-Free info kit. Earn your High School Diploma fast.
www.edu-central.com

High School Diploma-GED
GED Test online, State Registered Earn a HS Diploma in just 10-days
www.johnadams-edu.us

GED Diploma Online
A High School Diploma is Better than a GED. Accredited Diploma
GED.Diploma-Direct.com

High School from Home
Earn a High School Diploma from the Comfort of Home. Get Free Info Now!
www.PennFosterCourses.com

**Bronte International University**, formerly known as **Trinity College and University** is an organization, based in Delaware and marketing to residents of the United States, that offers post-secondary degrees based upon "prior knowledge." It is widely considered to be a diploma mill, a scam operation offering meritless degrees for a fee.

Although the institution claims to be accredited by the Association for Online Academic Excellence, this organization is not considered among mainstream academia to be a meaningful accreditation.

The name "Trinity College and University" should not be confused with a number of mainsteam academic institutions with similar names, listed at Trinity College.

001056

Bronte International University

Note that the Trinity College and University based in Dover, Delaware and Malaga, Spain and rumored to be a diploma mill is not the same corporation of the same name which has since been renamed Bronte International University. Unfortunately, there is much confusion surrounding the name. The Trinity College and University, which later became Bronte International University, is based in the British Virgin Islands and is registered as a corporation with the United Kingdom (Tortola, BVI). Bronte International University does not operate from Dover, Delaware as the Trinity College and University (Malaga, Spain) does. They are two distinct organizations, which can easily be seen when visiting their websites. The Trinity College and University from Dover, Delaware has a website located at www.trinityeducation.com.

## External Links

- Dr Fake (*)
- Musharraf's Dr Fake Caught (*)
- MQM's Fake Aalim Online (*)
- Independent's story (*)
- Daily Ummat's invastigative story (*)
- Dr. Aamir Liaquat Hussain's Naats (*)

## More Subjects form Category

- Saint Regis University
- List of unaccredited institutions of ...
- Weston Reserve University
- Diploma mill
- James Monroe University
- Robertstown University

>> Browse subjects: B

The source of this article is Wikipedia, the free encyclopedia. The text of this article is licensed under the GFDL. For a change history, click here

001057



TRINITY
UNIVERSITY

April 20, 2006

Trinity University
Office of the Registrar
One Trinity Place
San Antonio, TX 78212
Phone: (210) 999-7201
Fax: (210) 999-7202

Attn: Sandy Speakman, State of Alabama
Fax: (334) 353-4481

Re: Virginia S. Hopper

Good afternoon Sandy-

We have been unable to locate records for Virginia S. Hopper, SSN: xxx-xx-4190. Trinity University, San Antonio, TX, does not provide online or correspondence courses for our students, and we are not affiliated with any other Trinity Colleges or Universities.

If you have any questions, please feel free to contact me directly at (210) 999-7204 or lbethell@trinity.edu. Have a wonderful day!

Sincerely,

L. Marie Bethell
Student Records Coordinator.

Announcement date: October 6, 1999

State of Alabama
Personnel Department
64 North Union Street
P.O. Box 304100
Montgomery, AL 36130-4100
(334) 242-3389
Internet: www.personnel.state.al.us

# ACCOUNTING TECHNICIAN I - 10603
## $21,764 - $33,082

*Department: Various*
*Location: Statewide*

## TYPE OF EXAMINATION

A written test will be conducted for applicants who meet the qualifications below. An open-competitive register will be established composed of the names of applicants who pass the test.

The written test will measure your knowledge of accounting, math, and English. The test will also measure the ability to read and comprehend, ability to perform mathematical operations such as computing percentages and decimals, adding, subtracting, multiplying, and dividing.

## QUALIFICATIONS NEEDED TO APPLY

- High School Graduation and completion of five (5) college-level accounting courses.
- Two-years of accounting, bookkeeping, or fiscal clerical experience.

## KIND OF WORK

This is responsible para-professional accounting work. Employees in this class are usually responsible for independently performing bookkeeping activities, maintaining general ledger and accounts, and preparing accounting reports. Duties may include ledger posting, balancing, and control; reconciling accounting transactions; preparing financial reports; compiling data and statistical reports; and maintaining a complete set of general accounting books.

## HOW TO APPLY

Use an Application for Examination form. You can get the form at this office. You can also get the form at an Alabama Employment Service office. You must send your application to the State Personnel Department. This job classification will remain open for applications **until further notice**. Photocopied and facsimile applications are accepted. Our fax number is 334-242-1110.

*Individuals currently on the register must reapply to remain eligible for employment.*
THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER

**001059**

EXHIBIT
DHR 6
PENGAD-Bayonne, N. J.

Announcement date: November 12, 2003

State of Alabama
Personnel Department
64 North Union Street
P O Box 304100
Montgomery, AL 36130-4100
(334)-242-3389
Internet: www.personnel.state.al.us

Announcement of Continuous Merit System Examination

# ACCOUNTANT - 10611
## $26,410.80 - $40,055.60

ccountant (10611) Salary $26,410.80 - $40,055.60

Departments: Various
Location: Statewide

### TYPE OF EXAMINATION

ı open-competitive register will be established by scores achieved on a written test. The written test will comprise 100% of the ıal score.

### QUALIFICATIONS NEEDED TO APPLY

ɔu must have the following to qualify:

Bachelor's degree with a major in Accounting or Business Administration, including completion of five (5) college level accounting courses (four of which must be Principles I and II and Intermediate I and II or equivalent courses)

ıte: Each accounting course completed should be listed separately on the application. Qualifying college-level accounting courses : defined as courses that are acceptable by an accredited four-year college or university towards a major in accounting, including ıditing coursework. Income tax courses will not be counted towards the five required accounting courses.

### KIND OF WORK

ıis is beginning professional level accounting work in the application of accounting and auditing principles, methods, and ocedures in the establishment, analysis, and maintenance of fiscal records. Employees in this class perform professional counting and auditing work of routine difficulty according to established procedures and regulations. Employees may also sist higher-level accountants in providing specific analyses, interpretations, and preparation of complex financial reports. :her employees in this class perform various phases of complex audits and make professional decisions and judgments in cordance with generally accepted auditing and accounting practices.

### HOW TO APPLY

ɜe an Application for Examination form. You can get the form at this office or at an Alabama Employment Service Office. It can ɜo be downloaded from our web site. You must send your application to the State Personnel Department. This announcement ill remain open until further notice. Photocopied and facsimile applications are accepted. Our fax number is 334-242-1110.

*Individuals currently on the register must reapply to remain eligible for employment.*

THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER

001060

EXHIBIT
DHR 7
PENGAD-Bayonne, N. J.

m 3 - Revised November 2000
NOT WRITE IN THIS SPACE

APPLICATION FOR EXAMINATION

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

RECEIVED
Office of Personnel
Department of Finance

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

Examination For Which You Are Applying (one per application) | Option (if applicable)

10611 Accountant

Full Name: Virginia (First) S (Middle) Hopper (Last)

Address: House or Apartment Number, Street, City, State, County, Zip Code

Telephone Number: Home — Area Code; Work — Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (X) Female

Race (check one) 1. (X) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native 6. ( ) Other

ED 3/ LC 700

EDUCATION:

High School Diploma or GED? (X) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.

1 2 3 4 5 6 7 8 9 10 11 [12] College 1 2 3 [4]

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Trinity University 715 Stadium Dr San Antonio, TX 78212 | | | | | X | | BS – May 2002 | Bus Admin |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

See attached list

**001061**

CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature *Virginia S. Hopper* Date 11/21/2003

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

EXHIBIT
DHR 8

SOCIAL SECURITY NUMBER :

...st three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| ...ggy Stieringer | 645 Japonica Rd Prattville, AL 271-7742 | State Of Alabama ADEM |
| ...cke Vuittonet | 633 Cousins Rd Wetumpka, AL 514-0441 | |
| ...aig Nelson | 240 Second Street Wetumpka AL 567-8839 | State of Alabama DHR |

...hould you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

...ave you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (X) No

...you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

...ave you ever been convicted of a misdemeanor or felony crime? ( ) Yes (X) No

...you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating ...ircumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

...NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY ...ONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT ...UTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION ...ENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. ...OR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: SEE ATTACHED

Your Official Job Title:

Type of Business:

Address:

| FROM Month | FROM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ Per | $ Per | ( ) Yes ( ) No |

Equipment You Operated:

Number/Title of Employees You Supervised On a Continuing Basis:

Reason for Leaving:

Name, Title and Telephone Number of Supervisor:

Describe Your Duties in Detail:

001062

Virginia Hopper 

COURSES WHICH ARE PARTICULARLY RELATED TO THE POSITION

ACCT 291 Prin of Acct I ✓

ACCT 292 Prin of Acct II ✓

ACCT 293 Managerial Acct ✓

ACCT 391 Intermediate Acct I ✓

ACCT 394 Governmental Acct ✓

ACCT 1301 Financial Accounting

ACCT 1302 Managerial Accounting

ACCT 4344 Auditing

MGMT 2301 Management

MKTG 2302 Marketing

MGMT 3372 Org Behavior

FNCE 3301 Finance

FNCE 3351 Instit & Mkts

FNCE 3352 Investments

FNCE 4351 Mgmt/Policy

MKTG 4381 Mktg Mgmt

MKTG 3381 Consum Behavior

BUSN 3301 Statistics

BUSN 3302 Busn Law I

BUSN 3341 Busn Law II

BUSN 4301 Busn Policy

BUSN 3303 Quant/Mgr'l Decision Making

# Virginia Hopper

SS: [redacted]

[redacted]
Phone [redacted]

**Objective**

To make effective use of my experience, work skills, and personal attributes as an accountant in State Government.

**Qualifications**

Experience in accounting, researching and investigating claims and complaints, computer skills, office skills, and organizational skills. Office management skills and ability to communicate well with others.

**Education**

Trinity University San Antonio, TX 78212-7200 Gradation Date: May 2002
Troy State University Montgomery, Alabama
AUM- Advance Technology Group 1999
Lee High School Montgomery, Alabama Gradation Date: May 1971

**Computer Skills**

Proficient in Word, Lotus 1-2-3, Dbase III, Quicken and Excel
Good working knowledge of Access, State's Systems, CAS (Central Accounting System), and AFNS Regions

**Employment History**

2/2002 – Present State of Alabama, Department of Finance
Office of State Comptroller - Accounting Tech

- Audit various claims to determine they are legal and proper
- Record miscellaneous refund payments received and prepare checks for deposit to the State Treasury
- Process vouchers for payments into the AFNS "E" region and CAS (State's Central Accounting System)
- Audit warrant amounts, post warrant data and mail payments to vendors
- Enter and process Request for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis
- Audit and process Electronic Warrants from departments in CAS on a daily basis and balance with Treasurer's Office
- Schedule, enter into CAS, and approve Debt Service payments
- Maintain and review expenditure and budgetary control accounts and report as to account status
- Make adjustment journal vouchers, verifying current accounting principles and mathematical accuracy

 Virginia Hopper

- Process end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper

6/2000-2/2002 State of Alabama, Department of Human Resources
Finance Division – Accounting Tech

- Investigate, research, and resolve problems in order to assist vendors, resolve discrepancies, and correct departmental records
- Set up purchase orders and record the accounting codes
- Reconcile purchase orders and invoices; verify, code, and balance records
- Calculate accounting distribution, allocate cost items to a variety of accounts
- Record payment dates, payment amounts, and balances per vendor accounts
- Check balances and retrieve data from the accounting system
- Prepare data and complete computer input forms to be processed by computer to generate payment voucher
- Batched documents to be keypunched, maintained control totals, and balance control totals to compute-generated totals
- Assist in the development of modifications and additions to accounting system and operations

2/1994 – 6/2000 State of Alabama, Department of Insurance
Receivership Division - Accountant (Contract)

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task to the support team as needed
- Supervise work of the office support team performing duties in processing division records, procedures and production
- Review and approve status reports and petitions on each estate before they are filed with the courts
- Authorized check signer
- Reconcile bank statements and investment statements for all estates
- Prepare Balances Sheets and Income Statements

[redacted] Virginia Hopper

- Prepare cash balance, transactions, and missing check reports
- Maintain schedule of investment maturities, contact bank to purchase or sell
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts, post data to general ledger accounts from subsidiary
- Calculate and file claims subject to reinsurance
- Prepare and process checks by computer
- Audit and approve bills for payment
- Interview complainants, policyholders, and agents and correspond in order to gather information and resolve complaints
- Evaluate contractual provisions of insurance policies and provide a means of expediting or settling claims

Extracurricular activities

Member of First Assembly of God church choir and drama team.

# TRINITY UNIVERSITY

## COURSES OF STUDY

Undergraduate and Graduate Studies

Effective June 2006

FOR THE 138th ACADEMIC YEAR

001067

PENGAD-Bayonne, N. J.
EXHIBIT
DHR 9

# TABLE OF CONTENTS

Academic Calendar ..... 1
- Commonly Observed Special Days ..... 6

Summary of Important Fiscal Dates ..... 7

General Information ..... 8
- Statement of Institutional Mission ..... 8
- The Charter ..... 8
- Accreditation ..... 9
- Non-Discrimination and Diversity Policy ..... 9
- Security Policy Statement ..... 9
- Electronic Communication ..... 9
- Endowed Scholarship Funds ..... 10

Enrollment Information ..... 19
- Admission Policy ..... 19
- Dual Credit ..... 19
- Admission Deficiencies ..... 19
- International Student Requirements ..... 20
- Student Leave ..... 20
- Readmission to the University ..... 20
- Registration ..... 20
- Add/Drop Period ..... 21
- Withdrawal from a Course ..... 21
- Withdrawal from the University ..... 21
- Health Services, Health Record, and Insurance ..... 22
- Credit from Other Institutions and by Examination ..... 22
- Transfer Credit ..... 22
- Study Abroad and Off-Campus Study ..... 23
- Credit by Examination ..... 24
- College Board Advanced Placement Program ..... 24
- International Baccalaureate Program ..... 24
- Departmental Examinations ..... 24
- Credit by Examination Policies ..... 24
- Air Force Reserve Officer Training Corps Program ..... 25
  - General ..... 25
  - Four-Year Program ..... 25
  - Two-Year Program ..... 26
  - Flight Training ..... 26
  - Scholarships and Remuneration ..... 26
  - Uniforms and Equipment ..... 26
- Correspondence Study ..... 26

Financial Aid ..... 27
- Need-based Financial Aid ..... 27
- Standards of Academic Progress Policy for Financial Aid ..... 27
- Types of Financial Aid ..... 28
- Outside Scholarships ..... 29
- External Sources of Aid ..... 29
- Financial Aid Award ..... 29
- Renewal of Financial Aid ..... 29

001068

Financial Options ....29
Monthly Payment Plan ....29
Family Loan Programs ....29
How to Apply for Financial Aid ....29
Application Instructions ....30
Important Dates for Financial Assistance at Trinity ....30
Degree Requirements ....32
Undergraduate Studies ....32
Trinity Curriculum ....32
Student Responsibility ....32
Common Curriculum ....33
The Major ....38
Interdisciplinary Second Major ....39
Beyond the Classroom: Trinity University's Intensive Learning Experience ....39
The Minor ....39
Graduation with Honors ....39
Departmental/Major Honors ....39
University Honors ....40
Phi Beta Kappa ....40
Residency Requirement ....41
Preprofessional Programs ....41
Health Professions Advisory Committee ....41
Prelaw Advisory Committee ....41
Guidance for Students Interested in Ministry ....42
General Degree Regulations ....42
Awarding of Degrees ....42
Application for a Degree ....42
Bulletin Requirements ....42
Music Ensembles ....42
Interpretation of Degree Requirements ....42
Academic Regulations ....43
Undergraduate Studies ....43
Semester Hours ....43
Academic Load ....43
Full-Time Enrollment ....43
Undergraduate Enrollment in Graduate Courses ....43
Classification of Students ....43
Grades ....44
Grading System ....44
Grade Point Average ....44
Grades in Major or Minor ....45
Grades for Prerequisite Courses ....45
Grade Reports ....45
Pass/Fail Option ....45

001069

Incomplete Grades ....45
Repeating of Courses ....46
Dean's List ....46
Access to Records ....46
Transcripts of Credit ....46
Academic Standing ....46
Good Standing ....46
Satisfactory Progress: Enrollment and Financial Aid ....47
Satisfactory Progress Requirements for Undergraduate Financial Aid Recipients ....47
Standards for Satisfactory Progress for Undergraduates ....47
Degree Completion Schedule ....47
Probation and Dismissal ....48
Dismissal from a Class and Student Attendance ....49
Policy Regarding Disruption of Class ....49
Representation of the University by a Student ....49
Graduate Studies ....50
Commission on Graduate Studies ....50
Graduate Faculty ....50
Admission ....50
Bachelor's Degree Requirement ....50
Prerequisite Course Requirements ....50
Admission Categories ....50
Formal Application for Admission ....51
Advising and Registration ....52
Readmission ....52
Admission to Candidacy ....52
Minimum Hour and GPA Requirement ....52
Special Requirements ....53
Applicable Bulletin ....53
Thesis ....53
Applied Research Projects ....53
Internships and Residencies ....53
Comprehensive Examination ....54
Time Limit ....54
Graduation Requirements ....54
Academic Load ....54
Transfer of Graduate Credit ....54
Independent Study ....55
Grades and Minimum Performance Requirements ....55
Probation and Dismissal ....55
Completion of Credit Courses ....55
Withdrawal ....56
Grades for Thesis ....56
Student Expenses ....57

001070

Deposits .....57
Fees and Penalties for Special Purposes.....58
Tuition and Fees for Part-Time Students.....59
Graduate Student Expenses for 2006-07.....59
Advance Deposit.....60
Graduate Assistantships and Scholarships.....60
Statement of Policy Regarding Tuition and Student Fees.....60
Statement of Policies Regarding Student Expenses.....60
Schedule of Reduced Costs Upon Approved Withdrawal or for Courses Dropped.....61
Tuition Insurance.....62
Student Ownership and/or Operation of Automobiles.....62
Veterans' Benefits.....63
Courses of Study.....64
Explanation of Course Numbers.....64
Course Abbreviations.....65
Abbreviations Used in Courses of Study.....65
African American Studies.....66
American Intercultural Studies.....67
Art and Art History.....69
Biology.....80
Business Administration.....89
Chemistry.....103
Classical Studies.....110
Cognitive Science.....119
Communication.....120
Communication Management.....126
Comparative Literature.....127
Computer Science.....130
Economics.....137
Education.....145
Engineering Science.....171
English.....179
Environmental Studies.....189
Film Studies Minor.....191
General Education.....192
Geosciences.....193
Health Care Administration.....199
History.....207
International Studies.....217
Linguistics.....230
Mathematics.....233
Medieval and Renaissance Studies.....240
Modern Languages and Literatures.....243
Music.....259
Neuroscience.....272
New Media.....274
Philosophy.....276
Physical Education.....282

001071

Physics and Astronomy .....288
Political Science .....295
Psychology .....304
Religion .....309
Scientific Computing .....315
Sociology and Anthropology .....317
Speech and Drama .....329
Urban Studies .....341
Women's and Gender Studies .....346
Board of Trustees .....350
Trustees Emeriti .....351
Chairs of the Board of Trustees .....351
Presidents of Trinity University .....352
Officers of the University .....353
Trinity University Faculty .....354
Trinity University Professors Emeriti .....368
Endowed Distinguished Professorships .....369
Endowed Faculty Fellowships .....369
Statement of Institutional Mission .....372
Diversity for Excellence at Trinity – A Statement of Intent .....372
Trinity University: Commitment to Excellence .....373
History .....373
Index .....374

001072

STUDENT NOTES

001073

department chair if they plan to enroll in BIOL 4399. Attendance at the weekly Biology Seminar, which consists of presentations of original research from diverse fields of Biology, is required.
Prerequisites: Senior standing, completion of BIOL 3398, and submission of a formal research proposal to the department chair prior to the semester of enrollment in the course.

BIOL 4399 **Senior Seminar and Thesis Research II**
This course is a continuation of student projects begun in BIOL 4398. Students are required to write a thesis and make an oral presentation of their research project at an appropriate venue. Attendance at the weekly Biology Seminar is also required.
Prerequisite: BIOL 4398.

# BUSINESS ADMINISTRATION

WILLIAM T. BURKE III, J.D., Associate Professor
RICHARD M. BURR, Ph.D., Professor
PHILIP L. COOLEY, Ph.D., Dick and Peggy Prassel Distinguished Professor of Business Administration
J. CHARLENE DAVIS, Ph.D., Associate Professor
FRED H. DORNER, Ph.D., Associate Professor
CARL M. HUBBARD, Ph.D., Professor
J. RICHARD JONES, Ph.D., George R. Brown Distinguished Professor of Business Administration
RITA D. KOSNIK, Ph.D., Professor
KEITH LINDSEY, Ph.D., Assistant Professor
JOHN D. RICE, J.D., C.P.A., Associate Professor
KIM R. ROBERTSON, Ph.D., Associate Professor
PETREA K. SANDLIN, Ph.D., Associate Professor
LINDA B. SPECHT, J.D., C.P.A., Associate Professor
EUGENIO D. SUAREZ, Ph.D., Assistant Professor
DONALD F. VAN EYNDE, Ph.D., Professor
SANKARAN VENKATESWAR, Ph.D., Associate Professor
DARRYL G. WALDRON, Ph.D., Professor
DANIEL T. WALZ, Ph.D., Professor; Chair

## THE MAJOR

The Department of Business Administration offers two undergraduate degree programs. The Bachelor of Science in Business Administration degree is designed to accommodate those students who want to pursue specialized study in the following areas of concentration: accounting, finance, management, marketing, or international business. The Bachelor of Arts degree is designed to accommodate those students who do not wish to pursue an in-depth study of one of the areas in Business Administration and those students who would like to undertake a double major, where one of those majors is Business Administration. Both of these degree programs are accredited by AACSB International – The Association to Advance Collegiate Schools of Business.

Students pursuing the Bachelor of Science degree complete a core of 24 semester hours, a course in Quantitative Managerial Decision Making, at least twelve semester hours in an area of concentration, and sufficient elective hours to bring the total in Business Administration courses to at least 45 semester hours. Students pursuing the Bachelor of Arts degree complete a core of 24 semester hours and nine hours of electives beyond that core.

001074

The two degree programs are designed to fulfill the needs of students who, upon graduation, intend immediately to pursue a career in business, government, or the non-profit sector, as well as those students who plan to undertake graduate study in either Business Administration or law. This is accomplished through a core that includes those courses prospective employers are most apt to require and that are generally required as prerequisites for the Master of Business Administration degree, as well as being desired courses for graduate study in law.

Students should apply for admission to major in Business Administration early in the Sophomore year so that they may be assigned a major advisor. The advising process is an integral part of the Business Administration major as it provides a basis for the development of a comprehensive program that best meets both the academic and career objectives of the student. The general requirements for the Bachelor of Science and Bachelor of Arts degrees are listed below. For full admission to the major in Business Administration, a student must first complete ACCT 1301, BUSN 2301/ECON 2320, and ECON 1311 with grades of C or better.

## MINOR IN BUSINESS ADMINISTRATION

In addition to the two degree programs offered to business majors, the Department offers a minor in Business Administration to students who would like to explore the subject of business in depth but whose primary interests lie elsewhere. Requirements for the minor are the completion of at least 18 semester hours of business courses. At least nine of these hours must be at the upper-division level.

The specific courses required for the minor will be selected under the supervision of a departmental advisor and will be tailored to the interests and needs of the student. None of the courses used to satisfy these requirements may be taken Pass/Fail.

## MINOR IN BUSINESS ADMINISTRATION LEGAL STUDIES

The Business Administration Legal Studies Minor is designed for students who would like to develop a practical understanding of legal theory and the rules of law applicable to public and private institutions, with emphasis on business enterprises. Students contemplating graduate studies in business, law, medicine, or other professional areas and those who intend to serve in an organizational leadership capacity would find that the Legal Studies Minor complements their major field of study.

Completion of 18 credit hours in the following distribution:

A. Completion of the following nine hours of core coursework:
   ACCT 1301 Fundamentals of Accounting
   BUSN 3302 Legal Concepts of Business I
   BUSN 3341 Legal Concepts of Business II

B. At least one three-hour course in law focusing on business regulation:BUSN/ECON 3338, BUSN 3361, ECON 3336, ECON 3339, or appropriate BUSN 3-90 or other course approved by the minor advisor.

C. At least one three-hour course in law applicable to business from a perspective other than business or economics: COMM 3362, PHIL 3353, PLSI 3351, SOCI 3350 or other law course outside of business and economics approved by the minor advisor.

D. One additional three-hour course in law from either B or C above.

Note: If a student wishes to pursue a minor in Business Administration and a minor in Business Administration Legal Studies, the courses required by one minor cannot simultaneously be counted to fulfill the requirements of the other. Moreover, a student may not major in Business Administration and receive a minor in Business Administration or a minor in Business Administration Legal Studies.

## MINOR IN COMMUNICATION MANAGEMENT

The minor in Communication Management is an interdisciplinary program that studies both advertising and public relations as part of the management of communication processes by combining mass media, speech communication, marketing, and business principles.

The requirement for the minor in Communication Management is the completion of 21 semester hours as follows:

Twelve hours of required study consisting of the following courses:

| | |
|---|---|
| COMM 3362 | Media Law and Policy |
| MGMT 2301 | Management of Organizations |
| MKTG 2301 | Principles of Marketing |
| SPCH 3334 | Persuasion |

Nine hours in elective courses from the following courses:

| | |
|---|---|
| COMM 3324 | Ethics and the Mass Media |
| COMM 3360 | Principles of Public Relations |
| COMM 3361 | Principles of Advertising |
| MGMT 3371 | Human Resources Management |
| MGMT 3372 | Organizational Behavior |
| MKTG 3381 | Consumer Behavior |
| MKTG 3382 | Promotion Management |
| MKTG 4381 | Marketing Management |
| SPCH 3362/ BUSN 3311 | Organizational Communication |
| *SPCH 4397 | Internship |

*As approved by minor advisor.

## BACHELOR OF SCIENCE IN BUSINESS ADMINISTRATION DEGREE

The requirements for the Bachelor of Science in Business Administration degree are as follows:

I. The common curriculum

II. A core curriculum in Business Administration (27 hours): ACCT 1301, 1302; BUSN 2301, 3302, 4301*; FNCE 3301**; MGMT 2301; MIS 2301; and MKTG 2301.

III. Completion of BUSN 3303.

IV. Completion of a concentration in Business Administration, choosing from one of the following: Accounting, Finance, Management, Marketing, and International Business. No course taken by a student may count toward more than one concentration requirement.

A. Accounting Concentration: Students choosing this concentration must complete ACCT 3341, 3342, 3343, 4344, and BUSN 3341. Prospective students should note that this concentration only partially satisfies the educational requirements for the Uniform Certified Public Accountant Examination in the state of Texas. The Department of Business Administration offers a two-semester Master of Science in Accounting degree program. Upon completion of the program, the student is awarded the degree of Master of Science in Accounting and is qualified to take the Uniform Certified Public Accountant Examination in the state of Texas. Students interested in this program may obtain material describing prerequisite courses, the course of study, and admission procedures and requirements from the Department of Business Administration.

B. Finance Concentration: Students choosing this concentration should complete

## BACHELOR OF ARTS IN BUSINESS ADMINISTRATION DEGREE

The requirements for the Bachelor of Arts Degree with a major in Business Administration are as follows:

I.   The common curriculum

II.  A core curriculum in Business Administration (27 hours): ACCT 1301, 1302; BUSN 2301, 3302, 4301*; FNCE 3301**; MGMT 2301; MIS 2301; and MKTG 2301.

III. Completion of six hours of electives in Business Administration.

IV.  Completion of the Senior Experience: BUSN 4301.

V.   Completion of general electives outside of Business Administration sufficient to bring the total semester hours earned for a degree to 124.

A student who pursues either a major or a minor in Business Administration must take at least 50% of the Business Administration credit hours that apply toward his/her degree at Trinity University.

*Students should note that ECON 1312 is prerequisite for BUSN 4301. In order to satisfy this prerequisite requirement, ECON 1312 may not be taken on a pass/fail basis.
**Students should note that ECON 1311 is prerequisite for FNCE 3301. In order to satisfy this prerequisite requirement, ECON 1311 may not be taken on a pass/fail basis.

## MASTER OF SCIENCE IN ACCOUNTING DEGREE PROGRAM

The two-semester Master of Science in Accounting degree program is structured to develop and perfect technical, theoretical, and interpersonal skills required of accounting professionals. This degree program is accredited by AACSB International – The Association to Advance Collegiate Schools of Business. Upon completion of the program of study, the student is awarded the degree of Master of Science in Accounting and has satisfied the educational requirements for the Uniform Certified Public Accountant Examination in the state of Texas.

The requirements for full admission to the program include:
1. Senior standing as an undergraduate student, or a baccalaureate degree.
2. Completion of six undergraduate Accounting courses (ACCT 1301, 1302, 3341,3342, 3343, 4344) or their equivalent with acceptable grades. Students who do not have an undergraduate business degree will need three additional business courses to meet CPA exam requirements in Texas.
3. A grade point average of 3.00 or better on the last 60 hours of undergraduate level work and an average of 3.00 or better in the undergraduate major.
4. Acceptable scores not more than six years old on the Graduate Management Admissions Test (GMAT).
5. Two letters of recommendation from professors or employers regarding the applicant's character, motivation, and intellectual ability.

Students who do not meet the requirements for unconditional acceptance may be considered for acceptance on a conditional basis.

**001078**

## COURSE OF STUDY

The Graduate Program in Accounting consists of ten graduate level courses, six of which are grounded in traditional areas of accounting study:

| | |
|---|---|
| ACCT 5341 | Accounting Theory |
| ACCT 5342 | Accounting Information Systems |
| ACCT 5343 | Seminar in Advanced Federal Taxes |
| ACCT 5344 | Advanced Auditing and Assurance Services |
| ACCT 5345 | Advanced Managerial Accounting |
| ACCT 5346 | Advanced Financial and Nonprofit Accounting |

In addition, BUSN 5349, Seminar in Law, Ethics, and Professional Responsibilities, and MGMT 5372, Conflict Management, are to be completed, along with two elective courses to be chosen from the following:

| | |
|---|---|
| BUSN 5390 | Seminar in Business |
| FNCE 5390 | Seminar in Finance |

### *COURSES*

### *ACCOUNTING*

ACCT 1301 **Fundamentals of Financial Accounting**
An introduction to business and the basic concepts of financial accounting. The course incorporates identifying, analyzing, measuring, recording, and communicating financial information for businesses that are organized and operated for profit. Emphasis is placed on applications of these concepts to real world situations.

ACCT 1302 **Fundamentals of Managerial Accounting**
An introduction to cost and managerial accounting with special focus on the application of cost accounting techniques such as managerial planning, control, and decision making tools. A special effort is made to integrate standards of ethical conduct for management accountants throughout the course.
Prerequisite: ACCT 1301.

ACCT 3341 **Intermediate Financial Accounting I**
A comprehensive study of the conceptual bases and standards of financial accounting. The course focuses on analyzing transactions and internal events in terms of current accounting theory and applying this theory in financial reporting.
Prerequisites: ACCT 1301 and Junior standing or consent of instructor.

ACCT 3342 **Intermediate Financial Accounting II**
A continuation of ACCT 3341 with emphasis on accounting for shareholders' equity, debt securities, investments, pensions, leases, and other contemporary accounting topics.
Prerequisite: ACCT 3341.

ACCT 3343 **Introduction to Federal Income Tax**
An introduction to federal income tax law, primarily as it applies to individuals. Emphasis is placed on the various facets of calculating tax liability, the conceptual and theoretical bases of tax law, and practical problems encountered in its application.
Prerequisites: ACCT 1301 and Junior standing.

ACCT 3-90 **Studies in Accounting**
Designed for students wishing to continue the study of accounting beyond regularly offered courses. Credit from one to six hours. No more than a total of six hours credit may be earned in 3-90 courses in business administration.
Prerequisites: Consent of instructor and Junior standing.

001079

ACCT 4344 **Auditing**
A study of accounting attestation standards and procedures. Topics include audit objectives, ethics, auditor's legal liability, generally accepted auditing standards, audit planning, and internal audit functions.
Prerequisite: ACCT 3342.

ACCT 4697 **Internship in Accounting**
A supervised internship where the student works with an accounting or business firm learning accounting procedures and practices. The internship will normally be completed by working for an organization on a full-time basis over a period of eight weeks during the spring semester of the senior year. Must be taken on a Pass/Fail basis.
Prerequisite: Senior standing.

## *BUSINESS*

BUSN 2301 **Statistics for Management and Economics**
Applications of statistical techniques to business and economics. Decision making based on sampling theory, parametric tests of significance, simple and multiple regression and correlation, and time series analysis. (Also listed as ECON 2320.)

BUSN 3302 **Legal Concepts of Business I**
Studies the American legal system, principles of the law of contracts, negotiable instruments, sales, and business ethics.

BUSN 3303 **Quantitative Managerial Decision Making**
The study of statistical and quantitative techniques applicable to managerial decision making including probability distributions, decision analysis, linear programming, inventory control models, queuing models, simulation, PERT, and Markov processes. Extensive application of computer assisted analysis is included.
Prerequisite: BUSN 2301.

BUSN 3311 **Organizational Communication**
Studies the theory and practice of communication within organizations. Includes the fit of communication into organizational theory; communication climate and cultures; leadership and management styles; information networking; and the diagnosis and evaluation of communication problems. (Also listed as SPCH 3362.)

BUSN 3313 **The American Corporation**
For description see ECON 3362.

BUSN 3330 **The Culture of Business in China**
A seminar on Sino-American cross-cultural communication in a business context. Students will read selected texts, including excerpts from Sunzi's The Art of War, and conduct daily discussions and role playing on such subjects as how to conduct interpersonal relationships and the strategies of business negotiation. (Also listed as CHIN 3330.)
Prerequisites: Junior standing and 6 hours of Business Administration or 6 hours of Chinese or consent of instructor.

BUSN 3338 **Government Regulation of Business**
Economic analysis of direct government regulatory activity. The course first explores how regulation arises from the political process. These insights, and the tools of microeconomic theory, are then applied to analyze public policy in such fields as electricity, telecommunications, broadcasting, transportation and safety. (Also listed as ECON 3338.)
Prerequisite: Three hours of upper-division Economics, or consent of instructor.

**BUSN 3340** **Haciendo negocios en Latinoamérica (Doing Business in Latin America)**
This course is both a language and an applied business course. On the language part, it is intended to increase the Spanish proficiency in reading, writing, and speaking. The other aspect of the course includes a thorough understanding of cultural, political, and economic aspects of the Latin American business environment. Moreover, the course will immerse the student in the intricacies of exporting to, importing from, establishing a new business in, or operating a foreign branch in a Latin American country.
Prerequisites: ECON 1311, Spanish proficiency, and consent of instructor. (Also listed as INTL 3340.)

**BUSN 3341** **Legal Concepts of Business II**
Provides the principles of the law of business organizations and regulation; agency, partnerships, corporations, property, debtor-creditor rights, bankruptcy; additional topics include trusts, wills, business and professional responsibility.
Prerequisites: BUSN 3302 and Junior standing, or consent of instructor.

**BUSN 3344** **Economic and Business History of the United States to 1865**
A study of the development of American business and the economy through the U.S. Civil War. (Also listed as ECON 3344 and HIST 3360).
Prerequisites: ECON 1311 and 3 hours of U.S. history or consent of instructor.

**BUSN 3345** **Economic and Business History of the United States Since 1865**
A study of the development of American business and the economy from the U.S. Civil War to the present. (Also listed as ECON 3345 and HIST 3361).
Prerequisites: ECON 1311 and 3 hours of U.S. history or consent of instructor.

**BUSN 3346** **La economía española y la Unión Europea (The Spanish Economy and the European Union)**
An examination of Spain's economic development and its position within the European Union. The business, economic, and political transformation of Spain from a struggling nation with an authoritarian regime to an economic power with an open and democratic society are studied. The course also examines the development of the European Union, with a special focus on its influence on the Spanish business environment. The experiential component of the course includes visits to businesses, government agencies, and NGOs in Spain. (Also listed as ECON 3346 and INTL 3346.)
Prerequisites: ECON 1311, three additional hours in business or economics, SPAN 2302 or the equivalent, and consent of instructor.

**BUSN 3355** **Entrepreneurship and Venture Planning**
This course is designed to provide a practical, comprehensive, basic understanding of entrepreneurship. The process is explored from the inception of an idea through exit strategies. Emphasis is placed on the development of a business plan with focus on legal structure, accounting, business ethics, marketing, and finance.
Prerequisites: Admission to the major in Business Administration, completion of at least 15 hours of the core curriculum in Business Administration, Junior standing, and consent of instructor.

**BUSN 3361** **International Business Law**
Surveys the law of international trade and business with a focus on international contracts, torts insurance, and trade law.
Prerequisite: BUSN 3302 or consent of instructor.

001081

**BUSN 3372** **Práctica profesional en España (Internship in Spain)**

A supervised summer internship in Spain. Students enrolled in BUSN 3372 will serve as interns with various firms, trade groups, governmental agencies, or public interest groups where they will work and gain experience related to the Spanish economy and business world. The nature of the student's responsibilities will vary with the internship involved and be subject to the approval of the supervising faculty member. (Also listed as ECON 3372 and INTL 3372.)
Prerequisites: ECON 1311, three additional hours in business or economics, SPAN 2302 or the equivalent, and consent of instructor.

**BUSN 3-90** **Studies in Business**

Designed for students wishing to continue the study of business beyond areas offered in regular classroom work. Credit from one to six hours. No more than a total of six hours credit may be earned in 3 90 courses in business administration.
Prerequisites: Consent of instructor and Junior standing.

**BUSN 3396** **Internship in International Business**

A supervised internationally oriented internship. Students enrolled in BUSN 3396 will serve as interns with various firms, trade groups, governmental agencies, or public interest groups where they will work and gain experience related to a country other than their home country. The nature of the student's responsibilities will vary with the internship involved and be subject to the approval of the supervising faculty member. To earn credit for BUSN 3396, a student must serve as an intern throughout the semester or summer term that he/she is registered for BUSN 3396. Credit will not be given for internships served prior to or after the semester or summer term in which the student is registered for BUSN 3396. Credit for BUSN 3396 will not be given for internships that are served where either the owner or manager of the host organization or the host supervisor is a relative of the student intern. Must be taken Pass/Fail. Students may earn credit for either BUSN 3396 or 3397, but not both.
Prerequisites: Admission to the major in Business Administration and a declared concentration in International Business, completion of at least 15 hours in the core curriculum in Business Administration, Junior standing, and consent of instructor.

**BUSN 3397** **Internship in Business Administration**

Students enrolled in BUSN 3397 will serve as interns with various firms, trade groups, governmental agencies, or public interest groups on the basis on individual preferences and the availability of assignments. The nature of the student's responsibilities will vary with the internship involved and be subject to the approval of the supervising faculty member. To earn credit for BUSN 3397, a student must serve as an intern throughout the semester or summer term that he/she is registered for BUSN 3397. Credit will not be given for internships served prior to or after the semester or summer term in which the student is registered for BUSN 3397. Credit for BUSN 3397 will not be given for internships that are served where either the owner or manager of the host organization or the host supervisor is a relative of the student intern. Must be taken Pass/Fail. Students may earn credit for either BUSN 3397 or 3396, but not both.
Prerequisites: Admission to the major in Business Administration, completion of at least 15 hours in the core curriculum in Business Administration, Junior standing, and consent of instructor.

**BUSN 4301** **Business Policy and Strategy**

A study in which decision making is emphasized through the analysis of company operations in policy formulation and administration. A course in which the student can apply knowledge acquired in other courses to business problems.
Prerequisites: Completion of all other Business Core courses, ECON 1312, and Senior standing. This course fulfills the Senior Experience requirement of the University's Common Curriculum.

001082

## *FINANCE*

**FNCE 3301 Financial Administration of Business Firms**
Financial decision making in organizations; planning and managing cash flows, raising, and allocating funds. Topics include cost of capital, capital budgeting, working capital management, and financial planning. Emphasis on non-financial corporations.
Prerequisites: ACCT 1301, ECON 1311, and BUSN 2301.

**FNCE 3348 International Monetary Systems**
A study of the principles and practices of foreign exchange, international money markets, the balance of payments, payments adjustment mechanism and the national policies for achieving both domestic and international objectives. Coverage includes the description and history of the relevant national and international institutions. Practice is provided in reading and understanding recent international economic events and current policy issues. (Also listed as ECON 3348.)
Prerequisites: ECON 1311 and 1312.

**FNCE 3351 Financial Institutions and Markets**
Analytical investigation of the structure, efficiency, and regulation of financial markets and institutions. Topics include determination of the level and structure of interest rates, asset valuation and the flow of funds between markets, theory and practice of financial intermediation, and the social utility of the financial sector. (Also listed as ECON 3356.)
Prerequisites: Junior standing and ECON 1311, 1312.

**FNCE 3352 Investment Principles and Analysis**
Analysis of common stock, bonds, options, and futures. Topics include financial markets, valuation of securities, technical analysis, market efficiency, and portfolio theory.
Prerequisites: FNCE 3301 and Junior standing.

**FNCE 3353 Student Managed Fund I**
Combines study of security analysis and portfolio management with practical demands of hands-on money management. Provides opportunity to invest university endowment funds. Economic, industry, and company analysis. Economic and financial forecasts. Valuation models. Portfolio theory. Investment philosophy. Ethics in investing. Capital market performance history. Managing endowment funds. Portfolio performance measurement. To be taken in the first semester of the academic year.
Prerequisites: FNCE 3301, 3352, and consent of instructor.

**FNCE 3354 Student Managed Fund II**
A continuation of FNCE 3353. Combines study of security analysis and portfolio management with practical demands of hands-on money management. Provides opportunity to invest university endowment funds. Economic, industry, and company analysis. Economic and financial forecasts. Valuation models. Portfolio theory. Investment philosophy. Ethics in investing. Capital market performance history. Managing endowment funds. Portfolio performance measurement. To be taken in the second semester of the academic year.
Prerequisites: FNCE 3301, 3352, 3353, and consent of instructor.

**FNCE 3361 International Finance**
This course emphasizes the study of the global exchange rate and associated derivatives markets with particular emphasis on foreign risk hedging; the study of financial equilibrium relations and their effects on the international capital markets, and the potential arbitrage opportunities that result in the absence of equilibrium; and the use of case studies to illustrate the application of theoretical tools on the multinational corporate environment. (Also listed as ECON 3361.)
Prerequisite: FNCE 3301 or consent of instructor.

**001083**

FNCE 3-90 **Studies in Finance**
Designed for students wishing to continue the study of finance beyond areas offered in regular classroom work. Credit from one to six hours. No more than a total of six hours credit may be earned in 3-90 courses in Business Administration.
Prerequisites: FNCE 3301, consent of instructor, and Junior standing.

FNCE 4351 **Financial Management and Policy**
Advanced study of financial theories and practices. Emphasis on case studies to develop analytical thinking about problems faced by business firms. Topics include capital budgeting, risk analysis, leasing, bankruptcy, and mergers.
Prerequisites: FNCE 3301 and Junior standing.

## *MANAGEMENT*

MGMT 2301 **Management of Organizations**
This course studies the management activities and processes required to successfully attain organizational goals. It includes an introduction to the principles of decision making, leadership, motivation, conflict resolution, managerial ethics, and social responsibility. Emphasis is placed on both theory and practical application in order to prepare students for future managerial roles.

MGMT 3311 **Labor Economics and Labor Relations**
For description see ECON 3329.

MGMT 3361 **International Management**
The global marketplace, its structure and dynamics, significant economic, political and cultural influences, and global resource flows will be studied from the perspective of the management strategist. Within this context, strategy formulation and implementation, the creation of an optimal portfolio of strategic business units, and the analysis of global operating and financial flows will be studied, assuming the objective of maximizing shareholder value.
Prerequisite: Junior standing or consent of instructor.

MGMT 3371 **Human Resources Management**
Examines by discussion and experiential learning techniques the major activities associated with the area of Human Resource Management: equal employment opportunity, personnel planning and selection, training and management development, employee discipline, labor-management relations, and current topics such as AIDS and substance abuse in the workplace. Special emphasis is placed on practical application of this knowledge to general management in all types of organizations.

MGMT 3372 **Organizational Behavior**
Examines the nature of interpersonal and group relations in work organizations using behavioral science and modern management thought. A study of organizations as socio-technical systems with emphasis on communication, motivation, leadership, conflict resolution, and organizational development.
Prerequisites: MGMT 2301 and Junior standing.

MGMT 3383 **Management of Health Care Organizations**
This course provides the unique knowledge and skills necessary to understand and effectively manage individuals and groups in challenging health care organizations such as hospitals, medical group practices, and nursing homes. The focus is on developing a theoretical and practical approach to managerial functions as related to dealing with health care professionals and workers, developing a conceptual understanding of the health care system in which the organization operates, and understanding the relationship between the organization, its regulatory environment, and the reimbursement system. Case studies are used to provide real-world applications relevant to health care management. (Also listed as HCAD 3383.)
Prerequisite: Junior standing.

001084

MGMT 3-90 **Studies in Management**
Designed for students wishing to continue the study of management beyond areas offered in regular classroom work. Credit from one to six hours. No more than a total of six hours credit may be earned in 3-90 courses in Business Administration.
Prerequisites: Consent of instructor and Junior standing.

MGMT 4371 **Strategic Management**
A study of the formulation and implementation of corporate level strategies such as mergers and acquisitions, retrenchment, and entrepreneurship. The course also studies current trends in the business world and features presentations by local executives.
Prerequisite: Senior standing or consent of instructor.

## *MANAGEMENT INFORMATION SYSTEMS*

MIS 2301 **Fundamentals of Information Systems**
Systems theory, information quality, decision making, and the organizational role of information systems are introduced. Information technology, including computing and telecommunications systems, are stressed. Concepts of organizations, information systems growth, and process improvement are introduced.

## *MARKETING*

MKTG 2301 **Principles of Marketing**
Introduction to the marketing function within an organization. This course examines the relationship of the marketing process and the broader aspects of the economic, legal, technological, and competitive environments. Coverage includes those strategies associated with product planning, pricing, promotion, distribution, consumer behavior, and marketing research.

MKTG 3361 **International Marketing**
Examination of the international marketing environment from the perspective of a marketing manager. Includes the study of the nature of and problems and opportunities in the global marketplace. Strategic application of marketing principles to compete effectively in world markets.
Prerequisites: MKTG 2301 and Junior standing, or consent of instructor.

MKTG 3381 **Consumer Behavior**
The study of consumer decision making and the influence upon those decisions. Examines the behavior of consumers throughout the range of prepurchase, purchase, and post purchase activities with reference to both internal psychological processes and external environmental influences on behavior.
Prerequisites: MKTG 2301 and Junior standing.

MKTG 3382 **Promotion Management**
A study of the promotion activities of business firms; analysis of consumer buying behavior and motivation; personal selling; advertising and sales promotional techniques and the development of an integrated promotional plan.
Prerequisites: MKTG 2301 and Junior standing.

MKTG 3383 **Marketing and Business Research**
The application of both behavioral and quantitative research to business problems. Topics include: research design, information sources, measurement techniques, questionnaire design, sampling, data analysis, and applications within the marketing mix.
Prerequisites: MKTG 2301, BUSN 2301, and Junior standing.

MKTG 3-90 **Studies in Marketing**
Designed for students wishing to continue the study of marketing beyond areas offered in regular classroom work. Credit from one to six hours. No more than a total of six hours credit may be earned in 3 90 courses in Business Administration.
Prerequisites: Consent of instructor, MKTG 2301, and Junior standing.

MKTG 4381 **Marketing Management**
The role of marketing in business and society. The management of the marketing function and its interrelationship with other functional areas within the organization. Problems, decisions and the decision-making process of marketing managers. Strategy formation, execution, and control.
Prerequisites: MKTG 2301 and Senior standing.

NOTE: Trinity does not offer a Master of Business Administration degree. However, the following courses are available for graduate students admitted to master's programs in related fields, or for non-degree students to whom the University has granted graduate admission.

## *GRADUATE COURSES*

ACCT 5341 **Accounting Theory**
This course will contrast financial and social accounting issues worldwide. It will review the history of accounting and the trend toward increasingly complex capital markets and financial contracts. Positive theories as to why certain practices evolved and normative theories regarding idealized practices will be contrasted.

ACCT 5342 **Accounting Information Systems**
This course investigates the components of accounting information systems (AIS) and dynamics of change in those systems. Focus is placed upon changing computer and networking technologies in modern accounting information systems.

ACCT 5343 **Seminar in Advanced Federal Taxes**
Beginning with a discussion of the sources of tax law and the basics of tax research methodology, the course will continue with coverage of corporation and shareholder taxation, taxation of partners, income taxation of trusts and estates, and the federal donative transfer taxes. Additional topics will include tax law administration, nonprofit entities, and penalty taxes.

ACCT 5344 **Advanced Auditing and Assurance Services**
Focusing on current issues in the area of assurance services, this course extensively utilizes authoritative pronouncement, Internet resources, and case studies. Topics may vary to include developments in theory and practice, as well as other issues that affect the role of the auditor. Students will be expected to engage in research and problem solving.

ACCT 5345 **Advanced Managerial Accounting**
This course develops modern management accounting information systems for decision making and control in complex organizations. The topics include cost-volume-profit analysis, linear programming, regression analysis, activity-based costing, target costing, quality costing, and strategic cost management.

ACCT 5346 **Advanced Financial and Nonprofit Accounting**
This course introduces students to the accounting standards for business combinations along with applicable accounting and reporting standards. Consolidated financial statements are the major focus of the course. Foreign currency concepts are studied including foreign currency transactions, forward exchange contracts and translation under the latest rules. Nonprofit accounting focuses on accounting for universities, hospitals, and government.

BUSN 5349 **Seminar in Law, Ethics, and Professional Responsibility**
An in-depth analysis of present and emerging ethical issues in professional life within the legal environment of business. Emphasis will be placed upon understanding professional and legal standards regarding practice, performance, and ethical behavior.

001086

BUSN 5390 **Seminar in Business**
Study of selected topics in business. May be repeated for up to six semester hours on different topics.

FNCE 5351 **Financial Analysis for Decision Making**
Cash flows between the firm and financial markets; financial value and its determinants; managing working capital; analyzing and planning financial performance; cost of capital and capital budgeting.
Prerequisite: Three-hour accounting course.

FNCE 5390 **Seminar in Finance**
Study of selected topics in finance. May be repeated for up to six semester hours on different topics.

MGMT 5371 **Human Resource Management**
Critical analysis of the theoretical base and current developments related to personnel activities in organizations. Recruitment and selection, remuneration and incentives, performance appraisal, and employee relations are discussed in relation to current social trends and government regulations.

MGMT 5372 **Conflict Management**
A study of conceptual, analytical, and communication techniques instrumental to the management of chronic and acute conflicts in a wide variety of settings. Principles and strategies of negotiation and mediation are introduced through case studies.

MIS 5381 **Database Management**
This course is a broad overview of the business side of the database design and management processes. This course will familiarize students with the issues, processes, and skills necessary to align database development to a business need. This course will help the student understand the key elements of a database development project and the methods used by systems analysts, such as data, file and object structures, logical design, physical design, and implementation of a Database Management System.
Prerequisite: Graduate standing or permission of instructor.

MIS 5391 **Knowledge Management**
This course is a survey of the principles and processes of knowledge management. This course will familiarize students with the issues that a business must address in facilitating the flow of knowledge from those in an organization who have knowledge to those who need it. This course will help the student understand key elements of the knowledge management life cycle such as knowledge creation, storage, transfer, and application; knowledge system tools; and ethical, legal, and managerial issues.
Prerequisite: Graduate standing or permission of instructor.

MKTG 5390 **Seminar in Marketing**
Study of selected topics in marketing. May be repeated for up to six semester hours on different topics.

001087



# STATE OF ALABAMA
PERSONNEL DEPARTMENT
300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
Telephone: (334) 242-3389 Fax: (334) 242-1110
www.personnel.state.al.us

Jackie Graham
State Personnel Director
Paul D. Thomas
Deputy Director

May 19, 2006

Virginia Hopper

Dear Ms. Hopper:

I am in receipt of your recent inquiry regarding your future status of employment with the State of Alabama. You asked whether you can be placed on the reemployment register for Accounting Technician, 10605 (the class in which you previously held status) if you resign your current position as Accountant, 10611. Upon review of the materials you provided and your recent applications for State employment, it was determined that you will not be eligible for placement on any register for State employment for a period of five years.

It appears that false information was provided on your most recent applications filed with the State Personnel Department (Accountant, 10611 and Staff Accountant, 10612). You first indicated that you received a Bachelor of Science degree in business administration from "Trinity University, 715 Stadium Drive, San Antonio, TX 78212." Upon the request of the Department of Finance, you submitted a copy of the diploma you received, which was issued by "Trinity College and University." Trinity University, located in San Antonio, later confirmed that it did not have any record of your attendance or receipt of a degree from that university. It also confirmed that it neither provides online or correspondence courses nor is it affiliated with any other Trinity Colleges or Universities. Additional investigation further reveals that your degree is actually from a university (currently known as Bronte International University) that is not located in Texas but in the British Virgin Islands.

Applicants for employment with the State sign a statement, certifying that "all statements on or attached to this application are true and correct" and that false statements may result in removal from an employment register. Despite having certified that all statements in your application, including statements about your education, were

EXHIBIT
DHR 10

truthful, false information was provided on at least two applications. Pursuant to the authority given the State Personnel Director, I am not granting your request to be placed on the reemployment register because you made false statements of material facts on your applications. R. 670-x-9-.01(3), State Personnel Board Rules. You will not be permitted to be placed on any employment register with the State of Alabama for a period of five years.

Sincerely,

Jackie Graham
State Personnel Director

# Trinity University

From Wikipedia, the free encyclopedia

A number of educational institutions carry the name **Trinity University**. Among these are the following.

- Trinity University, a private university located in San Antonio, Texas
- Trinity University, a Catholic women's college formerly known as Trinity College, located in Washington, D.C.
- Trinity International University, an Evangelical Christian college located in Deerfield, Illinois
- Trinity Western University, a private university located in Langley, British Columbia, Canada
- The University of Trinity College was sometimes referred to as Trinity University prior to its federation with the University of Toronto, located in Toronto, Canada
- Bronte International University, a diploma mill based in Tortola, British Virgin Islands, was previously known as Trinity College & University

## See also

- Trinity College (disambiguation page)

Categories: Disambiguation

This page was last modified 08:50, 23 May 2006. All text is available under the terms of the GNU Free Documentation License (see Copyrights for details).
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy About Wikipedia Disclaimers

001090

EXHIBIT
PENGAD-Bayonne, N. J.
DHR 11

# Bronte International University

From Wikipedia, the free encyclopedia

Bronte International University (formerly known as Trinity College & University) is an unaccredited post-secondary institution formally in South Dakota. It is widely considered to be a diploma mill, a scam operation offering meritless degrees for a fee. The "school's" webpage offers "fast" degrees from "life experience".

Contents

1 Academics and Accreditation
2 Trinity College & University in Dover, Delaware
3 See also
4 External links

## Academics and Accreditation

Although the institution claims to be accredited by the Association for Online Academic Excellence (AOAE), but this is not a recognized accreditation association of higher learning[1] (http://www.chea.org/).

Bronte International University was originally known as "Trinity College & University" and should not be confused with a number of mainsteam academic institutions with similar names, listed at Trinity College.

## Trinity College & University in Dover, Delaware

The Trinity College & University in Dover, Delaware with an administrative office in Malaga, Spain is rumored to be a diploma mill, but is not the same corporation that has since been renamed Bronte International University. Unfortunately, there is much confusion surrounding the name. The Trinity College & University which later became Bronte International University is based in the British Virgin Islands, and is registered as a corporation with the United Kingdom (Tortola, BVI).They are two distinct organizations.

## See also

- List of unaccredited institutions of higher learning
- School accreditation

001091

## External links

- Independent's story (http://weeklyindependent.com/feature1.htm)
- Daily Ummat's invastigative story (http://ummat.com.pk/Kahanian/misc_stories/aamir_liaquat.htm)

- Dr. Aamir Liaquat Hussain's Naats (http://www.pakmarkaz.com/islam/naats/amirliaquat.html)

Categories: Articles with unsourced statements | Unaccredited institutions of higher learning

This page was last modified 02:46, 25 April 2006. All text is available under the terms of the GNU Free Documentation License (see Copyrights for details). Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy About Wikipedia Disclaimers

001092

# Diploma mill

From Wikipedia, the free encyclopedia

A **diploma mill** (also known as a **degree mill**) is an organization which awards academic degrees and diplomas with very little or no academic study and without recognition by official accrediting bodies. Such organizations are unaccredited by standards of traditional institutions, but they often claim accreditation by non-standard organizations set up for the purposes of providing a veneer of authenticity.

Many diploma mills claim to offer these qualifications on the basis of life experience, but most of them require a payment to issue a diploma/degree certificate without having to provide them with any educational documents; they do not evaluate one's academic potential. They are used to fraudulently claim academic credentials for use in securing employment (e.g., a schoolteacher might get a degree from one in order to advance to superintendent). These issues are described by author and diploma mill expert Steve Levicoff in his work *Name it and Frame it* and he has a list available online of 75 steps to spot a degree mill [1] (http://members.tripod.com/~levicoff/). Other writers who have written about degree mills include Dr. Leland Milton Goldblatt, PhD

Contents

1 Common attributes of diploma mills
2 Legality
- 2.1 United States of America
- 2.2 Australia and New Zealand
- 2.3 South Korea
- 2.4 Germany
- 2.5 United Kingdom

3 Terrorism worrries
4 See also
5 References
6 External links

001093

## Common attributes of diploma mills

Diploma mills often have names that are deliberately chosen to sound confusingly similar to prestigious accredited institutions (preventing such confusion is the purpose of trademark law, but the mills strive to barely avoid this legal recourse). They often claim to be accredited, even when they are not. Some even go to the lengths of inventing their own accreditation organizations to endorse them, complete with superficially convincing websites modeled on those of real accreditation organizations. The more elaborate operations come complete with services such as transcripts with online and telephone verification for potential employers investigating an individual's credentials.

Moreover, some diploma mills are "licensed" as businesses and this term is then misused by the institution to imply government "approval" or accreditation. However, just because a college is

licensed this does not make it legitimate.[2] (http://chronicle.com/free/v47/i28/28a03401.htm)

Compared to legitimate schools, diploma mills have drastically reduced or nonexistent requirements for academic coursework. Some allow customers to simply buy credentials while others will have clients engage in some exercises or submit written reports about relevant 'life experience' before awarding degrees. A common feature of diploma mills is that degrees are offered for a flat fee, rather than on a per-course basis. However, charging a flat fee is common in some European countries for legitimate universities, such as in England.

Some diploma mills claim to be based in small countries with unusual circumstances, even though they are selling to customers outside those countries. This is common with "offshore" jurisdictions.

## Legality

Degrees and diplomas issued by diploma mills are frequently used for fraudulent purposes, such as obtaining employment, raises, or customers on false pretenses. Even if issuing or receiving a diploma mill qualification is legal, passing it off as an accredited one for personal gain is a crime in many jurisdictions. In some cases the diploma mill may itself be guilty of an offence, if it knew or ought to have known that the qualifications it issues are used for fraudulent purposes. Diploma mills could also be guilty of fraud if they mislead customers into believing that the qualifications they issue are accredited or recognised, or make false claims that they will lead to career advancement, and extort money on the basis of these claims.

### United States of America

Diploma mills are mainly found in the U.S. jurisdictions which have not adopted tough laws to prohibit them. However, some degree mills take advantage of the constitutional division by establishing themselves as ersatz Bible colleges which can legally offer degrees in religious subjects without government regulation. Nevertheless, some religious colleges and seminaries can be fined for issuing degrees without meeting educational requirements[3] (http://www.kvue.com/news/state/stories/120304ccjrkvuestateseminary.8f53085.html). In fact it has been noted that:

001094

> Fraudulent educational institutions continue to proliferate. These diploma mills survive by operating in states with lax law governing schools, such as California, Utah, Hawaii and Louisiana. They assume identities of well-known schools or as "religious" organizations. Because of constitutional safeguards in the United States guarantee separation of church and state, most states have been reluctant to pass any laws restricting the activities of churches, including their right to grant degrees. John Bear has asked, "What about a school that requires a five page dissertation before awarding the Doctorate. Nobody seems to want the government stepping in to evaluate doctoral dissertations before permitting schools to grant degrees." [4] (http://www.elearners.com/resources/diploma-mills.asp)

Although the DipScam operation in the 1980s led to a decline in diploma mill activity across the United States, the lack of further action by law enforcement, uneven state laws, and the rise of the Internet have combined to reverse many of the gains made in previous years.

In 2002, the *Seattle Times* noted in article that included some believe Wyoming has "become a haven for diploma mills."[5] (http://seattletimes.nwsource.com/html/education/2002174735_diploma09.html) Conversely, "Oregon, New Jersey, and North Dakota have adopted tough laws that include fines and jail time for using fake degrees to gain employment."[6] (http://www.csmonitor.com/2003/0610/p15s02-lehl.html)

In February 2005, the US Department of Education launched www.ope.ed.gov/accreditation (http://www.ope.ed.gov/accreditation) to combat the spread of fraudulent degrees.[7] (http://www.wired.com/news/culture/0,1284,66476,00.html)

The state of Washington passed a bill in March 2006 "prohibiting false or misleading college degrees." [8] (http://apps.leg.wa.gov/billinfo/summary.aspx?bill=2507&year=2006) (The text is here (http://www.leg.wa.gov/pub/billinfo/2005-06/Pdf/Bills/Session%20Law%202006/2507-S.SL.pdf).) Similarly, Wyoming passed a law requiring a post-secondary institution granting degrees to Wyoming citizens to be accredited, or to be a candidate for accreditation. (There is an exemption for religious schools.) [9] (http://legisweb.state.wy.us/2006/Enroll/SF0069.pdf)

## Australia and New Zealand

In Australia, it is a criminal offence to call an institution a university, or issue university degrees, without authorization through an act of federal or state parliament. Thus, diploma mills are not as much of a problem in Australia.

One issue under Australian law is the use of the term "university" by many corporate training programs. Although such use of the term might be argued to be illegal, in practice it is tolerated since everyone understands that such programs are not actually universities.

## South Korea

It is illegal to falsely claim a degree in South Korea if it does not meet accredited approval. For example, in March of 2006 prosecutors in Seoul "broken up a crime ring selling bogus music diplomas from Russia, which helped many land university jobs and seats in orchestras."[10] (http://news.yahoo.com/s/nm/20060320/od_uk_nm/oukoe_uk_crime_korea_1) People who falsely used these degrees were criminally charged.

**001095**

## Germany

In Germany, similarly to the situation in Australia, it is a criminal offence to call an institution a university, a Fachhochschule, or issue academic degrees, without authorization through an act of the respective states ministry of education. It is also a criminal offence to falsely claim a degree in Germany if it does not meet accredited approval.

Some corporate training programs in Germany use the English term "corporate university". Although such use of the term might be argued to be illegal, in practice it is tolerated since everyone understands that such programs are not actually degree granting institutions.

## United Kingdom

In the UK it is illegal to offer something that may be taken to be a UK degree unless the awarding body is on a list maintained by the Department for Education and Skills. This is difficult to enforce on the Internet, where the site is based abroad. However, UK Trading Standards officers have had notable success (http://news.bbc.co.uk/1/hi/education/2829237.stm) in countering a large diploma mill group based in Romania and Israel that was using British place-names for its "universities".

## Terrorism worries

On December 15, 2005, CNN aired a report on diploma mills and terrorism. The reported explained that "H-1B visas can be issued to anyone who is highly skilled and can get a job in the U.S. McDevitt is concerned a phony advanced degree could be the first step for someone in a terrorist sleeper cell."[11] (http://transcripts.cnn.com/TRANSCRIPTS/0512/15/pzn.01.html)

The report explained, the Secret Service "bought their own degree for a perfect terrorist candidate, although theirs was fictional." The person was Mohammed Syed with no formal education, but chemical training and chemical engineering with the Syrian army. "The Secret Service even added to Syed's application that he needed a degree quickly, so he could find employment and obtain an H-1B visa, allowing him to stay in the US." Furthermore, "In less than a month, the imaginary Syrian army expert was notified, James Monroe University was awarding him three advanced degrees in engineering and chemistry, all for $1,277."[12] (http://transcripts.cnn.com/TRANSCRIPTS/0512/15/pzn.01.html)

## See also

- Accreditation mill
- Colby Nolan
- Degree completion program (Alternative education approved by Nationally recognized accrediting agencies)
- .edu
- Essay mill
- List of unaccredited institutions of higher learning
- List of unrecognized accreditation associations of higher learning
- School accreditation

**001096**

## References

- Levicoff, Steve *Name It and Frame It? New Opportunities in Adult Education and How to Avoid Being Ripped Off by 'Christian' Degree Mills* (4th ed., 1995)
- Bear, John *Guide to Earning Degrees by Distance Learning* (Ten Speed Press, 2001).

## External links

- Database for Accreditation (http://www.chea.org/) in the United States (CHEA)
- Database for Accreditation (http://www.ope.ed.gov/accreditation) in the United States (USDE)
- Database for Accreditation (http://www.dfes.gov.uk/recognisedukdegrees/annex4.shtml) in the United Kingdom
- Database for Accreditation (http://www.higheredconsulting.com.au/links.html) in Australia
- List of non-accredited colleges/universities (http://www.michigan.gov/documents/Non-accreditedSchools_78090_7.pdf) by State of Michigan
- List of unacceptable/illegal schools (http://www.osac.state.or.us/oda/unaccredited.html) by Oregon State Office of Degree Authorization
- List of non-accredited colleges/ universities (http://mainegov-images.informe.org/education/highered/Non-Accredited/UnaccreditedSchools-042706.pdf) by State of Maine
- The World Higher Education Database (IAU/UNESCO) (http://www.unesco.org/iau/world-universities/index.html) List of accredited schools throughout the world
- The World Higher Education Database (IAU/UNESCO) (http://www.unesco.org/iau/whed.html)
- Questionable Organizations: An Overview (http://www.quackwatch.org/04ConsumerEducation/nonrecorg.html) at Quackwatch.com
- Information resources concerning unaccredited degree-granting institutions (http://www.hep.uiuc.edu/home/g-gollin/pigeons/) – A collection of links by George Gollin
- Psst. Wanna Buy a Ph.D.? (http://chronicle.com/free/v50/i42/42a00901.htm) *The Chronicle of Higher Education*, June 25, 2004. "Some professors have dubious doctorates, other professors sell them, and colleges often look the other way."

Categories: Unaccredited institutions of higher learning | Unaccredited seminaries and theological colleges | Distance education | Distance education schools

This page was last modified 19:35, 5 June 2006. All text is available under the terms of the GNU Free Documentation License (see Copyrights for details). Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
Privacy policy About Wikipedia Disclaimers

001097





Important Message from the Systems Engineer / Administrator!

Although our campus/corporate office is located in the British Virgin Islands, our documents are printed and shipped from the New Orleans metropolitan area. Our shipments are safe but delayed! Please bear with us while we cope with this situation. All orders will be sent out as soon as possible!

## College Credit for what you know.

Education from Life, for your life NOW!

UNDERGRADUATE PROG

Get college credit for life experience

TACTICAL TRAINING AN MANAGEMENT CENTER

Education as a Process, not a Place! biu-edu offers fast College Degrees and Life Experience Degrees.

Bronte International University gives qualifying adults the opportunity to convert what is learned in life into college degrees, whether that knowledge is from professional or other accomplishments, work, religious or military training or other sources. You may have qualifications now to earn a college degree or college credits by our assessment of your prior learning, testing or portfolio. Our evaluation and assessment may lead to the award of a degree! Or perhaps a Certificate in certain specified areas of study.

The increasing globalization of work is making age-old teaching methods irrelevant. Today, adult students, especially, need to learn a whole new set of fundamental skills. The age of desk-bound workers is closing, being replaced with workers free to hop from client to client and country to country at the speed of a DSL connection. GETTING STARTED

THERE IS NO CHARGE FOR SUBMITTING THE APPLICATION FOR ASSESSMENT!

A fast college degree gives applicants the opportunity to learn new fundamental skills. A life experience degree helps applicants convert the knowledge gained from life into college degrees. Whether you live in the USA, CANADA, UNITED KINGDOM, HONG KONG, SINGAPORE, MALAYSIA, AUSTRALIA, SOUTH AFRICA, INDIA, MEXICO, BAHAMA ISLANDS, JAMAICA, KARACHI PAKISTAN, LAHORE PAKISTAN, BRITISH VIRGIN ISLANDS, CAYMAN ISLANDS, NEW ZEALAND, JAPAN or INDONESIA we look forward to hearing from you

001098

© 2004 by Bronte International University. Please read our Privacy Notice

EXHIBIT
DHR 12
PENGAD-Bayonne, N.J.



Getting Started

How to Apply

Fees

Credit For Prior Learning

About Us

Memberships and Accreditations

Frequently Asked Questions

BIU help all I ever Yo

# BIU FASTTRACK

Getting Started

Experiential Learning

We use the term "experiential learning" as the term applies to all learning received in our lives. All assessments of your experiential prior learning are prepared by professionals knowledgeable in PLA assessments and reviewed and supervised by educators holding Certification from a university program approved in PLA by the U.S. Department of Education.

Experiential learning is traced to early references, as early as the second century B.C. in China and given credence by philosophers John Dewey and Piaget. During our assessment, we focus on your accomplishments and knowledge and how they relate to academic standards set for college course work. When our assessment concludes that the knowledge gained through experiential learning equates to the learning that is expected from college courses, then the assessment results in college credit for you.

Advantages of Bronte International University:

* Degree * Letter of Recommendation * Student Record *

Verifications

By earning a college degree or certificate from us, you demonstrate that your experiential learning from work or volunteer activities, the military, business seminars, professional workplace training, and independent study are accepted as equivalent to the knowledge gained by students attending classes in the traditional method. You have a Degree, our Letter of Recommendation, a Student Record and a verifiable source for checking by employers or others.

Enhance your Resume

Job applicants with a good resume, some pertinent experience, a college degree and willingness to work hard to succeed have a much better chance of becoming employed in higher paying jobs than those who do not have these qualifications. A Bronte International University degree opens up new opportunities for you.

001099

Application Process

The process of applying is easy. All you have invested is taking the minutes necessary to submit our application form. Upon receipt of the information, our assessors shall determine what steps are necessary by you in order to earn a degree from Bronte International University. Within 48 hours, usually, applicants are in receipt of our preliminary report. APPLY NOW!



Case 2:07-cv-00457-MEF-WC Document 33-27 Filed 05/28/2008 Page 24 of 24

Undergraduate Program
Certificate of Tax and Financial
Course Descriptions
Graduate Business Certificate Program

# HOW TO APPLY

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

How to Apply

Prior Learning Assessment - College Credit for What You Know Now
To apply for assessment of your qualifications for college credit for your current knowledge and learning from work and life experiences, leading to an Associates and/or Bachelor Degree, CLICK HERE FOR APPLICATION. There is NO APPPLICATION FEE!

BIU help all I ever Y(

Pre and Post Baccalaureate Certifications
To apply for assessment of your qualifications to earn a Bronte International University Certificate in a selected category of learning, submit the standard application including details of your background and knowledge and state what certificate you wish. If your assessment results in the need for you to take one or more correspondence courses to meet the qualifications, your Faculty Advisor will notify you within 48 hours, usually, and you can then decide what action to take. CLICK HERE FOR APPLICATION. There is NO APPLICATION FEE!

© 2004 by Bronte International University. Please read our Privacy Notice

001100





Undergraduate Program
Certificate of Tax and Financial Planning
Available Degrees
Course Descriptions
Graduate Business Certificate Program

# UNDERGRADUATE PROGRAM

Associate Degrees Available through Prior Learning Assessment (PLA)

BIU help all I ever Yc

Associate Degrees

Require a minimum of 60 semester hours of credit. Credits granted as a result of credit awarded for courses completed elsewhere and accepted or as a result of PLA, all count toward the total credits required.

Associate Degrees Available

Bronte International University offers most Associate degrees with the exception of degrees in the legal and medical fields. Below is a sampling of the most frequently requested Associate and Bachelor's degrees.

Associate in Applied Science (AS) with major concentration in:

Administrative Skills
Applied Electronic Studies
Applied Health Studies
Mechanics and Maintenance
Occupational Studies

Associate in Science and Management (ASM)

Associate in Science and Applied Science and Technology (ASAST)

Associate in Science in Natural Sciences and Mathematics (ASNSM)

Associate in Arts (AA)

Associate in Science in Public and Social Services (ASPSS)

APPLY HERE

001101

Bachelor Degrees Available through Prior Learning Assessment (PLA)

A Bachelor degree requires a minimum of 120 credit hours of credit. This credit can be from a combination of course credits accepted and transferred from other institutions, PLA credits granted by Bronte International University for knowledge gained through work and life experiences and courses completed at Bronte International University.

Bachelor Degrees Available

Bachelor Degrees Available

Bronte International University offers most Bachelor's degrees with the exception of Medicine, Law, and Aviation. Below is only a sampling of the most frequently requested Associate and Bachelor's degrees:

Bachelor of Arts (BA)
Credit requirements are distributed among the traditional liberal arts areas ( i. e., humanities, social sciences, natural sciences, mathematics and free electives).

Bachelor of Science (BSc)
The BSc is the basic degree with majors in scientific and some technical disciplines.

Bachelor of Science in Applied Science and Technology (BSAST)
The area of major corresponds to your previous studies, expertise and or occupation.

Bachelor of Science in Business Administration (BSBA)
A curriculum in business and in arts and sciences.

Bachelor of Science in Health Sciences (BSHS)
For applicants already employed in the health field.

Bachelor of Science in Human Services (BSHS)
For applicants who work in appropriate positions in human services areas represented by this specialization.

Bachelor of Business Administration (BBA)
The basic business degree with majors in business.

CLICK HERE TO APPLY

© 2004 by Bronte International University. Please read our Privacy Notice

001102



Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# BIU FEES

Our fees are Prior Learning Assessment (PLA) fees based upon the number and type of credit hours sought by an applicant toward a Certificate, Associates or Bachelor degree. Fees are NEVER based upon the amount of credit earned, if any, but so-called diploma mills' use this tactic to the discredit of legitimate organizations that attempt to practice the standards of PLA in compliance with recommendations of the U.S. Department of Education. In other words, our fees are based upon the work involved in assessing the number of units assessed and NOT the number of units awarded.

BIU help all I ever Yo

This is What You Get for Your Money!

DEGREE
Printed on the highest quality parchment paper to the highest standards, it is easily comparable or better than the finest produced by any university in the world. It is 8.5 x 11 inches.

VIEW THE DEGREE

STUDENT RECORD
Upon graduation, the university issues the official academic record, the STUDENT RECORD. This important document is proof of graduation and is based upon our assessment of your qualifications, showing all college level courses credited, all pertinent information, including research and other topics. *A FEE OF $95.00 IS REQUIRED FOR THIS SERVICE. All previous courses recorded on a sealed transcript must be mailed to our student records office. Please allow 2 to 4 weeks for delivery.*

VIEW THE STUDENT RECORD

ACADEMIC LETTER OF RECOMMENDATION
A formal letter from the university is sent verifying the conferring of your degree and the date of your graduation.

VIEW THE LETTER OF RECOMMENDATION

**001103**

ALUMNI IDENTIFICATION CARD
A wallet sized Identification Card showing your name and confirming your status as a member of the alumni.

VIEW THE I.D. CARD

REPLICA OF YOUR DEGREE ETCHED IN BRONZE
A special offer with a Retail Value of $149 for only $39.95: YOUR degree is etched in bronze on a beautiful bronze plaque for wall display.

VIEW THE BRONZE PLAQUE

FOR GRADUATES !
LIFETIME CHARTER MEMBERSHIP IN CIPM-USA for only $24.95!
In addition to the Degree, Student Record, Letter of Recommendation, Bronze
Plaque and Lifetime Verification Service, we also offer a CHARTER
MEMBERSHIP into the exclusive and limited Chartered Institute of Professional
Management (CIPM-USA). The CIPM is a worldwide professional organization
devoted to management development and personal development. CIPM
members have exclusive opportunities to build their professional knowledge
and to meet other like-minded professionals in all parts of the world.

Membership in CIPM is $300 per year but Bronte International University has
arranged for its Bachelor and Master degree graduates to obtain a  LIFETIME
CHARTER MEMBERSHIP for only $24.95! This offer is good for a limited time
only.

Membership includes a beautiful Certificate of Membership, showing your
Charter Membership, an ideal credential to hang on your office wall and to
copy and hand over to your Human Resources Department for placement in
your file. You will also receive a wallet size Membership Card!
VISIT CIPM-USA WEBSITE (www.cipmusa.org)

PAYMENT METHODS

AMEX, VISA, MASTERCARD, DISCOVER CARD, CHECK, MONEY ORDER OR
BANK WIRE TRANSFER

Fee payments are never accepted unless and until an applicant is approved.
DO NOT SEND OR ENCLOSE PAYMENT WITH YOUR APPLICATION. Upon
approval, we will send you our Notification of Acceptance Letter, via email.
You are requested to make payment at the time of your acceptance of our
offer.

Certificates - $195
Associate Degree - $695
Bachelor - $695

Note: A discount of 10 percent is offered to all who pay by bank wire.

Shipping Charges

All shipping is via FedEx or UPS unless otherwise requested. All approved
transactions are shipped within five working days of confirmation of receipt of
payment.

Domestic: $15.00
Canada: $50.00
International: $135.00                               **001104**

REFUND POLICY

Bronte International University replaces at NO CHARGE to you any shipment
damaged or lost.

If within three (3) days of receipt of your documents, you decide that we have
fallen short of your expectations, simply return the complete package, just as
you received it, and we will adjust, credit, exchange or refund your fees.

WHAT ARE YOU WAITING FOR? THERE IS NO CHARGE FOR APPLYING.
CLICK HERE

CLICK HERE

© 2004 by Bronte International University. Please read our Privacy Notice

001105



Undergraduate Program

Certificate of Tax and Financial Planning

Available Degrees

Course Descriptions

# COURSE DESCRIPTIONS

Below are a sampling of course descriptions for some of the majors offered by Bronte International University. The courses listed below are college level academic courses.

BIU help all I ever Yo

These courses are considered for the purpose of establishing EQUIVALENCY of knowledge gained from work or other activities in our assessment process based upon your qualifications.

ACCOUNTING

ACC-101 - Principles of Financial Accounting

Financial Accounting is designed to provide students with basic level of knowledge in recording business transactions, summarizing business activities, and preparing, interpreting, and utilizing financial statements. Topics focus on accounting principles, systems and cycles, transactions, income statements, depreciation, merchandising, inventory control, assets and liabilities, and financial partnerships.

ACC-102 - Principles of Managerial Accounting

Managerial Accounting emphasizes the information managers need to make decisions and the types of analysis appropriate to each decision. Topics include budgeting, cost/profit relationships, cost accounting systems, cash flow, inventory and process costing, pricing, capital budgeting, product mix planning, operations, control and evaluation performance.

ACC-421 - Federal Income Taxation

A comprehensive coverage of the federal income tax structure as it pertains to individuals, partnerships and corporate taxpayers. Topics include: classification of taxpayers; determination of gross income; exemptions; taxable income; computation of tax; special tax computations; credits against tax.

ANTHROPOLOGY

001106

AN-101 - Introduction to Anthropology

The study of culture as the expression of human values, behavior and social organization in its unique and varied forms throughout the world, past and present. The course attempts to document that diversity and to demonstrate the inherent logic of each culture in the light of the problems people need to solve and the environments to which they must adapt.

ARCHAEOLOGY

ARC-101 - Introduction to Western Archaeology

New scientific tools and sophisticated research designs are revolutionizing our ideas about what ancient societies were like, how they developed and how their civilizations collapsed. Research at the spectacular Classic Maya Center is the basis for the broadly comparative perspective of the course. Students will also learn how archaeology helps us understand ancient people by reconstructing their past.

ART

ART-100 - A World of Art

This is a unique art appreciation course designed to give students an in-depth understanding of works of art, by first giving them an insight to the mind of the modern artist and his/her working process. Through a series of video programs, the course follows ten different contemporary artists as they work on individual projects from start to finish. As well as learning the principles of design and different types of media artists employ, students will learn about the process of artistic creation.

ART-166 - Art History I

Examines the works of art that have come to define the Western visual tradition from ancient Greece through the Renaissance. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ART-167 - Art History II

This course is the second half of Western Art History and continues to examine the works of art that have come to define the Western visual tradition from the Baroque period to the present day. An appreciation of the formal qualities, iconography and technical achievements of significant works of art is emphasized. The course also shows how these works of art closely reflect the prevailing attitudes of the society in which they were created, as well as the goals of the artists.

ASIAN STUDIES

001107

ASS-301 - Asian Studies I

This course offers a survey of the modern history, economics, politics and cultures of the Pacific Basin region. This interdisciplinary Asian- Studies course explores how the Pacific Basin has evolved to emerge as a principle political and economic center for the next century. Throughout the course, four major themes emerge: modernity versus tradition; the conflict between East and West; democracy, political authority and economic growth; and the role of the United States in the Pacific.

AST-101 - Introductory Astronomy

Introductory Astronomy explores a broad range of astronomy topics, concepts and principles, from the motions of the visible sky to dark matter, from our own planet to the stars and galaxies. The course examines evidence for the big bang and continuing evolution of the universe and tracks the formation, life, and death of the stars. Throughout the course, special emphasis is placed

on the scientific evidence that astronomers have come to know about the universe, and how they continue to seek answers to some of the most fundamental questions.

BIOLOGY

BIO-101 - Introductory Biology

This course is designed as an introductory biology course for non-science majors. The video programs reveal current trends in molecular biology, illustrate scientists at work and discuss the challenges and opportunities in this growing field. The course incorporates natural history examples and includes a general introduction to the nature of life. Topics also include DNA; genetics; reproduction; animal physiology, including circulation and immunology; and ecology.

BIO-108 - Nutrition

This introductory course is intended to provide accurate and scientifically sound information on human nutrition. Topics covered in the course include food choices; the digestive system; metabolism; the effects of carbohydrates, fats, and proteins on health; nutrition in various stages of the life cycle; vitamins and minerals; and the effect of diet in the presence of diabetes and cardiovascular disease.

BUSINESS EDUCATION

BUE-101 - Personal Finance for 2000 and Beyond

A one-semester course in financial planning that provides information for making sound financial choices.

BUSINESS

BUS-101 - Introduction to Business

Introduction to Business is a one semester course for students who want to expand their understanding about business. The course presents an inside view of business, dissecting the realities and complexities of the ever-changing world of business in today's modern society. From the internal functions of a business to the challenges of business to the challenges of business on an international scale, the course provides a comprehensive view of the contemporary environment of business.

**001108**

BUS-161 - Business Mathematics

The following topics are covered in this course: integers, fractions and decimals; round numbers; complex fractions; ratios, proportions, and percentages; averages; formulas and linear equations; business applications.

BUS-421 - Business Policy

Capstone review of senior management decision areas, using concepts covered in an undergraduate course in business policy or corporate planning. Topics include: corporate goals and resources, financial analysis, long-range plans, policy models, and management strategy. Case problems are used to integrate theories and apply concepts to simulate situations.

CHEMISTRY

CHE-101 - Survey of Chemistry

Developed for non-science majors, this course de-emphasizes mathematical problem solving in favor of presenting a unified view of chemistry. Chemical principles, facts and theories are presented through practical applications, illustrations and experiments. The historical foundations, recent developments and future directions of chemistry are also presented. This course will not satisfy the chemistry requirement for Natural Science or Applied Science and Technology degree programs.

CHE-111 - General Chemistry I

Presents the essential concepts of chemistry and how we come to know and understand those concepts, focusing on the study of molecules and how their atoms bond together. Suitable for nonscience majors.

CHE-112 - General Chemistry II

Builds on knowledge gained in CHE-111-OL General Chemistry I. Includes study of liquids and solids, chemical reactivity, chemical kinetics acid-base chemistry, thermodynamics, and electrochemistry. Suitable for nonscience majors.

CHE-240 - Elementary Organic Chemistry

A survey of the basic principles of organic chemistry. Topics include saturated, unsaturated and aromatic hydrocarbons; isomerism, sugars, fats and oils; proteins and nucleic acids; and molecular structure and spectroscopy.

COMPUTER INFORMATION SYSTEMS

CIS-107 - Computer Concepts and Applications

The course is designed to: provide a comprehensive overview of the comprehensive overview of the computer, what it is, what it can and cannot do, how it operates, and how it may be instructed to solve problems; familiarize learners with the terminology of date processing; examine the application of the computer to a broad range of organizational settings and social environments; prepare learners to understand and utilize computers in both their personal and professional lives.

COMMUNICATIONS

001109

COM-120 - Introduction to Mass Communications I

Mass communication and the new media technologies of cyberspace have become central to the psychological, social, economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media play in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities designed to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media on society are also discussed. Topics covered include: Media History; Mass Media in Society; Print History; Images in Media; Newspaper Industry; Book Industry; Radio History; Radio Industry; recording Industry; Film History.

COM-121 - Introduction to Mass Communications II

Mass communication and the new media technologies of cyberspace have become central to the psychological, social economic, and political realities of the human experience. It is more important than ever for students of all disciplines to understand the role the media plays in their world, their culture, and their lives. This course examines the media innovations, inventions, industries, and people that historically and currently have changed and challenged our world. Emphasizing the history of mass media as well as the current trends, this course presents information and activities to enable students to appreciate and evaluate the quality of print, audio, video, film and television. The course considers ethics, advertising, public relations, and audience feedback in the context of mass communication. Global media and the effect of mass media on society are also discussed. Topics covered include: Television History; Broadcast Television; Cable TV and Beyond; Television News; Print News; Public Relations; Advertising Media Rights and Responsibilities; Media Ethics; Audience and Feedback; Media Impact.

COM-209 - Public Speaking

Public Speaking focuses on developing effective presenting skills in front of live audiences. The course moves from an overview of topic- selection, research, structuring, writing, and rehearsal skills to student participation on topics similar to what may be encountered in business or social situations. Historical and contemporary speeches are analyzed, practical techniques are emphasized in message delivery, audience expectations, informative and persuasive approaches, the use of supportive materials and audio-visuals, gesture and physical environment, impromptu speeches, question/answer segments, panel structures, and the use of humor. Students produce three presentations on video tape for instructor review, beyond any previous sales or social presentations that the student regularly makes. A fourteen-part study guide is provided for the student to respond to by engaging in structuring, rehearsing, and delivering their speeches. Detailed outlines are submitted prior to actual presentations for instructor review and commentary. Students review the speaking style of two live speakers during the course.

COM-322 - Language in Social Contexts

Language is the center of all human activity. It defines who we are, what we can accomplish , what we have learned about our past and finally, what future generations will come to learn about us. In learning about language, we come to more fully appreciate who we are. This course will consider several aspects of how the language we speak and the societies we live in affect each other.

COM-335 - Elements of Intercultural Communication

This course presents a broad theoretical base in the study of intercultural communications. Its emphasis is the study of the many complex elements and processes involved in the sending and receiving of messages within intercultural contexts. The aim of the course is to increase the student's sensitivity, understanding, and awareness of intercultural differences and similarities that lead to more effective communication. The basic concepts, principles and skills for improving communication between persons from different minority, racial, ethnic, cultural and intercultural backgrounds will be covered.

COMPUTER SCIENCE

001110

COS-101 - Introduction to Computers

This course provides a broad, general introduction to computers including an introducton to programming using the QBASIC language. the course covers hardware and software fundamentals, essential computer applications, computer networking, how to use a computer to solve a problem and the impact of the information age on our work, our homes, society and the future. The course assists students in acquiring the ability to describe the uses of a variety of computer hardware and software, explain how computers are used

variety of computer hardware and software, explain how computers are used for a variety of applications, and provides insight into computer networking and its impact upon society. Students learn how to write programs using the QBASIC language to solve problems.

COS-116 - C Programming

C Programming provides an opportunity to study and gain experience with one of the most popular computer languages. Students will learn to write, debug and run programs in C language- the increasingly popular UNIX-related, intermediate-level software development language. The course covers operations, variables, loops, functions, pointers, input-output, data types, structure and file operations.

COS-213 - C++ Programming

C++ is an object-oriented extension of the C Computer Language. C++ is the most popular and high-potential object-oriented programming language in the United States and possibly the world. This course explores C++ programming in the context of object-oriented software development. Object orientation will be defined in terms of five object characteristics (encapsulation, relationship, inheritance, polymorphism, and dynamic building) used to build object-oriented programs.

COS-231 - Assembly Language

An introduction to the study of the basic structure and language of machines. Topics include basic concepts of Boolean algebra, number systems, language, addressing techniques, data representation, file organization, symbolic coding and assembly systems, use of macros, batch operation and job handling.

COS-241 - Data Structures

Advanced techniques for program construction and testing are emphasized. Topics include linked lists, trees, sorting, searching, string manipulation, and dynamic storage.

COS-330 - Computer Architecture

The analysis and design of the major elements of a digital computer. The specification of the interconnection of these elements to form a digital computer. This specification is accomplished with the aid of a special purpose register transfer language (similar to programming language). Control of the register-transfer sequence is treated from both the hardwired and microprogrammed view points. Interrupts and I/O are treated.

COS-352 - Operating Systems

Students will acquire an understanding of the role that an operating system has in the computing environment. The student will have hands on experience and assignments on four major operating systems ranging from microcomputer to mainframes. These operating systems are MS-DOS, VMS, UNIX, IBM, USE. Topics will include process management, device management, file structures, utilities, performance evaluation and networking.

CONTROLS                                                **001111**

CTR-211 - Electronic Instrumentation and Control

Automatic testing of electronic devices; electronic instrumentation and control: physical properties and their measurement. Industrial electronic circuit applications; interfacing process variables; motor motor control and

servo systems; numeric control systems; programmable controllers; industrial robots.

EARTH SCIENCE

EAS-101 - General Earth Science

This course introduces basic concepts of science in general and geoscience in particular. The course emphasizes the evolution of the earth and the development of the theoretical model of the earth as a whole. Topics include earth and other planets in the solar system; earth's oceans, interior and atmosphere; and a look toward the earth's future. It is designed for students with a general interest in and curiosity about the earth, and is not intended for science majors.

ECONOMICS

ECO-111 - Macroeconomics

Macroeconomics deals with broad economic aggregates, such as national income, the overall level of prices, employment and unemployment, and the money supply. Topics covered include the meanings and measurements of gross national product; business cycles; the effect of government expenditure and taxation; causes of inflation and unemployment; and international trade and the balance of payments. The course examines the major historic and contemporary events that have shaped the 20th century American economics. The course involves solving economic problems which require basic college mathematical skills.

ECO-112 - Microeconomics

This course demonstrates how the basic principles of economics apply to current U.S. economic problems and provides practice in applying economic analysis. It focuses on individual economic units and how purchase and production decisions determine prices and quantities sold. These principles are applied to a wide variety of economic problems which require basic college mathematical skills.

ECO-490 - International Economics

Pure or "real" aspects of international trade, including the basic comparative advantage model, commercial policy (tariffs, quotas, etc.), economic integration, role of international trade in economic development. Monetary aspects of international trade, including international capital movements, foreign exchange market, concepts and measurement of balance of payments, alternative means of correcting disequilibrium in the balance of payments, and international monetary arrangements.

ENGINEERING MECHANICS

001112

EGM-330 - Fluid Mechanics

The properties and behavior of fluids: density, pressure, fluid static, buoyancy, hydraulic devices. Course examines fluid dynamics, continuity of flow, Bernoulli's equation, Venturi's principle, the Pilot tube, and fundamentals of dynamic lift. Orifices, nozzles, tubes, valves, and other applications of flow control devices. Discussion of viscosity and flow losses are incorporated.

ENGLISH COMPOSITION

ENC-101 - English Composition I

This course focuses on teaching English composition and rhetoric from a process perspective. With an emphasis on audience awareness and purpose for writing, this course presents deliberate strategies for prewriting and revision. As the first course on college level writing, there is emphasis on the skills needed for academic and business writing.

ENC-102 - English Composition II

A continuation of English Composition I. Essay writing, writing a research paper, writing across the curriculum, writing for business and writing about literature are the essential components of this course. The course objectives are developed through applications to real life situations. Some library research is required.

ENGLISH

ENG-201 - Technical Writing

Technical writing for industry, business and research, focusing on the special requirements of the professional report.

ENVIRONMENTAL SCIENCE

ENS-200 - Environmental Science

This course provides a systematic inquiry into the state of the global environment. It focuses on the threats to different natural systems and the complex interconnections between human society and the environment. It provides an understanding of the sciences and ways of thinking involved in the study of the environment

FILM

FIL-110 - American Cinema

American Cinema is an introductory course in film studies. Through this course, students will learn to become more active and critical viewers as they question the images of America they see on the movie screen and redefine their own relationship to those images. The course endeavors to help students to increase their understanding of films as art, as cultural artifacts, as an economic force and as a system of representation and communication. Students will learn about the invention of the motion picture camera, the rise of the studio system, and the production of popular genres such as the western, the comedy, and the combat film, while examining the development of an American narrative tradition and the evolution of character with genres.

FINANCE

001113

FIN-301 - Principles of Finance

Managerial finance and the environment within which the financial decision-maker functions. Topics include: concepts and tools of financial analysis; working capital management; capital budgeting; the cost of capital; long-term financial management. Familiarity with basic accounting is essential.

GEOLOGY

GEO-151 - Physical Geology

Description of composition and structure of earth physical processes which

change earth's surface.

HISTORY

HIS-101 - Western Civilization I

Exploring the cultural and philosophical movements that have influenced the Western world from ancient times to the present. The course covers the influential pre Western civilizations through the classic period of the High Middle Ages. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-102 - Western Civilization II

Exploring the cultural philosophical movements that have influenced the Western world from ancient times to the present. The course commences with the end of the Middle Ages and continues through industrial modernization to the present. Material is integrated from a variety of academic areas and stimulates critical thinking.

HIS-113 - American History I

This course focuses on the origin and growth of the United States from 1492 to 1865. It also examines the social, economic and political development of the country with special emphasis on the major events from the English settlement at Jamestown to the Civil War.

HIS-114 - American History II

This course focuses on the transformation of the United States from 1865 to the present. Emphasis is on the transformation from an agrarian nation and minor member of the international community to an industrial world power. Beginning with the reconstruction of the South after the Civil War, the course traces the social, economic and political development of the country through the 1980s.

HIS-210 - American Civil Rights Movement

This course offers a comprehensive history of the people, stories, events and issues of the 20th century struggle for social justice in America. The course examines the Civil Rights Movement in terms of its impact on American society. It also considers the rise of other movements which transformed the face of American culture and discusses their influences on creating a new generation of American leadership.

001114

HIS-219 - Introduction to the History of Women And Family in America

This a course on women and the family in the United States from 1607 to 1870, which emphasizes the diverse experiences of ordinary people - of Indians and immigrants, of slaves and free African-Americans, of indentured servants and pioneer families - as it examines change in both the ideals and the reality of family life. Two other themes which complement the diversity and ideal/real themes are the gender division of labor in families and family resilience in the face of social and economic change.

HIS-235 - American Civil War

Based on the award-winning PBS series "The Civil War," this course presents the entire sweep of the war, from the battlefields to the homefronts, from the politicians and generals to the enlisted men and their families. Attention is given to the causes of the war, why the North won and the assassination of Lincoln

Lincoln.

HIS-261 - Introduction to the Chinese History and Culture

This course examines China's people, history, and heritage and explores a civilization that is more than 5,000 years old. Ancestral customs and beliefs, which still survive in parts of the countryside, are discussed. And the events of Tiananmen Square, where political tensions erupted in apocalyptic violence, are also examined. Intimate, rarely seen glimpses of daily life reveal the conflict between long- established customs and government-mandated changes. The course explores such issues as causes for the political and cultural forces that have unified China despite the great variety of its regions and its people; the incendiary public discontent that flared into violence at Tiananmen Square; and whether China's future is more likely to be one of turbulence and upheaval or peaceful evolution.

HIS-301 - African History and Culture

African History and Culture examines the history and contemporary life of Africa through its triple heritage: indigenous, Islamic and Western. This course offers a new perspective on Africa, explores the real story of the continent and looks at modern Africa with new insight. The course also examines African economic and social systems, examining both inherent conflicts and Africa's relationships with the rest of the world.

HIS-302 - The Renaissance: Origins of the Modern West

The Renaissance brought transformation of systems of government, technology, economic enterprise, social ideas and art that continue to influence contemporary society. This course explores the fundamental changes that occurred in Europe between the late 14th and late 17th centuries and shows how the issues raised in this period continue to influence the modern world. Topics focus on politics, war, dissent, economics, art and science, as well as on rulers, religious leaders, and soldiers.

HIS-310 - The Middle East

This course is not a traditional history course, but a multidisciplinary perspective on a region of the world which effects the entire world. The course focuses on the complex interrelationships of history, religion, economics, diplomacy, politics, geography and military strategy in the Middle East. Study is focused on four topics: the physical and cultural setting, the Middle East and the West, the twentieth century, and problem areas.

001115

HIS-333 - Modern Latin America and the Caribbean

This course presents a multidisciplinary study of the 20th century political, economic, social and cultural history of Latin America and the Caribbean. It covers key issues and events crucial to understanding the development of the modern day Americans; the relationship of Latin America and the Caribbean to the rest of the world; historical roots of regional tensions; national economics of the Americas; political instability, reform movements and revolutions; impact of migration and urbanization; regional ethnic identities; role of women; religious upheaval; cultural/artistic movements; and issues of sovereignty

HIS-356 - War and American Society

Focuses on the effects of war on American society, from the Revolutionary War to the present.

**HUMANITIES**

HUM-409 - The Age of the Enlightenment

This course explores the culture of the Age of Reason at its height through the in-depth study of a number of major texts and of certain leading figures. There is an interdisciplinary approach embodying, for instance, historical, literary and philosophical approaches. The works of fiction and poetry, philosophy, history, science, music and art are studied in their own right, but are also interconnected as mutually illuminating phenomena.

JOURNALISM

JOU-352 - News Writing

News Writing is a comprehensive journalism course designed to teach students how to start, develop and polish hard news and feature stories. In addition, related styles, such as editorial and column writing, are explored along with issues of language use, media ethics and media law. The course explores both journalism styles in broadcast and public relations, as well as print journalism.

LAW

LAW-201 -Business Law

An introductory course to the area of business law. Topics covered are the nature and meaning of law, contract law, sales contracts, commercial paper, agency law, property and the influence of government regulation.

LITERATURE

LIT-101 - Introduction to Modern English and American Literature I

Introduces students to English and American works from the period between 1789 and 1901. Provides a general introduction to literature and literary analysis; discussion of major cultural movements of the 19th century; and an anthology which includes selections by Blake, Wordsworth, Keats, Whitman, Dickinson, and Browning.

LIT-102 - Introduction to Modern English and American Literature II

Introduces students to English and American prose and poetry of the 20th century. Explores the ways in which 20th century writers have sought to go beyond the literature of earlier eras by experimenting with new ideas and new forms of expression. Examines influential figures of literary modernism - writers who sought ways to respond to the fragmentation and impersonality of modern life. Also examines postmodernist writers from the period after World War II to the present.

001116

LIT-130 - Analysis and Interpretation of Literature

Incorporating both contemporary and traditional works, this course is organized around three major genres of literature - short fiction, poetry and drama - allowing students to examine the literary elements of character, plot and symbolism. Critics and noted authors share perspectives on various works and the craft of writing. The course also places a strong emphasis on writing about literature as a way to learn and use advanced compositional techniques.

LIT-221 - Introduction to Children's Literature

Designed to inform students about the history and diversity of children's literature. this course covers a varietv of recommended works and suggests

criteria for selecting and evaluating alternative books. Specific genres covered include traditional fiction, historical fiction, multi-cultural literature, works of contemporary realistic fiction and information books. Requires regular access to a library with children's books.

LIT-320 - Shakespeare I

Examines eight plays to illustrate Shakespeare's range and variety. One history, three comedies, three tragedies, and a romance are covered.

LIT-337 - Twentieth-Century African American Novel

While focusing on the contemporary black novel, the course emphasizes the development, diversity, and quality of African American literature. Works other than popular and current novels promote a wider acquaintanceship with some of the major African American writers of the 20th century.

LIT-347 - Modern American Poetry

Modern American Poetry chronicles the collective achievement of America's great poets and their contributions to our national poetry. The course focuses on works of poetry rather than on biography, and conveys poetry as a dynamic, living art form in this country. Documentary, dramatic and experimental film techniques are skillfully combined in this course.

MANAGEMENT

MAN-301 - Principles of Management

Introductory course in management. Includes essential skills in planning and organizing, staffing and directing, controlling decision making, motivation, communication, and the application of management principles to the business organization.

MAN-331 - Human Resources Management

The following topics are covered: The field of personnel; Employment; Job analysis; Training and Development; Performance Appraisal; Motivation, Communication, and Leadership Styles; Compensation; Security; Personnel Legislation; Labor Relations, and; Current issues.

MAN-372 - International Management

001117

This subject places an emphasis on business behavior and organization including comparative management in various cultures. Management practices in Europe, Asia, Latin and South Americas, and Africa are contrasted with the strategies and operating principles of American firms. Consideration is given to analysis and comparison of the factors that influence business policy and organizational behavior in different societies and the implications of cultural differences on the rapidly growing trend toward multinational companies.

MAN-373 - Managerial Communications

The application of oral and written communication prinicples to managerial situations; an overview, simulation, and analysis of the communication process in the business environment. Topics include: alleviation of barriers; structure; information overload; interpersonal techniques such as transactional analysis, nonverbal and behavioral aspects.

MAN-432 - Small Business Management

Small Business Management provides students with an understanding of the tools entrepreneurs require to compete effectively in the world of business. Students observe a variety of small businesses in action and gain a first hand look at how to start a small business, evaluate business opportunities, market products or services, manage personnel and fiscal demands, and more. Wrap-up discussions feature business experts who analyze the issues addressed by the business owners and offer relevant advise

MARKETING

MAR-306 - Creating and Implementing the Electronic Enterprise

Explores the theories, concepts, practices, and technologies being developed to plan, implement, and manage product- and service-based electronic enterprises.

MAR-310 - Principles of Sales

Designed to introduce students to the principles of selling and to the role of the professional salesperson in the marketing process. The course explores the characteristics and skills necessary for success in sales; techniques for importance of relationship building, product knowledge, and post-sales service in long-term, consultative-style selling; territory and sales management; and selling in the global marketplace.

MAR-432 - Product and Services Development for Electronic Enterprise

Examines the market research, idea-generation, project-creation, testing, and commercialization processes that are involved in product development. Looks at how the use of electronic media for promotion and delivery is likely to affect those processes.

MAR-441 - Marketing with Electronic Media

Examines marketing as an organizational strategy, with emphasis on marketing communications as the component most relevant to usage of electronic media. Investigates the range of tools that enable electronic marketing.

MATHEMATICS

**001118**

MAT-115 - Intermediate Algebra

Topics include operations with algebraic expressions, linear equations and inequalities, systems of linear equations, algebraic fractions and fractional equations, application, graphing, and an introduction to functions. One year of high school algebra is needed to succeed in the course.

MAT-121 - College Algebra

An introductory college algebra course which provides an understanding of algebraic process and practical applications. Topics include quadratics, systems of linear equations, inequalities, complex numbers and logarithms, permutations and combinations, composite and inverse functions, and polynomial, exponential, and logarithmic functions.

MAT-128 - Precalculus for Business

Precalculus is designed to prepare students for courses in calculus and higher mathematics. It is broadbased to prepare students for courses in business. Active participation by students is fostered by means of a variety of activities.

Active participation by students is fostered by means of a variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skills. Topics covered include equations and inequalities; linear and quadratic functions; trigonometric functions, identities, equations and applications; systems of equations and inequalities, and analytic geometry (parabola) and series and sequences.

MAT-129 - Precalculus for Technology

Precalculus is designed to follow courses in college alegebra, .and to prepare students for courses in calculus and higher mathematics. It is broad-based to prepare students for courses in technology. Specific target population is students in the Applied Science and Technology degree program. Active participation by students is fostered by means of variety of activities. Learning is facilitated by shifting the focus from purely computational skills emphasized in more elementary mathematics courses to truly analytical skill. Topics covered include: exponential and logarithmic functions; exponential and trigonometric functions; exponential and trigonometric functions; trigonometric identities and equations, applications of trigonometry; systems of equations, systems of inequalities, series and sequences; and analytic geometry.

MAT-231 - Calculus I

Calculus I is an intensive, higher level course in mathematics that builds on courses like Precalculus for Technology. It aims at serving the needs of a wide student audience, including students in engineering mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points to help students become creative and efficient problem solvers, using technology as a means of discovery of numerical, graphical and analytical solutions to problems In addition, communication skills are emphasized, and students are required to interpret, describe, discuss,justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in he course include: the Cartesian plane, limits and continuity, problems of tangents, velocity and instantaneous rates of change, rules for differentiation, implicit differentiation, maxima and minima theory, antiderivatives and the indefinite integral, exponential and logarithmic functions, and area between curves.

MAT-232 - Calculus II

Calculus II is an intensive, higher level course in mathematics that builds on Calculus I. It aims at serving the needs of a wide student audience, including students in engineering, mathematics, the physical and life sciences, and economics, and is constructed around multiple focal points with the intention of helping students become creative and efficient problem solvers, using technology as a means of discovery of numerical graphical and analytical solutions to problems. In addition, communication skills are emphasized, and students are required to interpret, describe, dicuss, justify and conjecture as they search for solutions to problems. Real-life applications provide links with students' life worlds. Topics covered in the course include: inverse function: exponential, logarithmic, and inverse trigonometric functions; techniques of integration; parametric equations and polar coordinates; Infinite sequences and series; three-dimensional analytic geometry and vectors; partial derivatives.

**001119**

MAT-270 - Discrete Mathematics

This course is an introduction to sets, alphabets, formal languages and elementary logic and the study of recursively defined functions, algebraic structures and relations with emphasis on applications to computer science.

MECHANICAL ENGINEERING TECHNOLOGY

MET-311 - Machine Design I

The application of principles of mechanisms and strength of materials to mechanical design. Topics include theories of failure, fatigue, weldments, fasteners, spring and other machine elements subject to static and dynamic loading.

MET-312 - Machine Design II

A continuation of Machine Design I. Including the design of power screws, brakes, clutches, belt and chain drives, gears, gear trains, bearings, thick-wall cylinders, and other machine elements.

NUCLEAR TECHNOLOGY

NUC-412 - Radiation Biophysics

A study of the effects of radiation at the cellular and subcellular level. Emphasis will be placed on the chemical effects of ionizing radiation, the dose-response relationship in macromolecules, and the over all effects at the cellular level.

NUC-413 - Radiation Interactions

An advanced undergraduate course, which builds upon fundamental charged particles with matter. The course serves two purposes. First, it reviews the physics of the atom, radioactive decay and the interaction of charged particles with matter. Second, it describes the methods of radiation detection, and radiation dosimetry and shielding. Topics include the atomic model, nuclear radiation and the nucleus, radioactive decay curves, interaction of heavy charged particles with matter, interactions of electrons and positrons with matter, characteristics of charged particle tracks, interactions of photons with matter, methods of radiation detection, energy absorption and radiation dosimetry, and radiation attenuation and shielding

NUC-452 - Radiation Dosimetry

An advanced undergraduate course dealing with an analysis of the deposition of energy in tissue building upon the fundamental concepts taught in NUC-412-GS Radiation Biophysics and NUC-413-GS Radiation Interactions. This course involves a study of the theories currently in use to determine doses received both from radiation sources and radioactive materials located outside and from with the body. The various models which describe the distribution of radionuclides within the body and specific interactions with the organic systems are covered, along with an evaluation of various dosimetric systems.

OPERATIONS MANAGEMENT

001120

OPM-301 - Intro to Operations Management

Survey of operations management using system concepts to stress coordination, optimization, & control of materials, equipment & people to the management of all types of organizations. Topics include: logistics; production; purchasing; inventory control; and other areas of operations management & research.

PHILOSOPHY

PHI-286 - Contemporary Ethics

Ethical traditions, ethical analysis of issues arising in interpersonal and

Ethical traditions, ethical analysis of issues arising in interpersonal and personal-societal relationships and in professional and occupational roles (such as law, government, medicine, business, military service, journalism), relationships between ethical traditions and ethical analysis of situations.

PHI-376 -Major Philosophers: From Socrates to Sartre

Examines six major philosophers of Western Civilization: Plato, Descartes, Hume, Hegel, Marx and Sartre. Each philosopher's distinctive treatment of the real problems of his time conditioned the way in which later thinkers dealt with similar problems, and raised new problems which became the subject matter for future thought and investigation.

PHI-384 - Ethics and the Business Professional

This course focuses primarily on ethics as applied to business professionals. In addition to introducing many concepts of ethics, the course encourages students to develop practical methods and models for thinking about and resolving ethical issues and conflicts, and applying these to ethical issues and problems that arise in business. It investigates institutions and their personnel and practices in light of ethical considerations, covering a broad range of political, economic, societal and philosophical views.

PHOTOGRAPHY (FILM)

PHO-101 - Introduction to Photography

Introduction to Photography is designed to help students discover and develop the skills required to use photography confidently and effectively. A major emphasis of the course is to improve visual awareness. The Internet provides exciting opportunities to share rich visual experiences by viewing and studying students' work as well as the works of professional photographers. Completion of assignments will require students to interact frequently with assigned textbook, relevant web sites, and to apply these insights to their own photography. Significant discovery occurs through studying and sharing commentary pertaining to visual materials. For this reason, the instructor will routinely select student photographs from each assignment and moderate constructive commentary resulting from students viewing that work in an "online" gallery.

PHYSICS

001121

PHY-111 - Physics I

First-semester introductory course intended for nonscience majors. Focuses on mechanics and the properties of matter and includes study of motion and energy.

PHY-112 - Physics II

Second-semester introductory course intended for nonscience majors. Emphasizes the comprehension of topics such as electricity, magnetism, electromagnetism, light, and optics.

POLITICAL SCIENCE

POS-110 - American Government

This American government survey course explores the development and nature of American political culture, constitutional and structural arrangements, policy-making processes, and sources of conflict and consensus. Provides opportunities for students to learn how to access their

government.

POS-309 - Dilemmas of War and Peace

This course examines war and peace historically and in the contemporary world. It is designed to provide a comprehensive introduction to the problem of war and peace as it confronts the human race. In the context of the potential scale and destructiveness of modern warfare, the course explores and encourages critical thinking on the history of war and peace, the causes of war, the role of cultural and structural aspects influencing war and peace, and visions and strategies for the future.

POS-310 - Constitutional Issues

This is a course on constitutional rights and public policy. The focus of the course is a series of thirteen controversial constitutional issues, such as capital punishment, affirmative action, abortion, executive privilege and national security vs. freedom of the press. The course examines the human stories behind landmark Supreme Court cases which have helped define the Bill of Rights; how the Constitution adapts to changing times; how the Supreme Court corrects the errors of past courts; and how the balance between individual and societal rights is achieved.

PSYCHOLOGY

PSY-101 -Introduction to Psychology

This course examines the fundamental principles and major concepts of psychology. Topics include: the brain and behavior, sensation and perception, conditioning and learning, motivation and emotion, life- span development, the self, stress and health issues, and the methodology of psychology. .

PSY-211 - Developmental Psychology

The study of lifespan development; biological development; perception; learning and memory; cognition and language; social, emotional and personality development.

PSY-317 - Worlds of Childhood

Worlds of childhood, and advanced-level child development course, traces life's most extraordinary journey - the universal journey from babyhood to puberty. The course is distinguished by its multicultural and cross-cultural focus. Examining twelve families living on five continents, this course serves as a visually exciting and vital resource for learning how children grow in the many diverse and pluralistic worlds of childhood

001122

PSY-322 - Research in Experimental Psychology

An introduction to the research methods used by experimental psychologists as they attempt to understand the behavior of humans and lower animals. Examples of research studies, chosen from a variety of areas of experimental psychology, demonstrate these methods and provide an understanding of the type of knowledge these studies have produced.

PSY-331 - Introduction to Counseling

This course offers a discussion of the theories and techniques of counseling, with emphasis on developing listening, attending and observational skills.

PSY-350 - Abnormal Psychology

Explores the complex causes, manifestations and treatments of common behavioral disorders. Abnormal behavior is introduced in the context of psychological well-being to show that these behaviors range along a continuum from functional to dysfunctional.

PSY-369 - People and Organizations

This course focuses on two broad concerns: the nature of modern bureaucracies and the ways in which they affect their individual members, and the ways in which bureaucracies affect contemporary society. The approach to these issues is primary analytical and theoretical, with specific concerns presented within the context of organizational studies.

Social Psychology

This course surveys the field of social psychology and explores major topics, including communication, friendship, prejudice, conformity, leadership, aggression and altruism. The course aims to teach students to evaluate interpersonal communication and media presentations of current issues.

RELIGION

REL-371 - Myth and Culture

Myth and Culture presents the world's mythologies as taken from the lectures of Joseph Campbell, world-renowned scholar and mythologist. Students will gain an understanding of mythology's role in human history and religions throughout the world. Topics include: origins of man and myth, gods and goddesses, eastern philosophy, Arthurian legends, Tristan and Isolde, the Tibetan Book of the Dead and more

REL-439 -The Religious Quest

The course is designed as an intensive one-semester course in world religions. Emphasis is on specific forms of religious expression and practice, rather than the more abstract or theological aspects. Religions covered by the course are those of the majority of humankind and living traditions in today's world (Hinduism, Buddhism, religions of China and Japan, Judaism, Christianity, Islam and several African religions).

SOCIOLOGY

SOC-101 - Introduction to Sociology

What is the link between an individual and society? What is the social/ cultural impact on the development of personality? How does modern society differ from societies of the past? These questions are representative of those explained in this course, which examines the broad range of human social relationships and social structures, and the many forces - historical, cultural and environmental - that shape them. The central aim of this course is to guide students in the development of a sociological imagination grounded in a knowledge of sociological perspectives.

**001123**

SOC-210 - Marriage and the Family

Marriage and the family provides students with an understanding of the various approaches to studying the family and the varieties of U.S. family forms. It explores the family life cycle - mate selection, parenting and the major processes of family interaction. Lastly, it looks at some of the problematic aspects of the U.S. family, including stress, divorce and the elderly.

SOC-315 - Social Gerontology

This course in gerontology is designed to provide students with an understanding of old age as a stage of life. It examines the impact of society on aging and of aging on society, provides a foundation for understanding the processes of aging and old age, and introduces considerations regarding the importance of health-related and/or medical perspectives in studying aging. The approach of the course responds to the demographic wave that is sweeping our nation and world by exploring questions about what roles people will play in their eighth, ninth and tenth decades, and how institutions may evolve to address their needs.

SOC-322 - Dealing with Diversity

Failure to deal with diversity in society has led to increasing polarization among groups of people, and with increasing tension, frustration and anger. Based on the premise that the more we understand, the less we fear, this course introduces people from many diverse poopulations-Native Americans, Hispanic-Americans, Asian- Americans and Euro-Americans. Dealing With Diversity assists the different constraints and motivations of people from differing backgrounds.

SOC-335 - The Adult Years

This is an interdisciplinary social science course that explores the inner lives of adults and the relationships of those inner lives to family, work, education, and the community. The course focuses on adult years as composed of variability and change rather than predictable, sequential developmental stages. The course dispels myths about adult life and incorporates current research on adults.

SOC-376 - Women and Social Action

The course examines the impact gender stereotypes and barriers have on women's lives and how they intersect with other systems, such as age class, disability, ethnicity, race, religion and sexual orientation. This course will assist the student in analyzing and evaluating whether or not the goals and methods of particular social actions are consistent with an empowerment model of social change.

SOCIAL SCIENCES

001124

SOS-110 - Living in the Information Age

Living in the Information Age is an introductory level course intended primarily for students who are reentering academic study after a considerable hiatus in their formal schooling. Students will assess and strengthen their academic skills in reading, writing, calculating, and computing; and complete a number of assignments which will put these skills to practical use. The subject matter of the course is of natural interest and will also complement the instructional methods, which rely heavily on the use of computers and electronic communications. Students enrolling for this course must have access to a computer with CD ROM drive and a floppy disk drive. Windows 95 required.

SOS-304 - Drugs and Society

This course focuses on physiological, psychological and sociological aspects of drug abuse, including identification and discussion of historical and contemporary patterns. It endeavors to provide a balanced, factual account of drug abuse, including legal and ethical issues, pharmacological aspects and approaches to treatment and prevention of substance abuse. The course examines past and present drug abuse treatment modalities and analyses

examines past and present drug abuse treatment modalities and analyses factors and institutions at local, state and national level that affect the delivery of drug abuse services.

SPANISH

SPA-101 - Elementary Spanish I

An introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-102 - Elementary Spanish II

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

SPA-103 - Elementary Spanish III

Continued study of the introduction to the spoken and written language, emphasizing the skills of comprehension, speaking, reading, and writing.

STATISTICS

STA-201 - Principles of Statistics

An introduction to descriptive and inferential statistics. Measures of central tendency; variability; correlation; regression; hypothesis testing; non-parametric statistics.

© 2004 by Bronte International University. Please read our Privacy Notice

001125



Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# MEMBERSHIP AND ACCREDITATIONS

Bronte International University and their associates support efforts worldwide of educators that strive to improve delivery and content of education this century.

Bronte International University has been approved by the Association of Private Colleges and Universities, and is Accredited by the Association for Online Academic Excellence.

© 2004 by Bronte International University. Please read our Privacy Notice

BIU help
all I ever
Yc

001126



Credential Watch
Your Guide to Health-Related Education and Training

# Bw Wary of Nonrecognized Accreditation Agencies

Stephen Barrett, M.D.

Accreditation constitutes public recognition that an educational program meets the administrative, organizational, and financial criteria of a recognized agency. In the United States, educational standards for schools are set by a network of agencies approved by the U.S. Office of Education (USOE) or the Council on Recognition of Postsecondary Accreditation (CORPA). USOE or CORPA do not accredit individual schools, but they approve the national and regional agencies that do so. Almost all such agencies are voluntary and nongovernmental.

In addition to nonaccredited schools, there are also nonrecognized agencies. The following entities are not approved by the U.S. Department of Education. Therefore any so-called "accreditation" by these entities should be considered meaningless:

- Accrediting Commission International—based in Arkansas
- Accreditation Governing Commission of the United States of America
- American Association of Drugless Practitioners Commission on Accreditation
- American Association of International Medical Graduates
- American Council of Private Colleges and Universities
- American Naturopathic Medical Certification and Accreditation Board (ANMCAB)
- Association for Distance Learning (ADLP)
- * Association for Online Academic Excellence—possibly based in Wales *
- Association of Christian Colleges and Theological Schools—based in Virginia
- Board of Online Universities Accreditation
- Central States Council on Distance Education—4401 Connecticut Avenue NW, Suite 205, Washington DC 20001
- Commission on Medical Denturitry Accreditation (COMDA)
- Council for International Education Accreditation (CIEA)
- Council on Medical Denturitry Education (COMDE)
- Distance Graduation Accrediting Association
- Distance Learning Council of Europe
- European Council for Distance & Open Learning
- Examining Board of Natural Medicine Practitioners
- Higher Education Accreditation Commission
- Higher Education Services Association
- Inter-Collegiate Joint Committee on Academic Standards
- International Accreditation Agency for Online Universities
- International Accreditation Association
- International Accreditation for Universities, Colleges and Institutes
- International Accrediting Association for Colleges and Universities
- International Association of Universities and Schools

001127

- International Commission for Higher Education
- International Commission of Open Post Secondary Education
- International Council for Open and Distance Education
- International University Accrediting Association—based in California
- National Academy of Higher Education (NAHE)
- National Commission on Higher Education
- National Distance Learning Accreditation Council
- Non-Traditional Course Accreditation Body
- Southern Accrediting Association of Bible Institutes and Colleges
- United Congress of Colleges—Ireland, UK
- US-DETC—Nevada (not to be confused with the legitimate DETC, based in Washington DC.)
- Universal Council for Online Education Accreditation
- Virtual University Accrediting Association—based in California
- World Association of Universities and Colleges—based in Nevada
- World Online Education Accrediting Commission
- World-wide Accreditation Commission of Christian Educational Institutions

This page was posted on August 5, 2005.

---

Make a Donation | Search All of Our Affiliated Sites | Home

Sponsored Links to Recommended Companies

- Netflix: Free 2-week trial of DVD rentals by mail; 55,000 titles available
- Lazar's Luggage Superstore: Competitive prices on quality luggage, fine business cases, hard-to-find travel accessories
- Amazon Books: Internet's leading source of books, electronics, tools, toys, and many other consumer goods.
- ConsumerLab.com: Evaluates the quality of dietary supplement and herbal products.
- Healthgrades: Check your doctors' training, board certifications, and disciplinary actions.

001128

QuickLinks About AJU Admissions Academic Programs Brian Tracy

Home
Student Center
Faculty Center
Human Resources
Search Site

ANDREW JACKSON

800-429-9

# Distance Education

Information
*Need help? E-mail us*

001129

Andrew Jackson University's degree programs are designed for individuals who know how to manage their time and need a method of study permitting flexibility. Most mid-career adults are involved in numerous concurrent pursuits including family obligations, employment responsibilities, and leisure activities, as well as voluntary civic, community or religious involvement.

When the need arises, Andrew Jackson University is there to help motivated students achieve goals of career enhancement, professional development, or self-fulfillment.

Our educational method provides focused, online, directed learning experiences. Textbook-based courses - along with an online classroom - enable students to study when it is most convenient, progress individually, and earn a degree without the frustration of scheduling traditional or virtual class attendance.

ANDREW JACKSON UNIVERSITY
We deliver quality education to your doorstep.

001130

# Regional and National Accrediting Agencies Recognized by the United States Department of Education

Accrediting Council for Independent Colleges and Schools
Distance Education and Training Council
Middle States Association of Colleges and Schools
New England Association of Schools and Colleges
North Central Association of Colleges and Schools
Northwest Association of Schools and Colleges
Southern Association of Colleges and Schools
Western Association of Schools and Colleges

# Accrediting Bodies NOT Recognized by the United States Department of Education

Accrediting Commission for Specialized Colleges
Accrediting Commission International (ACI)
Accrediting Council for Colleges and Schoools
Alternative Institution Accrediting Association
American Association of Non-traditional Colleges and Universities
American Association of Schools
American Council of Private Colleges and Universities (ACPCU)
American Education Association for the Accreditation of Schools, Colleges & Universities
American International Commission for Excellence in Higher Education, Inc.
Arizona Commission of Non-Traditional Private Postsecondary Education
* Association for Online Academic Excellence *
Association of Accredited Private Schools
Association of Career Training Schools
Association of World Universities and Colleges
Commission for the Accreditation of European Non-Traditional Universities
Council for the Accreditation of Correspondence Schools
Council on Post Secondary Alternative Accreditation
Distance Education Council of America
Distance Graduation Accrediting Association (DGAA)
Global Accreditation Commission
Integra Accreditation Association
International Academic Accrediting Commission
International Accrediting Association
International Accrediting Commission for Postsecondary Institutions
International Accrediting Commission for Schools, Colleges, and Theological Seminaries
International Association of Colleges and Universities
International Association of Non-Traditional Schools

01131

International Commission for the Accreditation of Colleges and Universities
Middle States Accrediting Board
Midwestern States Accreditation Agency
National Accreditation Association
National Association for Private Post-Secondary Education
National Association of Alternative Schools and Colleges
National Association of Open Campus Colleges
National Association for Private Nontraditional Schools and Colleges
National Council of Schools and Colleges
Pacific Association of Schools and Colleges
The Association for Online Distance Learning
Virtual University Accrediting Association
West European Accrediting Society
Western Association of Private Alternative Schools
Western Association of Schools and Colleges (this is also the name of a legitimate regional accreditor)
Western Council on Non-Traditional Private Post Secondary Education
World Association of Universities and Colleges
Worldwide Accrediting Commission

001132



International University
John Q. Sample
Bachelor of Science
Business Administration

001133

PENGAD-Bayonne, N. J.
EXHIBIT
DHR 14




State of Alabama
Department of Human Resources
S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

June 12, 2006

Mrs. Virginia Hopper

*RE: Amendment to original charge letter of May 9, 2006.*

Dear Mrs. Hopper:

This is to inform you that the administrative hearing has been rescheduled for Thursday, June 22, 2006, at 9:00 a.m. in the South Meeting Room of the Gordon Persons Building, 50 N. Ripley Street, Montgomery, Alabama. The purpose of the hearing is to hear charges and evidence concerning false information contained on your job application for Accountant ***and evidence that you are not qualified for your current position as an accountant.*** The composition and conduct of this hearing will be in accordance with Chapter 5 of the departmental Personnel Policies and Procedures Manual. You are expected to appear at this disciplinary hearing at the date and time specified. Changes in scheduling will be made only for good cause and if the request is made at least forty-eight hours prior to the hearing.

It has been brought to my attention that you have violated *Rules of the State Personnel Board,* 670-X-19-.01 (2) (f), Falsification of records – Application for Employment.

On your Application for Examination for Accountant, you indicated you received a B.S. degree in Business Administration from Trinity University, 715, Stadium Drive, San Antonio, Texas 78212, in May 2002. You further attached a list of courses you completed that were particularly related to the accounting position. Trinity University in San Antonio, Texas has stated they have been unable to locate records verifying that you were enrolled at that university. Furthermore, several of the course numbers listed in the attachment to your application did not correspond with the course numbers listed in Trinity's curriculum.

**001134**

Falsification of records is a serious violation that could result in discharge on the first offense. Your signature on the employment application certifies that all statements on the application and any attachments to the application are true and correct; and that any false statements could result in removal from the register or release from employment.

*You were hired and are currently employed as an Accountant (10611) in the DHR Finance Office. In order to qualify for this position, an employee must have a Bachelor's Degree with a major in Accounting or Business Administration and have completed five (5) college level accounting courses including Principles I & II and Intermediate I and II, or equivalent courses. Evidence indicates that you do not have a degree from an actual school or university but obtained the degree from a "diploma mill" calling itself Trinity College and University, and that you did not attend any classes at this university. Furthermore, there is no evidence that you have taken Intermediate Accounting II.*

If evidence provided to the hearing officer supports these charges, it could result in disciplinary actions of increasing severity, including suspension up to 30 days in a calendar year, demotion, or termination of employment. The Department will be seeking termination of your employment.

With the exception of records and materials protected by federal and state laws and regulations, all pertinent materials dealing with this matter will be made available in the Department of Human Resources Legal Office, Gordon Persons Building. A request for review of this material must be made in advance by you or your legal counsel. If you intend to have an attorney, please notify the Personnel Division as soon as possible.

Sincerely,

Page B. Walley, Ph.D.
Commissioner

I have been informed of the foregoing and accept a copy of the same this the 12th day of June 2006.

Virginia S. Hopper

Thomas A. King, Personnel Director

AUM - Advance Technology Group - 1999

NAIC Reinsurance Seminar - 1996

NOLHGA Seminar - 1995

NAIC Reinsurance Seminar - 1995

Wetumpka Vocational School - 1995
Windows 3.1

SIR/NCIGF Working Together Seminar 1994

Department Training
Windows 95 + 98

Wetumpka Vocational School 1993
Computer Applications I + II
Basic Accounting

Troy State University
Prin of Accounting I
Prin of Accounting II
Governmental Accounting
Managerial Accounting

001136

EXHIBIT
1
Hopper
PENGAD 800-631-6989

# TROY University
*Trojan Web Express*

Menu
FAQ
Log Out

0360263 Virginia Hopper

| Course/Section and Title | Grade | Credits | CEUs | Repeat | Term |
|---|---|---|---|---|---|
| 1 ACT-291 WS Principles of Accounting I | A | 3.33 | | ☐ | 98/SP |
| 2 ACT-292 WS Principles of Accounting II | A | 3.33 | | ☐ | 98/SU |
| 3 ACT-394 AA Governmental Accounting | B | 3.33 | | ☐ | 99/SU |
| 4 ACT-293 AA Managerial Accounting | C | 3.33 | | ☐ | 00/WN |
| 5 CIS-140 AC Basic Microcomputing | A | 2.00 | | ☐ | 00/WN |
| 6 ACT-3391 BAR Intermediate Accounting | A | 3.00 | | ☐ | 03/SP |

| | |
|---|---|
| Total Earned | 18.33 |
| Total Grade Points | 63.33 |
| Cumulative GPA | 3.455 |

001137

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

001138

June 2000 - DHR Acct Payable Section - as Acct Clerk

Feb 2001 - Acct Tech

Reconcile purchase orders and invoices - 50%
verify code and balance records
check for completeness and accuracy of invoices

Prepare data to be processed by computer to generate payment voucher - 25%
calculate accounting distribution
Allocate cost items to a variety of accounts according to prescribed classifications

Maintain records in accordance with established procedures.
Record payment date, payment amounts, and balances per vendor accounts.
Check balances and retrieve data from an accounting system by use of a computer.

001139

I am responsible for correctly coding and processing invoices for payment, completely and accurately. I spend a good deal of time preparing data to be processed to generate payment vouchers.

services rendered of products produced to support the dept needs.

Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

## PREAPPRAISAL

Employee Name: VIRGINIA HOPPER
Social Security Number: [redacted]

Agency: FINANCE
Division: CONTROL & ACCOUNTS

Classification: ACCOUNTING TECH
Class Code: 10605

Period Covered From: 2/23/02 To: 6/1/02

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

001141

- Estate Management - manage day to day activities of insolvent insurance companies
- Delegate or assign task for the estates to the support team
- Review and approve status reports and petitions before they are filed with the courts
- Reconcile Bank Statement for all estates
- Prepare cash balance, transactions, and missing check reports
- Retrieve data from an on line accounting system
- Schedules of short term investment maturities
- Journalize and enter data into an on line accounting system
- Compile and prepare subsidiary accounts
- Prepare and process checks by on computer system
- Calculate and file claims subject to reinsurance
- Research records and provide medical updates on claimants for reinsurers
- Account receivables, agents collection accounts, premium collections
- Calculate and process return of premium
- Communicate with policyholders and agents
- Communicate with providers on behalf of claimants
- Maintain mortgage loan accounts

T WRITE IN THIS SPACE

# STATE OF ALABAMA
# APPLICATION FOR EXAMINATION

RETURN TO
STATE PERSONNEL DEPARTMENT
MONTGOMERY, ALABAMA 36130

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned.

Examination For Which You Are Applying (one per application)

Option (if applicable)

ENTER SOCIAL SECURITY NUMBER BELOW.

[redacted]

ame Virginia (First) S. (Middle) Hopper (Last)

ss · [redacted] House or Apartment Number, Street

[redacted] City, State, County, Zip Code

ione Number: Home [redacted] Area Code Work [redacted] Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth [redacted] (Month) (Day) (Year)

Sex (check one) 1. ( ) Male 2. (✓) Female

.ce (check one) 1. (✓) White 2. ( ) Black 3. ( ) Hispanic 4. ( ) Asian or Pacific Islander 5. ( ) American Indian or Alaskan Native

EDUCATION: CIRCLE THE HIGHEST GRADE OF SCHOOL COMPLETED.

2 3 4 5 6 7 8 9 10 11 (12) (GED) College 1 2 3 4 Graduate 1 2 3 4

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

001143

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| | | | | | |
|---|---|---|---|---|---|
| NCIGF Seminar | 11.5 | NOLHGA Seminar | | | |
| IC Reinsurance Seminar | 12 | NAIC/SIR Insolvency | 10 | | |

CERTIFICATE

I affirm that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false ments may cause me to be denied the chance for testing, to be removed from a register, or released from employment. I have no knowledge of the examination. I will not discuss the test I have taken. I further authorize the release of all relevant prior loyment, military service and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time ... hours worked

ences: At the time of interview, you may be asked to furnish names and addresses of reliable persons, not relatives or present employer, who you well enough to give information about you.

need special testing aids and/or services in order to accommodate a disability or health problem, please indicate here:

you ever been involuntarily terminated, discharged, forced or asked to resign from any job? ( ) Yes (✓) No

answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

you ever been convicted of a misdemeanor or felony crime? ( ) Yes (✓) No

answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating stances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT IATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION R (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. IESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your anged should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

nt or Last Employer: te of Alabama Insurance Dept.
eivership Division 64 North Union Mont. Al

Your Official Job Title: Reinsurance Coordinator

Type of Business: Liquidators Office

| OM Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|
| 94 | Present | | 35 | 40 | $ 10.00 Per hr. | $ 13.23 Per hr. | (✓) Yes ( ) No |

Title of Employees You Supervised tinuing Basis

Equipment You Operated: Phone System 486 Computer Printer, Fax, Copier, Adding Machine

tle and Telephone Number isor: Barbara Spears - Deputy Receiver (334) 353-4115

Reason for Leaving:

Your Duties in Detail: Reinsurance - Review EOG, update reports and file claims, receive and post payments, t medical reports and progress status on claimants from GA, coordinate information with rers. Collection Accounts: Agencies and insured - receive and post payments, contact payment are late. Agent Balances - create invoices notify and collect balances, set up nt plans, prepare Promissory Notes, assign account numbers, Produce monthly reports ents accounts and monies received and adjustments to accounts. Quarterly reports tanding balances, receivables on Agents accounts and reinsurance delinquent accounts mounts.

ver: e of Alabama Dept. of Corrections
y Correctional Facility - Montgomery

Your Official Job Title: Clerk - Typist - Medical Records

Type of Business: Correctional

001144

| M Year | TO Month | TO Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|
| 79 | 7 | 79 | 6 | | $ ___ Per ___ | $ ___ Per ___ | (✓) Yes ( ) No |

itle of Employees You Supervised nuing Basis

Equipment You Operated: Typewriter Adding Machine, Copier

e and Telephone Number sor: Dr. Null

Reason for Leaving: Brookwood Medical Center took over Medical Services at Kilby.

Your Duties in Detail

medical history of incoming inmates, set up files on each, updated medical dental records, scheduled appointments for inmates to see the doctor ntist.

# Trinity

## College & University

has conferred upon

## Virginia Swearengin Hopper

the degree, rank and academic status

Bachelor of Science

with a major in

Business Administration

Distinction

All requirements of the Board of Regents and Examiners having been successfully completed. All rights and privileges thereunto appertaining are hereby awarded.

Signed and sealed upon this twenty-fifth day of May two thousand and two

001145

EXHIBIT
2
Hopper
PENGAD 800-631-6989

Rowena H. Kingston
Dean of Studies

CTU

Dominick Christian Joseph
Board of Examiners

Department of Business Administration at Trinity University Homepage

Page 1 of 1

COMMON CURRICULUM

BACHELOR OF ARTS IN BUSINESS ADMINISTRATION

BACHELOR OF SCIENCE IN BUSINESS ADMINISTRATION

001146

**Business Core Curriculum**

- MGMT 2301 (Management)
- MKTG 2301 (Marketing)
- ACCT 1301 (Fnc'l Accounting)
- ACCT 1302 (Mgr'l Accounting)
- BUSN 3301 (Statistics)
- BUSN 3302 (Busn Law I)
- FNCE 3301 (Finance)
- BUSN 4301 (Busn Policy)

24 Hours

B.A.

**Business Electives**

9 Hours

B.S.

**BUSN 3303** Quant Mgr'l Decision Making

**Accounting**

- ACCT 3341 (Intermed – I)
- ACCT 3342 (Intermed – II)
- ACCT 3343 (Tax)
- ACCT 4344 (Auditing)
- BUSN 3341 (Busn Law – II)

15 Hours

**Finance**

- FNCE 3351 (Instit & Mkts)
- FNCE 3352 (Investments)
- FNCE 4351 (Mgmt/Policy)

9 Hours

**Management**

- MGMT 3371 (Hum Res Mgmt)
- MGMT 3372 (Org Behavior)
- MGMT 4371 (Strat Mgmt)

9 Hours

**Marketing**

- MKTG 3383 (Mktg Research)
- MKTG 4381 (Mktg Mgmt)
- MKTG 3381 (Consum Behav)
- or
- MKTG 3382 (Promo Mgmt)

9 Hours

**Int'l Business**

- BUSN 3361 (Int'l Busn Law)
- FNCE 3361 (Int'l Finance)
- MGMT 3361 (Int'l Mgmt)
- MKTG 3361 (Int'l Mktg)

9 Hours

19 DE

ELECTIVES IN BUSINESS TO BRING TOTAL HOURS TO 45

ELECTIVES TO BRING TOTAL HOURS TO 124

DEGREE

EXHIBIT 3 Hopper

PENGAD 800-631-6989

866-831-4854 * * See List *

EXHIBIT
4
Hopper
PENGAD 800-631-6989

RECEIVED
OCT 22 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINITY UNIVERSITY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA04CA0313-OG |
| | § | |
| TRINITY COLLEGE & UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

MOTION FOR ENTRY OF FINAL JUDGMENT AND
ORDER OF PERMANENT INJUNCTION

TO THE HONORABLE JUDGE OF THE DISTRICT COURT

COMES NOW Plaintiff, Trinity University ("Trinity University") and files this Motion for Entry of Final Judgment and Order of Permanent Injunction in the above-referenced action, and would respectfully show the Court the following:

1. The parties have settled and compromised the case. A copy of the Settlement Agreement and Full and Final General Release ("Settlement Agreement") is attached hereto as Exhibit "A" and incorporated herein by reference. Paragraph 3 of the Settlement Agreement provides that the parties agree to the entry of a Final Judgment and Order of Permanent Injunction. A copy of the proposed Final Judgment and Order of Permanent Injunction is attached hereto as Exhibit "B" and incorporated herein by reference.

WHEREFORE, premises considered, Plaintiff requests that this Court enter the Final Judgment and Order of Permanent Injunction attached hereto as Exhibit "B" and for other and further relief to which it may be entitled.

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: ______________________
J. Daniel Harkins
State Bar No. 09008990
M. Elizabeth Parks
State Bar No. 24027594

ATTORNEYS FOR PLAINTIFF,
TRINITY UNIVERSITY

001148

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Entry Final Judgment and Order of Permanent Injunction was served upon the following counsel on this 22 day of October, 2004:

Albert Nicaud
Nicaud, Sunseri & Fradella, L.L.C.
3000 18th Street
Metairie, Louisiana 70002

Mr. Charlie W. Hanor
Attorneys at Law
750 Rittiman Road
San Antonio, Texas 78209

[signature]

001149

# SETTLEMENT AGREEMENT AND FULL AND FINAL GENERAL RELEASE

## Definitions

For purposes of this Settlement Agreement and Full and Final General Release:

1. "Agreement" refers to this Settlement Agreement and Full and Final General Release.

2. "Trinity University" refers to Trinity University and its Affiliates.

3. "Marks" refer to (i) United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services namely providing courses of instruction at the college level; (ii) United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs; (iii) United States Service Mark Registration No. 1,635,765 for TRINITY UNIVERSITY E TRIBUS UNUM 1869 SAN ANTONIO, TEXAS & DESIGN to identify educational services namely providing courses of instruction at the college level; and (iv) United States Trademark Registration No. 1,642,057 for TRINITY UNIVERSITY E TRIBUS UNUM 1869 SAN ANTONIO, TEXAS & DESIGN to identify pencils, pens, file folders, notebooks, desks or wall counters, loose leaf binders, books, covers, stationery, letter openers, paper napkins and doilies, paper pendants, window stickers, paper name badges, printed window signs, wrapping paper, playing cards, glass and plastic beverage ware, coffee cups and paper plates, t-shirts, sweatshirts, athletic shorts, sweat pants, tank tops, caps and hats.

4. "Trinity College" refers to Trinity College and University and its Affiliates.

5. "Claims" refers to and includes any and all claims, rights, demands, debts, liabilities, controversies, and causes of action, of any and every character, whether known or unknown, asserted or unasserted, liquidated or unliquidated, accrued or unaccrued, mature or not yet mature, at law or in equity, whether in contract, in tort, or under statute (including without limitation claims for economic loss, lost profits, loss of capital, emotional distress, mental anguish, personal injuries, punitive damages, or future damages, or under the laws of the State of Texas), or under any other theory, of any nature whatsoever, arising at any time from the beginning of the World through and including the effective date of this Agreement.

6. "Complaint" refers to and includes any and all complaints and other pleadings that the Parties filed or could have filed, including without limitation the Plaintiff's Original Complaint, in Cause No. SA-04-313-OG, *Trinity University v. Trinity College & University*, pending in the United States District Court for the Western District of Texas, San Antonio Division.

**001150**

EXHIBIT "A"

7. "Lawsuit" refers to Cause No. SA-04-313-OG, *Trinity University v. Trinity College & University*, pending in the United States District Court for the Western District of Texas, San Antonio Division.

8. "Party" and "Parties" refer to and include Trinity University and Trinity College, as defined herein.

Recitals

**Whereas**, disputes and claims have arisen between Trinity University and Trinity College concerning the use of the Marks; and

**Whereas**, Trinity University is, and at all relevant times has been, the sole and exclusive holder of all rights, title, and interest in the Marks; and

**Whereas**, the Parties have agreed to fully and finally compromise and settle any and all disputes between them; and

**Whereas**, in furtherance of such settlement the Parties have agreed to the undertakings set forth below.

**Therefore**, as material considerations and inducements to the execution of this Agreement and in consideration of the mutual promises set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Trinity University and Trinity College hereby contract, covenant and agree as follows:

Agreements and Releases

1. Agreement To Cease Using the Marks. Subject to subparagraph (f) below, Trinity College agrees that it will cease:

(a) Using the term or word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers,

bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks; and

(e) Unfairly competing with Trinity University in any manner whatsoever.

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

2. **Destruction of Infringing Items.** Trinity College agrees to deliver up for destruction and to destroy products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

3. **Disposition of Lawsuit.** The Parties shall file an Agreed Motion for Entry of Permanent Injunction and Final Agreed Judgment in the form set forth in the attached Exhibit "A," and shall submit to the Court for entry a Permanent Injunction and Final Agreed Judgment in the form set forth in the attached Exhibit "B."

4. **Release of Trinity College by Trinity University.** Contingent upon the performance of the obligations of Trinity College as set forth in paragraphs 1 through 3 above, Trinity University hereby forever releases and discharges Trinity College, from any and all further liability related to or arising from Trinity College's use of the Marks prior to the date of this Settlement Agreement.

5. **Release of Trinity University by Trinity College.** In consideration of the foregoing, Trinity College hereby forever releases and discharges Trinity University, from any and all claims, rights, demands, debts, liabilities, damages, controversies and causes of action, known or unknown, asserted or unasserted, liquidated or unliquidated, fixed or contingent, accrued or

001152

unaccrued, of any nature whatsoever whether sounding in tort, contract, statute or any other theory of liability, which may be asserted by Trinity College against Trinity University and its present and former parents, subsidiaries, affiliates, predecessors, successors, shareholders, partners, officers, directors, agents, representatives, employees, attorneys, heirs, executors, administrators, personal representatives, successors and assigns arising directly or indirectly out of the Lawsuit, or otherwise, which Trinity College may now have or ever have had in the past against Trinity University.

6. **Authority and Ownership of Claims.**

(a) Trinity University represents, covenants and warrants that it has the full authority and capacity to make this Agreement and to grant the releases set forth herein, that it is the sole owner of any and all Claims ever possessed by it against Trinity College and that no portion of any Claims that it ever may have possessed against Trinity College has been sold, assigned, transferred, pledged or hypothecated to any third party.

(b) Trinity College represents, covenants and warrants that it has the full authority and capacity to make this Agreement and to grant the releases set forth herein, that it is the sole owner of any and all Claims ever possessed by it against Trinity University and that no portion of any Claims that it ever may have possessed against Trinity University has been sold, assigned, transferred, pledged or hypothecated to any third party.

7. **Full and Final Settlement.** The Parties understand and agree that the performances specified in this Agreement are in full settlement, satisfaction and compensation for all Claims that Trinity University may have against Trinity College.

8. **Enforcement of Settlement Agreement.** Should any Party to this Settlement Agreement incur any expenses in enforcing any of the provisions hereof, the losing Party shall pay to the prevailing Party all reasonable expenses incurred, including court costs, and the amount thereof may be recovered by original action, counterclaims or otherwise.

9. **Successors and Assigns.** This Agreement shall be binding upon and inure to the benefit of each of the Parties hereto and their respective successors and assigns.

10. **Amendment.** This Agreement may not be amended or otherwise changed except by an agreement in writing signed by each of the Parties hereto.

11. **Severability.** If any provision of this Agreement is or may be held by a court of competent jurisdiction to be invalid, void or unenforceable, the remaining provisions shall nonetheless survive and continue in full force and effect without being impaired or invalidated in any way.

12. **Counterparts.** This Agreement may be executed in several counterparts, each of which shall be an original and each of which shall constitute but one and the same instrument.

13. **Complete Agreement.** Each Party acknowledges that this Agreement constitutes the full, final and complete settlement of their differences and supersedes all other written or oral

exchanges, arrangements, or negotiations between them concerning the subject matter of this Agreement, and further acknowledges that there are no representations, agreements, arrangements, or understandings, oral or written, concerning the subject matter of this Agreement that are not fully expressed herein or therein.

14. **Headings and Construction.** Headings in this Agreement are for the convenience of the Parties and are not to be used in construing the Agreement. This Agreement shall not be construed or interpreted against either Party, either by having drafted this Agreement or otherwise, but shall be construed and interpreted as to give the fullest effect to the releases set forth herein.

15. Each Party expressly represents and warrants to the other that it has carefully read this Agreement, understands its contents, and signs this Agreement as its own free act.

In witness whereof, the Parties have caused this Agreement to be executed to be effective October 4, 2004.

Executed in San Antonio, Texas, by:

Trinity University

By: Craig McCoy
Craig McCoy
Its: Vice-President for Fiscal Affairs
Date: 10/18/04

Executed in Hartford, CT, by:

Trinity College and University

By: Thomas P. Williams
Thomas P. Williams
Its: President
Date: 10/4/04

**001154**

State of Texas §
§
County of Bexar §

Before me, the undersigned authority, on this date personally appeared Craig McCoy, the Vice President for Fiscal Affairs of Trinity University, known to me to be the person whose name is subscribed to the foregoing Settlement Agreement and Full and Final General Release, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on October 18, 2004.

Maria L. Soto
Notary Public, State of Texas

State of LA §
§
~~County~~ Parish of Jefferson §

Before me, the undersigned authority, on this date personally appeared Thomas R. Williams, the President of Trinity College and University, known to me to be the person whose name is subscribed to the foregoing Settlement Agreement and Full and Final General Release, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on Oct. 4, 2004.

Notary Public, State of LA

001155

676398.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINITY UNIVERSITY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA04CA0313-OG |
| | § | |
| TRINITY COLLEGE & UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT AND ORDER OF PERMANENT INJUNCTION

Plaintiff, Trinity University ("Trinity University") and Defendant, Trinity College & University ("Trinity College") file this Joint Motion for Entry of Agreed Final Judgment and Order of Permanent Injunction in the above-referenced action.

1. The parties have settled and compromised the case and part of the settlement involves the entry of an Agreed Final Judgment and Order of Permanent Injunction. A copy of the proposed Agreed Final Judgment and Order of Permanent Injunction is attached hereto as Exhibit "A" and incorporated herein by reference.

WHEREFORE, premises considered, Plaintiff and Defendant requests the Court to enter the Agreed Final Judgment and Order of Permanent Injunction attached hereto as Exhibit "A" and for other and further relief to which it may be entitled.

001156

EXHIBIT "A"

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By:______________________________
J. Daniel Harkins
State Bar No. 09008990
M. Elizabeth Parks
State Bar No. 24027594

ATTORNEYS FOR PLAINTIFF,
TRINITY UNIVERSITY

CHARLES W. HANOR, P.C.
750 Rittiman Road
San Antonio, Texas 78209
(210) 558-9500
(210) 558-9509 (Fax)

By:______________________________
Charles W. Hanor
State Bar No. 08928800

ATTORNEYS FOR DEFENDANT,
TRINITY COLLEGE & UNIVERSITY

001157

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINITY UNIVERSITY, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. SA04CA0313-OG |
| | § | |
| TRINITY COLLEGE & UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**AGREED FINAL JUDGMENT AND**
**ORDER OF PERMANENT INJUNCTION**

On this date, the referenced cause came on for hearing. The parties appeared by and through their respective counsel of record and announced to the Court that they had reached an agreement and requested entry of the Judgment. A jury was waived and the Court, based on the pleadings, evidence and papers on file, and the stipulation of Plaintiff Trinity University ("Trinity University") and Defendant Trinity College & University ("Trinity College"), is of the opinion and finds that the allegations of Trinity University's Complaint have been admitted and the Court finds as follows:

1. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report*.

2. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are

001158

EXHIBIT "B"

sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

3. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

4. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065.

5. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid and uncontestable.

6. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

7. Defendant has adopted and used, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings.

8. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily

News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet.

9. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

10. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

11. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

12. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have

damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

13. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

14. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

15. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

16. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

17. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law.

The Court is of the opinion and finds that Plaintiff Trinity University is entitled to recover injunctive relief against Trinity College and joining use of the mark TRINITY or any other word, symbol, phrase or term similar to TRINITY.

**001161**

676758.1

IT IS, THEREFORE, ORDERED that, subject to subsection (f) below, Defendant Trinity College & University, their agents, servants, employees and all persons or entities acting in connection or in concert with it, are permanently enjoined and restrained from

(a) Using the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks;

(e) Unfairly competing with Trinity University in any manner whatsoever; and

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

IT IS FURTHER, ORDERED ADJUDGED and DECREED that Trinity College & University shall deliver up for destruction and to destroy all products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

Signed and ordered this ____ day of __________, 2004.

HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

001163

676758.1

APPROVED AS TO FORM:

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By:______________________________
J. Daniel Harkins
State Bar No. 09008990
M. Elizabeth Parks
State Bar No. 24027594

ATTORNEYS FOR PLAINTIFF,
TRINITY UNIVERSITY

CHARLES W. HANOR, P.C.
750 Rittiman Road
San Antonio, Texas 78209
(210) 558-9500
(210) 558-9509 (Fax)

By:______________________________
Charles W. Hanor
State Bar No. 08928800

ATTORNEYS FOR DEFENDANT,
TRINITY COLLEGE & UNIVERSITY

001164

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TRINITY UNIVERSITY, §
§
Plaintiff, §
§
v. § Civil Action No. SA04CA0313-OG
§
TRINITY COLLEGE & UNIVERSITY, §
§
Defendant. §

FINAL JUDGMENT AND
ORDER OF PERMANENT INJUNCTION

On this date, the referenced cause came on for hearing. Trinity University appeared by and through its counsel of record, announced to the Court that the parties had reached an agreement, and requested entry of a judgment. A jury was waived and the Court, based on the pleadings, evidence and papers on file, and the agreement of Plaintiff Trinity University ("Trinity University") and Defendant Trinity College & University ("Trinity College"), is of the opinion and finds that the allegations of Trinity University's Complaint have been admitted and the Court finds as follows:

1. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report*.

2. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are

sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

3. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

4. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065.

5. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid and uncontestable.

6. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

7. Defendant has adopted and used, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings.

8. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily

News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet.

9. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

10. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

11. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

12. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have

damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

13. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

14. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

15. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

16. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

17. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law.

The Court is of the opinion and finds that Plaintiff Trinity University is entitled to recover injunctive relief against Trinity College and joining use of the mark TRINITY or any other word, symbol, phrase or term similar to TRINITY.

IT IS, THEREFORE, ORDERED that, subject to subsection (f) below, Defendant Trinity College & University, their agents, servants, employees and all persons or entities acting in connection or in concert with it, are permanently enjoined and restrained from

(a) Using the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks;

(e) Unfairly competing with Trinity University in any manner whatsoever; and

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

**001169**

IT IS FURTHER, ORDERED, ADJUDGED and DECREED that Trinity College & University shall deliver up for destruction and to destroy all products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

Signed and ordered this ____ day of __________, 2004.

HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

001170

707048.1

RECEIVED
OCT 22 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINITY UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA04CA0313-OG |
| | § | |
| TRINITY COLLEGE & UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT AND
ORDER OF PERMANENT INJUNCTION

On this date, the referenced cause came on for hearing. Trinity University appeared by and through its counsel of record, announced to the Court that the parties had reached an agreement, and requested entry of a judgment. A jury was waived and the Court, based on the pleadings, evidence and papers on file, and the agreement of Plaintiff Trinity University ("Trinity University") and Defendant Trinity College & University ("Trinity College"), is of the opinion and finds that the allegations of Trinity University's Complaint have been admitted and the Court finds as follows:

1. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report*.

2. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are

001171

sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

3. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

4. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065.

5. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid and uncontestable.

6. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

7. Defendant has adopted and used, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings.

8. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily

News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet.

9. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

10. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

11. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

12. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have

damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

13. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

14. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

15. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

16. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

17. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law.

The Court is of the opinion and finds that Plaintiff Trinity University is entitled to recover injunctive relief against Trinity College and joining use of the mark TRINITY or any other word, symbol, phrase or term similar to TRINITY.

**001174**

IT IS, THEREFORE, ORDERED that, subject to subsection (f) below, Defendant Trinity College & University, their agents, servants, employees and all persons or entities acting in connection or in concert with it, are permanently enjoined and restrained from

(a) Using the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks;

(e) Unfairly competing with Trinity University in any manner whatsoever; and

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

**001175**

IT IS FURTHER, ORDERED ADJUDGED and DECREED that Trinity College & University shall deliver up for destruction and to destroy all products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

Signed and ordered this ____ day of __________, 2004.

HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

001176

707048.1

FILED
NOV - 9 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TRINITY UNIVERSITY, §
§
Plaintiff, §
§
v. § Civil Action No. SA04CA0313-OG
§
TRINITY COLLEGE & UNIVERSITY, §
§
Defendant. §

FINAL JUDGMENT AND
ORDER OF PERMANENT INJUNCTION

On this date, the referenced cause came on for hearing. Trinity University appeared by and through its counsel of record, announced to the Court that the parties had reached an agreement, and requested entry of a judgment. A jury was waived and the Court, based on the pleadings, evidence and papers on file, and the agreement of Plaintiff Trinity University ("Trinity University") and Defendant Trinity College & University ("Trinity College"), is of the opinion and finds that the allegations of Trinity University's Complaint have been admitted and the Court finds as follows:

1. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report.*

2. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are

EXHIBIT
5
Hopper
PENGAD 800-631-6989

sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

3. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

4. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065.

5. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid and uncontestable.

6. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

7. Defendant has adopted and used, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings.

Court finds.

8. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily

News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet.

9. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

10. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

Court finds

11. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

12. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have

damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

13. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

14. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

15. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

16. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

17. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law.

The Court is of the opinion and finds that Plaintiff Trinity University is entitled to ~~recover~~ injunctive relief against Trinity College and ~~joining~~ enjoining use of the mark TRINITY or any other word, symbol, phrase or term similar to TRINITY.

001180

707048.1

IT IS, THEREFORE, ORDERED that, subject to subsection (f) below, Defendant Trinity College & University, their agents, servants, employees and all persons or entities acting in connection or in concert with it, are permanently enjoined and restrained from

(a) Using the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(b) Using the Marks defined above or any other word, symbol, phrase or term, similar to the Marks, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs;

(c) Infringing Trinity University's registered Marks;

(d) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of the Marks;

(e) Unfairly competing with Trinity University in any manner whatsoever; and ←

(f) Trinity College may display the phrase "Formerly Trinity College & University" at the bottom of the homepage of the institution's website, adjacent to the institution's copyright and privacy notice, in seven-point font, for a period of six (6) months from the execution date of this Agreement, after which the phrase must be removed; any use of the phrase not specifically provided for in this subsection is prohibited. Trinity College further agrees to cease using the word or term "Trinity" in the institution's web address, and to refrain from using the word or term "Trinity" in any future web address.

Can we find out, I think they caused the web address to go to Trinity University, San Antonio TX

001181

707048.1

IT IS FURTHER, ORDERED ADJUDGED and DECREED that Trinity College & University shall deliver up for destruction and to destroy all products and promotional materials associated with educational services, including but not limited to diplomas, graduation invitations, towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs that use the Marks, or use the word "Trinity" or any other word, symbol, phrase or term, similar to Trinity.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is denied.

Signed and ordered this 9th day of November 2004.

Royal Furgeson

HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

001182

707048.1

YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX.

Just complete and return the authorization below and you will receive notice of orders and judgments which do not require special mailing requirements, within hours of their entry on WESTERN DISTRICT OF TEXAS cases in which you would normally be noticed. It's FREE and it's FAST. DO NOT SUBMIT MORE THAN ONE AUTHORIZATION. Allow 2 weeks to process.

M. Elizabeth Parks
Cox & Smith, Inc.
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

NOV 13

---

5:04-cv-00313 #9
6 page(s)
11/12/04
tm

---

AUTHORIZATION TO SEND ORDERS AND JUDGMENTS BY FACSIMILE TRANSMISSION

The Clerk of Court for the Western District of Texas is authorized to transmit notice of entries of judgments and orders under Fed.R.Civ.P. 77, Fed.R.Crim.P. 49 by facsimile transmission in ANY WESTERN DISTRICT OF TEXAS CASE in which this capability exists, and the undersigned appears as attorney of record. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmissions.

FAX NUMBER : ______________________ Firm Name ______________________

Signature: ______________________ Address: ______________________

Printed Name: ______________________ ______________________

State Bar No: ______________________ Phone No: ______________________

Mail to: Clerk, Western District of Texas
Attn: Operations/Quality Control
727 E. Durango Blvd. - Suite A500
San Antonio, TX 78206

**001183**

Or Fax to: 210-472-6587, Attn: Operations/Quality Control

Visit our website at: www.txwd.uscourts.gov



TROY UNIVERSITY™

TROY UNIVERSITY
UNIVERSITY RECORDS
TROY, ALABAMA 36082
(334)-670-3166

WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. DO NOT ACCEPT IF NOT PRESENT.

06/15/06 TROY University-Undergraduate Page 1

EXHIBIT 6 Hopper

Virginia S. Hopper

ID Number: 0360263
SSN:
GRCE Taken N

ISSUED TO STUDENT

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|---|---|---|---|---|---|---|---|---|
| | | | Troy State University Montgomery credit prior to TROY University Fall 2005 merger | | | | | |
| ACT | 291 | WS | PRINCIPLES OF ACCOUNTING I | A | | 3.33 | 3.33 | 13.3334 |
| | | | 98/SP Totals: 3.33 3.33 13.3334 GPA = 4.0000 | | | | | |
| | | | Cumulative Totals: 3.33 3.33 13.3334 GPA = 4.0000 | | | | | |
| | | | Institutional Totals: 3.33 3.33 13.3334 GPA = 4.0000 | | | | | |
| ACT | 292 | WS | PRINCIPLES OF ACCOUNTING II | A | | 3.33 | 3.33 | 13.3334 |
| | | | 98/SU Totals: 3.33 3.33 13.3334 GPA = 4.0000 | | | | | |
| | | | Cumulative Totals: 6.67 6.67 26.6668 GPA = 4.0000 | | | | | |
| | | | Institutional Totals: 6.67 6.67 26.6668 GPA = 4.0000 | | | | | |
| ACT | 394 | AA | GOVERNMENTAL ACCOUNTING | B | | 3.33 | 3.33 | 10.0001 |
| | | | 99/SU Totals: 3.33 3.33 10.0001 GPA = 3.0000 | | | | | |
| | | | Cumulative Totals: 10.00 10.00 36.6669 GPA = 3.6667 | | | | | |
| | | | Institutional Totals: 10.00 10.00 36.6669 GPA = 3.6667 | | | | | |
| | | | Dean's Honor List | | | | | |
| ACT | 293 | AA | MANAGERIAL ACCOUNTING | C | | 3.33 | 3.33 | 6.6667 |
| CIS | 140 | AC | BASIC MICROCOMPUTING | A | | 2.00 | 2.00 | 8.0000 |
| | | | 00/WN Totals: 5.33 5.33 14.6667 GPA = 2.7500 | | | | | |
| | | | Cumulative Totals: 15.33 15.33 51.3336 GPA = 3.3478 | | | | | |
| | | | Institutional Totals: 15.33 15.33 51.3336 GPA = 3.3478 | | | | | |
| ACT | 3391 | BAR | INTERMEDIATE ACCOUNTING I | A | | 3.00 | 3.00 | 12.0000 |
| | | | 03/SP Totals: 3.00 3.00 12.0000 GPA = 4.0000 | | | | | |
| | | | Cumulative Totals: 18.33 18.33 63.3336 GPA = 3.4545 | | | | | |
| | | | Institutional Totals: 18.33 18.33 63.3336 GPA = 3.4545 | | | | | |
| | | | Transcript Verified | | | | | |

ISSUED TO STUDENT

001184

CUMULATIVE TOT: CRED.ATT = 18.33 CRED.CPT = 18.33 GRD.PTS = 63.3336 GPA = 3.4545

Official copy must bear signature of the Registrar.

Vickie M. Miles

ISSUED TO STUDENT



# TROY UNIVERSITY™

TROY UNIVERSITY
UNIVERSITY RECORDS
TROY, ALABAMA 36082
(334)-670-3166

**WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. DO NOT ACCEPT IF NOT PRESENT.**

06/15/06 Troy University Undergraduate Page 2

ID Number: 0360263
Virginia S Hopper SSN: 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
200 Alpha Lane
Deatsville AL 36022 GECF Taken: N

ISSUED TO STUDENT

Course Num Sec Title Grd Att Cmpl Points Grade

INSTITUTIONAL TOT CRED ATT [illegible] 18.33 CRED CPT [illegible] 18.33 GRD PTS [illegible] 63.336 GPA [illegible] 3.4545

001185

Official copy must bear signature of the Registrar

ISSUED TO STUDENT

This transcript is printed on secured paper and does not require a raised seal. Transcript valid only when it bears ...

RECEIVED
APR 14 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TRINITY UNIVERSITY, §
§
Plaintiff, §
§
v. § Civil Action No. SA04CA0313 OG
§
TRINITY COLLEGE & UNIVERSITY, §
§
Defendant. §

ORIGINAL COMPLAINT

Plaintiff, Trinity University ("Trinity"), files this Original Complaint seeking relief from Defendant, Trinity College & University.

NATURE OF THE CASE

1. This is an action for injunctive relief, damages, and other relief based on Defendant's infringement and dilution of Trinity's registered trademark "TRINITY UNIVERSITY."

JURISDICTION AND VENUE

2. The Court has jurisdiction over the infringement claim pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademark case), and 28 U.S.C. § 1367 (diversity of citizenship). The Court has supplemental jurisdiction over the state trademark dilution claim pursuant to 28 U.S.C. § 1338(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), because a substantial part of the events giving rise to Trinity's claim occurred here.

001186

Case 2:07-cv-00457-MEF-WC Document 33-31 Filed 05/28/2008 Page 12 of 25

001187

College credit is NOT and shall NEVER be offered for life experience. There is not one credible authority in the world that will disagree with this statement, although so-called 'opportunities' to gain a 'degree' from this method are readily available through Internet sources. At Trinity College and University, we do not offer "credit for experience" and never will. Such offers should be taken at your own risk.

Case 2:07-cv-00457-MEF-WC Document 33-31 Filed 05/28/2008 Page 13 of 25

We do not award college credit for experience and this must be made clear. Professional educators worldwide agree that 'life experience' in and of itself is NOT worthy of college credit. Whatever you do, you must understand this, so that you can explain it to others. What PLA is concerned with is learning, regardless of how it was obtained. We assess the information furnished and gathered, to determine the level of your skills, knowledge and competence that you acquired from your work experience, your voluntary activities, your avocation, your military service, your homemaking experience and knowledge from independent study. In brief, we analyze your "experiential learning" and this term describes legitimately most of the learning that occurs in our lives.

001188

Trinity College and University

Page 1 of 1

Toll Free (866) 831-4854
Email (for verifications): degreehelp@trinity-college.edu
Fax (for verifications - toll free): 1-866-831-4857

PENGAD 800-631-6989 EXHIBIT 8 Hopper

001189

(b) Infringing Trinity's registered TRINITY UNIVERSITY trademark;

(c) Using any name, phrase, symbol or term which is likely to dilute the distinctive or famous nature of Trinity's TRINITY UNIVERSITY trademark; and

2. A report in writing and under oath, setting forth in detail the manner in which Defendant has complied with the injunction;

3. That Defendant be required to pay to Trinity such damages as Trinity has sustained or will sustain in consequence of Trinity College & University's unlawful acts and to account for all gains, profits and advantages derived by Trinity College & University's attributable to such acts;

4. That Defendant be required to deliver up for destruction and to destroy all diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings and the like bearing the mark TRINITY UNIVERSITY.

4. That the award of damages, gains and/or profits be increased, as provided by 15 U.S.C. § 1117, or as otherwise provided by law;

5. That Defendant be ordered to pay over to Trinity the costs of this action, including reasonable attorneys' fees, costs, and interest, as provided by 15 U.S.C. § 1117, or as otherwise provided by law; and

6. That Defendant be required to pay Trinity monetary damages suffered as a result of common law trademark infringement, dilution and exemplary damages due to the malicious, fraudulent, deliberate and/or willful nature of Defendant's acts.

**001190**

7. That Trinity has such other further relief as this Court may deem just and proper.

Respectfully submitted,

COX & SMITH INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: [signature]
J. Daniel Harkins
State Bar No. 09008990
M. Elizabeth Parks
State Bar No. 24027594

ATTORNEYS FOR PLAINTIFF,
TRINITY UNIVERSITY

**001191**

THE PARTIES

3. Trinity is a non-profit corporation chartered under the laws of Texas, with its principal place of business at 715 Stadium Drive, San Antonio, Texas 78213.

4. Defendant Trinity College & University is, upon information and belief, a registered corporation in Tortola, British Virgin Islands, with agent offices located worldwide. Defendant Trinity College & University engages and/or has engaged in business in Texas, but has not designated a resident agent for service of process in Texas and does not maintain a regular place of business in Texas. This action arises out of Trinity College & University's business in Texas. As such, pursuant to Tex. Civ. Prac. & Rem. Code §17.041 *et. seq*, Trinity College & University may be served with process through the Texas Secretary of State, which can forward a copy of the process by certified mail, return receipt requested, to Trinity College & University, 901 Veterans Blvd., Ste. #203, Metairie, Louisiana, 70005.

FACTS COMMON TO ALL COUNTS

5. Trinity is a nationally recognized liberal arts and sciences institution noted for its exceptional faculty and commitment to the comprehensive preparation of its student body. Trinity has been ranked number one for ten consecutive years among colleges and universities that offer a full range of undergraduate and master level programs in the western part of the United States by *U. S. News & World Report.*

6. Because of Trinity's reputation among educational services industry, and due to the many publications containing the TRINITY UNIVERSITY trademark that are sent to current and potential students of Trinity each year, the TRINITY UNIVERSITY trademark has become well known to its customers and to the general public.

7. The TRINITY UNIVERSITY trademark is distinctive in the educational services industry, and has become synonymous with high-quality education.

8. Trinity is the owner of United States Service Mark Registration No. 1,635,763 for TRINITY UNIVERSITY to identify educational services, namely providing courses of instruction

at the college level. This Registration is valid, uncontestable under the provisions of section 15 of the Lanham Act, 15 U.S.C. §1065, and attached hereto as Exhibit 1, and by this reference is incorporated herein.

9. Trinity is the owner of United States Trademark Registration No. 2,273,474 for TRINITY UNIVERSITY to identify towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs. This Registration is valid, uncontestable, and attached hereto as Exhibit 2, and by this reference is incorporated herein.

10. The TRINITY UNIVERSITY trademark is famous within the education community in the United States.

11. Defendant has adopted and used, and continues to use, without permission, the TRINITY UNIVERSITY mark, or a substantially similar mark, for and in connection with the sale of diplomas, sweatshirts, jackets, T-shirts, athletic shirts, denim shirts, duffle bags, tote bags, pencils, coffee mugs, key chains and rings. Copies of the web pages depicting Defendant's products are attached hereto as Exhibit 3, and are incorporated herein by reference.

12. In an attempt to resolve this matter amicably, Mr. Craig McCoy, Vice President for Fiscal Affairs of Trinity, contacted Trinity College & University through the email provided on the Trinity College & University website, requesting that they cease using the Trinity College and University mark, or any other mark similar and likely to cause confusion with the TRINITY UNIVERSITY mark. Trinity College & University refused to cease using the Trinity mark.

13. In order to protect the property rights of Trinity, Mr. McCoy retained counsel to facilitate a resolution to this matter. Counsel for Trinity has contacted Trinity College & University and informed them of Trinity's rights to the marks and demanded that they cease to use the marks.

**001193**

14. The requests were ignored and Trinity College & University continues to infringe on Trinity's trademark rights by providing products for sale using the Trinity mark, or a substantially similar mark.

15. On information and belief, Defendant chose "TRINITY COLLEGE & UNIVERSITY," and has continued to use "TRINITY COLLEGE & UNIVERSITY" for such graduation products with full knowledge of Trinity's use and rights in the trademark TRINITY UNIVERSITY.

16. Defendant's use of the name "TRINITY COLLEGE & UNIVERSITY" has created confusion in the market place. On January 20, 2004, the Philadelphia Daily News reported that a local charter-school promoter purchased a doctorate degree through the internet from a Trinity University in San Antonio, Texas. The next day, the Philadelphia Daily News posted a retraction, indication that the promoter had obtained the degree through the internet. A true and correct copy of the web pages posting this article and retraction is attached hereto as Exhibit 4.

FIRST CAUSE OF ACTION
TRADEMARK INFRINGEMENT

17. Trinity realleges each of the allegations in Paragraphs 1-16 above as though fully set forth herein.

18. TRINITY UNIVERSITY is a trademark and service mark for, among other things, educational services namely providing courses of instruction at the college level and towels and blankets, clipboards, notepads, notebooks, stationery, window stickers, bumper stickers, bookmarks, tote bags, athletic bags, drinking glasses, plastic cups, coffee mugs, t-shirts, sweat shirts, underpants, stockings, sweaters, jackets, suspenders, athletic shorts, night shirts, caps, hats, aprons, baby booties and cloth baby bibs owned by Trinity.

19. Defendant's use of TRINITY COLLEGE & UNIVERSITY, which is confusingly similar to TRINITY UNIVERSITY has caused confusion to customers, and is likely to continue to cause confusion to customer. Defendant's use of TRINITY COLLEGE & UNIVERSITY is

001194

likely to confuse a significant number of customers into believing that Defendant, Defendant's products and/or Defendant's diplomas are sponsored by or are otherwise associated with Trinity, or that the party's products come from a common source.

20. Defendant's acts constitute infringement of Trinity's U.S. Trademark Registration Nos. 1,635,763, and 2,273,474, and trademark infringement under the common law.

21. Defendant knew of Trinity's rights in and to the TRINITY UNIVERSITY trademark, but has refused to cease its infringing activities. Defendant's use of the mark TRINITY UNIVERSITY in violation of Trinity's rights has been knowing, willful and deliberate, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

22. Trinity has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms. Defendant's acts have damaged, and threaten to continue damaging, Trinity's reputation and goodwill and put Trinity in a position where it cannot control its reputation and goodwill.

SECOND CAUSE OF ACTION
FEDERAL TRADEMARK DILUTION

23. Trinity realleges each of the allegations in Paragraphs 1-22 above as though fully set forth herein.

24. Trinity's TRINITY UNIVERSITY trademark is famous in this judicial district and elsewhere throughout the United States to persons involved in educational services through substantially exclusive and continuous use in such industry.

25. Defendant's acts, as alleged above, have resulted in a dilution of the distinctiveness of Trinity's TRINITY UNIVERSITY trademark, in violation of 15 U.S.C. § 1125(c).

26. Trinity has been, and continues to be, damaged by such trademark dilution in a manner and amount that cannot be fully measured or compensated in economic terms.

001195

THIRD CAUSE OF ACTION
TEXAS TRADEMARK DILUTION

27. Trinity realleges each of the allegations in Paragraphs 1-26 above as though fully set forth herein.

28. Defendant's acts constitute injury to the business reputation of Trinity and dilution of the distinctive quality of the TRINITY UNIVERSITY trademark registered under the Federal Trademark Act in violation of Texas Business & Commerce Code § 16.29.

29. Defendant's acts have caused and will continue to cause Trinity monetary damages in an amount not presently capable of determination. Trinity has suffered irreparable harm and injury due to Defendant's actions and will continue to suffer irreparable harm and injury unless Defendant is enjoined from its unlawful activities. Trinity has no adequate remedy at law. Accordingly, Trinity seeks permanent injunctive relief against Defendant with respect to any further promotion, distribution or sale of products through use of the TRINITY UNIVERSITY mark, as described above.

JURY DEMAND

30. Trinity requests a trial by jury.

PRAYER FOR RELIEF

WHEREFORE, Trinity prays for judgment against Defendant as follows:

1. That Defendant and its officers, agents, servants, employees and all persons in active concert or participation with them, be enjoined and restrained during the pendency of this action and perpetually from:

(a) Using the term "Trinity" or any other word, symbol, phrase or term, similar to Trinity's trademarks TRINITY UNIVERSITY, in connection with the promotion, advertising or sale of any product or service associated with or related to educational services or products, unless expressly authorized by Trinity;

001196

Case 2:07-cv-00457-MEF-WC Document 33-31 Filed 05/28/2008 Page 22 of 25

001197

We use the term "experiential learning" as the term applies to all learning received in our lives. All assessments of your experiential prior learning are prepared by professionals knowledgeable in PLA assessments and reviewed and supervised by educators holding Certification from a university program approved in PLA by the U.S. Department of Education.

Experiential learning is traced to early references, as early as the second century B.C. in China and given credence by philosophers John Dewey and Piaget. During our assessment, we focus on your accomplishments and knowledge and how they relate to academic standards set for college course work. When our assessment concludes that the knowledge gained through experiential learning equates to the learning that is expected from college courses, then the assessment results in college credit for you.

**Verifications**

By earning a college degree or certificate from us, you demonstrate that your experiential learning from work or volunteer activities, the military, business seminars, professional workplace training, and independent study are accepted as equivalent to the knowledge gained by students attending classes in the traditional method. You have a Degree, our Letter of Recommendation, a Student Record and a verifiable source for checking by employers or others.

001199

**can my boss verify my degree and the date that I received it?**

A. Yes. Anyone authorized by you in writing, may confirm the degree awarded and the date. All requests must be in writing, in order to protect your privacy.

Trinity College and University

Page 1 of 1

What percentage of applicants actually gain a college degree from assessing their prior learning and academic background from their application?

A. Less than three percent.

001200



HOME | TRINITY FASTTRACK | AVAILABLE DEGREES | TRINITY CAREERS | CONTACT US | TRINITY STORE

Getting Started
How to Apply
Fees
Credit For Prior Learning
About Us
Memberships and Accreditations
Frequently Asked Questions

# MEMBERSHIP AND ACCREDITATIONS

Trinity College and University and their associates support efforts worldwide of educators that strive to improve delivery and content of education this century.

Trinity College & University has been approved by the Association of Private Colleges and Universities, and is Accredited by the **Association for Online Academic Excellence.**

Trinity helped me achieve all I ever wanted. Thank You, Trinity.

© 1999-2004 by Trinity College & University. Please read our **Privacy Notice**

001201

PENGAD 800-631-6989 EXHIBIT 9 Hopper

# TRINITY COLLEGE & UNIVERSITY

Lead Pencils

Price $1.00
Item#: LP-033

Acrylic Coffee Mug

Price $6.00
Item#: CM-034

Oval Key Chain

Price $1.00
Item#: KC-035

Tassel

Price $3.00
Item#: T-036

Gown

Price $42.00
Item#: G-037

Duffel Bag

Price $42.00
Item#: D020

Towels Plus
Beach Towel

Price $15.00
Item#: TW010

LARGE TOTE

Price $40.00
Item#: T009

600 Denier polyester fabric 23 1/2 x 15 1/2 x 6, extremely durable and ealer-resistant with inside pvc coating, one outside pocket, contrasting color bottom and extra long self fabric handles reinforced seams and stress points.

Duffel: 420 Denier Body and Rubberized bottom with water resistant PVC coating 23 1/4" x 11 1/4" x 11 1/4", mesh water bottle pocket, shoe/wet pocket with hard-wire mesh for ventilation, adjustable/detachable shoulder strap with sport pad, sport zipper pulls, black trim.

Towel: 100% Cotton, 30" x 60", sheared woven terry.

001202

Ladies' Ring

Price $279.00
Item#: R-38

Mens' Ring

Price $299.00
Item#: R-39

10k gold ring with a royal blue stone and a "Trinity College" imprint.

PENGAD 800-631-6989
EXHIBIT
10
Hopper

*You can purchase these items by visiting*

STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

RACHEL DICKINSON
Acting Division Director

January 4, 2006

MEMORANDUM

TO: VIRGINIA S HOPPER
CONTROLS & ACCOUNTS

FROM: Tina Russell
Personnel Assistant

SUBJECT: Annual Raise – January

The Finance Director has approved the Annual Raise List for September, 2006.

Based on your latest Employee Performance Rating you will receive a 02 step salary increase effective January 07, 2006

Your biweekly rate of pay will increase to $1,633.00 and will be reflected in the pay warrant you receive on February 03, 2006.

PPB

001203

m 13
i:ed (06/2005)

# EMPLOYEE PERFORMANCE *APPRAISAL*
## STATE OF ALABAMA
## Personnel Department

ployee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]0

ncy: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

ssification: ACCOUNTANT

Class Code: 10611 Position #: 01638102

iod Covered From: 11/01/2004 To: 11/01/2005

Annual Raise Effective: JANUARY 2006

***PRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. Signatures denote rvisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures nandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| [redacted] | | SS[redacted] |
| Jeanne C. Bracken<br>Rater Signature | Virginia Hopper<br>Employee Signature | William M. Reed<br>Reviewer Signature |
| 10/21/05<br>Date | 10/21/2005<br>Date | 10-25-05<br>Date |
| jcb<br>Initial if comments attached | Initial if comments attached | Initial if comments attached |

***RFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the ropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The ciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory umentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is en.

37 - -0- = 37

Responsibility Score | Disciplinary Score | Performance Appraisal Score

s employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 - 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | X |

***ORK HABITS:*** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this praisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if cessary.

001204

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ___ | X | |
| Punctuality | ___ | X | |
| Cooperation with Coworkers | ___ | X | |
| Compliance with Rules | ___ | X | |

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
October 21, 2005

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

MEMORANDUM

January 12, 2005

TO: Virginia S. Hopper
Control & Accounts

FROM: Tina Russell

SUBJECT: Probationary Salary Increase

On December 25, 2004, you completed the required six-month probationary period. Effective January 8, 2005, you received a probationary increase to $1,467.80 biweekly. This increase will be reflected in your salary warrant received on February 4, 2005.

cc: Finance Accounting

001206

Form 13F
Revised (1/15/2003)

# EMPLOYEE PROBATIONARY PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Employee Name: VIRGINIA S HOPPER
Social Security Number: [redacted]
Agency: 010/FINANCE
Division: 1030/CONTROLS & ACCOUNTS
Classification: ACCOUNTANT
Class Code: 10611
Period Covered From: 06/28/2004 To: 12/25/2004
Position Number: 1838102

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed. All signatures are required. Employee's signature denotes discussion not agreement.

SSN [redacted] RATING SUPERVISOR — Signature: Jeanne C. Bracken — Date / Initial if comments are attached: 11-22-04 JCB

EMPLOYEE Signature: Virginia Hopper — Date / Initial if comments are attached: 11-22-04

SSN [redacted] REVIEWING SUPERVISOR — Signature: William N. Reed — Date / Initial if comments are attached: 11-22-04

It is recommended that the employee be:

___ Continued probationally in the position named (reason stated in Disciplinary Actions area)
_X_ Given permanent status in the position. Probationary increase to $ 1,467.80 Step 16 Effective 1/8/05
___ Terminated before the end of the probationary period (reason stated in Disciplinary Actions Area)

James Allen Main acs — APPOINTING AUTHORITY Signature — Date: 11/30/04

*PROBATIONARY PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score.

37 (Responsibility Score) — -0- (Disciplinary Score) = 37 (Probationary Performance Appraisal Score)

**001207**

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ |

*WORK HABITS:* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the probationary period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ✓ | ☐ |
| Punctuality | ✓ | ☐ |
| Cooperation with Coworkers | ✓ | ☐ |
| Compliance with Rules | ✓ | ☐ |

NOV 2004 RECEIVED ... of Personnel

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. AUDITS | 3 |
| 2. RECORDS | 4 |
| 3. PROCESSES | 4 |
| 4. VERIFIES | 4 |
| 5. ENTERS | 3 |
| 6. REVIEWS | 4 |
| 7. MAINTAINS | 4 |
| 8. COMMUNICATES | 4 |
| 9. ASSISTS | 4 |
| 10. AIDS | 3 |

*RESPONSIBILITY SCORE:*

37 ÷ 10 = 3.7 x 10 = 37

| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |
|---|---|---|---|---|---|---|---|---|
| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |

001208

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this probationary period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

*DISCIPLINARY SCORE:* This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings. Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this probationary period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

JUSTIFICATION
OF PERFORMANCE RATING FOR
VIRGINIA S. HOPPER
November 22, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Probationary Performance Appraisal. Her work during the probationary period has been excellent. Mrs. Hopper handles the daily activities of her job in a very expedient and professional manner. Her cooperative attitude, her willingness to help other employees and her initiative are qualities of an exceptional employee. She deserves to be rated as such on this appraisal.

**001209**



NOV 2004
RECEIVED
Office of Personnel
Department of
Finance

'orm 13P
:evised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

## PREAPPRAISAL

mployee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

gency: 010/FINANCE

Division: 1030/CONTROLS & ACCOUNTS

lassification: ACCOUNTANT

Class Code: 10611

'eriod Covered From: 12/26/04 To: 10/1/05

RESPONSIBILITIES/RESULTS: Responsibilities and results on which an employee will be rated should be isted below. These areas should be discussed with the employee during the Preappraisal session at the beginning of ach appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop esponsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

001210

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

WORK HABITS: Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

✓ Attendance

✓ Punctuality

✓ Cooperation with Coworkers

✓ Compliance with Rules

PREAPPRAISAL SIGNATURES: Date of Session: 11/22/04

Employee Signature: Virginia Hopper

Rater Signature: Jeanne C. Bracken

Reviewer Signature: William M. Reed

MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work. She also has considerable experience with personal computers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

001211

Document the action plan that has been discussed to improve the areas of weakness.

A midappraisal has been held and performance has been discussed:

Date: Virginia Hopper Rater Signature: Jeanne C. Bracken

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR

JAMES ALLEN MAIN
DIRECTOR OF FINANCE

(334) 242-7160
FAX: (334) 353-3300

STATE OF ALABAMA
STATE CAPITOL
MONTGOMERY, ALABAMA 36130

October 4, 2004

Virginia Hopper
Dept. of Finance - Office of the State Comptroller
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602

Dear Virginia,

I wanted to send you my personal note of appreciation for your dedication and unwavering commitment to your work even during the adverse conditions posed by Hurricane Ivan. I appreciate the fact that you recognized that you perform a duty essential to the workings of this state. For this, I am truly grateful.

Very truly yours,

James Allen Main
Director of Finance

JAM/dsn

cc: Personnel File

001212



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF PERSONNEL
64 North Union Street, Suite 200A
Montgomery, Alabama 36130-2630
Telephone: (334) 242-3199
Fax: (334) 353-0868

BOB RILEY
Governor

JAMES ALLEN MAIN
Director of Finance

MARSHA MANNING
Acting Division Director

July 2, 2004

MEMORANDUM

TO: Virginia S. Hopper
Control & Accounts

FROM: Gena Fulmer
Finance Personnel

SUBJECT: Appointment

---

Effective June 26, 2004, you were appointed to the classification of Accountant (10611) at the salary of $1,398.00 biweekly. You will receive your first check at this rate July 23, 2004.

You are required to serve a six months probationary period.

Congratulations on your appointment.

cc: Bob Childree
Accounting and Administration
Personnel File

001213



# STATE OF ALABAMA
## DEPARTMENT OF FINANCE
### OFFICE OF THE STATE COMPTROLLER

RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS, JR.
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 28, 2004

MEMORANDUM

TO: Drayton Nabers, Jr.
Director of Finance

THROUGH: Bill Newton
Assistant Director of Finance

FROM: Robert L. Childree RLC
State Comptroller

SUBJET: Promotion of Virginia Hopper

Attached is a memo from Jeanne Brackin, Supervisor of Fiscal Management in my office requesting consideration regarding promotion of Virginia Hopper. I have reviewed her request and concur with the recommendation. It is my opinion that Virginia has accepted new and more difficult job tasks, performed them in an exemplary manner and that her job duties have become those of an entry level accountant.

Therefore, I am requesting that Virginia Hopper be promoted to the position of "Accountant" and that the required personnel actions be approved to accomplish that. This action will not result in additional budget requirements and will insure that the Finance Department retain a very valuable employee.

Thank you for your favorable consideration of this request.

RLC/sgb



STATE OF ALABAMA
DEPARTMENT OF FINANCE
OFFICE OF THE STATE COMPTROLLER
RSA UNION
100 North Union Street, Suite 220
Montgomery, Alabama 36130-2602
Telephone (334) 242-7050
FAX (334) 242-2440

BOB RILEY
Governor

DRAYTON NABERS, JR
Director of Finance

ROBERT L. CHILDREE
State Comptroller

May 24, 2004

M E M O R A N D U M

TO: Robert L. Childree
State Comptroller

FROM: Jeanne Brackin
Fiscal Management Supervisor

SUBJECT: Promotion for Virginia Hopper

I would like to recommend that Virginia S. Hopper's position be upgraded to an Accountant I and she be promoted. Virginia is on the Accountant I register and she has received inquiries about job openings. I feel she already performs her job in a manner that far exceeds the requirements of an Accounting Technician and she has the knowledge and abilities that warrant this promotion.

Gloria Marchant of our office retired about a year ago and I have not been allowed to replace the Account Clerk position. As a result, Virginia has absorbed several of the Account Clerk's duties for the past year, as well as performing the duties of her Accounting Technician position. Virginia's cooperative attitude, her willingness to help, and her display of initiative are qualities of an exceptional and valuable employee of the Finance Department and is much deserving of a promotion to Accountant I.

Let me know if there is anything that I can do to help expedite this promotion for Virginia.

JB/jb

001215

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

Annual Raise Effective: AUGUST 2004

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Jeanne C. Brackin | Virginia S. Hopper | William M. Reed |
| Signature | Signature | Signature |
| 5-13-04 | 05/13/2004 | 5-13-04 |
| Date | Date | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

37 (Responsibility Score) − 0 (Disciplinary Score) = 37 (Performance Appraisal Score)

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| | | | | XX |

*WORK HABITS:* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | XX | |
| Punctuality | XX | |
| Cooperation with Coworkers | XX | |
| Compliance with Rules | XX | |

001216

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/Processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 4 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37.0 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

001217

*DISCIPLINARY SCORE:* This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2004

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.

001218



Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER Social Security Number: [redacted]

Agency: 010/FINANCE Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN Class Code: 10605

Period Covered From: 06/01/2003 To: 06/01/2004

RESPONSIBILITIES/RESULTS: Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters, American Legion/UDC Scholarships, and mental commitments within 7 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

001219

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

WORK HABITS: Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED: ✓ Attendance

✓ Punctuality

✓ Cooperation with Coworkers

✓ Compliance with Rules

---

PREAPPRAISAL SIGNATURES: Date of Session: 5/22/03

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William Mack Reed

---

MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgable of accounting principles and procedures and has gained substantial knowledge of the state's accounting system. She shows initiative in recommending improvements and solving problems with regards to her work.

Mrs. Hopper also has considerable experience with personal computers, which is a tremendous asset to this office. She has a good working relation ship with co-workers.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Document the action plan that has been discussed to improve the areas of weakness.

001220

A midappraisal has been held and performance has been discussed:

Date: 02/19/2004

Employee Signature: Virginia S. Hopper Rater Signature: Jeanne C. Brackin

Form 13
Revised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003

Annual Raise Effective: AUGUST 2003

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN [redacted] | | SSN [redacted] |
| Signature: Jeanne C. Bracken | Signature: Virginia S. Hopper | Signature: William Mark Reed |
| Date: 5/22/03 | Date: 05/22/2003 | Date: 5-22-03 |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

*PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

36 (Responsibility Score) – 0 (Disciplinary Score) = 36 (Performance Appraisal Score)

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

*WORK HABITS:* Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Cooperation with Coworkers | ☒ | ☐ |
| Compliance with Rules | ☒ | ☐ |

001221

*RESPONSIBILITIES:* List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *Responsibility* | *Rating* |
|---|---|
| 1. Audits | 3 |
| 2. Records | 4 |
| 3. Processes | 4 |
| 4. Verifies | 4 |
| 5. Enters/processes | 3 |
| 6. Reviews & processes | 4 |
| 7. Maintains | 4 |
| 8. Communicates | 4 |
| 9. Assists | 3 |
| 10. Aids | 3 |

*RESPONSIBILITY SCORE:*

| 36 | ÷ | 10 | = | 3.6 | x | 10 | = | 36 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*DISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

001222

*DISCIPLINARY SCORE:* **This section should include the use of the discipline steps of reprimand and suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 0

Form 13P
Revised (1/1/1998)

# EMPLOYEE PERFORMANCE APPRAISAL

STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: VIRGINIA S HOPPER

Social Security Number: [redacted]

Agency: 010/FINANCE

Division: 103A/CONTROLS & ACCOUNTS

Classification: ACCOUNTING TECHNICIAN

Class Code: 10605

Period Covered From: 06/01/2002 To: 06/01/2003

---

RESPONSIBILITIES/RESULTS: Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

A) Audits various claims for deaf/foreign language interpreters and American Legion/UDC Scholarships within 5 days of receipt of claim to determine they are legal and proper with no valid complaints to supervisor.

B) Records miscellaneous refund payments received and prepares checks for deposit to the State Treasury following established procedures with no valid complaints to supervisor.

C) Processes vouchers for deaf/foreign language interpreters, American Legion/UDC Scholarships, and other miscellaneous payments into the AFNS "E" region and CAS(State's Central Accounting System) with no valid delays in payments reported to supervisor.

D) Verifies warrant amounts, posts warrant data and mails payments to vendors no later than on day following the date of issuance with no valid complaints to supervisor.

E) Enters/processes Requests for Cash Transfers from departments into CAS, Interfund Cash Transfer System, on a daily basis after approval of supervisor.

F) Reviews & processes Requests for Electronic Warrants from departments in CAS on a daily basis and balances with Treasurer's Office with no valid complaints to supervisor.

G) Maintains files for vouchers, cash transfers, and electronic warrants so that accurate records may be accessed regularly with no loss of time because files cannot be located with no valid complaints to supervisor.

H) Communicates with staff and other public officials such that responses are completed to inquiries within specified timeframes and in a professional and courteous manner with no valid complaints to supervisor.

I) Assists administrative staff and other co-workers with miscellaneous tasks in order to ensure that the office functions in an efficient manner with no occasion of valid complaint to supervisor.

J) Aids in processing end of fiscal year accounts payable journal vouchers ensuring that data is correct and proper with no valid complaints to supervisor.

WORK HABITS: Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

✓ Attendance

✓ Punctuality

✓ Cooperation with Coworkers

✓ Compliance with Rules

PREAPPRAISAL SIGNATURES: Date of Session: 5/13/02

Employee Signature: Virginia S. Hopper

Rater Signature: Jeanne C. Brackin

Reviewer Signature: William M. Reed

MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Mrs. Hopper is very knowledgeable of accounting principles and procedures. She routinely assists her co-workers in processing work and she shows initiative in solving problems with regards to her work. Mrs. Hopper also has considerable knowledge of personal computers, which is a tremendous asset to this office. She has a good working relatioship with her co-workers as well as those outside state government.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

N/A

Document the action plan that has been discussed to improve the areas of weakness.

N/A

001224

A midappraisal has been held and performance has been discussed:

Date: 10/28/2002

Employee Signature: Virginia S. Hopper Rater Signature: Jeanne C. Brackin

:rm 13
:ised (1/1/1999)

# EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

Number of Steps: [ ]

ployee Name: VIRGINIA S HOPPER
Social Security Number: [redacted]
ncy: 010/FINANCE
Division: 103A/CONTROLS & ACCOUNTS
ssification: ACCOUNTING TECHNICIAN
Class Code: 10605
iod Covered From: 06/01/2001 To: 06/01/2002
Annual Raise Effective: AUGUST 2002

PRAISAL SIGNATURES: Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| [redacted] | | SSN [redacted] |
| Anne C. Bracken | Virginia S. Hopper | William M. Reed |
| nature | Signature | Signature |
| 5-13-02 | 05/13/02 | 5-20-02 |
| e | Date | Date |
| ial if comments are attached | Initial if comments are attached | Initial if comments are attached |

ERFORMANCE APPRAISAL SCORE: Locate the Responsibility Score on the back of this form and write it the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the propriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance ppraisal Score.

37 (Responsibility Score) − -0- (Disciplinary Score) = 37 (Performance Appraisal Score)

nis employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] |

VORK HABITS: Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step f the discipline system (warning, reprimand, suspension) must have been taken with the employee during the ppraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

001225

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ✓ | |
| Punctuality | ✓ | |
| Cooperation with Coworkers | ✓ | |
| Compliance with Rules | ✓ | |

MAY 2002 RECEIVED Office of Personnel Department of Finance

cussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of ɔropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal ·iod.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| *sponsibility* | *Rating* |
|---|---|
| Audits | 3 |
| Records | 3 |
| Processes | 4 |
| Verifies | 4 |
| Enters/processes | 4 |
| Reviews & processes | 4 |
| Maintains | 4 |
| Communicates | 4 |
| Assists | 4 |
| Aids | 3 |

*ESPONSIBILITY SCORE:*

| 37 | ÷ | 10 | = | 3.7 | x | 10 | = | 37 |
|---|---|---|---|---|---|---|---|---|
| Total of sponsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

*ISCIPLINARY ACTIONS:* Any disciplinary action taken with the employee during this appraisal period is to listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or ɩwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel es. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required sciplinary action.

001226

*ISCIPLINARY SCORE:* This section should include the use of the discipline steps of reprimand and ɪspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the ork Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been tilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the isciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. therwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: ______

JUSTIFICATION
OF PERFORMANCE RATING
FOR VIRGINIA S. HOPPER
May 13, 2002

Virginia S. Hopper is being rated in the "Consistently Exceeds Standards" category on the attached Employee Probationary Performance Appraisal. Her work during this period has been excellent and she routinely handles the daily activities of her position in an exemplary manner. Her efforts exceed the requirements of her job, and the tasks she has performed have been done in a manner that consistently exceeds the established standards. Her cooperative attitude, her willingness to help other employees as well as her display of initiative are qualities which an exceptional employee displays. She therefore deserves to receive the rating she has been given on the performance appraisal.





STATE OF ALABAMA

DEPARTMENT OF FINANCE

OFFICE OF PERSONNEL
64 NORTH UNION STREET, SUITE 200A
Montgomery, Alabama 36130-2630
Telephone (334) 242-3199
Fax (334) 242-7002

DON SIEGELMAN
Governor

HENRY C. MABRY, III
Director of Finance

ROBERT HODGE
Division Director

MEMORANDUM

March 13, 2002

TO: Virginia Hopper
Control & Accounts

FROM: Tina Wyatt TW

SUBJECT: Transfer of Employment

Effective February 23, 2002, you transferred to this department as an Accounting Technician. All of your previous deductions will remain the same. Your new tax forms have been processed.

TMW

cc: Bob Childree
Finance Accounting

001228