# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **VIRGINIA HOPPER** * | |
| * | |
| Plaintiff, * | |
| * | CIVIL ACTION NO.2:07cv 457-MEF |
| vs. * | |
| * | |
| **JACKIE GRAHAM, et al.,** * | |
| * | |
| Defendants. * | |

## PLAINTIFF S EXPERT WITNESS LIST

COMES NOW the Plaintiff,  COMES NOW the Plaintiff, by and through  COMES NOW the Plaintiff, by and t witnesseswitnesses which may be called  towitnesses which may be called  to give testimony as to the  medical ca toto Plaintiff Hopper, any diagnosis, prognosis, or evto Plaintiff Hopper, any diagnosis, prognosis, or evalu contents in the medical records provided as discovery in this case.

1. Beverly Stoudemire-Hewlett, M.D.
   Montgomery Cardiovascular
   1758 Park Place #401
   Montgomery, Alabama 36106

2. Brian Sweet, D.O.
   1510 Forest Avenue
   Montgomery, Alabama 36106

3. Charles Thomas, M.D.
   1010 Lay Dam Road
   Clanton, Alabama 35045

4. David P. Franco, M.D.
   2257 Taylor Road, Suite 200
   Montgomery, Alabama 36117

5.  Gary Scott, M.D.
    Radiology Group, P.A.
    2257 Taylor Road, Suite 200
    Montgomery, Alabama 36117

6.  Gerald G. Lim, M.D.
    Apogee Medical Group
    1710 Pine Street, 2nd Floor South Bldg.
    Montgomery, Alabama 36106

7.  Jeffrey Adams, M.D.
    Radiology Group, P.A.
    1722 Pine Street, Suite 203
    Montgomery, Alabama 36106

8.  Kenneth Richardson, M.D.
    Radiology Group, P.A.
    2257 Taylor Road, Suite 200
    Montgomery, Alabama 36117

9.  Larry Epperson, M.D.
    1722 Pine Street
    Montgomery, Alabama 36106

10. Mark K. Poff, M.D.
    Alabama Psychiatric Services
    5906 Carmichael Place
    Montgomery, Alabama 36117

11. Charles Thomas, M.D.
    1548 Professional Parkway
    Auburn, Alabama 36830

12  R. Edward Faught, Jr., M.D.
    UAB Hospital
    1802 6th Avenue South
    Birmingham, Alabama 35249

13. Robert C. Knowlton, M.D.
    UAB Hospital
    1802 6th Avenue South
    Birmingham, Alabama 35249

14. Spencer Coleman, M.D.
    Wetumpka Family Practice
    73970 Tallassee Highway
    Wetumpka, Alabama 36092

15. Steven Allen, M.D.
    Physical Express
    3769 Highway 14
    Millbrook, Alabama 36054-1942

16. Steven Avezzano, M.D.
    Ed Care
    1725 Pine Street
    Montgomery, Alabama 36106

17. Xiongying Chen, M.D.
    Apogee Medical Group
    1710 Pine Street, 2nd Floor South Bldg.
    Montgomery, Alabama 36106

18. Plaintiff reserves the right to call any expert listed or identified by any other party hereto.

19. Plaintiff reserves the right to call any expert necessary for rebuttal purposes.

Respectfully submitted this the 30th day of May, 2008.

/s/Jim L. DeBardelaben
Jim L. DeBardelaben (DEB003)
Attorney for Plaintiff Hopper

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36107
(334) 265-9206
(334) 265-9299 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the electronic filing system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 30th day of May, 2008.

Joana S. Ellis, Esq.
Alice Ann Byrne, Esq.
Attorney for State Personnel Board
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

Joel C. Marsh, Esq.
Michael C. Joiner, Esq.
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130-4000

                                                /s/Jim L. DeBardelaben
                                                Of Counsel