IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv457-MEF |
| | ) |
| JACKIE GRAHAM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On May 23, 2008, Alabama Psychiatric Services, P.C., moved the Court to Quash (Doc. #30) Defendants' subpoena. Defendants filed a timely response, indicating the parties have independently resolved the dispute. The resolution, however, is conditional on Plaintiff signing a release. Accordingly, it is

ORDERED that the Motion to Quash (Doc. #30) is DENIED without prejudice.

DONE this 4th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE