IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA HOPPER | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO.2:07cv457-MEF |
| vs. | * | |
| | * | |
| JACKIE GRAHAM, et al., | * | |
| | * | |
| Defendants. | * | |

### MOTION TO EXTEND DEADLINE OF PLAINTIFF S RESPONSE TO MOTION FOR SUMMARY JUDGEMENT AND DEFENDANTS REPLY

Comes now, Jim L. DeBardelaben, counsel for Plaintiff Virginia Hopper, and respectfully request this Honorable Court to extend the deadline for Plaintiff s Response to Defendants Motion For Summary Judgement due on June 17, 2008 as well as the Defendants Reply to Plaintiff s Response due shortly thereafter. Counsel for the Plaintiff, Jim L. DeBardelaben was injured in a motor vehicle accident on June 10, 2008 and is currently seeking medical treatment and has been prescribed pain medication for his injuries. Plaintiff s counsel has spoken to counsel for the Defendants and there is no objection by counsel for a two week extension for the Plaintiff s response as well as an extension for the Defendants reply. If such extension is granted Plaintiff s response will be due on July 1, 2008 and Defendants reply will be due on July 15, 2008.

Based on the foregoing Plaintiff s counsel request that such motion be granted.

Respectfully submitted this the 12th day of June, 2008.

/s/ Jim L. DeBardelaben
Jim L. DeBardelaben
ASB-4800A40J
Attorney for Plaintiff Virginia Hooper
Post Office Box 152
Montgomery, AL 36101-0152
Jimdebard@aol.com
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing with the Clerk of the Court via electronic filing with a copy of the same being sent electronically on this the 12th day of June, 2008 to the following:

Alice Ann Byrne, Esq.
Attorney for State Personnel Board
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

Joel Marsh, Esq.
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130

/s/Jim L. DeBardelaben
OF COUNSEL

2