IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA HOPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-457-MEF |
| | ) | |
| JACKIE GRAHAM, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Plaintiff's Motion to Extend Deadline of Plaintiff's Response to Motion for Summary Judgment and Defendants Reply (Doc. #43) filed on June 12, 2008, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response which should include a brief and any evidentiary materials on or before July 1, 2008. The defendants may file a reply brief on or before July 15, 2008.

DONE this the 16th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE