IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA HOPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07-cv-457-MEF |
| ) | |
| JACKIE GRAHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal of the Plaintiff's lawsuit and the Defendants' counterclaim. This dismissal shall be with prejudice, with each party to bear their own costs. The parties request that this Court enter an Order accordingly.

Respectfully submitted this the 18th day of June 2008.

s/ Jim L. Debardelaben            .
JIM L. DEBARDELABEN
ASB-4800-A40J
Attorney for Plaintiff Virginia Hopper

OF COUNSEL:

Post Office Box 152
Montgomery, Alabama 36101-0152
Telephone:   (334) 265-9206
Facsimile:   (334)
Email: Jimdebard@aol.com

|  |  |
|---|---|
|  | s/ Alice Ann Byrne                                    .<br>ALICE ANN BYRNE<br>ASB-6369-Y87A<br>Attorneys for Defendants Graham, The Personnel Board of the State of Alabama, Dickson, McMillan, O'Neal, McNair, and Anderson |
| OF COUNSEL:<br><br>Alabama State Personnel Department<br>Legal Division<br>64 North Union Street<br>Folsom Administrative Bldg., Suite 316<br>Montgomery, Alabama 36130<br>Telephone:    (334) 242-3450<br>Facsimile:     (334) 353-4481<br>Email: aliceann.byrne@personnel.alabama.gov |  |
|  | s/ Joel Marsh                                             .<br>JOEL MARSH<br>ASB-8856-H31J<br>Attorney for Defendant Walley |
| OF COUNSEL:<br><br>Alabama Department of Human Resources<br>Post Office Box 30400<br>Montgomery, Alabama 36130<br>Telephone:    (334) 242-9330<br>Facsimile:     (334) 242-0689<br>Email: joel.marsh@dhr.alabama.gov |  |